# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*, | Case No. 24-12337 (KBO) |
| Debtors. | (Joint Administration Requested) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b) and the below certification, the undersigned counsel moves the admission *pro hac vice* of Andrew K. Glenn of Glenn Agre Bergman & Fuentes LLP as proposed co-counsel to the debtors and debtors in possession in the above-referenced matter.

Dated: October 15, 2024

*/s/ Kenneth J. Enos*
Kenneth J. Enos (No. 4544)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: kenos@ycst.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing, and a member in good standing of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Andrew K. Glenn*
Andrew K. Glenn
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, NY 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

32247219.1