# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Joint Administration Pending) |

**NOTICE OF BANKRUPTCY FILING AND DEBTORS' PRESENTATION OF MOTIONS AND APPLICATIONS TO THE COURT FOR CONSIDERATION**

**PLEASE TAKE NOTICE** that on October 14, 2024, True Value Company, L.L.C. and certain of its affiliates, as the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors" or the "Company") each filed a voluntary petition for relief under Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have requested that the first day hearing in these Chapter 11 Cases (the "First Day Hearing") be held on a date to be announced, to consider the following applications and motions:

1. **Joint Administration:** *Motion of Debtors for Entry of an Order (I) Directing Joint Administration of Cases; (II) Waiving the Requirements of Bankruptcy Rules 1005 and 2002(n); and (III) Granting Related Relief* [Docket No. 2]

2. **Redact Personal Information:** *Motion of the Debtors for Entry of an Order (I) Authorizing the Debtors to Redact Certain Personally Identifiable Information and (II) Granting Related Relief* [Docket No. 3]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

3. **Claims Agent:** *Application of the Debtors for Entry an Order (I) Appointing Omni Agent Solutions, Inc. as Claims and Noticing Agent to the Petition Date; and (II) Granting Related Relief* [Docket No. 17]

4. **Taxes:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations and (II) Granting Related Relief* [Docket No. 6]

5. **Critical Vendors:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, and (C) Lien Claimants; and (II) Granting Related Relief* [Docket No. 7]

6. **Customer Programs:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business; and (II) Granting Related Relief* [Docket No. 8]

7. **Utilities:** *Motion of Debtors for Entry of Interim and Final Orders (I) (A) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (B) Establishing Procedures for Resolving Objections by Utility Companies; and (C) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service and (II) Granting Related Relief* [Docket No. 11]

8. **Insurance:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Programs, (B) Continue to Honor Insurance Program Obligations; and (C) Renew, Revise, Extend, Supplement, Change, or Enter Into New Coverage and Financing Agreements, (II) Authorizing Debtors to Modify the Automatic Stay for Claims Under the Workers' Compensation Program, and (III) Granting Related Relief* [Docket No. 5]

9. **Employee Wage and Benefits:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employee Obligations and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 9]

10. **Cash Management:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Cash Management System, Bank Accounts, and Business Forms and (B) Implement Changes to Their Cash Management System in the Ordinary Course of Business; (II) Modifying Certain Requirements of Section 345(B) of the Bankruptcy Code; (III) Authorizing Continuance of Intercompany Transactions; (IV) Honoring Certain Related Prepetition Obligations; and (V) Granting Related Relief* [Docket No. 10]

11. **Cash Collateral:** *Motion of Debtors for Entry of Interim and Final Orders (I) (A) Authorizing the Debtors to Obtain Postpetition Financing; (B) Authorizing the Debtors to Use Cash Collateral; (C) Granting Adequate Protection to Prepetition Lenders; (D) Modifying the Automatic Stay; and (E) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 19]

Related Documents:

a. **Declaration In Support:** *Declaration of Kunal S. Kamlani in Support of Motion of Debtors for Entry of Interim and Final Orders (I) (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 20]

**PLEASE TAKE FURTHER NOTICE** that when the Debtors are notified of the date and time of the First Day Hearing, the Debtors will provide such information to the parties served with this notice.[2]

**PLEASE TAKE FURTHER NOTICE** that in addition to the documents listed above, the Debtors also have filed with the Bankruptcy Court the following:

1. **First Day Declaration:** *Declaration of Kunal S. Kamlani in Support of Chapter 11 Petitions and First Day Papers* [Docket No. 18]

2. **Bidding Procedures Motion:** *Motion Of Debtors For Entry Of An Order (I) Establishing Bidding, Noticing, And Assumption And Assignment Procedures, (II) Approving The Sale Of Substantially All Of The Debtors Assets, And (III) Granting Related Relief* [Docket No. 12]

3. **Declaration in Support of Bidding Procedures:** *Declaration Of William H. Hardie III In Support Of Motion Of Debtors For Entry Of An Order (I) Establishing Bidding, Noticing, And Assumption And Assignment Procedures, (II) Approving The Sale Of Substantially All Of The Debtors Assets, And (III) Granting Related Relief* [Docket No. 13]

---

[2] The Debtors will file a First Day Agenda listing those matters that are scheduled to be heard. Once filed, a copy of the First Day Agenda may be obtained through PACER on the Bankruptcy Court's website (login and password required) or free-of-charge from https://omniagentsolutions.com/TrueValue.

**PLEASE TAKE FURTHER NOTICE** that copies of the above referenced documents may be obtained free-of-charge at https://omniagentsolutions.com/TrueValue.

**PLEASE TAKE FURTHER NOTICE** that documents are also immediately available through PACER on the Bankruptcy Court's website (login and password required).

**PLEASE TAKE FURTHER NOTICE** that you can direct your questions regarding the above referenced documents or any other matter to the Debtors' dedicated case information line, (866) 771-0561 for domestic and Canadian callers, and (818) 356-8633 for other international callers.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 15, 2024
       Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Joseph O. Larkin*
Joseph O. Larkin (ID No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

Ron E. Meisler (*pro hac vice* admission pending)
Jennifer Madden (*pro hac vice* admission pending)
320 South Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0705
Ron.Meisler@skadden.com
Jennifer.Madden@skadden.com

- and –

Robert D. Drain (*pro hac vice* admission pending)
Evan A. Hill (*pro hac vice* admission pending)
Moshe S. Jacob (*pro hac vice* admission pending)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Robert.Drain@skadden.com
Evan.Hill@skadden.com
Moshe.Jacob@skadden.com

*Proposed Counsel to Debtors and Debtors in Possession*