## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRUE VALUE COMPANY. et al., | ) | Case No. 24-12337 (KBO) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) | **Docket Reference No.59** |
|  | ) |  |
|  | ) |  |

## WITHDRAW OF MOTION FOR PRO HAC VICE
## STEPHEN METZ

COMES NOW, Stephen Metz ("Movant") by and through the undersigned attorneys and withdraws his Motion for Pro Hac Vice filed on October 16, 2024.

OFFIT KURMAN, P.A.


/s/   Brian J. McLaughlin

Brian J. McLaughlin, Esquire (ID 2462)
222 Delaware Avenue, Suite 1105
Wilmington, DE 19899
(302) 351-0916
Brian.mclaughlin@offitkurman.com
Attorney for Beacon Sales Acquisition, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRUE VALUE COMPANY, L.L.C. | ) | Case No. 24-12337 (KBO) |
|  | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) | **Docket Reference No. 59** |
|  | ) |  |
|  | ) |  |

<u>**CERTIFICATE OF SERVICE**</u>

I, Brian McLaughlin, do hereby certify that on October 17, 2024 I served Withdraw of Motion for Pro Hac Vice Stephen Metz on the following parties by the United States Bankruptcy Court's Electronic Filing and Notification System.

OFFIT KURMAN, P.A.

<u>/s/    Brian J. McLaughlin</u>

Brian J. McLaughlin, Esquire (ID 2462)
222 Delaware Avenue, Suite 1105
Wilmington, DE 19899
(302) 351-0916 Lindsey
Brian.mclaughlin@offitkurman.com
Attorney for Beacon Sales Acquisition

Alexis K Banks
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West
New York, NY 10001

Malak S. Doss
Glenn Agre Berman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, NY 10036
mdoss@glennagre.com

Robert Drain
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West
New York, NY 10001
Robert.Drain@skadden.com

Kenneth J. Enos
Young, Conaway, Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kenos@ycstt.com

Andrew K. Glenn
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, NY 10036
aglenn@glennagre.com

Evan A. Hill
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West
New York, NY 10001

Esther Hong
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, NY 10036
ehong@glennagre.com

Moshe S Jacobs
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West
New York, NY 10001

Jaclyn F Kleban
Skadden Arps Slate Meagher & Flom LLP
One Manhattan West
New York, NY 10001

Joseph O. Larkin
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
920 N. King Street
PO Box 636
Wilmington, DE 19899-0636
Josephy.Larkin@skadden.com

Jennifer Madden
Skadden Alps Slate Meagher & Flom LLP
320 S Canal Street
Chicago, IL 60606

Ron E. Meisler
Skadden Alps Slate Meagher & Flom LLP
320 South Canal Street
Chicago, IL 60606
Ron.meisler@skadden.com

Edmon L. Morton
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
emorton@ycst.com

Michelle C. Perez
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas
22nd Floor
New York, NY 10036
mperez@glennagre.com

Trevor J. Welch
Glenn Agre Bergman & Fuentes LLP
1285 Avenue of the Americas
22nd Floor
New York, NY 10036
twelch@glennagre.com

4863-8256-8689, v. 1