# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| True Value Company, L.L.C., *et al.*, | : | Case No. 24-12337 (KBO) |
| | : | |
| Debtors.[1] | : | Notice of Appointment of Committee of Unsecured Creditors |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **STIHL Inc.**, c/o: Robin Shearer, 536 Viking Drive, Virginia Beach, VA 23452, Phone: (757) 785-1281, Fax: (757) 631-5738, E-mail: robin.shearer@stihl.us

2. **The Hillman Group, Inc.**, Attn: Dan Bauer, 1280 Kemper Meadow Dr., Cincinnati, OH 45240, Phone: (513) 851-4900, E-mail: daniel.bauer@hillmangroup.com

3. **Rust-Oleum Corp.**, 11 E. Hawthorn Parkway, Vernon Hills, IL 60061, Phone: (847) 587-7832, E-mail: john.brodersen@rustoleum.com

4. **Black & Decker (US), Inc.**, Attn: Theodore Morris and Matthew Reap, 1000 Stanley Drive, New Britain, CT 06053, Fax: (860) 827-3895, E-mail: ted.morris@sbdinc.com and matthew.reap@sbdinc.com

5. **Ryder Integrated Logistics**, Attn: Mike Mandell, 2333 Ponce De Leon Blvd., Coral Gables, FL 33134, Phone: (954) 439-4477, E-mail: mike_mandell@ryder.com

6. **Carhartt, Inc.**, Attn: Anna Inch, 5750 Mercury Drive, Dearborn, MI 48126, Phone: (248) 943-2069, E-mail: ainch@carhartt.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

7.  **The Sherwin-Williams Co. d/b/a Minwax**, c/o: Cecil McCurty, 101 W. Prospect Ave., 1100 Midland Building, Cleveland, OH 44115, Phone: (321) 200-7559, E-mail: cmccurty@valspar.com

8.  **Pension Benefit Guaranty Corp.**, Attn: Cynthia Wong, 445 12th St. Southwest, Washington, D.C. 20024-2101, Phone: (202) 229-3033, E-mail: wong.cynthia@pbgc.gov

9.  **W.P. Carey Inc.**, One Manhattan West, 395 9th Ave., 58th Floor, New York, NY 10001, Phone: (212) 492-1195, Fax: (212) 492-8922, E-mail: chayes@wpcarey.com

                                                **ANDREW R. VARA**

                                                **United States Trustee,**
                                                **Regions 3 & 9**

                                                /s/ *Benjamin Hackman*    for
                                                JOSEPH J. MCMAHON, JR.
                                                ASSISTANT UNITED STATES TRUSTEE
                                                benjamin.a.hackman@usdoj.gov

DATED: October 23, 2024

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Edmon Morton, Phone: (302) 571-6600