IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 29, 2024 AT 12:30 P.M. (PREVAILING EASTERN TIME)**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

Set forth below are the matters scheduled to be heard before the Honorable Karen B. Owens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware, on October 29, 2024 beginning at 12:30 p.m. (prevailing Eastern Time).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] **For ease of reference, amended items appear in bold font.**

**I.    CONTESTED MATTERS**

1.  **Cash Collateral:** *Motion of Debtors for Entry of Interim and Final Orders (I) (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 19] (Date Filed: 10/15/24)

    Objection Deadline:        October 28, 2024 at 12:30 p.m. (prevailing Eastern Time)

    Objections/
    Responses Filed:

    a.  *Preliminary Objection of PNC Bank, National Association to (a) Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Lenders; (III) Modifying the Automatic Stay; and (IV) Scheduling a Final Hearing; and (B) to All Other First Day Motions to the Extent They Require Use of Cash Collateral* [Docket No. 67] [SEALED] [Docket No. 68] [REDACTED] (Date Filed: 10/16/24)

    b.  ***Debtors' Reply (I) in Support of Debtors' Cash Collateral Motion and (II) in Response to Related Objection of PNC Bank, National Association* [Docket No. 199] [SEALED] (Date Filed: 10/29/24) [Docket No. 204] [REDACTED] (Date Filed: 10/29/24)**

    c.  ***Supplemental Objection of PNC Bank, National Association to (A) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Lenders; (III) Modifying the Automatic Stay; and (IV) Scheduling a Final Hearing; and (B) to All Other First Day Motions to the Extent They Require Use of Cash Collateral* [Docket No. 203] (Date Filed: 10/29/24)**

    Related
    Documents:

    a.  *Declaration Of William H. Hardie III In Support of Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially all of the Debtors Assets, and (III) Granting Related Relief* [Docket No. 13] (Date Filed: 10/14/24)

    b.  *Declaration of Kunal S. Kamlani in Support of Motion of Debtors for Entry of Interim and Final Orders (I) (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 20] (Date Filed: 10/15/24)

c.  *Declaration of Megan Menzer in Support of Motion of Debtors for Entry of Interim and Final Orders (I)(A) Authorizing the Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 61] [SEALED] [Docket No. 62] [REDACTED] (Date Filed: 10/16/24)

d.  *Order (Interim) (I) (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Further Interim Hearing and (II) Granting Related Relief* [Docket No. 106] (Date Filed: 10/18/24)

e.  *PNC Bank, National Association's Exhibit and Witness List for Hearing on October 28, 2024 at 12:30 p.m. (ET)* [Docket No. 168] (Date Filed: 10/25/24)

f.  *The Official Committee of Unsecured Creditors' Witness and Exhibit List for October 28, 2024 at 12:30 p.m. (ET) Hearing* [Docket No. 169] (Date Filed: 10/25/24)

g.  *Second Interim Order (I)(A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Further Interim Hearing and (II) Granting Related Relief* [Docket No. 175] (Date Filed: 10/28/24)

h.  *Declaration of Jay Weinberger in Support of Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief* [Docket No. 192] (Date Filed: 10/29/24)

i.  *Joint Exhibit List of Debtors and PNC Bank, National Association* [Docket No. 193] (Date Filed: 10/29/24)

j.  *Debtors' Witness and Supplemental Exhibit List* [Docket No. 198] (Date Filed: 10/29/24)

k.  *Motion for an Order Granting the Debtors Leave and Permission to File Debtors' Reply (I) in Support of Debtors' Cash Collateral Motion and (II) in Response to Related Objection of PNC Bank, National Association* [Docket No. 200] (Date Filed: 10/29/24)

Status:    This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated:  October 29, 2024
       Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Joseph O. Larkin*
Joseph O. Larkin (ID No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

Ron E. Meisler (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 South Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0705
Ron.Meisler@skadden.com
Jennifer.Madden@skadden.com

- and –

Robert D. Drain (admitted *pro hac vice*)
Evan A. Hill (admitted *pro hac vice*)
Moshe S. Jacob (admitted *pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Robert.Drain@skadden.com
Evan.Hill@skadden.com
Moshe.Jacob@skadden.com

*Proposed Counsel to Debtors and Debtors in Possession*