## Exhibit 1

**Third Interim Budget**

32330102.1

**True Value**
**8-Week Cash Collateral Budget**

*($ in 000s)*

| Day # FCST: | 1 FCST 10/30/2024 |
|---|---:|
| **Cash Operating Receipts** | |
| Operating Receipts | $12,429 |
| Other Receipts | – |
| **Total Operating Cash Receipts** | **$12,429** |
| **Operating Disbursements** | |
| Payroll & Benefits | (1,630) |
| Rent | – |
| Other Operating Disbursements | (137) |
| **Total Operating Disbursements** | **($1,766)** |
| **Operating Cash Flow** | **$10,663** |
| **Restructuring / Chapter 11 Items** | |
| UST Fees | – |
| Prepetition Taxes | (71) |
| FDM & Restructuring Items | (169) |
| Employee Benefits | – |
| Other Restructuring Items | – |
| **Total Restructuring / Chapter 11 Items** | **($240)** |
| **Total Professional Fees** | **–** |
| **Cash Flow Before Financing** | **$10,423** |
| **Total Financing Obligations** | **–** |
| **Net Cash Flow** | **$10,423** |
| **Bank Cash** | |
| BOP Bank Cash Balance | $57,977 |
| Net Cash Flow | 10,423 |
| Revolver Draw / (Paydown) | – |
| **EOP Bank Cash Balance** | **$68,400** |