**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.*, | Case No. 24-12337 (KBO) |
| **Debtors.**[1] | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON NOVEMBER 4, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

Set forth below are the matters scheduled to be heard before the Honorable Karen B. Owens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware, on November 4, 2024 beginning at 10:00 a.m. (prevailing Eastern Time).

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

## I.    ADJOURNED MATTERS

1.    **Retiree Motion:** *Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees* [Docket No. 116] (Date Filed: 10/21/24)

| | |
|---|---|
| Objection Deadline: | October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Debtors Prepetition Lenders until October 30, 2024 at 4:00 p.m. (prevailing Eastern Time) and for the Official Committee of Unsecured Creditors and Debtors Prepetition Lenders until October 31, 2024 at 4:00 p.m. (prevailing Eastern Time) |
| Objections/ Responses Filed: | None at the time of filing this agenda. |
| Status: | This matter is being adjourned until November 12, 2024 at 10:00 a.m. (prevailing Eastern Time) |

## II.    MATTERS GOING FORWARD

2.    **Taxes:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations and (II) Granting Related Relief* [Docket No. 6] (Date Filed: 10/14/24)

| | |
|---|---|
| Objection Deadline: | October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors until October 30, 2024 at 4:00 p.m. (prevailing Eastern Time) |
| Objections/ Responses Filed: | None. |
| Related Documents: | |

a.    Signed Interim Order [Docket No. 95] (Date Filed: 10/17/24)

b.    *Omnibus Notice of (I) Entry of Interim Orders, and (II) Scheduling of Final Hearing* [Docket No. 108] (Date Filed: 10/18/24)

| | |
|---|---|
| Status: | This matter is going forward. The Debtors intend to submit a final form of order under certification for the Court's consideration prior to the hearing. |

3.      **Customer Programs:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor Certain Prepetition Obligations to Customers and Continue Certain Customer Programs in the Ordinary Course of Business; and (II) Granting Related Relief* [Docket No. 8] (Date Filed: 10/14/24)

Objection Deadline:          October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors until October 30, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:

a.      Informal comments from the Office of the United States Trustee

a.      Informal comments from the Official Committee of Unsecured Creditors

Related
Documents:

a.      Signed Interim Order [Docket No. 96] (Date Filed: 10/17/24)

b.      *Omnibus Notice of (I) Entry of Interim Orders, and (II) Scheduling of Final Hearing* [Docket No. 108] (Date Filed: 10/18/24)

Status:       This matter is going forward.  The Debtors intend to submit a final form of order under certification for the Court's consideration prior to the hearing.

4.      **Employee Wage and Benefits:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Prepetition Employee Obligations and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 9] (Date Filed: 10/14/24)

Objection Deadline:          October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors until October 30, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:

a.      Informal comments from the Office of the United States Trustee

b.      Informal comments from the Official Committee of Unsecured Creditors

Related
Documents:

a.      Signed Interim Order [Docket No. 97] (Date Filed: 10/17/24)

b.      *Omnibus Notice of (I) Entry of Interim Orders, and (II) Scheduling of Final Hearing* [Docket No. 108] (Date Filed: 10/18/24)

Status:         This matter is going forward.  The Debtors intend to submit a final form of order under certification for the Court's consideration prior to the hearing.

5.    **Debtors Motion to Seal**: *Debtors' Motion for Entry of an Order Authorizing the Debtors to File Under Seal Certain Portions of the Declaration of Megan Menzer in Support of Motion of Debtors for Entry of Interim and Final Orders (I)(A) Authorizing the Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 63] (Date Filed: 10/16/24)

Objection Deadline:          October 28, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:        None.

Related
Documents:

a.      *Declaration of Megan Menzer in Support of Motion of Debtors for Entry of Interim and Final Orders (I)(A) Authorizing the Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 61] [SEALED] [Docket No. 62] [REDACTED] (Date Filed: 10/16/24)

b.      *Notice of Hearing Regarding Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Portions of the Declaration of Megan Menzer in Support of Motion of Debtors for Entry of Interim and Final Order (I) (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 126] (Date Filed: 10/22/24)

Status:         This matter is going forward.  The Debtors intend to submit a final form of order under certification for the Court's consideration prior to the hearing.

6.      **PNC Motion to Seal**: *PNC Bank, National Association's Motion to Seal Preliminary Objection of PNC Bank, National Association to (A) Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Lenders; (III) Modifying the Automatic Stay; and (IV) Scheduling a Final Hearing; and (B) to All Other First Day Motions to the Extent They Require Use of Cash Collateral* [Docket No. 109] (Date Filed: 10/18/24)

Objection Deadline:          October 28, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:          None.

Related
Documents:

a.      *Preliminary Objection of PNC Bank, National Association to (a) Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Lenders; (III) Modifying the Automatic Stay; and (IV) Scheduling a Final Hearing; and (B) to All Other First Day Motions to the Extent They Require Use of Cash Collateral* [Docket No. 67] [SEALED] [Docket No. 68] [REDACTED] (Date Filed: 10/16/24)

Status:          This matter is going forward.


