IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>**TRUE VALUE COMPANY, L.L.C.** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered) |

### NOTICE OF GENERAL BAR DATE FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS IN THE CHAPTER 11 CASES

**PLEASE TAKE NOTICE THAT:**

On October 14, 2024 (the "Petition Date"), True Value Company, L.L.C. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors"), filed voluntary petitions (collectively, the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

On November 1, 2024, the Court entered an order [Docket No. 262] (the "Bar Date Order")[2] establishing certain dates by which parties holding prepetition claims against the Debtors must file proofs of claim, including requests for payment pursuant to section 503(b)(9) of the Bankruptcy Code.

On November 5, 2024, the Debtors filed their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, or statements of financial affairs. Pursuant to the Bar Date Order, all entities (except governmental units), including individuals, partnerships, estates, and trusts who have a claim or potential claim against the Debtors that arose before the Petition Date, no matter how remote or contingent such right to payment or equitable remedy may be, **other than** 503(b)(9) Claims, **MUST FILE A PROOF OF CLAIM** on or before the General Bar Date of **December 5, 2024 at 11:59 p.m. (prevailing Eastern Time)**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Bar Date Order. The Bar Date Order is available online, for free, at **https://omniagentsolutions.com/TrueValue**.

32347369.1