# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

Una O'Boyle
*Clerk of Court*

*To: Kenneth J. Enos*
*Young, Conaway, Stargatt & Taylor, LLP*
*Rodney Square*
*1000 North King Street*
*Wilmington, DE 19801*

**RE:** *24−12337−KBO True Value Company, L.L.C.*

     Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Monday, November 25, 2024** at **10:00 a.m. (ET)** , J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

     Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov/content/forms. Should you want to make changes to this notice, you must contact Una O'Boyle, Clerk of Court, for approval prior to mailing.

     Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before November 4, 2024 and file the Notice and Certificate of Service with the Court no later than November 11, 2024.

Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

Date: 11/4/24

*Una O'Boyle*

Una O'Boyle, *Clerk of Court*

(VAN−472)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-12337-KBO |
| True Value Company, L.L.C. | Chapter 11 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Nov 04, 2024 | Form ID: van472 | Total Noticed: 10 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Alexis K Banks, Skadden Arps Slate Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Esther Hong, Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | + | Evan A. Hill, Skadden, Arps, Slate, Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Jaclyn F Kleban, Skadden Arps Slate Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Jennifer Madden, Skadden Arps Slate Meagher & Flom LLP, 320 S Canal St, Chicago, IL 60606-5707 |
| aty | + | Moshe S Jacob, Skadden Arps Slate Meagher & Flom LLP, One Manhattan West, New York, NY 10001-0193 |
| aty | + | Trevor J. Welch, Glenn Agre Bergman & Fuentes LLP, 1285 Avenue of the Americas, 22nd Floor, New York, NY 10019-6028 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: john.hammerle@TrueValue.com | Nov 04 2024 19:59:00 | True Value Company, L.L.C., 8600 West Bryn Mawr Ave., Chicago, IL 60631-3579 |
| aty | ^ | MEBN | Nov 04 2024 19:54:32 | Malak S. Doss, Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |
| aty | ^ | MEBN | Nov 04 2024 19:54:32 | Michelle C. Perez, Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, 22nd Floor, New York, NY 10036-2603 |

TOTAL: 3

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2024          Signature:          /s/Gustava Winters

Case 24-12337-KBO   Doc 340   Filed 11/06/24   Page 3 of 6

| District/off: 0311-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Nov 04, 2024 | Form ID: van472 | Total Noticed: 10 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew J Nazar | on behalf of Creditor Ferrellgas L.P. anazar@polsinelli.com, tbackus@polsinelli.com |
| Andrew K Glenn | on behalf of Debtor True Value Company L.L.C. aglenn@glennagre.com, mco@glennagre.com |
| Austin Park | on behalf of Creditor Hammer (DE) Limited Partnership Borland (MN) LLC, Hammered Home (OH) LLC, Wilson Neighbor (IL) LLC and Wrench (DE) Limited Partnership apark@morrisnichols.com, austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Bradford J. Sandler | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com abates@pszjlaw.com |
| Brian J. McLaughlin | on behalf of Creditor Beacon Sales Acquisition Inc. brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com |
| Chad B. Simon | on behalf of Interested Party PNC Bank National Association csimon@otterbourg.com |
| Charles Robert Quigg | on behalf of Creditor The Dow Chemical Company cquigg@wnj.com |
| Charles Robert Quigg | on behalf of Creditor Rohm and Haas Chemicals LLC cquigg@wnj.com |
| Christopher Murphy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com |
| Curtis S. Miller | on behalf of Creditor Hammer (DE) Limited Partnership Borland (MN) LLC, Hammered Home (OH) LLC, Wilson Neighbor (IL) LLC and Wrench (DE) Limited Partnership csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Daniel F. Fiorillo | on behalf of Interested Party PNC Bank National Association dfiorillo@otterbourg.com, csimon@otterbourg.com;awilliams@otterbourg.com |
| David Weitman | on behalf of Creditor STNL II (Harvard) LLC david.weitman@klgates.com |
| David M. Klauder | on behalf of Interested Party NATIONAL DIVERSIFIED SALES INC. dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Schilli | on behalf of Creditor Charlotte Pipe and Foundry Company dschilli@robinsonbradshaw.com |
| Dean Farley | on behalf of Creditor STNL II (Harvard) LLC dfarley@brennanllc.com |
| Dennis Shaffer | on behalf of Creditor The Hardware House Inc. dshaffer@tydings.com |
| Edmon L. Morton | on behalf of Debtor True Value Company L.L.C. bankfilings@ycst.com |
| Edward A. Corma | on behalf of Creditor Committee Official Committee of Unsecured Creditors ecorma@pszjlaw.com |
| Emily Kathryn Devan | on behalf of Creditor Stanley Black & Decker Inc. edevan@milesstockbridge.com |
| Ericka Fredricks Johnson | on behalf of Creditor JS Products Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| Erik B. Weinick | on behalf of Interested Party PNC Bank National Association eweinick@otterbourg.com |

