## **CERTIFICATE OF SERVICE**

I, Richard W. Riley, do hereby certify that on November 8, 2024, I caused a copy of the foregoing to be served via CM/ECF on all counsel and parties who have entered appearances and, additionally, by upon the parties listed on the attached service list by first-class mail and electronic mail.

/s/ *Richard W. Riley*
Richard W. Riley (DE Bar No. 4052)

## Service List

**VIA EMAIL AND FIRST-CLASS MAIL**

*Counsel to the Debtors*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Joseph O. Larkin
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Joseph.Larkin@skadden.com

*Counsel to the Debtors*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Ron E. Meisler
Jennifer Madden
320 South Canal Street
Chicago, Illinois 60606-5707
Ron.Meisler@skadden.com
Jennifer.Madden@skadden.com

*Counsel to the Debtors*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Robert D. Drain
Evan A. Hill
Moshe S. Jacob
One Manhattan West 395 9th Ave.
New York, New York 10001
Robert.Drain@skadden.com
Evan.Hill@skadden.com
Moshe.Jacob@skadden.com

*Counsel to PNC Bank, National Association*
BLANK ROME LLP
John E. Lucian
One Logan Square 130 North 18th Street
Philadelphia, Pennsylvania 19103
john.lucian@blankrome.com

*Counsel to PNC Bank, National Association*
BLANK ROME LLP
Regina Stango Kelbon
Stanley B. Tarr
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
regina.kelbon@blankrome.com
stanley.tarr@blankrome.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*
PACHULSKI STANG ZIEHL & JONES, LLP
Bradford J. Sandler, Esq.
Colin R. Robinson, Esq.
Edward A. Corma, Esq.
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
bsandler@pszjlaw.com
crobinson@pszjlaw.com
ecorma@pszjlaw.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*
PACHULSKI STANG ZIEHL & JONES, LLP
Robert J. Feinstein, Esq.
Paul J. Labov, Esq.
Cia H. Mackle, Esq.
780 Third Avenue, 34th Floor
New York, NY 10017
rfeinstein@pszjlaw.com
plabov@pszjlaw.com
cmackle@pszjlaw.com

*Counsel to the Stalking Horse Bidder*
TAFT STETTINIUS & HOLLISTER LLP
W. Timothy Miller, Esq.
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
miller@taftlaw.com

*Counsel to PNC Bank, National Association*
OTTERBOURG P.C.
Daniel F. Fiorillo
Adam C. Silverstein
Chad B. Simon
Pauline McTernan 2
30 Park Avenue
New York, New York 10169
dfiorillo@otterbourg.com
asilverstein@otterbourg.com
csimon@otterbourg.com
pmcternan@otterbourg.com

*Counsel to the Stalking Horse Bidder*
TAFT STETTINIUS & HOLLISTER LLP
Zachary E. Klutz
One Indiana Square Suite 3500
Indianapolis, IN 46204-2023
zklutz@taftlaw.com

TRUE VALUE COMPANY, L.L.C.
8600 West Bryn Mawr Ave.
Chicago, IL, 60631
Attn: Susan Radde, Esq.
susan.radde@truevalue.com