IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AT HOME GROUP INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11120 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 19, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Omnibus Order (I) Authorizing the (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Certain Personal Property, Each Effective as of the Petition Date, and (II) Granting Related Relief [Docket No. 342]**

On July 19, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Final Order (I) Authorizing the Debtors to Assume the Agency Agreement, (II) Authorizing and Approving the Conduct of Store Closing Sales, with Such Sales to Be Free and Clear of All Liens, Claims, and Encumbrances, (III) Modifying Customer Programs at the Closing Stores, and (IV) Granting Related Relief [Docket No. 345]**

Dated: July 24, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 24th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cushman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/AtHome. The location of the Debtors' service address for purposes of these chapter 11 cases is: 9000 Cypress Waters Blvd, Coppell, Texas 75019.

# EXHIBIT A

**Exhibit A**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| 1010 H LLC | P.O. Box 1800 | Corvallis, OR 97339 | | | | First Class Mail |
| 651 Sleater Kinney, LLC | 651 Sleater Kinney Rd SE | Lacey, WA 98503 | | | | First Class Mail |
| Amargosa Palmdale Investments LLC | 9301 Wilshire Blvd, Ste 206 | Beverly Hills, CA 90210 | | | marikan@dolmarinc.com; | Email<br>First Class Mail |
| Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch | Attn: Nahal Zarnighian | 2029 Century Park E, Ste 1400 | Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com | Email<br>First Class Mail |
| Ballard Spahr LLP | Attn: Leslie C Heilman/Laurel D Roglen | Attn: Margaret A Vesper/Erin L Williamson | 919 N Market St, 11th Fl | Wilmington, DE 19801-3034 | heilmanl@ballardspahr.com | Email<br>First Class Mail |
| Brixton Everett LLC | 120 S Sierra Ave | Solana Beach, CA 92075 | | | | First Class Mail |
| CorvallisRiverFront LLC | c/o Dickerhoof Properties | Attn: Darren Dickerhoof | 777 NE 2nd St, Ste 200 | Corvallis, OR 97330 | darren@dickerhoof.com | Email<br>First Class Mail |
| CorvallisRiverFront LLC | Attn: Richard A Carone | 7250 Avalon Dr | Corvallis, OR 97330 | | | First Class Mail |
| Jsk Jj Investments LLC | 1156 Tanglewood Way | San Mateo, CA 94403 | | | jaykeshav@gmail.com; keshavneeraj16@gmail.com; krishnajkeshav@gmail.com; | Email<br>First Class Mail |
| Kraus-Anderson Inc | 501 S 8th St | Minneapolis, MN 55404 | | | kristin.kruschke@krausanderson.com; | Email<br>First Class Mail |

