IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE VALUE COMPANY, L.L.C., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 4, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A** and via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Sale, Bid Deadline, Auction and Sale Hearing [Docket No. 299]**

Dated: November 11, 2024

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 11th day of November, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Matrix | 1970 Group, Inc | Attn: Angela Buhrke/Stephen Roseman<br>400 Madison Ave, 18th Fl<br>New York, NY 10017 | | SR@1970Group.com; abuhrke@1970Group.com | Email |
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | | First Class Mail |
| *NOA - Counsel for DDP Specialty Electronic Materials US, LLC | Ballard Spahr LLP | Attn: Tobey M Daluz/Margaret A Vesper<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | 302-252-4466 | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| *NOA - Counsel to Calumet, Inc. | Barnes & Thornburg LLP | Attn: Mark R Owens/Kevin G Collins<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | 302-300-3456 | mark.owens@btlaw.com<br>kevin.collins@btlaw.com | Email |
| Committee of Unsecured Creditors | Black & Decker (US), Inc. | Attn: Theodore Morris/Matthew Reap<br>1000 Stanley Dr<br>New Britain, CT 06053 | | ted.morris@sbdinc.com<br>matthew.reap@sbdinc.com | Email |
| *NOA - Counsel for Monrovia Nursery Company | Blakeley LC | Attn: Scott E Blakeley<br>530 Technology Dr, Ste 100<br>Irvine, CA 92618 | | SEB@BlakeleyLC.com | Email |
| *NOA - Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon/Stanley B Tarr<br>1201 N Market St, Ste 800<br>Wilmington, DE 19801 | 302-425-6464 | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com | Email |
| *NOA - Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: John E Lucian<br>1 Logan Sq<br>130 N 18th St<br>Philadelphia, PA 19103 | 215-569-5555 | john.lucian@blankrome.com | Email |
| *NOA - Counsel for for Freudenberg Filtration Technologies, L.P. and Protect Plus Industries | Bodman PLC | Attn: Noel Ravenscroft<br>1901 St Antoine St,<br>6th Fl at Ford Field<br>Detroit, MI 48226 | | nravenscroft@bodmanlaw.com | Email |
| *NOA - Counsel for STNL II (Harvard), LLC | Brennan Investment Group | Attn: Dean Farley<br>10275 W Higgins Rd, Ste 801<br>Rosemont, IL 60018 | | dfarley@brennanllc.com | Email |
| Committee of Unsecured Creditors | Carhartt, Inc. | Attn: Anna Inch<br>5750 Mercury Dr<br>Dearborn, MI 48126 | | ainch@carhartt.com | Email |
| *NOA - Counsel to Hammer (DE) Limited Partnership, Borland (MN) LLC, Hammered Home (OH) LLC, Wilson Neighbor (IL) LLC and Wrench (DE) Limited Partnership | Chaffetz Lindsey LLP | Attn: Alan J Lipkin<br>1700 Broadway, 33rd Fl<br>New York, NY 10019 | 212-257-6950 | alan.lipkin@chaffetzlindsey.com | Email |
| *NOA - Counsel for for Freudenberg Filtration Technologies, L.P. and Protect Plus Industries | Connolly Gallagher LLP | Attn: Karen C Bifferato<br>1201 N Market St 20th Fl<br>Wilmington, DE 19801 | | kbifferato@connollygallagher.com | Email |
| *NOA - Counsel for Korber Supply Chain US, Inc. | Cowles & Thompson, P.C. | Attn: William L Siegel<br>901 Main St, Ste 3900<br>Dallas, TX 75202 | 214-672-2326 | bsiegel@cowlesthompson.com | Email |
| *NOA - Counsel for Cold Spring HW LLC d/b/a Brett's Hardware | Davidoff Hutcher & Citron LLP | Attn: Jonathan Pasternak/James Glucksman<br>605 3rd Ave<br>New York, NY 10158 | 212-286-1084 | rlr@dhclegal.com<br>jbg@dhclegal.com | Email |
| Governmental Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | | First Class Mail |
| *NOA - Counsel for JELD-WEN | Duane Morris LLP | Attn: Sommer L Ross<br>1201 Market St, Ste 501<br>Wilmington, DE 19801 | 302-657-4901 | slross@duanemorris.com | Email |
| *NOA - Counsel to The Toro Company | Fox Rothschild LLP | Attn: Stephanie Slater Ward, Esq.<br>1201 N Market St, Ste 1200<br>Wilmington, DE 19801 | | sward@foxrothschild.com | Email |
| *NOA - Counsel to The Toro Company | Fox Rothschild LLP | Attn: Gordon E. Gouveia, Esq.<br>321 N Clark St, Ste 1600<br>Chicago, IL 60654 | | ggouveia@foxrothschild.com | Email |
| *NOA - Counsel for Plymouth MWG 1750 South Lincoln LLC | Frost Brown Todd LLP | Attn: Ronald E Gold/Erin P Severini<br>3300 Great American Twr<br>301 E 4th St<br>Cincinnati, OH 45202 | 513-651-6981 | rgold@fbtlaw.com;<br>eseverini@fbtlaw.com | Email |
| Proposed efficiency counsel for the Debtors | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K Glenn/Trevor J Welch<br>Attn: Malak S Doss<br>1185 Ave of the Americas, Fl 22<br>New York, NY 10036 | | aglenn@glennagre.com<br>twelch@glennagre.com<br>mdoss@glennagre.com | Email |
| Landlord | Granite (12 Tradeport) LLC | c/o Barclay Damon LLP<br>Attn: Kevin M Newman/Scott Fleischer<br>Barclay Damon Twr<br>125 E Jefferson St<br>Syracuse, NY 13202 | | KNewman@barclaydamon.com<br>SFleischer@barclaydamon.com | Email |
| *NOA - Counsel for McCoy's Building Supply | Husch Blackwell LLP | Attn: Lynn Hamilton Butler<br>111 Congress Ave, Ste 1400<br>Austin, TX 78701 | 512-226-7318 | lynn.butler@huschblackwell.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | First Class Mail |
| *NOA - Counsel for STNL II (Harvard), LLC | K&L Gates LLP | Attn: David Weitman<br>1717 Main St, Ste 2800<br>Dallas, TX 75201 | 214-939-5849 | david.weitman@klgates.com | Email |
| *NOA - Counsel for STNL II (Harvard), LLC | K&L Gates LLP | Attn: Steven L Caponi/Matthew B Goeller<br>600 N King St, Ste 901<br>Wilmington, DE 19801 | 302-416-7020 | steven.caponi@klgates.com<br>matthew.goeller@klgates.com | Email |
