## Exhibit A

## Schedule of Amounts Owed Under HTF Lease Agreement

| Lease Agreement | Cure Amount |
|---|---|
| Master Lease Agreement dated March 29, 2006 | - |
| Lease Order 101-0014335-001 | $3,037.79 |
| Lease Order 101-0014335-002 | $8,187.84 |
| Lease Order 101-0014335-003 | $6,819.20 |
| Lease Order 101-0014335-004 | $11,297.63 |
| Lease Order 101-0014335-005 | $2,727.36 |
| Lease Order TVA-002-REN1 | $28,728.00 |
| Lease Order TVW-003-REN1 | $3,126.00 |
| Lease Order TVW-004A-REN1 | $1,104.00 |
| Lease Order TVW-004-REN1 | $20,460.00 |
| Lease Order TVW-007B-REN1 | $4,896.00 |
| Lease Order TVW-008-REN1 | $16,976.00 |
| Lease Order TVW-009-REN1 | $22,956.00 |
| Lease Order TVW-010-REN1 | $4,155.00 |
| Lease Order TVW-011 | $1,211.71 |
| Lease Order TVW-011-REN1 | $12,280.00 |
| Lease Order TVW-012A-REN1 | $21,384.00 |
| Lease Order TVW-013-REN1 | $22,544.00 |
| Lease Order TVW-014-REN1 | $21,188.00 |
| Lease Order TVW-015 | $1,717.78 |
| Lease Order TVW-015-REN1 | $10,675.11 |
| Lease Order TVW-016 | $219.32 |
| Lease Order TVW-018-REN1 | $4,164.00 |
| Lease Order TVW-019 | $32,926.38 |
| Lease Order TVW-020-REN1 | $27,723.00 |
| Lease Order TVW-021 | $76,822.92 |
| Lease Order TVW-022-REN1 | $25,780.00 |
| Lease Order TVW-023 | $17,383.96 |
| **TOTAL** | **$410,491.00** |