**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Related Docket Nos. 309 & 325 |

**NOTICE OF (I) AMENDMENT TO SCHEDULE G OF DEBTOR TRUE VALUE RETAIL, L.L.C. AND (II) AMENDED SCHEDULES BAR DATE**

On October 14, 2024, True Value Company, L.L.C. and certain of its affiliates (collectively, the "Debtors") each commenced a case by filing a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

On November 5, 2024, True Value Retail, L.L.C. ("True Value Retail") filed S*chedules of Assets and Liabilities for True Value Retail, L.L.C. (Case No. 24-12341 (KBO))* [Unredacted Docket No. 309, Redacted Docket No. 325] (the "Schedules").

**SCHEDULES AMENDMENT**

The Debtors hereby amend True Value Retail's Schedule G to update the addresses of various parties and incorporate additional executory contracts and unexpired leases that were discovered after the Schedules were filed. True Value Retail's revised Schedule G is attached hereto as **Exhibit 1** (the "Schedules Amendment"). Except for the Schedules Amendment, no changes have been made to the Schedules. The Debtors reserve all rights to further amend the Schedules, including the Schedules Amendment.

**AMENDED SCHEDULES BAR DATE**

On November 1, 2024, the Court entered an order [Docket No. 262] (the "Bar Date Order"),[2] which established certain bar dates in the Debtors' chapter 11 cases. On November 5, 2024, the Debtor filed the *Notice of Deadlines for the Filing of Proofs of Claim,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Bar Date Order.

*Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code* [Docket No. 333] and the *Notice of General Bar Date for Filing Proofs of Claim Against the Debtors in the Chapter 11 Cases* [Docket No. 334] (the "Bar Date Notices").

To the extent that the parties affected by the Schedules Amendment (each, an "Affected Party") wish to file a proof of claim in the Debtors' chapter 11 cases with respect to the Schedules Amendment, such Affected Party must do so by no later than **11:59 p.m. (ET) on December 17 2024** (the "Amended Schedules Bar Date").

An Affected Party need not submit a duplicate proof of claim if any such Affected Party has already filed a valid proof of claim prior to the applicable bar date.

If you have any questions about this notice, the Schedules Amendment, or how to fill out or submit a proof of claim, you may contact the Debtors' claims agent, Omni Agent Solutions, Inc., by phone at: (866) 771-0561 (U.S. & Canada) or +1 (818) 356-8633 (international), or by email at TrueValueInquiries@OmniAgnt.com.

[*Remainder of Page Intentionally Left Blank*]

32443521.1

Dated: November 26, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| | |
| /s/ Timothy R. Powell | Joseph O. Larkin |
| Edmon L. Morton (Del. Bar No. 3856) | One Rodney Square |
| Kenneth J. Enos (Del. Bar No. 4544) | 920 N. King Street |
| Kristin L. McElroy (Del. Bar No. 6871) | Wilmington, Delaware 19801 |
| Timothy R. Powell (Del. Bar No. 6894) | Telephone: (302) 651-3000 |
| One Rodney Square | Email: Joseph.Larkin@skadden.com |
| 1000 North King Street | |
| Wilmington, Delaware 19801 | - and - |
| Telephone: (302) 571-6600 | |
| Email: emorton@ycst.com | Ron E. Meisler (admitted *pro hac vice*) |
|         kenos@ysct.com | Jennifer Madden (admitted *pro hac vice*) |
|         kmcelroy@ycst.com | 320 South Canal Street |
|         tpowell@ycst.com | Chicago, Illinois 60606-5707 |
| | Telephone: (312) 407-0705 |
| *Efficiency Counsel to the* | Email: Ron.Meisler@skadden.com |
| *Debtors and Debtors in Possession* |         Jennifer.Madden@skadden.com |
| | |
| | - and - |
| | |
| | Robert D. Drain (admitted *pro hac vice*) |
| | Evan A. Hill (admitted *pro hac vice*) |
| | Moshe S. Jacob (admitted *pro hac vice*) |
| | One Manhattan West |
| | New York, New York 10001 |
| | Telephone: (212) 735-3000 |
| | Email: Robert.Drain@skadden.com |
| |         Evan.Hill@skadden.com |
| |         Moshe.Jacob@skadden.com |
| | |
| | *Counsel to Debtors and* |
| | *Debtors in Possession* |

# EXHIBIT 1

## Amendment to True Value Retail, L.L.C.'s Schedule G

**Fill in this information to identify the case:**

Debtor name: <u>True Value Retail, L.L.C.</u>

United States Bankruptcy Court for the Division, District of <u>Delaware</u>

Case number (If known): <u>24-12341</u>

☑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease, Real Estate Lease for True Value Retail | GW Regency Plaza LLC, 2211 N. Elston Ave, Ste 400, Chicago, IL 60614 |
| | State the term remaining | 03/13/2024 - 03/31/2034 | |
| | List the contract number of any government contract | | |

| | |
|---|---|
| Debtor name: __True Value Retail, L.L.C.__ | |
| United States Bankruptcy Court for the Division, District of __Delaware__ | |
| Case number (If known): __24-12341__ | |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property*  (Official Form 206 A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property*  (Official Form 206 D)
- ☐ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*  (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*  (Official Form 206 G)
- ☐ *Schedule H: Codebtors*  (Official Form 206 H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals*  (Official Form 206Sum)
- ☑ *Amended Schedule*

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the True Value Retail, L.L.C., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 21 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| | | | |
|---|---|---|---|
| Executed on: | 11/26/2024 | Signature | /s/ William McGann |
| | MM / DD / YYYY | | |
| | | Printed Name | William McGann |
| | | Title | Chief Financial Officer |