IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **TRUE VALUE COMPANY, L.L.C.,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-12337 (KBO) <br><br> (Jointly Administered) <br><br> Related Docket Nos. 307 & 323 |

**NOTICE OF (I) AMENDMENT TO SCHEDULE G OF DEBTOR TV GPMC, L.L.C. AND (II) AMENDED SCHEDULES BAR DATE**

On October 14, 2024, True Value Company, L.L.C. and certain of its affiliates (collectively, the "Debtors") each commenced a case by filing a petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532.

On November 5, 2024, TV GPMC, L.L.C. ("TV GPMC") filed the *Schedules of Assets and Liabilities for TV GPMC, L.L.C. (Case No. 24-12340 (KBO))* [Unredacted Docket No. 307, Redacted Docket No. 323] (the "Schedules").

**SCHEDULES AMENDMENT**

The Debtors hereby amend TV GPMC's Schedule G to update the addresses of various parties and incorporate additional executory contracts and unexpired leases that were discovered after the Schedules were filed. TV GPMC's revised Schedule G is attached hereto as **Exhibit 1** (the "Schedules Amendment"). Except for the Schedules Amendment, no changes have been made to the Schedules. The Debtors reserve all rights to further amend the Schedules, including the Schedules Amendment.

**AMENDED SCHEDULES BAR DATE**

On November 1, 2024, the Court entered an order [Docket No. 262] (the "Bar Date Order"),[2] which established certain bar dates in the Debtors' chapter 11 cases. On November 5, 2024, the Debtor filed the *Notice of Deadlines for the Filing of Proofs of Claim,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Bar Date Order.

*Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code* [Docket No. 333] and the *Notice of General Bar Date for Filing Proofs of Claim Against the Debtors in the Chapter 11 Cases* [Docket No. 334] (the "Bar Date Notices").

To the extent that the parties affected by the Schedules Amendment (each, an "Affected Party") wish to file a proof of claim in the Debtors' chapter 11 cases with respect to the Schedules Amendment, such Affected Party must do so by no later than **11:59 p.m. (ET) on December 17, 2024** (the "Amended Schedules Bar Date").

An Affected Party need not submit a duplicate proof of claim if any such Affected Party has already filed a valid proof of claim prior to the applicable bar date.

If you have any questions about this notice, the Schedules Amendment, or how to fill out or submit a proof of claim, you may contact the Debtors' claims agent, Omni Agent Solutions, Inc., by phone at: (866) 771-0561 (U.S. & Canada) or +1 (818) 356-8633 (international), or by email at TrueValueInquiries@OmniAgnt.com.

[*Remainder of Page Intentionally Left Blank*]

32443503.1

Dated: November 26, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| */s/ Timothy R. Powell* | Joseph O. Larkin |
| Edmon L. Morton (Del. Bar No. 3856) | One Rodney Square |
| Kenneth J. Enos (Del. Bar No. 4544) | 920 N. King Street |
| Kristin L. McElroy (Del. Bar No. 6871) | Wilmington, Delaware 19801 |
| Timothy R. Powell (Del. Bar No. 6894) | Telephone: (302) 651-3000 |
| One Rodney Square | Email: Joseph.Larkin@skadden.com |
| 1000 North King Street | |
| Wilmington, Delaware 19801 | - and - |
| Telephone: (302) 571-6600 | |
| Email: emorton@ycst.com | Ron E. Meisler (admitted *pro hac vice*) |
|       kenos@ysct.com | Jennifer Madden (admitted *pro hac vice*) |
|       kmcelroy@ycst.com | 320 South Canal Street |
|       tpowell@ycst.com | Chicago, Illinois 60606-5707 |
| | Telephone: (312) 407-0705 |
| *Efficiency Counsel to the* | Email: Ron.Meisler@skadden.com |
| *Debtors and Debtors in Possession* |       Jennifer.Madden@skadden.com |
| | |
| | - and - |
| | |
| | Robert D. Drain (admitted *pro hac vice*) |
| | Evan A. Hill (admitted *pro hac vice*) |
| | Moshe S. Jacob (admitted *pro hac vice*) |
| | One Manhattan West |
| | New York, New York 10001 |
| | Telephone: (212) 735-3000 |
| | Email: Robert.Drain@skadden.com |
| |       Evan.Hill@skadden.com |
| |       Moshe.Jacob@skadden.com |
| | |
| | *Counsel to Debtors and* |
| | *Debtors in Possession* |

