IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED
FOR DECEMBER 4, 2024 AT 9:30 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**ADJOURNED MATTERS**

1. Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 339, 11/6/24]

    Objection Deadline:   November 18, 2024 at 4:00 p.m. (ET), as may have been extended for certain parties

    Related Documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] **Amendments appear in bold.**

32387823.2

A. Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief [D.I. 12, 10/14/24]

B. Order (I) Approving the Bid Protections; (II) Approving the Assumption and Assignment Procedures; (III) Authorizing and Approving the Form of Notice of the Sale of Substantially All of the Assets of the Debtors; (IV) Authorizing and Scheduling the Sale Hearing and Setting Other Related Dates and Deadlines; and (V) Granting Related Relief [D.I. 297, 11/4/24]

C. Order (A) Approving Sale of Substantially All of Debtors' Assets Fee and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing Debtors to Enter Into and Perform Under Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts, and (D) Granting Related Relief [D.I. 411, 11/13/24]

D. First Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 416, 11/13/24]

Objections Filed:

**A. See Schedule A, attached**

Status: This matter has been adjourned to **January 16, 2025 at 1:00 p.m. (ET).**

2. Notice of Supplement to the Debtors' Bidding Procedures and Sale Motion [D.I. 12] Requesting Entry of an Order Approving TSA Contract Assumption and Assignment Procedures [D.I. 556, 11/20/24]

Objection Deadline: November 27, 2024 at 4:00 p.m. (ET), extended for certain parties

Related Documents:

A. Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief [D.I. 12, 10/14/24]

B. Order (A) Approving Sale of Substantially All of Debtors' Assets Fee and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing Debtors to Enter Into and Perform Under Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts, and (D) Granting Related Relief [D.I. 411, 11/13/24]

Objections Filed:

A. Informal Comments

   i. Committee of Unsecured Creditors
   ii. Landlord for Plymouth MWG 1750 South Lincoln LLC

Status: This matter is adjourned to December 17, 2024 at **1:30 p.m. (ET).**

**CONTESTED MATTER GOING FORWARD**

3. Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees [D.I. 116, 10/21/24]

   Objection Deadline: October 28, 2024 at 4:00 p.m. (ET), extended for the United States Trustee and the Committee

   Related Documents:

   A. Notice of Withdrawal of Reservation of Rights of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees [D.I. 466, 11/18/24]

   Objections\Responses Filed:

   A. Informal comments from U.S. Trustee

   B. Reservation of Rights of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees [D.I. 453, 11/16/24] (withdrawn)

   C. [SEALED] Reservation of Rights of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees [D.I. 538, 11/19/24]

   D. [REDACTED] Reservation of Rights of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees [D.I. 648, 12/2/24]

   Status: This matter is going forward. The Debtors, Committee and U.S. Trustee are working on a form of order they intend to present prior to or at the hearing.

*[Signature Page Follows]*

Dated: December 2, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| /s/ *Kristin L. McElroy* | Joseph O. Larkin |
| Edmon L. Morton (Del. Bar No. 3856) | One Rodney Square |
| Kenneth J. Enos (Del. Bar No. 4544) | 920 N. King Street |
| Kristin L. McElroy (Del. Bar No. 6871) | Wilmington, Delaware 19801 |
| Timothy R. Powell (Del. Bar No. 6894) | Telephone: (302) 651-3000 |
| One Rodney Square | Email: Joseph.Larkin@skadden.com |
| 1000 North King Street | |
| Wilmington, Delaware 19801 | - and - |
| Telephone: (302) 571-6600 | |
| Email: emorton@ycst.com | Ron E. Meisler (admitted *pro hac vice*) |
|   kenos@ysct.com | Jennifer Madden (admitted *pro hac vice*) |
|   kmcelroy@ycst.com | 320 South Canal Street |
|   tpowell@ycst.com | Chicago, Illinois 60606-5707 |
| | Telephone: (312) 407-0705 |
| *Efficiency Counsel to the* | Email: Ron.Meisler@skadden.com |
| *Debtors and Debtors in Possession* |   Jennifer.Madden@skadden.com |
| | |
| | - and - |
| | |
| | Robert D. Drain (admitted *pro hac vice*) |
| | Evan A. Hill (admitted *pro hac vice*) |
| | Moshe S. Jacob (admitted *pro hac vice*) |
| | One Manhattan West |
| | New York, New York 10001 |
| | Telephone: (212) 735-3000 |
| | Email: Robert.Drain@skadden.com |
| |   Evan.Hill@skadden.com |
| |   Moshe.Jacob@skadden.com |
| | |
| | *Counsel to Debtors and* |
| | *Debtors in Possession* |

