# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OT DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE VALUE COMPANY, L.L.C., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered)<br><br>**Related Docket No. 628** |

## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., hereby certify that on November 26, 2024, a copy of the *Notice of Reclamation Demand by The Wooster Brush Company* [Docket No. 628] (the "**Reclamation Notice**") was filed *via* Case Management/Electronic Case Files ("**CM/ECF**"), which sent notices to all parties receiving notification through CM/ECF. I further certify that, in addition, on the same day, I caused the Reclamation Notice to be served on the parties listed below *via* electronic mail.

| | |
|---|---|
| Edmon L. Morton, Esquire<br>Kenneth J. Enos, Esquire<br>Kristin L. McElroy, Esquire<br>Timothy R. Powell, Esquire<br>*Young Conaway Stargatt & Taylor, LLP*<br>One Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Email:   emorton@ycst.com<br>             kenos@ycst.com<br>             kmcelroy@ycst.com<br>             tpowell@ycst.com<br>(Efficiency Counsel to the Debtors) | Joseph Larkin, Esquire<br>*Skadden, Arps, Slate, Meagher & Flom LLP*<br>920 North King Street<br>Wilmington, Delaware 19801<br>Email:   joseph.larkin@skadden.com<br>(Counsel to the Debtors) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106).

| | |
|---|---|
| Ron Meisler, Esquire<br>Jennifer Madden, Esquire<br>*Skadden, Arps, Slate, Meagher & Flom LLP*<br>320 South Canal Street<br>Chicago, Illinois 60606<br>Email:  ron.meisler@skadden.com<br>             jennifer.madden@skadden.com<br>(Counsel to the Debtors) | Robert D. Drain, Esquire<br>Evan Hill, Esquire<br>Moshe Jacob, Esquire<br>*Skadden, Arps, Slate, Meagher & Flom LLP*<br>One Manhattan West<br>395 9th Avenue<br>New York, New York 10001<br>Chicago, Illinois 60606<br>Email:  robert.drain@skadden.com<br>             evan.hill@skadden.com<br>             moshe.jacob@skadden.com<br>(Counsel to the Debtors) |

Dated: December 3, 2024
         Wilmington, Delaware

Respectfully submitted,

 /s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:     (302) 295-0199
Email:  chipman@chipmanbrown.com
             olivere@chipmanbrown.com

— and —

Christopher J. Niekamp, Esq.
**BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC**
3800 Embassy Parkway, Suite 300
Akron, Ohio 44333
Telephone: (330) 376-5300
Facsimile:  (330) 258-6559
Email:  cniekamp@bdblaw.com

*Counsel to The Wooster Brush Company*

4909-5254-3747, v. 1