**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRUE VALUE COMPANY, LLC et al., | ) | Case No.   24-12337 KBO |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby gives notice of his appearance on behalf of creditor Renee's Garden, Inc. and further requests that all notices, pleadings and other documents filed and/or served in this case, including all such notices described in Rule 2002 of the Bankruptcy Rules or given pursuant to the Local Bankruptcy Rule 9013-1, be served upon the following:

Aaron A. Garber, Esq.
Wadsworth, Garber, Warner, Conrardy, P.C.
2580 W. Main St.
Littleton, CO 80120
(303)- 296-1999 / Fax: (303) 296-7600
agarber@wgwc-law.com

      Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED December 3, 2024

Respectfully submitted,

By:/s/ Aaron A. Garber
Aaron A. Garber, #36099
WADSWORTH, GARBER,
WARNER AND CONRARDY, P.C.
2580 W Main St, Littleton, CO 80120
Telephone: 303-296-1999
Fax: 303-296-7600
Email: agarber@wgwclaw.com