IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE VALUE COMPANY, L.L.C., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 4, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Debtors' Motion for an Order Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors is a Lessee [Docket No. 660]**

Dated: December 5, 2024

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 5th day of December, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Address | | Method of Service |
|---|---|---|---|
| Cit Bank | Po Box 7056 | Pasadena, CA 91109 | First Class Mail |
| Fifth Third Bank | 6111 N. River Road | Rosemont, IL 60018 | First Class Mail |
| Granite (12 Tradeport) LLC | 12 Tradeport Rd. | Hanover, PA 17331 | First Class Mail |
| GW Regency Plaza LLC | 2211 N. Elston Ave, Ste 400 | Chicago, IL 60614 | First Class Mail |
| Huntington Technology Finance, Inc. | 2285 Franklin Road | Bloomfield Hills, MI 48302 | First Class Mail |
| Lexmark Int'l Inc. | Lexmark International Inc | 740 West New Circle Road  Lexington, KY 40511 | First Class Mail |
| Plymouth Mwg | 1750 South Lincoln Drive | Freeport, IL 60018 | First Class Mail |
| Stnl Ii Property Company LLC | 10275 W Higgins Rd, Suite 810 | Rosemont, IL 60018 | First Class Mail |
| Thorsav LLC | 710 Pena Ln | Lake Havasu City, AZ 86406 | First Class Mail |

True Value Company, L.L.C., et al. (Case No. 24-12337)