# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
True Value Company, L.L.C.

**Case No.:** 24−12337−KBO

**Chapter:** 11

## ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 12/4/24

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN−439)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 24-12337-KBO
True Value Company, L.L.C.  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1      User: admin      Page 1 of 10
Date Rcvd: Dec 04, 2024      Form ID: van439      Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Minnesota Dept. of Revenue Taxes |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A. Garber | on behalf of Creditor Renee's Garden Inc. agarber@wgwc-law.com, ngarber@wgwc-law.com,8931566420@filings.docketbird.com |
| Aaron S. Applebaum | on behalf of Creditor Bird B Gone LLC aaron.applebaum@us.dlapiper.com carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Aaron S. Applebaum | on behalf of Creditor B&G Equipment Company Inc. aaron.applebaum@us.dlapiper.com, carolyn.fox@us.dlapiper.com;DLAPiper@ecfxmail.com |
| Adam L. Hirsch | on behalf of Creditor Forney Industries Inc. adam.hirsch@davisgraham.com, robin.anderson@dgslaw.com |
| Alan Michael Root | on behalf of Interested Party EZ-AD TV Inc. root@chipmanbrown.com aroot51@hotmail.com;fusco@chipmanbrown.com;hitchens@chipmanbrown.com;dero@chipmanbrown.com |
| Alessandra Glorioso | on behalf of Creditor RK West LLC glorioso.alessandra@dorsey.com alessandra-glorioso-9339@ecf.pacerpro.com |
| Alexis R. Gambale | |

District/off: 0311-1 | User: admin | Page 2 of 10
Date Rcvd: Dec 04, 2024 | Form ID: van439 | Total Noticed: 0

| | |
|---|---|
| | on behalf of Creditor OXO International Ltd. Helen of Troy L.P. and Kaz USA, Inc. agambale@pashmanstein.com, lsalcedo@pashmanstein.com |
| Amanda R. Steele | |
| | on behalf of Interested Party STIHL Incorporated Blue Mountain Equipment, Inc., Bryan Equipment Sales, Inc., Crader Distributing Company, and STIHL Southeast, Inc. steele@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Andrew J Nazar | |
| | on behalf of Creditor Ferrellgas L.P. anazar@polsinelli.com, tbackus@polsinelli.com |
| Andrew K Glenn | |
| | on behalf of Debtor True Value Company L.L.C. aglenn@glennagre.com, mco@glennagre.com |
| Austin Park | |
| | on behalf of Creditor Hammer (DE) Limited Partnership Borland (MN) LLC, Hammered Home (OH) LLC, Wilson Neighbor (IL) LLC and Wrench (DE) Limited Partnership apark@morrisnichols.com, austin-park-7609@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Barbara L. Yong | |
| | on behalf of Creditor Western Springs Village Hardware Inc. d/b/a Village True Value Hardware blyong@gct.law, Barbaralyong@gmail.com |
| Bradford J. Sandler | |
| | on behalf of Attorney Pachulski Stang Ziehl & Jones LLP bsandler@pszjlaw.com abates@pszjlaw.com |
| Bradford J. Sandler | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com abates@pszjlaw.com |
| Brendan Joseph Schlauch | |
| | on behalf of Interested Party Madix Inc. schlauch@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com |
| Brett D. Fallon | |
| | on behalf of Creditor Huber Engineered Woods LLC brett.fallon@faegredrinker.com cathy.greer@faegredrinker.com |
| Brett D. Fallon | |
| | on behalf of Creditor Charlotte Pipe and Foundry Company brett.fallon@faegredrinker.com cathy.greer@faegredrinker.com |
| Brian J. McLaughlin | |
| | on behalf of Creditor Beacon Sales Acquisition Inc. brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com |
| Brian J. McLaughlin | |
| | on behalf of Creditor First American Commercial Bancorp Inc. brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com |
| Chad B. Simon | |
| | on behalf of Interested Party PNC Bank National Association csimon@otterbourg.com |
| Charles J. Brown, III | |
| | on behalf of Creditor Emerson Professional Tools LLC cbrown@gsbblaw.com |
| Charles J. Brown, III | |
| | on behalf of Creditor Copeland Comfort Control LP cbrown@gsbblaw.com |
| Charles J. Brown, III | |
| | on behalf of Creditor Hultafors Group North America Inc. cbrown@gsbblaw.com |
| Charles J. Brown, III | |
| | on behalf of Creditor Imperial Manufacturing Group USA Inc. cbrown@gsbblaw.com |
| Charles J. Brown, III | |
| | on behalf of Creditor Primesource Building Products Inc. cbrown@gsbblaw.com |
| Charles J. Brown, III | |
| | on behalf of Creditor Appleton Group LLC and Easy Heat Inc. cbrown@gsbblaw.com |
| Charles Robert Quigg | |
| | on behalf of Creditor The Dow Chemical Company cquigg@wnj.com |
| Charles Robert Quigg | |
| | on behalf of Creditor Rohm and Haas Chemicals LLC cquigg@wnj.com |
| Charles S. Stahl, Jr. | |
| | on behalf of Creditor UNITED STATES GYPSUM CO. cstahl@smbtrials.com |
| Charles S. Stahl, Jr. | |
| | on behalf of Creditor Raymond Handling Concepts Corporation cstahl@smbtrials.com |
| Chase Nathaniel Miller | |
| | on behalf of Creditor Toyota Industries Commercial Finance Inc. de-ecfmail@mwc-law.com |
| Christopher Dean Loizides | |
| | on behalf of Creditor Highline Warren loizides@loizides.com |

