# EXHIBIT 1

### Rejected Contracts

| Counterparty | Debtor Counterparty | Description of Contract[1] | Abandoned Personal Property, if Applicable | Rejection Date |
|---|---|---|---|---|
| G&I X Harvey LLC c/o Kane Management Group LLC 210 Commerce Way, Suite 300 Portsmouth, New Hampshire 03801 | True Value Company, L.L.C. | Lease Agreement for property located at 333 Harvey Road, Manchester, New Hampshire 03103 | N/A | 11/30/2024 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

32500163.1