## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF AGENDA FOR HEARING SCHEDULED
## FOR DECEMBER 17, 2024 AT 1:30 P.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

### RESOLVED MATTERS

1. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Portions of the Declaration of Nick Weber in Support of Entry of the Sale Order [D.I. 404, 11/12/24]

    Objection Deadline:    November 26, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 663, 12/3/24]

    B. Order Authorizing Debtors to File Under Seal Certain Portions of the Declaration of Nick Weber in Support of Entry of the Sale Order [D.I. 665, 12/4/24]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

    Objections Filed:    None

    Status: An order has been entered.

2. Notice of Supplement to the Debtors' Bidding Procedures and Sale Motion [D.I. 12] Requesting Entry of an Order Approving TSA Contract Assumption and Assignment Procedures [D.I. 556, 11/20/24]

    Objection Deadline:    November 27, 2024 at 4:00 p.m. (ET), extended for certain parties

    Related Documents:

    A. Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief [D.I. 12, 10/14/24]

    B. Order (A) Approving Sale of Substantially All of Debtors' Assets Fee and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing Debtors to Enter Into and Perform Under Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts, and (D) Granting Related Relief [D.I. 411, 11/13/24]

    C. Certification of Counsel [D.I. 687, 12/11/24]

    D. Order Approving TSA Contract Assumption and Assignment Procedures [D.I. 688, 12/11/24]

    Objections Filed:

    A. Informal Comments
        i. Committee of Unsecured Creditors
        ii. Landlord for Plymouth MWG 1750 South Lincoln LLC

    Status: An order has been entered.

3. Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of October 24, 2024 [D.I. 586, 11/22/24]

    Objection Deadline:    December 10, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Certification of Counsel [D.I. 689, 12/11/24]

32441009.1

    B. Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of October 24, 2024 [D.I. 694, 12/12/24]

Objections Filed:

    A. Informal comments from The United States Trustee

Status: An order has been entered.

4. Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of October 25, 2024 [D.I. 587, 11/22/24]

    Objection Deadline:    December 10, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I.690, 12/11/24]

    B. Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of October 25, 2024 [D.I. 695, 12/12/24]

Objections Filed:    None

Status: An order has been entered.

5. Debtors' Motion for an Order Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors Is a Lessee [D.I. 660, 12/3/24]

    Objection Deadline:    December 10, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Certification of Counsel [D.I. 693, 12/12/24]

    B. Order Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors is a Lessee [D.I. 697, 12/13/24]

Objections Filed:

    A. Informal comments

        i. United States Trustee
        ii. Granite (12 Tradeport) LLC

Status: An order has been entered.

**ADJOURNED MATTER**

6. Motion of Toyota Industries Commercial Finance, LLC for Relief from Automatic Stay Due to Lack of Adequate Protection [D.I. 536, 11/19/24]

    Objection Deadline:   December 10, 2024 at 4:00 p.m. (ET), extended to January 9, 2025

    Related Documents:   None

    Objections Filed:   None

    Status: This matter is adjourned by agreement to January 16, 2025 at 1:00 p.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

7. Motion for an Order Authorizing the Official Committee of Unsecured Creditors to (I) File Under Seal Its Reservation of Rights in Response to Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees and (II) Permanently Remove Image from Docket [D.I. 539, 11/19/24]

    Objection Deadline:   December 3, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 698, 12/13/24]

    Objections Filed:   None

    Status: This matter is going forward.

Dated: December 13, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| */s/ Timothy R. Powell* | Joseph O. Larkin |
| Edmon L. Morton (Del. Bar No. 3856) | One Rodney Square |
| Kenneth J. Enos (Del. Bar No. 4544) | 920 N. King Street |
| Kristin L. McElroy (Del. Bar No. 6871) | Wilmington, Delaware 19801 |
| Timothy R. Powell (Del. Bar No. 6894) | Telephone: (302) 651-3000 |
| One Rodney Square | Email: Joseph.Larkin@skadden.com |
| 1000 North King Street | |
| Wilmington, Delaware 19801 | - and - |
| Telephone: (302) 571-6600 | |
| Email: emorton@ycst.com | Ron E. Meisler (admitted *pro hac vice*) |
| kenos@ysct.com | Jennifer Madden (admitted *pro hac vice*) |
| kmcelroy@ycst.com | 320 South Canal Street |
| tpowell@ycst.com | Chicago, Illinois 60606-5707 |
| | Telephone: (312) 407-0705 |
| *Efficiency Counsel to the* | Email: Ron.Meisler@skadden.com |
| *Debtors and Debtors in Possession* | Jennifer.Madden@skadden.com |
| | |
| | - and - |
| | |
| | Robert D. Drain (admitted *pro hac vice*) |
| | Evan A. Hill (admitted *pro hac vice*) |
| | Moshe S. Jacob (admitted *pro hac vice*) |
| | One Manhattan West |
| | New York, New York 10001 |
| | Telephone: (212) 735-3000 |
| | Email: Robert.Drain@skadden.com |
| | Evan.Hill@skadden.com |
| | Moshe.Jacob@skadden.com |
| | |
| | *Counsel to Debtors and Debtors in Possession* |