IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE VALUE COMPANY, L.L.C., *et al.*,[1]<br><br>  Debtors. | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 538 & 539** |

### ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO (I) FILE UNDER SEAL ITS RESERVATION OF RIGHTS IN RESPONSE TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING AND DIRECTING THE U.S. TRUSTEE TO APPOINT AN OFFICIAL COMMITTEE OF RETIRED EMPLOYEES AND (II) PERMANENTLY REMOVE IMAGE FROM DOCKET

Upon consideration of the motion (the "Motion to Seal")[2] of the Committee, for the entry of an order (this "Order"), pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, authorizing the Committee to file under seal its *Reservation of Rights of the Official Committee of Unsecured Creditors to Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees* (the "Response") and approving its request to permanently remove Docket No. 453 from the docket; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] A capitalized term used but not defined herein have the meanings ascribed to it in the Motion to Seal.

4891-6748-9276.3 85202.00002

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court having found that venue of this proceeding and the Motion to Seal in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Committee's notice of the Motion to Seal and opportunity for a hearing on the Motion to Seal were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion to Seal and there being no objections filed in opposition of the relief requested therein; and this Court having determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Seal is **GRANTED**, as set forth herein.

2. The Committee is authorized to file the Response under seal, and such seal shall be maintained pursuant to Local Rule 9018-1. The Response shall remain strictly confidential and use of such information shall be subject to Local Rule 9018-1.

3. Unredacted versions of the Response shall not be disseminated to anyone other than: (a) the Court; and (b) the U.S. Trustee without either: (i) the express consent of the Committee and the Debtors; or (ii) further order of the Court, which order shall not be granted without notice and an opportunity to object being provided to the Committee and the Debtors. Such parties shall be bound by this Order and shall keep confidential all information in the sealed portions of the Response. Such parties shall not disclose the contents thereof to any party whatsoever.

4. The Clerk of the Court is authorized to permanently remove the document image at Docket No. 453 from the docket.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Committee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Seal.

7. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Order.

**Dated: December 13th, 2024**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

4891-6748-9276.3 85202.00002                                  3