IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED
FOR DECEMBER 17, 2024 AT 1:30 P.M. (ET)

**NO MATTERS ARE GOING FORWARD.  THE HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT.**

## RESOLVED MATTERS

1. Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Portions of the Declaration of Nick Weber in Support of Entry of the Sale Order [D.I. 404, 11/12/24]

    Objection Deadline:    November 26, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 663, 12/3/24]

    B. Order Authorizing Debtors to File Under Seal Certain Portions of the Declaration of Nick Weber in Support of Entry of the Sale Order [D.I. 665, 12/4/24]

    Objections Filed:    None

    Status:  An order has been entered.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106).  The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] **Amendments appear in bold.**

32441009.2

2. Notice of Supplement to the Debtors' Bidding Procedures and Sale Motion [D.I. 12] Requesting Entry of an Order Approving TSA Contract Assumption and Assignment Procedures [D.I. 556, 11/20/24]

   Objection Deadline:    November 27, 2024 at 4:00 p.m. (ET), extended for certain parties

   Related Documents:

   A. Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief [D.I. 12, 10/14/24]

   B. Order (A) Approving Sale of Substantially All of Debtors' Assets Fee and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing Debtors to Enter Into and Perform Under Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts, and (D) Granting Related Relief [D.I. 411, 11/13/24]

   C. Certification of Counsel [D.I. 687, 12/11/24]

   D. Order Approving TSA Contract Assumption and Assignment Procedures [D.I. 688, 12/11/24]

   Objections Filed:

   A. Informal Comments

      i. Committee of Unsecured Creditors
      ii. Landlord for Plymouth MWG 1750 South Lincoln LLC

   Status: An order has been entered.

3. Application of the Official Committee of Unsecured Creditors for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of October 24, 2024 [D.I. 586, 11/22/24]

   Objection Deadline:    December 10, 2024 at 4:00 p.m. (ET)

   Related Documents:

   A. Certification of Counsel [D.I. 689, 12/11/24]

   B. Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of October 24, 2024 [D.I. 694, 12/12/24]

   Objections Filed:

32441009.2

    A. Informal comments from The United States Trustee

Status: An order has been entered.

4. Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of October 25, 2024 [D.I. 587, 11/22/24]

    Objection Deadline: December 10, 2024 at 4:00 p.m. (ET)

    Related Documents:

        A. Certificate of No Objection [D.I.690, 12/11/24]

        B. Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of October 25, 2024 [D.I. 695, 12/12/24]

    Objections Filed: None

    Status: An order has been entered.

5. Debtors' Motion for an Order Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors Is a Lessee [D.I. 660, 12/3/24]

    Objection Deadline: December 10, 2024 at 4:00 p.m. (ET)

    Related Documents:

        A. Certification of Counsel [D.I. 693, 12/12/24]

        B. Order Extending the Deadline by Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors is a Lessee [D.I. 697, 12/13/24]

    Objections Filed:

        A. Informal comments

            i. United States Trustee
            ii. Granite (12 Tradeport) LLC

    Status: An order has been entered.

**ADJOURNED MATTER**

6. Motion of Toyota Industries Commercial Finance, LLC for Relief from Automatic Stay Due to Lack of Adequate Protection [D.I. 536, 11/19/24]

    Objection Deadline:    December 10, 2024 at 4:00 p.m. (ET), extended to January 9, 2025

    Related Documents:    None

    Objections Filed:    None

    Status:  This matter is adjourned by agreement to January 16, 2025 at 1:00 p.m. (ET).

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

7. Motion for an Order Authorizing the Official Committee of Unsecured Creditors to (I) File Under Seal Its Reservation of Rights in Response to Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees and (II) Permanently Remove Image from Docket [D.I. 539, 11/19/24]

    Objection Deadline:    December 3, 2024 at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 698, 12/13/24]

    B. **Order Authorizing the Official Committee of Unsecured Creditors to (I) File Under Seal Its Reservation of Rights in Response to Motion of Debtors for Entry of an Order Authorizing and Directing the U.S. Trustee to Appoint an Official Committee of Retired Employees and (II) Permanently Remove Image from Docket [D.I. 701, 12/13/24]**

    Objections Filed:    None

    Status:  **An order has been entered.  No hearing is necessary.**

Dated: December 13, 2024

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| | |
| /s/ Timothy R. Powell | Joseph O. Larkin |
| Edmon L. Morton (Del. Bar No. 3856) | One Rodney Square |
| Kenneth J. Enos (Del. Bar No. 4544) | 920 N. King Street |
| Kristin L. McElroy (Del. Bar No. 6871) | Wilmington, Delaware 19801 |
| Timothy R. Powell (Del. Bar No. 6894) | Telephone: (302) 651-3000 |
| One Rodney Square | Email: Joseph.Larkin@skadden.com |
| 1000 North King Street | |
| Wilmington, Delaware 19801 | - and - |
| Telephone: (302) 571-6600 | |
| Email: emorton@ycst.com | Ron E. Meisler (admitted *pro hac vice*) |
| kenos@ysct.com | Jennifer Madden (admitted *pro hac vice*) |
| kmcelroy@ycst.com | 320 South Canal Street |
| tpowell@ycst.com | Chicago, Illinois 60606-5707 |
| | Telephone: (312) 407-0705 |
| *Efficiency Counsel to the* | Email: Ron.Meisler@skadden.com |
| *Debtors and Debtors in Possession* | Jennifer.Madden@skadden.com |
| | |
| | - and - |
| | |
| | Robert D. Drain (admitted *pro hac vice*) |
| | Evan A. Hill (admitted *pro hac vice*) |
| | Moshe S. Jacob (admitted *pro hac vice*) |
| | One Manhattan West |
| | New York, New York 10001 |
| | Telephone: (212) 735-3000 |
| | Email: Robert.Drain@skadden.com |
| | Evan.Hill@skadden.com |
| | Moshe.Jacob@skadden.com |
| | |
| | *Counsel to Debtors and Debtors in Possession* |