**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

In re:

True Value Company, L.L.C, et al.,   Chapter 11

Debtors   Case No. 24-12337 (KBO)

**STATEMENT THAT COMMITTEE OF RETIRED EMPLOYEES**
**HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, the UNITED STATES TRUSTEE has not appointed an official committee of retired employees.

( )   Debtor's petition/schedules reflect less than three retired employees, (excluding insiders and governmental agencies).

**( x )   No retired employee response to the United States Trustee communication/contact for service on the committee.**

( )   Insufficient response to the United States Trustee communication/contact for service on the committee.

( )   No retired employee interest.

( )   Non-operating debtor-in-possession - - No retired employee interest.

( )   Application to convert to Chapter 7 or to dismiss pending.

( )   Converted or dismissed.

( )   Other:

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

*/s/ Benjamin Hackman*
Benjamin A. Hackman
Trial Attorney
benjamin.a.hackman@usdoj.gov
Joseph J. McMahon, Jr.
Assistant United States Trustee

DATED: January 2, 2025
cc: Counsel for Debtors: Edmon Morton (Young Conaway Stargatt & Taylor, LLP)