## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | **Chapter 11** |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.*, | **Case No. 24-12337 (KBO)** |
| Debtors.[1] | **(Jointly Administered)** |
|  | **Related Docket Nos.    131, 435** |

## NOTICE OF INCREASE OF HOURLY RATES OF PROFESSIONALS

**PLEASE TAKE NOTICE** that Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden") is hereby providing notice of the increase of the hourly rate of certain of its professionals as provided in the *Order (I) Authorizing the Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel to the Debtors Effective as of the Petition Date and (II) Granting Related Relief* [Docket No. 435] (the "Order").

Pursuant to its internal operating procedures, Skadden revisits, and potentially adjusts, the rates of its professionals periodically. Attached hereto as **Exhibit A** is a summary of the 2025 Standard Hourly Time Charge Schedule effective as of January 1, 2025.

*[Remainder of page intentionally left blank.]*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

Dated: January 7, 2025
      Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Joseph O. Larkin*
Joseph O. Larkin (ID No. 4883)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Joseph.Larkin@skadden.com

- and -

Ron E. Meisler (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 South Canal Street
Chicago, Illinois 60606-5707
Telephone: (312) 407-0705
Ron.Meisler@skadden.com
Jennifer.Madden@skadden.com

- and –

Robert D. Drain (admitted *pro hac vice*)
Evan A. Hill (admitted *pro hac vice*)
Moshe S. Jacob (admitted *pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Evan.Hill@skadden.com
Moshe.Jacob@skadden.com

*Counsel to Debtors and Debtors in Possession*

**<u>EXHIBIT A</u>**

**CONFIDENTIAL**

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
& AFFILIATES**

**STANDARD HOURLY TIME CHARGE SCHEDULE**[*]

**January 1, 2025**

|  | **Rate** |
|---|---|
| **PARTNERS and OF COUNSEL:** | $1,995 - $2,595 |
| **COUNSEL/SPECIAL COUNSEL:** | $1,795 - $1,985 |
| **REGIONAL COUNSEL:** | $1,775 |
| **ASSOCIATES:** | |
| Level | |
| 8 | $1,685 |
| 7 | 1,625 |
| 6 | 1,560 |
| 5 | 1,495 |
| 4 | 1,395 |
| 3 | 1,280 |
| 2 | 1,085 |
| 1 | 745[**] |
| **LEGAL ASSISTANTS:** | $365 - $650 |

---

[*]    Generally applicable for most attorneys and legal assistants; does not include amounts for charges and disbursements.  Other hourly time charges may apply in specific types of matters or circumstances, as discussed with client.

[**]    First year associates will move to $895/hr. after being admitted to the Bar.