# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **TRUE VALUE COMPANY, L.L.C.,** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-12337 (KBO) <br><br> (Jointly Administered) <br><br> Related Docket No. _____ |

**ORDER SUSTAINING DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS
(NON-SUBSTANTIVE)**

Upon consideration of the objection (the "Objection")[2] of the Debtors for entry of an order (this "Order") disallowing and expunging the Disputed Claims set forth on **Schedule 1**, **Schedule 2**, and **Schedule 3** attached hereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Objection has been given under the particular circumstances; and it appearing that no other or further notice is necessary; and this Court having reviewed the Objection; and upon the record of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

Chapter 11 Cases; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. The Late Filed Claims identified on **Schedule 1** attached hereto are disallowed and expunged in their entirety.

4. The Duplicate Claims identified on **Schedule 2** attached hereto are disallowed and expunged in their entirety.

5. The Amended Claims identified on **Schedule 3** attached hereto are disallowed and expunged in their entirety.

6. This Order shall be deemed a separate order with respect to each of the Disputed Claims identified on **Schedule 1**, **Schedule 2**, and **Schedule 3** attached hereto.  Any stay of this Order pending appeal by any of the claimants whose Disputed Claim(s) are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

7. The Debtors and Omni are authorized to take all actions necessary and appropriate to give effect to this Order.

32651816.1

8.    Omni is authorized to modify the Claims Register to comport with the relief granted by this Order.

9.    Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

10.    Nothing in the Objection or this Order shall be deemed or construed:  (a) as an admission as to the validity of any claim against the Debtors; (b) as a waiver of the Debtors' rights to dispute or otherwise object to any claim on any grounds or basis; (c) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim; (d) as an approval or assumption of any agreement, contract, or lease, pursuant to section 365 of the Bankruptcy Code; or (e) as an admission that any obligation is entitled to administrative expense priority or any such contract or agreement is executory or unexpired for purposes of section 365 of the Bankruptcy Code or otherwise.

11.    The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

12.    This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

32651816.1

3

# SCHEDULE 1

**Late Filed Claims**

**Schedule 1**

**TRUE VALUE COMPANY, L.L.C., et. al.**
**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1. | Wentzel's True value-Theodore W Wentzel | 12/28/2024 | C337-100353 | Admin | $14,059.15 | The Disputed Claim listed was filed after the established Administrative Bar Date of 12/23/2024. |
| 2. | Yeager Hardware | 12/24/2024 | C337-100348 | Admin | $7,587.71 | The Disputed Claim listed was filed after the established Administrative Bar Date of 12/23/2024. |
| 3. | Zurn Water, LLC | 12/27/2024 | C337-2726 | 503(b)(9) | $5,991.36 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |

