# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>**TRUE VALUE COMPANY, L.L.C.** *et al.*,<br><br>Debtors.[9] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Docket No. _700_ |

### ORDER GRANTING FIRST FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC., INVESTMENT BANKER TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 14, 2024 TO DECEMBER 23, 2024

Upon the final fee application in these cases (the "Application") of Houlihan Lokey Capital, Inc. ("Houlihan Lokey"), for the final allowance of certain fees and expenses incurred, for the period covered by the dates referenced in the Application; and this Court having reviewed the Application; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate

---

[9]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

32508962.4

notice of the Application has been given and that no other or further notice is necessary, except as set forth in the Application with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and the Court having determined that the relief requested in the Application is in the best interests of the Debtors, their estates, their creditors, and other parties in interest,

**IT IS HEREBY ORDERED THAT:**

1. The Application is GRANTED to the extent set forth herein.

2. Houlihan Lokey is allowed compensation of fees in the amount of $2,650,000.00, and reimbursement of expenses in the amount of $4,615.67.

3. The compensation and reimbursement of expenses allowed in this Order is approved on a final basis.

4. The Debtors are authorized to pay Houlihan's fees and expenses that are authorized in this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: January 8th, 2025
Wilmington, Delaware

*/s/ Karen B. Owens*
**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

32508962.4