# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Richard W. Riley, Esq. formerly of Whiteford, Taylor & Preston, LLC as counsel for ITM Co., Ltd.

**PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE** of William F. Taylor, Jr. of Whiteford, Taylor & Preston, LLC, as Delaware counsel for ITM Co., Ltd.

**PLEASE TAKE FURTHER NOTICE** that ITM Co., Ltd. will also continue to be represented by Joshua D. Stiff, Esq. and David W. Gaffey, Esq. of Whiteford, Taylor & Preston L.L.P.

---

1. The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

Dated: January 13, 2025

      */s/ William F. Taylor, Jr.*
      William F. Taylor, Jr. (DE No. 2936)
      **Whiteford, Taylor & Preston LLC**[2]
      600 North King Street, Suite 300
      Wilmington, Delaware 19801
      Telephone: (302) 353-4144
      Email: wtaylor@whitefordlaw.com

      - and -

      David W. Gaffey, Esq.
      Joshua D. Stiff, Esq.
      **Whiteford, Taylor & Preston LLP**
      3190 Fairview Park Drive, Suite 800
      Falls Church, Virginia 22042-4510
      Telephone: (703) 280-9260
      Email: dgaffey@whitefordlaw.com
             jstiff@whitefordlaw.com

      *Attorneys for ITM Co., Ltd.*

---

[2]. Whiteford operates as Whiteford, Taylor & Preston LLC in Delaware.