## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| True Value Company, L.L.C., *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 754 & 790 |

### NOTICE OF FILING OF EXHIBIT TO "RESPONSE OF STIHL INCORPORATED AND CERTAIN OF ITS INDEPENDENT DISTRIBUTORS TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)"

PLEASE TAKE NOTICE THAT, on January 21, 2025, STIHL Incorporated ("**STIHL Inc.**"), Blue Mountain Equipment, Inc. ("**Blue Mountain**"); and STIHL Southeast, Inc. ("**Southeast**", and together with the foregoing, "**STIHL**"), by and through undersigned counsel, filed the *Response of STIHL Incorporated and Certain of its Independent Distributors to Debtors' Second Omnibus Objection to Claims (Substantive)* [ECF No. 790] (the "**Response**")[2] with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE THAT, STIHL herby files Exhibit C to the Response, which is attached hereto.

---

[1] The debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106) (collectively, the "**Debtors**"). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Response

RLF1 32250963v.1

Dated: January 21, 2025

Respectfully submitted,

/s/ *Zachary J. Javorsky*
Amanda R. Steele (No. 5530)
Zachary J. Javorsky (No. 7069)
**Richards, Layton & Finger, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
steele@rlf.com
javorsky@rlf.com

-and-

Dion W. Hayes (VSB No. 34304)
K. Elizabeth Sieg (VSB No. 77314)
Connor W. Symons (VSB No. 98418)
**McGuireWoods LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
dhayes@mcguirewoods.com
bsieg@mcguirewoods.com
csymons@mcguirewoods.com

*Counsel to STIHL Incorporated, Blue Mountain Equipment, Inc., and STIHL Southeast, Inc.*

-2-