## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.,* | § | **Case No. 24-12337 (KBO)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| | § | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission *pro hac vice* of Tiffany Strelow Cobb of Vorys, Sater, Seymour and Pease LLP, counsel for each of (1) Sherwin-Williams Company and affiliates including The Sherwin-Williams Manufacturing Company; (2) Worthington Enterprises, Inc., and certain affiliates, including Worthington Cylinder Corporation, General Tool & Instrument Co., LLC, and AMTROL Inc. (Water Worker); (3) Plaskolite, LLC; and (4) The Scotts Company LLC, in the above-captioned cases and any related proceedings.

Dated: January 23, 2025

**ASHBY & GEDDES**
*/s/ Michael D. DeBaecke*
Michael D. DeBaecke (Bar No. 3186)
500 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-1888
Email:  MDeBaecke@ashbygeddes.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised **12/21/23**.  I further certify the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated:  January 23, 2025

*/s/ Tiffany Strelow Cobb*
Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6400
E-mail: tscobb@vorys.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: January 24th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

{02084092;v1 }