**Global Notes and Statements of Limitations and Disclaimers
Regarding True Value Company, L.L.C.; TV Holdco II, L.L.C.; TV TSLC, L.L.C.; TV GPMC, L.L.C.; True Value Retail, L.L.C.; TrueValue.com Company, L.L.C.; True Value Virginia, L.L.C.; and Distributors Hardware, L.L.C Monthly Operating Reports**

On October 14, 2024 (the "Petition Date") True Value Company, L.L.C.; TV Holdco II, L.L.C.; TV TSLC, L.L.C.; TV GPMC, L.L.C.; True Value Retail, L.L.C.; TrueValue.com Company, L.L.C.; True Value Virginia, L.L.C.; and Distributors Hardware, L.L.C. Monthly (collectively the "Debtors") each filed a voluntary petition for relief (collectively, the "Chapter 11 Cases") under chapter 11 title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

**General Methodology:** The Debtors are filing the monthly operating reports (each, an "MOR" and, together, the "MORs") solely for the purposes of complying with the monthly reporting requirements of the Debtors' chapter 11 cases. These Global Notes and the information contained herein were solely prepared for and relate to the Debtors' MORs for the period November 24, 2024 through December 28, 2024 ("December 2024 Fiscal Month-End Date"). The financial information contained herein is unaudited, limited in scope, and as such has not been subjected to procedures that would typically be applied to financial statements in accordance with Generally Accepted Accounting Principles ("GAAP") or International Financial Reporting Standards ("IFRS"). The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law. The MOR should not be relied on by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision. The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MORs.

**Basis of Presentation:** The Debtors, headquartered in Chicago, are one of the world's leading hardlines wholesalers. True Value Company has an international network of 4,500 independently owned and operated stores that are committed to providing customers with exceptional products and expert guidance for their DIY and home maintenance projects. For financial reporting purposes, the financial statements are prepared for each of the Debtors on an unaudited, unconsolidated basis.

In the ordinary course of business, the Debtors' financial statements are prepared on a consolidated basis. As such, the information provided in the MORs does not purport to represent financial statements prepared in accordance with GAAP or IFRS, nor is it intended to fully reconcile to any financial statements prepared by any of the Debtors. Relying upon an unconsolidated view of each Debtor may be misleading and is being shown only for the purposes of complying with MOR reporting requirements.

In preparing the MOR, the Debtors relied on financial data derived from the books and records available at the time of preparation. Subsequent information or discovery may result in material changes to the MOR. Notwithstanding any such discovery of material new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR. The financial statements presented herein reflect the book values of the Debtor entities, and, as a result, do not reflect the going concern valuation of the Debtors. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

**Reporting Period:** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period of November 24, 2024, through and including

December 28, 2024. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

**Specific Notes:**

1. Part 1a-d:
    a. Cash balances represent cash in the Debtors' bank accounts, net of intercompany transfers. The balance is inclusive of non-accessible cash (e.g., professional fee carveout, adequate assurance utility deposit, employee benefit claims / reserve accounts). Amounts listed in the MOR may vary from amounts reported in the Debtors' budget due to various reconciling items.

    b. The variance between bank cash and book cash is attributable to outstanding checks issued by the Debtors, as well as checks received by the Debtors prior to December month-end that had not been deposited in its bank accounts.

2. Part 2k-m:
    a. The Debtors have made a diligent effort to include all prepetition debt amounts and trade claims; however, the Debtors cannot warrant the absolute accuracy and completeness of the amount(s). The ultimate amount of the Debtors' liabilities is undetermined at this time. The amounts currently classified are preliminary, subject to future adjustments, and may be settled for greater or lesser amounts, depending on court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation, or other events. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. Further, the Debtors have not conducted an analysis as to the prepetition liabilities which may require reclassification to liabilities subject to compromise under GAAP or IFRS.

    b. Pursuant to the Asset Purchase Agreement ("APA") by and between Do It Best Corp. ("DIB") and the Debtors, accounts receivable and inventory balances have been adjusted to reflect that these assets were purchased by DIB.

    c. During the December 2024 reporting period a payment was made on the Prepetition PNC Bank Revolving Credit Facility in the amount of $28.4 million.

    d. Accrued expenses include both prepetition and postpetition accruals, as the Company's reporting systems are not able to delineate between the two.

