IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.**, *et al.*, | Case No. 24-12337 (KBO) |
| | (Jointly Administered) |
| Debtors.[1] | Related Doket No. 820 |

## AFFIDAVIT OF SERVICE

I, Steven D. Adler, being duly sworn according to law, depose and say that I am employed by Bayard, P.A., counsel for G&W Equipment, Inc., and that on January 24, 2025, I caused a copy of the *Order Granting Motion to Allow G&W Equipment, Inc.'s Proof of Claim as Timely Filed* [D.I. 820] to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed on the attached service list via electronic mail.

Dated: January 27, 2025
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Steven D. Adler*
Neil B. Glassman (DE Bar No. 2087)
Steven D. Adler (DE Bar No. 6257)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: nglassman@bayardlaw.com
        sadler@bayardlaw.com

*Counsel for G&W Equipment, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

**Service List**

Young Conaway Stargatt & Taylor LLP
One Rodney Square
1000 North King Street
Wilmington, DE 19801
Attn: Edmon L. Morton, Kenneth J. Enos, Kristin L. McElroy, Timothy R. Powell
Email: emorton@ycst.com; kenos@ycst.com; kmcelroy@ycst.com; tpowell@ycst.com

Skadden, Arps, Slate, Meagher & Flom LLP
320 South Canal St.
Chicago, IL 60606
Attn: Ron Meisler, Jennifer Madden
Email: ron.meisler@skadden.com; jennifer.madden@skadden.com,

Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
395 9th Ave.
New York, NY 10001
Attn: Evan Hill, Moshe Jacob
Email: evan.hill@skadden.com; moshe.jacob@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
920 North King Street
Wilmington, DE 19801
Attn: Joseph Larkin
Email: joseph.larkin@skadden.com

Glenn Agre Bergman & Fuentes
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
Attn: Naznen Rahman
Email: nrahman@glennagre.com

Office of the United States Trustee
 for the District of Delaware
Attn: Benjamin A Hackman, Esq.
844 N King St, Rm 2207
Wilmington, DE 19801
Email: benjamin.a.hackman@usdoj.gov