## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRUE VALUE COMPANY, L.L.C., *et al.*,** | **Case No. 24-12337 (KBO)** |
| **Debtors.**[1] | **(Jointly Administered)** |
| | **Related Docket Nos.    131, 435** |

**SUPPLEMENTAL DECLARATION
OF EVAN HILL IN SUPPORT OF THE DEBTORS'
APPLICATION FOR AN ORDER (I) AUTHORIZING THE
EMPLOYMENT AND RETENTION OF SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP AS COUNSEL TO THE DEBTORS EFFECTIVE
AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF**

I, Evan Hill, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden" or the "Firm"), which maintains offices for the practice of law at, among other locations, One Manhattan West, New York, New York 10001.  I am admitted in, practicing in, and a member in good standing of the bar of the State of New York.

2.      I submit this declaration and statement (this "Declaration") to supplement my declaration dated October 22, 2024 [Docket No. 131][2] (the "Initial Declaration").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106).The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2]    The Initial Declaration was attached as Exhibit B to the *Debtors' Application for an Order (I) Authorizing Employment and Retention of Skadden, Arps, Slate, Meagher & Flom LLP as Counsel to the Debtors Effective as of The Petition Date and (II) Granting Related Relief* [Docket No. 131] (the "Application").  On November 15, 2024, the Court entered an order approving the Application and authorizing the Debtors to employ Skadden as lead bankruptcy counsel, effective as of the Petition Date. [Docket No. 435].

3. Since the filing of the Initial Declaration, Skadden has identified additional interested parties in the Chapter 11 Cases to review (the "Additional Potential Interested Parties" and, together with the parties included on the exhibit attached to the Initial Declaration, the "Potential Interested Parties"). A list of the Additional Potential Interested Parties is attached hereto as **Exhibit A** (the "Additional Potential Interested Parties List" and, collectively with the list of Potential Interested Parties attached as an exhibit to the Initial Declaration, the "Potential Interested Parties List").

4. Skadden conducted a review of the Additional Potential Interested Parties List in accordance with the Firm Procedures, as described in detail in the Initial Declaration. Based upon this review, the Additional Potential Interested Parties List indicates: (a) in bold and italics any Additional Potential Interested Party, its affiliates, or its known material beneficial owners that the Firm currently represents; and (b) in underlined italics any Additional Potential Interested Party, its affiliates, or its known material beneficial owners that the Firm previously represented within the past seven years. All relationships identified in the Additional Potential Interested Parties List pertain to matters that are unrelated to the Debtors and the Chapter 11 Cases and not adverse to the Debtors or their estates.

5. The Potential Interested Parties List may continue to change during the pendency of the Chapter 11 Cases. In addition, Skadden will conduct ongoing review in connection with its disclosure obligations. Should the Firm learn that a relationship with any of the Potential Interested Parties (as may be updated) should be disclosed in the future, a supplemental declaration with such disclosure will be promptly filed with this Court.

6. Based on the Firm Procedures, and as described herein, I do not believe that Skadden's past or current representation of any Potential Interested Parties (a) precludes Skadden

from being a disinterested party under the Bankruptcy Code, nor (b) constitutes holding or representing an interest adverse to the Debtors' estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 29, 2025
        New York, New York

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

 /s/ Evan Hill
Evan Hill
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3528
Fax: (212) 777-3528
Evan.Hill@skadden.com

