IN THE BANKRUPCY COURT FOR THE DISTRICT OF DELAWARE

RECEIVED
2025 JAN 28 PM 2:01
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., et al | Cause No. 24-12337 (KBO) |
| Debtors | (Jointly Administered) |

RESPONSE TO DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

(LATE FILED)

Comes now claimant, Music of the Spheres, Inc., claim no. C337-2008. The basis for the amount of the Disputed Claim is the value of product shipped to Debtor's customer from Music of the Spheres, Inc., pursuant to "drop-ship" orders taken at Debtor's wholesale trade show on or around September 9, 2024.

Claimant Music of the Spheres, Inc. properly submitted all its claims, all of which arose frin "drop-ship" orders from Debtor, before the General Bar date of December 5, 2025.

Claimant Music of the Spheres, Inc. objects to the relief sought, disallowance and expungement of the claims shipped during the 503 (b) (9) window. Their presentation before the General Bar Date should allow them to be considered in proper course, even if they are not considered Priority Claims.

Although claimant now notes that actual notice of the 503 (b) (9) Bar Date was received along with notice of the General Bar Date, claimant did not find it before and in good faith did not realize there were two bar dates only a few days apart. This oversight on claimant's part should only keep Claimant from recovering under 503 (b) (9), and not bar its claim altogether.

All claimant's claims arose through "drop-ship" orders, in which claimant sent product to Debtor's customers, with the agreement that Debtor's customers would pay Debtor for the product and Debtor would pay claimant. Institution of this chapter 11 proceeding stayed Debtor's responsibility to pay claimant, but not Debtor's customers' obligation to pay Debtor for the goods. Debtor's unjust enrichment by virtue of this business practice is not fair to this Claimant or any other "drop-ship" vendors of Debtor.

Ultimate authority to reconcile, settle, or otherwise resolve this disputed claim on behalf of claimant resides in the following individual: Sara Neal Eskew, president and CEO, Music of the Spheres, Inc., P.O. Box 33039, Austin, TX 78764-0039, 512-385-0340, fax no 512-385-9420.

Debtor should serve any reply to this Response to the aforementioned Sara Neal Eskew, as well.

Respectfully submitted,

*Sara Neal Eskew*

Sara Neal Eskew, president and CEO, Music of the Spheres, Inc.

I certify that a copy of this response has been served upon counsel to the Debtors via email on January 24, 2024.

*Sara Neal Eskew*
Sara Neal Eskew

p 2    Music of the Spheres, Inc's Response to First Omnibus Objection





US POSTAGE AND FEES PAID — easypost
2025-01-24
78702
C4023546
Commercial
0.5 LB ZONE 7
0901000016317

**USPS PRIORITY MAIL**

LAURA
MUSIC OF THE SPHERES
5003 E. CESAR CHAVEZ
AUSTIN TX 78702

0003

SHIP TO:  US BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
824 N. MARKET ST
3RD FLOOR
WILMINGTON DE 19801

Shipped via  XPSship.com

**USPS TRACKING #**



9405 5362 0823 5281 0476 20



Box 3309
tin Tx 78764-0039