# EXHIBIT 1

| Vendor | GRT Invoice Number | GRT Invoice Issuance Date | Invoice Amount | Payment Status |
|---|---|---|---|---|
| Bova Property Maintenance | #20240027 | 7/26/2024 | $1,868.00 | **ACCOUNT RECEIVABLE** |
| Eastern Roofing Systems Inc. | #20240027 | 7/26/2024 | $592.10 | **ACCOUNT RECEIVABLE** |
| East Coast Facilities | #20240027 | 7/26/2024 | $531.86 | **ACCOUNT RECEIVABLE** |
| Eastern Roofing Systems Inc. | | 7/26/2024 | $1,014.00 | **ACCOUNT RECEIVABLE** |
| NorthPoint Development, LLC | #20240032 | 8/31/2024 | $253.84 | **ACCOUNT RECEIVABLE** |
| East Coast Facilities | | 8/31/2024 | $531.86 | **ACCOUNT RECEIVABLE** |
| Less: Rent Overpayment Aug-Oct 2024 | N/A | - | ($1,445.01) | **CREDIT** |
| Eastern Roofing Systems Inc. | #20240034 | 9/20/2024 | $18,660.93 | **ACCOUNT RECEIVABLE** |
| East Coast Facilities | | 9/20/2024 | $531.86 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | #20240042 | 1/10/2025 | $242.42 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | #20240042 | 1/10/2025 | $242.42 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | #20240042 | 1/10/2025 | $727.26 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | | 1/10/2025 | $242.42 | **ACCOUNT RECEIVABLE** |
| Eastern Roofing Systems Inc. | | 1/10/2025 | $405.00 | **ACCOUNT RECEIVABLE** |
| Eastern Roofing Systems Inc. | | 1/10/2025 | $657.10 | **ACCOUNT RECEIVABLE** |
| Eastern Roofing Systems Inc. | | 1/10/2025 | $536.98 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | #20240043 | 1/10/2025 | $754.20 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | #20240043 | 1/10/2025 | $242.42 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | #20240043 | 1/10/2025 | $969.68 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | | 1/10/2025 | $754.20 | **ACCOUNT RECEIVABLE** |
| J. Sparrow Excavating | | 1/10/2025 | $4,048.10 | **ACCOUNT RECEIVABLE** |
| J. Sparrow Excavating | #20250003 | 2/2/2025 | $5,656.56 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | | 2/2/2025 | $242.42 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | | 2/2/2025 | $242.42 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | #20250004 | 2/2/2025 | $484.84 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | #20250004 | 2/2/2025 | $1,239.04 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | | 2/2/2025 | $969.68 | **ACCOUNT RECEIVABLE** |
| Meadowbrook Landscape Management | | 2/2/2025 | $2,100.98 | **ACCOUNT RECEIVABLE** |
| Less: Rent Overpayment January 2025 | N/A | - | ($481.67) | **CREDIT** |
| Less: Rent Overpayment February 2025 | N/A | - | ($481.67) | **CREDIT** |
| **TOTAL** | | | **$42,334.24** | |