UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, LLC, *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Ref Docket No. 822 |
| | Hearing Date: 02/11/2025 at 10:30 a.m. EST |

### NEW MEDIA RETAILER'S SUPPLEMENT TO OBJECTION TO SECOND SUPPLEMENTAL NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

New Media Retailer, by and through undersigned counsel, hereby files this Supplemental Objection (the "Objection") to the *Second Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts* (ECF No. 822) (the "Supplemental Cure Notice"), and in support thereof states as follows:

1. On December 13, 2024, New Media Retailer filed an objection (Docket No. 704) to the Debtor's *Notice of Proposed Assumption and Assignment of Certain Executory Contracts* (Docket No. 339).

2. Shortly thereafter, the Debtors' counsel advised that they believe the contract between the Debtor and New Media Retailer was not executory and therefore it would be removed from the list of contracts because it was not being assumed and assigned.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Avenue, Chicago, IL 60631.

3. On January 24, 2025, the Debtors filed the *Second Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts* (the "Supplemental Cure Notice"), which included New Media Retailer. (Docket No. 822).

4. On February 3, 2025, the Debtors' counsel advised that New Media Retailer was mistakenly included in the Supplemental Cure Notice and reconfirmed their position that the contract with New Media Retailer was not executory and was not being assumed and assigned.

5. New Media Retailer reserves all rights with respect to the Debtors and other parties, including the right to seek relief from this Court (i) to compel assumption or rejection of New Media Retailer's contracts, (ii) to seek allowance and payment of its pre-petition or post-petition administrative expenses, or (iii) to seek recovery of the amounts it is owed under the assumed contract from the buyer, Do It Best Corp. Nothing herein shall be considered a waiver or release of any rights, claims or defenses that New Media Retailer has against anyone, including but not limited to the Debtors.

Date: February 4, 2024                    **STINSON LLP**

/s/ *Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

*Counsel to New Media Retailer*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 4, 2024, a true and correct copy of the foregoing *New Media Retailer's Supplement to Objection to Second Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts* was duly served via the Court's Electronic Case Filing system on all parties registered to receive electronic notices in these cases, and via mail and email on the following parties:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP<br>320 South Canal St., Chicago, IL 60606<br>Attn: Ron Meisler and Jennifer Madden<br>ron.meisler@skadden.com<br>jennifer.madden@skadden.com | Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204<br>Attn: Zachary E. Klutz and W. Timothy Miller<br>zklutz@taftlaw.com miller@taftlaw.com |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>One Manhattan West, 395 9th Ave.<br>New York, NY 10001<br>Attn: Evan Hill. and Moshe Jacob<br>evan.hill@skadden.com<br>moshe.jacob@skadden.com | Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Attn: Edmon L. Morton and Kenneth J. Enos<br>Email: emorton@ycst.com<br>Email: kenos@ycst.com |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>920 North King Street<br>Wilmington, Delaware 19801<br>Attn: Joseph Larkin<br>joseph.larkin@skadden.com | Glenn Agre Bergman & Fuentes LLP<br>1185 Avenue of the Americas, 22nd Floor<br>New York, New York 10036<br>Attn: Andrew K. Glenn, Esq., Trevor J. Welch, Esq. and Malak S. Doss, Esq.<br>Email: aglenn@glennagre.com<br>Email: twelch@gennagre.com<br>Email: mdoss@glennagre.com |

Date: February 4, 2024

**STINSON LLP**

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

***Counsel to New Media Retailer***