IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **TRUE VALUE COMPANY, L.L.C.** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-12337 (KBO) <br><br> (Jointly Administered) |

NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED
FOR FEBRUARY 11, 2025, AT 10:30 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## RESOLVED MATTERS

1. Debtors' Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 749, 1/3/25]

   Objection Deadline:    January 17, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. Certificate of No Objection [D.I. 792, 1/21/25]

   B. Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 798, 1/22/25]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] **Amendments appear in bold.**

32749117.3

   Objections Filed:    None

   Status:  An order has been entered.

2. Motion to Allow G&W Equipment, Inc.'s Proof of Claim as Timely Filed [D.I. 760, 1/8/25]

   Objection Deadline:    January 22, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. Certificate of No Objection [D.I. 810, 1/24/25]

   B. Order Granting Motion to Allow G&W Equipment, Inc.'s Proof of Claim as Timely Filed [D.I. 820, 1/24/25]

   Objections Filed:    None

   Status:  An order has been entered.

3. Motion of Michael Zawaski, Shawn Matz, Olivia Matz, Blake Kopinetz, John Kruss, Brian Shishlo and Justin Dicello for Entry of an Order Granting Stay Relief and Allowing Proofs of Claim as Timely Filed [D.I. 766, 1/14/25]

   Objection Deadline:    January 28, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. Certification of Counsel [D.I. 873, 2/6/25]

   B. Order Approving Motion of Michael Zawaski, Shawn Matz, Olivia Matz, Blake Kopinetz, John Kruss, Brian Shishlo and Justin Dicello for Entry of an Order Granting Stay Relief and Allowing Proofs of Claim as Timely Filed [D.I. 875, 2/7/25]

   Objections Filed:    None

   Status:  An order has been entered.

4. Debtors' Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 829, 1/28/25]

   Objection Deadline:    February 4, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. Certificate of No Objection [D.I. 870, 2/5/25]

32749117.3

  B. Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 871, 2/6/25]

Objections Filed: None

Status: An order has been entered.

## ADJOURNED MATTER

5. Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 339, 11/6/24]

    Objection Deadline: November 18, 2024, at 4:00 p.m. (ET), as may have been extended for certain parties

    Related Documents:

    A. Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief [D.I. 12, 10/14/24]

    B. Order (I) Approving the Bid Protections; (II) Approving the Assumption and Assignment Procedures; (III) Authorizing and Approving the Form of Notice of the Sale of Substantially All of the Assets of the Debtors; (IV) Authorizing and Scheduling the Sale Hearing and Setting Other Related Dates and Deadlines; and (V) Granting Related Relief [D.I. 297, 11/4/24]

    C. Order (A) Approving Sale of Substantially All of Debtors' Assets Fee and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing Debtors to Enter Into and Perform Under Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts, and (D) Granting Related Relief [D.I. 411, 11/13/24]

    D. First Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 416, 11/13/24]

    E. Second Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 822, 1/24/25]

    Objections Filed:

    A. See Schedule A, attached

Status: This matter is adjourned to a date and time to be determined.

32749117.3

**UNCONTESTED MATTERS GOING FORWARD**

6. Motion for Authorization to File Under Seal Exhibits 3 Through 5 of Exhibit A to Generac Power Systems, Inc.'s Response to Debtors' Objection to Proof of Claim No. C227-1823 [D.I. 806, 1/23/25]

    Objection Deadline:    February 4, 2025, at 4:00 p.m. (ET)

    Related Documents:    None

    Objections Filed:    None

    Status:  This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

7. Debtors' First Omnibus Objection to Claims (Non-Substantive) [D.I. 753, 1/7/25]

    Objection Deadline:    January 21, 2025, at 4:00 p.m. (ET)

    Related Documents:    None

    Objections Filed:

    A. See Schedule B, attached

    Status:  The Debtors intend to file a revised form of order under certification of counsel.  This matter is going forward, solely with respect to those claimants who did not submit a response to the Objection.

8. Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 754, 1/7/25]

    Objection Deadline:    January 21, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Declaration of R. Scott Dexheimer in Support of Response of United States Gypsum Co. to Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 791, 1/21/25]

    Objections Filed:

    A. See Schedule C, attached

    Status:  The Debtors intend to file a revised form of order under certification of counsel.  This matter is going forward, solely with respect to those claimants who did not submit a response to the Objection.

32749117.3

9. Debtors' Third Omnibus Objection to Claims (Non-Substantive) [D.I. 755, 1/7/25]

   Objection Deadline:    January 21, 2025, at 4:00 p.m. (ET)

   Related Documents:    None

   A. See Schedule D, attached

   Objections Filed:    None

   Status:  The Debtors intend to file a revised form of order under certification of counsel.  This matter is going forward, solely with respect to those claimants who did not submit a response to the Objection.

10. Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 795, 1/21/25]

    Objection Deadline:    February 4, 2025, at 4:00 p.m. (ET), extended to February 10, 2025, at 12:00 p.m. (ET) for the prepetition lenders

    Related Documents:

    A. Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 796, 1/21/25]

    B. Disclosure Statement for the Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 797, 1/21/25]

    C. Notice of Supplement to Debtors' Proposed Solicitation Procedures [D.I. 826, 1/27/25]

    D. Notice of Filing of Revised Proposed Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 876, 2/7/25]

    E. **First Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 878, 2/7/25]**

    F. **Disclosure Statement for First Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 879, 2/7/25]**

    G. **Notice of Blackline of the Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [D.I. 880, 2/7/25]**

32749117.3

H. Notice of Filing of Blackline of Disclosure Statement for the Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [D.I. 881, 2/7/25]

Objections Filed:

A. Objection of the United States Trustee to Motion of Debtors for Conditional Approval of Disclosure Statement and Establishment of Solicitation Procedures [D.I. 860, 2/4/25]

B. Limited Objection of Somerset XXV [D.I. 865, 2/4/25]

Status: The Debtors have filed revised versions of the Plan and Disclosure Statement and are continuing to work with parties in interest. This matter is going forward.

Dated: February 7, 2025
Wilmington, Delaware

<table>
<tr><td>

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Kristin L. McElroy (Del. Bar No. 6871)
Timothy R. Powell (Del. Bar No. 6894)
Carol E. Thompson (Del. Bar No. 6936)
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email:  emorton@ycst.com
kenos@ycst.com
kmcelroy@ycst.com
tpowell@ycst.com
cthompson@ycst.com

*Efficiency Counsel to the*
*Debtors and Debtors in Possession*

</td><td>

**GLENN AGRE BERGMAN & FUENTES LLP**

Andrew K. Glenn (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Malak S. Doss (admitted *pro hac vice*)
Michelle C. Perez (admitted *pro hac vice*)
Esther Hong (admitted *pro hac vice*)
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email:   aglenn@glennagre.com
twelch@glennagre.com
mdoss@glennagre.com
mperez@glennagre.com
ehong@glennagre.com

*Conflicts Counsel to the*
*Debtors and Debtors in Possession*

</td></tr>
</table>

32749117.3