IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF SECOND AMENDED[2] AGENDA FOR HEARING SCHEDULED
FOR FEBRUARY 11, 2025, AT 10:30 A.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**RESOLVED MATTERS**

1. Debtors' Motion for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 749, 1/3/25]

    Objection Deadline:    January 17, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 792, 1/21/25]

    B. Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 798, 1/22/25]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] **Amendments appear in bold.**

32749117.4

    Objections Filed:    None

    Status:  An order has been entered.

2. Motion to Allow G&W Equipment, Inc.'s Proof of Claim as Timely Filed [D.I. 760, 1/8/25]

    Objection Deadline:    January 22, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 810, 1/24/25]

    B. Order Granting Motion to Allow G&W Equipment, Inc.'s Proof of Claim as Timely Filed [D.I. 820, 1/24/25]

    Objections Filed:    None

    Status:  An order has been entered.

3. Motion of Michael Zawaski, Shawn Matz, Olivia Matz, Blake Kopinetz, John Kruss, Brian Shishlo and Justin Dicello for Entry of an Order Granting Stay Relief and Allowing Proofs of Claim as Timely Filed [D.I. 766, 1/14/25]

    Objection Deadline:    January 28, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Certification of Counsel [D.I. 873, 2/6/25]

    B. Order Approving Motion of Michael Zawaski, Shawn Matz, Olivia Matz, Blake Kopinetz, John Kruss, Brian Shishlo and Justin Dicello for Entry of an Order Granting Stay Relief and Allowing Proofs of Claim as Timely Filed [D.I. 875, 2/7/25]

    Objections Filed:    None

    Status:  An order has been entered.

4. Debtors' Motion for an Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 829, 1/28/25]

    Objection Deadline:    February 4, 2025, at 4:00 p.m. (ET)

    Related Documents:

    A. Certificate of No Objection [D.I. 870, 2/5/25]

32749117.4

B. Order, Pursuant to Section 1121(d) of the Bankruptcy Code, Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 871, 2/6/25]

Objections Filed:   None

Status:  An order has been entered.

## ADJOURNED MATTER

5. Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 339, 11/6/24]

    Objection Deadline:   November 18, 2024, at 4:00 p.m. (ET), as may have been extended for certain parties

    Related Documents:

    A. Motion of Debtors for Entry of an Order (I) Establishing Bidding, Noticing, and Assumption and Assignment Procedures, (II) Approving the Sale of Substantially All of the Debtors' Assets, and (III) Granting Related Relief [D.I. 12, 10/14/24]

    B. Order (I) Approving the Bid Protections; (II) Approving the Assumption and Assignment Procedures; (III) Authorizing and Approving the Form of Notice of the Sale of Substantially All of the Assets of the Debtors; (IV) Authorizing and Scheduling the Sale Hearing and Setting Other Related Dates and Deadlines; and (V) Granting Related Relief [D.I. 297, 11/4/24]

    C. Order (A) Approving Sale of Substantially All of Debtors' Assets Fee and Clear of All Claims, Liens, Rights, Interests, and Encumbrances, (B) Authorizing Debtors to Enter Into and Perform Under Asset Purchase Agreement, (C) Approving Assumption and Assignment of Certain Executory Contracts, and (D) Granting Related Relief [D.I. 411, 11/13/24]

    D. First Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 416, 11/13/24]

    E. Second Supplemental Notice of Proposed Assumption and Assignment of Certain Executory Contracts [D.I. 822, 1/24/25]

    Objections Filed:

    A. See Schedule A, attached

    Status:  This matter is adjourned to a date and time to be determined.

