IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRUE VALUE COMPANY, L.L.C., *et al.,* | ) | Case No. 24-12337 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 806** |

**ORDER GRANTING MOTION FOR AUTHORIZATION TO FILE UNDER SEAL EXHIBITS 3 THROUGH 5 OF EXHIBIT A TO GENERAC POWER SYSTEMS, INC.'S RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. C337-1823**

Upon consideration of the *Motion for Authorization to File Under Seal Exhibits 3 through 5 of Exhibit A to Generac Power Systems, Inc.'s Response to Debtor's Objection to Proof of Claim No. C337-1823* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted therein;

IT IS HEREBY ORDERED THAT:

1. The Motion to Seal is GRANTED; and

2. Generac is hereby granted permission to file Exhibits 3 through 5 of Exhibit A to the Response[2] under seal pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

*[signature: Ka B. O—]*

**Dated: February 11th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms not fully defined herein shall have the meaning ascribed to them in the Motion to Seal.