IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re*<br><br>**TRUE VALUE COMPANY, L.L.C.** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 793 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Third Monthly Fee Application of Glenn Agre Bergman & Fuentes LLP, Conflicts Counsel to the Debtors, for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from December 1, 2024 Through December 31, 2024* [Docket No. 793] (the "Application") filed on January 21, 2025.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by February 11, 2025 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 346],

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

32763537.2

the Debtors are now authorized to pay 80% ($315,636.00[2]) of requested fees ($394,545.00) and 100% of requested expenses ($1,684.81) on an interim basis without further order of the Court.

Dated: February 12, 2025
       Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

*/s/ Kristin L. McElroy*
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Kristin L. McElroy (Del. Bar No. 6871)
Timothy R. Powell (Del. Bar No. 6894)
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email:  emorton@ycst.com
        kenos@ysct.com
        kmcelroy@ycst.com
        tpowell@ycst.com

- and -

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Malak S. Doss (admitted *pro hac vice*)
Michelle C. Perez (admitted *pro hac vice*)
Esther Hong (admitted *pro hac vice*)
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email:  aglenn@glennagre.com
        twelch@glennagre.com
        mdoss@glennagre.com
        mperez@glennagre.com
        ehong@glennagre.com

*Efficiency Counsel to the Debtors and Debtors in Possession*

---

[2]  This reflects a voluntary reduction of $8,327.50.

32763537.2