# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>**TRUE VALUE COMPANY, L.L.C.** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**March 7, 2025 at 4:00 p.m. (ET)**<br><br>**Hearing Date:**<br>**March 27, 2025 at 10:30 a.m. (ET)** |

## NOTICE OF FIRST INTERIM FEE APPLICATION OF THE DEBTORS' PROFESSIONALS[2] FOR THE PERIOD FROM OCTOBER 14, 2024 THROUGH AND INCLUDING DECEMBER 31, 2024

**PLEASE TAKE NOTICE** that, pursuant to that certain *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* [Docket No. 346] (the "Interim Compensation Order"), certain of the professionals retained by True Value Company, L.L.C. and its affiliates (collectively, the "Debtors") in the above-captioned chapter 11 cases, hereby apply for interim allowance of compensation and reimbursement of expenses (the "Fee Request") for all monthly applications covering the period from October 14, 2024 through and including December 31, 2024 (collectively, the "Monthly Applications"). Summaries of the fees and expenses subject to the Fee Request are provided in the attachment hereto and set forth in the Monthly Applications previously filed with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, the Debtors were authorized to pay, on an interim basis, 80% of the amount of compensation requested and 100% of the reimbursable expenses requested in the Monthly Applications without further order from the Court.

**PLEASE TAKE FURTHER NOTICE THAT OBJECTIONS, IF ANY, TO THE FEE REQUEST ARE REQUIRED TO BE FILED AND SERVED ON THE AFFECTED PROFESSIONAL AND THE PARTIES SET FORTH IN THE INTERIM COMPENSATION ORDER ON OR BEFORE MARCH 7, 2025 AT 4:00 P.M. (ET).**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Skadden, Arps, Slate, Meagher & Flom LLP, counsel to the Debtors, will be filing a separate interim fee application.

32576963.2

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Fee Request will be held before the Honorable Karen B. Owens in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801, on **March 27, 2025, 2025 at 10:30 a.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THE FEE REQUEST, THE COURT MAY ENTER AN ORDER APPROVING THE FEE REQUEST WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: February 14, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Kristin L. McElroy (Del. Bar No. 6871)
Timothy R. Powell (Del. Bar No. 6894)
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: emorton@ycst.com
kenos@ysct.com
kmcelroy@ycst.com
tpowell@ycst.com

*Efficiency Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C. *et al.*,** | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP**

| | |
|---|---|
| Name of Applicant: | Young Conaway Stargatt & Taylor, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 14, 2024 (order entered on November 14, 2024) |
| Period for which compensation and reimbursement is sought: | October 14, 2024 through December 31, 2024 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 10/14/24–10/31/24 12/5/24 D.I. 669[2] | $289,221.50 | $2,880.02 | 12/27/24 D.I. 739 | $231,377.20 | $2,880.02 | $57,844.30 |
| 11/1/24-11/30/24 12/20/24 D.I. 726 | $250,610.00 | $545.62 | 1/13/25 D.I. 764 | $200,488.00 | $545.62 | $50,122.00 |
| 12/1/24-12/31/24 1/15/25 D.I. 771 | $124,078.50 | $4.83 | 2/6/25 D.I. 872 | $99,262.80 | $4.83 | $24,815.70 |
| **TOTALS** | **$663,910.00** | **$3,430.47** | | **$531,128.00** | **$3,430.47** | **$132,782.00** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] The requested fee amount reflects a $5,000 deduction from $668,910.00 to $663,910.00 to which Young Conaway Stargatt & Taylor, LLP has agreed following discussions with the Office of the United States Trustee for the District of Delaware.

32576963.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF
<u>GLENN AGRE BERGMAN & FUENTES LLP</u>**

| | |
|---|---|
| Name of Applicant: | Glenn Agre Bergman & Fuentes LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 14, 2024 (order entered on November 14, 2024) |
| Period for which compensation and reimbursement is sought: | October 14, 2024 through December 31, 2024 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO/COC Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 10/14/24–10/31/24 11/27/24 D.I. 637[2] | $1,213,125.00 | $47,902.31 | 12/23/24 D.I. 730 | $970,500.00 | $47,902.31 | $242,625.00 |
| 11/1/24-11/30/24 12/26/24 D.I. 735 | $377,395.00 | $2,302.31 | 1/17/25 D.I. 776 | $301,916.00 | $2,302.31 | $75,479.00 |
| 12/1/24-12/31/24 1/21/25 D.I. 793[3] | $394,545.00 | $1,684.81 | 2/12/25 D.I. 912 | $315,636.00 | $1,684.81 | $78,909.00 |
| **TOTALS** | **$1,985,065.00** | **$51,889.43** | | **$1,588,052.00** | **$51,889.43** | **$397,013.00** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] The requested fee amount reflects a $20,000 deduction from $1,233,125.00 to $1,213,125.00 to which Glenn Agre Bergman & Fuentes LLP has agreed following discussions with the Office of the United States Trustee for the District of Delaware.

[3] The requested fee amount reflects a voluntary reduction of $8,327.50.

32576963.2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**FIRST INTERIM FEE APPLICATION OF
<u>OMNI AGENT SOLUTIONS, INC.</u>**

| | |
|---|---|
| Name of Applicant: | Omni Agent Solutions, Inc. |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | October 14, 2024 (order entered on November 14, 2024) |
| Period for which compensation and reimbursement is sought: | October 14, 2024 through November 30, 2024 |

| Monthly Fee Period, Date Filed & Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | Amount of Fees Paid or to be Paid (80%) | Amount of Expenses Paid or to be Paid (100%) | Amount of Holdback Fees Sought (20%) |
|---|---|---|---|---|---|---|
| 10/14/24–11/30/24 1/8/25 D.I. 758 | $72,453.60 | $0.00 | 1/30/25 D.I. 839 | $57,962.88 | $0.00 | $14,490.72 |
| **TOTALS** | **$72,453.60** | **$0.00** | | **$57,962.88** | **$0.00** | **$14,490.72** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.