IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**SUPPLEMENT TO FIRST INTERIM FEE REQUEST OF
<u>GLENN AGRE BERGMAN & FUENTES LLP</u>**

Glenn Agre Bergman & Fuentes LLP ("<u>Glenn Agre</u>"), counsel to the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>"), hereby supplements the *First Interim Fee Request of Glenn Agre Bergman & Fuentes LLP* (the "<u>First Interim Application</u>") for the period from October 14, 2024 through December 31, 2024 (the "<u>Application Period</u>") by attaching, as **Exhibits A** through **E** hereto, certain schedules requested by the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases* (the "<u>UST Guidelines</u>"). In addition, Glenn Agre respectfully states as follows to address the questions set forth under section C.5 of the UST Guidelines:

a.  During the Application Period, Glenn Agre did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms.

b.  The fees sought by Glenn Agre in the First Interim Application are less than 10% higher than the fees budgeted in the budget provided by Glenn Agre to the Debtors for Application Period.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

c. The professionals included in the First Interim Application did not vary their hourly rate based on the geographic location of the bankruptcy cases.

d. The First Interim Application did not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy.

e. The time period covered by the First Interim Application includes approximately 4.6 hours with a value of approximately $3,795.00 spent by Glenn Agre to ensure that the time entries subject to the First Interim Application comply with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and do not disclose privileged or confidential information. This review and any revisions associated therewith are a necessary component of Glenn Agre's preparation of each monthly fee application.

f. The First Interim Application did not include any rate increases since the effective date of the Court's approval of Glenn Agre's retention.

Dated: February 14, 2025
New York, New York

**GLENN AGRE BERGMAN FUENTES LLP**

*/s/ Andrew K. Glenn*
Andrew K. Glenn (admitted *pro hac vice*)
Trevor J. Welch (admitted *pro hac vice*)
Malak S. Doss (admitted *pro hac vice*)
Michelle C. Perez (admitted *pro hac vice*)
Esther Hong (admitted *pro hac vice*)
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email:  aglenn@glennagre.com
twelch@glennagre.com
mdoss@glennagre.com
mperez@glennagre.com
ehong@glennagre.com

*Conflicts Counsel to the Debtors and Debtors in Possession*

**EXHIBIT A**

**CUSTOMARY AND COMPARABLE
COMPENSATION DISCLOSURES**

Glenn Agre's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by similarly skilled bankruptcy attorneys. In addition, Glenn Agre's hourly rates for bankruptcy services are comparable to the rates charged by the Firm for other non-bankruptcy matters. The rates charged by the Firm for the services performed in the prior calendar year in the practice areas that are comparable to the services performed by the Bankruptcy, Restructuring & Distressed Debt section – namely, Complex Commercial Litigation and White-Collar Litigation & Investigations – are set forth below.[1]

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | **Billed** In comparable practice areas for preceding calendar year[2] | **Billed** This Application |
| Partner | $1,418.00 | $1,566.00 |
| Associate | $823.00 | $781.00 |
| Paraprofessional | $370.00 | $391.00 |
| **Aggregated:** | $928.00 | $904.00 |

---

[1] These rates have been rounded to the nearest whole dollar amount.

[2] This column reflects the blended 2024 rates charged by the firm for complex corporate and litigation matters in the following sections of the firm: Complex Commercial Litigation and White-Collar Litigation & Investigations.

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THE
FIRST INTERIM APPLICATION**

| Name | Title | Department | Date of First Admission | Hourly Rate Billed in the Application Period ($) | Hours Billed in the Application Period | Fees Billed in the Application Period ($) |
|---|---|---|---|---|---|---|
| Andrew K. Glenn | Partner | Bankruptcy | 1996 | $1,700.00 | 185.2 | $314,840.00 |
| Trevor J. Welch | Partner | Bankruptcy. | 1999 | $1,425.00 | 176.2 | $251,085.00 |
| Agustina G. Berro | Associate | Bankruptcy | 2013 | $1,200.00 | 10.3 | $12,360.00 |
| Jason R. Rotstein | Associate | Litigation | 2020 | $850.00 | 161.8 | $137,530.00 |
| Malak S. Doss | Associate | Bankruptcy | 2020 | $825.00 | 492.3 | $406,147.50 |
| Naznen Rahman | Associate | Bankruptcy | 2021 | $825.00 | 267.8 | $220,935.00 |
| Michelle C. Perez | Associate | Bankruptcy | 2021 | $775.00 | 383.7 | $297,367.50 |
| Eric J. Carlson | Associate | Litigation | 2021 | $725.00 | 163.1 | $118,247.50 |
| Esther Hong | Associate | Bankruptcy | 2024 | $675.00 | 348.7 | $235,372.50 |
| Wilfred Lancaster | Paralegal | Bankruptcy | N/A | $400.00 | 23.0 | $9,200.00 |
| Edward Lee | Litigation Manager | N/A | N/A | $400.00 | 3.0 | $1,200.00 |
| N. Sielo Arias | Paralegal | N/A | N/A | $300.00 | 2.6 | $780.00 |
| **Totals** | | | | | **2,217.7** | **$2,005,065.00** |
| **Voluntary Reduction** | | | | | | **-$20,000.00** |
| **Adjusted Total** | | | | | | **$1,985,065.00** |

