## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.* | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on February 7, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **First Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [Docket No. 878]**

- **Disclosure Statement for the First Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [Docket No. 879]**

- **Notice of Filing of Blackline of the Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [Docket No. 880]**

- **Notice of Filing of Blackline of Disclosure Statement for the Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [Docket No. 881]**

- **Notice of Amended Agenda for Hearing Scheduled for February 11, 2025, at 10:30 A.M. (ET) [Docket No. 882]**

Dated: February 17, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 17th day of February, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

## EXHIBIT A

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Matrix | 1970 Group, Inc | Attn: Angela Buhrke/Stephen Roseman<br>400 Madison Ave, 18th Fl<br>New York, NY 10017 | SR@1970Group.com; abuhrke@1970Group.com | Email |
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| *NOA - Attorney for the State of Michigan, Department of Treasury | Assistant Attorney General | Attn: Jeanmarie Miller<br>Cadillac Place Bldg<br>3030 W Grand Blvd, Ste 10-200<br>Detroit, MI 48202 | millerj51@michigan.gov | Email |
| *NOA - Counsel for DDP Specialty Electronic Materials US, LLC | Ballard Spahr LLP | Attn: Tobey M Daluz/Margaret A Vesper<br>919 N Market St, 11th Fl<br>Wilmington, DE 19801-3034 | daluzt@ballardspahr.com<br>vesperm@ballardspahr.com | Email |
| *NOA - Counsel to Calumet, Inc. | Barnes & Thornburg LLP | Attn: Mark R Owens/Kevin G Collins<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | mark.owens@btlaw.com<br>kevin.collins@btlaw.com | Email |
| *NOA - Counsel for Infor (US), LLC | Barnes & Thornburg LLP | Attn: Kevin G Collins<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | kevin.collins@btlaw.com | Email |
| *NOA - Counsel for Infor (US), LLC | Barnes & Thornburg LLP | Attn: Molly N Sigler<br>225 S Sixth St, Ste 2800<br>Minneapolis, MN 55402-4662 | Molly.Sigler@btlaw.com | Email |
| *NOA - Counsel for Elanco US Inc. | Barnes & Thornburg LLP | Attn: Mark R Owens/Kevin G Collins<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | mark.owens@btlaw.com<br>kevin.collins@btlaw.com | Email |
| Committee of Unsecured Creditors | Black & Decker (US), Inc. | Attn: Theodore Morris/Matthew Reap<br>1000 Stanley Dr<br>New Britain, CT 06053 | ted.morris@sbdinc.com<br>matthew.reap@sbdinc.com | Email |
| *NOA - Counsel for Monrovia Nursery Company | Blakeley LC | Attn: Scott E Blakeley<br>530 Technology Dr, Ste 100<br>Irvine, CA 92618 | SEB@BlakeleyLC.com | Email |
| *NOA - Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon/Stanley B Tarr<br>1201 N Market St, Ste 800<br>Wilmington, DE 19801 | regina.kelbon@blankrome.com<br>stanley.tarr@blankrome.com | Email |
| *NOA - Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: John E Lucian<br>1 Logan Sq<br>130 N 18th St<br>Philadelphia, PA 19103 | john.lucian@blankrome.com | Email |
