# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Related Docket No. 921, 922 |

**ORDER, PURSUANT TO BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1(e), SHORTENING THE NOTICE PERIOD OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (A) APPOINTING JAMES P. CARROLL AS THE AUTHORIZED REPRESENTATIVE OF RETIREES OR THEIR BENEFICIARIES UNDER 11 U.S.C. §§ 105(A) AND 1114 AND (B) GRANTING RELATED RELIEF**

Upon consideration of the motion to shorten (the "Motion to Shorten") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") shortening the time for notice to consider the *Debtors' Motion for Entry of an Order (A) Appointing James P. Carroll as the Authorized Representative of Retirees or Their Beneficiaries Under 11 U.S.C. §§ 105(a) and 1114 and (B) Granting Related Relief* (the "Motion");[2] and it appearing that the Court has jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion to Shorten is a core proceeding within the meaning of 28 U.S.C. § 157; and it appearing that venue of this proceeding and this Motion to Shorten in this District is proper pursuant to 28

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten or the Motion, as applicable.

32871359.2

U.S.C. §§ 1408 and 1409; and due and proper notice of this Motion to Shorten having been given; and it appearing that the relief requested in the Motion to Shorten is in the best interests of the Debtors and its estate and creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is hereby GRANTED as set forth herein.

2. The hearing to consider the Motion will be held on **February 27, 2025 at 1:00 p.m. (ET)** (the "Hearing"). Objections to the relief requested in the Motion, if any, shall be filed on the docket of the Chapter 11 Cases and served upon the Debtors no later than **February 24, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline").

3. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: February 18th, 2025
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

32871359.2

2