IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*<br><br>**TRUE VALUE COMPANY, L.L.C.** *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline**:<br>February 24, 2025 at 4:00 p.m. (ET)<br><br>**Hearing Date**:<br>February 27, 2025 at 1:00 p.m. (ET)<br><br>Related Docket No. 921 |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on February 14, 2025, True Value Company, L.L.C. and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") filed the *Debtors' Motion for Entry of an Order (A) Appointing James P. Carroll as the Authorized Representative of Retirees or Their Beneficiaries Under 11 U.S.C. §§ 105(a) and 1114 and (B) Granting Related Relief* (the "Motion") [D.I. 921] with the United States Bankruptcy Court for the District of Delaware (the "Court"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that that any objections to the Motion must be filed on or before **February 24, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **FEBRUARY 27 2025 AT 1:00 P.M. (ET)** BEFORE THE HONORABLE KAREN B. OWENS, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: February 18, 2025

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| /s/ Kristin L. McElroy <br> Edmon L. Morton (Del. Bar No. 3856) <br> Kenneth J. Enos (Del. Bar No. 4544) <br> Kristin L. McElroy (Del. Bar No. 6871) <br> Timothy R. Powell (Del. Bar No. 6894) <br> One Rodney Square <br> 1000 North King Street <br> Wilmington, Delaware 19801 <br> Telephone: (302) 571-6600 <br> Email:  emorton@ycst.com <br>             kenos@ysct.com <br>             kmcelroy@ycst.com <br>             tpowell@ycst.com <br><br> *Efficiency Counsel to the Debtors and Debtors in Possession* | Joseph O. Larkin <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, Delaware 19801 <br> Telephone: (302) 651-3000 <br> Email: Joseph.Larkin@skadden.com <br><br> - and – <br><br> Ron E. Meisler (admitted *pro hac vice*) <br> Jennifer Madden (admitted *pro hac vice*) <br> 320 South Canal Street <br> Chicago, Illinois 60606-5707 <br> Telephone: (312) 407-0705 <br> Email:  Ron.Meisler@skadden.com <br>             Jennifer.Madden@skadden.com |
| - and - | - and - |
| **GLENN AGRE BERGMAN & FUENTES LLP** <br> Andrew K. Glenn (admitted *pro hac vice*) <br> Trevor J. Welch (admitted *pro hac vice*) <br> Malak S. Doss (admitted *pro hac vice*) <br> Michelle C. Perez (admitted *pro hac vice*) <br> Esther Hong (admitted *pro hac vice*) <br> 1185 Avenue of the Americas, 22nd Floor <br> New York, New York 10036 <br> Telephone: (212) 970-1600 <br> Email:  aglenn@glennagre.com <br>             twelch@glennagre.com <br>             mdoss@glennagre.com <br>             mperez@glennagre.com <br>             ehong@glennagre.com <br><br> *Conflicts and Efficiency Counsel to the Debtors and Debtors in Possession* | Robert D. Drain (admitted *pro hac vice*) <br> Evan A. Hill (admitted *pro hac vice*) <br> Moshe S. Jacob (admitted *pro hac vice*) <br> One Manhattan West <br> New York, New York 10001 <br> Telephone: (212) 735-3000 <br> Email:  Robert.Drain@skadden.com <br>             Evan.Hill@skadden.com <br>             Moshe.Jacob@skadden.com <br><br> *Counsel to Debtors and Debtors in Possession* |