IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*, | Case No. 24-12337 (KBO) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Brian P. Hall of Smith Gambrell & Russell, LLP to represent Quikrete Holdings, Inc. in the above-captioned cases.

Dated: March 17, 2025

**LANDIS RATH & COBB LLP**

 */s/ Joshua B. Brooks*
Joshua B. Brooks (No. 6765)
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Email: brooks@lrclaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Georgia and Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised December 21, 2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: March 17, 2025

 */s/ Brian P. Hall*
Brian P. Hall, Esquire
**SMITH GAMBRELL & RUSSELL, LLP**
Promenade, Suite 3100
1230 Peachtree Street N.E.
Atlanta, GA 30309
Telephone: (404) 815-3500
Email: bhall@sgrlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: March 18th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**