IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING**
**SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that he has obtained from the United States Bankruptcy Court for the District of Delaware the omnibus hearing date set forth on the proposed order attached hereto.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

32562128.1

Dated: March 21, 2025
Wilmington, Delaware

| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **GLENN AGRE BERGMAN & FUENTES LLP** |
|---|---|
| */s/ Timothy R. Powell* | Andrew K. Glenn (admitted *pro hac vice*) |
| Edmon L. Morton (Del. Bar No. 3856) | Trevor J. Welch (admitted *pro hac vice*) |
| Kenneth J. Enos (Del. Bar No. 4544) | Malak S. Doss (admitted *pro hac vice*) |
| Kristin L. McElroy (Del. Bar No. 6871) | Michelle C. Perez (admitted *pro hac vice*) |
| Timothy R. Powell (Del. Bar No. 6894) | Esther Hong (admitted *pro hac vice*) |
| Carol E. Thompson (Del. Bar No. 6936) | 1185 Avenue of the Americas |
| One Rodney Square | 22nd Floor |
| 1000 North King Street | New York, New York 10036 |
| Wilmington, Delaware 19801 | Telephone: (212) 970-1600 |
| Telephone: (302) 571-6600 | Email:   aglenn@glennagre.com |
| Email:  emorton@ycst.com | twelch@glennagre.com |
| kenos@ycst.com | mdoss@glennagre.com |
| kmcelroy@ycst.com | mperez@glennagre.com |
| tpowell@ycst.com | ehong@glennagre.com |
| cthompson@ycst.com | |
| *Efficiency Counsel to the* | *Conflicts Counsel to the* |
| *Debtors and Debtors in Possession* | *Debtors and Debtors in Possession* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors. | (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court has scheduled the following omnibus hearing date in the above-captioned proceeding:

**May 29, 2025, at 9:30 a.m. (ET)**

32562128.1