IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
FOR MARCH 27, 2025, AT 10:30 A.M. (ET)**

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**RESOLVED MATTERS**

1. Debtors' Third Omnibus Objection to Claims (Non-Substantive) [D.I. 755, 1/7/25]

   <u>Objection Deadline</u>:   January 21, 2025, at 4:00 p.m. (ET), extended for various claimants

   <u>Related Documents</u>:

   A. Order Sustaining Debtors' Third Omnibus Objection to Claims (Non-Substantive) [D.I. 904, 2/11/25]

   <u>Objections Filed</u>:

   A. See Schedule C, attached

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

32930658.1

    Status: The only remaining open claim and objection has been withdrawn.

2. Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay, or, in the Alternative, for Adequate Protection [D.I. 868, 2/5/25]

   Objection Deadline:   February 19, 2025, at 4:00 p.m. (ET)

   Related Documents:

      A. Certificate of No Objection [D.I. 937, 2/20/25]

      B. Order Granting Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay, or, in the Alternative, for Adequate Protection [D.I. 941, 2/24/25]

   Status: An order has been entered.

3. Motion of Leslie Killian and Gary Killian for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [D.I. 891, 2/10/25]

   Objection Deadline:   February 24, 2025, at 4:00 p.m. (ET)

   Related Documents:

      A. Certification of Counsel [D.I. 959, 2/26/25]

      B. Order Granting Motion of Leslie Killian and Gary Killian for Relief from the Automatic Stay [D.I. 964, 2/27/25]

   Status: An order has been entered.

**ADJOURNED MATTERS**

4. Motion of Datasite LLC to Allow Administrative Expense Claim Under 11 U.S.C. Section 503(b)(1)(A) as Timely Filed and for Allowance and Immediate Payment of an Administrative Expense Claim [D.I. 832, 1/29/25]

   Objection Deadline:   February 12, 2025, at 4:00 p.m. (ET), extended for the Debtors

   Related Documents:   None

   Objections Filed:   None

   Status: This matter is adjourned by agreement to April 2, 2025 10:30 a.m. (ET).

5. Second Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 905, 2/12/25]

   Objection Deadline:   March 17, 2025 at 4:00 p.m. (ET)

32930658.1

Related Documents:

A. Disclosure Statement for Second Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 906, 2/12/25]

B. Notice of: (I) Approval of Disclosure Statement on an Interim Basis; and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan [D.I. 913, 2/13/25]

C. Notice of Filing of Modifications to the Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 992, 2/7/25]

D. Notice of Filing of Plan Supplement [D.I. 996, 3/7/25]

E. Notice of Rescheduled Confirmation Hearing [D.I. 1016, 3/19/25]

Objections Filed:

A. Limited Objection of Somerset Parties to (I) the Disclosure Statement for the Second Amended Joint Chapter 11 Plan and (2) the Second Amended Joint Chapter 11 Plan [D.I. 1007, 3/17/25]

B. Limited Objection of the HOT Entities to the Second Amended Joint Chapter 11 Plan [D.I. 1008, 3/17/25]

C. Oracle America, Inc.'s Rights Reservation Regarding Second Amended Joint Chapter 11 Plan [D.I. 1009, 3/17/25]

D. Limited Objection and Reservation of Rights of Fifth Third Bank, N.A. and Bank of Montreal to the Second Amended Joint Chapter 11 Plan [D.I. 1012, 3/17/25]

Status:   This matter is adjourned by agreement to April 2, 2025 at 10:30 a.m. (ET).

## FEE APPLICATIONS - ADJOURNED

6. First Interim Fee Applications

Related Documents:

A. See Schedule 1, attached

Objections Filed:

A. Administrative Agent's Omnibus Limited Objection and Reservation of Rights to the Professionals' Fee Applications [D.I. 991, 3/7/25]

Status:  This matter is adjourned to a date and time to be determined.

**MATTERS GOING FORWARD**

7. Debtors' First Omnibus Objection to Claims (Non-Substantive) [D.I. 753, 1/7/25]

    Objection Deadline:    January 21, 2025, at 4:00 p.m. (ET), extended for various claimants

    Related Documents:

    A. Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive) [D.I. 902, 2/11/25]

    Objections Filed:

    A. See Schedule A, attached

    Status:   Various claims have been resolved, withdrawn, or adjourned to the May 29th hearing. This matter is going forward as a status conference.

8. Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 754, 1/7/25]

    Objection Deadline:    January 21, 2025, at 4:00 p.m. (ET), extended for various claimants

    Related Documents:

    A. Declaration of R. Scott Dexheimer in Support of Response of United States Gypsum Co. to Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 791, 1/21/25]

    B. Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 903, 2/11/25]

    C. Corrected Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) [D.I. 928, 2/18/25]

    Objections Filed:

    A. See Schedule B, attached

    Status: Various claims have been adjourned to various hearing dates.  This matter is going forward as a status conference.

Dated: March 25, 2025
Wilmington, Delaware

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **GLENN AGRE BERGMAN & FUENTES LLP** |
| */s/ Carol E. Thompson* | Andrew K. Glenn (admitted *pro hac vice*) |
| Edmon L. Morton (Del. Bar No. 3856) | Trevor J. Welch (admitted *pro hac vice*) |
| Kenneth J. Enos (Del. Bar No. 4544) | Malak S. Doss (admitted *pro hac vice*) |
| Kristin L. McElroy (Del. Bar No. 6871) | Michelle C. Perez (admitted *pro hac vice*) |
| Timothy R. Powell (Del. Bar No. 6894) | Esther Hong (admitted *pro hac vice*) |
| Carol E. Thompson (Del. Bar No. 6936) | 1185 Avenue of the Americas |
| One Rodney Square | 22nd Floor |
| 1000 North King Street | New York, New York 10036 |
| Wilmington, Delaware 19801 | Telephone: (212) 970-1600 |
| Telephone: (302) 571-6600 | Email:  aglenn@glennagre.com |
| Email: emorton@ycst.com | twelch@glennagre.com |
| kenos@ycst.com | mdoss@glennagre.com |
| kmcelroy@ycst.com | mperez@glennagre.com |
| tpowell@ycst.com | ehong@glennagre.com |
| cthompson@ycst.com | |
| *Efficiency Counsel to the Debtors and Debtors in Possession* | *Conflicts Counsel to the Debtors and Debtors in Possession* |

# SCHEDULE A

Summary of Responses to First Omnibus Objection to Claims (Non-Substantive)
Docket No. 753

|    | RESPONSES | STATUS |
|----|-----------|--------|
| **INFORMAL RESPONSES** | | |
| 1. | Brenntag Mid-South, Inc. (C337-2312) | Withdrawn |
| **FORMAL RESPONSES** | | |
| 2. | Table Mountain Sales LLC (C337-2511) Docket No. 775 | Withdrawn |
| 3. | C & L Supply Inc. (C337-2205) Docket No. 781 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 4. | Red Devil Inc. (C337-1994) Docket No. 788 | Going Forward |
| 5. | USG Corporation (C337-1848 & C337-2306) Docket No. 786 | Resolved |
| 6. | Burlington Products (C342-23 & C337-2065) Docket No. 801 | Withdrawn |

# SCHEDULE B

Summary of Responses to Second Omnibus Objection to Claims (Substantive)
Docket No. 754

|     | RESPONSES | STATUS |
|-----|-----------|--------|
| **INFORMAL RESPONSES** | | |
| 1. | Newell Brands Distribution LLC (C337-1750) | Adjourned to a future hearing date to be determined |
| 2. | TOMY International, Inc. (C337-1368) | Adjourned to Hearing on April 2, 2025, at 9:30 a.m. (ET) |
| **FORMAL RESPONSES** | | |
| 3. | Boise Cascade Building Materials Distribution, L.L.C. (C337-1081) Docket No. 811 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 4. | Generac Power Systems, Inc. (C337-1823) Docket Nos. 789 & 807 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 5. | Charlotte Pipe and Foundry Company (C337-1382) Docket No. 782 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 6. | Highline Warren, LLC (C337-1840) Docket No. 783 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 7. | A.O. Smith Corporation (C337-1307) Docket No. 785 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 8. | USG Corporation (C337-1848 & C337-2306) Docket No. 787 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 9. | STIHL Incorporated (C337-1899) Docket Nos. 790 & 791 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 10. | STIHL Southeast, Inc. (C337-1901) Docket Nos. 790 & 791 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 11. | Blue Mountain Equipment, Inc. (C337-1909) Docket Nos. 790 & 791 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 12. | Highline Warren, LLC (C341-20) Docket No. 783 | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |
| 13. | Quikrete Holdings, Inc. (C337-1247) | Adjourned to Hearing on May 29, 2025, at 10:30 a.m. (ET) |

