

**Patrick L. Pranks**, President

Phone: **(715) 284-5281**
Fax: **(715) 284-2140**

N4405 Scantleton, Rd., Black River Falls, WI 54615

RECEIVED
2025 MAR 25  AM 9: 58
CLERK
U.S. BANKRUPTCY COURT
OF DELAWARE

March 20, 2025

Office of the Clerk of Court
United States Bankruptcy Court
District of Delware
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

### Response to Debtors' Fourth Omnibus Objection to Claims

Case No: 24-12337-KBO
Claimant: Fire Liters, Inc.
Claim No: C337-100386
Claim Amount: 36,366.60

Dear Sir/Madam,

Please find enclosed the response to Debtors' Fourth Omnibus Objection to Claims in the above-referenced bankruptcy case. This response is filed by Fire Liters, Inc. in opposition to the objection to our claim, claim no. C337-100386, in the amount of $36,366.60, which arises from unpaid invoices for products sold and delivered to the Debtors between the petition date and November 22, 2024.

We respectfully request that the court allow our claim to be heard on its merits and that the objection be overruled.

Please find the full response enclosed. Should the court require any additional information, please do not hesitate to contact me at the number and email listed below.

Thank you for your attention to this matter.

Sincerely,

Patrick Franks
President

**United States Bankruptcy Court for the District of Delaware**
**Case No. 24-12337-KBO**

RECEIVED

2025 MAR 25  AM 9: 55

CLERK
U.S. BANKRUPTCY COURT
DIST___T OF DELAWARE

**Response to the Debtors' Fourth Omnibus Objection to Claims**
**Claimant: Fire Liters, Inc.**
**Claim No: C337-100386**
**Claim Amount: $36,366.60**

**Response:**

1. **Caption:** This response is directed to the objection filed by True Value Company, LLC, et al in the above captioned case number titled *Debtors' Fourth Omnibus Objection to Claims.*

2. **Claimant and Basis for Disputed Claim:** The claimant is Fire Liters, Inc., and the claim arises from unpaid invoices for products sold and delivered to the Debtors between the petition date and November 22, 2024. The total amount of the disputed claim is $36,366.60.

3. **Reasons for Opposing the Objection:** We were informed in the initial bankruptcy announcement (See supporting documentation) from the Debtors on October 14, 2024 that we would "*be paid in the <u>ordinary course</u> for authorized goods received and services rendered after the filing date.*" In a follow up communication from the Debtors on October 18, 2024 (See supporting documentation), we were again assured that "*You have a right to be paid in the <u>ordinary course</u> for authorized goods received*" and "*These payments will be made on <u>normal business terms</u>*" and "*Payments for go-forward goods and services are given priority status in a chapter 11 process*".

   We assumed that this meant that the purchased orders that were shipped after October 14, 2024 would be paid Net 60 as is the ordinary course of business that we have had with the Debtor for years. These goods were ordered to support the Debtors' ongoing business and were shipped to and received by the Debtors in the normal course of business.

   Additionally, we are a small business, and this time of year is our busiest time for business. When we received notices concerning the need for administrative claims to be filed, we disregarded it as not being applicable to us since we had been assured we would paid in the normal manner. Additionally, due to the busyness of the season, we see the delay in filing this claim as being inadvertent. Therefore, we respectfully request that the court find that this constitutes excusable neglect and allow the claim to be heard on its merits.

4. **Contact Information for Reconciliation:** The person possessing ultimate authority to reconcile, settle, or otherwise resolve the disputed claim on behalf of the claimant is:
   **Name:** Patrick Franks
   **Address:** N4405 Scantleton Rd, Black River Falls, WI 54615
   **Telephone Number:** 715-299-5281
   **Fax Number:** 715-284-2140
   **Email:** info@fireliters.com

5. **Contact Information for Service of Reply:** The contact person to whom the Debtors should serve any reply to this response is:
   **Name:** Patrick Franks
   **Address:** N4405 Scantleton Rd, Black River Falls, WI 54615
   **Telephone Number:** 715-299-5281
   **Fax Number:** 715-284-2140
   **Email:** info@fireliters.com

Thank you for your attention in this matter.

