

**Thomas Tree & Landscape**
M A N K A T O, M N
(507) 625-4960

*Store Address:*
19922 State Hwy 22
Mankato, MN 56001

**Thomas Tree and Landscape**
19922 State Hwy 22
Mankato, MN 56001
507-625-4960

3/18/2025

**United States Bankruptcy Court for the District of Delaware**

**824 North Market Street 6th Floor, Courtroom No.3**

**Wilmington, Delaware 19801**

**Subject:** Regarding late filing of administrative claim in True Value Company LLC Case No 24-12337 (KBO)

**To the Honorable Karen B. Owens,**

My name is Amanda Hagen, and I am the office manager at Thomas Tree and Landscape. I am writing to explain why our administrative claim was filed past the deadline. Unfortunately, we were unaware that any claims that occurred between October 14 and November 22 needed to be filed as an administrative claim. Our claim is for lawn mowing of the property located at 2415 3rd Ave. Mankato, MN 56001. We had mowed the property for a total of $750.81. We had been submitting this invoice to Karre Staloch in the billing department for several months with no response. January 7th Karre responded and told us that we were to file this as an administrative claim which I did do this right away. Unfortunately, this was past the deadline. As soon as we were aware of what we needed to do we made a claim. I feel our claim should not be disallowed due to the fact that we had not received the proper information as to what we needed to do and when we needed to do it by. Had we received this information we would have complied. I have enclosed email correspondence with Karre and our invoice showing when she finally responded to my email. If you have any questions or need anymore information to take our claim into consideration you can contact me at Thomas Tree and Landscape at the above listed address and phone number.

Thank you for your time and consideration.

Sincerely,

*Amanda Hagen*

Amanda Hagen
Office Manager
Thomas Tree and Landscape

Thomas Tree & Landscape
Maverick Lawn Care

19922 State Highway 22
Mankato, MN 56001
507-625-4960

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2024 | 12176 |

| Bill To |
|---------|
| True Value<br>2415 3rd Ave.<br>Mankato, MN 56001 |

| Location |
|----------|
| True Value<br>2415 3rd Ave.<br>Mankato, MN 56001 |

| Terms | Due Date |
|-------|----------|
| Net 15 | 1/15/2025 |

| Description | Qty | Rate | Serviced | | Amount |
|-------------|-----|------|----------|--|--------|
| Lawn Mowing 2 times, 10/18 & 10/25 | 2 | 348.00 | | | 696.00T |
| Sales Tax Mankato | | 7.875% | | | 54.81 |

Thank you for your business.

| | |
|--|--|
| Total | $750.81 |
| Payments/Credits | $0.00 |
| Balance Due | $750.81 |




www.thomastreeandlandscape.com

**Amanda  Hagen**

| | |
|---|---|
| **From:** | Karre Staloch <Karre.Staloch@truevalue.com> |
| **Sent:** | Tuesday, January 7, 2025 1:38 PM |
| **To:** | Amanda  Hagen |
| **Subject:** | RE: Invoice 12176 from Thomas Tree and Landscape LLC |
| **Attachments:** | December 4 Letter From Dent Johnson, True Value President.pdf; DIB Letter of Support to Vendors - True Value Purchase Orders (002).pdf; True Value - Request for Payment of Admin Claim Form (Doc. 577-1) (1).pdf; 585 - Notice of Deadline for Filing of Administrative Expense Claims (C13386z0x9DB18).pdf |

Amanda,

I'm not sure if you received the attached letter that was supposed to go to our vendors.  The letter indicates that your dates of service fall between October 14 and November 22.  The letter has a link to which you can submit that invoice.

All invoices after November 22 should be submitted as you have been.

Please submit the invoice per the instructions on the December 4 letter from Dent Johnson.

Thank you,

*Karre Staloch*

Karre Staloch, Office Manager
True Value Distribution Center
2415  3rd Ave, Mankato MN  56001
O: (507) 625-6021
C: (507) 779-4593

*TrueValue*
—— C O M P A N Y ——
Can Do  Be Partners  No Fear
Take Risk  Act Now  Add Value
**HERE FOR YOU**

1

**From:** Amanda Hagen <amanda@thomastreeandlandscape.com>
**Sent:** Tuesday, January 7, 2025 12:43 PM
**To:** Michael Schmidt <Michael.Schmidt@truevalue.com>
**Cc:** Karre Staloch <Karre.Staloch@truevalue.com>
**Subject:** Invoice 12176 from Thomas Tree and Landscape LLC

## Thomas Tree and Landscape LLC

### Invoice

Amount Due: **$750.81**

Dear Customer:

Please see attached invoice number 12176 which is due for payment.

Thank you for your business

Sincerely,
Thomas Tree and Landscape LLC

507-625-4960

2