IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **TRUE VALUE COMPANY, L.L.C.** *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-12337 (KBO) <br><br> (Jointly Administered) |

**ORDER APPROVING STIPULATION REGARDING
ASSUMPTION AND ASSIGNMENT OF CERTAIN UNEXPIRED LEASE
OF NONRESIDENTIAL REAL PROPERTY WITH STNL II OPERATING CORP.**

Upon consideration of the *Stipulation Regarding Assumption and Assignment of Certain Unexpired Lease of Nonresidential Real Property with STNL II Operating Corp.* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**, entered into by and among True Value Company, L.L.C. and certain of its affiliates (collectively, the "Debtors"), Do it Best Corp. ("DIB") and its designee, TV Hardware Distribution, LLC (the "Assignee" and together with DIB, the "Buyer"), and STNL II Operating Corp. (the "Landlord" and together with the Debtors, the Buyer, the "Parties") and the related *Certification of Counsel Submitting Proposed Order Approving Stipulation Regarding Assumption and Assignment of Certain Unexpired Lease of Nonresidential Real Property with STNL II Operating Corp.* and having determined that the United States Bankruptcy Court for the District of Delaware (this "Court") has jurisdiction to enter this Order in accordance with 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106).  The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Stipulation.

this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having determined that the agreements set forth in the Stipulation are in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and good and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached to this Order as **Exhibit 1** is hereby approved in all respects.

2. The Lease shall be deemed assumed by the Debtors, pursuant to Section 365(a) of the Bankruptcy Code, and assigned to the Assignee, pursuant to Section 365(f) of the Bankruptcy Code, subject to the Lease Amendment as contemplated in the Stipulation, effective upon entry of this Order.

3. The Parties are authorized to take any action necessary or appropriate to implement the terms of the Stipulation and this Order without further order from this Court.

4. This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order or the Stipulation.

5. This Order shall become effective immediately upon entry of this Order, notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.

**Dated: April 7th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**