IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR APRIL 8, 2025, AT 2:00 P.M. (ET)

> This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

### **CONTESTED MATTER GOING FORWARD**

1. Third Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 1054, 3/31/25]

    Objection Deadline:   March 17, 2025 at 4:00 p.m. (ET), extended for Chubb Companies to March 21, 2025 at 12:00 p.m. (ET)

    Related Documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106).  The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] **Amendments appear in bold.**

33036981.2

A. Disclosure Statement for the Second Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 906, 2/12/25]

B. Notice of: (I) Approval of Disclosure Statement on an Interim Basis; and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan [D.I. 913, 2/13/25]

C. Notice of Filing Modifications to the Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates and Blackline Thereof [D.I. 992, 3/7/25]

D. Notice of Filing of Plan Supplement [D.I. 996, 3/7/25]

E. Notice of Rescheduled Confirmation Hearing [D.I. 1016, 3/19/25]

F. Administrative Agent's Reply to Limited Objection Filed by Fifth Third Bank, N.A. and Bank of Montreal to the Second Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 1051, 3/28/25]

G. Notice of Filing of Blackline of the Third Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 1055, 3/31/25]

H. Notice of Filing of Amended Plan Supplement for the Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates and Blacklines Thereof [D.I. 1056, 3/31/25]

I. Debtors' Memorandum of Law in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Third Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 1057, 3/31/25]

J. Declaration of Jeriad R. Paul Regarding the Solicitation and Tabulation of Votes on the Second Amended Joint Chapter 11 Plan of True Value, L.L.C. and Its Debtor Affiliates [D.I. 1058, 3/31/25]

K. Declaration of Nick Weber in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Third Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 1059, 3/31/25]

L. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement on a Final Basis and Confirming the Third Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 1060, 3/31/25]

M. **Notice of Filing of Blackline of Revised Third Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 1082, 4/7/25]**

33036981.2

**N. Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement on a Final Basis and Confirming the Third Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates [D.I. 1083, 4/7/25]**

Objections Filed:

A. Limited Objection of Somerset Parties to (I) the Disclosure Statement for the Second Amended Joint Chapter 11 Plan and (2) the Second Amended Joint Chapter 11 Plan [D.I. 1007, 3/17/25]

B. Limited Objection of the HOT Entities to the Second Amended Joint Chapter 11 Plan [D.I. 1008, 3/17/25]

C. Oracle America, Inc.'s Rights Reservation Regarding Second Amended Joint Chapter 11 Plan [D.I. 1009, 3/17/25]

D. Limited Objection and Reservation of Rights of Fifth Third Bank, N.A. and Bank of Montreal to the Second Amended Joint Chapter 11 Plan [D.I. 1012, 3/17/25]

E. Objection of the Chubb Companies to Second Amended Joint Chapter 11 Plan [D.I. 1019, 3/21/25]

Status: The Debtors have resolved all informal responses, and the responses filed by the Somerset Parties [D.I. 1007], the HOT Entities [D.I. 1008], and Oracle America Inc. [D.I. 1009]. The Debtors continue to work with the parties that filed the other objections, and hope to have some or all of those objections resolved prior to the Hearing. This matter is going forward.

33036981.2

Dated: April 7, 2025
Wilmington, Delaware

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **GLENN AGRE BERGMAN & FUENTES LLP** |
| */s/ Kenneth J. Enos* | Andrew K. Glenn (admitted *pro hac vice*) |
| Edmon L. Morton (Del. Bar No. 3856) | Trevor J. Welch (admitted *pro hac vice*) |
| Kenneth J. Enos (Del. Bar No. 4544) | Malak S. Doss (admitted *pro hac vice*) |
| Kristin L. McElroy (Del. Bar No. 6871) | Michelle C. Perez (admitted *pro hac vice*) |
| Timothy R. Powell (Del. Bar No. 6894) | Esther Hong (admitted *pro hac vice*) |
| Carol E. Thompson (Del. Bar No. 6936) | 1185 Avenue of the Americas |
| One Rodney Square | 22nd Floor |
| 1000 North King Street | New York, New York 10036 |
| Wilmington, Delaware 19801 | Telephone: (212) 970-1600 |
| Telephone: (302) 571-6600 | Email:   aglenn@glennagre.com |
| Email: emorton@ycst.com | twelch@glennagre.com |
| kenos@ycst.com | mdoss@glennagre.com |
| kmcelroy@ycst.com | mperez@glennagre.com |
| tpowell@ycst.com | ehong@glennagre.com |
| cthompson@ycst.com | |
| *Efficiency Counsel to the* | *Conflicts Counsel to the* |
| *Debtors and Debtors in Possession* | *Debtors and Debtors in Possession* |

33036981.2