## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br> TRUE VALUE COMPANY, L.L.C., *et al.*, <br> Debtors.[1] | Chapter 11 <br> Case No.: 24-12337 (KBO) <br> (Jointly Administered) <br> Related Docket No.: 1093 |

## AFFIDAVIT OF SERVICE

I, Ericka F. Johnson, being duly sworn according to law, depose and say that I am employed by Bayard, P.A., counsel to JS Products, Inc. in these chapter 11 cases (the "Cases"), and that on April 11, 2025, I caused a copy of the *Order Granting Motion of JS Products, Inc. to Deem Administrative Expense Claim Under 11 U.S.C. § 503(b)(1)(A) as Timely Filed* [D.I. 1093] to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in these Cases and upon the parties listed on the attached service list via electronic mail.

Dated: April 11, 2025
Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Ericka F. Johnson*
Ericka F. Johnson, Esq. (DE Bar No. 5024)
600 North King Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 655-5000
E-mail: ejohnson@bayardlaw.com

*Counsel to JS Products, Inc.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

**Service List**

Young Conaway Stargatt & Taylor, LLP
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Attn: Edmon L. Morton, Kenneth J. Enos, Kristin L. McElroy, Timonthy R. Powell
Email: emorton@ycst.com; kenos@ycst.com; kmcelroy@ycst.com; tpowell@ycst.com

Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Attn: Joseph O. Larkin
Email: Joseph.Larkin@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
320 South Canal Street
Chicago, Illinois 60606-5707
Attn: Ron E. Meisler, Jennifer Madden
Email: Ron.Meisler@skadden.com; Jennifer.Madden@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, New York 10001
Attn: Robert D. Drain, Evan A. Hill, Moshe S. Jacob
Email: Robert.Drain@skadden.com; Evan.Hill@skadden.com; Moshe.Jacob@skadden.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Attn: Bradford J. Sandler, Colin R. Robinson, Edward A. Corma
Email: bsandler@pszjlaw.com; crobinson@pszjlaw.com; ecorma@pszjlaw.com

Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Attn: Robert J. Feinstein, Paul J. Labov, Cia H. Mackle
Email: rfeinstein@pszjlaw.com; plabov@pszjlaw.com; cmackle@pszjlaw.com

The Office of the United States Trustee
 for the District of Delaware
844 King Street, Suite 2207
Lockbox 35, Wilmington, DE 19801
Attn: Benjamin A. Hackman
Email: Benjamin.A.Hackman@usdoj.gov