## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, LLC, *et al.* | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 9, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Omnibus Order Approving First Interim Fee Applications of Professionals [Docket No. 1091]**

Dated: April 15, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

| | | |
|---|---|---|
| {State of California | } | |
| { | } ss. | |
| {County of Los Angeles | } | |

Subscribed and sworn to (or affirmed) before me on this _15th_ day of _April_, 20_25_, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cashman_
Notary Public

> CAROLYN K. CASHMAN
> Notary Public - California
> Los Angeles County
> Commission # 2396732
> My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

# **EXHIBIT A**

**Exhibit A**

**Service List**

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Blank Rome LLP | Regina Stango Kelbon | regina.kelbon@blankrome.com | Email |
| Blank Rome LLP | Stanley B. Tarr | stanley.tarr@blankrome.com | Email |
| Blank Rome LLP | John E. Lucian | john.lucian@blankrome.com | Email |
| Glenn Agre Bergman & Fuentes LLP | Andrew K. Glenn | aglenn@glennagre.com | Email |
| Glenn Agre Bergman & Fuentes LLP | Trevor J. Welch | twelch@glennagre.com | Email |
| Glenn Agre Bergman & Fuentes LLP | Malak S. Doss | mdoss@glennagre.com | Email |
| Otterbourg P.C. | Daniel F. Fiorillo | dfiorillo@otterbourg.com | Email |
| Otterbourg P.C. | Adam C. Silverstein | asilverstein@otterbourg.com | Email |
| Otterbourg P.C. | Chad B. Simon | csimon@otterbourg.com | Email |
| Otterbourg P.C. | Pauline McTernan | pmcternan@otterbourg.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Bradford J. Sandler | bsandler@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Colin R. Robinson | crobinson@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Edward A. Corma | ecorma@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein | rfeinstein@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Paul J. Labov | plabov@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Cia H. Mackle | cmackle@pszjlaw.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Joseph O. Larkin | Joseph.Larkin@skadden.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Ron E. Meisler | Ron.Meisler@skadden.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Jennifer Madden | Jennifer.Madden@skadden.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Robert D. Drain | Robert.Drain@skadden.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Evan A Hill | Evan.Hill@skadden.com | Email |
| Skadden, Arps, Slate, Meagher & Flom LLP | Moshe S. Jacob | Moshe.Jacob@skadden.com | Email |
| The Office of the United States Trustee for the District of Delaware | Benjamin A. Hackman | benjamin.a.hackman@usdoj.gov | Email |
| True Value Company, L.L.C. | Susan Radde | susan.radde@truevalue.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Edmon L. Morton | emorton@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Kenneth Enos | kenos@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Kristin L. McElroy | kmcelroy@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Timothy R. Powell | tpowell@ycst.com | Email |