## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.,** *et al.,* | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Related Docket Nos. 753 & 902 |

### CERTIFICATION OF COUNSEL SUBMITTING *REVISED* ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

The undersigned hereby certifies as follows:

1.      On January 7, 2025, True Value Company, L.L.C. and certain of its affiliates (collectively, the "Debtors"), filed the *Debtors' First Omnibus Objection to Claims (Non-Substantive)* [Docket No. 753] (the "Objection").[2]  A proposed form of order (the "Proposed Order") was attached to the Objection as Exhibit A, and the deadline to file responses to the Objection was established as January 21, 2025, at 4:00 p.m. (ET) (the "Response Deadline").[3]

2.      Prior to the Response Deadline, the Debtors received formal and informal responses to the Objection from various parties in interest, including a formal response [Docket No. 786] filed by USG Corporation (the "Claimant") regarding Claim No. C337-2306 (the "Claim"), which was included on Schedule 1 (the "Late Filed Exhibit") attached to the Proposed Order.  Following

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106).  The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

[3]     The Response Deadline was extended for various parties in interest.

negotiations, the Debtors and the Claimant agreed to adjourn the Objection as to the Claim while they continued negotiations.[4]

3.      On February 10, 2025, Debtors filed the *Certification of Counsel Submitting Revised Order Sustaining Debtors' First Omnibus Objection to Claims (Non-Substantive)* [Docket No. 894], which included a revised Proposed Order (the "Revised Proposed Order").  Attached as Schedule 1 to the Revised Proposed Order was a revised Late Filed Exhibit (the "Revised Late Filed Exhibit") which did not contain the Claim.  On February 11, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the Revised Proposed Order [Docket No. 902].

4.      Following the entry of the Revised Proposed Order, the Debtors and Claimant agreed that the Debtors could move forward with their Objection to the Claim, while the Claimant reserved all rights and defenses as to Claim No. C337-1848.  The Debtors are submitting a further Revised Proposed Order, attached hereto as **Exhibit A** (the "Further Revised Proposed Order"), which incorporates the Claim on the Revised Late Filed Exhibit.  For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order with the Further Revised Proposed Order is attached hereto as **Exhibit B**.

*[Remainder of page intentionally left blank]*

---

[4]     The Debtors and the Claimant agreed to multiple adjournments.

WHEREFORE, the Debtors hereby respectfully request that the Further Revised Proposed

Order be entered at the Court's earliest convenience.

Dated: April 16, 2025

**YOUNG CONAWAY STARGATT**
**& TAYLOR, LLP**

*/s/ Timothy R. Powell*
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Kristin L. McElroy (Del. Bar No. 6871)
Timothy R. Powell (Del. Bar No. 6894)
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: emorton@ycst.com
        kenos@ycst.com
        kmcelroy@ycst.com
        tpowell@ycst.com

*Efficiency Counsel to the*
*Debtors and Debtors in Possession*

**SKADDEN, ARPS, SLATE, MEAGHER**
**& FLOM LLP**

Joseph O. Larkin
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Email: Joseph.Larkin@skadden.com

- and -

Ron E. Meisler (admitted *pro hac vice*)
Jennifer Madden (admitted *pro hac vice*)
320 South Canal Street
Chicago, Illinois 60606-5707
Telephone: (312) 407-0705
Email: Ron.Meisler@skadden.com
        Jennifer.Madden@skadden.com

- and -

Robert D. Drain (admitted *pro hac vice*)
Evan A. Hill (admitted *pro hac vice*)
Moshe S. Jacob (admitted *pro hac vice*)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Email: Robert.Drain@skadden.com
        Evan.Hill@skadden.com
        Moshe.Jacob@skadden.com

*Counsel to Debtors and*
*Debtors in Possession*

33074394.1

## **EXHIBIT A**

**Further Revised Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRUE VALUE COMPANY, L.L.C., *et al.*,** | **Case No. 24-12337 (KBO)** |
| **Debtors.[1]** | **(Jointly Administered)** |
| | **Related Docket Nos. 753 & 902** |

### *REVISED* ORDER SUSTAINING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

Upon consideration of the objection (the "Objection")[2] of the Debtors for entry of an order (this "Order") disallowing and expunging the Disputed Claims set forth on **Schedule 1** attached hereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Objection has been given under the particular circumstances; and it appearing that no  other or further notice is necessary; and this Court having reviewed the Objection; and upon the record of the Chapter 11 Cases; and this Court having determined that the

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106).  The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Objection is SUSTAINED as set forth herein.

