California Department of Tax and Fee Administration
Collections Support Bureau, MIC:29
PO Box 942879
Sacramento, CA  94279-0029
Telephone (916) 309-5650

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| In re: True Value Company, LLC, Debtor(s) | Bankruptcy Case No. 24-12337 |
| | NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FOR TAXES |
| | Chapter No. 11 |
| | Account Nos. 051-069514 & 014-611543 |

Janine Aceves, undersigned states

1)   That I am one of the authorized representatives of the State of California Department of Tax and Fee Administration (functional successor to the State Board of Equalization); that as such I am qualified and empowered to and do withdraw the Department's claim in the amount of $56,074.72 as filed in these proceedings on 4/11/2025 as Claim 2971.

Dated:  4/21/2025
At Sacramento, California
:

CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

_/s/ Janine Aceves_
Janine Aceves
Authorized Representative



STATE OF CALIFORNIA

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
PO BOX 942879, SACRAMENTO, CALIFORNIA 94279-0029
TELEPHONE 916-309-5650 • FAX 916-327-0615
www.cdtfa.ca.gov

GAVIN NEWSOM
Governor

AMY TONG
Secretary, Government Operations Agency

NICOLAS MADUROS
Director

April 21, 2025

True Value Company, LLC
Claims Processing
c/o Omni Agent Solutions, Inc.
5955 De Soto Ave., Suite 100
Woodland Hills, CA 91367

Account Nos. 051-069514 & 014-611543
Debtor(s): True Value Company, LLC
Bankruptcy Case No. 24-12337

Ladies and Gentlemen:

Enclosed is an original Notice of Withdrawal of the CDTFA's (California Department of Tax and Fee Administration, fka: Board of Equalization) Priority Claim for taxes.

Please file this notice in the proceedings described above.

Sincerely,

Janine Aceves
Authorized Representative
Collections Support Bureau

Enclosures
cc:

E-47-SB REV. 1 (7-17)

CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION
SPECIAL OPERATIONS BRANCH  MIC:55
PO BOX 942879
SACRAMENTO  CA  94279-0055







RECEIVED APR 24 2025 By____