IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE VALUE COMPANY, L.L.C., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on April 28, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Filing of Further Amended Plan Supplement for the Joint Chapter 11 Plan of True Value Company, L.L.C. and its Debtor Affiliates [Docket No. 1142]**

Dated: May 5, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 5th day of May, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

# EXHIBIT A

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Adobe Systems Inc | 29322 Network Pl | Chicago, IL 60673 | | | First Class Mail |
| Adobe Systems Incorporated | 345 Park Ave | Ste 150 | San Jose, CA 95110 | | First Class Mail |
| Advanced Technology Services | 101 Lindenwood Dr | Ste 300 | Malvern, PA 19355 | | First Class Mail |
| Advanced Technology Services Group | 1200 Atwater Drive | Ste 170 | Malvern, PA 19355 | | First Class Mail |
| Advantage Workforce Services, LLC. | | | | ar@instawork.com | Email |
| Aig | P.O. Box 10472 | Newark, NJ 07193 | | | First Class Mail |
| AIG / National Union Fire Ins Co | 1271 Ave of the Americas, 41st Fl | New York, NY 10020-1304 | | | First Class Mail |
| Aig / National Union Fire Ins. Co. | 175 Water St | New York, NY 10038 | | | First Class Mail |
| AIU Insurance Company, Commerce and Industry Company, National Union Fire Insurance Company of Pittsburgh, PA., and certain other affiliates of AIG Property Casualty, Inc. | | | | kevin.larner@aig.com | Email |
| Allianz Global Risks Us Insurance Co | 225 West Washington Street | Suite 1800 | Chicago, IL 60606 | | First Class Mail |
| Allianz Global Risks US Insurance Co | 28 Liberty St, 24th Fl | New York, NY 10005 | | | First Class Mail |
| Allied World Assurance Co (US) Inc | 199 Water St, Ste 24 | New York, NY 10038 | | | First Class Mail |
| Allied World Assurance Co (Us) Inc. | 550 S Hope St | Ste 1825 | Los Angeles, CA 90071 | | First Class Mail |
| Allied World Specialty Insurance Co | 199 Water St, Ste 24 | New York, NY 10038 | | | First Class Mail |
| Allied World Specialty Insurance Co | 550 S Hope St | Ste 1825 | Los Angeles, CA 90071 | | First Class Mail |
| Alphabet Inc (Google Parent) | 1600 Amphitheater Parkway | Mountain View, CA 94043 | | | First Class Mail |
| Amazon Services | 410 Terry Ave | North Seattle, WA 98109 | | | First Class Mail |
| American Registry For Internet Numbers (Arin) | P.O. Box 232290 | Centreville, VA 20120 | | | First Class Mail |
| Ameris Bank d/b/a Balboa Capital | | | | jim.grant@balboacapital.com | Email |
| Ameris Bank d/b/a Balboa Capital | | | | adarcy@darcydevassy.com | Email |
| Aon Consulting, Inc. (NJ) | | | | stephen.reuther@aon.com | Email |
| Api Wizard LLC | 1127 High Ridge Rd, Ste 238 | Stamford, CT 06905 | | | First Class Mail |
| Apple | One Apple Park Way | Cupertino, CA 95014 | | | First Class Mail |
| Arag Group | c/o Pam Ramsey | 400 Locust St Ste 480 | Des Moines, IA 50309 | | First Class Mail |
| Arc Equipment Finance | | | | wdeutsch@arcequipmentfinance.com | Email |
| ARC Equipment Finance LLC | | | | wdeutsch@arcequipmentfinance.com | Email |
| Art Line Inc | 6220 W 73rd St | Bedford Park, IL 60638 | | | First Class Mail |
| Articulate | 244 5Th Ave | Ste 2960 | New York, NY 10001 | | First Class Mail |
| Asset Panda LLC | 5729 Lebanon Rd | Ste 144-269 | Frisco, TX 75034 | | First Class Mail |
| Asthma & Allergy Foundation | 1235 S Clark St | Ste 305 | Arlington, VA 22202 | | First Class Mail |
| Asthma & Allergy Foundation | 8201 Corporate Drive | Ste 1000 | Landover, MD 20785 | | First Class Mail |
| Asthma & Allergy Foundation | Accounts Receivable | P.O. Box 424053 | Washington, DC 20042 | | First Class Mail |
