# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:                                 Chapter __11__

                                         Case No. _24_-_12337_ (_KBO_)

Debtor: __True Value Company, L.L.C., et al.__

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Magdalena Izabela Zalewski__ to represent __Datasite LLC__ in this action.

Dated: May 13, 2025

/s/ Ronald S. Gellert
                                    (DE 4259)

Firm Name: Geller Seitz Busenkell & Brown LLC
Address: 1201 North Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: Ph: 303-425-5806
Email: rgellert@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __the State of New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: May 13, 2025

/s/ Magdalena Izabela Zalewski

Firm Name: The Law Office of Magdalena Zalewski PLLC
Address: 1250 Broadway, 36th Floor
New York, NY 10001
Phone: (646) 891-4864, Fax -(646)-891-4868
Email: mz@magdalenazalewski.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.