UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 24-12337 (KBO)

Debtor: True Value Company, L.L.C., et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Magdalena Izabela Zalewski to represent Datasite LLC in this action.

Dated: May 13, 2025

/s/ Ronald S. Gellert
(DE 4259)
Firm Name: Geller Seitz Busenkell & Brown LLC
Address: 1201 North Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: Ph: 303-425-5806
Email: rgellert@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: May 13, 2025

/s/ Magdalena Izabela Zalewski

Firm Name: The Law Office of Magdalena Zalewski PLLC
Address: 1250 Broadway, 36th Floor
New York, NY 10001
Phone: (646) 891-4864, Fax -(646)-891-4868
Email: mz@magdalenazalewski.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: May 14th, 2025
Wilmington, Delaware

KAREN B. OWENS
UNITED STATES BANKRUPTCY JUDGE

Local Form 105