# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRUE VALUE COMPANY, L.L.C.,[1] | ) | Case No. 24-12337 |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1206** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Scott E. Blakeley hereby certify, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that the following is true and correct:

On May 20, 2025, I served or caused to be served *Monrovia Nursery Company's Response to Debtor's Objection to Proof of Claim No. C337-1597 [Dkt No. 1154]* via electronic mail on:

Young Conaway Stargatt & Taylor, LLP
1000 N. King St., Wilmington, Delaware 19801
Attn: Timothy R. Powell
tpowell@ycst.com.

Dated: Irvine, California
  May 22, 2025

  */s/ Scott E. Blakeley*
  Scott E. Blakeley

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.