# IN THE UNITED STATED BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*,[1] | Case No. 24-12337 (KBO) |
| Debtors. | (Jointly Administered) |
| | Ref. No. 1023 |

## NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

**PLEASE TAKE NOTICE** that Suburban Propane ("SP") hereby withdraws its *Objection to the Debtors' Seventh Omnibus Objection to Claims (Substantive)* [Doc. No. 1023] filed on March 24, 2025.

Dated: May 22, 2025
Wilmington, Delaware

ARCHER & GREINER, P.C.

*/s/ Natasha M. Songonuga,*
Natasha M. Songonuga, Esq. (Bar No. 5391)
300 Delaware Avenue
Suite 1100
Wilmington, DE 19801-1670
Tel: 302-777-4350
Fax: 302-777-4352
Email: nsongonuga@archerlaw.com

*Counsel for Suburban Propane*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.