**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*, | Case No. 24-12337 (KBO) <br> (Jointly Administered) |
| Debtors. | |
| | RE: D.I. 832 |

**NOTICE OF WITHDRAWAL OF DATASITE LLC'S MOTION TO ALLOW**
**LATE FILED ADMINISTRATIVE EXPENSE CLAIM UNDER 11 U.S.C. §503(b)(1)(A)**
**AS TIMELY FILED AND FOR ALLOWANCE AND IMMEDIATE PAYMENT OF AN**
**ADMINISTRATIVE EXPENSE CLAIM**

On January 29, 2025, Datasite LLC ("Datasite") filed a Motion (the "Motion") to Allow Late Filed Administrative Expense Claim Under 11 U.S.C. §503(B)(1)(A) as Timely Filed and for Allowance and Immediate Payment of an Administrative Expense Claim (the "Administrative Expense Claim") in the above-captioned bankruptcy case. [Docket No. 832] Datasite's Administrative Expense Claim has been satisfied. Datasite hereby gives notice of withdrawal of the Motion.

Date: May 23, 2025    Respectfully submitted:

**GELLERT SEITZ BUSENKELL &**
**BROWN LLC**

*/s/ Ronald S. Gellert*
Ronald S. Gellert (DE 4259)
1201 North Orange Street, 3rd Floor
Wilmington, DE 19801
Phone: 302-425-5806
Email: rgellert@gsbblaw.com

and

**THE LAW OFFICE OF MAGDALENA**
**ZALEWSKI PLLC**

1

By: /s/ *Magdalena Izabela Zalewski*
Magdalena Izabela Zalewski, Esq.
1250 Broadway, 36th Floor
New York, NY 10001
Tel. (646) 891-4864, Fax (646) 891-4868
Email: mz@magdalenazalewski.com

*Counsel for Datasite LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice of Withdrawal of Datasite LLC's Motion to Allow Late Filed Administrative Expense Claim Under 11 U.S.C. §503(B)(1)(A) as Timely Filed and for Allowance and Immediate Payment of an Administrative Expense Claim, was served on May 23, 2025, on all parties to this proceeding via electronic service through the Court's CM/ECF System and to the following parties:

**VIA ELECTRONIC MAIL AND U.S. MAIL TO:**

Timothy R. Powell
**Young Conaway Stargatt & Taylor, LLP**
Rodney Square,1000 North King Street
Wilmington, DE 19801
**Phone:** 302-571-6600
**Email:** tpowell@ycst.com
*Counsel to the Debtors*


**VIA ELECTRONIC MAIL TO:**

Evan A. Hill
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Manhattan West
New York, NY 10001
Email: Evan.Hill@skadden.com
*Counsel to the Debtors*

Esther Hong
**Glenn Agre Bergman & Fuentes LLP**
1185 Avenue of the Americas,22nd Floor
New York, NY 10036
Phone: 212-970-1600
Email**:** ehong@glennagre.com
*Counsel to the Debtors*

                                          */s/ Ronald S. Gellert*
                                          Ronald S. Gellert