**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRUE VALUE COMPANY, L.L.C., *et al.* | ) | Case No 24-12337 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Augustus Curtis to represent Beacon Sales Acquisitions, Inc. in this action.

*/s/ Brian J. McLaughlin*
Brian J. McLaughlin (DE#2462)
OFFIT KURMAN, P.A.
222 Delaware Avenue, Suite 1105
Wilmington, DE  19801
(302) 351.0916
brian.mclaughlin@offitkurman.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Maryland and District of Columbia, and currently in good standing in the United States District Court(s) for the Districts of Maryland and District of Columbia, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

*/s/ Augustus Curtis*
Augustus Curtis
OFFIT KURMAN, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, Maryland 20814
240.507.1700
Augie.curtis@offitkurman.com

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

4936-7742-9063, v. 1

**Dated: May 29th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**