## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.* | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Second Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) [Docket No. 1281]**

- **Second Order Sustaining Debtors' Sixth Omnibus Objection to Claims (Substantive) [Docket No. 1282]**

- **Order Sustaining Debtors' Ninth Omnibus Objection to Claims (Substantive) [Docket No. 1283]**

- **Order Sustaining Debtors' Tenth Omnibus Objection to Claims (Substantive) [Docket No. 1284]**

- **Order Sustaining Debtors' Eighth Omnibus Objection to Claims (Non-Substantive) [Docket No. 1286]**

- **Second Order Sustaining Debtors' Seventh Omnibus Objection to Claims (Substantive) [Docket No. 1287]**

On June 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Second Order Sustaining Debtors' Second Omnibus Objection to Claims (Substantive) [Docket No. 1281]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

On June 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **<u>Exhibit C</u>**:

- **Second Order Sustaining Debtors' Sixth Omnibus Objection to Claims (Substantive) [Docket No. 1282]**

On June 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **<u>Exhibit D</u>**:

- **Order Sustaining Debtors' Ninth Omnibus Objection to Claims (Substantive) [Docket No. 1283]**

On June 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **<u>Exhibit E</u>**:

- **Order Sustaining Debtors' Tenth Omnibus Objection to Claims (Substantive) [Docket No. 1284]**

On June 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **<u>Exhibit F</u>**:

- **Order Sustaining Debtors' Eighth Omnibus Objection to Claims (Non-Substantive) [Docket No. 1286]**

On June 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **<u>Exhibit G</u>**:

- **Second Order Sustaining Debtors' Seventh Omnibus Objection to Claims (Substantive) [Docket No. 1287]**

Dated: June 9, 2025

_____

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this _9th_ day of _June_, 20_25_, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public · California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney AG | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| Governmental Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel for De Lage Landen Financial Services | Klehr Harrison Harvey Branzburg LLP | Attn: Richard M Beck/Benjamin M Fischer<br>919 N Market St, Ste 1000<br>Wilmington, DE  19801 | rbeck@klehr.com;<br>bfischer@klehr.com | Email |
| Plan Administrator | Michael I. Goldberg, Trustee | 201 E Las Olas Blvd, Ste 1800<br>Ft Lauderdale, FL 33301 | michael.goldberg@akerman.com | Email |
| Attorney General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY  82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |

**Exhibit A**

Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capital<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr<br>Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Colin R Robinson<br>Attn: Edward A Corma<br>919 N Market St, 17th Fl<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801) | bsandler@pszjlaw.com;<br>crobinson@pszjlaw.com;<br>ecorma@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Paul J Labov<br>Attn: Cia H Mackle<br>780 3rd Ave, 34th Fl<br>New York, NY 10017 | cmackle@pszjlaw.com;<br>plabov@pszjlaw.com;<br>rfeinstein@pszjlaw.com | Email |
| *NOA - Counsel for Allied Universal Security Services | Robinson & Cole LLP | Attn: Davis Lee Wright<br>1201 N Market St, Ste 1406<br>Wilmington, Delaware 19801 | dwright@rc.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| SEC | Securities & Exchange Commission | Philadelphia Regional Office<br>1617 JFK Blvd, Ste 520<br>Philadelphia, PA 19103 | | First Class Mail |
| US Attorney's Office | United States Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| US Trustee | US Trustee for the District of Delaware | Attn: Benjamin A Hackman<br>844 N King St, Rm 2207<br>Wilmington, DE 19801 | benjamin.a.hackman@usdoj.gov | Email |
| *Post-Effective Date Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Kenneth Enos<br>1000 N King St<br>Wilmington, DE 19801 | kenos@ycst.com | Email |

# EXHIBIT B

**Exhibit B**
Service List

| Creditor | | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| A.O. Smith Corporation | Attn: Chris Frost | 500 Tennessee Waltz Pkwy | Ashland City, TN 37015 | | cfrost@aosmith.com | Email<br>First Class Mail |
| A.O. Smith Corporation | Attn: Joyce D Stoner | 11270 W Park Pl | Milwaukee, WI 53224 | | jstoner@aosmith.com | Email<br>First Class Mail |
| Quikrete Holdings, Inc. | Attn: Brandon Gifford | 5 Concourse Pkwy, Ste 1900 | Atlanta, GA 30328 | | brandon.gifford@quikrete.com | Email<br>First Class Mail |
| Quikrete Holdings, Inc. | c/o Smith, Gambrell & Russell LLP | Attn: Brian P Hall | 1105 W Peachtree St NE, Ste 1000 | Atlanta, GA 30309 | bhall@sgrlaw.com | Email<br>First Class Mail |

