IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
TRUE VALUE COMPANY, L.L.C., et al.,
Debtors.

Chapter 11
Case No. 24-12337 (KBO)
(Jointly Administered)

RECEIVED
2025 JUN 17 A 10: 38
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**RESPONSE OF DREW BRADY COMPANY INC. TO THE PLAN ADMINISTRATOR'S ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)**

Drew Brady Company Inc. ("Claimant"), by and through its undersigned representative, respectfully submits this response to the Plan Administrator's Eleventh Omnibus Objection to Claims (Non-Substantive) (the "Objection") and in support thereof states as follows:

## 1. Background

- Claimant: Drew Brady Company Inc.
- Original Claim No.: C337-2988
- Original Claim Amount: $35,809.80
- Claim Type in Objection: §503(b)(9) Administrative Expense
- Objection Basis: Late-filed claim

## 2. Factual Summary

Claimant shipped goods to True Value Company L.L.C. ("Debtor") **after the Petition Date of October 14, 2024**. These shipments were made **in reliance on an email dated October 17, 2024** from **Will Papcke, Sr. Category Strategy Manager at True Value**, which explicitly confirmed that invoicing for post-petition shipments would proceed "as normal." See Exhibit A.

The total value of these post-petition shipments is **$35,809.80**, all of which were:

- Sold and delivered in the **ordinary course of business**, and
- Received and accepted by the Debtors **post-petition**, and
- Shipped **only after explicit written assurance** from a Debtor representative that payment would be made.

Had the Debtors not provided this assurance, Claimant would not have shipped the goods.

## 3. Legal Basis for Allowance

While the original claim was filed under §503(b)(9), Claimant now respectfully requests the Court to allow the claim **under §503(b)(1)(A)**, which permits administrative expense priority for:

"The actual, necessary costs and expenses of preserving the estate."

The Debtors requested and accepted the goods **post-petition** in the ordinary course. These goods were necessary for the continuation of their business and the preservation of estate value. The Claimant relied in good faith on the Debtor's written representation.

## 4. Alternative Relief

To the extent the Court finds that the requirements of §503(b)(1)(A) are not satisfied, Claimant respectfully requests that the claim be **reclassified as a general unsecured claim**, rather than being expunged.

## 5. Exhibits

- **Exhibit A**: Email from Will Papcke, True Value (dated October 17, 2024), confirming post-petition payment assurance.
- **Exhibit B**: Summary of Invoices (List of post-petition shipments totaling $35,809.80).

## 6. Conclusion

For the reasons stated above, Claimant respectfully requests that this Court:

1. Overrule the Objection as it pertains to Claim No. C337-2988;
2. Allow the claim in the full amount of $35,809.80 as an administrative expense under §503(b)(1)(A);
3. Alternatively, reclassify the claim as a general unsecured claim;
4. Grant such other and further relief as is just and proper.

---

**Dated**: June 16, 2025
Respectfully submitted,
**Drew Brady Company Inc.**
106-418 Iroquois Shore Road
Oakville, ON L6H 0X7
Canada

By: _Ajay_ (signature)
Ajay Ruia
President
ajay@ruia.com
Tel: 647-956-1200


# Gmail

Antonio Orense <antonio@ruia.com>

---

## True Value outstanding orders to be shipped

---

**'Will Papcke' via Accounting** <accounting@ruia.com>  Thu, Oct 17, 2024 at 1:13 PM
Reply-To: Will Papcke <Will.Papcke@truevalue.com>
To: Adam Czajka <adam@ruia.com>, Mike Divito <mike@dasalesgroup.com>
Cc: Ajay Ruia <ajay@ruia.com>, "SHIPPING@RUIA.COM" <SHIPPING@RUIA.COM>, DBC Accounting <accounting@ruia.com>

Adam,

Your interpretation is correct and invoicing will progress as normal.  There will be an additional communication coming out to all Vendors by tomorrow EOD that states the same.

Appreciate your partnership!

Thank you,

## Will Papcke

Sr. Category Strategy Manager

Lawn and Garden, Grills, Outdoor Power and Outdoor Tools

True Value Company

Will.Papcke@TrueValue.com

C: 224-828-2168

---

**From:** Adam Czajka <adam@ruia.com>
**Sent:** Thursday, October 17, 2024 3:10 PM
**To:** Will Papcke <Will.Papcke@TrueValue.com>; Mike Divito <mike@dasalesgroup.com>
**Cc:** Ajay Ruia <ajay@ruia.com>; SHIPPING@RUIA.COM; DBC Accounting <accounting@ruia.com>
**Subject:** True Value outstanding orders to be shipped

Hi Will,

I wanted to check in with you in regards to the orders we have shipping soon to make sure we understand that payments for orders shipped after the bankruptcy filing date will be paid as normal.  Is there a different process for invoicing or is it the same bill through True Value until further notice?  Please advise asap so we can ship out the orders that are pending.

