United States Bankruptcy Court for the District of Delaware,
3rd Floor, 824 North Market Street, Wilmington, Delaware 19801.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline:** June 17, 2025, at 4:00 p.m. (ET) |
| | **Hearing Date:** June 26, 2025, at 10:30 a.m. (ET) |

## RESPONSE OF SAVANT TECHNOLOGIES LLC TO
## PLAN ADMINISTRATOR'S TWELVTH OMNIBUS OBECTION TO CLAIMS
## (SUBSTANTIVE)

Creditor Savant Technologies LLC ("Savant") hereby responds (the "Response") to the Plan Administrator's Twelfth Omnibus Objection to Claims (Substantive) [Docket No. 1246] filed by the plan administrator (the "Plan Administrator") on May 27, 2025 (the "Objection").

By the Objection, the Plan Administrator seeks to reclassify a portion of Savant's timely-filed claim (Claim Number: C337-1320, the "Claim") as not eligible to receive priority under Section 503(b)(9) of the Bankruptcy Code. Savant's filed Claim includes documentary support showing that the goods purchased by the Debtors from Savant were delivered within 20 days of the Debtors' bankruptcy filing. Therefore, the entirety of the Claim is entitled to receive priority under Section 503(b)(9) of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

The individual at Savant with authority to reconcile, settle, or otherwise resolve the disputed Claim is: Kathleen Kovac, Senior Accounts Receivable Manager; Savant Technologies LLC, 1975 Noble Road, East Cleveland, OH 44112; (216) 225-7434; kathleen.kovac@savant.com.  Any responses to the Response, should also be directed to Kathleen Kovac as indicated in the prior sentence.

A copy of this Response has also been sent via FedEx Overnight Delivery to Young Conaway Stargatt & Taylor LLP, Attn: Timothy R. Powell, One Rodney Square, 1000 North King Street, Wilmington, Delaware 19801.

Dated: June 16, 2025

By: *Kathleen Kovac*

Kathleen Kovac
Senior Accounts Receivable Manager
Savant Technologies LLC

Savant Technologies LLC
1975 Noble Rd., East Cleveland, OH 44112

**June 16, 2025**

United States Bankruptcy Court for the District of Delaware
3rd Floor, 824 North Market Street
Wilmington, Delaware 19801.

RECEIVED
2025 JUN 17 A 10: 41
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

<u>**VIA FED-EX OVERNIGHT**</u>

**Subject:** *In re True Value Company, L.L.C., et al.*, **Case No. 24-12337 (KBO)**

Please accept the enclosed response of Savant Technologies LLC to the Plan Administrator's Twelfth Omnibus Objection to Claims (Substantive) [Docket No. 1246] filed by the plan administrator on May 27, 2025.

