IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **TRUE VALUE COMPANY, L.L.C.** *et al.*, <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 24-12337 (KBO) <br><br> Ref. Docket No. 1334 |

**DEBTORS' WITNESS LIST FOR HEARING SET FOR
JUNE 26, 2025, AT 10:30 A.M. (PREVAILING EASTERN TIME)**

Michael I. Goldberg, in his sole capacity as the plan administrator (the "Plan Administrator") for the above-captioned post-effective date debtors (the "Debtors"), by and through their undersigned counsel, hereby submits their list of witnesses (the "Witness List") in connection with the hearing currently scheduled for June 26, 2025, at 10:30 a.m. (prevailing Eastern Time) (the "Hearing"), to consider the Debtors' second omnibus objection to claims [Docket No. 754], sixth omnibus objection to claims [Docket No. 979], seventh omnibus objection to claims [Docket No. 980], ninth omnibus objection to claims [Docket No. 1154], tenth omnibus objection to claims [Docket No. 1155], (collectively, the "Omnibus Objections"), and the *Plan Administrator's Omnibus Reply in Support of the Debtors' Omnibus Objections to Claims* [Docket No. 1237] (the "Omnibus Reply").

**WITNESSES**

The Debtors intend to elicit testimony from the following individuals in support of the Omnibus Objections and Omnibus Reply:

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: True Value Company, L.L.C. (9896). The debtor's mailing address for purposes of this case is 8600 W. Bryn Mawr Ave. Chicago, IL 60631. The chapter 11 cases of the debtor's affiliates, TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106), were closed as of May 28, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of True Value Company, L.L.C.

33315349

1. **Nicholas Weber:** The Debtors will rely on the testimony introduced through Mr. Weber's declarations attached to and in support of the Omnibus Objections [Docket Nos. 754, 979, 980, 1154, 1155], and Mr. Weber's declarations filed separately in support of the Omnibus Reply [Docket Nos. 1239, 1349]. The Debtors also anticipate offering supplemental in-person direct examination of Mr. Weber at the Hearing.

The Debtors reserve their rights to (a) call any witness identified by any other party in connection with the Hearing; (b) call any witnesses necessary to rebut the testimony of any witness called or designated by any other party; and/or (c) offer additional in-person testimony of the above-listed witnesses. Further, the Debtors reserve their rights to amend or supplement this Witness List at, or in advance of, the Hearing.

Dated: June 25, 2025
Wilmington, DE

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Christopher M. Lambe*
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Christopher M. Lambe (Del. Bar. No. 6846)
Kristin L. McElroy (Del. Bar No. 6871)
Timothy R. Powell (Del. Bar No. 6894)
Carol E. Thompson (Del. Bar No. 6936)
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: emorton@ycst.com
kenos@ycst.com
kmcelroy@ycst.com
tpowell@ycst.com
cthompson@ycst.com

*Counsel to the Post-Effective Date Debtors*