**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **TRUE VALUE COMPANY, L.L.C.** *et al.*, | Case No. 24-12337 (KBO) |
| Debtor.[1] | Ref. Docket No. 1334 |

**DEBTORS' EXHIBIT LIST FOR HEARING SET FOR
JUNE 26, 2025, AT 10:30 A.M. (PREVAILING EASTERN TIME)**

Michael I. Goldberg, in his sole capacity as the plan administrator (the "Plan Administrator") for the above-captioned post-effective date debtors (the "Debtors"), by and through their undersigned counsel, intend to introduce and/or reserve the right to introduce the below listed exhibits at the hearing currently scheduled for June 26, 2025, at 10:30 a.m. (prevailing Eastern Time) (the "Hearing"), in support of the Debtors' second omnibus objection to claims [Docket No. 754], sixth omnibus objection to claims [Docket No. 979], seventh omnibus objection to claims [Docket No. 980], ninth omnibus objection to claims [Docket No. 1154], tenth omnibus objection to claims [Docket No. 1155], (collectively, the "Omnibus Objections"), and the Plan Administrator's Omnibus Reply in Support of the Debtors' Omnibus Objections to Claims [Docket No. 1237] (the "Omnibus Reply").

The Debtors reserve the right to introduce at the Hearing documents that are part of exhibits listed by any other party, or part of the record of the Chapter 11 Cases, including pleadings and

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: True Value Company, L.L.C. (9896). The debtor's mailing address for purposes of this case is 8600 W. Bryn Mawr Ave. Chicago, IL 60631. The chapter 11 cases of the debtor's affiliates, TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106), were closed as of May 28, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of True Value Company, L.L.C.

other documents filed on the docket, as well as to introduce any document, or to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment and to amend or supplement the below-listed exhibits.

Dated: June 25, 2025
Wilmington, DE

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Christopher M. Lambe*
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Christopher M. Lambe (Del. Bar. No. 6846)
Kristin L. McElroy (Del. Bar No. 6871)
Timothy R. Powell (Del. Bar No. 6894)
Carol E. Thompson (Del. Bar No. 6936)
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: emorton@ycst.com
kenos@ycst.com
kmcelroy@ycst.com
tpowell@ycst.com
cthompson@ycst.com

*Counsel to the Post-Effective Date Debtors*

# EXHIBIT LIST

| Exhibit Number | Document Name | Date | Docket No. |
|---|---|---|---|
| 1 | Declaration of Nick Weber in Support of Debtors' Second Omnibus Objection to Claims (Substantive) | 1/7/2025 | 754, Exhibit B |
| 2 | Declaration of Nick Weber in Support of Debtors' Sixth Omnibus Objection to Claims (Substantive) | 3/3/2025 | 979, Exhibit B |
| 3 | Declaration of Nick Weber in Support of Debtors' Seventh Omnibus Objection to Claims (Substantive) | 3/3/2025 | 980, Exhibit B |
| 4 | Declaration of Nick Weber in Support of Debtors' Ninth Omnibus Objection to Claims (Substantive) | 4/29/2025 | 1154, Exhibit B |
| 5 | Declaration of Nick Weber in Support of Debtors' Tenth Omnibus Objection to Claims (Substantive) | 4/29/2025 | 1155, Exhibit B |
| 6 | Plan Administrator's Omnibus Reply in Support of the Debtors' Omnibus Objections to Claims | 5/27/2025 | 1237 (Plus Exhibits) |
| 7 | Declaration of Nick Weber in Support of Plan Administrator's Omnibus Reply in Support of the Debtors' Omnibus Objections to Claims | 5/27/2025 | 1239 |
| 8 | Supplemental Declaration of Nick Weber in Support of Plan Administrator's Omnibus Reply in Support of the Debtors' Omnibus Objections to Claims | 6/23/2025 | 1349 |