## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.* | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on June 25, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Debtors' Witness List for Hearing Set for June 26, 2025, at 10:30 A.M. (Prevailing Eastern Time) [Docket No. 1366]**

- **Debtors' Exhibit List for Hearing Set for June 26, 2025, at 10:30 A.M. (Prevailing Eastern Time) [Docket No. 1367]**

Dated: June 26, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 26th day of June, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for De Lage Landen Financial Services | Klehr Harrison Harvey Branzburg LLP | Attn: Richard M Beck/Benjamin M Fischer<br>919 N Market St, Ste 1000<br>Wilmington, DE 19801 | rbeck@klehr.com;<br>bfischer@klehr.com | Email |
| Plan Administrator | Michael I. Goldberg, Trustee | 201 E Las Olas Blvd, Ste 1800<br>Ft Lauderdale, FL 33301 | michael.goldberg@akerman.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |

True Value Company, L.L.C., et al. (Case No. 24-12337)

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Colin R Robinson<br>Attn: Edward A Corma<br>919 N Market St, 17th Fl<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801) | bsandler@pszjlaw.com;<br>crobinson@pszjlaw.com;<br>ecorma@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Paul J Labov<br>Attn: Cia H Mackle<br>780 3rd Ave, 34th Fl<br>New York, NY 10017 | cmackle@pszjlaw.com;<br>plabov@pszjlaw.com;<br>rfeinstein@pszjlaw.com | Email |
| *NOA - Counsel for Allied Universal Security Services | Robinson & Cole LLP | Attn: Davis Lee Wright<br>1201 N Market St, Ste 1406<br>Wilmington, Delaware 19801 | dwright@rc.com | Email |
| US Trustee | US Trustee for the District of Delaware | Attn: Benjamin A Hackman<br>844 N King St, Rm 2207<br>Wilmington, DE 19801 | benjamin.a.hackman@usdoj.gov | Email |
| *Post-Effective Date Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Kenneth Enos<br>1000 N King St<br>Wilmington, DE 19801 | kenos@ycst.com | Email |

# EXHIBIT B

**Exhibit B**
Service List

| Name | Email | Method of Service |
|---|---|---|
| Airgas USA LLC | Amanda.Dopieralski@Airgas.com | Email |
| Airgas USA, LLC | keeley.carter@airgas.com | Email |
| All Tools Inc. | miguel.alltoolspr@gmail.com | Email |
| Alliance Sports Group, L.P. | ksoulen@acgbrands.com | Email |
| Alliance Sports Group, L.P. d/b/a Alliance Consumer Group/ACG | ksoulen@acgbrands.com | Email |
| AmeriGas Propane, L.P. | rpatella@lawjw.com | Email |
| AmeriGas Propane, L.P. | jonathan.deangelis@amerigas.com | Email |
| AmeriGas Propane, L.P. | greg.geier@amerigas.com | Email |
| ASSA ABLOY | bill.johnston@assaabloy.com | Email |
| ASSA ABLOY Inc. | bill.johnston@assaabloy.com | Email |
| Bayard P.A. | ejohnson@bayardlaw.com | Email |
| Beacon Sales Acquisition, Inc. | smetz@offitkurman.com | Email |
| Bielli & Klauder, LLC | dklauder@bk-legal.com | Email |
| Big Rock Sports, LLC | mfelger@cozen.com | Email |
| Big Rock Sports, LLC | jnesset@cozen.com | Email |
| Big Rock Sports, LLC | bserrill@bigrocksports.com | Email |
| Blakeley LC | seb@blakeleylc.com | Email |
| Boise Cascade Building Materials Distribution, L.L.C. | sschwager@hawleytroxell.com | Email |
| Charlotte Pipe and Foundry Company | mlinker@charlottepipe.com | Email |
| Charlotte Pipe and Foundry Company | dschilli@robinsonbradshaw.com | Email |
| Conspro Corp. | facturacion@conspro.com | Email |
| Conspro Corp. | barbara@conspro.com | Email |
| DM Merchandising Inc | dredman@dmmerch.com | Email |
| Dorel Juvenile Group, Inc. | TGallogly@djgusa.com | Email |
| Dorel Juvenile Group, Inc. | Brett.Goodman@afslaw.com | Email |
| ENCO Manufacturing Inc | dortiz@encomfg.com | Email |
| ENCO Manufacturing Inc | condecarmen@condelaw.com | Email |
| Factor Law | wfactor@wfactorlaw.com | Email |
| Factor Law | lpeterson@wfactorlaw.com | Email |
| Faegre Drinker Biddle & Reath LLP | brett.fallon@faegredrinker.com | Email |
| Felhaber Larson | wtansey@felhaber.com | Email |
| Gellert Seitz Busenkell & Brown, LLC | cbrown@gsbblaw.com | Email |
| Gellert Seitz Busenkell & Brown, LLC | rgellert@gsbblaw.com | Email |
| Generac Power Systems, Inc. | rick.ditter@generac.com | Email |
| Generac Power Systems, Inc. | katie.mason@quarles.com | Email |
| Hamilton Beach Brands, Inc. | katie.bradshaw@hamiltonbeach.com | Email |
| Hawley Troxell | sschwager@hawleytroxell.com | Email |
| Highline Warren, LLC | lisa.peters@kutakrock.com | Email |
| Hogan McDaniel | gfmcdaniel@dkhogan.com | Email |
| Huber Engineering Woods LLC | dschilli@robinsonbradshaw.com | Email |
| Huber Engineering Woods LLC | cindy.rogers@huber.com | Email |
| Ice Miller LLP | john.cannizzaro@icemiller.com | Email |
| International Forest Products LLC | dlanoie@thekraftgroup.com | Email |
| International Forest Products LLC | csamis@potteranderson.com; kmorales@potteranderson.com; lakkerman@potteranderson.com | Email |
| International Forest Products LLC | carinnel@ifpcorp.com | Email |
| Isadoro Seed, Inc | jkimball@gertens.com | Email |
| Isadoro Seed, Inc | alexb@sapientialaw.com | Email |
| Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins P.C. | rpatella@lawjw.com | Email |
| Kutak Rock LLP | lisa.peters@kutakrock.com | Email |
| La Crosse Technology LTD | jack@lacrossetechnology.com | Email |
| La Crosse Technology Ltd. | chegarty@winthrop.com | Email |
| Loisides, P.A. | loizides@loizides.com | Email |
| Makita Latin America, Inc | pgalvis@makitalatinamerica.com | Email |
| Makita USA Inc | nationalacctar@makitausa.com; kdonahue@makitausa.com | Email |
| Midwest Can Company | matt@midwestcan.com | Email |
| Monrovia Nursery Company | SEB@BlakeleyLC.com | Email |
| Newell Brands Distribution LLC | jsc@renozahm.com | Email |
| Nikco Sports | NicholeMassie@nikcosports.com; Nichole.Massie@nikcosports.com | Email |
| Nikco Sports | nicholemassie@nikcosports.com | Email |
| Nikco Sports | Nichole.Massie@nikcosports.com; Nichole.Massie@nikcosports.com | Email |
| Offit Kurman, PA | brian.mclaughlin@offitkurman.com | Email |
| Offit Kurman, PA | augie.curtis@offitkurman.com | Email |
| Ors Nasco LLC | creditandcollections@orsnasco.com | Email |
| Ors Nasco LLC | beth.diwik@orsnasco.com | Email |
| Pentair Flow Technologies, LLC | jody.ferris@pentair.com; brian.leland@pentair.com | Email |
| Potter Anderson & Corroon LLP | csamis@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | kmorales@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | lakkerman@potteranderson.com | Email |
| PrimeSource Building Products, Inc. | ryan.burgett@huschblackwell.com | Email |
| PrimeSource Building Products, Inc. | raon@primesourcepb.com | Email |
| PrimeSource Building Products, Inc. | dowdys@primesourcedp.com | Email |
| Quarles & Brady LLP | katie.mason@quarles.com | Email |

