# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **TRUE VALUE COMPANY, L.L.C.,** <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 24-12337 (KBO) <br><br> Ref. Docket No. 1312 |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Sixth Monthly Fee Application of Glenn Agre Bergman & Fuentes LLP, Conflicts Counsel to the Debtors, for Compensation of Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2025 Through April 25, 2025* [Docket No. 1312] (the "Application") filed on June 9, 2025.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by June 30, 2025 at 4:00 p.m. (ET).

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 346], the Debtors are now authorized to pay 80% ($493,100.00) of requested fees ($616,375.00) and 100% of requested expenses ($2,943.48) on an interim basis without further order of the Court.

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: True Value Company, L.L.C. (9896). The debtor's mailing address for purposes of this case is 8600 W. Bryn Mawr Ave. Chicago, IL 60631. The chapter 11 cases of the debtor's affiliates, TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106), were closed as of May 28, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of True Value Company, L.L.C.

32763537.5

Dated: July 2, 2025
Wilmington, Delaware

                **YOUNG CONAWAY STARGATT & TAYLOR, LLP**

                */s/ Kristin L. McElroy*
                Edmon L. Morton (Del. Bar No. 3856)
                Kenneth J. Enos (Del. Bar No. 4544)
                Kristin L. McElroy (Del. Bar No. 6871)
                Timothy R. Powell (Del. Bar No. 6894)
                One Rodney Square
                1000 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6600
                Email:  emorton@ycst.com
                kenos@ycst.com
                kmcelroy@ycst.com
                tpowell@ycst.com

                *Counsel to the Post-Effective Date Debtors*