IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>**TRUE VALUE COMPANY, L.L.C.,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>Ref. Docket Nos.: 754, 979, 980, 1154, 1155, 1245 and 1246 |

**NOTICE OF ZOOM BENCH RULING**
**FOR JULY 10, 2025 AT 2:00 P.M. (ET)**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a bench ruling (the "Bench Ruling") on July 10, 2025 at 2:00 p.m. (ET) to issue its ruling on the claims objections pending before the Court.

**PLEASE TAKE FURTHER NOTICE** that the Bench Ruling will be conducted entirely over Zoom and requires all participants to register by no later than 4:00 p.m. (ET) on July 9, 2025. Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (eCourt Appearances) for information on the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.

---

[1] The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: True Value Company, L.L.C. (9896). The debtor's mailing address for purposes of this case is 8600 W. Bryn Mawr Ave. Chicago, IL 60631. The chapter 11 cases of the debtor's affiliates, TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106), were closed as of May 28, 2025. All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of True Value Company, L.L.C.

33337261.1

Dated: July 3, 2025
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

<u>*/s/ Kristin L. McElroy*</u>
Edmon L. Morton (Del. Bar No. 3856)
Kenneth J. Enos (Del. Bar No. 4544)
Kristin L. McElroy (Del. Bar No. 6871)
Timothy R. Powell (Del. Bar No. 6894)
One Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: emorton@ycst.com
kenos@ycst.com
kmcelroy@ycst.com
tpowell@ycst.com

*Counsel to the Post-Effective Date Debtors*

33337261.1

2