# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*, | Case No. 24-12337 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel hereby moves the admission pro hac vice of Paris Gyparakis of Archer & Greiner, P.C, counsel for Sandler, Travis and Rosenberg, P.A., in the above-captioned cases and any related proceedings.

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
**ARCHER & GREINER, P.C.**
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone: (302) 777-4350
Email:  nsongonuga@archerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/  Paris Gyparakis
Paris Gyparakis, Esq.
**ARCHER & GREINER, P.C.**
1211 Avenue of the Americas, Ste 2750
New York, NY 10036
Telephone: (212) 682-4940
Email:  pgyparakis@archerlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

230691244 v1