**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRUE VALUE COMPANY, L.L.C., *et al.,* | ) | Case No. 24-12337 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Deadline: July 7, 2025 at 4:00 p.m.** |
| | ) | **Hearing Date: TBD** |
| | ) | |
| | ) | **Related Docket No. 1338** |

**ORDER GRANTING MOTION FOR AUTHORIZATION TO FILE UNDER SEAL EXHIBITS 5, 7, 9 AND 11 TO THE DECLARATION OF RICK DITTER IN SUPPORT OF GENERAC POWER SYSTEMS, INC.'S RESPONSE TO THE PLAN ADMINISTRATOR'S TWELFTH OMNIBUS OBJECTION TO CLAIMS**

Upon consideration of the *Motion for Authorization to File Under Seal Exhibits 5, 7, 9, and 11* (the "Sealed Exhibits") to the *Declaration of Rick Ditter in Support of Generac Power Systems, Inc.'s Response to the Plan Administrator's Twelfth Omnibus Objection to Claims* [Docket No. 1327]; and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted therein;

IT IS HEREBY ORDERED THAT:

1.   The Motion to Seal is GRANTED as set forth herein; and

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

2. Generac is hereby granted permission to file Sealed Exhibits[2] under seal pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

Dated: July 10th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE

---

[2] The Sealed Exhibits are attached to the *Notice of Filing Additional Exhibits to the Declaration of Rick Ditter in Support of Generac Power Systems, Inc.'s Response to the Plan Administrator's Twelfth Omnibus Objection to Claims* [Docket No. 1329].