IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. D.I. 1344** |

**ORDER GRANTING MOTION FOR AUTHORIZATION TO FILE UNDER SEAL EXHIBIT B OF THE DECLARATION OF MICHAEL OATES IN SUPPORT OF RESPONSE BY HUBER ENGINEERED WOODS LLC TO DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE), WHICH IS ATTACHED AS EXHIBIT A TO THE RESPONSE BY HUBER ENGINEERED WOODS LLC TO DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

Upon consideration of the *Motion for Authorization to File Under Seal Exhibit B of the Declaration of Michael Oates in Support of Response by Huber Engineered Woods LLC to Debtors' Seventh Omnibus Objection to Claims (Substantive), Which is Attached as Exhibit A to the Response by Huber Engineered Woods LLC to Debtors' Seventh Omnibus Objection to Claims (Substantive)* (the "Motion to Seal"); and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted therein;

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Seal[2] is GRANTED.

2. Huber is hereby granted permission to file Exhibit B of the Oates Declaration, which is attached as Exhibit A to the Response, under seal pursuant to Bankruptcy Rule 9018 and Local Rule 9018-1(b).

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms not fully defined herein shall have the meaning ascribed to them in the Motion to Seal.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 10th, 2025**
**Wilmington, Delaware**

*/s/ Karen B. Owens*
**KAREN B. OWENS**
**CHIEF JUDGE**

2