# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*, | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | Ref. D.I. 1345 |

**ORDER GRANTING MOTION FOR AUTHORIZATION TO FILE UNDER SEAL EXHIBIT B OF THE DECLARATION OF TAYLOR FRALEY IN SUPPORT OF RESPONSE BY CHARLOTTE PIPE AND FOUNDRY COMPANY TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AND SUPPLEMENTAL RESPONSE BY CHARLOTTE PIPE AND FOUNDRY COMPANY TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE), WHICH IS ATTACHED AS EXHIBIT A TO THE SUPPLEMENTAL RESPONSE OF CHARLOTTE PIPE AND FOUNDRY COMPANY TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

Upon consideration of the *Motion for Authorization to File Under Seal Exhibit B of the Declaration of Taylor Fraley in Support of Response by Charlotte Pipe and Foundry Company to Debtors' Second Omnibus Objection to Claims (Substantive) and Supplemental Response by Charlotte Pipe and Foundry Company to Debtors' Second Omnibus Objection to Claims (Substantive), Which is Attached as Exhibit A to the Supplemental Response of Charlotte Pipe and Foundry Company to Debtors' Second Omnibus Objection to Claims (Substantive)* (the "Motion to Seal");[2] and the Court having reviewed all pleadings related thereto; and the Court having determined that there exists just cause for the relief granted therein;

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

[2] Capitalized terms not fully defined herein shall have the meaning ascribed to them in the Motion to Seal.

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Seal is GRANTED.

2. Charlotte Pipe is hereby granted permission to file Exhibit B of the Fraley Declaration, which is attached as Exhibit A to the Supplemental Response, under seal pursuant to Federal Rule 9018 and Local Rule 9018-1(b).

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: July 10th, 2025
Wilmington, Delaware

KAREN B. OWENS
CHIEF JUDGE