IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUE VALUE COMPANY, L.L.C., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-12337 (KBO)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 7, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Zoom Bench Ruling for July 10, 2025 at 2:00 P.M. (ET) [Docket No. 1416]**

Dated: July 10, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 10th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

# **EXHIBIT A**

**Exhibit A**
Service List

| Name | Attention | Email | Method of Service |
|---|---|---|---|
| Airgas USA LLC | | Amanda.Dopieralski@Airgas.com | Email |
| Airgas USA, LLC | | keeley.carter@airgas.com | Email |
| All Tools Inc. | | miguel.alltoolspr@gmail.com | Email |
| Alliance Sports Group, L.P. | | ksoulen@acgbrands.com | Email |
| Alliance Sports Group, L.P. d/b/a Alliance Consumer Group/ACG | | ksoulen@acgbrands.com | Email |
| AmeriGas Propane, L.P. | | rpatella@lawjw.com | Email |
| AmeriGas Propane, L.P. | | jonathan.deangelis@amerigas.com | Email |
| AmeriGas Propane, L.P. | | greg.geier@amerigas.com | Email |
| ASSA ABLOY | | bill.johnston@assaabloy.com | Email |
| ASSA ABLOY Inc. | William M. Johnston | bill.johnston@assaabloy.com | Email |
| Barenbrug USA Inc | Warren Stone | wstone@barusa.com | Email |
| Bayard P.A. | Ericka F. Johnson | ejohnson@bayardlaw.com | Email |
| Beacon Sales Acquisition, Inc. | | smetz@offitkurman.com | Email |
| Bielli & Klauder, LLC | David M. Klauder | dklauder@bk-legal.com | Email |
| Big Rock Sports, LLC | | mfelger@cozen.com | Email |
| Big Rock Sports, LLC | | jnesset@cozen.com | Email |
| Big Rock Sports, LLC | | bserrill@bigrocksports.com | Email |
| Blakeley LC | Scott E. Blakeley | seb@blakeleylc.com | Email |
| Boise Cascade Building Materials Distribution, L.L.C. | | sschwager@hawleytroxell.com | Email |
| Charlotte Pipe and Foundry Company | | mlinker@charlottepipe.com | Email |
| Charlotte Pipe and Foundry Company | | dschilli@robinsonbradshaw.com | Email |
| Conspro Corp. | | facturacion@conspro.com | Email |
| Conspro Corp. | | barbara@conspro.com | Email |
| DM Merchandising Inc | | dredman@dmmerch.com | Email |
| Dorel Juvenile Group, Inc. | | TGallogly@djgusa.com | Email |
| Dorel Juvenile Group, Inc. | | Brett.Goodman@afslaw.com | Email |
| Drew Brady Company Inc. | Ajay Ruia | ajay@ruia.com | Email |
| ENCO Manufacturing Inc | | dortiz@encomfg.com | Email |
| ENCO Manufacturing Inc | | condecarmen@condelaw.com | Email |
| Factor Law | William J. Factor | wfactor@wfactorlaw.com | Email |
| Factor Law | Lars A. Peterson | lpeterson@wfactorlaw.com | Email |
| FactorLaw | William J. Factor | wfactor@wfactorlaw.com | Email |
| FactorLaw | Lars A. Peterson | lpeterson@wfactorlaw.com | Email |
| Faegre Drinker Biddle & Reath LLP | Brett D. Fallon | brett.fallon@faegredrinker.com | Email |
| Felhaber Larson | Will R. Tansey | wtansey@felhaber.com | Email |
| Gellert Seitz Busenkell & Brown, LLC | Charles J. Brown, III | cbrown@gsbblaw.com | Email |
| Gellert Seitz Busenkell & Brown, LLC | Ronald S. Gellert | rgellert@gsbblaw.com | Email |
| Generac Power Systems, Inc. | | rick.ditter@generac.com | Email |
| Generac Power Systems, Inc. | | katie.mason@quarles.com | Email |
| Hamilton Beach Brands, Inc. | | katie.bradshaw@hamiltonbeach.com | Email |
| Hawley Troxell | Sheila R. Schwager | sschwager@hawleytroxell.com | Email |
| Highline Warren, LLC | | lisa.peters@kutakrock.com | Email |
| Hogan McDaniel | Garvan F. McDaniel | gfmcdaniel@dkhogan.com | Email |
| Huber Engineering Woods LLC | | dschilli@robinsonbradshaw.com | Email |
| Huber Engineering Woods LLC | | cindy.rogers@huber.com | Email |
| Ice Miller LLP | John C. Cannizzaro | john.cannizzaro@icemiller.com | Email |
| International Forest Products LLC | | dlanoie@thekraftgroup.com | Email |
| International Forest Products LLC | | csamis@potteranderson.com; kmorales@potteranderson.com; lakkerman@potteranderson.com | Email |
| International Forest Products LLC | | carinnel@ifpcorp.com | Email |
| Isadoro Seed, Inc | | jkimball@gertens.com | Email |
| Isadoro Seed, Inc | | alexb@sapientialaw.com | Email |
| Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins P.C. | Raymond M. Patella | rpatella@lawjw.com | Email |
