IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.*,[1] | Case No. 24-12337 (KBO) |
| Debtors. | (Jointly Administered) |
| | Related to Docket No. 1171 |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the appearance of Benjamin M. Fischer of Klehr Harrison Harvey Branzburg LLP as counsel for De Lage Landen Financial Services is hereby withdrawn. Mr. Fischer requests that service upon him of all future notices and pleadings, electronically or otherwise, be discontinued, and further requests that he be removed from the electronic (ECF) service list. Richard M. Beck of Klehr Harrison Harvey Branzburg LLP will continue to represent De Lage Landen Financial Services in this case.

**PLEASE TAKE FURTHER NOTICE** that Alyssa M. Radovanovich now enters an appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that she be added to the official mailing matrix and service lists in the above-captioned cases. Ms. Radovanovich requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon De Lage Landen Financial Services through service upon counsel, at the address, telephone, and electronic mail set forth below:

> **KLEHR HARRISON HARVEY BRANZBURG LLP**
> Richard M. Beck
> Alyssa M. Radovanovich
> 919 N. Market Street, Suite 1000
> Wilmington, Delaware 19801-3062
> Telephone: (302) 426-1189
> Email:  rbeck@klehr.com
>           aradovanovich@klehr.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, electronic mail or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Substitution of Counsel and Request for Service* shall not be deemed or construed to be a waiver of any of the rights of De Lage Landen Financial Services including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which De Lage Landen Financial Services may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 10, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Benjamin M. Fischer* | */s/ Alyssa M. Radovanovich* |
| Benjamin M. Fischer (DE Bar No. 7317) | Richard M. Beck (DE Bar No. 3370) |
| **KLEHR HARRISON** | Alyssa M. Radovanovich (DE Bar No. 7101) |
| **HARVEY BRANZBURG LLP** | **KLEHR HARRISON** |
| 919 N. Market Street, Suite 1000 | **HARVEY BRANZBURG LLP** |
| Wilmington, Delaware 19801 | 919 N. Market Street, Suite 1000 |
| Telephone: (302) 426-1189 | Wilmington, Delaware 19801 |
| bfischer@klehr.com | Telephone: (302) 426-1189 |
| | Email:  rbeck@klehr.com |
| | aradovanovich@klehr.com |

*Counsel for De Lage Landen Financial Services*