UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Chapter 11

In re: TV HOLDCO II LLC

Case Number: 24-12338 KBO

Claim Number: 3 for $25,463.85

DEBTOR

## WITHDRAWAL OF NOTICE BY COMMISSIONER OF MASSACHUSETTS DEPARTMENT OF REVENUE PROOF OF CLAIM

Please take notice that based upon further information provided by the debtor, Geoffrey E. Snyder, as he is Commissioner of Revenue for the Commonwealth of Massachusetts (hereinafter, "MDOR"), by and through his undersigned agent and attorney-in-fact, hereby withdraws the *Proof of Claim By the Commissioner Of Massachusetts Department of Revenue.*

GEOFFREY E. SNYDER
COMMISSIONER
MASSACHUSETTS DEPARTMENT OF REVENUE

**By his duly authorized agent,**

/s/ Bunthany Williams
MASSACHUSETTS DEPARTMENT OF REVENUE
BANKRUPTCY UNIT - COLLECTIONS BUREAU
200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090 BOSTON, MA 02204-7090
(617) 626-3875



Geoffrey E. Snyder
Commissioner

**MASSACHUSETTS DEPARTMENT OF REVENUE**
**COLLECTIONS BUREAU - BANKRUPTCY UNIT**

200 ARLINGTON ST, CHELSEA, MA 02150
PO BOX 7090, BOSTON, MA 02204-7090
Phone: (617) 626-3875     Fax: (617) 626-3796

In re: TV HOLDCO II LLC

Chapter 11
Case Number: 24-12338
KBO

## CERTIFICATE OF SERVICE

I, Bunthany Williams, hereby certify that I have served the attached Commissioner of the Massachusetts Department of Revenue's Withdrawal of Proof of Claim By Commissioner Of Massachusetts Department of Revenue, by first class mail, postage prepaid, upon parties or persons appearing on the accompanying SERVICE LIST attached hereto who were not listed as being served electronically upon.

JOSEPH O LARKIN
ONE RODNEY SQUARE, 920 N. KING STREET PO BOX 636
WILMINGTON, DE 19899-0636

Chapter 11 Trustee
844 KING ST LB 35, Ste 2207
WILMINGTON, DE 19801

/s/ Bunthany Williams
MASSACHUSETTS DEPARTMENT OF REVENUE
07/07/2025