**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.* | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 1, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Master Service List attached hereto as **Exhibit A**:

- **Plan Administrator's Thirteenth Omnibus Objection to Claims (Non-Substantive) [Docket No. 1388]**

- **Plan Administrator's Fourteenth Omnibus Objection to Claims (Substantive) [Docket No. 1390]**

On July 1, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Plan Administrator's Thirteenth Omnibus Objection to Claims (Non-Substantive) [Docket No. 1388]**

On July 1, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit C**:

- **Plan Administrator's Fourteenth Omnibus Objection to Claims (Substantive) [Docket No. 1390]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

Dated: July 11, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this $\underline{11^{th}}$ day of $\underline{\quad July \quad}$, 20$\underline{25}$, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public · California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**

**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| Governmental Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Counsel for De Lage Landen Financial Services | Klehr Harrison Harvey Branzburg LLP | Attn: Richard M Beck/Benjamin M Fischer<br>919 N Market St, Ste 1000<br>Wilmington, DE19801 | bfischer@klehr.com;<br>rbeck@klehr.com | Email |
| Plan Administrator | Michael I Goldberg, Trustee | 201 E Las Olas Blvd, Ste 1800<br>Ft Lauderdale, FL 33301 | michael.goldberg@akerman.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | 1745 Innovation Dr<br>Carbondale, IL 62903 | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Jackson<br>114 W Edenton St<br>Raleigh, NC 27603 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr<br>Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |

## Exhibit A
### Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J Sandler/Colin R Robinson<br>Attn: Edward A Corma<br>919 N Market St, 17th Fl<br>PO Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801) | bsandler@pszjlaw.com;<br>crobinson@pszjlaw.com;<br>ecorma@pszjlaw.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Robert J Feinstein/Paul J Labov<br>Attn: Cia H Mackle<br>780 3rd Ave, 34th Fl<br>New York, NY 10017 | cmackle@pszjlaw.com;<br>plabov@pszjlaw.com;<br>rfeinstein@pszjlaw.com | Email |
| *NOA - Counsel for Allied Universal Security Services | Robinson & Cole LLP | Attn: Davis Lee Wright<br>1201 N Market St, Ste 1406<br>Wilmington, Delaware 19801 | dwright@rc.com | Email |
| Governmental Agencies | Secretary of State | Division of Corporations Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | Philadelphia Regional Office<br>1617 JFK Blvd, Ste 520<br>Philadelphia, PA 19103 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| US Attorney's Office | United States Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| US Trustee | US Trustee for the District of Delaware | Attn: Benjamin A Hackman<br>844 N King St, Rm 2207<br>Wilmington, DE 19801 | benjamin.a.hackman@usdoj.gov | Email |
| *Post-Effective Date Debtors | Young Conaway Stargatt & Taylor, LLP | Attn: Kenneth Enos<br>1000 N King St<br>Wilmington, DE 19801 | kenos@ycst.com | Email |

# EXHIBIT B

**Exhibit B**
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| 1970 Group, Inc. | Attn: Jonathan C Harris | 33 Benedict Pl, 2nd Fl | Greenwich, CT 06830 | | jharris@1970group.com | Email<br>First Class Mail |
| Allied Universal Security Services | Attn: Michael DiPilato | 1395 University Blvd | Jupiter, FL 33458 | | michael.dipilato@aus.com;<br>rmauceri@rc.com | Email<br>First Class Mail |
| ARC Equipment Finance LLC | 17W635 Butterfield Road, Unit 130 | Oakbrook Terrace, IL 60181 | | | wdeutsch@arcequipmentfinance.com | Email<br>First Class Mail |
| ASSA ABLOY | Attn: Bill Johnston, Credit Manager | 110 Sargent Dr | New Haven, CT 06511 | | bill.johnston@assaabloy.com | Email<br>First Class Mail |
| Barenbrug USA Inc | P.O. Box 239 | Tangent, OR 97389 | | | dstewart@barusa.com | Email<br>First Class Mail |
