## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.* | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Order Sustaining Plan Administrator's Eleventh Omnibus Objection to Claims (Non-Substantive) [Docket No. 1431]**

On July 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Order Sustaining Plan Administrator's Twelfth Omnibus Objection to Claims (Substantive) [Docket No. 1432]**

Dated: July 15, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 15ᵗʰ day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

# EXHIBIT A

**Exhibit A**
**Service List**

| Name | Address | | | | Email | Method of Service |
|------|---------|---|---|---|-------|-------------------|
| Apex Tool Group, LLC | Attn: Maggie Drozd | 13620 Reese Blvd E, Ste 410 | Hunterville, NC 28078 | | maggie.drozd@apextoolgroup.com | Email<br>First Class Mail |
| Barreto Manufacturing, Inc. | 66498 Hwy 203 | La Grande, OR 97850 | | | jleonard@barretomfg.com | Email<br>First Class Mail |
| Cerro Flow Products LLC | 3000 Mississippi Ave | Sauget, IL 62206 | | | credit@cerroflow.com | Email<br>First Class Mail |
| Chapman, Inc | 1032 Palmer Ln | Milford, MI 48381 | | | chapmaninc@comcast.net | Email<br>First Class Mail |
| Crown Equipment Corporation dba Crown Lift Trucks | c/o Sebaly Shillito and Dyer LPA | Attn: Christopher S Baxter | 220 E Monument Ave, Ste 500 | Dayton, OH 45402 | cbaxter@ssdlaw.com | Email<br>First Class Mail |
| International Mulch Company | 2280 Schuetz Rd, Ste 201 | St Louis, MO 63146 | | | ar@imcoutdoorliving.com; jbraddock@imcoutdoorliving.com | Email<br>First Class Mail |
| International Mulch Company | P.O. Box 645801 | Pittsburgh, PA 15264-5256 | | | | Email<br>First Class Mail |
| Jeffrey M. Bull & James R. Myers T/A Myers Lumber and Supply Store #14567-5 | P.O. Box 511 | Jonesville, VA 24263 | | | bayview3@verizon.net | Email<br>First Class Mail |
| Lucky Line Products, Inc. | 7890 Dunbrook Rd | San Diego, CA 92126 | | | tbarrett@luckyline.com | Email<br>First Class Mail |
| Method Sourcing Corp. | 103 Carolina Ct | Archdale, NC 27263 | | | avishai@methodsourcing.com | Email<br>First Class Mail |
| Montgomery's Building Supplies, Inc. | Attn: Valerie M Duell | P.O. Box 88 | Warsaw, NY 14569 | | info@montgomerylumber.com | Email<br>First Class Mail |
| Protexall Products, Inc. | 73356 Hwy 41 | Pearl River, LA 70452 | | | mark@superslickstuff.com | Email<br>First Class Mail |
| Solo, Inc | 201 Enterprise Dr | Newport News, VA 23603 | | | ar@solousa.com | Email<br>First Class Mail |

True Value Company, L.L.C., et al. (Case No. 24-12337)

