## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUE VALUE COMPANY, L.L.C., *et al.* | Case No. 24-12337 (KBO) |
| Debtors.[1] | (Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 12, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Second Order Sustaining Debtors' Tenth Omnibus Objection to Claims (Substantive)** **[Docket No. 1448]**

Dated: July 14, 2025

_____

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 14th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: True Value Company, L.L.C. (9896); TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106). The address of the Debtors' corporate headquarters is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.

# **EXHIBIT A**

**Exhibit A**

**Service List**

| Name | Address | Email | Method of Service |
|---|---|---|---|
| Arrow Fastener Company, LLC | c/o Parker Poe Adams & Bernstein LLP<br>Attn: Kiah T Ford<br>620 S Tryon St, Ste 800<br>Charlotte, NC 28202 | chipford@parkerpoe.com | Email<br>First Class Mail |
| Hamilton Beach Brands, Inc. | Attn: Katie Bradshaw<br>4421 Waterfront Dr<br>Glen Allen, VA 23060 | katie.bradshaw@hamiltonbeach.com | Email<br>First Class Mail |
| Hamilton Beach Brands, Inc. | c/o McGuireWoods LLP<br>Attn: Cassandra Sepanik Shoemaker<br>2601 Olive St, Ste 2100<br>Dallas, TX 75201 | | First Class Mail |
| US Salt, LLC | Attn: Jason Blaseg<br>7304 W 130th St, Ste 290<br>Overland Park, KS 66213 | jblaseg@ussaltllc.com | Email<br>First Class Mail |
| US Salt, LLC | P.O. Box 6520<br>Carol Stream, IL 60197-6520 | | First Class Mail |
| Watts Water Technologies, Inc. | Attn: Seth Kipp, Esq<br>815 Chestnut St<br>N Andover, MA 01845 | Seth.Kipp@wattswater.com | Email<br>First Class Mail |