**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | **Chapter 11** |
| **TRUE VALUE COMPANY, L.L.C.,** | **Case No. 24-12337 (KBO)** |
| **Debtor.[1]** | **Related Docket No. 1579** |

**ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE**
**UNDER THE CONFIRMED CHAPTER 11 PLAN**

Upon consideration of the motion (the "Motion")[2] of the Plan Administrator for entry of

an order (this "Order") extending the Claims Objection Deadline under the Plan; and this Court

having jurisdiction over this matter pursuant to 28  U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated as of February 29, 2012; and this Court having found that this matter is a core proceeding

pursuant to 28 U.S.C. § 157(b)(2), and this Court may enter a final order consistent with Article III

of the United States Constitution; and this Court having found that venue of this proceeding and

the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient

notice of the Motion has been given under the particular circumstances; and it appearing that no

other or further notice is necessary; and this Court having reviewed the Motion; and upon the

record of the Chapter 11 Cases; and this Court having determined that the legal and factual bases

---

[1]    The Debtor in this case, along with the last four digits of the debtor's federal tax identification number, is: True Value Company, L.L.C. (9896).  The debtor's mailing address for purposes of this case is 8600 W. Bryn Mawr Ave. Chicago, IL 60631.  The chapter 11 cases of the debtor's affiliates, TV Holdco II, L.L.C. (2272); TV TSLC, L.L.C. (7025); TV GPMC, L.L.C. (8136); True Value Retail, L.L.C. (7946); TrueValue.com Company, L.L.C. (6386); True Value Virginia, L.L.C. (9197); and Distributors Hardware, L.L.C. (8106), were closed as of May 28, 2025.  All motions and contested matters that remained open as of the closing of such cases, or that are opened after the date thereof, are administered in the remaining chapter 11 case of True Value Company, L.L.C.

[2]    Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

set forth in the Motion establish just cause for the relief granted herein; and is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Claims Objection Deadline under the Plan is hereby extended by 180 days, through and including April 20, 2026, without prejudice to the Plan Administrator's right to seek further extensions thereof.

3. The notice of the Motion as provided therein shall be deemed good and sufficient notice.

4. The terms and conditions of this Order shall be immediately enforceable and effective upon its entry.

5. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: November 4th, 2025**
**Wilmington, Delaware**

**KAREN B. OWENS**
**CHIEF JUDGE**