## III.    CONTESTED MATTERS

7.      **Insurance**: *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Maintain Existing Insurance Programs, (B) Continue to Honor Insurance Program Obligations; and (C) Renew, Revise, Extend, Supplement, Change, or Enter Into New Coverage and Financing Agreements, (II) Authorizing Debtors to Modify the Automatic Stay for Claims Under the Workers' Compensation Program, and (III) Granting Related Relief* [Docket No. 5] (Date Filed: 10/14/24)

Objection Deadline:          October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors and Chubb Insurance Companies until October 30, 2024 at 4:00 p.m. (prevailing Eastern Time).

Objections/
Responses Filed:

a.      Informal comments from the Official Committee of Unsecured Creditors

b.      Informal comments from Chubb Insurance Companies

5

Related
Documents:

    a.      Signed Interim Order [Docket No. 94] (Date Filed: 10/17/24)

    b.      *Omnibus Notice of (I) Entry of Interim Orders, and (II) Scheduling of Final Hearing* [Docket No. 108] (Date Filed: 10/18/24)

Status:      This matter is going forward. The Debtors have received informal comments from Chubb Insurance Companies and are continuing to discuss those comments with Chubb.

8.    **Critical Vendors:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, and (C) Lien Claimants; and (II) Granting Related Relief* [Docket No. 7] (Date Filed: 10/14/24)

Objection Deadline:      October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors until October 30, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:

    a.      Informal comments from the Official Committee of Unsecured Creditors

Related
Documents:

    a.      Signed Interim Order [Docket No. 98] (Date Filed: 10/17/24)

    b.      *Omnibus Notice of (I) Entry of Interim Orders, and (II) Scheduling of Final Hearing* [Docket No. 108] (Date Filed: 10/18/24)

Status:      This matter is going forward. The Debtors have received informal comments from Official Committee of Unsecured Creditors and are continuing to discuss those comments with Committee.

9.    **Cash Management:** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Use of Existing Cash Management System, Bank Accounts, and Business Forms and (B) Implement Changes to Their Cash Management System in the Ordinary Course of Business; (II) Modifying Certain Requirements of Section 345(B) of the Bankruptcy Code; (III) Authorizing Continuance of Intercompany Transactions; (IV) Honoring Certain related Prepetition Obligations; and (V) Granting Related Relief* [Docket No. 10] (Date Filed: 10/14/24)

Objection Deadline:                 October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors until October 31, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:

a.      Informal comments from the Debtors' Prepetition Lenders

b.      Informal comments from the Official Committee of Unsecured Creditors

Related
Documents:

a.      Signed Interim Order [Docket No. 105] (Date Filed: 10/18/24)

b.      *Omnibus Notice of (I) Entry of Interim Orders, and (II) Scheduling of Final Hearing* [Docket No. 108] (Date Filed: 10/18/24)

Status:          This matter is going forward.  The Debtors have received informal comments from Debtors' Prepetition Lenders and from the Official Committee of Unsecured Creditors and are continuing to discuss those comments with the parties.

10.     **Utilities:** *Motion of Debtors for Entry of Interim and Final Orders (I) (A) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (B) Establishing Procedures for Resolving Objections by Utility Companies; and (C) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service and (II) Granting Related Relief* [Docket No. 11] (Date Filed: 10/14/24)

Objection Deadline:                 October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors until October 30, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:

a.      *Objection of Certain Utility Companies to the Motion of Debtors for Entry of Interim and Final Orders (I)(A) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (B) Establishing Procedures for Resolving Objections by Utility Companies; and (C) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service and (II) Granting Related Relief* [Docket No. 123] (Date Filed: 10/22/24)

b.      Informal objection from PG&E

Related
Documents:

    a.    Signed Interim Order [Docket No. 99] (Date Filed: 10/17/24)

    b.    *Omnibus Notice of (I) Entry of Interim Orders, and (II) Scheduling of Final Hearing* [Docket No. 108] (Date Filed: 10/18/24)

Status:        The parties have resolved the objection at Docket No. 123. This matter is going forward with respect to the informal objection of PG&E.

11.    **Bidding Procedures Motion:** *Motion of Debtors For Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially all of The Debtors Assets, and (III) Granting Related Relief* [Docket No. 12] (Date Filed: 10/14/24)

    Objection Deadline:        October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for Granite (12 Tradeport) LLC until October 30, 2024 at 4:00 p.m. (prevailing Eastern Time); and for the Official Committee of Unsecured Creditors and Debtors Prepetition Lenders until October 31, 2024 at 4:00 p.m. (prevailing Eastern Time)

    Objections/
    Responses Filed:

    a.    Informal comments from the Official Committee of Unsecured Creditors

    Related
    Documents:

    a.    *Declaration of William H. Hardie III in Support of Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially all of the Debtors Assets, and (III) Granting Related Relief* [Docket No. 13] (Date Filed: 10/14/24)

    b.    *Notice of Hearing on Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale Of Substantially All of the Debtors Assets, and (III) Granting Related Relief* [Docket No. 100] (Date Filed: 10/17/24)

    c.    *Declaration of Jay Weinberger in Support of Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief* [Docket No. 192] (Date Filed: 10/29/24)

Status:        This matter is going forward.   The Debtors have received informal comments from Official Committee of Unsecured Creditors and are continuing to discuss those comments with Committee.