District/off: 0311-1  User: admin  Page 3 of 5
Date Rcvd: Nov 04, 2024  Form ID: van472  Total Noticed: 10

Erin Powers Severini
    on behalf of Creditor Plymouth MWG 1750 South Lincoln LLC eseverini@fbtlaw.com

Gordon E. Gouveia
    on behalf of Creditor The Toro Company ggouveia@foxrothschild.com

Inez M. Markovich
    on behalf of Creditor Somerset Leasing Corp. XXII imarkovich@mccarter.com

Inez M. Markovich
    on behalf of Creditor Somerset Leasing XXV LLC. imarkovich@mccarter.com

Inez M. Markovich
    on behalf of Creditor Somerset Leasing Corp. 27 imarkovich@mccarter.com

James B. Glucksman
    on behalf of Creditor Cold Spring HW LLC jbg@dhclegal.com jbglucksman-esq@outlook.com

James S. Carr
    on behalf of Creditor Ryder Integrated Logistics Inc., Ryder Transportation Solutions, LLC, and Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jason Daniel Angelo
    on behalf of Creditor Fifth Third Bank N.A. JAngelo@reedsmith.com, glauer@reedsmith.com

Jennifer McLain McLemore
    on behalf of Creditor Rust-Oleum Corporation jmclemore@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
    on behalf of Creditor DAP Global Inc. jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

John E. Lucian
    on behalf of Interested Party PNC Bank National Association john.lucian@blankrome.com

Joseph O. Larkin
    on behalf of Debtor True Value Retail L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin
    on behalf of Debtor True Value Virginia L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin
    on behalf of Debtor True Value Company L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin
    on behalf of Debtor TV GPMC L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin
    on behalf of Debtor Distributors Hardware L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin
    on behalf of Debtor TrueValue.com Company L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin
    on behalf of Debtor TV TSLC L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Joseph O. Larkin
    on behalf of Debtor TV Holdco II L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com

Karen C. Bifferato
    on behalf of Creditor Protect Plus Industries kbifferato@connollygallagher.com

Karen C. Bifferato
    on behalf of Creditor Freudenberg Filtration Technologies L.P. kbifferato@connollygallagher.com

Karen Elizabeth Sieg
    on behalf of Creditor STIHL Incorporated bsieg@mcguirewoods.com

Katherine Hemming
    on behalf of Interested Party Do it Best Corp. khemming@camlev.com

Katherine S. Dute
    on behalf of Creditor Allied Universal Security Services kdute@rc.com

Kenneth J. Enos
    on behalf of Debtor True Value Company L.L.C. bankfilings@ycst.com

Kevin G. Collins
    on behalf of Interested Party Calumet Inc. kevin.collins@btlaw.com, klytle@btlaw.com

Kristin L McElroy
    on behalf of Debtor True Value Company L.L.C. KMcElroy@ycst.com

Lawrence Raymond Thomas, III
    on behalf of Interested Party PNC Bank National Association lorenzo.thomas@blankrome.com

Linda V. Donhauser
    on behalf of Creditor Stanley Black & Decker Inc. ldonhauser@milesstockbridge.com

Lynn Hamilton Butler
    on behalf of Creditor McCoy's Building Supply lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Marc S. Pfeuffer
    on behalf of Creditor Pension Benefit Guaranty Corporation pfeuffer.marc@pbgc.gov efile@pbgc.gov

Margaret A. Vesper
    on behalf of Creditor DDP Specialty Electronic Materials US LLC vesperm@ballardspahr.com

Matthew Rifino
    on behalf of Creditor Somerset Leasing XXV LLC. mrifino@mccarter.com, kmcdonnell@mccarter.com

Matthew Rifino
    on behalf of Creditor Somerset Leasing Corp. 27 mrifino@mccarter.com kmcdonnell@mccarter.com

Matthew Rifino
    on behalf of Creditor Somerset Leasing Corp. XXII mrifino@mccarter.com kmcdonnell@mccarter.com