# **EXHIBIT B**

**Exhibit B**
Service List

| Creditor | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 905 South 24Th Street West Owner LLC | 212 Lower Creek Rd | Stockton, NJ 08559-1617 | | | | gchiang@gmail.com | Email<br>First Class Mail |
| 905 South 24th Street West Owner LLC | 905 S 24TH Street W | Billings MT 59102 | | | | | First Class Mail |
| 905 South 24th Street West Owner LLC | c/o Three East 3rd Street Corp | Attn: George Chiang | 6 W 18th St, Unit 2D | New York, NY 10011 | | gchiang@gmail.com | Email<br>First Class Mail |
| 905 South 24th Street West Owner LLC | c/o Federman Steifman LLP | Attn: Michael K Federman | 220 E 42nd St, 29th Fl | New York, NY 10017 | | | First Class Mail |
| Bayard, PA | Attn: Ericka F Johnson | 600 N King St, Ste 400 | Wilmington, DE 19801 | | | ejohnson@bayardlaw.com | Email<br>First Class Mail |
| Bli Sunset Square LLC | 2940 Fairview Ave E | Seattle, WA 98102 | | | | stefanie@fwpmgmt.com | Email<br>First Class Mail |
| BLI Sunset Square LLC | 1001 E Sunset Drive | Bellingham WA 98226 | | | | | First Class Mail |
| Brixmor Middletown Plaza Owner, LLC | 1361 NJ-35 | Middletown Township, NJ 07748 | | | | | First Class Mail |
| Brixmor Spe 3 LLC | P.O. Box 645349 | Cincinnati, OH 45264-5349 | | | | katy.buohl@brixmor.com;<br>arremit@brixmor.com | Email<br>First Class Mail |
| Brixmor SPE 3 LLC | 13180 S Cicero Avenue | Crestwood IL 60445 | | | | | First Class Mail |
| Brixton Everett LLC | 120 S Sierra Ave | Solana Beach, CA 92075 | | | | kgodat@brixtoncapital.com | Email<br>First Class Mail |
| BT Pleasant Hills LP | 720 Clairton Blvd | Pittsburgh PA 15236 | | | | | First Class Mail |
| Bt Pleasant Hills, LP | 200 Dryden Rd, Ste 2000 | Dresher, PA 19025 | | | | jennis@betinvestments.com; | Email<br>First Class Mail |
| BT Pleasant Hills, LP | Attn: Jeffrey Kurtzman, Esq | 101 N Washington Ave, Ste 4A | Margate, NJ 08042 | | | kurtzman@kurtzmansteady.com | Email<br>First Class Mail |
| BT Pleasant Hills, LP | c/o BET Investments, Inc | Attn: Gregory F Gambel, Jr | 200 Dryden Rd E, Ste 2000 | Dresher, PA 19025 | | ggambel@betinvestments.com | Email<br>First Class Mail |
| Che Chen Liu & Shu Fen Liu Revocable Trust | 26532 Towne Center Dr, Stes A-B | Foothill Ranch CA 92610 | | | | | First Class Mail |
| Cohen Seglias Pallas Greenhall & Furman PC | Attn: Evan W Rassman, Esq | 500 Delaware Ave, Ste 730 | Wilmington, DE 19801 | | | erassman@cohenseglias.com | Email<br>First Class Mail |
| Dedham R2G Owner LLC | 300 Providence Highway | Dedham MA 02026 | | | | | First Class Mail |
| Dedham R2G Reit | P.O. Box 411198 | Boston, MA 02241-1198 | | | | epay@rptrealty.com | Email<br>First Class Mail |
| ECP / TPB1, LLC | 1982 E 20th St | Chico CA 95928 | | | | | First Class Mail |
| ECP/TPB1, LLC | c/o Ethan Conrad Properties | Attn: Ethan Conrad & Corporate Counsel | 1300 National Dr, Ste 100 | Sacramento, CA 95834 | | ethan@ethanconradprop.com | Email<br>First Class Mail |
| Fundamentals Company | Kinpark Associates & Laurie Industries, Inc. | c/o Kin Properties, Inc | Attn: Robert Crum | 185 NW Spanish River Blvd, Ste 100 | Boca Raton, FL 33431 | rcrum@kinproperties.com | Email<br>First Class Mail |
| Fundamentals Company, Kinpark Associates, Laurie Industries, Inc. | 3201 North Mayfair Road | Wauwatosa WI 53222 | | | | | First Class Mail |
| Kin Properties Inc | Attn: Paul B. Bernstein, Esquire | 185 Nw Spanish River Blvd, Ste 100 | Boca Raton, FL 33421 | | | pbernstein@kinproperties.com;<br>landlord@kinproperties.com | Email<br>First Class Mail |
| Kohl's Department Stores, Inc. | 6135 Junction Blvd | Rego Park NY 11374 | | | | | First Class Mail |