| *NOA - Counsel to Ryder Integrated Logistics, Inc., Ryder Transportation Solutions, LLC, and Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services | Kelley Drye & Warren LLP | Attn: James S Carr/Philip A Weintraub<br>Attn: Katherine M Cavins<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | 212-808-7897 | jcarr@kelleydrye.com<br>pweintraub@kelleydrye.com<br>kcavins@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com | Email |
| *NOA - Counsel for Cooper Lighting, LLC | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Building<br>Barnabas Business Center<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212-1059 | | swisotzkey@kmksc.com | Email |
| *NOA - Counsel for Somerset Leasing XXV, LLC, Somerset Leasing Corp XXII, and Somerset Leasing Corp 27 | McCarter & English LLP | Attn: Matthew J Rifino<br>Renaissance Ctr<br>405 N King St, 8th Fl<br>Wilmington, DE 19801 | 302-984-6399 | mrifino@mccarter.com | Email |
| *NOA - Counsel for Somerset Leasing XXV, LLC, Somerset Leasing Corp XXII, and Somerset Leasing Corp 27 | McCarter & English LLP | Attn: Inez M Markovich<br>1600 Market St, Ste 3900<br>Philadelphia, PA 19103 | 215-979-3899 | imarkovich@mccarter.com | Email |
| *NOA - Counsel for Somerset Leasing XXV, LLC, Somerset Leasing Corp XXII, and Somerset Leasing Corp 27 | McCarter & English LLP | Attn: Yan Borodanski<br>4 Gateway Ctr<br>100 Mulberry St, 12th Fl<br>Newark, NJ 07102 | | yborodanski@mccarter.com | Email |
| *NOA - Counsel to STIHL Incorporated | McGuireWoods LLP | Attn: Dion W Hayes/K Elizabeth Sieg<br>Attn: Connor W Symons<br>Gateway Plz<br>800 E Canal St<br>Richmond, VA 23219-3916 | 804-775-1061 | dhayes@mcguirewoods.com<br>bsieg@mcguirewoods.com<br>csymons@mcguirewoods.com | Email |
| *NOA - Counsel for Stanley Black & Decker, Inc. | Miles & Stockbridge P.C. | Attn: Emily K Devan/Linda V Donhauser<br>100 Light St, 7th Fl<br>Baltimore, MD 21202 | | edevan@milesstockbridge.com<br>ldonhauser@milesstockbridge.com | Email |

True Value Company, L.L.C., et al. (Case No. 24-12337)

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| *NOA - Counsel to Hammer (DE) Limited Partnership, Borland (MN) LLC, Hammered Home (OH) LLC, Wilson Neighbor (IL) LLC and Wrench (DE) Limited Partnership | Morris Nichols Arsht & Tunnell LLP | Attn: Curtis S Miller/Austin T Park<br>1201 N Market St, Ste 1600<br>PO Box 1347<br>Wilmington, DE 19899-1347 | 302-658-3989 | cmiller@morrisnichols.com<br>apark@morrisnichols.com | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | | uag@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | ago.info.help@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr<br>Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Stein<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | | First Class Mail |
| *NOA - Counsel to Beacon Sales Acquisition, Inc. | Offit Kurman, P.A. | Attn: Brian J McLaughlin<br>222 Delaware Ave, Ste 1105<br>Wilmington, DE 19801 | | brian.mclaughlin@offitkurman.com | Email |
| *NOA - Counsel for Beacon Sales Acquisition, Inc. | Offit Kurman, P.A. | Attn: Stephen Metz<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | | smetz@offitkurman.com | Email |
| (b) Counsel to the prepetition Lenders | Otterbourg P.C. | Attn: Daniel Fiorillo, Esq.<br>230 Park Ave<br>New York, NY 10169-0075 | | dfiorillo@otterbourg.com | Email |
| *NOA - Counsel to PNC Bank, National Association | Otterbourg P.C. | Attn: Daniel F Fiorillo/Adam C Silverstein<br>Attn: Chad B Simon/Pauline McTernan<br>230 Park Ave<br>New York, NY 10169 | | dfiorillo@otterbourg.com<br>asilverstein@otterbourg.com<br>csimon@otterbourg.com<br>pmcternan@otterbourg.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Colin R Robinson<br>Attn: Edward A Corma<br>919 N Market St, 17th Fl<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801) | 302-652-4400 | bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>ecorma@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Paul J Labov<br>Attn: Cia H Mackle<br>780 3rd Ave, 34th Fl<br>New York, NY 10017 | 212-561-7777 | rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com<br>cmackle@pszjlaw.com | Email |
| Committee of Unsecured Creditors | Pension Benefit Guaranty Corp. | Attn: Cynthia Wong<br>445 12th St SW<br>Washington, DC 20024-2101 | | wong.cynthia@pbgc.gov | Email |
| *NOA - Counsel to PBGC | Pension Benefit Guaranty Corporation | Attn: Samuel L Rosin/Simon J Torres<br>Attn: Marc S Pfeuffer<br>Office of the General Counsel<br>445 12th St, SW<br>Washington, DC 20024 | | rosin.samuel@pbgc.gov<br>torres.simon@pbgc.gov<br>pfeuffer.marc@pbgc.gov<br>efile@pbgc.gov | Email |
| *NOA - Counsel to Fifth Third Bank, N.A | Reed Smith LLP | Attn: Jason D Angelo/Cameron C Capp<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | 302-778-7575 | jangelo@reedsmith.com<br>ccapp@reedsmith.com | Email |
| *NOA - Counsel for Allied Universal Security Services | Robinson & Cole LLP | Attn: Katherine S Dute<br>1201 N Market St, Ste 1406<br>Wilmington, DE 19801 | 302-516-1699 | kdute@rc.com | Email |
| *NOA - Counsel for Allied Universal Security Services | Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri<br>1650 Market St, Ste 3030<br>Philadelphia, PA 19103 | 215-827-5982 | rmauceri@rc.com | Email |
| *NOA - Counsel for Charlotte Pipe and Foundry Company | Robinson Bradshaw & Hinson, PA | Attn: David M Schilli<br>101 N Tryon St, Ste 1900<br>Charlotte, NC 28246 | 704-378-4000 | dschilli@robinsonbradshaw.com | Email |
| Committee of Unsecured Creditors | Rust-Oleum Corp. | 11 E Hawthorn Pkwy<br>Vernon Hills, IL 60061 | 860-827-3895 | john.brodersen@rustoleum.com | Email |