# EXHIBIT 1

## Amendment to TV GPMC, L.L.C.'s Schedule G

32443503.1

**Fill in this information to identify the case:**

Debtor name: **TV GPMC, L.L.C.**

United States Bankruptcy Court for the Division, District of **Delaware**

Case number (If known): **24-12340**

☑ **Check if this is an amended filing**

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services, AIS Network - TVM Shurline Internet Domain Renewal 2024 | Ais Networks Dba 360 Holdings LLC, 919 E. Main St., Suite 1000, Richmond, VA 23219 |
| | State the term remaining | 08/01/2024 - 07/31/2025 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, Arkema Coating Resins Agreement TVM | Arkema Coating Resins, 900 First Avenue, King Of Prussia, PA 19406 |
| | State the term remaining | 01/01/2020 - 12/31/2020 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, Ashland Specialty Ingredients TVM | Ashland Specialty Ingredients, 238 S Main St, Assonet, MA 02702 |
| | State the term remaining | 02/01/2015 - 12/01/2017 | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services, Asthma & Allergy Foundation - Certification Amendment 1 | Asthma & Allergy Foundation, 8201 Corporate Drive, Suite 1000, Landover, MD 20785 |
| | State the term remaining | 06/01/2024 - 05/31/2026 | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, BWAY Corporation Supply Agreement TVM Cary 2024 | Bway Corporation, 8607 Roberts Drive, Atlanta, GA 30350 |
| | State the term remaining | 01/01/2024 - 12/31/2026 | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | R&D Services, CRGI License for Certification Seal | Coatings Research Goup, Inc., Coatings Research Group, 125 Pelret Industrial Pkwy, Berea, OH 44017 |
| | State the term remaining | 05/20/2023 - 05/19/2025 | |
| | List the contract number of any government contract | | |

Debtor  TV GPMC, L.L.C.  Case 24-12337-KBO    Doc 625    Filed 11/26/24    Page 6 of 10
Name

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, Compactor Rentals of America Rental Agreement Cary 2022 | Compactor Rentals of America, LLC, P.O. Box 90578,, Phoenix, AZ 85066 |
| | State the term remaining | 09/01/2022 - 08/31/2027 | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, EH Mechanical - TVM Toll Filling Agreement | Eh Mechanical Services, 1370 Benbrooke Ln, Acworth, GA 30101 |
| | State the term remaining | 06/17/2020 | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Software, Fourth Gear Site License for inFSTI Support and Maintenance 2024 | Fourth Gear Solutions LLC, 3549 Russett Lane, Port Orange, FL 32129 |
| | State the term remaining | 07/01/2024 - 06/30/2025 | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services, Global Industrial | Global Industrial, 11 Harbor Drive, Port Washington, NY 11050 |
| | State the term remaining | 09/10/2015 - 09/09/2025 | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, Grainger - Supplier Agreement 2020 | Grainger, 100 Grainger Parkway, Lake Forest, IL 60045 |
| | State the term remaining | 06/02/2020 - 06/01/2021 | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Building Maintenance & Services, Hexagon - EAM Support Renewal 2024 | Hexagon Ali, 305 Intergraph Way, Madison, AL 35758 |
| | State the term remaining | 08/01/2024 - 07/31/2025 | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, ICG ERP MSA FOURTH SHIFT ERP and SQL Admin Renewal for Cary | Innovative Consulting Group (Icg), 4726 Western Ave, Knoxville, TN 37921 |
| | State the term remaining | 11/01/2022 - 10/31/2024 | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Software, Insight Quest Software Maintenance Renewal Cary 2023 | Insight Direct Usa, Inc., 6820 South Harl Avenue, Attn: Joseph Clinton, Tempe, AZ 85283 |
| | State the term remaining | 11/16/2023 - 11/15/2024 | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, J. Hamilton Electric Company - TVM Toll Filling Agreement | J. Hamilton Electric Company Inc., 1331 Jarvis Ave, Elk Grove Village, IL 60007 |
| | State the term remaining | 06/17/2020 | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Software Maintenance, Jeff Benintendi - TVM Sales Representative Agreement 2020 | Jeff Benintendi (Tvm Sales Rep), Address Redacted |
| | State the term remaining | 05/10/2020 - 05/09/2053 | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services, Kelly-Moore Toll Manufacturing | Kelly-Moore Paint Company, Inc., Kelly-Moore Paint Company, Inc , 301 West Hurst Boulevard, Hurst, TX 76053 |
| | State the term remaining | 03/02/2018 - 03/01/2025 | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, TVM LA Chemical Supply Agreement Cary 2024 | La Chemicals Ltd, 2415 Gardner Road, Broadview, IL 60155 |
| | State the term remaining | 01/01/2024 - 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, LA Chemicals LTD Agreement TVM | La Chemicals Ltd, 2415 Gardner Road, Broadview, IL 60155 |
| | State the term remaining | 01/01/2020 - 12/31/2020 | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Amendment, Lexmark Amendment to Cary Printer /Copier SOW | Lexmark Int'l Inc., Lexmark International Inc , 740 West New Circle Road, Lexington, KY 40511 |
| | State the term remaining | 05/25/2023 - 05/24/2026 | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease, Lexmark Cary Printer Copier SOW | Lexmark Int'l Inc., Lexmark International Inc , 740 West New Circle Road, Lexington, KY 40511 |
| | State the term remaining | 12/14/2022 - 12/13/2025 | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Contract Manufacturing Agreement, MBM Paint Inc. Trademark Agreement | Mbm Paint Inc., Mbm Paint Inc , 11 Morgan, Irvine, CA 92618 |
| | State the term remaining | 03/20/2024 - 03/19/2029 | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Contract Manufacturing Agreement, Mercury Paint Supply Agreement_TVM 2023 | Mercury Paint, 4808 Farragut Road, Brooklyn, NY 11203 |
| | State the term remaining | 01/25/2023 - 01/24/2026 | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Contract Manufacturing Agreement, Missouri Turf Toll Manufacturing | Missouri Turf Paint & Field Graphics, Inc., Missouri Turf Paint & Field Graphics, Inc , 1201 East 63Rd Street, Kansas City, MO 64110 |
| | State the term remaining | 05/30/2014 - 05/29/2025 | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Software Maintenance, Moore Creative - Shurline Web Site Hosting - Annual Renewal 2024 | Moore Creative Company, P.O. Box 567, Mooresville, NC 28115 |
| | State the term remaining | 04/01/2023 - 03/31/2025 | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Software Maintenance, Nova Wildcat Shurr-Line - Manufacturing and Supply Agreement 2020 | Nova Wildcat Shur-Line LLC, 4051 S Iowa Ave, Saint Francis, WI 53235-4668 |
| | State the term remaining | 02/20/2020 - 02/19/2027 | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, OPC Polymers TVM Agreement | Opc Polymers, 1920 Leonard Ave, Columbus, OH 43219 |
| | State the term remaining | 09/01/2019 - 08/31/2020 | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Contract Manufacturing Agreement, Peco Pallet Toll Manufacturing | Peco Pallet, 2 Bridge St, Suite 210, Irvington, NY 10533 |
| | State the term remaining | 10/01/2018 - 09/30/2025 | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, Polynt Composites MNDA Cary IL | Polynt Composites Usa Inc., 99 E Cottage Avenue, Carpenstersville, IL 60110 |
| | State the term remaining | 05/21/2024 - 05/20/2025 | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services, Price Erecting Co - TVM Toll Filling Agreement | Price Erecting Co., 10910 W Lapham St, Milwaukee, WI 53214 |
| | State the term remaining | 06/17/2020 | |
| | List the contract number of any government contract | | |