32387823.2

## SCHEDULE A

## Summary of Cure Objections and Responses

| | OBJECTION | SPECIFIC OBJECTION |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1. | Jeld-Wen, Inc. | Confirming whether omission was an oversight |
| 2. | Hartline Prod Co Inc | Objection to listed cure amount |
| 3. | Air Vent Inc. | Request for additional time to review listed contracts |
| 4. | Architectural Mailboxes | Request for Debtor's counsel to sell contracts listed in the assumption schedule |
| 5. | Solar Group | Request for Debtor's counsel to sell contracts listed in the assumption schedule |
| 6. | Brass Craft | Request final revised list |
| 7. | Delta Faucet Company | Request final revised list |
| 8. | Ez-Ad Tv | Request final revised list |
| 9. | Masterchem Industries | Request final revised list |
| 10. | Universal Forest Products | Request final revised list |
| 11. | Fortune Prod Inc | Request for additional time to review listed contracts |
| 12. | Jm Smucker Retail Sales | Request for additional time to review listed contracts |
| 13. | World Marketing Of America | Request for additional time to review listed contracts, objection to listed cure amount |
| 14. | Schneider Logistics, Inc. | Negotiating prepetition balance |
| 15. | Schneider National Carriers | Negotiating prepetition balance |
| 16. | United Healthcare Services | Requesting information on post-closing contract elections |
| 17. | Infor (US) LLC | Objection to listed cure amount |
| 18. | Georgia Pacific Corporation | Request for additional time to review listed contracts |
| 19. | Reliance Water Heater Co | Objection to listed cure amount |
| 20. | Stearns Packaging Corporation | Objection to listed cure amount |
| 21. | International Forest Products Corp | Request for additional time to review listed contracts |
| 22. | Fifth Third Bank | Objection to listed cure amount |
| 23. | Global Experience Specialists, Inc. (GES) | Objection to listed cure amount |

|     | **OBJECTION** | **SPECIFIC OBJECTION** |
| --- | --- | --- |
| 24. | First Financial Corporate Leasing, LLC | Objection to listed cure amount |
| 25. | WPC Holdco LLC | Request for additional time to review listed contracts |
| 26. | Forney Industries Inc | Objection to listed cure amount |
| 27. | Great Plains Ind Inc | Request for additional time to review listed contracts |
| 28. | Kubota Tractor Corporation | Request for additional time to review listed contracts |
| 29. | Allied Barton Security Services | Request for additional time to review listed contracts |
| 30. | Pennzoil/Quaker State | Objection to listed cure amount |
| 31. | Highline Warren/Plews | Objection to listed cure amount |
| 32. | Freudenberg Filtration Tech | Request for additional time to review listed contracts; Objection to listed cure amount |
| 33. | Protect Plus Industries | Confirming whether omission was an oversight |
| 34. | Gorilla Glue Company | Request for additional time to review listed contracts; Objection to listed cure amount |
| 35. | Bonide Products Inc | Request for additional time to review listed contracts |
| 36. | Arrow Fastener Company, LLC | Request for Debtor's counsel to sell contracts listed in the assumption schedule |
| 37. | Bona Kemi USA Inc | Request for additional time to review listed contracts |
| 38. | Prime Line Products | Request for additional time to review listed contracts |
| 39. | Fletcher Terry Company | Confirming whether omission was an oversight |
| 40. | Master Gardner Company | Objection to listed cure amount |
| 41. | Cargill Inc | Request for additional time to review listed contracts; Objection to listed cure amount |
| **FORMAL OBJECTIONS** | | |
| 42. | Objection of STNL II (Harvard), LLC [D.I. 425, 11/14/24] | Objection to listed cure amount |
| 43. | McCoy's Building Supply's Limited Objection [D.I. 427, 11/14/24] | Objection to listed cure amount |
| 44. | Madix Inc's Objection and Reservation of Rights [D.I. 439, 11/15/24] | Objection to listed cure amount |
| 45. | 462 Thomas Family Properties, L.P.'s Limited Objection [D.I. 443, 11/15/24] | Objection to listed cure amount |