District/off: 0311-1 User: admin Page 3 of 10
Date Rcvd: Dec 04, 2024 Form ID: van439 Total Noticed: 0

| | |
|---|---|
| Christopher Dean Loizides | on behalf of Creditor Monrovia Nursery Company loizides@loizides.com |
| Christopher M. Samis | on behalf of Interested Party International Forest Products LLC lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Christopher Martin Winter | on behalf of Creditor 462 Thomas Family Properties L.P. d/b/a Gillis Thomas Company cmwinter@duanemorris.com |
| Christopher S. Murphy | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov |
| Colin R. Robinson | on behalf of Creditor Committee Official Committee of Unsecured Creditors crobinson@pszjlaw.com |
| Curtis S. Miller | on behalf of Creditor Hammer (DE) Limited Partnership Borland (MN) LLC, Hammered Home (OH) LLC, Wilson Neighbor (IL) LLC and Wrench (DE) Limited Partnership csmefiling@mnat.com, curtis-miller-4921@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com |
| Daniel F. Fiorillo | on behalf of Interested Party PNC Bank National Association dfiorillo@otterbourg.com, csimon@otterbourg.com;awilliams@otterbourg.com |
| David Weitman | on behalf of Creditor STNL II (Harvard) LLC david.weitman@klgates.com |
| David Daniel Farrell | on behalf of Creditor Tingley Rubber Corporation dfarrell@thompsoncoburn.com |
| David E. Sklar | on behalf of Creditor OXO International Ltd. Helen of Troy L.P. and Kaz USA, Inc. dsklar@pashmanstein.com |
| David H. Conaway | on behalf of Creditor Berry Global Inc. dconaway@shumaker.com |
| David H. Conaway | on behalf of Creditor Toter Incorporated dconaway@shumaker.com |
| David H. Conaway | on behalf of Creditor ORS Nasco LLC dconaway@shumaker.com |
| David M. Klauder | on behalf of Interested Party NORMA Breeze dklauder@bk-legal.com DE17@ecfcbis.com |
| David M. Klauder | on behalf of Interested Party Fisher Printing Inc. dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Klauder | on behalf of Interested Party NATIONAL DIVERSIFIED SALES INC. dklauder@bk-legal.com, DE17@ecfcbis.com |
| David M. Schilli | on behalf of Creditor Charlotte Pipe and Foundry Company dschilli@robinsonbradshaw.com |
| Dean Farley | on behalf of Creditor STNL II (Harvard) LLC dfarley@brennanllc.com |
| Dennis Shaffer | on behalf of Creditor The Hardware House Inc. dshaffer@tydings.com |
| Edmon L. Morton | on behalf of Debtor True Value Company L.L.C. bankfilings@ycst.com |
| Edward A. Corma | on behalf of Creditor Committee Official Committee of Unsecured Creditors ecorma@pszjlaw.com |
| Emily Kathryn Devan | on behalf of Creditor Stanley Black & Decker Inc. edevan@milesstockbridge.com |
| Emily Kathryn Devan | on behalf of Creditor Black & Decker (U.S.) Inc. edevan@milesstockbridge.com |
| Ericka Fredricks Johnson | on behalf of Creditor JS Products Inc. ejohnson@bayardlaw.com, rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| Ericka Fredricks Johnson | on behalf of Interested Party Milwaukee Metropolitan Sewerage District a/k/a Milorganite ejohnson@bayardlaw.com rhudson@bayardlaw.com;ccampbell@bayardlaw.com |
| Erik B. Weinick | |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 10 |
| Date Rcvd: Dec 04, 2024 | Form ID: van439 | Total Noticed: 0 |