## **SCHEDULE 2**

**Duplicate Claims**

**Schedule 2**

**TRUE VALUE COMPANY, L.L.C., et. al.**
**Claim Objections - Duplicate Claims**

| No. | Name of Claimant | Remaining Claim | Duplicative Claim to Be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | American Wood Fibers | C337-683 | C337-524 | $463,325.62 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 2. | Amerock, LLC | C337-100186 | C337-100188 | $1,238.68 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 3. | B&K LLC d/b/a BK Products | C337-2525 | C337-2527 | $1,408,394.22 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 4. | CIT Bank, N.A., a division of First Citizens Bank & Trust Company | C337-100337 | C337-100338 | $98,926.04 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 5. | Clean Earth Environmental Solutions, Inc. | C337-100025 | C337-100026 | $4,561.83 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 6. | CMT USA, Inc | C337-537 | C337-422 | $154,634.35 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 7. | Compass Health Brands Corp | C337-381 | C337-400 | $28,206.15 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 8. | Compass Health Brands Corp | C337-381 | C337-383 | $28,206.15 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 9. | CorVel Enterprise Comp, Inc. | C337-100076 | C337-100081 | $20,518.87 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 10. | CorVel Enterprise Comp, Inc. | C337-100076 | C337-100082 | $20,518.87 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 11. | CorVel Enterprise Comp, Inc. | C337-100076 | C337-100077 | $20,518.87 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 12. | CorVel Enterprise Comp, Inc. | C337-100076 | C337-100078 | $20,518.87 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 13. | CorVel Enterprise Comp, Inc. | C337-100076 | C337-100079 | $20,518.87 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 14. | DAP Global, Inc | C337-1912 | C337-1959 | $370,530.05 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." The Remaining Claim is listed on the Reduce & Allow schedule included in the Substantive Objections. |
| 15. | DAP Global, Inc. | C337-1912 | C337-1628 | $370,530.05 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." The Remaining Claim is listed on the Reduce & Allow schedule included in the Substantive Objections. |
| 16. | Elkay Sales, LLC | C337-1919 | C337-1668 | $382,595.04 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 17. | eStyle Caps and Closures, Inc. | C337-1465 | C337-2414 | $13,118.56 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 18. | Generac Power Systems, Inc | C337-1823 | C337-1971 | $1,767,377.50 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." The Remaining Claim is listed on the Reduce & Allow schedule included in the Substantive Objections. |
| 19. | Generac Power Systems, Inc. | C337-1823 | C337-1661 | $1,767,377.50 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." The Remaining Claim is listed on the Reduce & Allow schedule included in the Substantive Objections. |
| 20. | Hanmi Bank | C337-100340 | C337-100342 | $10,642.18 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 21. | Haulotte US, Inc | C337-1718 | C337-1651 | $652,502.59 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 22. | International Forest Products LLC | C337-100343 | C337-100347 | $803,929.45 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 23. | J Kinderman and Sons | C337-1762 | C337-1139 | $2,771.22 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 24. | JELD-WEN, Inc. | C337-100300 | C337-100302 | $52,101.32 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 25. | KAB Enterprise Co., Ltd. | C337-100212 | C337-100226 | $105,323.55 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 26. | Lifetime Brands Inc | C337-119 | C337-121 | $297,264.58 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 27. | Nuvik USA, Inc | C337-640 | C337-606 | $32,685.98 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |

**TRUE VALUE COMPANY, L.L.C., et. al.**
**Claim Objections - Duplicate Claims**

| No. | Name of Claimant | Remaining Claim | Duplicative Claim to Be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 28. | Perfection Floor Tile, LLC (61519) | C337-100028 | C337-100035 | $17,688.42 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 29. | Raymond West Intralogistics Solutions | C337-100237 | C337-100238 | $6,826.61 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 30. | Rhino Environmental, LLC | C337-100056 | C337-100057 | $37,641.10 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 31. | Ricoh USA, Inc. | C337-100260 | C337-100261 | $16,540.73 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 32. | Rust-Oleum Corporation | C337-1623 | C337-1960 | $685,312.58 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 33. | Rust-Oleum Corporation | C337-1623 | C337-1904 | $685,312.58 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 34. | Ryder Integrated Logistics, Inc. | C337-100254 | C337-100256 | $3,235,409.92 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 35. | Saint-Gobain Abrasives, Inc. | C337-100009 | C337-100012 | $5,825.40 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 36. | Schumacher Electric Corporation | C337-100120 | C337-100123 | $69,735.11 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 37. | Service Tool Company LLC | C337-314 | C337-318 | $211,998.13 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 38. | Somerset Leasing Corp. XXII | C337-100289 | C337-100291 | $13,613.85 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 39. | Somerset Leasing Corp. XXII | C337-100289 | C337-100292 | $13,613.85 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 40. | Southwire Company LLC | C337-1723 | C337-2016 | $398,632.08 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." The Remaining Claim is listed on the Reduce & Allow schedule included in the Substantive Objections. |
| 41. | Uline | C337-1845 | C337-1638 | $19,242.65 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 42. | US Salt, LLC | C337-100075 | C337-100080 | $43,166.97 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 43. | Virginia Abrasives Corp. | C337-1902 | C337-1566 | $247,397.03 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 44. | Whirlpool Corporation | C337-1820 | C337-1468 | $384,501.41 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 45. | Winnsboro Builders True Value #16041 | C337-100040 | C337-100041 | $24,600.38 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 46. | Winnsboro Builders True Value #16041 | C337-100040 | C337-100042 | $24,600.38 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 47. | Wiremasters, Incorporated | C337-100171 | C337-100177 | $96,807.00 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 48. | Zippo Manufacturing Company | C337-100245 | C337-100246 | $23,503.56 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 49. | Zippo Manufacturing Company | C337-100245 | C337-100247 | $23,503.56 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 50. | Zippo Manufacturing Company | C337-100245 | C337-100248 | $23,503.56 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 51. | Zippo Manufacturing Company | C337-100245 | C337-100249 | $23,503.56 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 52. | Zippo Manufacturing Company | C337-100245 | C337-100250 | $23,503.56 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 53. | Zippo Manufacturing Company | C337-100245 | C337-100251 | $23,503.56 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 54. | Zurn PEX, Inc | C337-1828 | C337-1964 | $34,517.01 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |
| 55. | Zurn PEX, Inc. | C337-1828 | C337-1666 | $34,517.01 | The Disputed Claim listed is duplicative of the Claim listed under "Remaining Claim." |