3. Part 4a:
    a. Cost of sales for the True Value Retail, L.L.C. entity are a function of the cost of sales intercompany elimination process.

    b. Restructuring items include the write-off and disposal of certain assets as a result of the bankruptcy filing, charges incurred and/or proceeds realized in connection with any postpetition asset sales, and the write-off of goodwill and intangible assets.

4. Part 5a:
    a. Disbursements to bankruptcy and restructuring professionals during the December 2024 reporting period totaled $8.2 million.

5. Part 6a-g:
    a. Postpetition taxes were determined based on disbursements from the Debtors' bank accounts over the December 2024 reporting period.

6. Part 7a (True Value Company, L.L.C.):
    a. The Debtors made payments in accordance with various "first day" orders that have been entered in the debtors' chapter 11 cases. The Debtors believe that such payments have been approved under applicable "first day" relief.

In Re. True Value Company, L.L.C. § Case No. 24-12337
§
_____ § Lead Case No. 24-12337
Debtor(s) §
☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/28/2024      Petition Date: 10/14/2024

Months Pending: 3      Industry Classification: 4 2 3 7

Reporting Method:    Accrual Basis ⦿    Cash Basis ○

Debtor's Full-Time Employees (current):    1,608

Debtor's Full-Time Employees (as of date of order for relief):    1,875

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Timothy R. Powell             Timothy R. Powell
Signature of Responsible Party        Printed Name of Responsible Party

01/24/2025
Date

                                                        1000 North King Street, Wilmington, DE 19801
                                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name True Value Company, L.L.C.   Case No. 24-12337

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $123,506,106 | |
| b. Total receipts (net of transfers between accounts) | $87,235,401 | $410,923,233 |
| c. Total disbursements (net of transfers between accounts) | $126,147,605 | $361,965,071 |
| d. Cash balance end of month (a+b-c) | $84,593,901 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $126,147,605 | $361,965,071 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ⦿   Market ○   Other ○   (attach explanation)) | $0 |
| d. Total current assets | $113,923,206 |
| e. Total assets | $567,026,927 |
| f. Postpetition payables (excluding taxes) | $24,320,433 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $113,236 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $24,433,669 |
| k. Prepetition secured debt | $47,339,654 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $803,704,460 |
| n. Total liabilities (debt) (j+k+l+m) | $875,477,784 |
| o. Ending equity/net worth (e-n) | $-308,450,857 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $153,000,000 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $153,000,000 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $45,244,337 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $50,013,929 | |
| c. Gross profit (a-b) | $-4,769,592 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $10,514,901 | |
| f. Other expenses | $1,130,336 | |
| g. Depreciation and/or amortization (not included in 4b) | $1,952,849 | |
| h. Interest | $-135,224 | |
| i. Taxes (local, state, and federal) | $30,000 | |
| j. Reorganization items | $3,683,539 | |
| k. Profit (loss) | $-14,849,362 | $-322,959,782 |

UST Form 11-MOR (12/01/2021)          2

Debtor's Name True Value Company, L.L.C.     Case No. 24-12337

**Part 5: Professional Fees and Expenses**

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $8,418,877 | $8,418,877 | $8,184,620 | $8,184,620 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Skadden, Arps, Slate, Meagher | Lead Counsel | $2,892,398 | $2,892,398 | $2,892,398 | $2,892,398 |
| ii | Glenn Agre | Local Counsel | $1,018,402 | $1,018,402 | $1,018,402 | $1,018,402 |
| iii | M3 Partners | Financial Professional | $4,273,820 | $4,273,820 | $4,273,820 | $4,273,820 |
| iv | Young Conaway Stargatt & Tay | Local Counsel | $234,257 | $234,257 | $0 | $0 |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name True Value Company, L.L.C.    Case No. 24-12337