# EXHIBIT A

**Additional Potential Interested Parties List**

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Current and Former Directors & Officers | Aron Schwartz | Clear |
| Current and Former Directors & Officers | Chris Kempa | Clear |
| Current and Former Directors & Officers | Mo Bawa | Clear |
| Debtor Professionals | Glenn Agre Bergman & Fuentes LLP | Clear |
| Debtor Professionals | Young Conaway Stargatt & Taylor, LLP | Clear |
| Environmental Claimants | A. Duie Pyle, Inc. | Clear |
| Environmental Claimants | Commonwealth of Massachusetts Executive Office of Energy and Environmental Affairs Western Regional Office Environmental Protection Department | Clear |
| Environmental Claimants | ***Leidos, Inc.*** | Current client |
| Environmental Claimants | Massachusetts Department of Environmental Protection | Clear |
| Environmental Claimants | MidAtlantic Warehouse & Storage LLC | Clear |
| Environmental Claimants | North Carolina Department of Environment, Health, and Natural Resources Raleigh Regional Office | Clear |
| Environmental Claimants | North Carolina Department of Environmental and Natural Resources Raleigh Regional Office Waste Management Division | Clear |
| Environmental Claimants | North Carolina Department of Environmental Quality | Clear |
| Law Firms | Krane, LLP | Clear |
| Law Firms | Sanchez Daniels & Hoffman LLP | Clear |
| Law Firms | Thompson Hine LLP | Clear |
| Litigation Counterparties and Counsel | A.P. Construction Inc. | Clear |
| Litigation Counterparties and Counsel | Akers Family Investments, LLC | Clear |
| Litigation Counterparties and Counsel | Amazing Prod | Clear |
| Litigation Counterparties and Counsel | Andrew Steffson | Clear |