32749117.4

**UNCONTESTED MATTERS GOING FORWARD**

6. Motion for Authorization to File Under Seal Exhibits 3 Through 5 of Exhibit A to Generac Power Systems, Inc.'s Response to Debtors' Objection to Proof of Claim No. C227-1823 [D.I. 806, 1/23/25]

   Objection Deadline:    February 4, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. Certificate of No Objection [D.I. 885, 2/10/25]

   Objections Filed:    None

   Status: **A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.**

**CONTESTED MATTERS GOING FORWARD**

7. Debtors' First Omnibus Objection to Claims (Non-Substantive) [D.I. 753, 1/7/25]

   Objection Deadline:    January 21, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. **Certification of Counsel [D.I. 894, 2/10/25]**

   Objections Filed:

   A. See Schedule B, attached

   Status:  **The Debtors have filed a revised form of order under certification of counsel**.  This matter is going forward, solely with respect to those claimants who did not submit a response to the Objection **or the claim was not consensually settled**.

8. Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 754, 1/7/25]

   Objection Deadline:    January 21, 2025, at 4:00 p.m. (ET)

   Related Documents:

   A. Declaration of R. Scott Dexheimer in Support of Response of United States Gypsum Co. to Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 791, 1/21/25]

   B. **Certification of Counsel [D.I. 895, 2/10/25]**

   Objections Filed:

   A. See Schedule C, attached

32749117.4

<u>Status</u>:  **The Debtors have filed a revised form of order under certification of counsel**.  This matter is going forward, solely with respect to those claimants who did not submit a response to the Objection **or the claim was not consensually settled**.

9. Debtors' Third Omnibus Objection to Claims (Non-Substantive) [D.I. 755, 1/7/25]

    <u>Objection Deadline</u>:    January 21, 2025, at 4:00 p.m. (ET)

    <u>Related Documents</u>:

    A. **Certification of Counsel [D.I. 896, 2/10/25]**

    <u>Objections Filed</u>:

    A. See Schedule D, attached

    <u>Status</u>:  **The Debtors have filed a revised form of order under certification of counsel**.  This matter is going forward, solely with respect to those claimants who did not submit a response to the Objection **or the claim was not consensually settled**.

10. Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 795, 1/21/25]

    <u>Objection Deadline</u>:    February 4, 2025, at 4:00 p.m. (ET), extended to February 10, 2025, at 12:00 p.m. (ET) for the prepetition lenders

    <u>Related Documents</u>:

    A. Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 796, 1/21/25]

    B. Disclosure Statement for the Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 797, 1/21/25]

    C. Notice of Supplement to Debtors' Proposed Solicitation Procedures [D.I. 826, 1/27/25]

    D. Notice of Filing of Revised Proposed Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 876, 2/7/25]

    E. First Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 878, 2/7/25]

32749117.4

F. Disclosure Statement for First Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 879, 2/7/25]

G. Notice of Blackline of the Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [D.I. 880, 2/7/25]

H. Notice of Filing of Blackline of Disclosure Statement for the Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [D.I. 881, 2/7/25]

**I. Debtors' Omnibus Reply in Support of Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 888, 2/10/25]**

**J. Debtors' Motion for Leave and Permission to File Debtors' Omnibus Reply (I) in Support of Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 889, 2/10/25]**

**K. Notice of Withdrawal of Limited Objection of Somerset XXV [D.I. 893, 2/10/25]**

Objections Filed:

A. Objection of the United States Trustee to Motion of Debtors for Conditional Approval of Disclosure Statement and Establishment of Solicitation Procedures [D.I. 860, 2/4/25]

B. Limited Objection of Somerset XXV [D.I. 865, 2/4/25]

**C. Administrative Agent's Reservation of Rights with Respect to Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 890, 2/10/25]**

Status: The Debtors have filed revised versions of the Plan and Disclosure Statement and are continuing to work with parties in interest. This matter is going forward.