## EXHIBIT C

## BUDGET AND STAFFING PLAN

| BUDGET – OCTOBER 14, 2024 – DECEMBER 31, 2024 $214,718.1818/WEEK - $2,361,900 | | |
|---|---|---|
| **Project Category** | **Estimated Hours** | **Estimated Fees** |
| Asset Disposition | 2 | $4,000 |
| Asset Analysis, Recovery & Valuation | 1 | $1,400 |
| Business Operations | 25 | $20,000 |
| Case Administration | 40 | $28,000 |
| Claims Administration & Objections | 290 | $225,000 |
| Employee Benefits/Pensions | 5 | $7,000 |
| Fee/Employment Applications | 90 | $65,000 |
| Fee/Employment Objections | 5 | $4,5000 |
| Financing | 300 | $260,000 |
| Litigation | 1150 | $1,170,000 |
| Meetings | 20 | $18,000 |
| Plan and Disclosure Statement | 280 | $240,000 |
| Relief from Stay Proceedings | 1 | $1,500 |
| Transition Services Under TSA | 350 | $277,000 |
| **Totals** | 2559 | $2,361,900 |

| STAFFING PLAN | | |
|---|---|---|
| **Category of Timekeeper** | **Number of Timekeepers Expected to Work on the Matter During the Budgeted Period** | **Average Rate[1]** |
| Partner | 2 | $1,566 |
| Associate (7 or more years since first admission) | 1 | $1,200 |
| Associate (4-6 years since first admission) | 2 | $831 |
| Associate (less than 4 years since first admission) | 4 | $750 |
| Paralegal and Staff | 3 | $391 |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budgeted Period.

# EXHIBIT D

## SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT

| SUMMARY OF COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Hours Billed** | **Fees Sought ($)** |
| Asset Disposition | 2.1 | $3,570.00 |
| Asset Analysis, Recovery & Valuation | 0.0 | $0.00 |
| Business Operations | 19.6 | $17,462.50 |
| Case Administration | 30.7 | $22,797.50 |
| Claims Administration & Objections | 251.1 | $195,127.50 |
| Employee Benefits/Pensions | 3.9 | $5,797.50 |
| Fee/Employment Applications | 72.4 | $53,442.50 |
| Fee/Employment Objections | 4.1 | $3,907.50 |
| Financing | 233.9 | $213,797.50 |
| Litigation | 1015.6 | $1,012,977.50 |
| Meetings | 17.2 | $14,375.00 |
| Plan and Disclosure Statement | 226.7 | $197,905.00 |
| Relief from Stay Proceedings | 0.0 | $0.00 |
| Transition Services Under TSA | 340.4 | $263,905.00 |
| **Totals** | **2,217.70** | **$2,005,065.00** |
| **Voluntary Reduction** | | **-$20,000.00** |
| **Adjusted Total** | | **$1,985,065.00** |

| SUMMARY OF EXPENSE REIMBURSEMENT | |
|---|---|
| **Expense Category** | **Amount ($)** |
| Train/Transportation | $7,208.50 |
| Car Services/Transportation | $463.46 |
| Local/Transportation (Parking) | $116.90 |
| Digital Evidence Group - Appearance and Exhibits | $12,014.04 |
| Discovery / Hosting | $6,470.77 |
| Hotel Accommodations | $14,499.54 |
| Business Meals | $878.15 |
| Transcript Services | $3,697.65 |
| Miscellaneous/Other Professional October Expenses | $4,356.70 |
| Computerized Legal Research | $2,050.34 |
| Docket Retrieval / Search / Filing | $133.38 |
| **Total** | **$51,889.43** |

# EXHIBIT E

| SUMMARY OF FIRST INTERIM APPLICATION | |
|---|---|
| Name of Applicant | Glenn Agre Bergman & Fuentes LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time period covered by First Interim Application | October 14, 2024 through December 31, 2024 |
| Total compensation sought during the Application Period | $2,005,065.00[1] |
| Total expenses sought during the Application Period | $51,889.43 |
| Petition Date | October 14, 2024 |
| Retention Date | October 14, 2024 |
| Date of order approving employment | November 14, 2024 |
| Total compensation approved by interim order to date | $0.00 |
| Total expenses approved by interim order to date | $0.00 |
| Total allowed compensation paid to date | $1,579,724.50 |
| Total allowed expenses paid to date | $51,889.43 |
| Blended rate in the First Interim Application for all attorneys | $910.82 |
| Blended rate in the First Interim Application for all timekeepers | $720.00 |
| Compensation sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed (80%) | $1,579,724.50[2] |
| Expenses sought in the First Interim Application already paid (or to be paid) pursuant to a monthly compensation order but not yet allowed (100%) | $51,889.43 |
| Number of professionals included in the First Interim Application | 12 |
| If applicable, number of professionals in the First Interim Application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought during the Application Period | $2,361,900.00 Budgeted Fees $1,985,065.00 Amount Sought |
| Number of professionals billing fewer than 15 hours to the case during the Application Period | 2 |
| Are any rates higher than those approved or disclosed at retention? | No |

---

[1] The amount reflects a reduction of $8,327.50 in fees on account of voluntary write-offs.

[2] This amount reflects a voluntary reduction of $20,000 in fees, agreed to with the U.S. Trustee.