| *NOA - Counsel for for Freudenberg Filtration Technologies, L.P. and Protect Plus Industries | Bodman PLC | Attn: Noel Ravenscroft<br>1901 St Antoine St,<br>6th Fl at Ford Field<br>Detroit, MI 48226 | nravenscroft@bodmanlaw.com | Email |
| *NOA - Counsel for STNL II (Harvard), LLC | Brennan Investment Group | Attn: Dean Farley<br>10275 W Higgins Rd, Ste 801<br>Rosemont, IL 60018 | dfarley@brennanllc.com | Email |
| *NOA - Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| Committee of Unsecured Creditors | Carhartt, Inc. | Attn: Anna Inch<br>5750 Mercury Dr<br>Dearborn, MI 48126 | ainch@carhartt.com | Email |
| *NOA - Counsel to Hammer (DE) Limited Partnership, Borland (MN) LLC, Hammered Home (OH) LLC, Wilson Neighbor (IL) LLC and Wrench (DE) Limited Partnership | Chaffetz Lindsey LLP | Attn: Alan J Lipkin<br>1700 Broadway, 33rd Fl<br>New York, NY 10019 | alan.lipkin@chaffetzlindsey.com | Email |
| *NOA - Counsel for for Freudenberg Filtration Technologies, L.P. and Protect Plus Industries | Connolly Gallagher LLP | Attn: Karen C Bifferato<br>1201 N Market St 20th Fl<br>Wilmington, DE 19801 | kbifferato@connollygallagher.com | Email |
| *NOA - Counsel for Korber Supply Chain US, Inc. | Cowles & Thompson, P.C. | Attn: William L Siegel<br>901 Main St, Ste 3900<br>Dallas, TX 75202 | bsiegel@cowlesthompson.com | Email |
| *NOA - Counsel for Cold Spring HW LLC d/b/a Brett's Hardware | Davidoff Hutcher & Citron LLP | Attn: Jonathan Pasternak/James Glucksman<br>605 3rd Ave<br>New York, NY 10158 | rlr@dhclegal.com<br>jbg@dhclegal.com | Email |
| *NOA - Counsel for Forney Industries, Inc. | Davis Graham & Stubbs | Attn: Adam L Hirsch<br>1550 17th St, Ste 500<br>Denver, CO 80202 | Adam.Hirsch@davisgraham.com | Email |
| Governmental Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| *NOA - Counsel for JELD-WEN | Duane Morris LLP | Attn: Sommer L Ross<br>1201 Market St, Ste S01<br>Wilmington, DE 19801 | slross@duanemorris.com | Email |
| *NOA - Counsel for 462 Thomas Family Properties, L.P. d/b/a Gillis Thomas Company ("Gillis Thomas") | Duane Morris LLP | Attn: Christopher M Winter/James C Carignan<br>1201 N Market St, Ste 501<br>Wilmington, DE 19801 | cmwinter@duanemorris.com<br>jccarignan@duanemorris.com | Email |
| *NOA - Counsel for 462 Thomas Family Properties, L.P. d/b/a Gillis Thomas Company ("Gillis Thomas") | Duane Morris LLP | Attn: James H Billingsley<br>100 Crescent Ct, Ste 1200<br>Dallas, TX 75201 | jbillingsley@duanemorris.com | Email |
| *NOA - Counsel to The Toro Company | Fox Rothschild LLP | Attn: Stephanie Slater Ward, Esq.<br>1201 N Market St, Ste 1200<br>Wilmington, DE 19801 | sward@foxrothschild.com | Email |
| *NOA - Counsel to The Toro Company | Fox Rothschild LLP | Attn: Gordon E. Gouveia, Esq.<br>321 N Clark St, Ste 1600<br>Chicago, IL 60654 | ggouveia@foxrothschild.com | Email |
| *NOA - Counsel for Plymouth MWG 1750 South Lincoln LLC | Frost Brown Todd LLP | Attn: Ronald E Gold/Erin P Severini<br>3300 Great American Twr<br>301 E 4th St<br>Cincinnati, OH 45202 | rgold@fbtlaw.com;<br>eseverini@fbtlaw.com | Email |