**SCHEDULE C**

Summary of Responses to Third Omnibus Objection to Claims (Non-Substantive)
Docket No. 755

|   | RESPONSES | STATUS |
|---|---|---|
| **INFORMAL RESPONSES** | | |
| 1. | Yeager Hardware (C337-100348) | Withdrawn |

33006880.1

3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C. *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## SCHEDULE 1
## FEE APPLICATION INDEX
## **FIRST INTERIM FEE REQUEST**

A. Young Conaway Stargatt & Taylor, LLP's First Interim Fee Application for the Period from October 14, 2024 Through and Including December 31, 2024 [D.I. 917, 2/14/25]

    1. Monthly Application for the Period October 14, 2024 Through October 31, 2024 [D.I. 669, 12/5/24]

    2. Certificate of No Objection [D.I. 739, 12/27/24]

    3. Monthly Application for the Period November 1, 2024 Through November 30, 2024 [D.I. 726, 12/20/24]

    4. Certificate of No Objection [D.I. 764, 1/13/25]

    5. Monthly Application for the Period December 1, 2024 Through December 31, 2024 [D.I. 771, 1/15/25]

    6. Certificate of No Objection [D.I. 872, 2/6/25]

    7. Supplement to First Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 918, 2/14/25]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

32904086.1

B. Glenn Agre Bergman & Fuentes LLP, First Interim Fee Application for the Period from October 14, 2024 Through and Including December 31, 2024 [D.I. 917, 2/14/25]

    1. Monthly Application for the Period October 14, 2024 Through October 31, 2024 [D.I. 637, 11/27/24]

    2. Certificate of No Objection [D.I. 730, 12/23/24]

    3. Monthly Application for the Period November 1, 2024 Through November 30, 2024 [D.I. 735, 12/26/24]

    4. Certificate of No Objection [D.I. 776, 1/17/25]

    5. Monthly Application for the Period December 1, 2024 Through December 31, 2024 [D.I. 793, 1/21/25]

    6. Certificate of No Objection [D.I. 912, 2/12/25]

    7. Supplement to First Interim Fee Request of Glenn Agre Bergman & Fuentes LLP [D.I. 919, 2/14/25]

C. Omni Agent Solutions, Inc., First Interim Fee Application for the Period from October 14, 2024 Through and Including December 31, 2024 [D.I. 917, 2/14/25]

    1. Monthly Application for the Period October 14, 2024 Through November 30, 2024 [D.I. 758, 1/8/25]

    2. Certificate of No Objection [D.I. 839, 1/30/25]

D. Skadden, Arps, Slate, Meagher & Flom LLP, First Interim Fee Application for the Period from October 14, 2024 Through and Including December 31, 2024 [D.I. 923, 2/14/25]

    1. Monthly Application for the Period October 14, 2024 Through October 31, 2024 [D.I. 578, 11/22/24]

    2. Certificate of Counsel [D.I. 708, 12/17/24]

    3. Monthly Application for the Period November 1, 2024 Through November 30, 2024 [D.I. 681, 12/9/24]

    4. Certificate of No Objection [D.I. 743, 12/31/24]

    5. Monthly Application for the Period December 1, 2024 Through December 31, 2024 [D.I. 799, 1/22/25]

    6. Certificate of No Objection [D.I. 914, 2/13/25]

E.  Pachulski Stang Ziehl & Jones LLP, First Interim Fee Application for the Period from October 24, 2024 Through and Including December 31, 2024 [D.I. 957, 2/26/25]

   1. Monthly Application for the Period October 24, 2024 Through November 30, 2024 [D.I. 709, 12/17/24]

   2. Certificate of No Objection [D.I. 757, 1/08/25]

   3. Monthly Application for the Period December 1, 2024 Through December 31, 2024 [D.I. 821, 1/24/24]

   4. Certificate of No Objection [D.I. 948, 2/25/25]

F.  Province, LLC, First Interim Fee Application for the Period from October 25, 2024 Through and Including December 31, 2024 [D.I. 958, 2/26/25]

   1. Monthly Application for the Period October 25, 2024 Through November 30, 2024 [D.I. 713, 12/19/24]

   2. Certificate of No Objection [D.I. 762, 1/10/25]

   3. Monthly Application for the Period December 1, 2024 Through December 31, 2024 [D.I. 808, 1/23/25]

   4. Certificate of No Objection [D.I. 949, 2/25/25]