Sincerely,

Patrick Franks, President
Fire Liters, Inc.

**info@fireliters.com**

| | |
|---|---|
| **From:** | True Value <corporate.communications@truevalue.com> |
| **Sent:** | Monday, October 14, 2024 1:10 AM |
| **To:** | info@fireliters.com |
| **Subject:** | True Value's Path Forward |
| | |
| **Flag Status:** | Flagged |

View this email in your browser



October 14, 2024

To True Value vendors:

We are reaching out with an important update on the strategic sale process recently communicated and to share details on True Value's path forward and our continued vendor partnerships.

Today we announced that we have entered into a sale agreement with Do it Best that we are confident will make True Value stronger over the years to come and prove beneficial to our vendor partners.

Founded in 1945 and with nearly $5 billion in annual sales, Do it Best is a leader in the home improvement industry and operates with a focus on supporting its members and helping them grow. As a fully integrated hardware, lumber, and building materials cooperative, Do it Best serves more than 4,300 independent stores across all 50 U.S. states and in more than 50 countries and has generated an impressive track record. Like us, they have a proud decades-

long history of serving do-it-yourselfers. And, importantly, they share our commitment to the globally recognized True Value brand and its long-term potential.

Together with Do it Best, True Value would be part of a larger, more competitive company with greater resources to support our business and, in turn, strengthen our vendor relationships.

To complete the transaction most efficiently, we initiated Chapter 11 proceedings in the U.S. Bankruptcy Court for the District of Delaware on October 14 and will be pursuing the sale to Do it Best as the lead bidder in a Section 363 process. We intend to move as quickly as possible and, while the proposed transaction is subject to an auction and court approval, we feel good about entering this process with Do it Best by our side.

**Importantly, while this process moves forward, we are operating as usual. Our vendor relationships remain essential as we continue to serve our retailers with the right products and trusted expertise that are synonymous with the True Value name.**

Please note the following important details about what this means for you:

- **You will be paid in the ordinary course for authorized goods received and services rendered after the filing date.** We have requested use of cash collateral to fund day-to-day operations and go-forward payments to vendors through completion of the sale. To the extent we require additional financing during the process, we have received a commitment from Do it Best to provide incremental capital.
- Obligations for go-forward goods and services are given priority payment status in a Chapter 11, offering you additional protection from here on out.

- Any payments owed to you for goods received or services rendered prior to the filing date cannot be paid at this time without specific authorization from the Court. To be sure, we are working on getting you the maximum recovery we can.
- Except in limited circumstances, you must file a proof of claim if owed for goods received or services rendered prior to the filing date.
- **All inquiries regarding pre-filing claims should be directed to Omni**, who will be managing the claims process on the Company's behalf. Please feel free to visit https://omniagentsolutions.com/TrueValue, email TrueValueInquiries@OmniAgnt.com, or call (866) 771-0561 (U.S. & Canada) or +1 (818) 356-8633 (international) for assistance.

If you have any questions regarding day-to-day business matters, please do not hesitate to reach out to your usual point of contact.

We look forward to continuing to work together, and we thank you for your ongoing support and partnership as we take this important step for True Value and our stakeholders.



*Copyright © 2024 True Value Company, All rights reserved.*
You are receiving this email because you are a partner of True Value Company.

**Our mailing address is:**
True Value Company
8600 W Bryn Mawr Ave
Chicago, IL 60631-3579


Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

**info@fireliters.com**

| | |
|---|---|
| **From:** | True Value <corporate.communications@truevalue.com> |
| **Sent:** | Friday, October 18, 2024 2:45 PM |
| **To:** | info@fireliters.com |
| **Subject:** | [UPDATE] Our Path Forward |

View this email in your browser



October 18, 2024

To True Value vendors:

Following our announcement earlier this week about our path forward, we wanted to reach out to share that the process has moved forward as expected and that we are off to a good start.