2.      Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3.      The Late Filed Claims identified on **Schedule 1** attached hereto are disallowed and expunged in their entirety.

4.      This Order shall be deemed a separate order with respect to each of the Disputed Claims identified on **Schedule 1** attached hereto.  Any stay of this Order pending appeal by any of the claimants whose Disputed Claim(s) are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5.      The Debtors and Omni are authorized to take all actions necessary and appropriate to give effect to this Order.

6.      Omni is authorized to modify the Claims Register to comport with the relief granted by this Order.

7.      Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.

8.      Nothing in the Objection or this Order shall be deemed or construed:  (a) as an admission as to the validity of any claim against the Debtors; (b) as a waiver of the Debtors' rights

32854819.3

2

to dispute or otherwise object to any claim on any grounds or basis; (c) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim; (d) as an approval or assumption of any agreement, contract, or lease, pursuant to section 365 of the Bankruptcy Code; or (e) as an admission that any obligation is entitled to administrative expense priority or any such contract or agreement is executory or unexpired for purposes of section 365 of the Bankruptcy Code or otherwise.

9.     The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## <u>SCHEDULE 1</u>

**Late Filed Claims**

**Schedule 1**

**TRUE VALUE COMPANY, L.L.C.,** *et. al.*
**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1. | A1 Shredding and Recycling Inc. | 11/29/2024 | C337-2015 | 503(b)(9) | $500.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 2. | American Tack Hardware Co | 12/20/2024 | C337-2624 | 503(b)(9) | $33,480.03 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 3. | Ammex Corporation | 12/22/2024 | C337-2661 | 503(b)(9) | $64,221.60 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 4. | AMSA Inc dba Versacart Systems Inc | 12/6/2024 | C337-2409 | 503(b)(9) | $10,062.98 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 5. | AOB Products Company | 12/6/2024 | C337-2486 | 503(b)(9) | $29,893.20 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 6. | Ascendo Resources LLC | 12/9/2024 | C337-2428 | Priority | $8,320.00 | The Disputed Claim listed was filed after the established GUC and Priority Bar Date of 12/5/24. |
| 7. | BP Lubricants USA, Inc | 12/5/2024 | C337-2401 | 503(b)(9) | $4,044.06 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 8. | Bradshaw International, Inc | 12/3/2024 | C337-2113 | 503(b)(9) | $11,689.33 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 9. | Butler Home Products LLC | 12/3/2024 | C337-2115 | 503(b)(9) | $10,405.84 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 10. | BWAY Corporation | 12/5/2024 | C337-2359 | 503(b)(9) | $156,122.11 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 11. | CAB assignee of Nanjing Chervon Industry Co Ltd | 12/23/2024 | C337-2701 | 503(b)(9) | $11,843.60 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 12. | CAB assignee of Ningbo Hefan Plush Product Co Ltd | 12/5/2024 | C337-2319 | 503(b)(9) | $33,159.30 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 13. | CAB assignee of Shanghai Inhertz Int'l Trading Co Ltd | 12/5/2024 | C337-2310 | 503(b)(9) | $127,881.85 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 14. | Coghlan's Ltd | 12/15/2024 | C337-2508 | 503(b)(9) | $12,343.96 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 15. | Compass Minerals America Inc | 12/18/2024 | C337-2570 | 503(b)(9) | $385,220.77 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 16. | Coyote Creek Organic Feed Mill | 12/4/2024 | C337-2192 | 503(b)(9) | $6,508.25 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 17. | Croft LLC | 12/4/2024 | C337-2203 | 503(b)(9) | $10,977.83 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 18. | Davidson's, Inc. | 12/2/2024 | C337-2041 | 503(b)(9) | $6,234.70 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 19. | Drop In The Bucket, Inc. | 12/6/2024 | C337-2393 | 503(b)(9) | $6,819.12 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 20. | Eklind Tool Company | 12/20/2024 | C337-2631 | 503(b)(9) | $4,843.27 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 21. | EP Minerals, LLC | 12/10/2024 | C337-2439 | 503(b)(9) | $2,368.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 22. | Euler Hermes N.A - Agent for American International Forest Products, LLC | 12/3/2024 | C337-2083 | 503(b)(9) | $21,170.16 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 23. | Euler Hermes N.A - Agent for Avenue Logistics, LLC | 12/19/2024 | C337-2586 | 503(b)(9) | $29,944.75 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 24. | Euler Hermes N.A - Agent for Cinsa USA, Inc. | 12/20/2024 | C337-2612 | 503(b)(9) | $20,266.43 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |

**TRUE VALUE COMPANY, L.L.C.,** *et. al.*
**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 25. | Euler Hermes N.A - Agent for Custom Accessories, Inc. | 12/20/2024 | C337-2622 | 503(b)(9) | $755.44 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 26. | Euler Hermes N.A - Agent for Echo Global Logistics, Inc. | 12/20/2024 | C337-2625 | 503(b)(9) | $10,924.26 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 27. | Euler Hermes N.A - Agent for Ethical Products, Inc. | 12/20/2024 | C337-2610 | 503(b)(9) | $11,335.77 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 28. | Euler Hermes N.A - Agent for HY-C Company LLC | 12/3/2024 | C337-2099 | 503(b)(9) | $2,248.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 29. | Euler Hermes N.A - Agent for Intertape Polymer Corp. | 12/20/2024 | C337-2620 | 503(b)(9) | $24,165.24 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 30. | Euler Hermes N.A - Agent for Neat & Wilson, Inc.. | 12/3/2024 | C337-2072 | 503(b)(9) | $32,911.41 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 31. | Euler Hermes N.A - Agent for Nordic Products, Incorporated | 12/18/2024 | C337-2563 | 503(b)(9) | $10,759.06 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 32. | Euler Hermes N.A - Agent for Novus Media LLC | 12/3/2024 | C337-2081 | 503(b)(9) | $34,147.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 33. | Euler Hermes N.A - Agent for Petra Industries LLC | 12/20/2024 | C337-2632 | 503(b)(9) | $5,763.20 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 34. | Euler Hermes N.A - Agent for Sunnyside Corporation | 12/20/2024 | C337-2637 | 503(b)(9) | $13,243.88 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 35. | Euler Hermes N.A - Agent for The Tranzonic Companies | 12/30/2024 | C337-2729 | 503(b)(9) | $32,910.93 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 36. | Euler Hermes N.A - Agent for Viking Forest Products, LLC | 12/3/2024 | C337-2107 | 503(b)(9) | $7,605.94 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 37. | Euler Hermes N.A - Agent for Woodstock Percussion, LLC | 12/20/2024 | C337-2629 | 503(b)(9) | $14,263.90 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 38. | EZ Smart Co. | 12/13/2024 | C337-2483 | 503(b)(9) | $288.15 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 39. | Fastenal Company | 12/4/2024 | C337-2160 | 503(b)(9) | $17,454.12 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 40. | FC Young & Company, Inc | 12/17/2024 | C337-2545 | 503(b)(9) | $1,717.44 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 41. | Fort Dearborn Company | 12/27/2024 | C337-2724 | 503(b)(9) | $2,448.97 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 42. | Franklin International Inc | 12/10/2024 | C337-2454 | 503(b)(9) | $55,306.64 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 43. | Gardner Spring, Inc | 12/6/2024 | C337-2420 | 503(b)(9) | $236.99 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 44. | Gardner, Inc. | 12/20/2024 | C337-2614 | 503(b)(9) | $32,798.45 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 45. | Gold Medal Products Co. | 12/23/2024 | C337-2689 | 503(b)(9) | $3,611.81 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 46. | GT Express Inc. | 12/10/2024 | C337-2445 | Priority | $19,550.00 | The Disputed Claim listed was filed after the established GUC and Priority Bar Date of 12/5/2024 |
| 47. | Hopkins Manufacturing Corporation | 12/4/2024 | C337-2168 | 503(b)(9) | $20,186.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 48. | Industrial Battery Products Inc | 12/27/2024 | C337-100352 | Admin | $2,500.00 | The Disputed Claim listed was filed after the established Administrative Date of 12/23/2024. |