| Asthma & Allergy Foundation Of America | Attn: Kenneth Mendez | 1235 S Clark St, Ste 305 | Arlington, VA 22202 | | First Class Mail |
| Asthma & Allergy Foundation of America | Attn: President | 8201 Corporate Dr, Ste 100 | Landover, MD 20785 | | First Class Mail |
| Asthma & Allergy Foundation Of America | Attn: Robert Shimer | 1235 South Clark St, Ste 305 | Arlington, VA 22202 | | First Class Mail |
| At&T Corp. | 12851 Manchester Rd | Ste 3-E-256 | Des Peres, MO 63131 | | First Class Mail |
| At&T Inc. | 208 South Akard St | Whitacre Tower | Dallas, TX 75202 | | First Class Mail |
| Automation Anywhere, Inc | 633 River Oaks Parkway | San Jose, CA 95134 | | | First Class Mail |
| Automation Anywhere, Inc | P.O. Box 734248 | Chicago, IL 60673 | | | First Class Mail |
| Aviva Insurance Ltd (5%) | 1 St Helen'S | London, Ec3P 3Dq | United Kingdom | | First Class Mail |
| Aviva Insurance Ltd (5%) | 80 Fenchurch St | London, EC3M 4AE | United Kingdom | | First Class Mail |
| Bargain Hunt | | | | TMATZ@BARGAINHUNT.COM | Email |
| Beazley Insurance Co Inc | Plantation Pl S | 60 Great Tower St | London, EC3R 5AA | United Kingdom | First Class Mail |
| Beazley Insurance Company Inc | 6 Concourse Pkwy | Ste 2800 | Atlanta, GA 30328 | | First Class Mail |
| Beecker, LLC | | | | florencia.mata@beecker.ai | Email |
| Berkshire Hathaway Specialty Ins Co | 100 Federal St, 7th Fl | Boston, MA 02110 | | | First Class Mail |
| Blue Yonder, Inc | P.O. Box 841983 | Dallas, TX 75284 | | | First Class Mail |
| Blue Yonder, Inc. | 15059 N Scottsdale Rd | Ste 400 | Scottsdale, AZ 85254 | | First Class Mail |
| BMO Bank N.A. | | | | gilbert.gonzalez@bmo.com | Email |
| Bmo Harris Equipment Finance | P.O. Box 88127 | Milwaukee, WI 53288 | | | First Class Mail |
| BMO Harris Equipment Finance Co | 770 N Water St, 8th Fl | Milwaukee, WI 53202 | | | First Class Mail |
| Briotix Health, LP | | | | ar@briotix.com | Email |
| Broadcom Ca, Inc. | 1320 Ridder Park Drive | San Jose, CA 95131 | | | First Class Mail |
| BrowserStack, Inc. | | | | abhishek.mi@browserstack.com | Email |
| Businessolver.com, Inc. | | | | rpinkston@seyfarth.com | Email |
| Canva Us, Inc. | 200 E 6Th St | Austin, TX 78701 | | | First Class Mail |
| Capital Blue Cross | P.O. Box 371482 | Pittsburgh, PA 15250 | | | First Class Mail |
| Carson | 3125 Nw 35Th Ave | Portland, OR 97210 | | | First Class Mail |
| Carson | P.O. Box 41390 | Eugene, OR 97404 | | | First Class Mail |
| Cc3 Solutions C/O At&T | 13075 Manchester Rd | St Louis, MO 63131 | | | First Class Mail |
| CCA Financial, LLC | 7275 Glen Forest Dr, Ste 100 | Richmond, VA 23226 | | | First Class Mail |
| Cfo Solutions LLC | | | | CFOINVOICING@CFOSOLUTIONS.COM | Email |
| Chain Store Guides, LLC | | | | mferris@chainstoreguide.com | Email |
| Chicago Records Management Inc | 3815 Carnation St | Franklin Park, IL 60131 | | | First Class Mail |
| Cisco Systems, Inc. | 170 West Tasman Dr | San Jose, CA 95134 | | | First Class Mail |
| Cleverbridge, Inc. | 350 N Clark St | Ste 700 | Chicago, IL 60654 | | First Class Mail |
| Columbia Casualty Co (CNA) (6%) | CNA Plz | Chicago, IL 60685 | | | First Class Mail |
| Columbia Casualty Company (Cna) (6%) | 31650 Oxnard St | Ste 600 | Woodland Hills, CA 91367 | | First Class Mail |
| Comcast Business- Enterprise Sales | One Comcast Center, 1701 Jfk Blvd , | Philadelphia, PA 19103 | | | First Class Mail |
| Comcast Business- Enterprise Sales | One Comcast Center, 1701 Jfk Blvd , | Philadelphia, PA 18036 | | | First Class Mail |
| Comdata Network Inc | P.O. Box 100647 | Atlanta, GA 30384 | | | First Class Mail |
| Comdata Network Inc. | 5301 Maryland Way | Brentwood, TN 37027 | | | First Class Mail |