# EXHIBIT C

**Exhibit C**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| B&G Equipment Company, Inc. | Attn: Jock Graff | 135 Region S Dr | Jackson, GA 30233 | | jock.graff@pelsis.com | Email<br>First Class Mail |
| B&G Equipment Company, Inc. | c/o DLA Piper LLP (US) A | Attn: Aaron S Applebaum | 1201 N Market St, Ste 2100 | Wilmington, DE 19801 | aaron.applebaum@us.dlapiper.com | Email<br>First Class Mail |
| GP Wood Products LLC | c/o G-P Receivables Inc | P.O. Box 281523 | Atlanta, GA 30384 | | hunter.horton@gapac.com | Email<br>First Class Mail |
| GP Wood Products LLC | Georgia-Pacific Ctr | 133 Peachtree St NE, 16th Fl | Atlanta, GA 30303 | | hunter.horton@gapac.com | Email<br>First Class Mail |
| RK West LLC | Attn: Aaron Katz | 2250 59th St, 5th Fl | Brooklyn, NY 11204 | | ari@dfiny.com | Email<br>First Class Mail |
| RK West LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S Kohn | 51 W 52nd St | New York, NY 10019 | kohn.sam@dorsey.com | Email<br>First Class Mail |
| Whirlpool Corporation | Attn: Mark M Pickens | 2000 M63-N | Benton Harbor, MI 49022 | | mark.m.pickens@whirlpool.com | Email<br>First Class Mail |
| Whirlpool Corporation | c/o Quarles & Brady, LLP | Attn: L Katie Mason, Esq | 411 E Wisconsin Ave, Ste 2400 | Milwaukee, WI 53202 | katie.mason@quarles.com | Email<br>First Class Mail |
| Whirlpool Corporation | P.O. Box 88129 | Chicago, IL 60695 | | | | First Class Mail |
| Woodford Plywood, Inc. | c/o Gardner Willis Plaire & Wilson, LLP | Attn: Regan Cason | P.O. Drawer 71788 | Albany, GA 31708 | regan.cason@gwpwlaw.com | Email<br>First Class Mail |
| Woodford Plywood, Inc. | P.O. Box 50007 | Albany, GA 31703-0007 | | | mnault@woodfordplywood.com | Email<br>First Class Mail |