Thank you,

--

Best Regards,

Adam Czajka

Vice President, Sales

Drew Brady Company, Inc.

cell 262-304-0601

adam@drewbrady.co

www.drewbrady.co

www.heatholders.com



EXHIBIT B

| Inv No | SO No | PO No | Auth No | Curr | Amount | Ship Date | Due Date | Carrier | PRO# / Tracking# | Store No | Ship to Name | Postal Code/ZIP | Delivery Date | Receiver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SI658859 | SO24052344 | REUNION2 | 42711049287167 | USD | 1,654.80 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039859 | 164999 | Hoffman Drug True Value Hardware | 80828-2216 | 10/17/2024 | Mogan |
| SI658860 | SO24052345 | REUNION2 | 42711049288020 | USD | 236.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039911 | 206519 | Agway Of Cape Cod | 02660-3055 | 10/18/2024 | Karl |
| SI658861 | SO24052346 | ORLDCITYDS | 42711049288845 | USD | 236.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039948 | 211289 | Store#(21128-9) - Agway Of Orleans | 02653 | 10/18/2024 | Christine |
| SI658862 | SO24052347 | SHOW24 | 42751117333753 | USD | 1,176.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039788 | 068197 | Holod'S True Value Hdwe | 19444-1711 | 10/17/2024 | Holod |
| SI658863 | SO24052348 | 13584 | 42711049290495 | USD | 942.40 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039653 | 140361 | Kraynaks Inc H&Gs | 16148-2746 | 10/17/2024 | Acorn |
| SI658864 | SO24052349 | REUNION | 42711049291322 | USD | 130.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039626 | 227036 | Three Sons Hardware Llc | 55309-0000 | 10/17/2024 | Schmitt |
| SI658865 | SO24052350 | 55SHWL | 42711049292188 | USD | 408.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039671 | 119698 | Tops Home Center - Elwood In | 46036-2229 | 10/17/2024 | Clark |
| SI658866 | SO24052351 | REUNION1 | 42711049293013 | USD | 408.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039680 | 087775 | M&M True Value Hardware | 95428-9617 | 10/21/2024 | Emen |
| SI658867 | SO24052352 | WINTER | 42711049293897 | USD | 408.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039699 | 142409 | Lumber Plus True Value Hardware | 84741-3608 | 10/21/2024 | King |
| SI658868 | SO24052353 | FALL24 | 42711049294720 | USD | 410.40 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039751 | 106714 | Owens True Value Hdwe | 69033-3155 | 10/21/2024 | Adams |
| SI658869 | SO24052354 | DBFR | 4271137047876 | USD | 2,363.60 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039895 | 120504 | Adams Fairacre Farms H&Gs | 12449-5407 | 10/18/2024 | Adams |
| SI658870 | SO24052355 | TVSHOW9924 | 4271137048708 | USD | 628.80 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039984 | 107035 | Miners Bldg. True Value | 81611-1929 | 10/17/2024 | Carls Pharmacy |
| SI658871 | SO24052356 | TVSHOW | 4271137049545 | USD | 1,062.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039715 | 228406 | Talmage Farm Agway | 11901-0000 | 10/17/2024 | Talmage |
| SI658872 | SO24052357 | POK24 | 4271137050381 | USD | 3,185.20 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039475 | 120652 | Adams Fairacre Farms H&Gs | 12603-2057 | 10/18/2024 | Mike D |
| SI658873 | SO24052358 | TVFU24 | 4271137051210 | USD | 2,141.20 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039500 | 188808 | Adams Fairacre Farms H&Gs | 12590-4923 | 10/18/2024 | Albert |
| SI658874 | SO24052359 | ERICFALL | 4271137052032 | USD | 3,616.40 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310040070 | 130529 | Adams Fairacre Farm Inc | 12550-5006 | 10/18/2024 | Nick Smith |
| SI658875 | SO24052360 | 9624HHDB | 4271137052858 | USD | 1,431.20 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039831 | 177629 | Kootenai Drug True Value | 59935-0328 | 10/18/2024 | Cratty |
| SI658876 | SO24052361 | WALLRILL24 | 4271137053682 | USD | 2,278.80 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310039617 | 234783 | Adams Fairacre Farms | 10941 | 10/18/2024 | Adams |
| SI658877 | SO24054140 | 10022024 | 42831134396037 | USD | 456.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310046270 | 216831 | Gateway Farm & Pet | 01050-9777 | 10/17/2024 | Receiving Cart |