**Exhibit B**
Service List

| Name | Email | Method of Service |
|---|---|---|
| Robinson Bradshaw & Hinson, P.A. | dschilli@robinsonbradshaw.com | Email |
| Rug Doctor LLC | jessica.henderson@bissell.com | Email |
| Savant Technologies LLC | paul.martin@savant.com | Email |
| Savant Technologies LLC | kathleen.kovac@savant.com | Email |
| Shumaker, Loop & Kendrick, LLP | dconaway@shumaker.com | Email |
| Shumaker, Loop & Kendrick, LLP | rbruckmann@shumaker.com | Email |
| Southern Shutter Company | accounting@southernshutter.com | Email |
| Southern Shutter Company | accounting@southernshutter.com | Email |
| Stabila Inc | lspina@stabila.com | Email |
| Stabila, Inc | lspina@stabila.com | Email |
| Stabila, Inc. | lspina@sabila.com | Email |
| Sullivan · Hazeltine · Allinson LLC | whazeltine@sha-llc.com | Email |
| Swanson, Martin & Bell, LLP | cstahl@smbtrials.com | Email |
| The Gorilla Glue Company | travis.bayer@dinsmore.com; calebtindell@gorillaglue.com | Email |
| The Gorilla Glue Company | SheilaBruce@GorillaGlue.com | Email |
| The Gorilla Glue Company | sara.johnston@dinsmore.com | Email |
| The Scotts Company LLC | tscobb@vorys.com | Email |
| The Scotts Company LLC | stephane.lewiswhite@scotts.com | Email |
| TOMY International, Inc. | john.cannizzaro@icemiller.com | Email |
| TOMY International, Inc. | credit@tomy.com | Email |
| US Salt, LLC | jblaseg@ussaltllc.com | Email |
| USG Corporation | rsdexheimer@usg.com | Email |
| USG Corporation | cstahl@smbtrials.com | Email |
| VP Racing Fuels | Vanessa.OConnell@vpracingfuels.com | Email |
| Watts Water Technologies, Inc. | Seth.Kipp@wattswater.com | Email |
| Womble Bond Dickinson (US) LLP | matthew.ward@wbd-us.com | Email |
| YETI Coolers, LLC | jwertz@jw.com | Email |
| YETI Coolers, LLC | jason.duncan@yeti.com | Email |