| Kutak Rock LLP | Lisa M. Peters | lisa.peters@kutakrock.com | Email |
| La Crosse Technology LTD | | jack@lacrossetechnology.com | Email |
| La Crosse Technology LTD | Attn: Jack McCormick | jack@lacrossetechnology.com | Email |
| La Crosse Technology Ltd. | | chegarty@winthrop.com | Email |
| Loisides, P.A. | Christopher D. Loizides | loizides@loizides.com | Email |
| Makita Latin America, Inc | | pgalvis@makitalatinamerica.com | Email |
| Makita USA Inc | | nationalacctar@makitausa.com; kdonahue@makitausa.com | Email |
| Midwest Can Company | | matt@midwestcan.com | Email |
| Monrovia Nursery Company | | SEB@BlakeleyLC.com | Email |
| Newell Brands Distribution LLC | | jsc@renozahm.com | Email |
| Nikco Sports | | NicholeMassie@nikcosports.com; Nichole.Massie@nikcosports.com | Email |
| Nikco Sports | | nicholemassie@nikcosports.com | Email |
| Nikco Sports | | Nichole.Massie@nikcosports.com; Nichole.Massie@nikcosports.com | Email |
| Offit Kurman, PA | Brian J. McLaughlin | brian.mclaughlin@offitkurman.com | Email |
| Offit Kurman, PA | Augustus T. Curtis | augie.curtis@offitkurman.com | Email |
| Ors Nasco LLC | | creditandcollections@orsnasco.com | Email |
| Ors Nasco LLC | | beth.diwik@orsnasco.com | Email |
| Pentair Flow Technologies, LLC | | jody.ferris@pentair.com; brian.leland@pentair.com | Email |
| Potter Anderson & Corroon LLP | Christopher M. Samis | csamis@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Katelin A. Morales | kmorales@potteranderson.com | Email |
| Potter Anderson & Corroon LLP | Levi Akkerman | lakkerman@potteranderson.com | Email |
| PrimeSource Building Products, Inc. | | ryan.burgett@huschblackwell.com | Email |
| PrimeSource Building Products, Inc. | | raon@primesourcepb.com | Email |
| PrimeSource Building Products, Inc. | | dowdys@primesourcedp.com | Email |
| Quarles & Brady LLP | L. Katie Mason | katie.mason@quarles.com | Email |
| Robinson Bradshaw & Hinson, P.A. | David M. Schilli | dschilli@robinsonbradshaw.com | Email |
| Rug Doctor LLC | | jessica.henderson@bissell.com | Email |
| Savant Technologies LLC | | paul.martin@savant.com | Email |
| Savant Technologies LLC | | kathleen.kovac@savant.com | Email |
| Shumaker, Loop & Kendrick, LLP | David H. Conaway | dconaway@shumaker.com | Email |
| Shumaker, Loop & Kendrick, LLP | Ronald D.P. Bruckmann | rbruckmann@shumaker.com | Email |
| Southern Shutter Company | | accounting@southernshutter.com | Email |
| Southern Shutter Company | Evelyn Meeks | accounting@southernshutter.com | Email |
| Stabila Inc | | lspina@stabila.com | Email |
| Stabila, Inc | | lspina@stabila.com | Email |
| Stabila, Inc. | Lynda Spina | lspina@sabila.com | Email |
| Sullivan · Hazeltine · Allinson LLC | William A. Hazeltine | whazeltine@sha-llc.com | Email |
| Swanson, Martin & Bell, LLP | Charles S. Stahl, Jr. | cstahl@smbtrials.com | Email |
| The Gorilla Glue Company | | travis.bayer@dinsmore.com; calebtindell@gorillaglue.com | Email |
| The Gorilla Glue Company | | SheilaBruce@GorillaGlue.com | Email |
| The Gorilla Glue Company | | sara.johnston@dinsmore.com | Email |
| The Gorilla Glue Company | Attn: Sheila Bruce | SheilaBruce@GorillaGlue.com | Email |

True Value Company, L.L.C., et al. (Case No. 24-12337)

**Exhibit A**

**Service List**

| Name | Attention | Email | Method of Service |
|---|---|---|---|
| The Scotts Company LLC | | tscobb@vorys.com | Email |
| The Scotts Company LLC | | stephane.lewiswhite@scotts.com | Email |
| TN Attorney General's Office Bankruptcy Division | Laura L. McCloud | lauralea.mccloud@ag.tn.gov | Email |
| TOMY International, Inc. | | john.cannizzaro@icemiller.com | Email |
| TOMY International, Inc. | | credit@tomy.com | Email |
| US Salt, LLC | | jblaseg@ussaltllc.com | Email |
| USG Corporation | | rsdexheimer@usg.com | Email |
| USG Corporation | | cstahl@smbtrials.com | Email |
| VP Racing Fuels | | Vanessa.OConnell@vpracingfuels.com | Email |
| Watts Water Technologies, Inc. | | Seth.Kipp@wattswater.com | Email |
| Womble Bond Dickinson (US) LLP | Matthew P. Ward | matthew.ward@wbd-us.com | Email |
| YETI Coolers, LLC | | jwertz@jw.com | Email |
| YETI Coolers, LLC | | jason.duncan@yeti.com | Email |