| Barreto Manufacturing, Inc | 66498 Hwy 203 | La Grande, OR 97850 | | | jleonard@barretomfg.com | Email<br>First Class Mail |
| Beacon Sales Acquisition, Inc. | c/o Offit Kurman, PA | Attn: Stephen A Metz, Esq | 7501 Wisconsin Ave, Ste 1000W | Bethesda, MD 20814 | smetz@offitkurman.com | Email<br>First Class Mail |
| Blue Mountain Equipment, Inc. | Attn: Stan Beel | 808 Hwy 34W | Marble Hill, MO 63764 | | Beels@cdcstihl.biz | Email<br>First Class Mail |
| Blue Mountain Equipment, Inc. | c/o McGuireWoods LLP | Attn: Connor W Symons | 800 E Canal St | Richmond, VA 23219 | csymons@mcguirewoods.com | Email<br>First Class Mail |
| Bryan Equipment Sales, Inc. | Attn:  Lisa L Taylor | 6300 Smith Rd | Loveland, OH 45140 | | lisat@bryanequipment.com | Email<br>First Class Mail |
| Bryan Equipment Sales, Inc. | c/o McGuireWoods LLP | Attn: Connor W Symons | 800 E Canal St | Richmond, VA 23219 | csymons@mcguirewoods.com | Email<br>First Class Mail |
| California Department of Tax and Fee Administration | c/o Collections Support Bureau, MIC:29 | P.O. Box 942879 | Sacramento, CA 94279-0029 | | | First Class Mail |
| Crader Distributing Company | Attn: Stan Beel | 808 Hwy 34W | Marble Hill, MO 63764 | | Beels@CDCSTIHL.BIZ | Email<br>First Class Mail |
| Crader Distributing Company | c/o McGuireWoods, LLP | Attn: Connor W Symons | 800 E Canal St | Richmond, VA 23219 | csymons@mcguirewoods.com | Email<br>First Class Mail |
| CSA Group Consumer Product Evaluation Shanghai, Co., Ltd. | Room 809, East Building, Qiushi Center, Zhuzilin, Futian District, | Shenzhen, 518040 | China | | Tina.he@csagroup.org | Email<br>First Class Mail |
| DAS Labs LLC | 815 W University Pkwy | Orem, UT 84058 | | | craig.pickett@buckedup.com | Email<br>First Class Mail |
| Department of Treasury - Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101 | | | | First Class Mail |
| Department of Treasury - Internal Revenue Service | 4051 Ogletown Stanton Rd, Ste 212 | Newark, DE 19713-5445 | | | michael.a.james@irs.gov | Email<br>First Class Mail |
| DM Trans LLC | dba Arrive Logistics | 7701 Metropolis Dr, Bldg 15 | Austin, TX 78744 | | collections@arrivelogistics.com | Email<br>First Class Mail |
| Employment Development Department State of California | Attn: Special Procedures Section | P.O. Box 826880, MIC 92E | Sacramento, CA 94280-0001 | | | First Class Mail |
| Dystar Hilton Davis Corp | 2235 Langdon Farm Rd | Cincinnati, OH 45237 | | | lopes.thayna@dystar.com | Email<br>First Class Mail |
| ENCO Manufacturing Inc | c/o C Conde & Assoc | 1510 Ave FD Roosevelt, Ste 1302 | Guaynabo, PR 00968 | Puerto Rico | condecarmen@condelaw.com | Email<br>First Class Mail |
| ENCO Manufacturing Inc | Attn: Darlyn Ortiz | Calle Baldorioty 43 | Cidra, PR 00739-3426 | | dortiz@encomfg.com | Email<br>First Class Mail |
| Engie Resources LLC | c/o Ask LLP | Attn: Jennifer A Christian, Esq | 60 E 42nd St, 46th Fl | New York, NY 10165 | jchristian@askllp.com | Email<br>First Class Mail |
| Fastenal Company | 2001 Theurer Blvd | Winona, MN 55987 | | | jmilek@fastenal.com | Email<br>First Class Mail |
| Hanover Township Pennsylvania | c/o Gamburg & Benedetto, LLC | 1500 John F Kennedy Blvd, Ste 1203 | Philadelphia, PA 19102 | | joe@rutala.com | Email<br>First Class Mail |
| Hanover Township Pennsylvania | c/o E-Collect PA LLC | 804 Fayette St | Conshohocken, PA 19428 | | mhill@ecollectplus.com | Email<br>First Class Mail |
| Kansas Department of Revenue | P.O. Box 12005 | Topeka, KS 66601 | | | KDOR_KsBankruptcy@ks.gov | Email<br>First Class Mail |
| Larson Manufacturing Company | Attn: Brandi Bartels | 2333 Eastbrook Dr | Brookings, SD 57006 | | bbartels@larsondoors.com | Email<br>First Class Mail |
| Larson Manufacturing Company | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | desgross@chipmanbrown.com | Email<br>First Class Mail |
| Larson Manufacturing Company | c/o Sidley Austin LLP | Attn: Matthew A Clemente, Ian Ferrell, & Arianna A Hall | 1 S Dearborn | Chicago, IL 60603 | mclemente@sidley.com;<br>iferrell@sidley.com; arianna@sidley.com | Email<br>First Class Mail |