# EXHIBIT B

**Exhibit B**
Service List

| Name | Address | | | | Email | Method of Service |
|------|---------|---|---|---|-------|-------------------|
| Alpha Assembly Solutions Inc | 4100 6th Ave | Altoona, PA 16602 | | | wanda.wilson@macdermidalpha.com | Email |
| | | | | | | First Class Mail |
| Alpha Assembly Solutions Inc. | P.O. Box 660367 | Mail Code 5284 | Dallas, TX  75266-0367 | | | First Class Mail |
| AS America, Inc | 2105 Elm Hill Pike, Ste 105 | Nashville, TN 37210 | | | dave.harvanek@lixil.com | Email |
| | | | | | | First Class Mail |
| AS America, Inc | P.O. Box 200401 | Pittsburgh, PA 15251-5134 | | | | First Class Mail |
| B & G Auto | P.O. Box 1869 | Corsicana, TX 75151 | | | | First Class Mail |
| B&G Auto | 104 N Beaton St | Corsicana, TX 75110 | | | pillansz@sbcglobal.net | Email |
| | | | | | | First Class Mail |
| Baggo Inc | Attn: Kirk Conville | 600 Mid America Blvd | Hot Springs, AR 71913 | | customerservice@baggo.com | Email |
| | | | | | | First Class Mail |
| Barenbrug USA Inc | P.O. Box 239 | Tangent, OR 97389 | | | dstewart@barusa.com | Email |
| | | | | | | First Class Mail |
| Bestway (USA), Inc. | 3435 S McQueen Rd | Chandler, AZ 85286 | | | mitzi.haughn@bestwaycorp.us | Email |
| | | | | | | First Class Mail |
| Buntjer's Cleaning Service, LLC | 20316 County Rd 13 | New Ulm, MN 56073 | | | buntjerscleaningservice@gmail.com | Email |
| | | | | | | First Class Mail |
| Burlington Products | 2801 Knollcrest Dr | Burlington, WI 53105 | | | lindaluger@gmail.com | Email |
| | | | | | | First Class Mail |
| California Department of Tax and Fee Administration | c/o Collections Support, MIC 29 | P.O. Box 942879 | Sacramento, CA 94279 | | CDTFA-Bankruptcy@cdtfa.ca.gov | Email |
| | | | | | | First Class Mail |
| Constellation NewEnergy - Gas Division, LLC | 1310 Point St, 12th Fl | Baltimore, MD 21231 | | | gregory.rossi@constellation.com | Email |
| | | | | | | First Class Mail |
| Constellation NewEnergy - Gas Division, LLC | P.O. Box 4640 | Carol Stream, IL 60197 | | | | First Class Mail |
| Costa Farms, LLC | dba Bernecker's Nursery | c/o Legal Department | 21800 SW 162 Ave | Miami, FL 33170 | legalreview@costafarms.com | Email |
| | | | | | | First Class Mail |
| Cotterman Company | P.O. Box 168 | 130 Seltzer Rd | Croswell, MI 48422-0168 | | connie@cotterman.com | Email |
| | | | | | | First Class Mail |
| Danco, Inc | Attn: Deborah Murrah/K White, Accts Receivable | 2727 Chemsearch Blvd, 6th Fl | Irving, TX 75062 | | Danco_lsp.ar@nch.com; Deborah.Murrah@nch.com | Email |
| | | | | | | First Class Mail |
| Dystar Hilton Davis Corp | 9844A Southern Pine Blvd | Charlotte, NC 28273 | | | patel.reetika@dystar.com | Email |
| | | | | | | First Class Mail |
| ENCO Manufacturing Inc | c/o C Conde & Assoc | 1510 Ave FD Roosevelt, Ste 1302 | Guaynabo, PR 00968 | | condecarmen@condelaw.com | Email |
| | | | | | | First Class Mail |
| ENCO Manufacturing Inc | Attn: Darlyn Ortiz | Calle Baldoriaty 43 | Cidra, PR 00739-3426 | | dortiz@encomfg.com | Email |
| | | | | | | First Class Mail |
| Flint & Walling, Inc. | c/o Zoeller Company | Attn: Jeffery Langer, General Counsel | 3649 Cane Run Rd | Louisville, KY 40211 | jefferyl@zoeller.com | Email |
| | | | | | | First Class Mail |
| Fortune Products, Inc. | Attn: David Scott | 2203 Downing Ln | Leander, TX 78641 | | david@accusharp.com | Email |
| | | | | | | First Class Mail |
| Gleason Industrial Products, Inc | 8575 W Forest Ave | Greenfield, WI 53228 | | | hsimon@gleasoncorporation.com | Email |
| | | | | | | First Class Mail |
| Gleason Industrial Products, Inc | Attn: Howard Simon | 10474 Santa Monica Blvd, Rm 400 | Los Angeles, CA 90025 | | | First Class Mail |
| International Mulch Company | 2280 Schuetz Rd, Ste 201 | St Louis, MO 63146 | | | ar@irmcoutdoorliving.com | Email |