12.    **Cash Collateral:** *Motion of Debtors for Entry of Interim and Final Orders (I) (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 19] (Date Filed: 10/15/24)

Objection Deadline:            October 28, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:

a.    *Preliminary Objection of PNC Bank, National Association to (a) Debtors Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Lenders; (III) Modifying the Automatic Stay; and (IV) Scheduling a Final Hearing; and (B) to All Other First Day Motions to the Extent They Require Use of Cash Collateral* [Docket No. 67] [SEALED] [Docket No. 68] [REDACTED] (Date Filed: 10/16/24)

b.    *Limited Objection and Reservation of Rights of Plymouth MWG 1750 South Lincoln LLC to Motion of Debtors for Entry of Interim and Final Orders (I)(A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 180] (Date Filed: 10/28/24)

c.    *Debtors' Reply (I) in Support of Debtors' Cash Collateral Motion and (II) in Response to Related Objection of PNC Bank, National Association* [Docket No. 199] [SEALED] (Date Filed: 10/29/24) [Docket No. 204] [REDACTED] (Date Filed: 10/29/24)

d.    *Supplemental Objection of PNC Bank, National Association to (A) Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to Use Cash Collateral; (II) Granting Adequate Protection to Prepetition Lenders; (III) Modifying the Automatic Stay; and (IV) Scheduling a Final Hearing; and (B) to All Other First Day Motions to the Extent They Require Use of Cash Collateral* [Docket No. 203] (Date Filed: 10/29/24)

e.    *Somerset Leasing Limited Objection to The Entry of A Final Order (II)(A) Authorizing the Debtors to Use Cash Collateral, (B) Granting Adequate Protection to the Prepetition Lenders, (C) Modifying the Automatic Stay, (D) Scheduling a Hearing, And (II) Granting Related Relief* [Docket No. 230] (Date Filed: 10/30/24)

Related
Documents:

a.   *Declaration of William H. Hardie III In Support of Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially all of the Debtors Assets, and (III) Granting Related Relief* [Docket No. 13] (Date Filed: 10/14/24)

b.   *Declaration of Kunal S. Kamlani in Support of Motion of Debtors for Entry of Interim and Final Orders (I) (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 20] (Date Filed: 10/15/24)

c.   *Declaration of Megan Menzer in Support of Motion of Debtors for Entry of Interim and Final Orders (I)(A) Authorizing the Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 61] [SEALED] [Docket No. 62] [REDACTED] (Date Filed: 10/16/24)

d.   Signed Interim Order [Docket No. 106] (Date Filed: 10/17/24)

e.   *Notice of Hearing regarding Motion of Debtors for Entry of Interim and Final Orders (I) (A) Authorizing Debtors to Use Cash Collateral; (B) Granting Adequate Protection to Prepetition Lenders; (C) Modifying the Automatic Stay; and (D) Scheduling a Final Hearing and (II) Granting Related Relief* [Docket No. 133] (Date Filed: 10/23/24)

f.   Signed Second Interim Order [Docket No. 175] (Date Filed: 10/28/24)

g.   *Declaration of Jay Weinberger in Support of Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief* [Docket No. 192] (Date Filed: 10/29/24)

h.   Signed Third Interim Order [Docket No. 224] (Date Filed: 10/30/24)

Status:        This matter is going forward.

13.   **Bar Date Motion**: *Motion for Entry of an Order (I) Establishing Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (IV) Approving Form and Manner of Notice Thereof, and (V) Granting Related Relief* [Docket No. 117] (Date Filed: 10/21/24)

Objection Deadline:       October 28, 2024 at 4:00 p.m. (prevailing Eastern Time), extended for the Official Committee of Unsecured Creditors until October 31, 2024 at 4:00 p.m. (prevailing Eastern Time)

Objections/
Responses Filed:

a.      Informal comments from the Official Committee of Unsecured Creditors

Status:          This matter is going forward.  The Debtors have received informal comments from the Official Committee of Unsecured Creditors and are continuing to discuss those comments with the Committee.

*[Remainder of Page Intentionally Left Blank]*

Dated:  October 31, 2024
         Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Joseph O. Larkin*
Joseph O. Larkin (ID No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

Ron E. Meisler (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 South Canal Street
Chicago, Illinois 60606
Telephone: (312) 407-0705
Ron.Meisler@skadden.com
Jennifer.Madden@skadden.com

- and –

Robert D. Drain (admitted *pro hac vice*)
Evan A. Hill (admitted *pro hac vice*)
Moshe S. Jacob (admitted *pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Robert.Drain@skadden.com
Evan.Hill@skadden.com
Moshe.Jacob@skadden.com

*Proposed Counsel to Debtors and Debtors in Possession*