Matthew B. Goeller
    on behalf of Creditor STNL II (Harvard) LLC matthew.goeller@klgates.com, alyssa.domorod@klgates.com

Michael Ingrassia
    on behalf of Creditor Hermis Trading LLC ingrassiam@whiteandwilliams.com, michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael Ingrassia
    on behalf of Creditor Wholesale Building Products LLC ingrassiam@whiteandwilliams.com, michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael D. Mueller
    on behalf of Creditor DAP Global Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com

Michael D. Mueller
    on behalf of Creditor Rust-Oleum Corporation mmueller@williamsmullen.com avaughn@williamsmullen.com

Michael Vincent DiPietro
    on behalf of Creditor Ferrellgas L.P. mdipietro@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Paul J. Cordaro
    on behalf of Interested Party Do it Best Corp. PJC@camlev.com

Rachel Jaffe Mauceri
    on behalf of Creditor Allied Universal Security Services rmauceri@rc.com

Regina S. Kelbon
    on behalf of Interested Party PNC Bank National Association kelbon@blankrome.com

Reliable Companies
    gmatthews@reliable-co.com

Robert Drain
    on behalf of Debtor True Value Company L.L.C. Robert.Drain@Skadden.com

Robert J. Feinstein
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com

Ron E. Meisler
    on behalf of Debtor True Value Company L.L.C. ron.meisler@skadden.com, chdocket@skadden.com;wendy.lamanna@skadden.com;ron-meisler-8410@ecf.pacerpro.com;Christopher.heaney@skadden.com

Ronald E Gold
    on behalf of Creditor Plymouth MWG 1750 South Lincoln LLC rgold@fbtlaw.com awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com

Rozanne M Giunta

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Nov 04, 2024 | Form ID: van472 | Total Noticed: 10 |

| | |
|---|---|
| Rozanne M Giunta | on behalf of Creditor Rohm and Haas Chemicals LLC rgiunta@wnj.com |
| Rozanne M Giunta | on behalf of Creditor The Dow Chemical Company rgiunta@wnj.com |
| Rozanne M Giunta | on behalf of Creditor Rohm and Haas Company LLC rgiunta@wnj.com |
| Samuel C. Wisotzkey | on behalf of Creditor Cooper Lighting  LLC swisotzkey@kmksc.com, kmksc@kmksc.com |
| Samuel L. Rosin | on behalf of Creditor Pension Benefit Guaranty Corporation rosin.samuel@pbgc.gov |
| Scott D. Fink | on behalf of Creditor Toyota Industries Commercial Finance Inc. bronationalecf@weltman.com |
| Scott E. Blakeley | on behalf of Creditor Monrovia Nursery Company seb@blakeleylc.com ecf@blakeleyllp.com |
| Simon J. Torres | on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov efile@pbgc.gov |
| Sommer Leigh Ross | on behalf of Creditor Jeld-Wen  Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Stanley B. Tarr | on behalf of Interested Party PNC Bank  National Association stanley.tarr@blankrome.com |
| Stephanie Slater Ward | on behalf of Creditor The Toro Company sslater@foxrothschild.com |
| Stephen B Gerald | on behalf of Creditor The Hardware House  Inc. sgerald@tydings.com, trogers@whitefordlaw.com;clano@whitefordlaw.com |
| Susan E. Kaufman | on behalf of Creditor Plymouth MWG 1750 South Lincoln LLC skaufman@skaufmanlaw.com |
| Timothy R. Powell | on behalf of Debtor True Value Company  L.L.C. bankfilings@ycst.com |
| Tobey M. Daluz | on behalf of Creditor DDP Specialty Electronic Materials US  LLC daluzt@ballardspahr.com, ambroses@ballardspahr.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| William F. Taylor, Jr | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor UNS Electric  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com  clano@whitefordlaw.com |
| William F. Taylor, Jr | on behalf of Creditor UNS Gas  Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William L. Siegel | on behalf of Creditor Korber Supply Chain US  Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com |
| Yan Borodanski | on behalf of Creditor Somerset Leasing Corp. XXII yborodanski@mccarter.com |
| Yan Borodanski | on behalf of Creditor Somerset Leasing Corp. 27 yborodanski@mccarter.com |
| Yan Borodanski | on behalf of Creditor Somerset Leasing XXV  LLC. yborodanski@mccarter.com |

TOTAL: 96