| Landis Rath & Cobb LLP | Attn: Kimberly A Brown/George A Williams III | 919 Market St, Ste 1800 | Wilmington, DE 19801 | | | brown@lrclaw.com | Email<br>First Class Mail |
| Laurie Industries Inc | 185 NW Spanish River Blvd, Ste 100 | Boca Raton, FL 33431 | | | | ach@kinproperties.com | Email<br>First Class Mail |
| Lowe's Home Centers, LLC | 750 Newhall Dr | San Jose CA 95110-1106 | | | | | First Class Mail |
| Manassas Real Estate Ventures, LLC | 4218 NE 2nd Ave | Miami, FL 33137 | | | | manassasleaseadmin@spinosoreg.com | Email<br>First Class Mail |
| Manassas Real Estate Ventures, LLC | 8300 Sudley Rd | Manassas VA 20109 | | | | | First Class Mail |
| Mervis - Ccp Leesburg, LLC | 7825 Tuckerman Ln, Ste 210 | Potomac, MD 20854 | | | | rereiver@aol.com;<br>bobreiver2021@gmail.com | Email<br>First Class Mail |
| Mervis - CCP Leesburg, LLC | 19460 Compass Creek Pkwy | Leesburg VA 20175 | | | | | First Class Mail |
| Name Redacted | Address Redacted | | | | | Email Address Redacted | Email<br>First Class Mail |
| Oleta Partners Biscayne Parcel LLC | 19501 Biscayne Blvd, Ste 400 | Aventura, FL 33180 | | | | ahyatt@turnberry.com;<br>eperez@turnberry.com | Email<br>First Class Mail |
| Oleta Partners Biscayne Parcel LLC | 14585 Biscayne Blvd | North Miami FL 33181-1209 | | | | | First Class Mail |
| Peoria New Mall LLC | 5203 W War Memorial Dr | Peoria IL 61615 | | | | | First Class Mail |
| Peoria New Mall, LLC | 980 Michigan Ave, Ste 1660 | Chicago, IL 60611 | | | | danielle.heebink@am.jll.com; | Email<br>First Class Mail |
| Pergola LLC and Abraham Properties LLC | 2820 Hwy 63 South | Rochester MN 55904-5571 | | | | | First Class Mail |
| Pergola, LLC | 201 Western Ave N | St Paul, MN 55102 | | | | brian@pergolaonline.com | Email<br>First Class Mail |
| Prince Lobel Tye, LLP | Attn: George W Tetler III/mark W Powers | 1 Mercantile St, Ste 220 | Worcester, MA 01608 | | | gtetler@princelobel.com | Email<br>First Class Mail |
| SCC Nassau Park Pavilion LLC | 301 Nassau Park Blvd | Princeton NJ 08540 | | | | | First Class Mail |
| Scc Nassau Park Pavillion Nj LLC | 3300 Enterprise Pkwy | Beachwood, OH 44122 | | | | achpayment@sitecenters.com | Email<br>First Class Mail |
| Shrewsbury Crossing II, LLC | c/o First America Realty, Inc | P.O. Box 646 | Worcester, MA 01613-0646 | | | kgirard@firstamericanrealtyinc.com | Email<br>First Class Mail |
| Shrewsbury Crossing II, LLC | 571 Boston Turnpike | Shrewsbury MA 1545 | | | | | First Class Mail |
| Spirit Realty LP | 8320 Delta Shores Circle S | Sacramento CA 95832 | | | | | First Class Mail |
| Spirit Realty, LP | 2727 N Harwood St, Ste 300 | Dallas, TX 75201 | | | | | First Class Mail |
| Tayman Lane Chaverri LLP | Attn: Jeffrey Rhodes, Esquire | 2001 L St, NW, Ste 500 | Washington, DC 20036 | | | jrhodes@tlclawfirm.com | Email<br>First Class Mail |
| Transform Lease OPCO LLC | 3795 E Foothills Blvd | Pasadena CA 91107 | | | | | First Class Mail |
| Transform Lease OPCO LLC | 2900 N Bellflower Blvd | Long Beach CA 90815 | | | | | First Class Mail |
| Transform Leaseco LLC | 2505 El Camino Real | Tustin CA 92782 | | | | | First Class Mail |
| Transform Operating Stores LLC | 300 Baychester Ave | Bronx NY 10475 | | | | | First Class Mail |
| Transform Operating Stores LLC | 2200 Harbor Blvd | Costa Mesa CA 92627 | | | | | First Class Mail |
| Ue Ledgewood LLC | P.O. Box 645308 | Pittsburg, PA 15264 | | | | remit@uedege.com | Email<br>First Class Mail |
| UE Ledgewood LLC | 461 Route 10 East | Ledgewood NJ 07852 | | | | | First Class Mail |
| Yakima Theatres, Inc | P.O. Box 50 | Yakima, WA 98907 | | | | janelle@yakimatheatres.com | Email<br>First Class Mail |
| YAKIMA THEATRES, INC. | 2530 Rudkin Road | Yakima WA 98903 | | | | | First Class Mail |