| Committee of Unsecured Creditors | Ryder Integrated Logistics | Attn: Mike Mandell<br>2333 Ponce De Leon Blvd<br>Coral Gables, FL 33134 | | mike_mandell@ryder.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | | First Class Mail |
| SEC | Securities & Exchange Commission | Philadelphia Regional Office<br>1617 JFK Blvd, Ste 520<br>Philadelphia, PA 19103 | | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | | First Class Mail |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Joseph Larkin<br>1 Rodney Sq<br>920 N King St<br>Wilmington, DE 19801 | 302-651-3001 | Joseph.Larkin@skadden.com | Email |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E Meisler/Jennifer Madden<br>320 S Canal St<br>Chicago, IL 60606-5707 | 312-407-0411 | Ron.Meisler@skadden.com<br>Jennifer.Madden@skadden.com | Email |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Evan A Hill/Moshe S Jacob<br>1 Manhattan W<br>New York, NY 10001 | 212-735-2000 | Evan.Hill@skadden.com<br>Moshe.Jacob@skadden.com | Email |
| Committee of Unsecured Creditors | STIHL Inc. | Attn: Robin Shearer<br>536 Viking Dr<br>Virginia Beach, VA 23452 | 757-631-5738 | robin.shearer@stihl.us | Email |
| Counsel to the Stalking Horse Bidder | Taft Stettinius & Hollister LLP | Attn: Zachary E Klutz, W Timothy Miller<br>1 Indiana Sq, Ste 3500<br>Indianapolis, IN 46204 | | zklutz@taftlaw.com; miller@taftlaw.com | Email |
| *NOA - Counsel for the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S Murphy<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711-2548 | | christopher.murphy@oag.texas.gov | Email |
| Committee of Unsecured Creditors | The Hillman Group, Inc. | Attn: Dan Bauer<br>1280 Kemper Meadow Dr<br>Cincinnati, OH 45240 | | daniel.bauer@hillmangroup.com | Email |
| Committee of Unsecured Creditors | The Sherwin-Williams Co. d/b/a Minwax | Attn: Cecil McCurty<br>101 W Prospect Ave<br>1100 Midland Bldg<br>Cleveland, OH 44115 | | cmccurty@valspar.com | Email |
| *NOA - Counsel for Mansfield Oil Company | Thompson, O'Brien, Kappler & Nasuti, P.C. | Attn: Michael B Pugh<br>2 Sun Ct, Ste 400<br>Peachtree Corners, GA 30092 | 770-925-8597 | mpugh@tokn.com | Email |
| *NOA - Counsel to The Hardware House, Inc | Tydings & Rosenberg, LLP | Attn: Dennis J Shaffer/Stephen B Gerald<br>200 Continental Dr, Ste 401<br>Newark, DE 19713 | 410-727-5460 | dshaffer@tydings.com<br>sgerald@tydings.com | Email |
| US Attorney's Office | United States Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | | First Class Mail |
| US Trustee | US Trustee for the District of Delaware | Attn: Benjamin A Hackman<br>844 N King St, Rm 2207<br>Wilmington, DE 19801 | | benjamin.a.hackman@usdoj.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Fax | Email | Method of Service |
|---|---|---|---|---|---|
| Committee of Unsecured Creditors | W.P. Carey Inc. | 1 Manhattan W<br>395 9th Ave, 58th Fl<br>New York, NY 10001 | 212-492-8922 | chayes@wpcarey.com | Email |
| *NOA - Counsel for The Dow Chemical Company & Rohm and Haas Company LLC, Counsel for Rohm and Haas Chemicals LLC | Warner Norcross & Judd LLP | Attn: Rozanne M Giunta<br>715 E Main St, Ste 110<br>Midland, MI 48640 | | rgiunta@wnj.com | Email |
| *NOA - Counsel for the Dow Chemical Company and Rohm and Haas Chemicals LLC | Warner Norcross & Judd LLP | Attn: Charles R Quigg<br>150 Ottawa Ave NW, Ste 1500<br>Grand Rapids, MI 49503 | | cquigg@wnj.com | Email |
| *NOA - Agent for Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg and Reis Co., L.P.A | Attn: Scott D Fink<br>5990 W Creek Rd, Ste 200<br>Independence, OH 44131 | | bronationalecf@weltman.com | Email |
| *NOA - Counsel for Rust-Oleum Corporation and DAP Global, Inc | Williams Mullen | Attn: Michael D Mueller/Jennifer M McLemore<br>200 S 10th, St, Ste 1600<br>Richmond, VA 23219-3095 | 804-420-6507 | mmueller@williamsmullen.com<br>jmclemore@williamsmullen.com | Email |
| Proposed Delaware efficiency counsel to the Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L Morton/Kenneth Enos<br>1000 N King St<br>Wilmington, DE 19801 | | emorton@ycst.com<br>kenos@ycst.com | Email |

True Value Company, L.L.C., et al. (Case No. 24-12337)

# **EXHIBIT B**

**Exhibit B**
Service List

| Description | Name | Address1 | Address2 | Address3 | Address4 | Address5 | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Taxing Authorities | Alabama Department of Revenue | 50 N Ripley St | Montgomery, AL 36130 | | | | | First-Class Mail |
| Liens | ABC Equipment Finance LLC | 15660 Midwest Rd, Ste 310A | Oakbrook Terrace, IL 60181 | | | | | First-Class Mail |
| Taxing Authorities | Arizona Department of Revenue | 1600 W Monroe | Phoenix, AZ 85007 | | | | | First-Class Mail |
| Taxing Authorities | Arkansas Auditor of State | 1400 W Third St. Ste 100 | Unclaimed Property Division | Little Rock, AR 72201 | | | | First-Class Mail |
| Taxing Authorities | Arkansas Department of Finance And Administration | 1900 W 7th St | Little Rock, AR 72203 | | | | | First-Class Mail |
| Liens | Asset Finance Inc. | 3665 Park Pl W, Ste 150 | Mishawaka, IN 46545 | | | | | First-Class Mail |
| Liens | Atlantic Union Bank | 1051 E Cary St, Ste 1200 | Richmond, VA 23219 | | | | | First-Class Mail |
| Liens | Bank of America, N.A. | as Administrative Agent | 135 S LaSalle St | Chicago, IL 60603 | | | | First-Class Mail |
| Liens | Bank of America, N.A. | as Administrative Agent | 231 S LaSalle St | IL1-231-08-30 | Chicago, IL 60697 | | | First-Class Mail |
| Liens | Bank of Montreal | 770 N Water St, 8th Fl | Milwaukee, WI 53202 | | | | | First-Class Mail |
| Liens | BankFinancial, F.S.B. | 15W060 N Frontage Rd | Burr Ridge, IL 60524 | | | | | First-Class Mail |