Debtor TV GPMC, L.L.C. Case 24-12337-KBO    Doc 625    Filed 11/26/24    Page 9 of 10
Name                                              Case number (if known) 24-12340

Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.



| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, Roller Essentials LLC Agreement TVM | Roller Essentials LLC, 555 Doughty Blvd, Inwood, NY 11096 |
| | State the term remaining | 03/02/2016 - 03/01/2017 | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Firm, Safe Start Consulting Services Agreement 2022 | Safe Start, 631 College St, Belleville, ON K8N 5A5, Canada |
| | State the term remaining | 09/23/2022 | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Hardware Maintenance, StayLinked Corporation - Thin Client Maint Renewal 2024 - Cary | Staylinked Corporation, 13700 Alton Parkway, Suite 160, Irvine, CA 92618 |
| | State the term remaining | 07/11/2024 - 07/10/2025 | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, The Chemours Contract TVM | The Chemours Company LLC, 1007 Market Street, Wilmington, DE 19898 |
| | State the term remaining | 01/01/2020 - 12/31/2020 | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, US Signal MSA | Us Signal Company, L.L.C, 201 Ionia Avenue, Sw, Grand Rapids, MI 49503 |
| | State the term remaining | 04/01/2023 - 03/31/2028 | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement, US Signal Schedule of Services Agreement For Shurline | Us Signal Company, L.L.C, 201 Ionia Avenue, Sw, Grand Rapids, MI 49503 |
| | State the term remaining | 10/01/2023 - 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Goods Purchase, Vogel Paint and Wax Company - Private Label Agreement 2020 | Vogel Paint & Wax Company, Vogel Paint & Wax Company, 1110 Albany Place, Orange City, IA 51041 |
| | State the term remaining | 09/17/2020 | |
| | List the contract number of any government contract | | |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                Page 5 of 5

| | |
|---|---|
| Debtor name: **TV GPMC, L.L.C.** | |
| United States Bankruptcy Court for the Division, District of **Delaware** | |
| Case number (If known): **24-12340** | |

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206 A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206 D)
- ☐ *Schedule E/F: Creditors Who Have Claims Unsecured Claims* (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206 G)
- ☐ *Schedule H: Codebtors* (Official Form 206 H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I, the Chief Financial Officer of the TV GPMC, L.L.C., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 23 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| Executed on: | 11/26/2024 | Signature | /s/ William McGann |
|---|---|---|---|
| | MM / DD / YYYY | Printed Name | William McGann |
| | | Title | Chief Financial Officer |