| | OBJECTION | SPECIFIC OBJECTION |
|---|---|---|
| 46. | Limited Objection and Reservation of Rights of Somerset Leasing XXV, LLC as Successor-in-Interest to Somerset Capital Group, Ltd., Itself Successor-in-Interest to ARC Equipment Finance LLC, Somerset Leasing Corp. 27, as Successor-in-Interest to ARC Equipment Finance LLC [D.I. 444, 11/15/24] | Objection to listed cure amount |
| 47. | Niagara Bottling, LLC's Objection [D.I. 445, 11/15/24] | Objection to listed cure amount |
| 48. | Generac Power Systems, Inc.'s Objection [D.I. 450, 11/15/24] | Objection to listed cure amount |
| 49. | Whirlpoop Corporation's Objection [D.I. 451, 11/15/24] | Objection to listed cure amount |
| 50. | InSinkErator, LLC's Objection [D.I. 452, 11/15/24] | Objection to listed cure amount |
| 51. | Charlotte Pipe and Foundry Company's Objection [D.I. 458, 11/18/24] | Objection to listed cure amount |
| 52. | Huber Engineered Woods LLC's Objection [D.I. 459, 11/18/24] | Objection to listed cure amount |
| 53. | The Hillman Group's Objection [D.I. 461, 11/18/24] | Objection to listed cure amount |
| 54. | Calumet Branded Products, LLC's Objection and Reservation of Rights [D.I. 463, 11/18/24] | Objection to listed cure amount |
| 55. | Norma Group's Objection and Reservation of Rights [D.I. 464, 11/18/24] | (Withdrawn) [D.I. 469] |
| 56. | Manhattan Associates, Inc's Limited Objection [D.I. 465, 11/18/24] | Objection to listed cure amount |
| 57. | Manhattan Associates, Inc's Limited Objection [D.I. 465, 11/18/24] | Objection to listed cure amount |
| 58. | Elkay Sales, LLC's Objection [D.I. 467, 11/18/24] | Objection to listed cure amount |
| 59. | Zurn Pex, Inc's Objection [D.I. 468, 11/18/24] | Objection to listed cure amount |
| 60. | Norma Group's Objection and Reservation of Rights [D.I. 470, 11/18/24] | Objection to listed cure amount |
| 61. | Virginia Abrasives Corporation [D.I. 471, 11/18/24] | Objection to listed cure amount |
| 62. | DDP Specialty Electronic Materials US, LLC's Limited Objection [D.I. 472, 11/18/24] | Objection to listed cure amount |
| 63. | Plymouth MWG 1750 South Lincoln LLC's Objection and Reservation of Rights [D.I. 473, 11/18/24] | Objection to listed cure amount |
| 64. | Black & Decker (U.S.), Inc's Objection and Reservation of Rights[D.I. 474, 11/18/24] | Objection to listed cure amount |
| 65. | VP Racing Fuels, Inc's Objection and Reservation of Rights [D.I. 476, 11/18/24] | Objection to listed cure amount |
| 66. | Oatey Supply Chain Services, Inc's Limited Response and Reservation of Rights [D.I. 477, 11/18/24] | Objection to listed cure amount |
| 67. | CertainTeed Gypsum, Inc., GCP Applied Technologies Inc., Saint-Gobain Abrasives Inc., and Saint-Gobain Adfors America, Inc's Limited Objection [D.I. 481, 11/18/24] | Objection to listed cure amount |