      on behalf of Interested Party PNC Bank National Association eweinick@otterbourg.com

Erin Powers Severini
      on behalf of Creditor Plymouth MWG 1750 South Lincoln LLC eseverini@fbtlaw.com

Garvan F. McDaniel
      on behalf of Creditor McCoy's Building Supply gfmcdaniel@dkhogan.com gdurstein@dkhogan.com

Garvan F. McDaniel
      on behalf of Creditor Arrowhead Brass and Plumbing LLC gfmcdaniel@dkhogan.com gdurstein@dkhogan.com

Garvan F. McDaniel
      on behalf of Creditor VP Racing Fuels Inc. gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gordon E. Gouveia
      on behalf of Creditor The Toro Company ggouveia@foxrothschild.com

Henry Jon Jaffe
      on behalf of Creditor OXO International Ltd. Helen of Troy L.P. and Kaz USA, Inc. hjaffe@pashmanstein.com, hjaffe@pashmanstein.com

Howard A. Cohen
      on behalf of Creditor Microsoft Corporation hcohen@foxrothschild.com msteen@foxrothschild.com,rsolomon@foxrothschild.com

Inez M. Markovich
      on behalf of Creditor Somerset Leasing Corp. XXII imarkovich@mccarter.com

Inez M. Markovich
      on behalf of Creditor Somerset Leasing Corp. 27 imarkovich@mccarter.com

Inez M. Markovich
      on behalf of Creditor Somerset Leasing XXV LLC. imarkovich@mccarter.com

Jade M Edwards
      on behalf of Creditor Alliance Sports Group L.P. d/b/a Alliance Consumer Group/ACG jmedwards@mayerbrown.com

James B. Glucksman
      on behalf of Creditor Cold Spring HW LLC jbg@dhclegal.com jbglucksman-esq@outlook.com

James Connolly Carignan
      on behalf of Creditor 462 Thomas Family Properties L.P. d/b/a Gillis Thomas Company jccarignan@duanemorris.com

James S. Carr
      on behalf of Creditor Ryder Integrated Logistics Inc., Ryder Transportation Solutions, LLC, and Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services KDWBankruptcyDepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com;bankcourt15@KelleyDrye.com

Jamie Lynne Edmonson
      on behalf of Creditor Leslie and Gary Killian jedmonson@rc.com lshaw@rc.com

Jason Custer Powell
      on behalf of Creditor Cooper Lighting LLC jpowell@delawarefirm.com, dtroiano@delawarefirm.com

Jason Custer Powell
      on behalf of Interested Party Experis US LLC jpowell@delawarefirm.com dtroiano@delawarefirm.com