## **SCHEDULE 3**

**Amended Claims**

**Schedule 3**

**TRUE VALUE COMPANY, L.L.C., et. al.**
**Claim Objections - Amended Claims**

| No. | Name of Claimant | Remaining Claim | Amended Claim to Be Disallowed | Remaining Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | 3M Company | C337-2461 | C337-1080 | $427,466.53 | Claim No.C337-1080 was amended and superseded by Claim No.C337-2461. |
| 2. | AA Window Parts & Hardware | C337-2296 | C337-2281 | $16,742.55 | Claim No.C337-2281 was amended and superseded by Claim No.C337-2296. |
| 3. | American Wholesale Corporation | C337-2167 | C337-2163 | $9,582.89 | Claim No.C337-2163 was amended and superseded by Claim No.C337-2167. |
| 4. | B&K LLC d/b/a BK Products | C337-2525 | C337-932 | $1,408,394.22 | Claim No.C337-932 was amended and superseded by Claim No.C337-2525. |
| 5. | Behr Process LLC | C337-2238 | C337-1555 | $622,438.48 | Claim No.C337-1555 was amended and superseded by Claim No.C337-2238. |
| 6. | Big Rock Sports, LLC | C337-1443 | C337-1442 | $948,980.99 | Claim No.C337-1442 was amended and superseded by Claim No.C337-1443. |
| 7. | Big Rock Sports, LLC | C337-1481 | C337-1443 | $948,980.99 | Claim No.C337-1443 was amended and superseded by Claim No.C337-1481. |
| 8. | BlueLinx Corporation | C337-1935 | C337-1932 | $430,726.79 | Claim No.C337-1932 was amended and superseded by Claim No.C337-1935. |
| 9. | BlueLinx Corporation | C337-1945 | C337-1935 | $430,726.79 | Claim No.C337-1935 was amended and superseded by Claim No.C337-1945. |
| 10. | BlueLinx Corporation | C337-1946 | C337-1945 | $430,726.79 | Claim No.C337-1945 was amended and superseded by Claim No.C337-1946. The Remaining Claim is listed on the No Liability schedule included in the Substantive Objections. |
| 11. | BlueLinx Corporation | C337-1786 | C337-1784 | $430,726.79 | Claim No.C337-1784 was amended and superseded by Claim No.C337-1786. |
| 12. | BlueLinx Corporation | C337-1932 | C337-1786 | $430,726.79 | Claim No.C337-1786 was amended and superseded by Claim No.C337-1932. |
| 13. | BrassCraft Manufacturing Company | C337-2237 | C337-1554 | $421,257.76 | Claim No.C337-1554 was amended and superseded by Claim No.C337-2237. |
| 14. | Broan Nutone LLC | C337-2623 | C337-2621 | $37,402.60 | Claim No.C337-2621 was amended and superseded by Claim No.C337-2623. The Remaining Claim is listed on the Reduce & Allow schedule included in the Substantive Objections. |
| 15. | Broan-Nutone LLC | C337-2621 | C337-596 | $37,402.60 | Claim No.C337-596 was amended and superseded by Claim No.C337-2621. |
| 16. | Char-Broil, LLC | C337-1852 | C337-1835 | $145,541.11 | Claim No.C337-1835 was amended and superseded by Claim No.C337-1852. |
| 17. | Cross Manufacturing, Inc. | C337-1616 | C337-570 | $1,686.60 | Claim No.C337-570 was amended and superseded by Claim No.C337-1616. |
| 18. | Delta Faucet Company | C337-2239 | C337-1556 | $453,394.21 | Claim No.C337-1556 was amended and superseded by Claim No.C337-2239. |
| 19. | Franklin Sports, Inc. | C337-1862 | C337-319 | $60,248.68 | Claim No.C337-319 was amended and superseded by Claim No.C337-1862. |
| 20. | Franklin Sports, Inc. | C337-1868 | C337-1862 | $60,248.68 | Claim No.C337-1862 was amended and superseded by Claim No.C337-1868. |
| 21. | Gardner-Gibson Inc. (ICP Group) | C337-2367 | C337-1905 | $812,104.14 | Claim No.C337-1905 filed by ICP Group was amended and superseded by Claim No.C337-2367 filed by Gardner-Gibson Inc. |
| 22. | Great Northern Equipment Distributing, Inc | C337-1780 | C337-12 | $171,885.32 | Claim No.C337-12 was amended and superseded by Claim No.C337-1780. |
| 23. | Huber Engineering Woods LLC | C337-1814 | C337-1381 | $289,466.20 | Claim No.C337-1381 was amended and superseded by Claim No.C337-1814. |
| 24. | ICP Group | C337-1905 | C337-1844 | $676,715.03 | Claim No.C337-1844 was amended and superseded by Claim No.C337-1905. |
| 25. | ITM Co. Ltd. | C337-1624 | C337-1622 | $400,960.03 | Claim No.C337-1622 was amended and superseded by Claim No.C337-1624. |
| 26. | JPW Industries, Inc. | C337-2338 | C337-2328 | $183,768.12 | Claim No.C337-2328 was amended and superseded by Claim No.C337-2338. |
| 27. | Mansfield Oil Company | C337-2448 | C337-1317 | $104,305.57 | Claim No.C337-1317 was amended and superseded by Claim No.C337-2448. |