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |

Debtor's Name True Value Company, L.L.C.   Case No. 24-12337

|   |         |   |   |   |   |   |
|---|---------|---|---|---|---|---|
|   | lxxix   |   |   |   |   |   |
|   | lxxx    |   |   |   |   |   |
|   | lxxxi   |   |   |   |   |   |
|   | lxxxii  |   |   |   |   |   |
|   | lxxxii  |   |   |   |   |   |
|   | lxxxiv  |   |   |   |   |   |
|   | lxxxv   |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxvi  |   |   |   |   |   |
|   | lxxxix  |   |   |   |   |   |
|   | xc      |   |   |   |   |   |
|   | xci     |   |   |   |   |   |
|   | xcii    |   |   |   |   |   |
|   | xciii   |   |   |   |   |   |
|   | xciv    |   |   |   |   |   |
|   | xcv     |   |   |   |   |   |
|   | xcvi    |   |   |   |   |   |
|   | xcvii   |   |   |   |   |   |
|   | xcviii  |   |   |   |   |   |
|   | xcix    |   |   |   |   |   |
|   | c       |   |   |   |   |   |
|   | ci      |   |   |   |   |   |

|      |   |   |   | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|------|---|---|---|---|---|---|---|
| b.   | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | |   |   |   |   |
|      | *Itemized Breakdown by Firm* | | | | | | |
|      |   | Firm Name | Role | | | | |
|      | i |   |   |   |   |   |   |
|      | ii |   |   |   |   |   |   |
|      | iii |   |   |   |   |   |   |
|      | iv |   |   |   |   |   |   |
|      | v |   |   |   |   |   |   |
|      | vi |   |   |   |   |   |   |
|      | vii |   |   |   |   |   |   |
|      | viii |   |   |   |   |   |   |
|      | ix |   |   |   |   |   |   |
|      | x |   |   |   |   |   |   |
|      | xi |   |   |   |   |   |   |
|      | xii |   |   |   |   |   |   |
|      | xiii |   |   |   |   |   |   |
|      | xiv |   |   |   |   |   |   |

Debtor's Name True Value Company, L.L.C.    Case No. 24-12337

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |

Debtor's Name  True Value Company, L.L.C.                    Case No. 24-12337

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name True Value Company, L.L.C.  Case No. 24-12337

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | xcix | | | | | | |
|  | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---:|---:|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $15,000 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $2,402,271 | $5,363,503 |
| e. Postpetition property taxes paid | $764,735 | $1,015,132 |
| f. Postpetition other taxes accrued (local, state, and federal) | $113,236 | $240,628 |
| g. Postpetition other taxes paid (local, state, and federal) | $521,957 | $756,863 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ● No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ● No ○ N/A ○ |
| i. | Do you have: Worker's compensation insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ● No ○ |

Debtor's Name True Value Company, L.L.C.  Case No. 24-12337

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Ryan Rowan | Ryan Rowan |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Authorized Signatory | 01/24/2025 |
| Title | Date |

Debtor's Name True Value Company, L.L.C.      Case No. 24-12337


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name True Value Company, L.L.C.  Case No. 24-12337


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

Debtor's Name True Value Company, L.L.C.  Case No. 24-12337


PageThree


PageFour

Statement of Cash Receipts and Disbursements
For the Period from November 24, 2024 to December 28, 2024