**Exhibit A - Potential Parties in Interest**

***BOLD ITALICS***: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Litigation Counterparties and Counsel | Andrew Wenker, Michael J. Glassman & Associates, LLC | Clear |
| Litigation Counterparties and Counsel | Arrow Hardware, Inc. | Clear |
| Litigation Counterparties and Counsel | Best Line Leasing Inc. d/b/a Bobcat of Philadelphia | Clear |
| Litigation Counterparties and Counsel | Bobbi Jo Baldwin | Clear |
| Litigation Counterparties and Counsel | Brian Calvert | Clear |
| Litigation Counterparties and Counsel | Brian Clark | Clear |
| Litigation Counterparties and Counsel | Burchardt Enterprises of Texas, LLC d/b/a Waco TV | Clear |
| Litigation Counterparties and Counsel | Carlos Orlemann | Clear |
| Litigation Counterparties and Counsel | Carlos Trujillo Bracero and Angel Ramos Bracero | Clear |
| Litigation Counterparties and Counsel | Chad Koep | Clear |
| Litigation Counterparties and Counsel | Chad Throndset, Throndset Michenfelder, LLC | Clear |
| Litigation Counterparties and Counsel | Charles Robertson | Clear |
| Litigation Counterparties and Counsel | Cheryl-Dene Spring, SOBI Law Group | Clear |
| Litigation Counterparties and Counsel | Clarence & Tammy Frost | Clear |
| Litigation Counterparties and Counsel | Clark's Hardware and Power Equipment, LLC d/b/a Clark's TV | Clear |
| Litigation Counterparties and Counsel | Coffer Stores, Inc. d/b/a Clark's Marion TV | Clear |
| Litigation Counterparties and Counsel | Colorado Civil Rights Division | Clear |
| Litigation Counterparties and Counsel | Connie Gabehart | Clear |
| Litigation Counterparties and Counsel | Corrados Family Affair of North Arlington, Inc. | Clear |
| Litigation Counterparties and Counsel | Corrado's Garden Center, Inc. | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Litigation Counterparties and Counsel | Corrados Pet Market of Wayne, Inc. | Clear |
| Litigation Counterparties and Counsel | Court of Common Pleas, Philadelphia County, PA | Clear |
| Litigation Counterparties and Counsel | Craig Hughes | Clear |
| Litigation Counterparties and Counsel | Dave Hatton | Clear |
| Litigation Counterparties and Counsel | David Giesel & Stephen Mattingly, Dinsmore | Clear |
| Litigation Counterparties and Counsel | David Ingemi | Clear |
| Litigation Counterparties and Counsel | David Pollack (Toro), Lewis Brisbois | Clear |
| Litigation Counterparties and Counsel | David William Miller | Clear |
| Litigation Counterparties and Counsel | Dax Richardson | Clear |
| Litigation Counterparties and Counsel | Dean Grasso, CG JCJI | Clear |
| Litigation Counterparties and Counsel | Donald Walker | Clear |
| Litigation Counterparties and Counsel | Doylestown True Value | Clear |
| Litigation Counterparties and Counsel | Drew Minkiewicz | Clear |
| Litigation Counterparties and Counsel | Ecological Alliance | Clear |
| Litigation Counterparties and Counsel | Edelman, Liesen & Myers | Clear |
| Litigation Counterparties and Counsel | ElevateNext | Clear |
| Litigation Counterparties and Counsel | Emily Courier Corp. | Clear |
| Litigation Counterparties and Counsel | ER Kilpatrick LLC d/b/a Jefferson Street Supply | Clear |
| Litigation Counterparties and Counsel | Eric Chambers | Clear |
| Litigation Counterparties and Counsel | Gearhart Hardware | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Litigation Counterparties and Counsel | ***Generac Holdings Inc.*** | Current client |
| Litigation Counterparties and Counsel | Golden Triangle d/b/a Hanna Paint | Clear |
| Litigation Counterparties and Counsel | Grace Road Trading Limited | Clear |
| Litigation Counterparties and Counsel | Grand Rental West Seneca, Inc. d/b/a Grand Rental Station West Seneca #18547 | Clear |
| Litigation Counterparties and Counsel | Graves County Circuit Court, KY | Clear |
| Litigation Counterparties and Counsel | Greg Mahler | Clear |
| Litigation Counterparties and Counsel | Holods Garden Center Inc. | Clear |
| Litigation Counterparties and Counsel | Hoy's Hardware, Inc. | Clear |
| Litigation Counterparties and Counsel | Ice Miller LLP | Clear |
| Litigation Counterparties and Counsel | Isaac Colunga, Ice Miller | Clear |
| Litigation Counterparties and Counsel | Jack's Hardware LLC | Clear |
| Litigation Counterparties and Counsel | JCJI Enterprise Inc. | Clear |
| Litigation Counterparties and Counsel | Jill McComsey, McComsey Law | Clear |
| Litigation Counterparties and Counsel | Jim Bulger | Clear |
| Litigation Counterparties and Counsel | John Bustamonte | Clear |
| Litigation Counterparties and Counsel | John Habas | Clear |
| Litigation Counterparties and Counsel | John Koller Jr. | Clear |
| Litigation Counterparties and Counsel | JRBA, Inc. d/b/a Bulger True Value | Clear |
| Litigation Counterparties and Counsel | Kathy Langley, Reger, Rizzo Darnell (PA) | Clear |
| Litigation Counterparties and Counsel | Kim Huntley as executor for Ronald Tilton | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Litigation Counterparties and Counsel | Kimberly Franklin | Clear |
| Litigation Counterparties and Counsel | Koep Company d/b/a Pipestone TV | Clear |
| Litigation Counterparties and Counsel | Koep Corporation d/b/a United Supply TV | Clear |
| Litigation Counterparties and Counsel | Koep Enterprises, Inc. d/b/a Fairmont TV | Clear |
| Litigation Counterparties and Counsel | La Casa del Contratista LLC | Clear |
| Litigation Counterparties and Counsel | Lavonia Berry | Clear |
| Litigation Counterparties and Counsel | Law Offices of Joseph R. Bongiorno & Associates PC | Clear |
| Litigation Counterparties and Counsel | Lee Pell | Clear |
| Litigation Counterparties and Counsel | Lenny Feldman, Sandler, Travis & Rosenberg, P.A. | Clear |
| Litigation Counterparties and Counsel | Leopoldo Rodriguez Velazquez | Clear |
| Litigation Counterparties and Counsel | Lozon Ace Hardware Co. | Clear |
| Litigation Counterparties and Counsel | Luigi Marino | Clear |
| Litigation Counterparties and Counsel | Lynch Carpenter LLP | Clear |
| Litigation Counterparties and Counsel | Manchester Teamsters | Clear |
| Litigation Counterparties and Counsel | Maria Downham and Colby Kingsbury, Faegre Drinker | Clear |
| Litigation Counterparties and Counsel | Mark D. Smith | Clear |
| Litigation Counterparties and Counsel | Mark Vicendese | Clear |
| Litigation Counterparties and Counsel | Matt Noble, Marshall Dennehey | Clear |