32749117.4

Dated: February 10, 2025
Wilmington, Delaware

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **GLENN AGRE BERGMAN & FUENTES LLP** |
| */s/ Kenneth J. Enos* | Andrew K. Glenn (admitted *pro hac vice*) |
| Edmon L. Morton (Del. Bar No. 3856) | Trevor J. Welch (admitted *pro hac vice*) |
| Kenneth J. Enos (Del. Bar No. 4544) | Malak S. Doss (admitted *pro hac vice*) |
| Kristin L. McElroy (Del. Bar No. 6871) | Michelle C. Perez (admitted *pro hac vice*) |
| Timothy R. Powell (Del. Bar No. 6894) | Esther Hong (admitted *pro hac vice*) |
| Carol E. Thompson (Del. Bar No. 6936) | 1185 Avenue of the Americas |
| One Rodney Square | 22nd Floor |
| 1000 North King Street | New York, New York 10036 |
| Wilmington, Delaware 19801 | Telephone: (212) 970-1600 |
| Telephone: (302) 571-6600 | Email:   aglenn@glennagre.com |
| Email:  emorton@ycst.com | twelch@glennagre.com |
| kenos@ycst.com | mdoss@glennagre.com |
| kmcelroy@ycst.com | mperez@glennagre.com |
| tpowell@ycst.com | ehong@glennagre.com |
| cthompson@ycst.com | |
| *Efficiency Counsel to the Debtors and Debtors in Possession* | *Conflicts Counsel to the Debtors and Debtors in Possession* |

32749117.4

## SCHEDULE A

Summary of Responses to Second Supplemental Cure Notice
Docket No. 822

|  | RESPONSES | CURE ID NO. | OBJECTION | DKT. NO. | STATUS |
|---|---|---|---|---|---|
| **INFORMAL RESPONSES** | | | | | |
| 1. | Amazon Services | 131 | Objection to cure | N/A | Resolved |
| 2. | Ameris Bank d/b/a Balboa Capital | 1251 | Objection to cure | N/A | Adjourned |
| 3. | Ariens Company | 217 | Objection to cure | N/A | Resolved - To Be Removed |
| 4. | BMO Harris Equipment Finance | 417 | Objection to cure | N/A | Adjourned |
| 5. | Chervon North America | 634 | Objection to cure | N/A | Adjourned |
| 6. | Corona Clipper | 768 | Objection to cure | N/A | Adjourned |
| 7. | First Financial Holdings, LLC, as successor in interest to First Financial Corporate Leasing, LLC | 1253 | Objection to cure | N/A | Adjourned |
| 8. | Lumen Technologies | 2066 | Objection to cure | N/A | Adjourned |
| 9. | Mitsubishi HC Capital America, Inc. | 1251 | Objection to cure | N/A | Resolved |
| 10. | Pengate Handling Systems, Inc. | 8683 | Objection to cure | N/A | Adjourned |
| 11. | Rubicon | 2925 | Objection to cure | N/A | Resolved |
| 12. | Rxo Managed Transport LLC | 2931 | Objection to cure | N/A | Adjourned |
| 13. | Sodastream USA Inc | 3116 | Objection to cure | N/A | Adjourned |
| 14. | Tomy International | 3382 | Objection to cure | N/A | Resolved - To Be Removed |
| 15. | U S Stove Company | 3448 | Objection to cure | N/A | Adjourned |
| 16. | United Healthcare Services | 3475 | Objection to cure and assumption | N/A | Adjourned |
| 17. | Us Salt LLC | 3491 | Objection to cure | N/A | Resolved - To Be Removed |