| *NOA - Counsel for Woodford Plywood, Inc. | Gardner, Willis, Plaire, & Wilson | Attn: Regan T Cason<br>1115 W Third Ave<br>PO Drawer 71788<br>Albany, GA 31708-1788 | regan.cason@gwpwlaw.com | Email |
| *NOA - Counsel to AmeriGas Propane, L.P | Gellert Seitz Busenkell & Brown, LLC | Attn: Ronald S Gellert<br>1201 N Orange St, Ste 300<br>Wilmington, DE 19801 | rgellert@gsbblaw.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Proposed efficiency counsel for the Debtors | Glenn Agre Bergman & Fuentes LLP | Attn: Andrew K Glenn/Trevor J Welch<br>Attn: Malak S Doss<br>1185 Ave of the Americas, Fl 22<br>New York, NY 10036 | aglenn@glennagre.com<br>twelch@glennagre.com<br>mdoss@glennagre.com | Email |
| *NOA - Counsel for Western Springs Village True Value Hardware, Inc. dba Village True Value Hardware | Golan Christie Taglia LLP | Attn: Barbara L Yong<br>70 W Madison St, Ste 1500<br>Chicago, IL 60602 | Barbaralyong@gmail.com | Email |
| Landlord | Granite (12 Tradeport) LLC | c/o Barclay Damon LLP<br>Attn: Kevin M Newman/Scott Fleischer<br>Barclay Damon Twr<br>125 E Jefferson St<br>Syracuse, NY 13202 | KNewman@barclaydamon.com<br>SFleischer@barclaydamon.com | Email |
| *NOA - Counsel for McCoy's Building Supply | Husch Blackwell LLP | Attn: Lynn Hamilton Butler<br>111 Congress Ave, Ste 1400<br>Austin, TX 78701 | lynn.butler@huschblackwell.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel to AmeriGas Propane, L.P | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins P.C. | Attn: Raymond M Patella<br>505 Morris Ave<br>Springfield, NJ 07081 | rpatella@lawjw.com | Email |
| *NOA - Counsel for STNL II (Harvard), LLC | K&L Gates LLP | Attn: David Weitman<br>1717 Main St, Ste 2800<br>Dallas, TX 75201 | david.weitman@klgates.com | Email |
| *NOA - Counsel for STNL II (Harvard), LLC | K&L Gates LLP | Attn: Steven L Caponi/Matthew B Goeller<br>600 N King St, Ste 901<br>Wilmington, DE 19801 | steven.caponi@klgates.com<br>matthew.goeller@klgates.com | Email |
| *NOA - Counsel for Ryder Integrated Logistics, Inc., Ryder Transportation Solutions, LLC, and Ryder Truck Rental, Inc. d/b/a Ryder Transportation Services | Kelley Drye & Warren LLP | Attn: James S Carr/Philip A Weintraub<br>Attn: Katherine M Cavins<br>3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | jcarr@kelleydrye.com<br>pweintraub@kelleydrye.com<br>kcavins@kelleydrye.com<br>kdwbankruptcydepartment@kelleydrye.com | Email |
| *NOA - Counsel for Cooper Lighting, LLC | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Building<br>Barnabas Business Ctr<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212-1059 | swisotzkey@kmksc.com | Email |
| *NOA - Counsel to Highline Warren | Kutak Rock LLP | Attn: Lisa M Peters<br>1650 Farnam St<br>Omaha, NE 68102 | lisa.peters@kutakrock.com | Email |
| *NOA - Counsel to Highline Warren | Loizides, P.A. | Attn: Christopher D Loizides<br>1225 King St, Ste 800<br>Wilmington, DE 19801 | loizides@loizides.com | Email |
| *NOA - Counsel to Alliance Sports Group, L.P. d/b/a Alliance Consumer Group/ACG | Mayer Brown LLP | Attn: Louis Chiappetta/Jade M Edwards<br>71 S Wacker Dr<br>Chicago, IL 60606 | LChiappetta@mayerbrown.com<br>JMEdwards@mayerbrown.com | Email |