You should know that at a hearing held this week, the court approved a number of "first day" requests to support our ability to operate as usual and uphold our commitments to our stakeholders during this process. **Importantly, we are able to access our cash to fund our day-to-day operations and go-forward payments to vendors in accordance with the court's approval.**

With these approvals, we wanted to re-affirm that:

- You have a **right to be paid** in the ordinary course for authorized **goods received and services rendered <u>after</u> the filing date**.

- **These payments will be made on normal business terms,** in accordance with the court's approval.
- **Payment for go-forward goods and services are given priority status in a Chapter 11 process,** offering you additional protection from here on out.

As we previously communicated, any payments owed to you for goods received or services rendered prior to the filing date will only be paid at this time with specific authorization from the court.

We know you have ongoing questions, and we've heard you. As we continue to finalize and provide updates, we have additional details about two key topics:

1. **Our direct ship program remains in effect for orders placed after commencement of the Chapter 11 (orders as of October 14, 2024 or later)** and was approved as part of our request to continue our customer programs in the ordinary course. You should continue to ship goods to True Value stores, as you normally would. Please know the only appropriate way for these stores to send payments is to True Value, in accordance with the court's approval. You should not offer to issue a credit or ask customers to pay you directly. This would be contrary to the law. The terms above apply for both warehouse and direct ship orders.

2. Under the Asset Purchase Agreement, **Do it Best has agreed to assume and pay any purchase orders that remain open at the closing of the transaction**. That means that Do it Best intends to honor orders placed with our vendors for product that ships or is received after any closing of the Do it Best transaction (e.g., spring orders that will have Q1 deliveries).

In addition, you should know that vendors with pre-filing claims have the right to appear and participate in our Chapter 11. In fact, we expect that an "unsecured creditors committee" will be established in the coming days, which will represent the interests of our vendors and our other unsecured creditors in our Chapter 11.

For assistance with filing a claim in our Chapter 11, please contact our claims agent Omni at https://omniagentsolutions.com/TrueValue, email TrueValueInquiries@OmniAgnt.com, or call (866) 771-0561 (U.S. & Canada) or +1 (818) 356-8633 (international).

**Please know we have also shared the above updates with our retailers,** which you can read here.

We thank you for your ongoing support as we move forward with the sale process and create a stronger True Value positioned to best serve you and our other partners. The court hearing was a positive step in that direction.

Please do not hesitate to reach out to your regular True Value contact on day-to-day business matters.

Thank you,



*Copyright © 2024 True Value Company, All rights reserved.*

You are receiving this email because you are a partner of True Value Company.

**Our mailing address is:**

True Value Company

8600 W Bryn Mawr Ave

Chicago, IL 60631-3579

Add us to your address book



PRIORITY MAIL EXPRESS®

FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

PS10001000006

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP13F July 2022
OD: 12 1/2 x 9 1/2

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PME
BLACK RIVER FALLS
WI 54615
MAR 20, 2025
$31.40

S2324P504873-20

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

RDC 07

19801

ER 190 376 166 US

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)    PHONE ( 715 ) 299-5281

Patrick Franks
N4405 Scatfleton Rd
Black River Falls, WI, 54615

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED (Customer Use Only)
Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)

TO: (PLEASE PRINT)

United States Bankruptcy Court For the District of Delaware
Attn: Judge Owen's Chambers
3rd Floor
824 North Market Street
Wilmington, Delaware 19801

ZIP + 4® (U.S. ADDRESSES ONLY)
1 9 8 0 1 -

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code    ☐ 1-Day    Scheduled Delivery Date (MM/DD/YY)    Postage
54615                      3/22/25                                $ 31.40

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
3/20/25                    ☐ 10:30 AM  ☑ 6:00 PM    $                $

Time Accepted    ☐ AM    Return Receipt Fee    Live Animal Transportation Fee
12:50 ☑ PM                 $                    $

PAYMENT BY ACCOUNT

Weight    ☐ Flat Rate    Acceptance Employee Initials    Total Postage & Fees
___ lbs. ___ ozs.         CW                            $ 31.40

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

Delivery Attempt (MM/DD/YY)  Time  ☐ AM  ☐ PM    Employee Signature

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

UNITED STATES POSTAL SERVICE