**TRUE VALUE COMPANY, L.L.C.,** *et. al.*
**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|-----|------------------|-----------|--------------|-----------|--------------|-------------------------|
| 49. | Johnson Eye Care | 12/5/2024 | C337-2288 | 503(b)(9) | $507.86 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 50. | K & H Pet Products | 12/20/2024 | C337-2653 | 503(b)(9) | $1,453.20 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 51. | Kamps Inc | 12/3/2024 | C337-2053 | 503(b)(9) | $13,574.92 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 52. | Kobayashi Healthcare International | 12/23/2024 | C337-2700 | 503(b)(9) | $12,458.96 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 53. | Kohler Co. | 12/5/2024 | C337-2366 | 503(b)(9) | $10,994.55 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 54. | K-T Industries, Inc. | 11/30/2024 | C337-2029 | 503(b)(9) | $24,433.43 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 55. | Liberty Garden Products, Inc. | 12/20/2024 | C337-2642 | 503(b)(9) | $4,788.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 56. | Lignetics, Inc. | 12/16/2024 | C337-2515 | 503(b)(9) | $175,905.90 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 57. | Manna Pro Products, LLC | 12/26/2024 | C337-100349 | Admin | $134,003.91 | The Disputed Claim listed was filed after the established Administrative Bar Date of 12/23/24. |
| 58. | Maple Avenue | 12/19/2024 | C337-2596 | 503(b)(9) | $33,850.75 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 59. | Markman Peat Corp | 11/29/2024 | C337-1991 | 503(b)(9) | $4,254.30 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 60. | Merito Industries Inc T/as Think Outside | 12/11/2024 | C337-2466 | 503(b)(9) | $4,194.06 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 61. | Merito Industries Inc T/as Think Outside | 12/3/2024 | C337-2051 | 503(b)(9) | $999.18 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 62. | Michael Kolovich | 12/26/2024 | C337-100350 | Admin | $14,451.68 | The Disputed Claim listed was filed after the established Administrative Bar Date of 12/23/2024. |
| 63. | Mine Safety Appliance Company, LLC | 12/17/2024 | C337-2555 | 503(b)(9) | $523,104.23 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 64. | MiTek USA Inc. | 12/3/2024 | C337-2098 | 503(b)(9) | $449.22 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 65. | National Presto Industries, Inc. | 12/4/2024 | C337-2240 | 503(b)(9) | $14,848.95 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 66. | Ningbo Ironcube Works International Trade Co.,Ltd | 12/4/2024 | C337-2122 | 503(b)(9) | $25,186.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 67. | Norman Equipment Company | 12/3/2024 | C338-15 | 503(b)(9) | $335.55 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 68. | Old World Industries LLC | 12/5/2024 | C337-2267 | 503(b)(9) | $26,631.96 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 69. | PS Furniture, Inc. | 12/20/2024 | C337-2627 | 503(b)(9) | $2,163.02 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 70. | Reelcraft Industries, Inc. | 12/3/2024 | C337-2059 | 503(b)(9) | $3,005.67 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 71. | Rhino Tool Company | 12/11/2024 | C337-2457 | 503(b)(9) | $10,875.75 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 72. | Ridley USA Inc | 12/18/2024 | C337-2572 | 503(b)(9) | $27,876.35 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 73. | Rock Falls Leasing Corp. | 12/3/2024 | C337-2102 | 503(b)(9) | $3,450.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |

**TRUE VALUE COMPANY, L.L.C.,** *et. al.*
**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 74. | RW Rogers Company | 12/12/2024 | C337-2468 | 503(b)(9) | $4,160.41 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 75. | Salt City Sales Inc. | 12/23/2024 | C337-2697 | 503(b)(9) | $7,079.88 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 76. | Shurtape Technologies, LLC | 12/4/2024 | C337-2134 | 503(b)(9) | $812.18 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 77. | siffron | 12/19/2024 | C341-36 | 503(b)(9) | $777.40 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 78. | Simmons Mfg Company, LLC | 12/3/2024 | C337-2189 | 503(b)(9) | $3,062.60 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 79. | Smith's Consumer Products | 12/3/2024 | C337-2416 | 503(b)(9) | $222.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 80. | Solo, Inc | 12/20/2024 | C337-2651 | 503(b)(9) | $7,085.38 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 81. | Spoontiques, Inc. | 12/16/2024 | C337-2540 | 503(b)(9) | $11,379.53 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 82. | Summit Supply | 12/23/2024 | C341-38 | 503(b)(9) | $193,400.54 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 83. | TMSS US, LLC (f.k/a TES Electric US, LLC) | 12/4/2024 | C337-2187 | 503(b)(9) | $336.60 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 84. | USG Corporation | 12/5/2024 | C337-2306 | 503(b)(9) | $369,085.18 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 85. | Valdes LLC | 12/24/2024 | C337-2704 | 503(b)(9) | $7,150.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 86. | Wedge-Loc Co. Inc. | 12/23/2024 | C337-2710 | 503(b)(9) | $1,625.10 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |

**<u>EXHIBIT B</u>**

**Blackline**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C., *et al.*,** | Case No. 24-12337 (KBO) |
| **Debtors.**[1] | **(Jointly Administered)** |
| | Related Docket ~~No~~Nos. 753 & 902 |

**REVISED ORDER SUSTAINING DEBTORS' FIRST
OMNIBUS OBJECTION TO CLAIMS
(NON-SUBSTANTIVE)**

Upon consideration of the objection (the "Objection")[2] of the Debtors for entry of an order (this "Order") disallowing and expunging the Disputed Claims set forth on **Schedule 1** attached hereto; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Objection has been given under the particular circumstances; and it appearing that no other or further notice is necessary; and this Court having reviewed the Objection; and upon the record of the Chapter 11 Cases; and this

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106).  The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Objection.

Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Objection is SUSTAINED as set forth herein.

2. Any Response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. The Late Filed Claims identified on **Schedule 1** attached hereto are disallowed and expunged in their entirety.

4. This Order shall be deemed a separate order with respect to each of the Disputed Claims identified on **Schedule 1** attached hereto. Any stay of this Order pending appeal by any of the claimants whose Disputed Claim(s) are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order with respect to the other contested matters listed in the Objection or this Order.

5. The Debtors and Omni are authorized to take all actions necessary and appropriate to give effect to this Order.

6. Omni is authorized to modify the Claims Register to comport with the relief granted by this Order.

7. Nothing in this Order or the Objection is intended or shall be construed as a waiver of any of the rights the Debtors may have to enforce rights of setoff against the claimants.



8.      Nothing in the Objection or this Order shall be deemed or construed:  (a) as an admission as to the validity of any claim against the Debtors; (b) as a waiver of the Debtors' rights to dispute or otherwise object to any claim on any grounds or basis; (c) to waive or release any right, claim, defense, or counterclaim of the Debtors, or to estop the Debtors from asserting any right, claim, defense, or counterclaim; (d) as an approval or assumption of any agreement, contract, or lease, pursuant to section 365 of the Bankruptcy Code; or (e) as an admission that any obligation is entitled to administrative expense priority or any such contract or agreement is executory or unexpired for purposes of section 365 of the Bankruptcy Code or otherwise.