| Comdata Network. Inc-Wire | P.O. Box 900 | Brentwood, TN 37024 | | | First Class Mail |
| Commerce & Industry Insurance Co (AIG) | 1271 Ave of the Americas, 41st Fl | New York, NY 10020-1304 | | | First Class Mail |
| Commerce & Industry Insurance Co (Aig) | 1271 Avenue Of The Americas | 37Th Floor | New York, NY 10020 | | First Class Mail |
| Consolidated Communications | 2116 South 17Th St | Mattoon, IL 61938 | | | First Class Mail |
| Consolidated Communications | P.O. Box 11560 | Portland, ME 04104 | | | First Class Mail |
| Consolidated Communications | P.O. Box 66523 | St Louis, MO 63166 | | | First Class Mail |
| Consolidated Communications | P.O. Box 70347 | Philadelphia, PA 19176 | | | First Class Mail |
| Constellation NewEnergy, Inc. | | | | gregory.rossi@constellation.com | Email |
| Continental Casualty Co | 151 N Franklin St | Chicago, IL 60606 | | | First Class Mail |
| Continental Casualty Co | c/o Can | 200 Liberty St, 6th Fl | New York, NY 10281-1118 | | First Class Mail |
| Continental Casualty Company | c/o Can | Willis Towers Watson Northeast Inc | 200 Liberty St Fl 6 | New York, NY 10281-1118 | First Class Mail |
| Convenience Prod Inc | Convenience Prod. Inc. | Po Box 18605M | St Louis, MO 63195 | | First Class Mail |
| Convenience Prod. Inc | P.O. Box 18605M | St Louis, MO 63195 | | | First Class Mail |
| Corcentric, LLC. | 200 Lake Dr E | Ste 200 | Cherry Hill, NJ 08002 | | First Class Mail |
| Cornerstone OnDemand, Inc. | | | | legalnotices@csod.com; jburke@csod.com | Email |
| Cornerstone OnDemand, Inc. | | | | collections@finance.csod.com | Email |
| CorVel Enterprise Comp, Inc. | | | | sharon_oconnor@corvel.com | Email |
| CorVel Enterprise Comp, Inc. | | | | cathy_clansen@corvel.com | Email |
| CorVel Enterprise Comp, Inc. | | | | bianca_chan@corvel.com | Email |
| Cx Advanced Solutions LLC, | 3450 N Triumph Blvd | Ste 102 | Lehi, UT 84043 | | First Class Mail |
| Databank-Zcolo LLC | 400 South Akard St | Ste 100 | Dallas, TX 75202 | | First Class Mail |
| Dayforce Us, Inc | P.O. Box 772830 | Chicago, IL 60677 | | | First Class Mail |
| Dbc Software Consulting LLC | | | | ADAM@DBCSC.COM | Email |
| Delta Dental Of Illinois | 111 Shuman Blvd | Naperville, IL 60563 | | | First Class Mail |
| Dojiggy | 9450 Sw Gemini Dr | 73730 | Beaverton, OR 97008-7105 | | First Class Mail |
| Dojiggy | 9450 Sw Gemini Dr | Beaverton, OR 97008-7105 | | | First Class Mail |
| Dsi Security Services | 3100 Lorna Road | Ste 200 | Birmingham, AL 35216 | | First Class Mail |
| Easyask | 19 Crosby Dr | Ste 310 | Bedford, MA 01730 | | First Class Mail |
| Easyask.LLC | 200 Wheeler Rd | South Tower, 3rd Fl | Burlington, MA 01803 | | First Class Mail |
| Eci Software Solutions, Inc. | 4400 Alliance Gateway Freeway, Ste 154 | Fort Worth, TX 76177 | | | First Class Mail |
| Efilecabinet | 4101 N Thanksgiving Way, Ste 200 | Lehi, UT 84043 | | | First Class Mail |
| Ekos, Inc. | 1410 Commonwealth Drive | Ste 101B | Wilmington, NC 28403 | | First Class Mail |
| Elementor Ltd | Tuval St 40 | Ramat Gan, 5126112 | Israel | | First Class Mail |
| Email On Acid, LLC | 112 E Pecan St | Ste 1135 | San Antonio, TX 78205 | | First Class Mail |
| Engie Resources LLC | | | | REMITTANCETEAM.ENGIENA1@ENGIE.COM | Email |
| Engie Resources LLC | | | | erin.rinehart@engie.com | Email |
| ENGIE Resources LLC | | | | custserv@na.engie.com | Email |
| Entrust Corp | 36134 Treasury Center | Chicago, IL 60694 | | | First Class Mail |
| Entrust Corporation | Two Lincoln Centre | 5420 LBJ FREEWAY, Ste 300 | Dallas, TX 75240 | | First Class Mail |
| Epicor Software | | | | oscar.rodriguez@epicor.com | Email |