# EXHIBIT D

**Exhibit D**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| A-Aztec Rents & Sells LLC | c/o Aztec Tents | 2665 Columbia St | Torrance, CA 90503 | | a.kouzmanoff@aztectent.com | Email / First Class Mail |
| Allied Products Corporation | 1420 Kansas Ave | Kansas City, MO 64127 | | | ar@alliedproductsinc.com | Email / First Class Mail |
| Allied Universal Security Services | Attn: Michael DiPilato | 1395 University Blvd | Jupiter, FL 33458 | | michael.dipilato@aus.com; RMauceri@rrc.com | Email / First Class Mail |
| Allied Universal Security Services | c/o Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri | 1650 Market St, Ste 3030 | Philadelphia, PA 19103 | rchen@allwaytools.com; mtowes@allwaytools.com | Email / First Class Mail |
| Allway Tools, Inc. | 1255 Seabury Ave | Bronx, NY 10462 | | | rchen@allwaytools.com; mtowes@allwaytools.com | Email / First Class Mail |
| American Wood Fibers | Attn: Owen Ward | 9740 Patuxent Woods Dr, Ste 500 | Columbia, MD 21046 | | oward@awf.com | Email / First Class Mail |
| ASC Engineered Solutions LLC | 2001 Spring Rd, Ste 300 | Oak Brook, IL 60523 | | | prupert@asc-es.com | Email / First Class Mail |
| Associated Material Handling | 133 N Swift Rd | Addison, IL 60101 | | | | Email / First Class Mail |
| Associated Material Handling Industries, Inc. | c/o Swanson, Martin & Bell, LLP | Attn: Charles S Stahl Jr | 2525 Cabot Dr, Ste 204 | Lisle, IL 60532 | cstahl@smbtrials.com | Email / First Class Mail |
| BCS International, Inc | 1510 Brookfield Ave | Green Bay, WI 54313 | | | nlachapelle@4bcs.com | Email / First Class Mail |
| Boshart Industries, LLC | 25 Whaley Ave | Milverton, ON N0K 1 | Canada | | ar@boshart.com | Email / First Class Mail |
| Brandt Technologies LLC | 231 W Grand Ave, Ste 202 | Bensenville, IL 60106 | | | lisa_spiewak@brandttech.com | Email / First Class Mail |
| BrassCraft Manufacturing Company | Attn: Ryan Davis | 17450 College Pkwy | Livonia, MI 48152 | | ryan_davis@masconbg.com | Email / First Class Mail |
| Centurion Store Supplies | Attn: Christopher Gorski | 188 Industrial Dr, Ste 428 | Elmhurst, IL 60126 | | cgorski@stevensgroupweb.com | Email / First Class Mail |
| Champion Motorsports Group LLC | Attn: Brittany Neighbors | 4120 E Scyene Rd | Mesquite, TX 75181 | | bneighbors@champmoto.com | Email / First Class Mail |
| Chicken Poop LLC | Attn: Deanna Stephan | 309 N Mead St | Wichita, KS 67202 | | deanna@ilovechickenpoop.com | Email / First Class Mail |
| Coast Of Maine, Inc. | Attn: Britt Knowlton | 145 Newbury St | Portland, ME 04101-4252 | | britt@coastofmaine.com | Email / First Class Mail |
| Coast of Maine, Inc. | c/o Frey Group LLC | Attn: Jamie L Kreder | 372 Puseyville Rd | Quarryville, PA 17566 | jkreder@freybrothersinc.com | Email / First Class Mail |
| Coast of Maine, Inc. | c/o Pierce Atwood, LLP | Attn: Sonia Buck | 254 Commercial St | Portland, ME 04101 | sbuck@pierceatwood.com | Email / First Class Mail |
| Cofair Products, Inc. | 6135 Monroe Ct | Morton Grove, IL 60053 | | | dgeneral@cofair.com | Email / First Class Mail |
| Corona Clipper, Inc. | Attn: Allison Wells | 22440 Temescal Canyon Rd | Corona, CA 92883 | | allison.wells@coronatools.com | Email / First Class Mail |
| Corona Clipper, Inc. | P.O. Box 848589 | Los Angeles, CA 90084-8589 | | | | Email / First Class Mail |
| Cross Manufacturing, Inc. | 11011 King St, Unit 210 | Overland Park, KS 66210 | | | ar@crossmfg.com | Email / First Class Mail |
| Cross Manufacturing, Inc. | P.O. Box 803318 | Kansas City, MO 64180-3318 | | | | Email / First Class Mail |
| Dansons US, LLC | 8877 N Gainey Ctr Dr | Scottsdale, AZ 85258 | | | AR-DA@wcbradley.com | Email / First Class Mail |
| Dansons US, LLC | Attn: Alex Chan | 1017 Front Ave | Columbus, GA 31901 | | legal@wcbradley.com | Email / First Class Mail |
| Diamond Products Limited | 333 Prospect St | Elyria, OH 44035 | | | cgood@diamondproducts.com | Email / First Class Mail |
| Duracell Distributing, LLC | 28356 Network Pl | Chicago, IL 60673 | | | evans.re.2@duracell.com | Email / First Class Mail |
| Duracell Distributing, LLC | Attn: Ron E Evans | 14 Research Dr | Bethel, CT 06801 | | | Email / First Class Mail |
| Elkay Sales, LLC | Attn: Shane Bickley | 511 W Freshwater Way | Milwaukee, WI 53204 | | | Email / First Class Mail |
| Elkay Sales, LLC | c/o Quarles & Brady | Attn: Shane Bickley | 33 E Main St | Madison, WI 53703-3095 | katie.mason@quarles.com | Email / First Class Mail |
| Elkay Sales, LLC | c/o Quarles & Brady LLP | Attn: L Katie Mason, Esq | 411 E Wisconsin Ave, Ste 2400 | Milwaukee, WI 53202 | katie.mason@quarles.com | Email / First Class Mail |
| Euler Hermes N.A - Agent for Dramm Corporation of Manitowoc | Attn: Anupama P | 100 International Dr, 22nd Fl | Baltimore, MD 21202 | | insolvency@allianz-trade.com | Email / First Class Mail |
| FedPro, Inc. | Attn: David Ashurst | 4520 Richmond Rd | Cleveland, OH 44128 | | dashurst@fpcintl.com | Email / First Class Mail |
| Fisher Printing, Inc. | c/o Fisher Bedford Park Operating LLC | 8640 S Oketo Ave | Bridgeview, IL 60455 | | brianf@fisherprinting.net; | Email / First Class Mail |
| Fisher Printing, Inc. | c/o Fisher Bedford Park Operating LLC | 6721 W 83rd St | Bedford Park, IL 60438 | | | Email / First Class Mail |
| Fisher Printing, Inc. | c/o Tressler LLP | Attn: Jacqueline A Criswell | 233 S Wacker Dr, 61st Fl | Chicago, IL 60606 | jcriswell@tresslerllp.com | Email / First Class Mail |
| Flextecs LLC | 2251 Fairhaven Cir NE | Atlanta, GA 30305 | | | william.moylan@flextecs.com | Email / First Class Mail |
| Flowers, Inc dba burton + Burton | 325 Cleveland Rd | Bogart, GA 30622 | | | darrell@burtonandburton.com | Email / First Class Mail |
| Fox Run Craftsmen | 1907 Stout Dr | Ivyland, PA 18974 | | | kim.schenck@foxrunbrands.com | Email / First Class Mail |
| Fresh Content Society Inc. | 790 W Frontage Rd, Ste 523 | Northfield, IL 60093 | | | ij@freshcontentsociety.com | Email / First Class Mail |
| Gilbert Bourk PBI Gordon Corporation | | | | | gbourk@pbigordon.com | Email / First Class Mail |
| Glo Document Solutions | 1820 Lunt Ave | Elk Grove Village, IL 60007 | | | accountsreceivable@bell-litho.com | Email / First Class Mail |
| Glo Document Solutions | 370 Crossen Ave | Elk Grove Village, IL 60007 | | | | Email / First Class Mail |
| Gordini USA, Inc | P.O. Box 8440 | Essex Junction, VT 05451 | | | MARY_THELEN@GORDINI.COM | Email / First Class Mail |