| SI658878 | SO24054149 | DCDSFALL24 | 42831149573782 | USD | 912.00 | 10/15/2024 | 12/14/2024 | UPS | 1ZG191370310046298 | 181746 | Pineo'S True Value | 04654-0001 | 10/21/2024 | David Hopkins |
| SI667257 | SO24054194 | 2183675A | 42831525391701 | USD | 1,613.92 | 10/28/2024 | 12/27/2024 | UPS | 1ZG191370310048107 | 184146 | Hamilton Marine, Inc. | 04649-3338 | 10/31/2024 | Emerson |
| SI668281 | SO24062132 | DROPSHIP | 42971201259410 | USD | 456.00 | 10/30/2024 | 12/29/2024 | UPS | 1ZG191370310048330 | 214760 | Ben'S Supercenter | 48416-9701 | 11/1/2024 | Dock |
| SI668759 | SO24035573 | TIMFS | 42081421512071 | USD | 1,703.20 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310048198 | 151574 | Pines Country Store Inc | 12842-0339 | 11/5/2024 | Pine |
| SI668760 | SO24035667 | SHOW | 4212145501365 | USD | 694.00 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046921 | 023549 | Davis True Value Hardware | 44076-9527 | 11/5/2024 | Robert |
| SI668761 | SO24035668 | DISCOUNT2 | 4212145502821 | USD | 2,624.00 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046869 | 034462 | Ames True Value Hardware & Supply | 04578-4627 | 11/6/2024 | Averill |
| SI668762 | SO24035669 | 24DSDC | 42121519274893 | USD | 478.80 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046832 | 119342 | Sawyer Garden Center | 49125-9380 | 11/5/2024 | Garden |
| SI668763 | SO24035670 | EH0227 | 42121533068274 | USD | 456.00 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046752 | 138324 | Indian Hill Trading Post | 04441-3608 | 11/6/2024 | Henderson |
| SI668764 | SO24035671 | SHOWDS | 42121533070792 | USD | 1,074.40 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046850 | 153885 | Jno S Solenberger & Co Inc | 22601-5914 | 11/5/2024 | Carroll |
| SI668765 | SO24035672 | DCDSPR24 | 42121549514578 | USD | 912.00 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046823 | 181746 | Pineo'S True Value | 04654-0001 | 11/7/2024 | Pineo |
| SI668766 | SO24035673 | TRADESHOW | 42121549520486 | USD | 106.00 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046878 | 195844 | Southfork Mercantile - Huntsville | 84317-9508 | 11/7/2024 | Lee |
| SI668767 | SO24035674 | DROPSHIP24 | 42121602450563 | USD | 456.00 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046743 | 202815 | Park Falls True Value | 54552-1950 | 11/6/2024 | Nick |
| SI668768 | SO24035675 | DISC224D | 42121602453478 | USD | 238.68 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046912 | 214778 | Ben'S Supercenter | 48453-1299 | 11/5/2024 | Stockton |
| SI668769 | SO24035676 | DEALS | 42281804308789 | USD | 456.00 | 11/1/2024 | 12/31/2024 | UPS | 1ZG191370310046814 | 233090 | Brooksville Farm Supply | 41004-0000 | 11/5/2024 | Blazer |
| SI675087 | SO24067747 | 102924B | 43041035374458 | USD | 456.00 | 11/7/2024 | 1/6/2025 | UPS | 1ZG191370310051273 | 229370 | Dublin Agway | 18917-0000 | 11/11/2024 | Wesley |
| SI691529 | SO24084054 | 9624HHDB REPLACEMENT | 42711137052858 | USD | 0.00 | 11/14/2024 | 1/13/2025 | UPS | 1ZG191370310052325 | 177629 | Kootenai Drug True Value | 59935-0328 | 11/19/2024 | Hawthorne |
| TOTAL | | | | | 35,809.80 | | | | | | | | | |

From
Drew Brady Company Inc.
106- 418 Iroquois Shore Rd
Oakville, ON L6H0X7
Canada

To,
Honorable Karen B Owens
US Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington, DE 19801
USA






ORIGIN ID:YRLA  (905) 815-1534
AJAY RUIA
DREW BRADY COMPANY INC.
418 IROQUOIS SHORE ROAD
UNIT 106
OAKVILLE, ON L6H0X7
CA

SHIP DATE: 16JUN25
ACTWGT: 1.00 LB
CAD: 103382723/INET4535

BILL SENDER

TO HONORABLE KAREN B. OWENS
US BANKRUPTCY COURT-DISTRICT OF DE
824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON DE 19801
(302) 252-2900       REF:
INV: TRUE VALUE SUBMISSION
PO: JITENDRA FOR AJAY       DEPT:

(US)

TRK# 8820 6366 9278
0430

XE ZWIA

10:30A
IP EXP
ETD
19801
DE-US   PHL

4197 TUE 06/17 08:01
824 N MARKET ST
745-7520FL
ETP: 2
SP:PD:100:Y
19801-3024-99
WILMINGTON,DE
882063669278

Extremely Urgent
Très urgent