| Larson Manufacturing Company | c/o: Fortune Brands Innovations, Inc. | Attn: Karen Aileen Ries & Brian Slade | 520 Lake Cook Rd, Ste 300 | Deerfield, IL 60015 | Karen.Ries@fbin.com;<br>Brian.Slade@fbin.com | Email<br>First Class Mail |
| Larson Manufacturing Company | c/o Chipman Brown Cicero & Cole, LLP | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | desgross@chipmanbrown.com | Email<br>First Class Mail |
| Larson Manufacturing Company | Attn: Brandi Bartels | 2333 Eastbrook Dr | Brookings, SD 57006 | | bbartels@larsondoors.com | Email<br>First Class Mail |
| Larson Manufacturing Company | c/o Forutne Brands Innovations, Inc | Attn: Brian Slade, Karen Aileen Ries | 520 Lake Cook Rd, Ste 300 | Deerfield, IL 60015 | karen.ries@fbin.com;<br>Brian.Slade@fbin.com | Email<br>First Class Mail |
| Larson Manufacturing Company | c/o Sidley Austin LLP<br>Ian Ferrell;<br>Arianna A Hall | Attn: Matthew Clemente, Ian Ferrell, Arianna Hall | 1 S Dearborn | Chicago, IL 60603 | mclemente@sidley.com;<br>iferrell@sidley.com;<br>arianna.hall@sidley.com | Email<br>First Class Mail |
| Master Lock Company LLC | Attn: Robert Hernandez | 6744 S Howell Ave | Oak Creek, WI 53154 | | rhernandez@mlock.com | Email<br>First Class Mail |
| Master Lock Company LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | desgross@chipmanbrown.com | Email<br>First Class Mail |
| Master Lock Company LLC | c/o Sidley Austin LLP | Attn: Matthew A Clemente, Ian Ferrell, & Arianna A Hall | 1 S Dearborn | Chicago, IL 60603 | mclemente@sidley.com;<br>iferrell@sidley.com; arianna@sidley.com | Email<br>First Class Mail |
| Master Lock Company LLC | c/o: Fortune Brands Innovations, Inc. | Attn: Karen Aileen Ries & Brian Slade | 520 Lake Cook Rd, Ste 300 | Deerfield, IL 60015 | Karen.Ries@fbin.com;<br>Brian.Slade@fbin.com | Email<br>First Class Mail |
| Master Lock Company LLC | P.O. Box 677799 | Dallas, TX 75267 | | | ar@mlock.com | Email<br>First Class Mail |
| Midwest Fastener Corp | Attn: Jonathan Tyler | 9031 Shaver Rd | Kalamazoo, MI 49024 | | jonathant@mwf.net | Email<br>First Class Mail |
| Moen Incorporated | c/o Chipman Brown Cicero & Cole, LLP | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | | desgross@chipmanbrown.com | Email<br>First Class Mail |
| Moen Incorporated | Attn: Michelle Norton | 25300 Al Moen Dr | N Olmsted, OH 44070 | | michelle.norton@fbwinn.com | Email<br>First Class Mail |
| Moen Incorporated | c/o Fortune Brands Innovations, Inc. | Attn: Brian Slade | 520 Lake Cook Rd, Ste 3 | Deerfield, IL 60015 | Email: Brian. Slade@fbin.com | Email<br>First Class Mail |
| Moen Incorporated | c/o Sidley Austin LLP<br>Ian Ferrell;<br>Arianna A Hall | Attn: Matthew Clemente, Ian Ferrell, Arianna Hall | 1 S Dearborn | Chicago, IL 60603 | mclemente@sidley.com;<br>iferrell@sidley.com;<br>arianna.hall@sidley.com | Email<br>First Class Mail |
| Monrovia Nursery Company | c/o Blakeley LC | Attn: Scott Blakeley | 530 Technology Dr, 1st Fl | Irvine, CA 92618 | SEB@BlakeleyLC.com | Email<br>First Class Mail |
| MVP Group International, Inc. | 430 Gentry Rd | Elkin, NC 28621 | | | lesliejoubert@mvpgroupint.com | Email<br>First Class Mail |
| Oregon Department of Revenue | P.O. Box 14725 | Salem, OR 97309-5018 | | | | First Class Mail |
| Oregon Department of Revenue | 955 Center St NE | Salem, OR 97301 | | | robert.bruders@dor.oregon.gov | Email<br>First Class Mail |
| Panacea Products Corporation | Attn: Matt Frame | 2711 International St | Columbus, OH 43228 | | matt.frame@panaceaproducts.com | Email<br>First Class Mail |
| Rachel Jaffe Mauceri | 1650 Market Street, Suite 3030 | Philadelphia, PA 19103 | | | Rmauceri@rc.com | Email<br>First Class Mail |
| Robinson & Cole LLP | Attn: Rachel Jaffe Mauceri | 1650 Market Street, Suite 3030 | Philadelphia, PA 19103 | | Rmauceri@rc.com | Email<br>First Class Mail |
| Southwire Company LLC | c/o Parker Hudson Rainer & Dobbs LLP | Attn: Bryan Bates, Esq | 303 Peachtree St NE, Ste 3600 | Atlanta, GA 30308 | bbates@phrd.com | Email<br>First Class Mail |
| STIHL Incorporated | Attn: Robin Shearer | 536 Viking Dr | Virginia Beach, VA 23452 | | robin.shearer@stihl.us | Email<br>First Class Mail |