| | | | | | | First Class Mail |
| Jada Stixx, LLC | 805 Nowland Farm Rd | S Burlington, VT 05403 | | | doctorj@jadadevelopment.com | Email |
| | | | | | | First Class Mail |
| Jada Stixx, LLC | Attn: Jason Todd Eltman | | | | eltmanj@yahoo.com | Email |
| Klein Tools, Inc. | 450 Bond St | Lincolnshire, IL 60069 | | | mjwest@kleintools.com | Email |
| | | | | | | First Class Mail |
| KT Industries Inc. | 3112 Northwest Blvd | Sheldon, IA 51201 | | | receivables@ktindustries.net | Email |
| | | | | | | First Class Mail |
| La Crosse Technology LTD | Attn: Jack McCormick | 2809 Losey Blvd S | La Crosse, WI  54601 | | jack@lacrossetechnology.com | Email |
| | | | | | | First Class Mail |
| La Crosse Technology Ltd. | c/o Winthrop & Weinstine, PA | Attn: Cynthia L Hegarty | 225 S 6th St, Ste 3500 | Minneapolis, MN  55402 | chegarty@winthrop.com | Email |
| | | | | | | First Class Mail |
| Little Beaver, Inc | Attn: Joseph W Haynes | 2009 S Houston Ave | Livingston, TX 77351 | | jwhaynes@littlebeaver.com | Email |
| | | | | | | First Class Mail |
| Lone Star Hardware Sales & Service | P.O. Box 791 | Aspermont, TX 79502 | | | lshardware79502@gmail.com | Email |
| | | | | | | First Class Mail |
| Midwest Can Company | 10800 W Belmont Ave, Ste 200 | Franklin Park, IL 60131 | | | matt@midwestcan.com | Email |
| | | | | | | First Class Mail |
| Morton Salt, Inc. | Attn: Michelle Gage | 10055 Lowell Ave | Overland Park, KS 66210 | | mgage@mortonsalt.com | Email |
| | | | | | | First Class Mail |
| Nuvik USA, Inc | 930 Claycraft Rd | Gahanna, OH 43230 | | | bryan.bradbury@crocodilecloth.com | Email |
| | | | | | | First Class Mail |
| Penske Truck Leasing Co., L.P. | P.O. Box 563 | Reading, PA 19603 | | | diane.hetrick@penske.com | Email |
| | | | | | | First Class Mail |
| PPG Architectural Finishes | 400 Bertha Lamme Dr | Cranberry Twp, PA 16066 | | | bbates@ppg.com | Email |
| | | | | | | First Class Mail |
| Raymond West Intralogistics Solutions | c/o Swanson, Martin & Bell, LLP | Attn: Charles S Stahl Jr | 2525 Cabot Dr, Ste 204 | Lisle, IL 60532 | cstahl@smbtrails.com | Email |
| | | | | | | First Class Mail |
| Retail First Inc | 2760 Spectrum Dr | Elgin, IL 60124 | | | accounting@retailfirst.com | Email |
| | | | | | | First Class Mail |
| Rose Commercial Cleaning Services | P.O. Box 179 | Barry, TX 75102 | | | roseservices@outlook.com | Email |
| | | | | | | First Class Mail |
| Rug Doctor LLC | c/o Bissell Homecare Inc | 2345 Walker Ave NW | Grand Rapids, MI 49544 | | jessica.henderson@bissell.com | Email |
| | | | | | | First Class Mail |
| Rug Doctor LLC | 600 Data Dr, Ste 150 | Plano, TX 75075 | | | | First Class Mail |
| SerVaas Laboratories | Attn: Pattie Ray | 5240 Walt Pl | Indianapolis, IN 46254 | | pattie.ray@servaaslabs.com | Email |
| | | | | | | First Class Mail |
| Service Tool Company LLC | P.O. Box 12240 | New Iberia, LA 70562 | | | lee@servicetoolco.com | Email |
| | | | | | | First Class Mail |
| Service Tool Company LLC | Attn: Lee A LeBlanc | 2501 S Lewis St | New Iberia, LA 70560 | | | First Class Mail |
| UFP Chandler, LLC | Attn: Mila Baumtrok | 2801 E Beltline Ave NE | Grand Rapids, MI 49525 | | mbaumtrok@ufpi.com | Email |
| | | | | | | First Class Mail |
| UKG Kronos Systems LLC | c/o UKG Inc. | Attn: Kevin Benjamin | 900 Chelmsford St, Tower 2, 12th Fl | Lowell, MA 01851 | kevin.benjamin@ukg.com | Email |
| | | | | | | First Class Mail |
| UKG Kronos Systems LLC | c/o Gordon & Rees | Attn: Megan M Adeyemo | 2200 Ross Ave, Ste 3700 | Dallas, TX 75201 | madeyemo@grsm.com | Email |
| | | | | | | First Class Mail |
| Whirlpool Corporation | 2000 M63-N | Benton Harbor, MI 49022 | | | mark_m_pickens@whirlpool.com | Email |
| | | | | | | First Class Mail |