| Liens | BankFinancial, National Association | 15W060 N Frontage Rd | Burr Ridge, IL 60524 | | | | | First-Class Mail |
| Taxing Authorities | Barry L Moyer Tax Collector | 8330 Schantz Rd | Breinigsville, PA 18031 | | | | | First-Class Mail |
| Liens | BMO Harris Equipment Finance Company | 770 N Water St, 8th Fl | Milwaukee, WI 53202 | | | | | First-Class Mail |
| Liens | C T Corporation System | Attn: SPRS | 330 N Brand Blvd, Ste 700 | Glendale, CA 91203 | | | | First-Class Mail |
| Taxing Authorities | California Board of Equalization | P.O. BOX 942882 | Sacramento, CA 94279 | | | | | First-Class Mail |
| Taxing Authorities | California Department of Food And Agriculture | P.O. Box 942872 | Sacramento, CA 94271 | | | | | First-Class Mail |
| Taxing Authorities | California Department of Pesticide Regulation | 1001 I St | P.O. Box 4015 | Sacramento, CA 95812 | | | | First-Class Mail |
| Taxing Authorities | California Department of Conservation | Accounting | MS 19A | P.O. Box 2711 | Sacramento, CA 95812 | | | First-Class Mail |
| Taxing Authorities | California Department of Resources | Oil Recycling Fee Section | P.O. Box 2711 | Sacramento, CA 95812 | | | | First-Class Mail |
| Taxing Authorities | California Franchise Tax Board | P.O. Box 942840 | Sacramento, CA 94240 | | | | | First-Class Mail |
| Taxing Authorities | California Office of The State Controller | Bureau of Unclaimed Property | P.O. Box 942850 | Sacramento, CA 94250 | | | | First-Class Mail |
| Taxing Authorities | California State Board of Equalization | Environmental Fees Division | P.O. Box 942879 | Sacramento, CA 94279 | | | | First-Class Mail |
| Liens | CCA Financial, LLC | 7275 Glen Forest Dr, Ste 100 | Richmond, VA 23226 | | | | | First-Class Mail |
| Taxing Authorities | Chambers County | 2 Lafayette St N #8114 | Lafayette, AL 36862 | | | | | First-Class Mail |
| Taxing Authorities | Chicago Department of Revenue | Collections Unit Rm 107A | 121 N LaSalle St | Chicago, IL 60602 | | | | First-Class Mail |
| Liens | Cisco Systems Capital Corporation | 1111 Old Eagle School Rd | Wayne, PA 19087 | | | | | First-Class Mail |
| Liens | CIT Bank, N.A. | 1 CIT Dr | Livingston, NJ 07039 | | | | | First-Class Mail |
| Liens | CIT Bank, N.A. | 10201 Centurion Pkwy N, Ste 100 | Jacksonville, FL 32256 | | | | | First-Class Mail |
| Liens | CIT Technologies Corporation | 2285 Franklin Rd | Bloomfield Hills, MI 48302 | | | | | First-Class Mail |
| Liens | Citizens Asset Finance, Inc. | 480 Jefferson Blvd | Warwick, RI 02886 | | | | | First-Class Mail |
| Liens | Citizens Asset Finance, Inc. | 71 S Wacker Dr, 29th Fl | Chicago, IL 60606 | | | | | First-Class Mail |
| Taxing Authorities | City & County of Denver Treasurer | P.O. Box 17420 | Denver, CO 80217 | | | | | First-Class Mail |
| Taxing Authorities | City and County of Denver Wastewater Management Division | P.O. Box 17827 | Denver, CO 80217 | | | | | First-Class Mail |
| Taxing Authorities | City of Alamosa | P.O. Box 419 | Alamosa, CO 81101 | | | | | First-Class Mail |
| Taxing Authorities | City of Aspen Finance Department | 130 S Galena St | Aspen, CO 81611 | | | | | First-Class Mail |
| Taxing Authorities | City of Bellingham | Finance Department | 210 Lottie St | Bellingham, WA 98225 | | | | First-Class Mail |
| Taxing Authorities | City of Bremerton | Tax & License Division | 239 Fourth St | Bremerton, WA 98337 | | | | First-Class Mail |
| Taxing Authorities | City of Campbellsburg | P.O. Box 183 | Campbellsburg, KY 40011 | | | | | First-Class Mail |
| Taxing Authorities | City of Chicago Department of Finance | 400 W Superior St | 1st Fl | Chicago, IL 60654 | | | | First-Class Mail |
| Taxing Authorities | City of Chicago License Office | 121 N LaSalle St | 8th Fl | Rm 800 | Chicago, IL 60602 | | | First-Class Mail |
| Taxing Authorities | City of Delta | 360 Main St | Delta, CO 81416 | | | | | First-Class Mail |
| Taxing Authorities | City of Dothan | License Division | P.O. Box 2128 | Dothan, AL 36302 | | | | First-Class Mail |
| Taxing Authorities | City of Flagstaff | 211 W Aspen Ave | Flagstaff, AZ 86001 | | | | | First-Class Mail |
| Taxing Authorities | City of Jackson | P.O. Box 1096 | 400 Commerce St | Jackson, AL 36545 | | | | First-Class Mail |
| Taxing Authorities | City of Kansas City | 414 E 12th St | Kansas City, MO 64106 | | | | | First-Class Mail |
| Taxing Authorities | City of Lafayette | P.O. Box 87 | Lafayette, AL 36862 | | | | | First-Class Mail |
| Taxing Authorities | City of Lamar | Licensing Dept | 102 E Parmenter St | Lamar, CO 81052 | | | | First-Class Mail |
| Taxing Authorities | City of Los Angeles | Office of The City Clerk | P.O. Box 53235 | Los Angeles, CA 90053 | | | | First-Class Mail |
| Taxing Authorities | City of Manchester Tax Collector | City of Manchester | P.O. Box 9598 | Manchester, NH 03108 | | | | First-Class Mail |
| Taxing Authorities | City of Mobile | Business License Department | P.O. Box 949 | Mobile, AL 36652 | | | | First-Class Mail |
| Taxing Authorities | City of Mobile Revenue Department | 205 Government St | Mobile, AL 36602 | | | | | First-Class Mail |
| Taxing Authorities | City of Montgomery | P.O. Box 830469 | Birmingham, AL 35283 | | | | | First-Class Mail |
| Taxing Authorities | City of Montrose | P.O. Box 790 | Montrose, CO 81402 | | | | | First-Class Mail |
| Taxing Authorities | City of Peoria | 8401 W Monroe St | Peoria, AZ 85345 | | | | | First-Class Mail |
| Taxing Authorities | City of Philadelphia | Dept of Revenue | P.O. Box 1529 | Philadelphia, PA 19105 | | | | First-Class Mail |