|     | **OBJECTION** | **SPECIFIC OBJECTION** |
| --- | --- | --- |
| 68. | Ferrellgas, L.P., d/b/a Blue Rhino's Objection and Reservation of Rights [D.I. 482, 11/18/24] | Objection to listed cure amount |
| 69. | Limited Objection and Reservation of Rights of Hexaware Technologies [D.I. 485, 11/18/24] | Objection to listed cure amount |
| 70. | Objection and Reservation of Rights of Mansfield Oil [D.I. 486, 11/18/24] | Objection to listed cure amount |
| 71. | Objection and Reservation of Rights of Experis US LLC / Experis Manpower Group [D.I. 487] | Objection to listed cure amount |
| 72. | Limited Objection of Hultafors Group North America, Inc. / Johnson Level & Tool / Custom Leathercraft [D.I. 488, 11/18/24] | Objection to listed cure amount |
| 73. | Limited Objection and Reservation of Rights of Scotts Company LLC  [D.I. 489, 11/18/24] | Objection to listed cure amount |
| 74. | Limited Objection and Reservation of Rights of Plaskolite Inc [D.I. 490, 11/18/24] | Objection to listed cure amount |
| 75. | Limited Objection and Reservation of Rights of Worthington Enterprises, Inc. [D.I. 491, 11/18/24] | Objection to listed cure amount |
| 76. | Limited Objection and Reservation of Rights of The Sherwin-Williams Company [D.I. 492, 11/18/24] | Objection to listed cure amount |
| 77. | Objection to Cure and Reservation of Rights The Milwaukee Metropolitan Sewerage District a/k/a Milorganite [D.I. 494, 11/18/24] | Objection to listed cure amount |
| 78. | Limited Objection and Reservation of Rights of Berry Global [D.I. 495, 11/18/24] | Objection to listed cure amount |
| 79. | Objection and Reservation of Rights of Cintas Corporation No. 2 [D.I. 496, 11/18/24] | Objection to listed cure amount |
| 80. | WPC Landlords' Limited Objections [D.I. 497, 11/18/24] | Objection to listed cure amount |
| 81. | Limited Objection and Reservation of Rights of Toter Incorporated [D.I. 498, 11/18/24] | Objection to listed cure amount |
| 82. | Limited Objection of Primesource Building Prod. [D.I. 499, 11/18/24] | Objection to listed cure amount |
| 83. | Objection of OXO International Ltd., Helen of Troy, L.P. , and KAZ USA, Inc. [D.I. 500, 11/18/24] | Objection to listed cure amount |
| 84. | Limited Objection and Reservation of Rights of Ors Nasco LLC [D.I. 501, 11/18/24] | Objection to listed cure amount |
| 85. | Objection of Granite (12 Tradeport) LLC [D.I. 502, 11/18/24] | Objection to listed cure amount |
| 86. | Objection of Monrovia Nursery Company [D.I. 503, 11/18/24] | Objection to listed cure amount |
| 87. | DAP Global Inc. (Touch N Foam) [D.I. 504, 11/18/24] | Objection to listed cure amount |
| 88. | Limited Objection of DAP Global Inc., DAP Global Inc. (Touch N Foam), DAP Inc. [D.I. 504, 11/18/24] | Objection to listed cure amount |
| 89. | Limited Objection of Rust-Oleum[D.I. 504, 11/18/24] | Objection to listed cure amount |
| 90. | Limited Objection of Appleton Group LLC and Easy Heat Inc [D.I. 505, 11/18/24] | Objection to listed cure amount |
| 91. | Objection of AmeriGas Propane L.P. [D.I. 506, 11/18/24] | Objection to listed cure amount |