Jason Daniel Angelo
      on behalf of Creditor Fifth Third Bank N.A. JAngelo@reedsmith.com, glauer@reedsmith.com

Jeanmarie Miller
      on behalf of Creditor State of Michigan Department of Treasury millerj51@michigan.gov

Jeffrey J. Lyons
      on behalf of Creditor Oatey Supply Chain Services Inc. jjlyons@bakerlaw.com, tmcguckin@bakerlaw.com

Jeffrey M. Schlerf
      on behalf of Creditor Cargill jeffrey.schlerf@stinson.com

Jennifer McLain McLemore
      on behalf of Creditor Rust-Oleum Corporation jmclemore@williamsmullen.com avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer McLain McLemore
      on behalf of Creditor DAP Global Inc. jmclemore@williamsmullen.com, avaughn@williamsmullen.com;sbeaulieu@williamsmullen.com

Jennifer R. Hoover
      on behalf of Creditor Multiquip Inc. jhoover@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover
      on behalf of Creditor Great Southern Wood Preserving Inc. jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

District/off: 0311-1                             User: admin                                  Page 5 of 10
Date Rcvd: Dec 04, 2024                     Form ID: van439                            Total Noticed: 0

| | |
|---|---|
| Jennifer R. Hoover | on behalf of Creditor Clean Earth Environmental Solutions  Inc. jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Jody C. Barillare | on behalf of Interested Party CIT Bank  a division of First Citizen Bank & Trust Company jody.barillare@morganlewis.com, lori.gibson@morganlewis.com |
| John E. Lucian | on behalf of Interested Party PNC Bank  National Association john.lucian@blankrome.com |
| Jonathan Michael Weyand | on behalf of Interested Party Toledo & Co.  Inc. jweyand@morrisnichols.com, rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Joseph O. Larkin | on behalf of Debtor True Value Company  L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Joseph O. Larkin | on behalf of Debtor TV GPMC  L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Joseph O. Larkin | on behalf of Debtor Distributors Hardware  L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Joseph O. Larkin | on behalf of Debtor TV TSLC  L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Joseph O. Larkin | on behalf of Debtor True Value Retail  L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Joseph O. Larkin | on behalf of Debtor TrueValue.com Company  L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Joseph O. Larkin | on behalf of Debtor TV Holdco II  L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Joseph O. Larkin | on behalf of Debtor True Value Virginia  L.L.C. Joseph.Larkin@skadden.com, Christopher.heaney@skadden.com;ecf-7f0a8f590dc1@ecf.pacerpro.com;andrea.bates@skadden.com |
| Karen C. Bifferato | on behalf of Creditor Protect Plus Industries kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor DAP Global Inc. (Touch N Foam) kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor DAP Global  Inc. kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor DAP Inc. kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor Freudenberg Filtration Technologies  L.P. kbifferato@connollygallagher.com |
| Karen C. Bifferato | on behalf of Creditor Rust-Oleum Corporation kbifferato@connollygallagher.com |
| Karen Elizabeth Sieg | on behalf of Creditor STIHL Incorporated bsieg@mcguirewoods.com |
| Katelin Ann Morales | on behalf of Interested Party International Forest Products LLC kmorales@potteranderson.com lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Katherine Devanney | on behalf of Creditor Forney Industries  Inc. kdevanney@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com |
| Katherine Hemming | on behalf of Interested Party Do it Best Corp. khemming@camlev.com |
| Katherine S. Dute | on behalf of Creditor Allied Universal Security Services kdute@rc.com |
| Katherine S. Dute | |