**TRUE VALUE COMPANY, L.L.C., et. al.**
**Claim Objections - Amended Claims**

| No. | Name of Claimant | Remaining Claim | Amended Claim to Be Disallowed | Remaining Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| 28. | Melnor Inc | C337-1103 | C337-894 | $1,358,644.35 | Claim No.C337-894 was amended and superseded by Claim No.C337-1103. The Remaining Claim is listed on the Reduce & Allow schedule included in the Substantive Objections. |
| 29. | Missouri Department of Revenue | C337-1742 | C337-1477 | $1,682.32 | Claim No.C337-1477 was amended and superseded by Claim No.C337-1742. |
| 30. | Moda at Home Enterprises Ltd | C337-18 | C337-13 | $170,098.71 | Claim No.C337-13 was amended and superseded by Claim No.C337-18. |
| 31. | Omya Inc. | C337-2091 | C337-2077 | $16,380.00 | Claim No.C337-2077 was amended and superseded by Claim No.C337-2091. |
| 32. | Rust-Oleum Corporation | C337-1623 | C337-1621 | $685,312.58 | Claim No.C337-1621 was amended and superseded by Claim No.C337-1623. |
| 33. | Silgan Dispensing Systems Corporation | C337-2286 | C337-1857 | $2,534.41 | Claim No.C337-1857 was amended and superseded by Claim No.C337-2286. |
| 34. | Teknor Apex Company | C337-926 | C337-838 | $1,243,824.83 | Claim No.C337-838 was amended and superseded by Claim No.C337-926. |
| 35. | Tigre USA Inc. | C337-1645 | C337-1641 | $431,401.84 | Claim No.C337-1641 was amended and superseded by Claim No.C337-1645. |
| 36. | VP Racing Fuels | C337-1041 | C337-842 | $410,284.65 | Claim No.C337-842 was amended and superseded by Claim No.C337-1041. |
| 37. | VP Racing Fuels | C337-1041 | C337-1154 | $410,284.65 | Claim No.C337-1154 was amended and superseded by Claim No.C337-1041. |
| 38. | Watts Water Technologies, Inc. | C337-2528 | C337-1291 | $211,856.78 | Claim No.C337-1291 was amended and superseded by Claim No.C337-2528. |