| ($ in 000's) | True Value Company, LLC | TV Holdco II, LLC | TV TSLC, LLC | TV GPMC, LLC | True Value Retail, LLC | TrueValue.com Company, LLC | True Value Virginia, LLC | Distributors Hardware, LLC | Consolidated |
|---|---|---|---|---|---|---|---|---|---|
| **_Receipts_** | | | | | | | | | |
| Operating Receipts | $ 85,737 | $ - | $ 3 | $ 2,062 | $ - | $ - | $ - | $ - | $ 87,802 |
| Other Receipts | 1,498 | - | - | - | 233 | - | - | - | 1,731 |
| **Receipts** | 87,235 | - | 3 | 2,062 | 233 | - | - | - | 89,533 |
| **_Disbursements_** | | | | | | | | | |
| _Operating Disbursements_ | | | | | | | | | |
| Payroll & Benefits | (13,243) | - | - | - | - | - | - | - | (13,243) |
| Rent | (2,966) | - | - | - | - | - | - | - | (2,966) |
| Vendor Payments | (18,592) | - | - | - | (11) | - | - | - | (18,604) |
| P Card, Virtual Card, T&E Card | - | - | - | - | - | - | - | - | - |
| Tax Payments | (169) | - | - | - | (32) | - | - | - | (201) |
| Insurance | (1,584) | - | - | - | - | - | - | - | (1,584) |
| Other Disbursements | (1,337) | - | - | - | (14) | - | - | - | (1,351) |
| **Total Operating Disbursements** | (37,891) | - | - | - | (58) | - | - | - | (37,948) |
| _Non-Operating Disbursements_ | | | | | | | | | |
| UST Fees | - | - | - | - | - | - | - | - | - |
| Prepetition Taxes | - | - | - | - | - | - | - | - | - |
| FDM - Utility Deposits | - | - | - | - | - | - | - | - | - |
| FDM - Critical Vendors | - | - | - | - | - | - | - | - | - |
| FDM - Critical Foreign Vendors | - | - | - | - | - | - | - | - | - |
| FDM - Shippers / Lienholders / Warehouse Claims | - | - | - | - | - | - | - | - | - |
| FDM - 503(b)(9) Claims | - | - | - | - | - | - | - | - | - |
| FDM & Restructuring Items | | | | | | | | | |
| Employee Benefit Claims Reserve | - | - | - | - | - | - | - | - | - |
| Employee Benefit Reserve | (30) | - | - | - | - | - | - | - | (30) |
| Employee Benefits | | | | | | | | | |
| KERP / KEIP | - | - | - | - | - | - | - | - | - |
| Wind Down Budget Reserve | - | - | - | - | - | - | - | - | - |
| Other Restructuring Items | | | | | | | | | |
| Total Debtor Professionals | (8,185) | - | - | - | - | - | - | - | (8,185) |
| Total Lender Professionals | - | - | - | - | - | - | - | - | - |
| Total UCC Professionals | - | - | - | - | - | - | - | - | - |
| Purchase Price / Payroll Credit True-Up | (1,411) | - | - | - | - | - | - | - | (1,411) |
| **Total Non-Operating Disbursements** | (9,627) | - | - | - | - | - | - | - | (9,627) |
| _Financing Related Cash Flows_ | | | | | | | | | |
| Bank Fees | - | - | - | - | - | - | - | - | - |
| Term Loan Amortization | - | - | - | - | - | - | - | - | - |
| Letters of Credit Fees | - | - | - | - | - | - | - | - | - |
| Cash Interest | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | - | - | - | - | - | - | - | - | - |
| **Total Disbursements** | (47,517) | - | - | - | (58) | - | - | - | (47,575) |
| **Net Cash Flow** | 39,718 | - | 3 | 2,062 | 175 | - | - | - | 41,958 |
| Beginning Bank Balance[1] | 123,506 | - | 8 | 2,762 | 114 | - | - | 0 | 126,390 |
| Net Cash Flow | 39,718 | - | 3 | 2,062 | 175 | - | - | - | 41,958 |
| Revolver Draw / (Paydown) | (28,431) | - | - | - | - | - | - | - | (28,431) |
| DIB Funding | (50,200) | - | - | - | - | - | - | - | (50,200) |
| **Ending Bank Balance**[1] | $ 84,594 | $ - | $ 11 | $ 4,824 | $ 289 | $ - | $ - | $ 0 | $ 89,718 |

*(1) Includes $18.3M funding pursuant to the TSA, plus Adequate Assurance Deposit, and Professional Reserve Deposit*