| Litigation Counterparties and Counsel | Matt Schorr, Brent Green, Marshall Dennehey | Clear |
| Litigation Counterparties and Counsel | Matthew Noone, Cozen O'Connor | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Litigation Counterparties and Counsel | McHenry County, IL | Clear |
| Litigation Counterparties and Counsel | Merchant & Gould P.C. | Clear |
| Litigation Counterparties and Counsel | Metropolitan Lumber, Hardware & Building Supplies | Clear |
| Litigation Counterparties and Counsel | Michael & Charles Quinn | Clear |
| Litigation Counterparties and Counsel | Michael James Berkner | Clear |
| Litigation Counterparties and Counsel | Michelle Martino, Edwards & Ragatz, P.A. | Clear |
| Litigation Counterparties and Counsel | Mike Burchardt | Clear |
| Litigation Counterparties and Counsel | Morris & Player PLLC | Clear |
| Litigation Counterparties and Counsel | Mount Bethel Hardware | Clear |
| Litigation Counterparties and Counsel | Mullen Coughlin LLC | Clear |
| Litigation Counterparties and Counsel | Northampton County, PA | Clear |
| Litigation Counterparties and Counsel | OH Civil Rights Commission | Clear |
| Litigation Counterparties and Counsel | Olga Castaneda, Stephanie Cabrera & Luis Montoya | Clear |
| Litigation Counterparties and Counsel | OmniLocal, Inc. | Clear |
| Litigation Counterparties and Counsel | Parker Engine | Clear |
| Litigation Counterparties and Counsel | Parker's Country Corner, Inc. | Clear |
| Litigation Counterparties and Counsel | Parker's Country Corner, LLC | Clear |
| Litigation Counterparties and Counsel | Paul Karlsgodt, Baker Hostetler | Clear |
| Litigation Counterparties and Counsel | Paul Radzavicz | Clear |
| Litigation Counterparties and Counsel | Peter Read, Marshall Dennehey | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Litigation Counterparties and Counsel | Peyton Marbury | Clear |
| Litigation Counterparties and Counsel | Phil Akers, Phil Akers II | Clear |
| Litigation Counterparties and Counsel | Quinn Fisheries | Clear |
| Litigation Counterparties and Counsel | Rafael Velez Dominguez, Luis Rivero Cubano, Nataliya Kornitskaya & CG Velez Kornitskaya LLC | Clear |
| Litigation Counterparties and Counsel | Rex Daines (BK counsel) | Clear |
| Litigation Counterparties and Counsel | Rice Lake Auto Supply, Inc. d/b/a Rice Lake TV | Clear |
| Litigation Counterparties and Counsel | Rick Lee, Walker & Walker | Clear |
| Litigation Counterparties and Counsel | Robert & Linda Ward | Clear |
| Litigation Counterparties and Counsel | Robert & Wendy Lozon | Clear |
| Litigation Counterparties and Counsel | Robert Braker | Clear |
| Litigation Counterparties and Counsel | Romain Chappelle | Clear |
| Litigation Counterparties and Counsel | Ryan and Michelle Clark | Clear |
| Litigation Counterparties and Counsel | Ryan Cohen | Clear |
| Litigation Counterparties and Counsel | Ryan Zeller, Frame Zeller, LLC | Clear |
| Litigation Counterparties and Counsel | *Ryder Truck Rental, Inc.* | Former affiliate |
| Litigation Counterparties and Counsel | Saltz Mongeluzzi Bendesky, P.C. | Clear |
| Litigation Counterparties and Counsel | Sam Giunta Properties, LLC | Clear |
| Litigation Counterparties and Counsel | Sam Giunta, Inc. | Clear |
| Litigation Counterparties and Counsel | Sapna Tejpal | Clear |
| Litigation Counterparties and Counsel | Sean McMonagle, Stampone O'Brien | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Litigation Counterparties and Counsel | Shannon Wilkes, Spitz Law Firm | Clear |
| Litigation Counterparties and Counsel | Shaun Kattoula | Clear |
| Litigation Counterparties and Counsel | Shawn Carey, The Carey Firm LLC | Clear |
| Litigation Counterparties and Counsel | Shelbyville Lumber Co., Inc. d/b/a Mayfield TV | Clear |
| Litigation Counterparties and Counsel | Southern Discount Hardware Inc. d/b/a Southern Hardware | Clear |
| Litigation Counterparties and Counsel | Southern Hardware | Clear |
| Litigation Counterparties and Counsel | Stacey Penny (as administrator of Wayne Penny) | Clear |
| Litigation Counterparties and Counsel | Standard Marine Outfitters, LLC | Clear |
| Litigation Counterparties and Counsel | Steve Naito, Tarlow Naito & Summers | Clear |
| Litigation Counterparties and Counsel | Superior Court of NJ, Atlantic County | Clear |
| Litigation Counterparties and Counsel | Supply Chain Sources | Clear |
| Litigation Counterparties and Counsel | Susan Morrison | Clear |
| Litigation Counterparties and Counsel | The Guadalupe Lumber and Supply Company, Inc. | Clear |
| Litigation Counterparties and Counsel | Todd Arney, Kreamer Arney Wait & Bottaro | Clear |
| Litigation Counterparties and Counsel | Todd Farmer (Farmer Wright) | Clear |
| Litigation Counterparties and Counsel | United States of America/Trump Admin | Clear |
| Litigation Counterparties and Counsel | Upper Darby Hardware Co. | Clear |
| Litigation Counterparties and Counsel | Urban Hardware LLC d/b/a Urban Hardware | Clear |
| Litigation Counterparties and Counsel | ***US Court of International Trade*** | Current affiliate |
| Litigation Counterparties and Counsel | Vincent Nicolo | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Litigation Counterparties and Counsel | Vineet Dubey, Custodio & Dubey LLP | Clear |
| Litigation Counterparties and Counsel | Western District of Pennsylvania | Clear |
| Litigation Counterparties and Counsel | William David Parker | Clear |
| Litigation Counterparties and Counsel | William Muth | Clear |
| Litigation Counterparties and Counsel | William Phillips | Clear |
| Tax Authorities | Alaska Department of Labor | Clear |
| Tax Authorities | Allen County, IA | Clear |
| Tax Authorities | Arizona Department of Economic Security | Clear |
| Tax Authorities | Arizona Department of Finance & Administration | Clear |
| Tax Authorities | Arkansas Department of Finance & Administration | Clear |
| Tax Authorities | Arkansas Division of Workforce Services | Clear |
| Tax Authorities | Bedford Boro, PA, Occup Tax | Clear |
| Tax Authorities | Bedford County Tax Assessment | Clear |
| Tax Authorities | Bedford PA Borough Tax | Clear |
| Tax Authorities | Berkheimer Tax Innovations | Clear |
| Tax Authorities | Bloom, Carrol Sd, OH, School District Tax | Clear |
| Tax Authorities | Boyertown Tax Collector | Clear |
| Tax Authorities | Butler County Treasurer | Clear |
| Tax Authorities | Butler Sd, E Butler Boro, PA, Occ Sd Tax | Clear |
| Tax Authorities | California Employment Development Department | Clear |