32850391.1

|  | RESPONSES | CURE ID NO. | OBJECTION | DKT. NO. | STATUS |
|---|---|---|---|---|---|
| 18. | White-Rodgers Division | 3651 | Objection to cure | N/A | Resolved - To Be Removed |
| **FORMAL RESPONSES** | | | | | |
| 19. | 462 Thomas Family Properties L.P. | 7 | Objection to cure | 443, 862 | Adjourned |
| 20. | AFCO Credit Corporation | 274, 722, 2998, 3718, 3762 | Reservation of rights regarding assumption | 847 | Adjourned |
| 21. | Airgas USA LLC | 76 | Objection to cure | 854 | Adjourned |
| 22. | AmeriGas Propane Bulk | 157 | Objection to cure and removal from Second Supplemental Notice | 506 | Adjourned |
| 23. | City Of Chicago Dept. Of Finance | 661 | Objection to cure | 857 | Adjourned |
| 24. | Corvel Enterprise Comp, Inc., | 772 | Objection to cure | 613 | Adjourned |
| 25. | Fifth Third Bank | 1236 | Objection to cure | 580, 846 | Adjourned |
| 26. | First American Commercial Bancorp, Inc. | 1251 | Objection to cure | 849 | Resolved |
| 27. | Franklinville True Value Hardware (Member 22194) | 5316 | Objection to cure | 551 | Adjourned |
| 28. | Granite (12 Tradeport) LLC | 1448 | Objection to cure | 502, 859 | Adjourned |
| 29. | Hexaware Technologies | 1568 | Objection to cure | 485 | Resolved |
| 30. | Huber Engineered Woods | 1636 | Objection to cure | 459, 848 | Resolved - To Be Removed |
| 31. | Huntington National Bank | 1251 | Objection to cure | 517 | Resolved |
| 32. | Infor | 1704 | Objection to cure | 612 | Adjourned |
| 33. | Mansfield Oil | 2113 | Objection to cure | 486 | Adjourned |
| 34. | Master Nursery Garden Center (Member 18790) | 6323 | Objection to cure | 837 | Adjourned |
| 35. | McCoy Corporation d/b/a McCoy's Building Supply | 6342 | Objection to cure | 427, 851 | Adjourned |
| 36. | Microsoft | 1647 | Objection to cure | 480 | Adjourned |
| 37. | New Media Retailer | 2364 | Objection to cure | 704, 863 | Resolved - To Be Removed |

32850391.1

2

|  | RESPONSES | CURE ID NO. | OBJECTION | DKT. NO. | STATUS |
|---|---|---|---|---|---|
| 38. | Saint-Gobain Adfors America, Inc. | 3178 | Objection to cure | 481 | Resolved - To Be Removed |
| 39. | Salesforce.com, Inc. | 2951 | Objection to cure | 596 | Adjourned |
| 40. | Sherwin-Williams Company | 1928 | Objection to cure | 492, 855 | Resolved |
| 41. | Somerset Capital Group | 3124 | Objection to cure | 444, 844 | Resolved |
| 42. | Stihl Inc | 3214 | Objection to cure | 511, 853 | Resolved |
| 43. | STNL II (Harvard), LLC | 3215 | Objection to cure | 425 | Adjourned |
| 44. | Travelers Excess And Surplus Lines Co (Corvus) | 3403 | Objection to assumption | 852 | Adjourned |
| 45. | Warren Distribution | 3589 | Objection to cure | 581, 856 | Adjourned |
| 46. | Whirlpool Corporation | 1404 | Objection to cure | 451, 843 | Resolved - To Be Removed |
| 47. | WPC Landlords | 3713 | Objection to cure | 497 | Adjourned |

32850391.1

3

## SCHEDULE B

Summary of Responses to First Omnibus Objection to Claims (Non-Substantive)
Docket No. 753

|     | RESPONSES | STATUS |
| --- | --- | --- |
| **INFORMAL RESPONSES** | | |
| 1. | Gardner Asphalt Corporation (C337-2633) | Resolved |
| 2. | Packaging Corporation of America (C337-2597) | Resolved |
| 3. | Mine Safety Appliance Company, LLC (C337-2555) | Resolved |
| 4. | Brenntag Mid-South, Inc. (C337-2312) | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 5. | Coca-Cola Consolidated, Inc. (C337-2282) | Resolved |
| 6. | Clopay Corporation (C337-2293) | Resolved |
| 7. | Liberty Garden Products, Inc. (C337-2642) | Resolved |
| **FORMAL RESPONSES** | | |
| 8. | Table Mountain Sales LLC (C337-2511) Docket No. 775 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 9. | C & L Supply Inc. (C337-2205) Docket No. 781 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 10. | Red Devil Inc. (C337-1994) Docket No. 788 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 11. | Music of the Spheres, Inc. (C337-2008) Docket No. 834 | Resolved |
| 12. | Enco Manufacturing Inc. (C337-2254) Docket No. 779 | Resolved |
| 13. | Max Chemical Inc. (C337-2247) Docket No. 780 | Resolved |
| 14. | USG Corporation (C337-1848 & C337-2306) Docket No. 786 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 15. | Burlington Products (C342-23 & C337-2065) Docket No. 801 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 16. | Greenleaf Nursery Company (C337-2321) Docket No. 835 | Resolved |