| *NOA - Counsel for Somerset Leasing XXV, LLC, Somerset Leasing Corp XXII, and Somerset Leasing Corp 27 | McCarter & English LLP | Attn: Matthew J Rifino<br>Renaissance Ctr<br>405 N King St, 8th Fl<br>Wilmington, DE 19801 | mrifino@mccarter.com | Email |
| *NOA - Counsel for Somerset Leasing XXV, LLC, Somerset Leasing Corp XXII, and Somerset Leasing Corp 27 | McCarter & English LLP | Attn: Inez M Markovich<br>1600 Market St, Ste 3900<br>Philadelphia, PA 19103 | imarkovich@mccarter.com | Email |
| *NOA - Counsel for Somerset Leasing XXV, LLC, Somerset Leasing Corp XXII, and Somerset Leasing Corp 27 | McCarter & English LLP | Attn: Yan Borodanski<br>4 Gateway Ctr<br>100 Mulberry St, 12th Fl<br>Newark, NJ 07102 | yborodanski@mccarter.com | Email |
| *NOA - Counsel to STIHL Incorporated | McGuireWoods LLP | Attn: Dion W Hayes/K Elizabeth Sieg<br>Attn: Connor W Symons<br>Gateway Plz<br>800 E Canal St<br>Richmond, VA 23219-3916 | dhayes@mcguirewoods.com<br>bsieg@mcguirewoods.com<br>csymons@mcguirewoods.com | Email |
| *NOA - Counsel for Stanley Black & Decker, Inc. | Miles & Stockbridge P.C. | Attn: Emily K Devan/Linda V Donhauser<br>100 Light St, 7th Fl<br>Baltimore, MD 21202 | edevan@milesstockbridge.com<br>ldonhauser@milesstockbridge.com | Email |
| *NOA - Counsel for CIT Bank, N.A | Morgan Lewis & Bockius LLP | Attn: Matthew O'Donnell<br>101 Park Ave<br>New York, NY 10178 | matthew.odonnell@morganlewis.com | Email |
| *NOA - Counsel for CIT Bank, N.A | Morgan, Lewis & Bockius LLP | Attn: Jody C Barillare<br>1201 N Market St, Ste 2201<br>Wilmington, DE 19801 | jody.barillare@morganlewis.com | Email |
| *NOA - Counsel for Leslie and Gary Killian | Morris & Player PLLC | Attn: Douglas H Morris<br>1211 Herr Ln, Ste 205<br>Louisville, KY 40222 | DHM@morrisplayer.com | Email |
| *NOA - Counsel to Hammer (DE) Limited Partnership, Borland (MN) LLC, Hammered Home (OH) LLC, Wilson Neighbor (IL) LLC and Wrench (DE) Limited Partnership | Morris Nichols Arsht & Tunnell LLP | Attn: Curtis S Miller/Austin T Park<br>1201 N Market St, Ste 1600<br>PO Box 1347<br>Wilmington, DE 19899-1347 | cmiller@morrisnichols.com<br>apark@morrisnichols.com | Email |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr<br>Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY  82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| *NOA - Counsel to Beacon Sales Acquisition, Inc. | Offit Kurman, P.A. | Attn: Brian J McLaughlin<br>222 Delaware Ave, Ste 1105<br>Wilmington, DE 19801 | brian.mclaughlin@offitkurman.com | Email |
| *NOA - Counsel for Beacon Sales Acquisition, Inc. | Offit Kurman, P.A. | Attn: Stephen Metz<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | smetz@offitkurman.com | Email |
| (b) Counsel to the prepetition Lenders | Otterbourg P.C. | Attn: Daniel Fiorillo, Esq.<br>230 Park Ave<br>New York, NY 10169-0075 | dfiorillo@otterbourg.com | Email |