9.      The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.



## SCHEDULE 1

### Late Filed Claims



**Schedule 1**

TRUE VALUE COMPANY, L.L.C., *et. al.*
Claim Objections - Late Filed Claims

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1. | A1 Shredding and Recycling Inc. | 11/29/2024 | C337-2015 | 503(b)(9) | $500.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 2. | American Tack Hardware Co | 12/20/2024 | C337-2624 | 503(b)(9) | $33,480.03 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 3. | Ammex Corporation | 12/22/2024 | C337-2661 | 503(b)(9) | $64,221.60 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 4. | AMSA Inc dba Versacart Systems Inc | 12/6/2024 | C337-2409 | 503(b)(9) | $10,062.98 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 5. | AOB Products Company | 12/6/2024 | C337-2486 | 503(b)(9) | $29,893.20 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 6. | Ascendo Resources LLC | 12/9/2024 | C337-2428 | Priority | $8,320.00 | The Disputed Claim listed was filed after the established GUC and Priority Bar Date of 12/5/24. |
| 7. | BP Lubricants USA, Inc | 12/5/2024 | C337-2401 | 503(b)(9) | $4,044.06 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 8. | Bradshaw International, Inc | 12/3/2024 | C337-2113 | 503(b)(9) | $11,689.33 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 9. | Butler Home Products LLC | 12/3/2024 | C337-2115 | 503(b)(9) | $10,405.84 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 10. | BWAY Corporation | 12/5/2024 | C337-2359 | 503(b)(9) | $156,122.11 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 11. | CAB assignee of Nanjing Chervon Industry Co Ltd | 12/23/2024 | C337-2701 | 503(b)(9) | $11,843.60 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 12. | CAB assignee of Ningbo Hefan Plush Product Co Ltd | 12/5/2024 | C337-2319 | 503(b)(9) | $33,159.30 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 13. | CAB assignee of Shanghai Inhertz Int'l Trading Co Ltd | 12/5/2024 | C337-2310 | 503(b)(9) | $127,881.85 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 14. | Coghlan's Ltd | 12/15/2024 | C337-2508 | 503(b)(9) | $12,343.96 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 15. | Compass Minerals America Inc | 12/18/2024 | C337-2570 | 503(b)(9) | $385,220.77 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 16. | Coyote Creek Organic Feed Mill | 12/4/2024 | C337-2192 | 503(b)(9) | $6,508.25 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 17. | Croft LLC | 12/4/2024 | C337-2203 | 503(b)(9) | $10,977.83 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 18. | Davidson's, Inc. | 12/2/2024 | C337-2041 | 503(b)(9) | $6,234.70 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 19. | Drop In The Bucket, Inc. | 12/6/2024 | C337-2393 | 503(b)(9) | $6,819.12 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 20. | Eklind Tool Company | 12/20/2024 | C337-2631 | 503(b)(9) | $4,843.27 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 21. | EP Minerals, LLC | 12/10/2024 | C337-2439 | 503(b)(9) | $2,368.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 22. | Euler Hermes N.A - Agent for American International Forest Products, LLC | 12/3/2024 | C337-2083 | 503(b)(9) | $21,170.16 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 23. | Euler Hermes N.A - Agent for Avenue Logistics, LLC | 12/19/2024 | C337-2586 | 503(b)(9) | $29,944.75 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |

**TRUE VALUE COMPANY, L.L.C.,** *et. al.*

**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|-----|------------------|------------|--------------|------------|--------------|-------------------------|
| 24. | Euler Hermes N.A - Agent for Cinsa USA, Inc. | 12/20/2024 | C337-2612 | 503(b)(9) | $20,266.43 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |

**TRUE VALUE COMPANY, L.L.C., _et. al._**
Claim Objections - Late Filed Claims

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 25. | Euler Hermes N.A - Agent for Custom Accessories, Inc. | 12/20/2024 | C337-2622 | 503(b)(9) | $755.44 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 26. | Euler Hermes N.A - Agent for Echo Global Logistics, Inc. | 12/20/2024 | C337-2625 | 503(b)(9) | $10,924.26 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 27. | Euler Hermes N.A - Agent for Ethical Products, Inc. | 12/20/2024 | C337-2610 | 503(b)(9) | $11,335.77 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 28. | Euler Hermes N.A - Agent for HY-C Company LLC | 12/3/2024 | C337-2099 | 503(b)(9) | $2,248.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 29. | Euler Hermes N.A - Agent for Intertape Polymer Corp. | 12/20/2024 | C337-2620 | 503(b)(9) | $24,165.24 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 30. | Euler Hermes N.A - Agent for Neat & Wilson, Inc.. | 12/3/2024 | C337-2072 | 503(b)(9) | $32,911.41 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 31. | Euler Hermes N.A - Agent for Nordic Products, Incorporated | 12/18/2024 | C337-2563 | 503(b)(9) | $10,759.06 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 32. | Euler Hermes N.A - Agent for Novus Media LLC | 12/3/2024 | C337-2081 | 503(b)(9) | $34,147.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 33. | Euler Hermes N.A - Agent for Petra Industries LLC | 12/20/2024 | C337-2632 | 503(b)(9) | $5,763.20 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 34. | Euler Hermes N.A - Agent for Sunnyside Corporation | 12/20/2024 | C337-2637 | 503(b)(9) | $13,243.88 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 35. | Euler Hermes N.A - Agent for The Tranzonic Companies | 12/30/2024 | C337-2729 | 503(b)(9) | $32,910.93 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 36. | Euler Hermes N.A - Agent for Viking Forest Products, LLC | 12/3/2024 | C337-2107 | 503(b)(9) | $7,605.94 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 37. | Euler Hermes N.A - Agent for Woodstock Percussion, LLC | 12/20/2024 | C337-2629 | 503(b)(9) | $14,263.90 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 38. | EZ Smart Co. | 12/13/2024 | C337-2483 | 503(b)(9) | $288.15 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 39. | Fastenal Company | 12/4/2024 | C337-2160 | 503(b)(9) | $17,454.12 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 40. | FC Young & Company, Inc | 12/17/2024 | C337-2545 | 503(b)(9) | $1,717.44 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 41. | Fort Dearborn Company | 12/27/2024 | C337-2724 | 503(b)(9) | $2,448.97 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 42. | Franklin International Inc | 12/10/2024 | C337-2454 | 503(b)(9) | $55,306.64 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 43. | Gardner Spring, Inc | 12/6/2024 | C337-2420 | 503(b)(9) | $236.99 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 44. | Gardner, Inc. | 12/20/2024 | C337-2614 | 503(b)(9) | $32,798.45 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 45. | Gold Medal Products Co. | 12/23/2024 | C337-2689 | 503(b)(9) | $3,611.81 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 46. | GT Express Inc. | 12/10/2024 | C337-2445 | Priority | $19,550.00 | The Disputed Claim listed was filed after the established GUC and Priority Bar Date of 12/5/2024 |
| 47. | Hopkins Manufacturing Corporation | 12/4/2024 | C337-2168 | 503(b)(9) | $20,186.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 48. | Industrial Battery Products Inc | 12/27/2024 | C337-100352 | Admin | $2,500.00 | The Disputed Claim listed was filed after the established Administrative Date of 12/23/2024. |