| Eplus Technology Inc | P.O. Box 404398 | Atlanta, GA 30384 | | | First Class Mail |
| Eplus Technology, Inc. | 13595 Dulles Technology Drive | Herndon, VA 20171 | | | First Class Mail |
| ePlus Technology, inc. | | | | david.fournier@troutman.com; ken.listwak@troutman.com | Email |
| ePlus Technology, inc. | | | | compliance@eplus.com | Email |
| Everest National Insurance Company | | | | katherine.maris@everestglobal.com | Email |
| Express Scripts Inc | 1 Express Way | St Louis, MO 63121 | | | First Class Mail |
| Express Scripts Inc | 21653 Network Pl | Chicago, IL 60673 | | | First Class Mail |
| Extensis | 6975 Sw Sandburg St | Ste 200 | Tigard, OR 97233 | | First Class Mail |
| Extensis | Dept Ch 14509 | Palatine, IL 60055 | | | First Class Mail |
| Fair American Insurance & Reinsurance Co | 1 Liberty Plz | 165 Broadway | New York, NY 10006 | | First Class Mail |
| Fair American Insurance & Reinsurance Co | 1 Liberty Plz 165 | New York, NY 10006 | | | First Class Mail |
| Fair American Insurance & Reinsurance Co | One Liberty Plaza, 165 Broadway | New York, NY 10006 | | | First Class Mail |

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Fastspring | 801 Garden Street Suite 201 | Santa Barbara, CA 93101 | | | First Class Mail |
| Federal Recycling | Corsicana Equipments | 7935 Clayton Road | St, Louis, MO 63117 | | First Class Mail |
| Federal Recycling Corsicana | Federal Recycling Corsicana Equipment Rental Agreement 2024 | 7935 Clayton Road | St Louis, MO 63117 | | First Class Mail |
| Fidelity Investments Institutional Operations Company | | | | tanishia.poston@fmr.com; joseph.scully@fmr.com | Email |
| Fidelity Investments Institutional Operations Company | | | | joseph.scully@fmr.com | Email |
| Fidelity Investments Institutional Operations Company | | | | arcorpacct@fmr.com | Email |
| Fidelity Management Trust Company | 45 Summer St | Boston, MA 02210 | | | First Class Mail |
| Firemon, LLC | 8400 West 110Th St, Ste 500 | Overland Park, KS 66210 | | | First Class Mail |
| First American Commerical Bancorp, Inc | | | | chris.wuest@faef.com | Email |
| First Financial Holdings, LLC | | | | lwilliams@goodwin.com | Email |
| First Financial Holdings, LLC | | | | hkobayashi@ffequipmentleasing.com | Email |
| Flagstar Corporate Headquarters | 5151 Corporate Dr | Troy, MI 48098 | | | First Class Mail |
| Flagstar Financial, Inc | 102 Duffy Ave | Hicksville, NY 11801 | | | First Class Mail |
| Four J'S Development | 1625 The Alameda | Ste 302 | San Jose, CA 95126 | | First Class Mail |
| Freedom Specialty | aka Nationwide | 1 Nationwide Blvd, Ste 1-14-301 | Columbus, OH 43215 | | First Class Mail |
| Freedom Specialty (Nationwide) | 250 Greenwich St, Ste 3700 | New York, NY 10007 | | | First Class Mail |
| Freedom Specialty (Nationwide) | One Nationwide Boulevard, 1-14-301 | Columbus, OH 43215 | | | First Class Mail |
| Freemius, Inc. | 4023 Kennett Pike | Wilmington, DE 19807 | | | First Class Mail |
| Geneva Supply | 1501 E Wisconsin St | Delavan, WI 53115 | | | First Class Mail |
| Genserve LLC | 100 Newtown Road | Plainview, NY 11803 | | | First Class Mail |
| Genserve, LLC | 444 Randy Rd | Carol Stream, IL 60188 | | | First Class Mail |
| Getty Images | 605 5Th Ave South | Ste 400 | Seattle, WA 98104 | | First Class Mail |
| Getty Images(Us) Inc | P.O. Box 953604 | St Louis, MO 63195 | | | First Class Mail |
| Ghc Mechanical Inc | 990 Pauly Drive | Elk Grove Village, IL 60007 | | | First Class Mail |
| Ghc Mechanical.Inc. | 990 Pauly Dr | Elk Grove Village, IL 60007 | | | First Class Mail |
| Gilbarco/Gasboy | 7300 West Friendly Ave | Ste 200 | Greensboro, NC 27410 | | First Class Mail |
| GlassHouse Systems | | | | arus@ghsystems.com | Email |