| Great Southern Wood Preserving, Inc. | Attn: Chris Mims | P.O. Box 610 | Abbeville, AL 36310 | | cmims@yellawood.com | Email / First Class Mail |
| Great Southern Wood Preserving, Inc. | c/o Dentons US LLP | Attn: Lauren Macksoud | 1221 Avenue of the Americas | New York, NY 10020 | lauren.macksoud@dentons.com | Email / First Class Mail |
| Greenleaf Nursery Company | Attn: Bobby Garcia | 28406 Hwy 82 | Park Hill, OK 74451 | | bobby_garcia@greenleafnursery.com | Email / First Class Mail |
| Greenscapes Home & Garden Products, a division of Hanes Companies, Inc. | c/o Checkett Pauly Bay & Morgan, LLC | Attn: Mariann Morgan | P.O. Box 409 | Carthage, MO 64836 | mam@cp-law.com | Email / First Class Mail |
| Greenscapes Home & Garden Products, a division of Hanes Companies, Inc. | c/o L&P Financial Services | P.O. Box 757 | Carthage, MO 64836 | | kim.ewing@hanescompanies.com | Email / First Class Mail |
| GTS Transportation Corporation | 7545 S Madison St | Burr Ridge, IL 60527 | | | edita@gtscarrier.com | Email / First Class Mail |
| Haulotte US, Inc | 3409 Chandler Creek Rd | Virginia Beach, VA 23453 | | | ecuellar@haulotte.com | Email / First Class Mail |
| Highside Chemicals, Inc. | 11114 Reichold Rd | Gulfport, MS 39503 | | | lisa@highsidechem.com | Email / First Class Mail |
| Hydrofarm, LLC | 2225 Huntington Dr | Fairfield, CA 94533 | | | Lisa.Brown@Hydrofarm.com | Email / First Class Mail |
| Hydrofarm, LLC | P.O. Box 102326 | Pasadena, CA 91189-2326 | | | | Email / First Class Mail |
| Ideal Clamp Products Inc. | 8100 Tridon Dr | Smyrna, TN 37167 | | | maye@idealtridon.com | Email / First Class Mail |
| Iron Mountain Information Management, LLC | 1101 Enterprise Dr | Royersford, PA 19468 | | | joseph.corrigan@ironmountain.com | Email / First Class Mail |
| ITW Global Brands, a division of Illinois Tool Works, Inc. | 16200 Park Row Dr, Ste 120 | Houston, TX 77084 | | | roy.garza@itwgb.com | Email / First Class Mail |
| JELD-WEN, Inc. | 401 Harbor Isle Blvd | Klamath Falls, OR 97601 | | | macrawford@jeldwen.com | Email / First Class Mail |
| Jonathan Green & Sons, Inc | P.O. Box 326 | Farmingdale, NJ 07727 | | | rpennell@jonathangreen.com | Email / First Class Mail |
| JPW Industries, Inc. | 427 New Sanford Rd | La Vergne, TN 37086 | | | cwilburn@jpwindustries.com; pthompson@jpwindustries.com | Email / First Class Mail |
| Kaemingk International B.V. | Attn: Alisa Wilhelmine Vaags | Broekstraat 13 | Aalten, Gelderland 7122 MN | The Netherlands | a.vaags@kaemingk.com; m.folkers@kaemingk.com | Email / First Class Mail |
| KMU Trucking & Excavating, LLC | 4436 Center Rd | Avon, OH 44011 | | | kmuexcar@gmail.com | Email / First Class Mail |
| K-T Industries, Inc. | 3112 Northwest Blvd | Sheldon, IA 51201 | | | receivables@ktindustries.net | Email / First Class Mail |
| K-T Industries, Inc. | c/o Heidman Law Firm, PLLC | Attn: Jessica Board | P.O. Box 3086 | 1128 Historic 4th St | Sioux City, IA 51101 | jessica.board@heidmanlaw.com | Email / First Class Mail |
| Lifetime Brands Inc | 12 Applegate Dr | Robbinsville, NJ 08691 | | | Julie.Rodriguez@lifetimebrands.com | Email / First Class Mail |
| Mansfield Oil Company | c/o Thompson O'Brien Kappler & Nasuti | Attn: Michael B Pugh | 2 Sun Ct, Ste 400 | Peachtree Corners, GA 30092 | mpugh@tokn.com | Email / First Class Mail |
| Mansfield Oil Company | P.O. Box 733714 | Dallas, TX 75373 | | | | Email / First Class Mail |
| Martin Wheel | 342 West Ave | Tallmadge, OH 44278 | | | dparsons@martinwheelco.com | Email / First Class Mail |
| Master Magnetics, Inc. | Attn: Marvin Campbell | 1211 Atchison Ct | Castle Rock, CO 80109 | | mcampbell@magnetsource.com | Email / First Class Mail |
| Mayhew Steel Products, Inc. | Attn: Steve Richardson | 199 Industrial Blvd | Turners Falls, MA 01376 | | steve.richardson@mayhew.com | Email / First Class Mail |
| Midland Industries, LLC | Attn: David J Huls | 9311 Troost Ave | Kansas City, MO 64131 | | dave.huls@midlandindustries.com; traci.w@midlandindustries.com | Email / First Class Mail |
| Midland Industries, LLC | P.O. Box 415040 | Kansas City, MO 64141 | | | accounting@midlandindustries.com | Email / First Class Mail |
| Miller Studio, Inc | 734 Fair Ave NW | New Philadelphia, OH 44663 | | | egeckler@miller-studio.com | Email / First Class Mail |
| Moda at Home Enterprises Ltd | 980 Thornton Rd S, Unit 3 | Oshawa, ON L1J 7 | Canada | | bruce@modaathome.com | Email / First Class Mail |
| NetConnex, LLC | Attn: Kate Anthony | 550 Commerce Dr | Quakertown, PA 18951 | | kanthony@netconnexllc.com | Email / First Class Mail |
| North States Industries, Inc. | 5455 Hwy 169 N | Plymouth, MN 55442 | | | vkurtzahn@northstatesind.com | Email / First Class Mail |
| Oregon Tool Inc. | Attn: Nicole Keen | 4909 SE International Way | Portland, OR 97222 | | nicole.keen@oregontool.com | Email / First Class Mail |
| Oregon Tool, Inc. | c/o Squire Patton Boggs | Attn: Peter Morrison | 1000 Key Tower | 127 Public Sq | Cleveland, OH 44114 | peter.morrison@squirepb.com | Email / First Class Mail |
| PBI-Gordon Corporation | Attn: Cara Neudorff | 22701 W 68th Ter | Shawnee, KS 66226 | | | Email / First Class Mail |
| PBI-Gordon Corporation | Attn: Gib Bourk | 22701 W 68th Ter | Shawnee, KS 66226 | | cneudorff@pbigordon.com | Email / First Class Mail |
| Permatext Inc | 100 Exchange Pl | Pomona, CA 91768 | | | joyce@permatext.life | Email / First Class Mail |
| Pieper Power | 54775 Westridge Ct | New Berlin, WI 53151 | | | leonard.sykes@pieperpower.com | Email / First Class Mail |
| Pinnacle Climate Technologies | 1660 13th Ave NE | Sauk Rapids, MN 56379 | | | ar@pinnacleclimate.com; rdamask@pinnacleclimate.com | Email / First Class Mail |
| Plaskolite, LLC | Attn: Peter Lynch | 400 W Nationwide Blvd, Ste 400 | Columbus, OH 43215 | | peter.lynch@plaskolite.com | Email / First Class Mail |
| Plaskolite, LLC | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | 52 E Gay St | Columbus, OH 43215 | tscobb@vorys.com | Email / First Class Mail |
| Prowood, LLC | Attn: Mila Baumtrok | 2801 E Beltline Ave NE | Grand Rapids, MI 49525 | | mbaumtrok@ufpi.com | Email / First Class Mail |
| PSS Manufacturing Co. Inc dba Senic Road | 405 School Rd | Denver, PA 17517 | | | ckambesis@pssmanufacturing.com | Email / First Class Mail |
| Ragan and Massey, LLC | 101 Ponchatoula Pkwy | Ponchatoula, LA 70454 | | | mike@raganandmassey.com | Email / First Class Mail |
| Rexius Forest By Products Inc | P.O. Box 22838 | Eugene, OR 97402 | | | anthonym@rexius.com | Email / First Class Mail |