| STIHL Incorporated | c/o McGuireWoods LLP | Attn: Connor W Symons | 800 E Canal St | Richmond, VA 23219 | csymons@mcguirewoods.com | Email<br>First Class Mail |
| STIHL Southeast, Inc. | Attn: Gary Timbrook | 2904 Tradeport Dr | Orlando, FL 32824 | | gary@sthlse.com | Email<br>First Class Mail |
| STIHL Southeast, Inc. | c/o McGuireWoods LLP | Attn: Connor W Symons | 800 E Canal St | Richmond, VA 23219 | csymons@mcguirewoods.com | Email<br>First Class Mail |
| Sunstates Security, LLC | 801 Corporate Center Dr, Ste 300 | Raleigh, NC 27607 | | | afowler@sunstatessecurity.com | Email<br>First Class Mail |
| Tennessee Department of Revenue | Attn: Jordan Hale | 500 Deaderick St | Nashville, TN 37242 | | TDOR.Bankruptcy@tn.gov | Email<br>First Class Mail |
| Tennessee Department of Revenue | c/o Bankruptcy Unit | P.O. Box 190665 | Nashville, TN 37219-0665 | | TDOR.Bankruptcy@tn.gov | Email<br>First Class Mail |
| Tennessee Department of Revenue | c/o Attorney General | P.O. Box 20207 | Nashville, TN 37202 | | TDOR.Bankruptcy@tn.gov | Email<br>First Class Mail |
| Universal Protection Service, LP | dba Allied Universal Security Services | c/o Robinson & Cole LLP | Attn: Davis Lee Wright | 1201 N Market St, Ste 1406 | dwright@rc.com; rmauceri@rc.com | Email<br>First Class Mail |

## EXHIBIT C

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| 123 Event Staffing | 1580 Lincoln St, Ste 580 | Denver, CO 80203 | | 123eventstaffing@gmail.com | Email |
| 1970 Group, Inc. | Attn: Jonathan C Harris | 33 Benedict Pl, 2nd Fl | Greenwich, CT 06830 | jharris@1970group.com | Email<br>First Class Mail |
| 1970 Group, Inc. | c/o Kirkland & Ellis LLP | Attn: Christopher S Koenig & Gabriela Zamfir Hensley | 333 W Wolf Point Plz | Chicago, IL 60654 | chris.koenig@kirkland.com; gabriela.hensley@kirkland.com | Email<br>First Class Mail |
| 462 Thomas Family Properties, L.P. | dba Gillis Thomas Company | c/o Duane Morris LLP | Attn: James C Carignan | 1201 N Market St, Ste 501 | jccarignan@duanemorris.com | Email<br>First Class Mail |
| 5 Acres Garden Center | 2600 State Rte 103 | Bradford, NH 03221 | | 5acresnn@gmail.com | Email |
| Apex Tool Group, LLC | Attn: Maggie Drozd | 13620 Reese Boulevard Pkwy E, Ste 410 | Huntersville, NC 28078 | maggie.drozd@apextoolgroup.com | Email<br>First Class Mail |
| Arizona Department of Revenue | Attn: Lorraine Averitt | 1600 W Monroe St, 7th Fl | Phoenix, AZ 85007 | laveritt@azdor.gov | Email<br>First Class Mail |
| Arizona Department of Revenue | c/o Office of the Arizona Attorney General BCE | Attn: Tax, Bankruptcy and Collection Sct | 2005 N Central Ave, Ste 100 | Phoenix, AZ 85004 | BankruptcyUnit@azag.gov | Email<br>First Class Mail |
| Arrow Fastener Company, LLC | c/o Parker Poe Adams & Bernstein LLP | Attn: Chip Ford | 620 S Tryon St, Ste 800 | Charlotte, NC 28202 | chipford@parkerpoe.com | Email<br>First Class Mail |
| Assa Abloy | 110 Sargent Dr | New Haven, CT 06511 | | Bill.Johnston@assaabloy.com | Email<br>First Class Mail |
| Beacon Sale Acquisitions, Inc. | c/o Offit Kurman PA | Attn: Stephen A Metz, Esq | 7501 Wisconsin Ave, Ste 1000W | Bethesda, MD 20814 | augie.curtis@offitkurman.com | Email<br>First Class Mail |
| Behr Process LLC | Attn: Ryan Davis | 17450 College Pkwy | Livonia, MI 48152 | ryan_davis@mascohq.com | Email<br>First Class Mail |
| Big Rock Sports, LLC | 302 Saunders Rd, Ste 100 | Riverwoods, IL 60015 | | bserrill@bigrocksports.com | Email<br>First Class Mail |
| Big Time Products LLC | Attn: Anne McCalla | 1280 Kemper Meadow Dr | Cincinnati, OH 45240 | anne.mccalla@hillmangroup.com | Email<br>First Class Mail |
| Big Time Products LLC | Attn: Dan Bauer | 1280 Kemper Meadow Dr | Cincinnati, OH 45240 | daniel.bauer@hillmangroup.com | Email<br>First Class Mail |
| Bissell Homecare Int'l | c/o Bissell Homecare Inc | 2345 Walker Ave NW | Grand Rapids, MI 49544 | jessica.henderson@bissell.com | Email<br>First Class Mail |
| Bloem, LLC | 3301 Hudson Trails Dr | Hudsonville, MI 49426 | | jared.bredeweg@bloemliving.com | Email<br>First Class Mail |
| Bunn-O-Matic Corporation | Attn: Janet Brennan | 5020 Ash Grove Dr | Springfield, IL 62711 | janet.brennan@bunn.com | Email<br>First Class Mail |