| Taxing Authorities | City of Red Bay | P.O. Box 2002 | Red Bay, AL 35582 | | | | | First-Class Mail |
| Taxing Authorities | City of Seattle | 700 5th Ave | Fl 42 | Seattle, WA 98104 | | | | First-Class Mail |
| Taxing Authorities | City of Seattle Revenue & Consumer Affairs Division | P.O. Box 34907 | Seattle, WA 98124 | | | | | First-Class Mail |
| Taxing Authorities | City of Selma License Department | P.O. Box 450 | Selma, AL 36702 | | | | | First-Class Mail |
| Taxing Authorities | City of Troy Licensing Department | P.O. Box 549 | Troy, AL 36081 | | | | | First-Class Mail |
| Taxing Authorities | Clayton County | Board of Commisions | P.O. Box 530101 | Atlanta, GA 30353 | | | | First-Class Mail |
| Taxing Authorities | Clayton County Commercial Department | 235 Peachtree St | Ste 1900 | Atlanta, GA 30353 | | | | First-Class Mail |
| Taxing Authorities | Clayton County Tax Commissioner | Administration Annex 3 2nd Fl | 121 S McDonough St | Jonesboro, GA 30236 | | | | First-Class Mail |
| Taxing Authorities | Colorado Department Of Revenue | P.O. Box 17087 | Denver, CO 80217 | | | | | First-Class Mail |
| Taxing Authorities | Colorado Department Of Treasury | 1580 Broadway, Ste 1225 | Unclaimed Property Division | Denver, CO 80202 | | | | First-Class Mail |
| Taxing Authorities | Commissioner of Revenue Service | Dept Of Revenue Services | P.O. Box 5030 | Hartford, CT 06104 | | | | First-Class Mail |
| Taxing Authorities | Commonwealth of Massachusetts Department of Revenue | P.O. Box 7046 | Boston, MA 02204 | | | | | First-Class Mail |
| Taxing Authorities | Commonwealth of Massachusetts Dept of the State Treasury | One Ashburton Pl, 12th Fl | Boston, MA 02108 | | | | | First-Class Mail |
| Taxing Authorities | Commonwealth of Virginia | Unclaimed Property | P.O. Box 2478 | Richmond, VA 23218 | | | | First-Class Mail |
| Taxing Authorities | Comptroller of Maryland | Revenue Administration Division | 110 Carroll St | Annapolis, MD 21411 | | | | First-Class Mail |
| Taxing Authorities | Comptroller of Maryland | Unclaimed Property Unit | 301 W Preston St, Rm 310 | Baltimore, MD 21201 | | | | First-Class Mail |
| Taxing Authorities | Comptroller of The Treasury | Revenue Administration Division | Annapolis, MD 21411 | | | | | First-Class Mail |
| Liens | Corporation Service Company, as Representative | P.O. Box 2576 | Springfield, IL 62708 | | | | | First-Class Mail |
| Taxing Authorities | County of Lehigh | Fiscal Office - Rm 119 | 17 S Seventh St | Allentown, PA 18101 | | | | First-Class Mail |
| Taxing Authorities | County of Navarro Assessor & Collector Of Taxes | County of Navarro | P.O. Box 1070 | Corsicana, TX 75151 | | | | First-Class Mail |
| Liens | Crown Credit Company | 40 S Washington St | New Bremen, OH 45869 | | | | | First-Class Mail |
| Taxing Authorities | Cuyahoga County Division of Taxation | P.O. Box 94723 | Cleveland, OH 44101 | | | | | First-Class Mail |
| Taxing Authorities | Cuyahoga County Treasurer | Personal Property Department | P.O. Box 94547 | Cleveland, OH 44101 | | | | First-Class Mail |
| Taxing Authorities | Delaware Business Tax & License | P.O. Box 2340 | Wilmington, DE 19801 | | | | | First-Class Mail |
| Taxing Authorities | Delaware Division of Corporations | 401 Federal St | Ste 4 | Dover, DE 19901 | | | | First-Class Mail |
| Taxing Authorities | Delaware Division of Revenue | P.O. Box 2044 | Wilmington, DE 19899 | | | | | First-Class Mail |
| Taxing Authorities | Delaware Revenue Tax | P.O. Box 2044 | Wilmington, DE 19801 | | | | | First-Class Mail |
| Taxing Authorities | Delaware Secretary of State | P.O. Box 5509 | Binghampton, NY 13902 | | | | | First-Class Mail |
| Taxing Authorities | Delaware State Unclaimed Property | Unclaimed Property | P.O. Box 8931 | Wilmington, DE 19899 | | | | First-Class Mail |
| Liens | Dell Financial Services L.L.C. | Mail Stop PS2DF-23 | 1 Dell Way | Round Rock, TX 78682 | | | | First-Class Mail |
| Liens | Dell Financial Services, L.P. | 12254 N TH-35, Bldg B | Austin, TX 78753 | | | | | First-Class Mail |
| Liens | Department of Consumer And Regulatory Affairs | Affairs Corp Division | P.O. Box 92300 | Washington, DC. 20090 | | | | First-Class Mail |
| Taxing Authorities | Deptartmento De Hacienda | P.O. Box 9024140 | San Juan, PR 00902-4140 | | | | | First-Class Mail |
| Liens | Fifth Third Bank National Association | 6111 N. River Rd | Rosemont, IL 60018 | | | | | First-Class Mail |
| Liens | Fifth Third Bank, National Association | 38 Fountain Sq Plz | Cincinnati, OH 45263 | | | | | First-Class Mail |
| Liens | First Earle Bank | 1040 E Lake St | Hanover, IL 60133 | | | | | First-Class Mail |
| Liens | First Financial Corporate Leasing, LLC | 711 KIMBERLY AVE. STE 160 | Placentia, CA 92870 | | | | | First-Class Mail |
| Liens | First Financial Corporate Services, Inc. | 711 Kimberly Ave, Ste 160 | Placentia, CA 92870 | | | | | First-Class Mail |
| Liens | First Financial Holdings, LLC | 711 Kimberly Ave. Ste 160 | Placentia, CA 92870 | | | | | First-Class Mail |
| Liens | First Financial Holdings, LLC | 750 The City Drive S, Ste 300 | Orange, CA 92868-6305 | | | | | First-Class Mail |
| Taxing Authorities | Florida Department of Revenue | 5050 W Tennessee St | Tallahassee, FL 32399 | | | | | First-Class Mail |
| Taxing Authorities | Georgia Department of Revenue, Taxpayer Services Div | P.O. Box 740321 | Atlanta, GA 30374 | | | | | First-Class Mail |
| Taxing Authorities | Georgia Department of Revenue, Unclaimed Property Section | 4245 Intl Pkwy, Ste A | Hapeville, GA 30354 | | | | | First-Class Mail |