|  | **OBJECTION** | **SPECIFIC OBJECTION** |
|---|---|---|
| 92. | Limited Objection of Copeland Comfort Control LP [D.I. 507, 11/18/24] | Objection to listed cure amount |
| 93. | Limited Objection of Clean Earth Environmental Services [D.I. 508, 11/18/24] | Objection to listed cure amount |
| 94. | Limited Objection of Westinghouse Lighting LP [D.I. 509, 11/18/24] | Objection to listed cure amount |
| 95. | Limited Objection of Ridge Tool Co (Emerson Professional Tools) [D.I. 510, 11/18/24] | Objection to listed cure amount |
| 96. | Objection of STIHL Southeast, Inc. [D.I. 511, 11/18/24] | Objection to listed cure amount |
| 97. | Objection of STIHL Inc [D.I. 511, 11/18/24] | Objection to listed cure amount |
| 98. | Objection of Crader Distributing Company [D.I. 511, 11/18/24] | Objection to listed cure amount |
| 99. | Objection of Bryan Equipment Sales, Inc [D.I. 511, 11/18/24] | Objection to listed cure amount |
| 100. | Objection of Blue Mountain Arts Inc [D.I. 511] | Objection to listed cure amount |
| 101. | Limited Objection of Imperial Manufacturing Group USA Inc [D.I. 512, 11/18/24] | Objection to listed cure amount |
| 102. | Objection and Reservation of Rights of Bird B Gone Inc [D.I. 514, 11/18/24] | Objection to listed cure amount |
| 103. | Objection and Reservation of Rights of B&G Equipment [D.I. 514, 11/18/24] | Objection to listed cure amount |
| 104. | Limited Objection and Reservation of Rights of Toledo & Co Inc [D.I. 515, 11/18/24] | Objection to listed cure amount |
| 105. | Limited Objection and Reservation of Rights of Weber-Stephen Products [D.I. 516, 11/18/24] | Objection to listed cure amount |
| 106. | Objection and Reservation of Rights of Huntington Technology Finance, Inc. [D.I. 517, 11/18/24] | Objection to listed cure amount |
| 107. | Objection of Tingley Rubber [D.I. 518, 11/18/24] | Objection to listed cure amount |
| 108. | Objection of Blaster Chemical Company [D.I. 519, 11/18/24] | Objection to listed cure amount |
| 109. | Limited Objection of U S Gypsum [D.I. 520, 11/18/24] | Objection to listed cure amount |
| 110. | Objection of CIT Bank, a division of First Citizens Bank & Trust Company [D.I. 523, 11/18/24] | Objection to listed cure amount |
| 111. | Limited Objection of Raymond Handling Concepts [D.I. 525, 11/18/24] | Objection to listed cure amount |
| 112. | Limited Objection of Raymond Handling Concepts Corporation [D.I. 525, 11/18/24] | Objection to listed cure amount |
| 113. | La Crosse Technology's Objection [D.I. 541, 11/19/24] | Objection to listed cure amount |
| 114. | Objection of Franklin Hardware #22194 [D.I. 551, 11/19/24] | Objection to listed cure amount |
| 115. | Objection of Apex Tool Group, LLC [D.I. 558, 11/21/24] | Objection to listed cure amount |
| 116. | Limited Objection of Arrowhead Brass and Plumbing LLC [D.I. 560, 11/21/24] | Objection to listed cure amount |
| 117. | Objection of Freudenberg Filtration Technologies, L.P. [D.I. 563, 11/21/24] | Objection to listed cure amount |

|  | **OBJECTION** | **SPECIFIC OBJECTION** |
|---|---|---|
| 118. | Objection of Protect Plus Industries, Inc. [D.I. 563, 11/21/24] | Objection to listed cure amount |
| 119. | Objection of World Marketing of America, Inc. [D.I. 566, 11/22/24] | Objection to listed cure amount |
| 120. | Objection of Gibraltar Industries, Inc. [D.I. 575, 11/22/24] | Objection to listed cure amount |
| 121. | Objection of The J. M. Smucker Company and Smucker Retail Foods, Inc. [D.I. 576, 11/22/24] | Objection to listed cure amount |
| 122. | Limited Objection and Reservation of Rights of Fifth Third Bank, N.A. [D.I. 580, 11/22/24] | Objection to listed cure amount |
| 123. | Objection of Highline Warren, LLC [D.I. 581, 11/22/24] | Objection to listed cure amount |
| 124. | Objection of Salesforce, Inc. [D.I. 596, 11/25/24] | Objection to listed cure amount |
| 125. | Limited Objection of EZ-AD TV Inc. [D.I. 604, 11/25/24] | Objection to listed cure amount |
| 126. | Limited Objection and Reservation of Rights of Forney Industries, Inc. [D.I. 608, 11/25/24] | Objection to listed cure amount |
| 127. | Objection and Reservation of Rights of Global Experience Specialists, Inc. [D.I. 611, 11/25/24] | Objection to listed cure amount |
| 128. | Objection and Reservation of Rights of Infor (US) LLC [D.I. 612, 11/25/24] | Objection to listed cure amount |
| 129. | Objection of CorVel Enterprise Comp, Inc. [D.I. 613, 11/25/24] | Objection to listed cure amount |
| 130. | Objection of Fortune Brands Innovations, Inc. [D.I. 614, 11/25/24] | Objection to listed cure amount |
| 131. | Limited Objection and Reservation of Rights of Cargill, Incorporated [D.I. 615, 11/25] | Objection to listed cure amount |
| 132. | Reservation of Rights of International Forest Products LLC [D.I. 616, 11/25/24] | Reservation of rights |
| 133. | Objection of Fisher Printing, Inc. [D.I. 633, 11/27/24] | Objection to listed cure amount |