Case 24-12337-KBO    Doc 680    Filed 12/06/24    Page 7 of 11

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 10 |
| Date Rcvd: Dec 04, 2024 | Form ID: van439 | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Creditor Leslie and Gary Killian kdute@rc.com |
| Kenneth J. Enos | |
| | on behalf of Debtor True Value Company  L.L.C. bankfilings@ycst.com |
| Kevin G. Collins | |
| | on behalf of Interested Party Elanco US Inc. kevin.collins@btlaw.com  klytle@btlaw.com |
| Kevin G. Collins | |
| | on behalf of Interested Party Calumet  Inc. kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin G. Collins | |
| | on behalf of Interested Party Infor (US)  LLC kevin.collins@btlaw.com, klytle@btlaw.com |
| Kevin J. Mangan | |
| | on behalf of Interested Party CorVel Enterprise Comp  Inc kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Rachel.metzger@wbd-us.com;nichole.wilcher@wbd-us.com |
| Kevin M. Capuzzi | |
| | on behalf of Creditor Great Southern Wood Preserving  Inc. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kevin Scott Mann | |
| | on behalf of Creditor Weber-Stephen Products LLC kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kevin Scott Mann | |
| | on behalf of Creditor Virginia Abrasives Corporation kmann@crosslaw.com  smacdonald@crosslaw.com |
| Kristin L McElroy | |
| | on behalf of Debtor True Value Company  L.L.C. KMcElroy@ycst.com |
| L Katie Mason | |
| | on behalf of Creditor Generac Power Systems  Inc. katie.mason@quarles.com, docketwi@quarles.com |
| L. Katherine Good | |
| | on behalf of Interested Party B'Laster kgood@potteranderson.com lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| L. Katherine Good | |
| | on behalf of Interested Party Blaster Chemical Company kgood@potteranderson.com lhuber@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com |
| Laurel D. Roglen | |
| | on behalf of Creditor Granite (12 Tradeport) LLC roglenl@ballardspahr.com  carbonej@ballardspahr.com |
| Lawrence Joel Kotler | |
| | on behalf of Creditor Hexaware Technologies ljkotler@duanemorris.com |
| Lawrence Raymond Thomas, III | |
| | on behalf of Interested Party PNC Bank  National Association lorenzo.thomas@blankrome.com |
| Leslie C. Heilman | |
| | on behalf of Creditor Westinghouse Lighting LP heilmanl@ballardspahr.com  friedmanm@ballardspahr.com |
| Levi Akkerman | |
| | on behalf of Interested Party International Forest Products LLC lakkerman@potteranderson.com  tmistretta@potteranderson.com |
| Linda V. Donhauser | |
| | on behalf of Creditor Stanley Black & Decker  Inc. ldonhauser@milesstockbridge.com |
| Lisa M. Peters | |
| | on behalf of Creditor Highline Warren lisa.peters@kutakrock.com  Marybeth.brukner@kutakrock.com |
| Lynn Hamilton Butler | |
| | on behalf of Creditor McCoy's Building Supply lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com |
| Marc S. Pfeuffer | |
| | on behalf of Creditor Pension Benefit Guaranty Corporation pfeuffer.marc@pbgc.gov  efile@pbgc.gov |
| Margaret A. Vesper | |
| | on behalf of Creditor DDP Specialty Electronic Materials US  LLC vesperm@ballardspahr.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Interested Party Global Experience Specialists  Inc. desgross@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| Mark L. Desgrosseilliers | |
| | on behalf of Interested Party Fortune Brands Innovations Inc. and certain of its affiliates desgross@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| Mark W. Eckard | |
| | on behalf of Interested Party Niagara Bottling LLC meckard@raineslaw.com  sshidner@raineslaw.com |

District/off: 0311-1 User: admin Page 7 of 10
Date Rcvd: Dec 04, 2024 Form ID: van439 Total Noticed: 0

Matthew Rifino
on behalf of Creditor Somerset Leasing Corp. XXII mrifino@mccarter.com  kmcdonnell@mccarter.com

Matthew Rifino
on behalf of Creditor Somerset Leasing XXV  LLC. mrifino@mccarter.com, kmcdonnell@mccarter.com

Matthew Rifino
on behalf of Creditor Somerset Leasing Corp. 27 mrifino@mccarter.com  kmcdonnell@mccarter.com