Balance Sheet  
As of December 28, 2024

| ($ in 000's) | True Value Company, L.L.C. | TV Holdco II, L.L.C. | TV TSLC, L.L.C. | TV GPMC, L.L.C. | True Value Retail, L.L.C. | TrueValue.com Company, L.L.C. | True Value Virginia, L.L.C. | Distributors Hardware, L.L.C. | Consolidated |
|---|---|---|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | | | | |
| Cash[1] | $ 92,277 | $ - | $ - | $ - | $ 6 | $ - | $ - | $ 5 | $ 92,288 |
| Investments | - | - | - | - | - | - | - | - | - |
| Receivables, Net | - | - | - | - | - | - | - | - | - |
| Intercompany | 1,198 | - | - | - | 571 | - | (1,768) | - | - |
| Inventory | - | - | - | - | - | - | - | - | - |
| Prepaid Expenses | 20,448 | - | - | - | 13 | - | - | - | 20,461 |
| Other Current Assets | - | - | - | - | - | - | - | - | - |
| **Total Current Assets** | 113,923 | - | - | - | 589 | - | (1,768) | 5 | 112,749 |
| **Non-Current Assets** | | | | | | | | | |
| Property and Equipment | 205,247 | - | - | - | 108 | - | - | - | 205,355 |
| Accumulated Depreciation | (131,888) | - | - | - | (14) | - | - | - | (131,902) |
| Other Non-Current Assets | 379,744 | - | - | - | 733 | - | 2,500 | - | 382,978 |
| **Total Non-Current Assets** | 453,104 | - | - | - | 826 | - | 2,500 | - | 456,430 |
| **Total Assets** | $ 567,027 | $ - | $ - | $ - | $ 1,415 | $ - | $ 732 | $ 5 | $ 569,179 |
| **Prepetition Liabilities** | | | | | | | | | |
| Payables | 323,065 | - | - | - | - | - | - | - | 323,065 |
| Accrued Expenses | 62,564 | - | - | - | (32) | - | 630 | - | 63,162 |
| Debt | 47,340 | - | - | - | - | - | - | - | 47,340 |
| Lease Liabilities | 412,273 | - | - | - | 1,445 | - | - | - | 413,719 |
| Other Liabilities | 5,802 | - | - | - | - | - | - | - | 5,802 |
| **Total Prepetition Liabilities** | 851,044 | - | - | - | 1,414 | - | 630 | - | 853,088 |
| **Postpetition Liabilities** | | | | | | | | | |
| Postpetition Payables | 24,320 | - | - | - | - | - | - | - | 24,320 |
| Postpetition Taxes | 113 | - | - | - | - | - | - | - | 113 |
| Postpetition Debt | - | - | - | - | - | - | - | - | - |
| **Total Postpetition Liabilities** | 24,434 | - | - | - | - | - | - | - | 24,434 |
| **Total Liabilities** | $ 875,478 | $ - | $ - | $ - | $ 1,414 | $ - | $ 630 | $ - | $ 877,521 |
| **Stockholders' Equity** | | | | | | | | | |
| Common Stock | 177,023 | - | - | - | - | - | - | - | 177,023 |
| OCI & Minority Interest | 243 | - | - | - | - | - | - | - | 243 |
| Retained Earnings | (485,717) | - | - | - | 2 | - | 102 | 5 | (485,609) |
| **Total Stockholders' Equity** | (308,451) | - | - | - | 2 | - | 102 | 5 | (308,342) |
| **Total Liabilities and Stockholders' Equity** | $ 567,027 | $ - | $ - | $ - | $ 1,415 | $ - | $ 732 | $ 5 | $ 569,179 |

**Notes:**  
(1) The Consolidated Cash Balance will not align with the bank account balance due to outstanding checks that have been issued but not yet presented for payment.

**Statement of Operations**
For the Period from November 24, 2024 to December 28, 2024

| ($ in 000's) | True Value Company, L.L.C. | TV Holdco II, L.L.C. | TV TSLC, L.L.C. | TV GPMC, L.L.C. | True Value Retail, L.L.C. | TrueValue.com Company, L.L.C. | True Value Virginia, L.L.C. | Distributors Hardware, L.L.C. | Consolidated |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Net Sales | $ 45,244 | $ - | $ - | $ - | $ 438 | $ - | $ 26 | $ 81 | $ 45,789 |
| Cost of Goods Sold | 50,014 | - | - | - | (83) | - | - | - | 49,931 |
| **Gross Margin** | **(4,770)** | **-** | **-** | **-** | **521** | **-** | **26** | **81** | **(4,141)** |
| *Operating Expenses* | | | | | | | | | |
| Labor Expenses | 10,515 | - | - | - | 233 | - | - | 28 | 10,776 |
| Depreciation/Amortization | 1,953 | - | - | - | 14 | - | - | - | 1,967 |
| Other Operating Expenses | 1,229 | - | - | - | 262 | - | (25) | 17 | 1,483 |
| **Operating Expenses** | **13,697** | **-** | **-** | **-** | **510** | **-** | **(25)** | **45** | **14,227** |
| *Other Income (Expense)* | | | | | | | | | |
| Interest Income (Expense) | (135) | - | - | - | - | - | - | - | (135) |
| Other Income (Expense) | 99 | - | - | - | - | - | - | - | 99 |
| **Other Income (Expense)** | **(37)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(37)** |
| *Restructuring Charges* | | | | | | | | | |
| Restructuring Items | 3,684 | - | - | - | - | - | - | - | 3,684 |
| **Restructuring Items** | **3,684** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **3,684** |
| **Income Before Taxes** | **(14,819)** | **-** | **-** | **-** | **12** | **-** | **51** | **36** | **(14,721)** |
| Income Tax Expense | 30 | - | - | - | - | - | - | - | 30 |
| **Net Income (Loss)** | **$ (14,849)** | **$ -** | **$ -** | **$ -** | **$ 12** | **$ -** | **$ 51** | **$ 36** | **$ (14,751)** |