**Exhibit A - Potential Parties in Interest**

***BOLD ITALICS***: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tax Authorities | Canonsburg Tax Department | Clear |
| Tax Authorities | Celina Sd, OH, School District Tax | Clear |
| Tax Authorities | Center PA Township Tax | Clear |
| Tax Authorities | Center Twp PA Occupational Tax | Clear |
| Tax Authorities | City & County of Denver | Clear |
| Tax Authorities | City of Seattle | Clear |
| Tax Authorities | Coatsville Tax Collector | Clear |
| Tax Authorities | Collector of Revenue | Clear |
| Tax Authorities | Colorado Department of Labor | Clear |
| Tax Authorities | Columbus, OH, City Tax | Clear |
| Tax Authorities | Commonwealth of Massachusetts | Clear |
| Tax Authorities | Connecticut Department of Labor | Clear |
| Tax Authorities | Connecticut Department of Revenue | Clear |
| Tax Authorities | County of Navarro | Clear |
| Tax Authorities | Dallas, PA Township | Clear |
| Tax Authorities | Dallastown Sd, PA, Occupational Sd Tax | Clear |
| Tax Authorities | Dauphin School District Tax | Clear |
| Tax Authorities | DE Division of Unemployment Insurance | Clear |
| Tax Authorities | Department of Consumer & Regulatory Affairs | Clear |
| Tax Authorities | ***Department of Treasury - Internal Revenue Service*** | Current affiliate |