**SCHEDULE C**

Summary of Responses to Second Omnibus Objection to Claims (Substantive)
Docket No. 754

|     | RESPONSES | STATUS |
| --- | --- | --- |
| **INFORMAL RESPONSES** | | |
| 1. | The Hillman Group, Inc. (C337-1416) | Resolved |
| 2. | Midwest Fastener Corp (C337-1608) | Resolved |
| 3. | Black & Decker (U.S.) Inc. (C337-1807) | Resolved |
| 4. | Advanced Drainage Systems, Inc. (C337-1774) | Resolved |
| 5. | DAP Global, Inc. (C337-1912) | Resolved |
| 6. | Southwire Company LLC (C337-1723) | Resolved |
| 7. | Toledo & Co., Inc. (C337-1934) | Resolved |
| 8. | UFP International, LLC (C337-1496) | Resolved |
| 9. | Newell Brands Distribution LLC (C337-1750) | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 10. | CertainTeed Gypsum, Inc. (C337-935) | Resolved |
| 11. | TOMY International, Inc. (C337-1368) | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 12. | Church & Dwight Co., Inc. (C337-1785) | Resolved |
| 13. | Quikrete Holdings, Inc. (C337-1247) | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 14. | Ademco Inc. (Resideo Technologies) (C337-100200) | Resolved |
| 15. | Church & Dwight Co, Inc. (C337-1785, C339-2, C342-13 & C344-5) | Resolved |
| 16. | BlueLinx Corporation (C337-1946) | Resolved |
| **FORMAL RESPONSES** | | |
| 17. | Boise Cascade Building Materials Distribution, L.L.C. (C337-1081) Docket No. 811 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 18. | Music of the Spheres, Inc. (C337-2008) Docket No. 834 | Resolved |
| 19. | Generac Power Systems, Inc. (C337-1823) Docket Nos. 789 & 807 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |

32801734.1

|     | RESPONSES | STATUS |
| --- | --- | --- |
| 20. | Charlotte Pipe and Foundry Company (C337-1382) Docket No. 782 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 21. | Highline Warren, LLC (C337-1840) Docket No. 783 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 22. | A.O. Smith Corporation (C337-1307) Docket No. 785 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 23. | USG Corporation (C337-1848 & C337-2306) Docket No. 787 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 24. | STIHL Incorporated (C337-1899) Docket Nos. 790 & 791 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 25. | STIHL Southeast, Inc. (C337-1901) Docket Nos. 790 & 791 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 26. | Blue Mountain Equipment, Inc. (C337-1909) Docket Nos. 790 & 791 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 27. | Highline Warren, LLC (C341-20) Docket No. 783 | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |

32801734.1

## SCHEDULE D

Summary of Responses to Third Omnibus Objection to Claims (Non-Substantive)
Docket No. 755

| | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1. | Yeager Hardware (C337-100348) | Adjourned to Hearing on March 27, 2025, at 10:30 a.m. (ET) |
| 2. | Southwire Company LLC (C337-1723 & C337-2016) | Resolved |
| 3. | KAB Enterprise Co., Ltd. (C337-100212 & C337-100226) | Resolved |
| 4. | Gardner-Gibson Inc. (C337-2633 & C337-2367) | Resolved |
| 5. | ICP Group (C337-2633 & C337-1844) | Resolved |
| 6. | ICP Group (C337-2633 & C337-1905) | Resolved |
| 7. | ITM Co. Ltd. (C337-1624 & C337-1622) | Resolved |