| *NOA - Counsel to PNC Bank, National Association | Otterbourg P.C. | Attn: Daniel F Fiorillo/Adam C Silverstein<br>Attn: Chad B Simon/Pauline McTernan<br>230 Park Ave<br>New York, NY 10169 | dfiorillo@otterbourg.com<br>asilverstein@otterbourg.com<br>csimon@otterbourg.com<br>pmcternan@otterbourg.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Colin R Robinson<br>Attn: Edward A Corma<br>919 N Market St, 17th Fl<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801) | bsandler@pszjlaw.com<br>crobinson@pszjlaw.com<br>ecorma@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Paul J Labov<br>Attn: Cia H Mackle<br>780 3rd Ave, 34th Fl<br>New York, NY 10017 | rfeinstein@pszjlaw.com<br>plabov@pszjlaw.com<br>cmackle@pszjlaw.com | Email |
| *NOA - Counsel to OXO International Ltd, Helen of Trou, L.P., and KAZ USA Inc. | Pashman Stein Walder Hayden, P.C. | Attn: Henry J Jaffe/Alexis R Gambale<br>824 N Market St, Ste 800<br>Wilmington, DE 19801 | hjaffe@pashmanstein.com<br>agambale@pashmanstein.com | Email |
| *NOA - Counsel to OXO International Ltd, Helen of Trou, L.P., and KAZ USA Inc. | Pashman Stein Walder Hayden, P.C. | Attn: David E Sklar<br>Ct Plz S, E Wing<br>21 Main St, Ste 200<br>Hackensack, NJ 07601 | dsklar@pashmanstein.com | Email |
| Committee of Unsecured Creditors | Pension Benefit Guaranty Corp. | Attn: Cynthia Wong<br>445 12th St SW<br>Washington, DC 20024-2101 | wong.cynthia@pbgc.gov | Email |
| *NOA - Counsel to PBGC | Pension Benefit Guaranty Corporation | Attn: Samuel L Rosin/Simon J Torres<br>Attn: Marc S Pfeuffer<br>Office of the General Counsel<br>445 12th St, SW<br>Washington, DC 20024 | rosin.samuel@pbgc.gov<br>torres.simon@pbgc.gov<br>pfeuffer.marc@pbgc.gov<br>efile@pbgc.gov | Email |
| *NOA - Counsel for Ferrellgas, L.P. | Polsinelli PC | Attn: Michael V DiPietro<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801 | mdipietro@polsinelli.com | Email |
| *NOA - Counsel for Ferrellgas, L.P. | Polsinelli PC | Attn: Andrew J Nazar<br>900 W 48th Pl, Ste 900<br>Kansas City, MO 64112 | anazar@polsinelli.com | Email |
| *NOA - Counsel for Forney Industries, Inc. | Polsinelli PC | Attn: Shanti M Katona/Katherine M Devanney<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801 | skatona@polsinelli.com<br>kdevanney@polsinelli.com | Email |
| *NOA - Counsel for International Forest Products LLC | Potter Anderson & Corroon LLP | Attn: Christopher M Samis/Katelin A Morales<br>Attn: Levi Akkerman<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | csamis@potteranderson.com<br>kmorales@potteranderson.com<br>lakkerman@potteranderson.com | Email |
| *NOA - Counsel for Woodford Plywood, Inc. | Potter Anderson & Corroon LLP | Attn: R Stephen McNeill<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | rmcneill@potteranderson.com | Email |
| *NOA - Counsel for Generac Power Systems, Inc. | Quarles & Brady LLP | Attn: L Katie Mason<br>411 E Wisconsin Ave, Ste 2400<br>Milwaukee, WI 53202 | Katie.Mason@quarles.com | Email |
| *NOA - Counsel to Fifth Third Bank, N.A | Reed Smith LLP | Attn: Jason D Angelo/Cameron C Capp<br>1201 N Market St, Ste 1500<br>Wilmington, DE 19801 | jangelo@reedsmith.com<br>ccapp@reedsmith.com | Email |
| *NOA - Counsel for Madix, Inc. | Richards, Layton & Finger, PA | Attn: Brendan J. Schlauch<br>1 Rodney Sq<br>920 North King St<br>Wilmington, DE 19801 | schlauch@rlf.com | Email |