**TRUE VALUE COMPANY, L.L.C.,** *et. al.*
**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 49. | Johnson Eye Care | 12/5/2024 | C337-2288 | 503(b)(9) | $507.86 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 50. | K & H Pet Products | 12/20/2024 | C337-2653 | 503(b)(9) | $1,453.20 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 51. | Kamps Inc | 12/3/2024 | C337-2053 | 503(b)(9) | $13,574.92 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 52. | Kobayashi Healthcare International | 12/23/2024 | C337-2700 | 503(b)(9) | $12,458.96 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 53. | Kohler Co. | 12/5/2024 | C337-2366 | 503(b)(9) | $10,994.55 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 54. | K-T Industries, Inc. | 11/30/2024 | C337-2029 | 503(b)(9) | $24,433.43 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 55. | Liberty Garden Products, Inc. | 12/20/2024 | C337-2642 | 503(b)(9) | $4,788.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 56. | Lignetics, Inc. | 12/16/2024 | C337-2515 | 503(b)(9) | $175,905.90 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 57. | Manna Pro Products, LLC | 12/26/2024 | C337-100349 | Admin | $134,003.91 | The Disputed Claim listed was filed after the established Administrative Bar Date of 12/23/24. |
| 58. | Maple Avenue | 12/19/2024 | C337-2596 | 503(b)(9) | $33,850.75 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 59. | Markman Peat Corp | 11/29/2024 | C337-1991 | 503(b)(9) | $4,254.30 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 60. | Merito Industries Inc T/as Think Outside | 12/11/2024 | C337-2466 | 503(b)(9) | $4,194.06 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 61. | Merito Industries Inc T/as Think Outside | 12/3/2024 | C337-2051 | 503(b)(9) | $999.18 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 62. | Michael Kolovich | 12/26/2024 | C337-100350 | Admin | $14,451.68 | The Disputed Claim listed was filed after the established Administrative Bar Date of 12/23/2024. |
| 63. | Mine Safety Appliance Company, LLC | 12/17/2024 | C337-2555 | 503(b)(9) | $523,104.23 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 64. | MiTek USA Inc. | 12/3/2024 | C337-2098 | 503(b)(9) | $449.22 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 65. | National Presto Industries, Inc. | 12/4/2024 | C337-2240 | 503(b)(9) | $14,848.95 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 66. | Ningbo Ironcube Works International Trade Co.,Ltd | 12/4/2024 | C337-2122 | 503(b)(9) | $25,186.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 67. | Norman Equipment Company | 12/3/2024 | C338-15 | 503(b)(9) | $335.55 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 68. | Old World Industries LLC | 12/5/2024 | C337-2267 | 503(b)(9) | $26,631.96 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 69. | PS Furniture, Inc. | 12/20/2024 | C337-2627 | 503(b)(9) | $2,163.02 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 70. | Reelcraft Industries, Inc. | 12/3/2024 | C337-2059 | 503(b)(9) | $3,005.67 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 71. | Rhino Tool Company | 12/11/2024 | C337-2457 | 503(b)(9) | $10,875.75 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 72. | Ridley USA Inc | 12/18/2024 | C337-2572 | 503(b)(9) | $27,876.35 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |

**TRUE VALUE COMPANY, L.L.C.,** *et. al.*

**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|-----|------------------|------------|--------------|------------|--------------|--------------------------|
| 73. | Rock Falls Leasing Corp. | 12/3/2024 | C337-2102 | 503(b)(9) | $3,450.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |

**TRUE VALUE COMPANY, L.L.C.,** *et. al.*
**Claim Objections - Late Filed Claims**

| No. | Name of Claimant | Filed Date | Claim Number | Claim Type | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 74. | RW Rogers Company | 12/12/2024 | C337-2468 | 503(b)(9) | $4,160.41 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 75. | Salt City Sales Inc. | 12/23/2024 | C337-2697 | 503(b)(9) | $7,079.88 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 76. | Shurtape Technologies, LLC | 12/4/2024 | C337-2134 | 503(b)(9) | $812.18 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 77. | siffron | 12/19/2024 | C341-36 | 503(b)(9) | $777.40 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 78. | Simmons Mfg Company, LLC | 12/3/2024 | C337-2189 | 503(b)(9) | $3,062.60 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 79. | Smith's Consumer Products | 12/3/2024 | C337-2416 | 503(b)(9) | $222.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 80. | Solo, Inc | 12/20/2024 | C337-2651 | 503(b)(9) | $7,085.38 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 81. | Spoontiques, Inc. | 12/16/2024 | C337-2540 | 503(b)(9) | $11,379.53 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 82. | Summit Supply | 12/23/2024 | C341-38 | 503(b)(9) | $193,400.54 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 83. | TMSS US, LLC (f.k/a TES Electric US, LLC) | 12/4/2024 | C337-2187 | 503(b)(9) | $336.60 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of 11/27/24. |
| 84. | USG Corporation | 12/5/2024 | C337-2306 | 503(b)(9) | $369,085.18 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of |
| ~~84~~85. | Valdes LLC | 12/24/2024 | C337-2704 | 503(b)(9) | $7,150.00 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of |
| ~~85~~86. | Wedge-Loc Co. Inc. | 12/23/2024 | C337-2710 | 503(b)(9) | $1,625.10 | The Disputed Claim listed was filed after the established 503(b)(9) Bar Date of |