| Goanimate, Inc. | 204 East 2Nd Ave | Ste 638 | San Mateo, CA 94401 | | First Class Mail |
| Google LLC | | | | vandermarkj@whiteandwilliams.com | Email |
| Goto Technologies Usa, LLC (Logmein) | 333 Summer St | Boston, MA 02210 | | | First Class Mail |
| Granite Telecommunications, LLC | | | | bankruptcy@granitenet.com | Email |
| Guidepoint Security LLC | 2201 Cooperative Way, Ste 225 | Herndon, VA 20171 | | | First Class Mail |
| Guidepoint Security LLC | P.O. Box 738031 | Dallas, TX 75373 | | | First Class Mail |
| GW Regency Plaza LLC | 2211 N. Elston Ave, Ste 400 | Chicago, IL 60614 | | | First Class Mail |
| Hanmi Bank | | | | jcrastz@hrhlaw.com | Email |
| Hexagon Ali | 305 Intergraph Way | Madison, AL 35758 | | | First Class Mail |
| Hostpapa, Inc. (Hostopia) | 5063 North Service Road | Burlington, ON L7L 5H6 | Canada | | First Class Mail |
| Hotjar | Dragonara Business Centre | 5th Fl | Paceville St Julian'S, STJ 3141 | Malta | First Class Mail |
| Huntington National Bank | | | | helen.k.lau@huntington.com | Email |
| Hy-Tek Intralogistics | 39 Dell Manor Drive | Bristol, CT 06010 | | | First Class Mail |
| Ibm | P.O. Box 643600 | Pittsburgh, PA 15264 | | | First Class Mail |
| Ibm Corp | P.O. Box 91222 | Chicago, IL 60693-9102 | | | First Class Mail |
| Ibm Corp. | 71 S Wacker Dr | Chicago, IL 60606-4637 | | | First Class Mail |
| Ignite Enterprise Software Solutions, LLC | 2028 E Ben White Blvd, Ste 240-2650 | Austin, TX 78741 | | | First Class Mail |
| Impact Outsourcing Solutions | 300 Wilson Road, Building 800 | Griffin, GA 30223 | | | First Class Mail |
| Impact Outsourcing Solutions | P.O. Box 13188 | Milwaukee, WI 53213 | | | First Class Mail |
| Imprivata | 480 Totten Pond Road | 6th Fl | Waltham, MA 02451 | | First Class Mail |
| Imprivata Inc | 480 Totten Pond Rd 6th Fl | 20 Citypoint | Waltham, MA 02451 | | First Class Mail |
| Indeed Inc | Mail Code 5160 | P.O. Box 660367 | Dallas, TX 75266 | | First Class Mail |
| Indeed, Inc. | Indeed Tower 200 West 6Th St | Fl 36 | Austin, TX 78701 | | First Class Mail |
| Infor (US), LLC | | | | Infor.AmericasCollectabilityAssessments@Infor.com | Email |
| Interstate Gas Supply, Igs | 6100 Emerald Parkway | Dublin, OH 43016 | | | First Class Mail |
| Intuit Inc. | 2800 E Commerce Center Place | Tucson, AZ 85706 | | | First Class Mail |
| K & G Patton Enterprises | 1530 Industrial Drive | Griffin, GA 30224 | | | First Class Mail |
| Kyndryl, Inc. | | | | ryan.fahey@kyndryl.com | Email |
| Leidos Inc | | | | leidos.serviceteam@citi.com | Email |
| Leidos, Inc | | | | kip.l.washington@leidos.com; samantha.j.prociv@leidos.com | Email |
| Leidos, Inc | | | | ar_cashflow@leidos.com | Email |
| Levi, Ray, & Shoup, Inc. | 2401 W Monroe St | Springfield, IL 62704 | | | First Class Mail |
| Levi, Ray, & Shoup, Inc. | Levi, Ray, & Shoup, Inc | 2401 W Monroe St | Springfield, IL 62704 | | First Class Mail |
| Lucid Software | 10355 South Jordan Gateway | Ste 300 | South Jordan, UT 84095 | | First Class Mail |
| Lumen Technologies | 100 Century Link Dr | Monroe, LA 71203 | | | First Class Mail |
| M2 Equipment Finance LLC | 20800 Swenson Dr | Waukesha, FL 53186 | | | First Class Mail |
| Mackinney Systems Inc. | 4411 E State Hwy D Ste F | Springfield, MO 65809 | | | First Class Mail |
| Mackinney Systems, Inc. | Mackinney Systems, Inc | 4411 E State Hwy D, | Suite F | Springfield, MO 65809 | First Class Mail |
| Mailchimp | 675 Ponce De Leon Ave Ne | Ste 5000 | Atlanta, GA 30308 | | First Class Mail |
| Mainline Information Systems | Dept 1659 | P.O. Box 11407 | Birmingham, AL 35246 | | First Class Mail |
| Mainline Information Systems | P.O. Box 11407 Dept #1659 | Birmingham, AL 35246 | | | First Class Mail |