**Exhibit D**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Ricoh USA, Inc. | 3920 Arkwright Rd, Ste 400 | Macon, GA 31210 | | | Oraclebankruptcyteam@ricoh-usa.com | Email<br>First Class Mail |
| Ricoh USA, Inc. | c/o Burr & Forman LLP | Attn: J Cory Falgowski | 222 Delaware Ave, Ste 1030 | Wilmington, DE 19801 | Email: jfalgowski@burr.com Phone: 302-830-2312 | Email<br>First Class Mail |
| Smith Transport | 153 Smith Transport Rd | Roaring Spring, PA 16673 | | | aspicher@heartlandexpress.com | Email<br>First Class Mail |
| Smitty's Supply, Inc. | P.O. Box 530 | Roseland, LA 70456 | | | chantellambert@smittysinc.net | Email<br>First Class Mail |
| Source Advantage Ltd | c/o Red Carpet Studios | 107 Northeast Dr | Loveland, OH 45140 | | thorn@rcsgifts.com | Email<br>First Class Mail |
| Staples, Inc. | Attn: David S Anderson | 7 Technology Cir | Columbia, SC 29203 | | | First Class Mail |
| Staples, Inc. | Attn: Shane Anderson | P.O. Box 102419 | Columbia, SC 29224 | | david.anderson@staples.com | Email<br>First Class Mail |
| Staples, Inc. | P.O. Box 105748 | Atlanta, GA 30348 | | | ARREMITTANCE@STAPLES.COM | Email<br>First Class Mail |
| Sunshine Makers Inc | 15922 Pacific Coast Hwy | Huntington Beach, CA 92649 | | | dnavarro@simplegreen.com; sjarrett@simplegreen.com | Email<br>First Class Mail |
| T.F.H. Publications Inc | 85 W Sylvania Ave | Neptune City, NJ 07753 | | | TMWhite@tfh.com | Email<br>First Class Mail |
| The Ames Companies, Inc. | Attn: Jennifer Adamy | 13485 Veterans Way, Ste 200 | Orlando, FL 32827 | | jennifer.adamy@ames.com | Email<br>First Class Mail |
| The Libman Company | Attn: Rochelle A Funderburg | 306 W Church St | Champaign, IL 61820 | | twicker@meyercapel.com | Email<br>First Class Mail |
| The Metal Ware Corporation | P.O. Box 237 | Two Rivers, WI 54220 | | | accounting@mwcorp.com | Email<br>First Class Mail |
| The Wooster Brush Company | c/o Buckingham Doolittle & Burroughs, LLC | Attn: Christopher J Niekamp | 3800 Embassy Pkwy, Ste 300 | Akron, OH 44333 | cniekamp@bdblaw.com | Email<br>First Class Mail |
| Toter Incorporated | Attn: Rich Sedory | 6525 Carnegie Blvd, Ste 300 | Charlotte, NC 28211 | | | First Class Mail |
| Toter Incorporated | c/o Shumaker, Loop & Kendrick, LLP | Attn: David H Conaway | 101 S Tryon St, Ste 2200 | Charlotte, NC 28280 | | First Class Mail |
| Toter Incorporated | c/o Shumaker, Loop & Kendrick, LLP | Attn: Ronald Bruckmann | 101 S Tryon St, Ste 2200 | Charlotte, NC 28280 | rbruckmann@shumaker.com | Email<br>First Class Mail |
| TranzAct Technologies, Inc. | 360 W Butterfield Rd, Ste 400 | Elmhurst, IL 60126 | | | | First Class Mail |
| Uriah Products LLC | 2835 E Jean St | Springfield, MO 65803 | | | ar@uriahproducts.com | Email<br>First Class Mail |