| Calumet Branded Products, LLC | Attn: Robert J Gramman | 1060 N Capitol Ave, Ste 6-401 | Indianapolis, IN 46204 | bob.gramman@calumet.com | Email<br>First Class Mail |
| Calumet Branded Products, LLC | c/o Barnes & Thornburg LLP | Attn: Mark R Owens, Kevin G Collins | 222 Delaware Ave, Ste 1200 | Wilmington, DE 19801 | mark.owens@btlaw.com; kevin.collins@btlaw.com | Email<br>First Class Mail |
| Calumet Branded Products, LLC | Attn: Suzanne B Gaidoo | | | suzanne.gaidoo@calumet.com | Email |
| Camco Manufacturing, LLC | Attn: Rachael Martin | 121 Landmark Dr | Greensboro, NC 27409 | rachaelm@camco.net; garethj@camco.net | Email<br>First Class Mail |
| Car-Freshner Corporation | 21205 Little Tree Dr | Watertown, NY 13601 | | accountsreceivable@littletrees.com | Email |
| Central Garden & Pet Company | Attn: Legal Department | 711 E Missouri Ave, Ste 200 | Phoenix, AZ 85014 | legalreview@central.com | Email<br>First Class Mail |
| Century Drill and Tool, LLC | Attn: Anthony B Ellis | 1160 Contract Dr | Green Bay, WI 54304 | aellis@centurydrill.com | Email<br>First Class Mail |
| Crown Equipment Corporation | c/o Sebaly Shillito & Dyer LPA | Attn: Robert Hanseman | 220 E Monument Ave, Ste 500 | Dayton, OH 45402 | rhanseman@ssdlaw.com | Email<br>First Class Mail |
| Easy Heat, Inc. | Attn: Maura Flaherty | P.O. Box 93720 | Chicago, IL 60673 | Maura.Flaherty@emerson.com | Email<br>First Class Mail |
| Easy Heat, Inc. | Attn: Maura Flaherty | 9377 W Higgins Rd | Rosemount, IL 60018 | | First Class Mail |
| Easy Heat, Inc. | c/o Husch Blackwell LLP | Attn: John J Cruciani | 4801 Main St, Ste 1000 | Kansas City, MO 64112 | John.Cruciani@huschblackwell.com | Email<br>First Class Mail |
| Eaton Corporation | c/o Global Trade Credit | 1000 Eaton Blvd, Unit 55 | Cleveland, OH 44122 | globaltradecredit@eaton.com | Email<br>First Class Mail |
| Employer Solutions Staffing Group II, LLC | Attn: Kate Williams | 7201 Metro Blvd, Ste 900 | Edina, MN 55439 | kate@employersolutionsgroup.com | Email<br>First Class Mail |
| Employer Solutions Staffing Group, LLC | PO Box 88538 | Carol Stream, IL 60188-8538 | | | First Class Mail |
| Enco Manufacturing Inc | Attn: Carmen D Conde Torres | 1510 Ave FD Roosevelt, Ste 1302 | Guaynabo, PR 00966 | condecarmen@condelaw.com | Email<br>First Class Mail |
| Enco Manufacturing Inc | Calle Baldorioty No 43 | Cidra, PR 00739-3426 | | | First Class Mail |
| Estwing Manufacturing Company, Inc. | Attn: Erin A Lake | 2647 8th St | Rockford, IL 61109 | elake@estwing.com | Email<br>First Class Mail |
| Estwing Manufacturing Company, Inc. | c/o Quarles & Brady LLP | Attn: Christopher Combest | 300 N LaSalle St, Ste 4000 | Chicago, IL 60654 | christopher.combest@quarles.com | Email<br>First Class Mail |
| Euler Hermes N A - Agent for Sunnyside Corporation | Attn: Anupama P | 100 International Dr, 22nd Fl | Baltimore, MD 21202 | Insolvency@allianz-trade.com | Email<br>First Class Mail |
| Exhart Environmental Systems, Inc | 5701 Lindero Canyon Rd, Ste 2-100 2 | Westlake Village, CA 91362 | | aaron@exhart.com | Email<br>First Class Mail |
| Forney Industries, Inc. | 2057 Vermont Dr | Fort Collins, CO 80525 | | | First Class Mail |
| Forney Industries, Inc. | c/o Davis Graham & Stubbs LLP | Attn: Adam L Hirsch | 1550 17th St, Ste 500 | Denver, CO 80202 | adam.hirsch@davisgraham.com | Email<br>First Class Mail |
| Fortune Products, Inc. | Attn: David Scott | 2203 Downing Ln | Leander, TX 78641 | david@accusharp.com | Email<br>First Class Mail |
| Franklin Sports, Inc. | Attn: Michelle Brownlee | 17 Campanelli Pkwy | Stoughton, MA 02072 | legal@franklinsports.com; sbetro@franklinsports.com; mbrownlee@franklinsports.com | Email<br>First Class Mail |
| Gallagher North America, Inc | 5005 NW 41st St | Riverside, MO 64150 | | lorie.meacham@gallagher.com | Email<br>First Class Mail |
| Garick LLC | Attn: Gary P Trinetti | 8400 Sweet Valley Dr, Ste 408 | Cleveland, OH 44125 | garyt@garick.com; marciad@garick.com | Email<br>First Class Mail |
| Garick LLC | Attn: Jackie Zhao | 8400 Sweet Valley Dr, Ste 408 | Cleveland, OH 44125 | AR@garick.com | Email |