| Taxing Authorities | Grandview Chamber of Commerce | 12500 S 71 Hwy | Ste 100 | Grandview, MO 64030 | | | | First-Class Mail |
| Liens | Huntington Technology Finance, Inc. | 2285 Franklin Rd, Ste 100 | Bloomfield Hills, MI 48302 | | | | | First-Class Mail |
| Liens | HYG Financial Services, Inc. | P.O. Box 35701 | Billings, MT 59107 | | | | | First-Class Mail |
| Taxing Authorities | Idaho State Tax Committee | P.O. Box 83784 | Boise, ID 83707 | | | | | First-Class Mail |
| Taxing Authorities | Illinois Department Of Revenue | P.O. Box 19028 | Springfield, IL 62794 | | | | | First-Class Mail |
| Taxing Authorities | Illinois Secretary of State | 213 State Capitol | Springfield, IL 62756 | | | | | First-Class Mail |
| Taxing Authorities | Illinois Secretary of State, Dept of Business Service | 501 S 2nd St | Springfield, IL 62756 | | | | | First-Class Mail |
| Taxing Authorities | Illinois State Treasurer's Office | Unclaimed Property Division | 1 W Old State Cap Plz, Ste 400 | Springfield, IL 62794 | | | | First-Class Mail |
| Taxing Authorities | Indiana Department of Revenue | Tax Administration | P.O. Box 7228 | Indianapolis, IN 46207 | | | | First-Class Mail |
| Taxing Authorities | Iowa Treasurer of State | Unclaimed Property Division | P.O. Box 10430 | Des Moines, IA 50306 | | | | First-Class Mail |
| Taxing Authorities | Kansas City Manager of Finance | Collection Department | 415 E 12th St | Kansas City, MO 64106 | | | | First-Class Mail |
| Taxing Authorities | Kansas City Treasurer | P.O. Box 840101 | Kansas City, MO 64184 | | | | | First-Class Mail |
| Taxing Authorities | Kansas City Treasurer, Missouri Revenue Division | P.O. Box 843322 | Kansas City, MO 64184 | | | | | First-Class Mail |
| Taxing Authorities | Kansas Department of Revenue | 915 SW Harrison St | Topeka, KS 66625 | | | | | First-Class Mail |
| Taxing Authorities | Kentucky State Treasurer | 1050 US Hwy 127 S | Ste 100 | Frankfort, KY 40601 | | | | First-Class Mail |
| Liens | KYG Financial Services, Inc. | PO Box 35701 | Billings, MT 59107 | | | | | First-Class Mail |
| Taxing Authorities | Laclede County Collector | 200 N Adams | Lebanon, MO 65536 | | | | | First-Class Mail |
| Taxing Authorities | Land Records Blue Earth County | P.O. Box 3567 | Mankato, MN 56002 | | | | | First-Class Mail |
| Taxing Authorities | Lane County | Dept of Assessment & Taxation | 125 E 8th Ave | Eugene, OR 97401 | | | | First-Class Mail |
| Objectine Party | Law Office of Susan E. Kaufman, LLC | Susan E. Kaufman | | | | | skaufman@skaufmanlaw.com | Email |
| Liens | Liberty Bank | 245 Long Hill Rd | Middletown, CT 06467 | | | | | First-Class Mail |
| Taxing Authorities | Louisiana Department of Revenue | P.O. Box 91011 | Baton Rouge, LA 70821 | | | | | First-Class Mail |
| Taxing Authorities | Louisiana Department of Revenue, Unclaimed Property Division | P.O. Box 91010 | Baton Rouge, LA 70821 | | | | | First-Class Mail |
| Liens | M&T Bank | 1 M&T Plz | Buffalo, NY 14203 | | | | | First-Class Mail |
| Liens | M&T Bank | One M&T Plaza | Buffalo, NY 14203 | | | | | First-Class Mail |
| Liens | M2 Equipment Finance LLC | 20800 Swenson Dr | Waukesha, FL 53186 | | | | | First-Class Mail |
| Taxing Authorities | Maine Revenue Services | P.O. Box 1062 | Augusta, ME 04332 | | | | | First-Class Mail |
| Liens | MB Equipment Finance, LLC | 230 Schilling Cir, Ste 340 | Hunt Valley, MD 21031 | | | | | First-Class Mail |
| Taxing Authorities | McHenry County Collector | 2200 N Seminary Ave | Woodstock, IL 60098 | | | | | First-Class Mail |
| Taxing Authorities | Miami Dade County Tax Collector | Business Tax | 200 NW 2nd Ave | Miami, FL 33128 | | | | First-Class Mail |
| Taxing Authorities | Michigan Department of Treasury | P.O. Box 30756 | Lansing, MI 48909 | | | | | First-Class Mail |
| Taxing Authorities | Mildred Luba Tax Collector | 1267 Sans Souci Pkwy | Peely, PA 18706 | | | | | First-Class Mail |
| Taxing Authorities | Minnesota Department of Revenue | P.O. Box 64649 | St Paul, MN 55164 | | | | | First-Class Mail |
| Taxing Authorities | Minnesota Deptartment of Commerce | Unclaimed Property Division | 85 7th Pl E, Ste 600 | St. Paul, MN 55101 | | | | First-Class Mail |
| Taxing Authorities | Mississippi Office of Revenue | P.O. Box 23192 | Jackson, MS 39225 | | | | | First-Class Mail |
| Taxing Authorities | Mississippi State Tax Commissioner | P.O. Box 1033 | Petro Tax Bureau | Jackson, MS 39215 | | | | First-Class Mail |
| Taxing Authorities | Missouri Director of Revenue | P.O. Box 3020 | Jefferson, City 65105 | | | | | First-Class Mail |
| Taxing Authorities | Missouri State Treasurer | P.O. Box 1272 | Unclaimed Property Division | Jefferson City, MO 65102 | | | | First-Class Mail |
| Taxing Authorities | Mohave County Treasurer | Dora E Goodmiller | P.O. Box 712 | Kingman, AZ 86402 | | | | First-Class Mail |
| Taxing Authorities | Montana Department of Revenue | P.O. Box 5805 | Helena, MT 59604 | | | | | First-Class Mail |
| Taxing Authorities | Municipio De San Juan | P.O. Box 70179 | San Juan. PR 00936 | | | | | First-Class Mail |
| Taxing Authorities | Navajo County Treasurer | P.O. Box 668 | Holbrook, AZ 86025 | | | | | First-Class Mail |
| Taxing Authorities | Nebraska State Treasurer | 809 P St | Lincoln, NE 68508 | | | | | First-Class Mail |
| Liens | NEC Financial Services, LLC | 250 Pehle Ave, Ste 203 | Saddle Brook, NJ 07663 | | | | | First-Class Mail |
| Taxing Authorities | Nevada Secretary of State | 202 N Carson St | Carson City, NV 89701 | | | | | First-Class Mail |
| Taxing Authorities | New Mexico Taxation And Revenue Department | Revenue Dept | P. Box 2527 | Santa Fe, NM 87504 | | | | First-Class Mail |