Matthew B. Goeller
on behalf of Creditor STNL II (Harvard)  LLC matthew.goeller@klgates.com, alyssa.domorod@klgates.com

Matthew B. Harvey
on behalf of Interested Party La Crosse Technology  Ltd. mharvey@mnat.com,
matt-harvey-8145@ecf.pacerpro.com;rebecca-weidman-3578@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael Ingrassia
on behalf of Creditor Salesforce  Inc. ingrassiam@whiteandwilliams.com,
michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael Ingrassia
on behalf of Creditor Hermis Trading  LLC ingrassiam@whiteandwilliams.com,
michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael Ingrassia
on behalf of Creditor Wholesale Building Products  LLC ingrassiam@whiteandwilliams.com,
michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Michael D. Mueller
on behalf of Creditor Rust-Oleum Corporation mmueller@williamsmullen.com  avaughn@williamsmullen.com

Michael D. Mueller
on behalf of Creditor DAP Global  Inc. mmueller@williamsmullen.com, avaughn@williamsmullen.com

Michael David DeBaecke
on behalf of Interested Party The Sherwin-Williams Company mdebaecke@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
on behalf of Interested Party Worthington Enterprises  Inc. mdebaecke@ashbygeddes.com,
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
on behalf of Interested Party Plaskolite  LLC mdebaecke@ashbygeddes.com,
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael David DeBaecke
on behalf of Interested Party The Scotts Company LLC mdebaecke@ashbygeddes.com
kjones@ashbygeddes.com;adellose@ashbygeddes.com;DKosloske@ashbygeddes.com

Michael Joseph Joyce
on behalf of Creditor Greenscapes Home and Garden Products  a Div. of Hanes Companies, Inc., Hanes Geo Components, and L & P Financial Services mjoyce@mjlawoffices.com

Michael Vincent DiPietro
on behalf of Creditor Ferrellgas  L.P. mdipietro@polsinelli.com, lsuprum@polsinelli.com;delawaredocketing@polsinelli.com

Michael W. Yurkewicz
on behalf of Interested Party Apex Tool Group  LLC myurkewicz@klehr.com

Michael W. Yurkewicz
on behalf of Interested Party Gibraltar Industries  Inc. myurkewicz@klehr.com

Molly N. Sigler
on behalf of Interested Party Infor (US)  LLC molly.sigler@btlaw.com

Paul J. Cordaro
on behalf of Interested Party Do it Best Corp. PJC@camlev.com

Paul J. Winterhalter
on behalf of Creditor First American Commercial Bancorp  Inc. pwinterhalter@offitkurman.com, cballasy@offitkurman.com

R. Karl Hill
on behalf of Creditor Balboa Capital  a division of Ameris Bank khill@svglaw.com, csnyder@svglaw.com,cwalters@svglaw.com

R. Stephen McNeill
on behalf of Creditor MANSFIELD OIL COMPANY rmcneill@potteranderson.com
bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com

Case 24-12337-KBO    Doc 680    Filed 12/06/24    Page 9 of 11

| District/off: 0311-1 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Dec 04, 2024 | Form ID: van439 | Total Noticed: 0 |