Case: In re True Value Company, LLC, et al.  
Lead Case Number: 24-12337-KBO  
Reporting Period: 11/24/2024 - 12/28/2024

## Summary of Bank Accounts
### As of December 28, 2024

**Distributors Hardware, LLC ($ in 000s)**

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 12/28/2024 |
|---|---|---|---|---|
| Disbursement | Distributors Hardware, LLC | Bank of America | x6986 | $ - |
| Disbursement | Distributors Hardware, LLC | Bank of Houston | x0765 | – |
| Disbursement | Distributors Hardware, LLC | City National Bank | x7544 | – |
| **Total** | | | | **$ -** |

**True Value Company, LLC ($ in 000s)**

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 12/28/2024 |
|---|---|---|---|---|
| Payroll | True Value Company, LLC | Bank of America | x0040 | $ 18 |
| Master Operating Account | True Value Company, LLC | Bank of America | x7176 | 6,678 |
| Deposit | True Value Company, LLC | Bank of America | x0846 | 9,930 |
| Disbursement | True Value Company, LLC | Bank of America | x0451 | 4 |
| Deposit | True Value Company, LLC | Bank of America | x5297 | – |
| Deposit | True Value Company, LLC | Bank of America | x5502 | – |
| Disbursement | True Value Company, LLC | BMO Bank | x0535 | 1,604 |
| Disbursement | True Value Company, LLC | BMO Bank | x3919 | – |
| Disbursement | True Value Company, LLC | BMO Bank | x3952 | – |
| Disbursement | True Value Company, LLC | Citibank | x0641 | 16 |
| Disbursement | True Value Company, LLC | ICBC | x9571 | 55 |
| Operating Account | True Value Company, LLC | PNC | x6972 | 15 |
| Disbursement | True Value Company, LLC | PNC | x6668 | – |
| Disbursement | True Value Company, LLC | PNC | x9014 | – |
| Disbursement | True Value Company, LLC | US Bank | x4515 | – |
| Estate Concentration Account | True Value Company, LLC | BMO Bank | x2605 | 803 |
| Employee Benefit Reserve Account | True Value Company, LLC | BMO Bank | x2639 | 11,225 |
| Professional Fee Carveout Account | True Value Company, LLC | BMO Bank | x2662 | 14,860 |
| Adequate Assurance Utility Deposit | True Value Company, LLC | BMO Bank | x2621 | 186 |
| Employee Benefit Claims Reserve | True Value Company, LLC | BMO Bank | x2654 | 2,831 |
| Vendor and Tax Payment Account | True Value Company, LLC | BMO Bank | x2647 | 31,759 |
| Estate Account | True Value Company, LLC | BMO Bank | x2670 | 6,511 |
| Wind Down Account | True Value Company, LLC | BMO Bank | x2688 | 3,002 |
| **Total** | | | | **$ 89,498** |

**True Value Retail, LLC ($ in 000s)**

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 12/28/2024 |
|---|---|---|---|---|
| Store | True Value Retail, LLC | PNC | x6555 | $ 220 |
| **Total** | | | | **$ 220** |

**True Value Virginia, LLC ($ in 000s)**

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 12/28/2024 |
|---|---|---|---|---|
| Operating Account | True Value Virginia, LLC | PNC | x6336 | $ - |
| **Total** | | | | **$ -** |

**TV GPMC, LLC ($ in 000s)**

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 12/28/2024 |
|---|---|---|---|---|
| Deposit | TV GPMC, LLC | Bank of America | x4059 | $ - |
| **Total** | | | | **$ -** |

**TV TSLC, LLC ($ in 000s)**

| Account Type | Entity | Bank | Bank Account Number | Bank Balance as of 12/28/2024 |
|---|---|---|---|---|
| Deposit | TV TSLC, LLC | Bank of America | x4075 | $ - |
| **Total** | | | | **$ -** |

| | | | | |
|---|---|---|---|---|
| **Total Bank Cash** | | | | **$ 89,718** |