**Exhibit A - Potential Parties in Interest**

***BOLD ITALICS***: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tax Authorities | Departmentartmento De Hacienda | Clear |
| Tax Authorities | Douglass PA Township Tax | Clear |
| Tax Authorities | Douglass Township Tax Collector | Clear |
| Tax Authorities | Downingtown Tax Collector | Clear |
| Tax Authorities | E Butler Boro, PA, Occup Tax | Clear |
| Tax Authorities | East Butler PA Borough | Clear |
| Tax Authorities | Elizabethtown-City Tax In KY | Clear |
| Tax Authorities | Emlenton, PA Borough Tax | Clear |
| Tax Authorities | Federal Unemployment | Clear |
| Tax Authorities | Federal Withholding and FICA tax | Clear |
| Tax Authorities | Gahanna, OH, City Tax | Clear |
| Tax Authorities | Georgia Department of Labor | Clear |
| Tax Authorities | Georgia Department of Revenue | Clear |
| Tax Authorities | Hanover PA Township Tax | Clear |
| Tax Authorities | Hanover School District Tax Collector | Clear |
| Tax Authorities | Hanover Township Tax Collector | Clear |
| Tax Authorities | HI Department of Taxation | Clear |
| Tax Authorities | Hilliard, OH, City Tax | Clear |
| Tax Authorities | Hopewell Sd, PA, Occ Sd Tax | Clear |
| Tax Authorities | Hopewell Twp, PA, Occup Tax | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tax Authorities | Hopewell, PA, Township Tax | Clear |
| Tax Authorities | Huntington County, IA | Clear |
| Tax Authorities | Idaho State Commission | Clear |
| Tax Authorities | Illinois Department of Employment Security | Clear |
| Tax Authorities | Illinois Department of Revenue - Sales Tax | Clear |
| Tax Authorities | Illinois Department of Revenue - Withholding | Clear |
| Tax Authorities | Illinois Unemployment | Clear |
| Tax Authorities | Indiana Department of Workforce Development | Clear |
| Tax Authorities | Iowa Department of Revenue | Clear |
| Tax Authorities | Johnson County, IA | Clear |
| Tax Authorities | Kansas City, MOi - City Tax | Clear |
| Tax Authorities | Kansas Department of Labor | Clear |
| Tax Authorities | Kentucky Department of Revenue | Clear |
| Tax Authorities | Keystone Tax Collector | Clear |
| Tax Authorities | LA Workforce Commission | Clear |
| Tax Authorities | Lake County, IA | Clear |
| Tax Authorities | Lexington-Fayette Urban County - Occupational KY Tax | Clear |
| Tax Authorities | Lower Paxton PA Township Tax | Clear |
| Tax Authorities | Lower Paxton Township Tax Collector | Clear |
| Tax Authorities | Lower Paxton Twp, PA, Occupational Tax | Clear |