| *NOA - Counsel for Allied Universal Security Services | Robinson & Cole LLP | Attn: Katherine S Dute<br>1201 N Market St, Ste 1406<br>Wilmington, DE 19801 | kdute@rc.com | Email |
| *NOA - Counsel for Allied Universal Security Services | Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri<br>1650 Market St, Ste 3030<br>Philadelphia, PA 19103 | rmauceri@rc.com | Email |
| *NOA - Counsel for Leslie and Gary Killian | Robinson & Cole LLP | Attn: Jamie L Edmonson/Katherine S Dute<br>1201 N Market St, Ste 1406<br>Wilmington, DE 19801 | jedmonson@rc.com<br>kdute@rc.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Leslie and Gary Killian | Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri 1650 Market St, Ste 3030 Philadelphia, PA 19103 | rmauceri@rc.com | Email |
| *NOA - Counsel for Charlotte Pipe and Foundry Company | Robinson Bradshaw & Hinson, PA | Attn: David M Schilli 101 N Tryon St, Ste 1900 Charlotte, NC 28246 | dschilli@robinsonbradshaw.com | Email |
| Committee of Unsecured Creditors | Rust-Oleum Corp. | 11 E Hawthorn Pkwy Vernon Hills, IL 60061 | john.brodersen@rustoleum.com | Email |
| Committee of Unsecured Creditors | Ryder Integrated Logistics | Attn: Mike Mandell 2333 Ponce De Leon Blvd Coral Gables, FL 33134 | mike_mandell@ryder.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations Franchise Tax P.O. Box 898 Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | Philadelphia Regional Office 1617 JFK Blvd, Ste 520 Philadelphia, PA 19103 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director 100 Pearl St, Ste 20-100 New York, NY 10004-2616 | | First Class Mail |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Joseph Larkin 1 Rodney Sq 920 N King St Wilmington, DE 19801 | Joseph.Larkin@skadden.com | Email |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Ron E Meisler/Jennifer Madden 320 S Canal St Chicago, IL 60606-5707 | Ron.Meisler@skadden.com Jennifer.Madden@skadden.com | Email |
| Debtors Counsel | Skadden, Arps, Slate, Meagher & Flom LLP | Attn: Evan A Hill/Moshe S Jacob 1 Manhattan W New York, NY 10001 | Evan.Hill@skadden.com Moshe.Jacob@skadden.com | Email |
| Committee of Unsecured Creditors | STIHL Inc. | Attn: Robin Shearer 536 Viking Dr Virginia Beach, VA 23452 | robin.shearer@stihl.us | Email |
| *NOA - Counsel for Generac Power Systems, Inc. | Sullivan Hazeltine Allinson LLC | Attn: William A Hazeltine 919 N Market St, Ste 420 Wilmington, DE 19801 | whazeltine@sha-llc.com | Email |
| Counsel to the Stalking Horse Bidder | Taft Stettinius & Hollister LLP | Attn: Zachary E Klutz, W Timothy Miller 1 Indiana Sq, Ste 3500 Indianapolis, IN 46204 | zklutz@taftlaw.com; miller@taftlaw.com | Email |
| *NOA - Counsel for the Texas Comptroller of Public Accounts | Texas Attorney General's Office | Attn: Christopher S Murphy Bankruptcy & Collections Division PO Box 12548 Austin, TX 78711-2548 | christopher.murphy@oag.texas.gov | Email |
| Committee of Unsecured Creditors | The Hillman Group, Inc. | Attn: Dan Bauer 1280 Kemper Meadow Dr Cincinnati, OH 45240 | daniel.bauer@hillmangroup.com | Email |
| Committee of Unsecured Creditors | The Sherwin-Williams Co. d/b/a Minwax | Attn: Cecil McCurty 101 W Prospect Ave 1100 Midland Bldg Cleveland, OH 44115 | cmccurty@valspar.com | Email |