| Mainline Information Systems, Inc. | 1700 Summit Lake Drive | Tallahassee, FL 32317 | | | First Class Mail |
| Mainline Information Systems, Inc. | Mainline Information Systems, Inc | 1700 Summit Lake Drive | Tallahassee, FL 32317 | | First Class Mail |
| Mansfield Oil Company | | | | mpugh@tokn.com | Email |
| Marx Sheet Metal & Mechanical Inc | 373 High St P.O. Box 890 | Wilkes-Barre, PA 18702 | | | First Class Mail |
| Mbm Paint Inc | | | | marketing@mbmpaintinc.com | Email |
| Mbm Paint Inc. | | | | marketing@mbmpaintinc.com | Email |
| Melissa Data Corporation | 22382 Avenida Empresa | Rancho Santa Margarita, CA 92688-2112 | | | First Class Mail |
| Microsoft Corporation | | | | mamilano@foxrothschild.com | Email |
| Microsoft Corporation | | | | celabnc@microsoft.com | Email |
| Midwest Hardware Association | 201 Frontenac Ave | P.O. Box 8033 | Stevens Point, WI 54481 | | First Class Mail |
| Midwest Hardware Association | DBA Retail Financial Services | 201 Frontenac Ave | P.O. Box 8033 | Stevens Point, WI 54481-8033 | First Class Mail |
| Mitsubishi Logisnext Americas | 2121 W Sam Houston Pkwy N | Houston, TX 77043 | | | First Class Mail |
| Mozilor Limited | 3 Warren Yard, Warren Park | Wolverton Mill | Milton Keynes, MK12 5NW | United Kingdom | First Class Mail |
| Msc Mediterranean Shipping Company | 700 Watermark Blvd | Mt Pleasant, SC 29464 | | | First Class Mail |
| National Union Fire Ins Co (AIG) | 1271 Ave of the Americas, 41st Fl | New York, NY 10020-1304 | | | First Class Mail |
| National Union Fire Ins. Co. (Aig) | Usi Midwest LLC | 2021 Spring Road | Oakbrook, IL 60523 | | First Class Mail |
| Northwestern Executive Health | Lockbox : 28269 Nm Exec Healt | 28269 Network Place | Chicago, IL 60673 | | First Class Mail |
| Northwestern Executive Health | Lockbox, Ste : 28269 Nm Exec Healt | 28269 Network Place | Chicago, IL 60673 | | First Class Mail |
| Omnia Partners | 840 Crescent Centre | Franklin, TN 37067 | | | First Class Mail |
| Oocl Logistics (Usa) Inc | Wall St Plaza | 88 Pine St, 8th Flloor | New York, NY 10005 | | First Class Mail |
| Optiv Security Inc | 1144 15th St, Ste 2900 | Denver, CO 80202-2571 | | | First Class Mail |
| Oracle America, Inc. ("Oracle") | | | | schristianson@buchalter.com | Email |
| Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle") | | | | schristianson@buchalter.com | Email |
| Pacific Gas & Energy | 300 Lakeside Drive | Oakland, IL 94601 | | | First Class Mail |
| Pacific Gas & Energy | Pacific Gas & Energy | 300 Lakeside Drive | Oakland, IL 94601 | | First Class Mail |
| Paragon Software Systems Inc | P.O. Box 743722 | Atlanta, GA 30374 | | | First Class Mail |
| Paragon Software Systems, Inc (Aptean) | 4325 Alexander Drive | Ste 100 | Alpharetta, GA 30022 | | First Class Mail |
| Park Place Technologies | 5910 Landerbrook Dr, Ste 300 | Mayfield Heights, OH 44124 | | | First Class Mail |
| Park Place Technologies LLC | c/o PPT Holdings I Llc | 5910 Landerbrook Dr | Mayfield Height, OH 44124 | | First Class Mail |
| Park Place Technologies LLC | P.O. Box 78000 | Dept 781156 | Detroit, MI 48278 | | First Class Mail |
| Payscale | 113 Cherry St | Seattle, WA 98104 | | | First Class Mail |
| Payscale.Inc. | 75 Remittance Dr | Dept 1343 | Chicago, IL 60675 | | First Class Mail |
| Pengate Handling Systems | | | | ar@pengate.com | Email |
| Pengate Handling Systems, Inc. | | | | mkramer@wwhgd.com | Email |
| Planful Inc | 150 Spear St | Ste 1850 | San Francisco, CA 94105 | | First Class Mail |
| Planful Inc | P.O. Box 674731 | Dallas, TX 75267 | | | First Class Mail |
| Profile Systems Design Group, Inc | 47 W North St | Madisonville, KY 42431 | | | First Class Mail |