# EXHIBIT E

**Exhibit E**

Service List

| Creditor | Address | | | | | Email | Method of Service |
|---|---|---|---|---|---|---|---|
| 1837 LLC (ZEVO) | c/o Procter & Gamble Distributing | Attn: Jami Seibert | 2 P&G Plaza | Cincinnati, OH 45202 | | seibert.js@pg.com | Email |
| | | | | | | | First Class Mail |
| ABCO Products | 6800 NW 36th Ave | Miami, FL 33147 | | | | rmancini@abcoproducts.com | Email |
| | | | | | | | First Class Mail |
| Automax | 1940 Internationale Pkwy, Ste 550 | Woodridge, IL 60517 | | | | info@automaxonline.com | Email |
| | | | | | | | First Class Mail |
| dba Texas Medical Screening,Texas Medco Screenings, LLC | 901 NE Loop 410, Ste 807 | San Antonio, TX 78209 | | | | brad@texasmedical.com | Email |
| | | | | | | | First Class Mail |
| Korber Supply Company US, Inc. | c/o Ashby & Geddes, PA | Attn: Gregory A Taylor | P.O. Box 1150 | 500 Delaware Ave | Wilmington, DE 19899 | gtaylor@ashbygeddes.com | Email |
| | | | | | | | First Class Mail |
| Korber Supply Company US, Inc. | c/o Cowles & Thompson, PC | Attn: William L Siegel | 910 Main St, Ste 3900 | Dallas, TX 75202 | | | First Class Mail |
| Wagner Spray Tech Corporation | 1770 Fernbrook Ln N | Plymouth, MN 55447 | | | | Ben.wessels@wagner-group.com | Email |
| | | | | | | | First Class Mail |
| WD-40 Company | 9715 Businesspark Ave | San Diego, CA 92131 | | | | jrogers@wd40.com | Email |
| | | | | | | | First Class Mail |
| Wilmar LLC | 20413 59th Pl S, Ste 160 | Kent, WA 98032 | | | | tfuller@wilmarllc.com | Email |
| | | | | | | | First Class Mail |
| Woodstream Corporation | 29 E King St, Unit 201 | Lancaster, PA 17602 | | | | jluna@woodstream.com | Email |
| | | | | | | | First Class Mail |
| XTRA Lease LLC | 7911 Forsyth Blvd, Ste 600 | St Louis, MO 63105 | | | | mjheggs@xtra.com | Email |
| | | | | | | | First Class Mail |
| Zun PEX, Inc | Attn: Shane Bickley | 511 W Freshwater Way | Milwaukee, WI 53204 | | | | First Class Mail |
| Zurn PEX, Inc | c/o Quarles & Brady, LLP | Attn: L Katie Mason, Esq | 411 E Wisconsin Ave, Ste 2400 | Milwaukee, WI 53202 | | katie.mason@quarles.com | Email |
| | | | | | | | First Class Mail |