| Global Security Solutions | 3956 Town Center Blvd, Ste 620 | Orlando, FL 32837 | | sherry@globalsecuritysolutionsllc.com | Email<br>First Class Mail |
| GT Water Products Inc | c/o Law Office of K M Neiswender | Attn: Adam Tash | 5239 N Commerce Ave | Moorpark, CA 93021 | KateLawVentura@gmail.com | Email<br>First Class Mail |
| GT Water Products Inc | P.O. Box 1225 | Blue Jay, CA 92317 | | | First Class Mail |
| Hampton Products International Corporation | 50 Icon | Foothill Ranch, CA 92610 | | arinvoices@hamptonproducts.com; EDellrocco@hamptonproducts.com | First Class Mail |
| Hampton Products International Corporation | P.O. Box 541014 | Los Angeles, CA 90054 | | | First Class Mail |
| Hartline Products Co, Inc (Vendor # 38083) | 4568 Mayfield Rd, Ste 202 | S Euclid, OH 44121 | | rockitecement@aol.com | Email<br>First Class Mail |
| Henkel Corporation | 32100 Stephenson Hwy | Madison Hts, MI 48071 | | ray.score@henkel.com | Email<br>First Class Mail |
| Henkel Corporation | Attn: Raymond Score | 1 Henkel Way | Rocky Hill, CT 06067 | | First Class Mail |
| Henry Co | Attn: Sharmala von Pawlak | 1285 Ritner Hwy | Carlisle, PA 17013 | sharmala.vonpawlak@carlisleccw.com | Email<br>First Class Mail |
| Hestra Gloves, LLC | 12425 W 54th Dr | Arvada, CO 80002 | | ar@hestrausa.com | Email<br>First Class Mail |
| Hestra Gloves, LLC | P.O. Box 713564 | Chicago, IL 60677-0097 | | | First Class Mail |
| Hillside Consulting Group, LLC | Attn: Steven Sadler | 7 Hillside Dr | Georgetown, MA 01833 | steve@thehillsidegroup.com | Email<br>First Class Mail |
| Interlube International Inc | 170 3rd St | Blaine, WA 98230 | | shelimoore@interlube.com | Email<br>First Class Mail |
| J.T. Eaton & Co., Inc. | Attn: Tammi Chase | 1393 E Highland Rd | Twinsburg, OH 44087 | tammic@jteaton.com | Email<br>First Class Mail |
| J.T. Eaton & Co., Inc. | c/o Millet & Associates | Attn: Paul L Millet | 24400 Chagrin Blvd, Ste 300 | Beachwood, OH 44122 | paul@paulmilletlaw.com | Email<br>First Class Mail |
| Johns Manville | 717 17th St | Denver, CO 80202 | | kris.wilger@jm.com | Email<br>First Class Mail |
| Joseph D. Anderson Jr. | 1431 Moline St, Apt 217 | Aurora, CO 80010 | | andersonjoe83.ja@gmail.com | Email<br>First Class Mail |
| Joseph Enterprises, Inc | c/o NECA LLC | Attn: Michael Hirsch | 603 Sweetland Ave | Hillside, NJ 07205 | mhirsch@jeiusa.com; ar@necaonline.com | Email<br>First Class Mail |
| JS Products, Inc. | Attn: Roger Wiesenauer, Chief Financial Officer | 6445 Montessouri St | Las Vegas, NV 89113 | rwiesenauer@jsproducts.com | Email<br>First Class Mail |
| JS Products, Inc. | c/o McDonald Carano | Attn: Ryan J Works, Esq | 2300 W Sahara Ave, Ste 1200 | Las Vegas, NV 89102 | rworks@mcdonaldcarano.com | Email<br>First Class Mail |
| Kelly Megel | Address Redacted | | | Email Redacted | Email<br>First Class Mail |
| Kelly Megel | c/o Molho and Associates, LLC | Attn: Ross J Molho | 1751 S Naperville Rd, Ste 209 | Wheaton, IL 60189 | Ross@MolhoLaw.com | Email<br>First Class Mail |
| Klein Tools, Inc. | 26363 Network Pl | Chicago, IL 60673 | | | First Class Mail |
| Klein Tools, Inc. | Attn: Corinne Blair | 450 Bond St | Lincolnshire, IL 60069 | cblair@kleintools.com | Email<br>First Class Mail |
| Klein Tools, Inc. | Attn: Michael West | | | mjwest@kleintools.com | Email |
| Kwikset a Division of Spectrum Brands, Inc | 12340 Collections Center Dr | Chicago, IL 60693 | | | First Class Mail |
| Kwikset a Division of Spectrum Brands, Inc | 19701 Da Vinci | Foothill Ranch, CA 92610 | | | First Class Mail |
| Larsen Supply Co, Inc | Attn: M Palumbo | 12055 Slauson Ave | Santa Fe Springs, CA 90670 | jpalumbo@lasco.net; sjones@lasco.net | Email<br>First Class Mail |
| Larsen Supply Co, Inc | Attn: Steven E Jones | 12055 Slauson Ave | Santa Fe Springs, CA 90670 | sjones@lasco.net | Email |
| Lavelle Industries, Inc | 665 McHenry St | Burlington, WI 53105 | | jzabel@lavelle.com | Email<br>First Class Mail |

**Exhibit C**
Service List

| Name | Address | | | | Email | Method of Service |
|------|---------|--|--|--|-------|-------------------|