| Taxing Authorities | New York Department of Finance | Correspondence Unit | 1 Centre St | 22nd Fl | New York, NY 10007 | | | First-Class Mail |
| Taxing Authorities | New York State | P.O. Box 15310 | Albany, NY 12212 | | | | | First-Class Mail |
| Taxing Authorities | New York State Corporation Tax | Processing Unit | P.O. Box 22109 | Albany, NY 12201 | | | | First-Class Mail |
| Taxing Authorities | New York State Office Of State Comptroller | Office Of Unclaimed Funds | 110 State St, 2nd Fl | Albany, NY 12236 | | | | First-Class Mail |
| Taxing Authorities | North Carolina Department of Revenue | Corp Income & Franchise Tax | P.O. Box 25000 | Raleigh, NC 27640 | | | | First-Class Mail |
| Taxing Authorities | North Dakota Secretary of State | 1707 N 9th St | Bismarck, ND 58501 | | | | | First-Class Mail |
| Taxing Authorities | North Dakota Department of Trust Lands | State of North Dakota | 600 E Blvd | Ave Dept 108 | Bismarck, ND 58505 | | | First-Class Mail |
| Taxing Authorities | NYC Department of Finance | P.O. Box 5070 | Kingston, NY 12402 | | | | | First-Class Mail |
| Taxing Authorities | Office of The Indiana Attorney | General Unclaimed Property Div | P.O. Box 2504 | Greenwood, IN 46142 | | | | First-Class Mail |
| Taxing Authorities | Ohio Attorney General | 30 E Broad St | 14th Fl | Columbus, OH 43215 | | | | First-Class Mail |
| Taxing Authorities | Ohio Division of Unclaimed | 77 S High St, 20th Fl | Columbus, OH 43215 | | | | | First-Class Mail |
| Taxing Authorities | Ohio Secretary of State | 180 E Broad St | 16th Fl | Columbus, OH 43215 | | | | First-Class Mail |
| Taxing Authorities | Oklahoma Office of State Treasurer | Unclaimed Property Section | P.O. Box 53545 | Oklahoma, OK 73152 | | | | First-Class Mail |
| Taxing Authorities | Oklahoma Tax Commissioner | 300 N Broadway Ave | Oklahoma City, OK 73102 | | | | | First-Class Mail |
| Taxing Authorities | Oregon  Department of Revenue | P.O. Box 14730 | Salem, OR 97309 | | | | | First-Class Mail |
| Taxing Authorities | Oregon  Department of Revenue | P.O. Box 14777 | Salem, OR 97309 | | | | | First-Class Mail |
| Taxing Authorities | Oregon Department of State Lands | 775 Summer St NE #100 | Salem, OR 97301 | | | | | First-Class Mail |
| Taxing Authorities | Paintcare Inc | P.O. Box 35143 #5247 | Seattle, WA 98124 | | | | | First-Class Mail |
| Taxing Authorities | Pennsylvania Department of Revenue | Dept 280427 | Harrisburg, PA 17128 | | | | | First-Class Mail |
| Liens | People's United Bank, National Association | 850 Main St | Bridgeport, CT 06604 | | | | | First-Class Mail |
| Liens | PNC Bank, National Association | as Administrative Agent | 1600 Market St | Philadelphia, PA 19103 | | | | First-Class Mail |
| Liens | PNC Bank, National Association, as Administrative Agent | 11600 Market St | Philadelphia, PA 19103 | | | | | First-Class Mail |
| Taxing Authorities | Puerto Rico Secretary of The Treasurer | Unclaimed Property Supervisor | P.O. Box 11855 | San Juan, PR 00910 | | | | First-Class Mail |
| Liens | RBS Asset Finance, Inc. | 71 S Wacker Dr, 28th Fl | Chicago, IL 60606 | | | | | First-Class Mail |
| Liens | RBS Asset Finance, Inc. | 71 S Wacker Dr, 29th Fl | Chicago, IL 60606 | | | | | First-Class Mail |
| Liens | Signature Financial LLC | 225 Broadhollow Rd, Ste 132W | Melville, NY 11747 | | | | | First-Class Mail |
| Liens | Somerset Capital Group, Ltd. | 612 Wheelers Farms Rd | Milford, CT 06461 | | | | | First-Class Mail |
| Liens | Somerset Leasing Corp. 7 | 612 Wheelers Farms Rd | Milford, CT 06461 | | | | | First-Class Mail |
| Liens | Somerset Leasing Corp. XXII | 612 Wheelers Farms Rd | Milford, CT 06461 | | | | | First-Class Mail |
| Liens | Somerset Leasing XXV, LLC | 612 Wheelers Farms Rd | Milford, CT 06461 | | | | | First-Class Mail |
| Taxing Authorities | South Carolina Department of Revenue | 33 Villa Rd Ste 5 | Greenville, SC 29615 | | | | | First-Class Mail |
| Taxing Authorities | South Carolina State Treasurer | Office Unclaimed Property Prog | P.O. Box 11778 | Columbia, SC 29211 | | | | First-Class Mail |
| Taxing Authorities | South Carolina Treasurer's Office | 1200 Senate St | Ste 414 | Columbia, SC 29201 | | | | First-Class Mail |
| Taxing Authorities | South Dakota State Treasurer's Office | 500 E Capitol Ave | Pierre, SD 57501 | | | | | First-Class Mail |
| Taxing Authorities | State of Alabama Revenue Department | Revenue Department | P.O. Box 327790 | Montgomery, AL 36132 | | | | First-Class Mail |
| Taxing Authorities | State of Alabama Treasurers | Unclaimed Property Division | P.O. Box 302520 | Montgomery, AL 36130 | | | | First-Class Mail |
| Taxing Authorities | State of Arkansas | Arkansas Auditor of State | 1401 W Capitol Ave, Ste 325 | Little Rock, AR 72201 | | | | First-Class Mail |
| Taxing Authorities | State of Connecticut | Unclaimed Property Division | 55 Elm St | Hartford, CT 06106 | | | | First-Class Mail |
| Taxing Authorities | State of Connecticut | Department of Revenue Services | P.O. Box 5089 | Hartford, CT 06102 | | | | First-Class Mail |
| Taxing Authorities | State of Florida | Department of Financial Serv | P.O. Box 1980 | Tallahassee, FL 32302 | | | | First-Class Mail |
| Taxing Authorities | State of Hawaii | Dept of Commerce And Consumer | Business Registration Division | P.O. Box 40 | Honolulu, HI 96810 | | | First-Class Mail |
| Taxing Authorities | State of Michigan | P.O. Box 30774 | Lansing, MI 48909 | | | | | First-Class Mail |
| Taxing Authorities | State of New Hampshire | P.O. Box 1265 | Concord, CT 03302 | | | | | First-Class Mail |