| | |
|---|---|
| R. Stephen McNeill | on behalf of Interested Party Woodford Plywood Inc. rmcneill@potteranderson.com, bankruptcy@potteranderson.com;lhuber@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;rmcneill@potteranderson.com |
| Rachel Jaffe Mauceri | on behalf of Creditor Leslie and Gary Killian rmauceri@rc.com |
| Raymond M. Patella | on behalf of Interested Party AmeriGas Propane L.P. rpatella@lawjw.com |
| Regina S. Kelbon | on behalf of Interested Party PNC Bank National Association kelbon@blankrome.com |
| Reliable Companies | gmatthews@reliable-co.com |
| Ricardo Palacio, Esq | on behalf of Interested Party Manhattan Associates Inc. rpalacio@ashbygeddes.com, kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com |
| Ricardo Palacio, Esq | on behalf of Interested Party The Hillman Group rpalacio@ashbygeddes.com kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com |
| Richard W. Riley | on behalf of Creditor ITM Co. Ltd rriley@wtplaw.com, clano@wtplaw.com |
| Robert Drain | on behalf of Debtor True Value Company L.L.C. Robert.Drain@Skadden.com |
| Robert J. Feinstein | on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszjlaw.com |
| Ron E. Meisler | on behalf of Debtor True Value Company L.L.C. ron.meisler@skadden.com, chdocket@skadden.com;wendy.lamanna@skadden.com;ron-meisler-8410@ecf.pacerpro.com;Christopher.heaney@skadden.com |
| Ronald E Gold | on behalf of Creditor Plymouth MWG 1750 South Lincoln LLC rgold@fbtlaw.com awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com |
| Ronald S. Gellert | on behalf of Creditor AmeriGas Propane L.P. rgellert@gsbblaw.com |
| Rozanne M Giunta | on behalf of Creditor The Dow Chemical Company rgiunta@wnj.com |
| Rozanne M Giunta | on behalf of Creditor Rohm and Haas Company LLC rgiunta@wnj.com |
| Rozanne M Giunta | on behalf of Creditor Rohm and Haas Chemicals LLC rgiunta@wnj.com |
| Ryan Michael Messina | on behalf of Other Prof. Faegre Drinker Biddle & Reath LLP Ryan.Messina@faegredrinker.com cathy.greer@faegredrinker.com |
| Samuel C. Wisotzkey | on behalf of Creditor Cooper Lighting LLC swisotzkey@kmksc.com, kmksc@kmksc.com |
| Samuel L. Rosin | on behalf of Creditor Pension Benefit Guaranty Corporation rosin.samuel@pbgc.gov |
| Scott D. Fink | on behalf of Creditor Toyota Industries Commercial Finance Inc. bronationalecf@weltman.com |
| Scott E. Blakeley | on behalf of Creditor Monrovia Nursery Company seb@blakeleylc.com ecf@blakeleyllp.com |
| Shanti M. Katona | on behalf of Creditor Forney Industries Inc. skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Simon J. Torres | on behalf of Creditor Pension Benefit Guaranty Corporation torres.simon@pbgc.gov efile@pbgc.gov |
| Sloane B. O'Donnell | on behalf of Interested Party Cintas Corporation No. 2 sodonnell@fbtlaw.com |
| Sommer Leigh Ross | |