**Exhibit A - Potential Parties in Interest**

***BOLD ITALICS***: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tax Authorities | Madison County-KY - Occupational KY Tax | Clear |
| Tax Authorities | Manor, PA, Twnshp Tax | Clear |
| Tax Authorities | Maryland Comptroller | Clear |
| Tax Authorities | Maryland Department of Labor | Clear |
| Tax Authorities | Massachusetts Department of Revenue | Clear |
| Tax Authorities | Massachusetts Department of Unemployment Assistance | Clear |
| Tax Authorities | McCandless, PA Township Tax | Clear |
| Tax Authorities | MD - County Tax | Clear |
| Tax Authorities | Michigan Unemployment Insurance Agency | Clear |
| Tax Authorities | Minnesota Unemployment Insurance Program | Clear |
| Tax Authorities | Mississippi Department of Employment Security | Clear |
| Tax Authorities | Mississippi Department of Revenue | Clear |
| Tax Authorities | Missouri Department of Revenue | Clear |
| Tax Authorities | Missouri Division of Employment Security | Clear |
| Tax Authorities | Montana Unemployment Insurance Division | Clear |
| Tax Authorities | Mount Gilead Sd, OH, School District Tax | Clear |
| Tax Authorities | Mount Gilead, OH, Village Tax | Clear |
| Tax Authorities | N Huntingdon Twp, PA, Occup Tax | Clear |
| Tax Authorities | Nebraska Department of Labor | Clear |
| Tax Authorities | Nebraska Department of Revenue | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tax Authorities | Nevada Department of Taxation | Clear |
| Tax Authorities | New Hampshire Department of Revenue Administration | Clear |
| Tax Authorities | New Jersey Division of Taxation | Clear |
| Tax Authorities | New Kensington, PA City Tax | Clear |
| Tax Authorities | New Mexico Taxation & Revenue Department | Clear |
| Tax Authorities | ***New State Income Tax*** | Current affiliate |
| Tax Authorities | ***New York State Corporation Tax*** | Current affiliate |
| Tax Authorities | ***New York State Department of Labor*** | Current affiliate |
| Tax Authorities | ***New York State Department of Taxation and Finance*** | Current affiliate |
| Tax Authorities | NM Worker Comp Ee W/H - City Tax | Clear |
| Tax Authorities | North Carolina Division of Employment Security | Clear |
| Tax Authorities | North Dakota Office of State Tax Commissioner | Clear |
| Tax Authorities | North Dakota Unemployment Insurance Tax | Clear |
| Tax Authorities | North Strabane PA Township Tax | Clear |
| Tax Authorities | North Strabane Twp, PA, Occup Tax | Clear |
| Tax Authorities | Northmor Sd, OH, School District | Clear |
| Tax Authorities | NY City Resident Tax - New York. City Tax | Clear |
| Tax Authorities | NYS Office of State Comptroller | Clear |
| Tax Authorities | Oberlin Sd, OH, School District | Clear |
| Tax Authorities | Ohio Department of Taxation | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tax Authorities | Ohio State Unemployment Insurance Tax | Clear |
| Tax Authorities | Oklahoma Employment Security Commission | Clear |
| Tax Authorities | Oregon Department of Revenue | Clear |
| Tax Authorities | Oregon Employment Department | Clear |
| Tax Authorities | Oregon Transit Tax, Oregon, Occupational Tax | Clear |
| Tax Authorities | Palm Beach County Tax Collector | Clear |
| Tax Authorities | Parkland School District Tax Collector | Clear |
| Tax Authorities | Parma, OH, City Tax | Clear |
| Tax Authorities | Pennsylvania Department of Labor & Industry | Clear |
| Tax Authorities | Penn-Trafford Sd, Occup Sd Tax | Clear |
| Tax Authorities | Plum, PA Borough Tax | Clear |
| Tax Authorities | Rhode Island Division of Taxation | Clear |
| Tax Authorities | Richmond, KY - City Tax | Clear |
| Tax Authorities | Rita Tax Collector | Clear |
| Tax Authorities | Ross Twp, PA, Occup Tax | Clear |
| Tax Authorities | Ross, PA, Township Tax | Clear |
| Tax Authorities | Sadsbury PA Township Tax | Clear |
| Tax Authorities | Sadsbury Tax Collector | Clear |
| Tax Authorities | SC Department of Employment & Workforce | Clear |
| Tax Authorities | Shepardsville-KY-City Tax | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tax Authorities | South Dakota Department of Revenue | Clear |
| Tax Authorities | St Louis Tax Collector | Clear |
| Tax Authorities | St. Joseph County, IA | Clear |
| Tax Authorities | St. Louis, MO - City Tax | Clear |
| Tax Authorities | State of Alaska - Department of Revenue | Clear |
| Tax Authorities | Tax Collector, Canaan Township | Clear |
| Tax Authorities | Tennessee Department of Labor & Workforce | Clear |
| Tax Authorities | Tippecanoe County, IA | Clear |
| Tax Authorities | Toledo, OH, City Tax | Clear |
| Tax Authorities | Upper Macungie PA Township Tax | Clear |
| Tax Authorities | Upper Macungie Tax Collector | Clear |
| Tax Authorities | ***US Department of The Treasury*** | Current affiliate |
| Tax Authorities | US Treasury | Clear |
| Tax Authorities | UT Department of Agriculture and Food | Clear |
| Tax Authorities | Utah State Tax Commission | Clear |
| Tax Authorities | Vermont Department of Labor | Clear |
| Tax Authorities | Virginia Employment Commission | Clear |
| Tax Authorities | W Bradford PA Township Tax | Clear |
| Tax Authorities | WA State Employment Security Department | Clear |
| Tax Authorities | Warrick County, IA | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tax Authorities | Washington County, MD County Tax | Clear |
| Tax Authorities | Washington DC Office of Tax & Revenue | Clear |
| Tax Authorities | Washington Department of Revenue | Clear |
| Tax Authorities | West Bradford Tax Collector | Clear |
| Tax Authorities | West Virginia State Tax Department | Clear |
| Tax Authorities | West Wyoming Tax Collector | Clear |
| Tax Authorities | Westlake, OH, City Tax | Clear |
| Tax Authorities | Wisconsin Department of Workforce Development | Clear |
| Tax Authorities | Workforce West Virginia | Clear |
| Tax Authorities | Wyoming Department of Revenue | Clear |
| Tax Authorities | Wyoming Department of Workforce Services | Clear |
| Tax Authorities | York Twp, PA, Occupational Tax | Clear |
| Tax Authorities | York, PA Township Tax | Clear |
| Regulatory Bodies / Governmental Agencies | Arizona Department of Agriculture Environmental Services Division | Clear |
| Regulatory Bodies / Governmental Agencies | *California Department of Resources Recycling and Recovery (CalRecycle)* | Former affiliate |
| Regulatory Bodies / Governmental Agencies | *California Energy Commission* | Former affiliate |
| Regulatory Bodies / Governmental Agencies | Colorado Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | Connecticut Department of Energy & Environmental Protection | Clear |
| Regulatory Bodies / Governmental Agencies | Idaho State Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | Illinois Environmental Protection Agency | Clear |