| *NOA - Counsel for Mansfield Oil Company | Thompson, O'Brien, Kappler & Nasuti, P.C. | Attn: Michael B Pugh 3 Ctr, Ste 400 Peachtree Corners, GA 30092 | mpugh@tokn.com | Email |
| *NOA - Tennessee Attorney General's Office | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division P.O. Box 20207 Nashville, TN 37202-0207 | agbankdelaware@ag.tn.gov | Email |
| *NOA - Counsel to The Hardware House, Inc | Tydings & Rosenberg, LLP | Attn: Dennis J Shaffer/Stephen B Gerald 200 Continental Dr, Ste 401 Newark, DE 19713 | dshaffer@tydings.com sgerald@tydings.com | Email |
| *NOA - Counsel for The J. M. Smucker Company | Tydings & Rosenberg, LLP | Attn: Stephen B Gerald 200 Continental Dr, Ste 401 Newark, DE 19713 | sgerald@tydings.com | Email |
| US Attorney's Office | United States Attorney's Office | District of Delaware 1313 N Market St Wilmington, DE 19801 | | First Class Mail |
| US Trustee | US Trustee for the District of Delaware | Attn: Benjamin A Hackman 844 N King St, Rm 2207 Wilmington, DE 19801 | benjamin.a.hackman@usdoj.gov | Email |
| Committee of Unsecured Creditors | W.P. Carey Inc. | 1 Manhattan W 395 9th Ave, 58th Fl New York, NY 10001 | chayes@wpcarey.com | Email |
| *NOA - Counsel for Renee's Garden, Inc. | Wadsworth, Garber, Warner, Conrardy, P.C. | Attn: Aaron A Garber 2580 W Main St Littleton, CO 80120 | agarber@wgwc-law.com | Email |
| *NOA - Counsel for The Dow Chemical Company & Rohm and Haas Company LLC, Counsel for Rohm and Haas Chemicals LLC | Warner Norcross & Judd LLP | Attn: Rozanne M Giunta 715 E Main St, Ste 110 Midland, MI 48640 | rgiunta@wnj.com | Email |
| *NOA - Counsel for The Dow Chemical Company and Rohm and Haas Chemicals LLC | Warner Norcross & Judd LLP | Attn: Charles R Quigg 150 Ottawa Ave NW, Ste 1500 Grand Rapids, MI 49503 | cquigg@wnj.com | Email |
| *NOA - Agent for Toyota Industries Commercial Finance, Inc. | Weltman, Weinberg and Reis Co., L.P.A | Attn: Scott D Fink 5990 W Creek Rd, Ste 200 Independence, OH 44131 | bronationalecf@weltman.com | Email |
| *NOA - Counsel for ITM Co., Ltd. | Whiteford, Taylor & Preston, LLC | Attn: William F Taylor, Jr 600 N King St, Ste 300 Wilmington, DE 19801 | wtaylor@whitefordlaw.com | Email |
| *NOA - Counsel for ITM Co., Ltd. | Whiteford, Taylor & Preston, LLC | Attn: David W Gaffey/Joshua D Stiff 3190 Fairview Park Dr, Ste 800 Falls Church, VA 22042-4510 | dgaffey@whitefordlaw.com jstiff@whitefordlaw.com | Email |
| *NOA - Counsel for Rust-Oleum Corporation and DAP Global, Inc | Williams Mullen | Attn: Michael D Mueller/Jennifer M McLemore 200 S 10th, St, Ste 1600 Richmond, VA 23219-3095 | mmueller@williamsmullen.com; jmclemore@williamsmullen.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Madix, Inc. | Winstead PC | Attn: Annmarie Chiarello<br>500 Winstead Bldg<br>2728 N Harwood St<br>Dallas, TX 75201 | achiarello@winstead.com | Email |
| Proposed Delaware efficiency counsel to the Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Edmon L Morton/Kenneth Enos<br>1000 N King St<br>Wilmington, DE 19801 | emorton@ycst.com<br>kenos@ycst.com | Email |