| PS Tech Inc | 3220 Royal Woods Dr | Crystal Lake, IL 60014 | | | First Class Mail |
| Ps Tech Inc | 9312 Beaver Pond Ct | Village Of Lakewo, IL 60014 | | | First Class Mail |
| Rocket Software, Inc. | 77 Fourth Ave | Waltham, MA 02451 | | | First Class Mail |
| Rocket Software.Inc. | P.O. Box 712965 | Philadelphia, PA 19171 | | | First Class Mail |
| Rocket Software.Inc. | P.O. Box 842965 | Boston, MA 02284 | | | First Class Mail |
| Rose Cleaning LLC | | | | info@cleanrcc.com | Email |
| Saaswedo (Communication Brokers, Inc (Cbi) | 437 44Th Street Sw | Grand Rapids, MI 49548 | | | First Class Mail |
| Saaswedo (Communication Brokers, Inc. (Cbi) | 437 44Th St Sw | Grand Rapids, MI 49548 | | | First Class Mail |
| SAS Industries | 3091 N Bay Dr | North Bend, OR 97459 | | | First Class Mail |
| Sas Institute Inc | P.O. Box 406922 | Atlanta, GA 30384 | | | First Class Mail |
| Sas Institute Inc | World Headquarters | 100 SAS Campus Drive | Cary, NC 27513 | | First Class Mail |
| SCOR UK Co Limited (5%) | 10 Lime St | Moorgate, EC3M 7AA | United Kingdom | | First Class Mail |
| Scor Uk Company Limited (5%) | 10 Lime Street | London, EC3M 7AA | United Kingdom | | First Class Mail |
| Sentier Systems Inc | 13300 Tecmseh Rd E | Ste 343 | Windsor, ON N8N 4R8 | Canada | First Class Mail |
| Sentier Systems Inc | 13300 Tecmseh Rd E | Suite 343 | Tecumseh, ON N8N 4R8 | Canada | First Class Mail |
| Sentier Systems Inc | 13300 Tecumseh Road E | Windsor, ON N8N 4R8 | Canada | | First Class Mail |
| Serena Software Inc | 1800 S Novell Place | Provo, Utah 84606 | | | First Class Mail |
| Serena Software Inc | P.O. Box 737903 | Dallas, TX 75373 | | | First Class Mail |
| Serena Software, Inc. | 2440 Sand Hill Road | Ste 302 | Menlo Park, CA 94025 | | First Class Mail |
| Smartsheet | 500 108Th Ave Ne | #200 | Bellevue, WA 98004 | | First Class Mail |
| Smartsheet Inc | Dept 3421 | P.O. Box 123421 | Dallas, TX 75312 | | First Class Mail |
| Smartsheet Inc | P.O. Box 7410971 | Chicago, IL 60674 | | | First Class Mail |

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Smg Security Holdings | 306 S Division St | Harvard, IL 60033 | | | | First Class Mail |
| Smg Security Holdings LLC | P.O. Box 775520 | Chicago, IL 60677 | | | | First Class Mail |
| Somerset Leasing Corp. 27 | | | | | yborodanski@mccarter.com | Email |
| Somerset Leasing Corp. 27 | | | | | imarkovich@mccarter.com | Email |
| Somerset Leasing Corp. XXII | | | | | yborodanski@mccarter.com | Email |
| Somerset Leasing Corp. XXII | | | | | imarkovich@mccarter.com | Email |
| Somerset Leasing XXV, LLC | | | | | yborodanski@mccarter.com | Email |
| Somerset Leasing XXV, LLC | | | | | imarkovich@mccarter.com | Email |
| Sonarsource | P.O. Box 765 | CH-1215 Geneva | Switzerland | | | First Class Mail |
| Sovos Compliance, LLC | | | | | romi.martin@sovos.com | Email |
| Sps Commerce Inc | 333 S 7th St, Ste 1000 | Minneapolis, MN 55402 | | | | First Class Mail |
| Sps Commerce Inc | P.O. Box 205782 | Dallas, TX 75320-5782 | | | | First Class Mail |
| Strategy11 | 12180 S 300Th E | 785 | Draper, UT 84020 | | | First Class Mail |
| Sumitomo Mitsui Finance and Leasing Company, Limited | | | | | mkye@kyelaw.com | Email |
| Surest PPO Plan | Lake Calhoun Executive Ctr | 3033 Excelsior Blvd | Minneapolis, MN 55416 | | | First Class Mail |
| Tabular Editor Aps | Gærtorvet 3, 2 Fl | Copenhagen DK-1799 | Denmark | | | First Class Mail |
| Talend Inc | P.O. Box 80508 | City Of Industry, CA 91716 | | | | First Class Mail |
| Talend Inc. | 800 Bridge Parkway | Ste 200 | Redwood City, CA 94065 | | | First Class Mail |
| Tanknology | 880 Church Road | Elgin, IL 60123 | | | | First Class Mail |