## **EXHIBIT F**

## Exhibit F
### Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| ABCO Products | 6800 NW 36 Ave | Miami, FL 33147 | | | rmancini@abcoproducts.com | Email<br>First Class Mail |
| Biljax Inc | 125 Taylor Pkwy | Archbold, OH 43502 | | | tborsos@haulotte.com | Email<br>First Class Mail |
| California Department of Tax and Fee Administration | c/o Collections Support Bureau, MIC:29 | P.O. Box 942879 | Sacramento, CA 94279-0029 | | | Email<br>First Class Mail |
| Constellation NewEnergy - Gas Division, LLC | 1310 Point St, 12th Fl | Baltimore, MD 21231 | | | gregory.rossi@constellation.com | Email<br>First Class Mail |
| Constellation NewEnergy - Gas Division, LLC | P.O. Box 4640 | Carol Stream, IL 60197 | | | | Email<br>First Class Mail |
| Earthkind, LLC | Attn: Sharon Murdock | 346 E Plaza Dr, Ste D | Mooresville, NC 28115 | | sharon@earth-kind.com | Email<br>First Class Mail |
| Earthkind, LLC | c/o Moore & Van Allen PLLC | Attn: Matthew Taylor | 100 N Tryon St, Ste 4700 | Charlotte, NC 28202-4003 | | First Class Mail |
| Emerson Healthcare | 407 E Lancaster Ave | Wayne, PA 19087 | | | maria.fiore@emersongroup.com | Email<br>First Class Mail |
| Environmental Cleaning Solutions Inc EIN #90-1017405 | 110 Landings Dr | Annville, PA 17003 | | | finance@ecscommercial.com | Email<br>First Class Mail |
| Fastenal Company | Attn: Legal | 2001 Theurer Blvd | Winona, MN 55987 | | jmilek@fastenal.com | Email<br>First Class Mail |
| Generac Power Systems, Inc | Attn: Rick Ditter | S45W29290 Hwy 59 | Waukesha, WI 53189 | | rick.ditter@generac.com | Email<br>First Class Mail |
| Generac Power Systems, Inc | c/o Quarles & Brady, LLP | Attn: L Katie Mason, Esq | 411 E Wisconsin Ave, Ste 2400 | Milwaukee, WI 53202 | katie.mason@quarles.com | Email<br>First Class Mail |
| Generac Power Systems, Inc. | S45 W29290 Hwy 59 | Waukesha, WI 53189 | | | rick.ditter@generac.com | Email<br>First Class Mail |
| Haulotte US, Inc | 3409 Chandler Creek Rd | Virginia Beach, VA 23453 | | | ghaley@haulotte.com | Email<br>First Class Mail |
| Haulotte US, Inc | c/o Bil-Jax, Inc | 125 Taylor Pkwy | Archbold, OH 43502 | | ecuellar@haulotte.com | Email<br>First Class Mail |
| Maritz Global Events | c/o Carmody MacDonald PC | Attn: Nathan R Wallace | 120 S Central Ave, Ste 1800 | St Louis, MO 63105 | nrw@carmodymacdonald.com | Email<br>First Class Mail |
| Michigan Department of Treasury | Attn: Jeanmarie Miller | 3030 W Grand Blvd, Cadillac Pl, Ste 10-200 | Detroit, MI 48202 | | millerj51@michigan.gov | Email<br>First Class Mail |
| Michigan Department of Treasury | c/o Revenue/AG | P.O. Box 30456 | Lansing, MI 48909-7955 | | | Email<br>First Class Mail |
| Missouri Department of Revenue | P.O. Box 475 | Jefferson City, MO 65105 | | | james.spath@dor.mo.gov | Email<br>First Class Mail |
| NM Taxation & Revenue Department | P.O. Box 8575 | Albuquerque, NM 87198 | | | lisa.ela@tax.nm.gov | Email<br>First Class Mail |
| Sunstates Security, LLC | 801 Corporate Center Dr, Ste 300 | Raleigh, NC 27607 | | | afowler@sunstatessecurity.com | Email<br>First Class Mail |
| Tennessee Department of Revenue | Attn: Jordan Hale | 500 Deaderick St | Nashville, TN 37242 | | | Email<br>First Class Mail |
| Tennessee Department of Revenue | c/o Attorney General | P.O. Box 20207 | Nashville, TN 37202 | | TDOR.Bankruptcy@tn.gov | Email<br>First Class Mail |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | P.O. Box 190665 | Nashville, TN 37219-0665 | | | Email<br>First Class Mail |
| Texas Comptroller of Public Accounts | c/o Office of the Attorney General | Attn: Bankruptcy & Collections Division | P.O. Box 12548, MC-008 | Austin, TX 78711 | bankruptcytax@oag.texas.gov | Email<br>First Class Mail |
| Texas Comptroller of Public Accounts | c/o Revenue Accounting Div | Attn: Catherine Ledesma Coy | 111 E 17th St | Austin, TX 78711 | bankruptcysection@cpa.texas.gov | Email<br>First Class Mail |
| WA ST Dept of Labor and Industries | Attn: Bankruptcy Unit | P.O. Box 44171 | Olympia, WA 98504 | | BAYK235@lni.wa.gov | Email<br>First Class Mail |
| Warfield Electric of Texas | 175 Industry Ave | Frankfort, IL 60423 | | | lisa@warfieldelectric.com | Email<br>First Class Mail |
| Warfield Electric of Texas | 2727 Barge Ln | Dallas, TX 75212 | | | | Email<br>First Class Mail |
| Whirlpool Corporation | 2000 M63-N | Benton Harbor, MI 49022 | | | mark_m_pickens@whirlpool.com | Email<br>First Class Mail |
| Yunker Industries, Inc. | 310 O'Connor Dr | Elkhorn, WI 53121 | | | kariy@yunker.com | Email<br>First Class Mail |
| Zhejiang Hongchen Irrigation Equipment Co., Ltd. | No 2668 Haifeng Rd, Binhai Industry Area | Taizhou Zhejiang 318000 | China | | wendy@zjheonline.com | Email<br>First Class Mail |