| Lavelle Industries, Inc | P.O. Box 78215 | Milwaukee, WI 53278 | | | ar@lavelle.com | Email |
| | | | | | | First Class Mail |
| LDB Consulting | 50 Biscayne Blvd, Unit 3404 | Miami, FL 33132 | | | Lisa@ldbconsultinginc.com | Email |
| | | | | | | First Class Mail |
| Legend Valve & Fitting LLC | Attn: Nathan Nichols | 300 N Opdyke Rd | Auburn Hills, MI 48326 | | nathan.nichols@legendvalve.com | Email |
| | | | | | | First Class Mail |
| Lifetime Products, Inc. | Attn: Tim Schade | P.O. Box 160010 | Freeport Center D-12 | Clearfield, UT 84016 | tschade@lifetime.com | Email |
| | | | | | | First Class Mail |
| Maersk Agency USA Inc as agent for Maersk A/S | Attn: Sue Graham | 9300 Arrowpoint Blvd | Charlotte, NC 28273 | | sue.graham@maersk.com | Email |
| | | | | | | First Class Mail |
| Master Lock Company LLC | Attn: Robert Hernandez | 6744 S Howell Ave | Oak Creek, WI 53154 | | rhernandez@mlock.com | Email |
| | | | | | | First Class Mail |
| Master Lock Company LLC | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | desgross@chipmanbrown.com | Email |
| | | | | | | First Class Mail |
| Master Lock Company LLC | c/o Sidley Austin LLP | Attn: Matthew A Clemente, Ian Ferrell, & Arianna A Hall | 1 S Dearborn | Chicago, IL 60603 | mclemente@sidley.com; iferrell@sidley.com; arianna@sidley.com | Email |
| | | | | | | First Class Mail |
| Master Lock Company LLC | c/o: Fortune Brands Innovations, Inc. | Attn: Karen Aileen Ries & Brian Slade | 520 Lake Cook Rd, Ste 300 | Deerfield, IL 60015 | Karen.Ries@fbin.com; Brian.Slade@fbin.com | Email |
| | | | | | | First Class Mail |
| Master Lock Company LLC | P.O. Box 677799 | Dallas, TX 75267 | | | ar@mlock.com | Email |
| | | | | | | First Class Mail |
| Moen Incorporated | Attn: Michelle Norton | 25300 Al Moen Dr | N Olmsted, OH 44070 | | Michelle.Norton@fbwinn.com | Email |
| | | | | | | First Class Mail |
| Moen Incorporated | c/o Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers | 1313 N Market St, Ste 5400 | Wilmington, DE 19801 | desgross@chipmanbrown.com | Email |
| | | | | | | First Class Mail |
| Moen Incorporated | c/o Sidley Austin LLP | Attn: Matthew A Clemente, Ian Ferrell, & Arianna A Hall | 1 S Dearborn | Chicago, IL 60603 | mclemente@sidley.com; iferrell@sidley.com; arianna@sidley.com | Email |
| | | | | | | First Class Mail |
| Moen Incorporated | c/o: Fortune Brands Innovations, Inc. | Attn: Karen Aileen Ries & Brian Slade | 520 Lake Cook Rd, Ste 300 | Deerfield, IL 60015 | Karen.Ries@fbin.com; Brian.Slade@fbin.com | Email |
| | | | | | | First Class Mail |
| National Diversified Sales, Inc. ("NDS"), NORMA Group | Attn: Clawson Y (Chip) Cannon | 2430 E Walton Blvd | Auburn Hills, MI 48326 | | chip.cannon@normagroup.com | Email |
| | | | | | | First Class Mail |
| National Diversified Sales, Inc. ("NDS"), NORMA Group | c/o Wick Phillips | Attn: Jason M Rudd | 3131 Mckinney Ave, Ste 500 | Dallas, TX 75204 | jason.rudd@wickphillips.com | Email |
| | | | | | | First Class Mail |
| National Hardware a Division of Spectrum Brands, Inc | 19701 Da Vinci | Lake Forest, CA 92610 | | | | First Class Mail |
| National Hardware a Division of Spectrum Brands, Inc | Dept Ch 14233 | Palatine, IL 60055-4233 | | | | First Class Mail |
| Omnimax International, LLC | c/o Legal Department | 30 Technology Pkwy S, Ste 400 | Peachtree Corners, GA 30092 | | iwright@omnimax.com | Email |
| | | | | | | First Class Mail |
| Pyramex Safety Products | 305 Keough Dr | Piperton, TN 38017 | | | hmcnair@pyramex.com | Email |
| | | | | | | First Class Mail |
| Radians, Inc. | Attn: Legal Department | 5305 Distriplex Farms Dr | Memphis, TN 38141 | | paul@paulbillingslaw.com | Email |
| | | | | | | First Class Mail |
| Radians, Inc. | Attn: Ruth Tutor, CFO | 5305 Distriplex Farms Dr | Memphis, TN 38141 | | rtutor@radians.com | Email |
| | | | | | | First Class Mail |
| Renin US LLC | Attn: Aura Plett | 1141 Ryder St | Tupelo, MS 38804 | | aura.plett@renin.com | Email |
| | | | | | | First Class Mail |
| Renin US LLC | Attn: Aura Plett | 110 Walker Dr | Brampton, ON L6T 4H6 | Canada | | Email |
| | | | | | | First Class Mail |