| Taxing Authorities | State of New Jersey | Division of Revenue | P.O. Box 308 | Trenton, NJ 08646 | | | | First-Class Mail |
| Taxing Authorities | State of Rhode Island | Division of Taxation #88 | P.O. Box 9702 | Providence, RI 02940 | | | | First-Class Mail |
| Taxing Authorities | State of Washington | Department of Revenue | Unclaimed Property Section | P.O. Box 34053 | Seattle, WA 98124 | | | First-Class Mail |
| Taxing Authorities | State Treasurer of Mississippi | Unclaimed Prop Div | 501 N W St, Ste 1101A | Jackson, MS 39201 | | | | First-Class Mail |
| Taxing Authorities | Tennessee Department of Revenue | 500 Deaderick St | Nashville, TN 37242 | | | | | First-Class Mail |
| Taxing Authorities | Texas Comptroller Office | Public Accounts | P.O. Box 149348 | Austin, TX 78714 | | | | First-Class Mail |
| Taxing Authorities | Texas Secretary of State | P.O. Box 13697 | Austin, TX 78711 | | | | | First-Class Mail |
| Taxing Authorities | Texas State Comptroller, Comptroller of Public Accounts | 111 E 17th St | Austin, TX 78774 | | | | | First-Class Mail |
| Taxing Authorities | Texas State Treasurer | Comptroller of Public Accounts | P.O. Box 149360 | Austin, TX 78714 | | | | First-Class Mail |
| Sale of Property Notice Parties | The Assistant Attorney General | In charge of the Antitrust Div | of the Dept of Justice | Attn: Jonathan Kanter | 950 Pennsylvania Ave NW | Washington, DC 20530-0001 | | First-Class Mail |
| Sale of Property Notice Parties | The Federal Trade Commission | 600 Pennsylvania Ave NW | Washington, DC 20580 | | | | | First-Class Mail |
| Liens | The Huntington National Bank | Attn: Equipment Finance Div | 525 Vine St, 14th Fl | Cincinnati, OH 45202 | | | | First-Class Mail |
| Taxing Authorities | Town of Columbia | P.O. Box 339 | Columbia, AL 36319 | | | | | First-Class Mail |
| Taxing Authorities | Town of Ridgway | P.O. Box 10 | 201 N Railroad | Ridgway, CO 81432 | | | | First-Class Mail |
| Taxing Authorities | Town of Silverthorne | 601 Center Cir | P.O. Box 1309 | Silverthorne, CO 80498 | | | | First-Class Mail |
| Liens | TownBank | 800 E Canal St, Ste 101 | Richmond, VA 23219 | | | | | First-Class Mail |
| Taxing Authorities | Treasurer of State Of Ohio | P.O. Box 182101 | Columbus, OH 43218 | | | | | First-Class Mail |
| Taxing Authorities | Treasurer State of Iowa | Iowa Dept Of Revenue | P.O. Box 10466 | Des Moines, IA 50306 | | | | First-Class Mail |
| Taxing Authorities | Treasurer State of New Hampshire | Abandoned Property Division | 25 Capitol St, Rm 205 | Concord, NH 03301 | | | | First-Class Mail |
| Taxing Authorities | Treasurer State of New Jersey | Reporting Section | P.O. Box 214 | Trenton, NJ 08625 | | | | First-Class Mail |
| Taxing Authorities | Treasurer State of Tennessee | Unclaimed Property | P.O. Box 198649 | Nashville, TN 37219 | | | | First-Class Mail |
| Taxing Authorities | Treasury Department, Bureau of Unclaimed Property | P.O. Box 8500-53473 | Philadelphia, PA 19178 | | | | | First-Class Mail |
| Liens | U.S. Bancorp Equipment Finance, Inc. | P.O. Box 230789 | Portland, OR 97281 | | | | | First-Class Mail |
| Liens | U.S. Bancorp Equipment Finance, Inc. | A Division of U.S. Bank National Association | 1310 Madrid St | Marshall, MN 56258 | | | | First-Class Mail |

**Exhibit B**
**Service List**

| Description | Name | Address1 | Address2 | Address3 | Address4 | Address5 | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| Taxing Authorities | United States Department of The Treasury | Internal Revenue Service | Ogden, UT 84201 | | | | | First-Class Mail |
| Taxing Authorities | United States Treasury | Internal Revenue Service | Ogden, UT 84201 | | | | | First-Class Mail |
| Taxing Authorities | Utah Department of Agriculture | P.O. Box 146500 | Salt Lake City, UT 84114 | | | | | First-Class Mail |
| Taxing Authorities | Utah State Tax Commissioner | 210 N 1950 W | Salt Lake City, UT 84134 | | | | | First-Class Mail |
| Taxing Authorities | Utah Unclaimed Property | Holding Reports | P.O. Box 142321 | Salt Lake City, UT 84114 | | | | First-Class Mail |
| Taxing Authorities | Vermont Department of Taxes | 109 State St | Montpelier, VT 05609 | | | | | First-Class Mail |
| Taxing Authorities | Virginia Department of Taxation | P.O. Box 1500 | Richmond, VA 23212 | | | | | First-Class Mail |
| Taxing Authorities | Washington DC Office of Tax And Revenue | Corp Estimated Franchise Tax | P.O. Box 96019 | Washington, DC  20090 | | | | First-Class Mail |
| Taxing Authorities | West Virginia Department of Tax & Revenue | Internal Auditing Division | P.O. Box 3694 | Charleston, WV 25336 | | | | First-Class Mail |
| Taxing Authorities | West Virginia Office of State Treasurer | P.O. Box 3328 | Unclaimed Property Division | Charleston, WV 25301 | | | | First-Class Mail |
| Liens | Wintrust Equipment Finance | A Division of Wintrust Asset Finance Inc. | 3665 Park Pl W, Ste 150 | Mishawaka, IN 46545 | | | | First-Class Mail |
| Taxing Authorities | Wisconsin Department of Revenue | Box 930208 | Milwaukee, WI 53293 | | | | | First-Class Mail |
| Taxing Authorities | Wisconsin Department of Revenue - Unclaimed Property Unit | P.O. Box 8982 | Ste 550 | Madison, WI 53708 | | | | First-Class Mail |
| Taxing Authorities | Yolo County Tax Collector | P.O. Box 1995 | Woodland, CA 95776 | | | | | First-Class Mail |

True Value Company, L.L.C., et al. (Case No. 24-12337)

**TRUE VALUE COMPANY, L.L.C.,** *et al.*, **- Service List to e-mail Recipients**   **Served 11/04/2024**

45 PARTIES OF INTEREST WERE SERVED. THE NAMES AND E-MAIL ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.