Case 24-12337-KBO    Doc 680    Filed 12/06/24    Page 10 of 11

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 9 of 10 |
| Date Rcvd: Dec 04, 2024 | Form ID: van439 | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Creditor Jeld-Wen Inc. slross@duanemorris.com, AutoDocketWILM@duanemorris.com |
| Sophie Rogers Churchill | |
| | on behalf of Interested Party The Huntington National Bank srchurchill@morrisnichols.com rebecca-weidman-3578@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com |
| Stanley B. Tarr | |
| | on behalf of Interested Party PNC Bank National Association stanley.tarr@blankrome.com |
| Stephanie Slater Ward | |
| | on behalf of Creditor The Toro Company sslater@foxrothschild.com |
| Stephen B Gerald | |
| | on behalf of Creditor c/o Stephen Gerald World Marketing of America Inc. sgerald@tydings.com |
| Stephen B Gerald | |
| | on behalf of Creditor The Hardware House Inc. sgerald@tydings.com |
| Stephen B Gerald | |
| | on behalf of Creditor c/o Stephen Gerald The J. M. Smucker Company sgerald@tydings.com |
| Stephen B Gerald | |
| | on behalf of Creditor The J. M. Smucker Company sgerald@tydings.com |
| Steven Walsh | |
| | on behalf of Creditor Clean Earth Environmental Solutions Inc. SWalsh@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Susan E. Kaufman | |
| | on behalf of Interested Party Cintas Corporation No. 2 skaufman@skaufmanlaw.com |
| Susan E. Kaufman | |
| | on behalf of Creditor Plymouth MWG 1750 South Lincoln LLC skaufman@skaufmanlaw.com |
| Timothy R. Powell | |
| | on behalf of Debtor True Value Retail L.L.C. bankfilings@ycst.com |
| Timothy R. Powell | |
| | on behalf of Debtor TV Holdco II L.L.C. bankfilings@ycst.com |
| Timothy R. Powell | |
| | on behalf of Debtor TrueValue.com Company L.L.C. bankfilings@ycst.com |
| Timothy R. Powell | |
| | on behalf of Debtor True Value Virginia L.L.C. bankfilings@ycst.com |
| Timothy R. Powell | |
| | on behalf of Debtor TV GPMC L.L.C. bankfilings@ycst.com |
| Timothy R. Powell | |
| | on behalf of Debtor TV TSLC L.L.C. bankfilings@ycst.com |
| Timothy R. Powell | |
| | on behalf of Debtor True Value Company L.L.C. bankfilings@ycst.com |
| Timothy R. Powell | |
| | on behalf of Debtor Distributors Hardware L.L.C. bankfilings@ycst.com |
| Tobey M. Daluz | |
| | on behalf of Creditor CertainTeed Gypsum Inc. daluzt@ballardspahr.com, ambroses@ballardspahr.com |
| Tobey M. Daluz | |
| | on behalf of Creditor GCP Applied Technologies Inc. daluzt@ballardspahr.com ambroses@ballardspahr.com |
| Tobey M. Daluz | |
| | on behalf of Creditor Saint-Gobain Adfors America Inc. daluzt@ballardspahr.com, ambroses@ballardspahr.com |
| Tobey M. Daluz | |
| | on behalf of Creditor Saint-Gobain Abrasives Inc. daluzt@ballardspahr.com ambroses@ballardspahr.com |
| Tobey M. Daluz | |
| | on behalf of Creditor DDP Specialty Electronic Materials US LLC daluzt@ballardspahr.com, ambroses@ballardspahr.com |
| U.S. Trustee | |
| | USTPRegion03.WL.ECF@USDOJ.GOV |
| William A. Hazeltine | |
| | on behalf of Creditor Generac Power Systems Inc. whazeltine@sha-llc.com |
| William A. Hazeltine | |
| | on behalf of Creditor Zurn PEX Inc. whazeltine@sha-llc.com |
| William A. Hazeltine | |

District/off: 0311-1 User: admin Page 10 of 10
Date Rcvd: Dec 04, 2024 Form ID: van439 Total Noticed: 0

| | |
|---|---|
| | on behalf of Creditor Whirlpool Corporation whazeltine@sha-llc.com |
| William A. Hazeltine | |
| | on behalf of Creditor InSinkErator LLC whazeltine@sha-llc.com |
| William A. Hazeltine | |
| | on behalf of Creditor Elkay Sales LLC whazeltine@sha-llc.com |
| William E. Chipman, Jr. | |
| | on behalf of Interested Party The Wooster Brush Company chipman@chipmanbrown.com fusco@chipmanbrown.com;dero@chipmanbrown.com;hitchens@chipmanbrown.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor UNS Electric Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor UNS Gas Inc. wtaylor@whitefordlaw.com, clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William F. Taylor, Jr | |
| | on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com clano@whitefordlaw.com |
| William L. Siegel | |
| | on behalf of Creditor Korber Supply Chain US Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com |
| Yan Borodanski | |
| | on behalf of Creditor Somerset Leasing Corp. XXII yborodanski@mccarter.com |
| Yan Borodanski | |
| | on behalf of Creditor Somerset Leasing Corp. 27 yborodanski@mccarter.com |
| Yan Borodanski | |
| | on behalf of Creditor Somerset Leasing XXV LLC. yborodanski@mccarter.com |

TOTAL: 220