**Exhibit A - Potential Parties in Interest**

*BOLD ITALICS*: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Regulatory Bodies / Governmental Agencies | *Internal Revenue Service* | Current affiliate |
| Regulatory Bodies / Governmental Agencies | Maryland Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | Michigan Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | Minnesota Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | Missouri Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | *New York State Department of Environmental Conservation* | Current affiliate |
| Regulatory Bodies / Governmental Agencies | Ohio Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | Oregon Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | PaintCare | Clear |
| Regulatory Bodies / Governmental Agencies | Pennsylvania Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | Pennsylvania Department of Environmental Protection | Clear |
| Regulatory Bodies / Governmental Agencies | *Securities and Exchange Commission* | Current affiliate |
| Regulatory Bodies / Governmental Agencies | South Coast Air Quality Management District | Clear |
| Regulatory Bodies / Governmental Agencies | State of Hawaii Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | Texas Department of Agriculture | Clear |
| Regulatory Bodies / Governmental Agencies | US EPA, Region V | Clear |
| Regulatory Bodies / Governmental Agencies | *US Patent and Trademark Office* | Current affiliate |
| Regulatory Bodies / Governmental Agencies | Utah Department of Agriculture and Food | Clear |
| Regulatory Bodies / Governmental Agencies | Yolo County Environmental Health Division | Clear |
| Regulatory Bodies / Governmental Agencies | *California Air Resources Board* | Former affiliate |

**Exhibit A - Potential Parties in Interest**

***BOLD ITALICS***: Represents Potential Interested Parties that are current clients or affiliates of current clients.

*ITALICS*: Represents Potential Interested Parties that are former clients (within the the past seven years) or affiliates of former clients.

PLAIN TEXT MARKED "CLEAR": Represents Potential Interested Parties that are not current or former clients (within the past seven years) or affiliates thereof.

| Category | Party in Interest | Relationship |
|---|---|---|
| Tier 1 (Wholesale Hardware Distribution) | Ace Hardware | Clear |
| UCC Professionals | Pachulski Stang Ziehl & Jones LLP | Clear |
| UCC Professionals | Province Firm | Clear |
| Vendors | CPA Global, a Clarivate Company | Clear |
| Vendors | ***CSC*** | Current client |
| Vendors | Equinity Trust Company | Clear |
| Vendors | ***Lexis Nexis*** | Current affiliate |
| Vendors | Midwest Hardware Association, Inc. | Clear |
| Vendors | Navex | Clear |
| Vendors | Practicing Law Institute | Clear |
| Vendors | SG360° | Clear |
| Vendors | Source 4 | Clear |
| Vendors | TrustArc | Clear |