| Tanknology Inc | P.O. Box 201567 | Austin, TX 78720 | | | | First Class Mail |
| Tartan | 20 Greenway Plaza | Ste 200 | Houston, TX 77046 | | | First Class Mail |
| Techsmith | 14 Crescent Rd | East Lansing, MI 48823 | | | | First Class Mail |
| Teradata Operations, Inc. | 10000 Innovation Drive | Dayton, OH 45342 | | | | First Class Mail |
| Teradata Operations.Inc. | 14753 Collections Center Dr | Chicago, IL 60693 | | | | First Class Mail |
| Travelers Excess and Surplus Lines Company | | | | | lisa.tancredi@wbd-us.com | Email |
| Travelers Excess and Surplus Lines Company | | | | | jali4@travelers.com | Email |
| Tyco Integrated Security LLC | 1054 Tower Ln | Bensonville, IL 60106 | | | | First Class Mail |
| Tyco Integrated Security LLC | 2010 Swift Drive | Oak Brook, IL 60523 | | | | First Class Mail |
| Tyco Integrated Security LLC | 6600 Congress Blvd | Boca Raton, FL 33487 | | | | First Class Mail |
| Tyco Integrated Security LLC | 951 Yamato Rd | Boca Raton, FL 33431 | | | | First Class Mail |
| Tyco Integrated Security LLC | Lockbox 223670 | 500 Ross St 154-0460 | Pittsburgh, PA 15251 | | | First Class Mail |
| Tyco Integrated Security.LLC | P.O. Box 371967 | Pittsburgh, PA 15250 | | | | First Class Mail |
| United Healthcare | P.O. Box 94017 | Palatine, IL 60094 | | | | First Class Mail |
| United Healthcare Services | 185 Asylum St | Hartford, CT 06103 | | | | First Class Mail |
| Usi Insurance Services LLC | 4456 Corporation Ln, Ste 350 | Virginia Beach, VA 23462 | | | | First Class Mail |
| Usi Insurance Services LLC | P.O. Box 62889 | Virginia Beach, VA 23466 | | | | First Class Mail |
| Usi Insurance Services, LLC. | 10 S Wacker Dr | Ste 1700 | Chicago, IL 60606 | | | First Class Mail |
| Verisk 3E | 3207 Grey Hawk Court | Ste 200 | Carlsbad, CA 92010 | | | First Class Mail |
| Vertex, Inc. | 2301 Renaissance Blvd | King Of Prussia, PA 19406 | | | | First Class Mail |
| Vigilant Technologies LLC | | | | | accounting@vigt.com | Email |
| VSP Vision Care | 3333 Quality Dr | Rancho Cordova, CA 95670 | | | | First Class Mail |
| W3 Edge | 838 Walker Road | Ste 22-1 | Dover, DE 19904 | | | First Class Mail |
| Waste Equipment Rentals & Sale | 6936 Old Jones Rd | College Station, TX 77845 | | | | First Class Mail |
| Waste Equipment Rentals & Sales | P.O. Box 5449 | Bryan, TX 77805 | | | | First Class Mail |
| Westchester Fire Insurance Company | | | | | wmsimkulak@duanemorris.com | Email |
| Westchester Surplus Lines Ins Co (Chubb) | 202 Halls Mill Rd | Whitehouse Station, NJ 08889 | | | | First Class Mail |
| Westchester Surplus Lines Insu Co (Chubb) | Attn: Chubb Underwriting Department | Chubb Group Of Insurance Companies | 202B Hall'S Mill Road | Whitehouse Station, NJ 08889 | | First Class Mail |
| Wiz, Inc | One Manhattan West, 57Th Fl | 57th Fl | New York, NY 10001 | | | First Class Mail |
| Xecurify Inc | 1621 Central Ave | Cheyenne, WY 82001 | | | | First Class Mail |
| XL Insurance America Inc (AXA XL) (14%) | 70 Seaview Ave, Ste 1 | Stamford, CT 06902-6040 | | | | First Class Mail |
| Xl Insurance America Inc (Axa Xl) (14%) | Regulatory Office | 505 Eagleview Boulevard, Suite 100 | Department: Regulatory | Exton, PA 19341 | | First Class Mail |
| Yoast | Don Emanuelstraat 3 | Wijchen, 6602 GX | Netherlands | | | First Class Mail |
| Ziflow Limited | 66 The High St | Northwood, Middlesex HA6 1BL | United Kingdom | | | First Class Mail |
| Ziflow Ltd | Ziflow Limited | 67 Tranmere Rd | London, SW18 3QP | United Kingdom | | First Class Mail |
| Zurich | 1299 Zurich Way | Schaumburg, IL 60196-1056 | | | | First Class Mail |
| Zurich | 1400 American Ln | Schaumburg, IL 60196 | | | | First Class Mail |

True Value Company, L.L.C., et al. (Case No. 24-12337)