# EXHIBIT G

**Exhibit G**
Service List

| AddrName | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Bona Kemi USA Inc | Attn: Natascha Koschei | 24 Inverness Pl E, Ste 100 | Englewood, CO 80112 | | | First Class Mail |
| Bona Kemi USA Inc | c/o Parker Poe Adams & Bernstein LLP | Attn: Chip Ford | 620 S Tryon St, Ste 800 | Charlotte, NC 28202 | chipford@parkerpoe.com | Email; First Class Mail |
| Emerson Professional Tools, LLC | Attn: Stacey Varuolo | 400 Clark St | Elyria, OH 44035 | | stacey.varuolo@emerson.com | Email; First Class Mail |
| Emerson Professional Tools, LLC | c/o Husch Blackwell LLP | Attn: John J Cruciani | 4801 Main St, Ste 1000 | Kansas City, MO 64112 | john.cruciani@huschblackwell.com | Email; First Class Mail |
| Gardner Asphalt Corporation | 4161 E 7th Ave | Tampa, FL 33605 | | | lanette.dollison@icpgroup.com | Email; First Class Mail |
| GP Gypsum LLC | c/o G-P Receivables Inc | P.O. Box 281523 | Atlanta, GA 30384 | | | Email; First Class Mail |
| GP Gypsum LLC | Georgia-Pacific Ctr | 133 Peachtree St NE, 16th Fl | Atlanta, GA 30303 | | hunter.horton@gapac.com | Email; First Class Mail |
| Hunter Fan Company | Attn: Pamela Mclain | 7130 Goodlett Farms Pkwy | Memphis, TN 38016 | | pmclain@hunterfan.com | Email; First Class Mail |
| Hunter Fan Company | P.O. Box 19773 | Palatine, IL 60055-9773 | | | | First Class Mail |
| RK West LLC | Attn: Aaron Katz | 2250 59th St, 5th Fl | Brooklyn, NY 11204 | | ari@dflny.com | Email; First Class Mail |
| RK West LLC | c/o Dorsey & Whitney LLP | Attn: Samuel S Kohn | 51 W 52nd St | New York, NY 10019 | kohn.sam@dorsey.com | Email; First Class Mail |
| Suburban Propane | Attn: Credit & Collections | 240 Rte 10 W | Whippany, NJ 07981 | | ptango@suburbanpropane.com | Email; First Class Mail |

True Value Company, L.L.C., et al. (Case No. 24-12337)