| Robert Bosch Tool Corp. | Attn: Adam Wienner | 38000 Hills Tech Dr | Farmington Hills, MI 48331 | | adam.wienner@us.bosch.com | Email |
| | | | | | | First Class Mail |
| Saint-Gobain Abrasives Inc. | Attn: J Corridori | 25079 Network Pl | Chicago, IL 60673 | | Jennifer.s.corridori@saint-gobain.com | Email |
| | | | | | | First Class Mail |
| Saint-Gobain Abrasives Inc. | c/o Phillips Murrah PC | Attn: Mark E Golman | 3710 Rawlins St, Ste 900 | Dallas, TX 75219 | megolman@phillipsmurrah.com | Email |
| | | | | | | First Class Mail |
| Sandler Travis & Rosenberg, P.A. | 5835 Waterford District Dr, Ste 200 | Miami, FL 33126 | | | mjcerny@strtrade.com | Email |
| | | | | | | First Class Mail |
| Sandler Travis & Rosenberg, PA | 5835 Waterford District Dr, Ste 200 | Miami, FL 33126 | | | mhoward@strtrade.com | Email |
| | | | | | | First Class Mail |
| Savant Technologies LLC | 1975 Noble Rd | E Cleveland, OH 44112 | | | kathleen.kovac@savant.com | Email |
| | | | | | | First Class Mail |
| SBM Life Science Corp | 11000 Weston Pkwy, Ste 150 | Cary, NC 27513 | | | christopher.jacquier@sbm-company.com | Email |
| | | | | | | First Class Mail |
| Schumacher Electric Corporation | Attn: Meiko Ogura | 14200 FAA Blvd, Ste A | Fort Worth, TX 76155 | | oguram@schumacherelectric.com; stevensm@schumacherelectric.com | Email |
| | | | | | | First Class Mail |
| Tell Manufacturing | 18 Richard Dr | Lititz, PA 17543 | | | mark.wooditch@assaabloy.com | Email |
| | | | | | | First Class Mail |
| The DeWitt Company, Inc. | 905 S Kingshighway | Sikeston, MO 63801 | | | jwilliams@dewittcompany.com | Email |
| | | | | | | First Class Mail |
| The Libman Company | 306 W Church St | P.O. Box 6750 | Champaign, IL 61826 | | rfunderburg@meyercapel.com | Email |
| | | | | | | First Class Mail |
| Thermacell Repellents, Inc. | 32 Crosby Dr | Bedford, MA 01730 | | | billing@thermacell.net; lynn.oates@thermacell.net | Email |
| | | | | | | First Class Mail |
| UFP Moultrie, LLC | Attn: Mila Baumtrok | 2801 E Beltline Ave NE | Grand Rapids, MI 49525 | | mbaumtrok@ufpi.com | Email |
| | | | | | | First Class Mail |
| United States Stove Company | Attn: Hollie Silvestri | 227 Industrial Park Rd | S Pittsburg, TN 37380 | | hollie.silvestri@usstove.com | Email |
| | | | | | | First Class Mail |
| United States Stove Company | c/o Tydings & Rosenberg LLP | Attn: Stephen Gerald | 200 Continental Dr, Ste 401 | Newark, DE 19713 | sgerald@tydings.com | Email |
| | | | | | | First Class Mail |
| VELUX America LLC | 450 Old Brickyard Rd | Greenwood, SC 29649 | | | frontoffice.us@velux.com; ivey.shingler@velux.com | Email |
| | | | | | | First Class Mail |
| Vermeer Corporation | 1210 Vermeer Rd E | Pella, IA 52577 | | | payments@vermeer.com | Email |
| | | | | | | First Class Mail |
| Vermeer Corporation | c/o BrownWinick Law Firm | Attn: Miranda L Hughes | 666 Grand Ave, Ste 2000 | Des Moines, IA 50309 | mandy.hughes@brownwinick.com | Email |
| | | | | | | First Class Mail |
| Virginia Abrasives Corp | 2851 Frontage Rd | Petersburg, VA 23805 | | | | First Class Mail |
| Virginia Abrasives Corp | Attn: Kelly Bye | 2851 Service Rd | Petersburg, VA 23805 | | kbye@virginiaabrasives.com | Email |
| | | | | | | First Class Mail |
| Virginia Abrasives Corp | c/o Nixon Peabody LLP | Attn: Christopher Fong | 55 W 46th St | New York, NY 10036 | cfong@nixonpeabody.com | Email |
| | | | | | | First Class Mail |
| Wilt-Pruf Products Inc | 120 Broadway Ave S, Ste 100 | Wayzata, MN 55391 | | | wiltpruf@wiltpruf.com | Email |
| | | | | | | First Class Mail |
| Worthington Enterprises, Inc., on behalf of itself and certain affiliates | Attn: Michael Garapic | 200 W Old Wilson Bridge Rd | Columbus, OH 43085 | | michael.garapic@wthg.com | Email |
| | | | | | | First Class Mail |
| Worthington Enterprises, Inc., on behalf of itself and certain affiliates | c/o Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb | 52 E Gay St | Columbus, OH 43215 | tscobb@vorys.com | Email |
| | | | | | | First Class Mail |
| Zurn PEX, Inc. | 511 W Freshwater Way | Milwaukee, WI 53204 | | | katie.mason@quarles.com | Email |
| | | | | | | First Class Mail |