*In re True Value Company, L.L.C.*
Case No. 24-12337
Notes to Final Post Confirmation Report for the Partial Quarter Ended December 22, 2025

**Background:** On October 14, 2024 (the "Petition Date") True Value Company, L.L.C.; TV Holdco II, L.L.C.; TV TSLC, L.L.C.; TV GPMC, L.L.C.; True Value Retail, L.L.C.; TrueValue.com Company, L.L.C.; True Value Virginia, L.L.C.; and Distributors Hardware, L.L.C. (collectively, the "Debtors" or "Post-Effective Date Debtors") each filed a voluntary petition for relief (collectively, the "Chapter 11 Cases") under chapter 11 title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

On April 17, 2025, the Bankruptcy Court entered the *Findings of Fact, Conclusions of Law, and Order Approving the Disclosure Statement on a Final Basis and Confirming the Third Amended Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates* [Docket No. 1115] (the "Confirmation Order") confirming the *Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates* [Docket No. 796] (as may be amended or otherwise modified, the "Plan")[1] and approving the disclosure statement [Docket No. 797] (as may be amended or otherwise modified, the "Disclosure Statement") on a final basis. On April 25, 2025 (the "Effective Date"), the Plan became effective. *See* Docket No. 1149.

On the Effective Date, the Plan Administrator (as defined in the Plan) was appointed to act for the Debtors in the same capacity as applicable to a board of managers or directors, or to officers, subject to the provisions of the Plan. *See* Plan at Section 4.8; *see also Notice of Filing of Plan Supplement for the Joint Chapter 11 Plan of True Value Company, L.L.C. and Its Debtor Affiliates* [Docket No. 996, Ex. A].

On May 28, 2025, the Bankruptcy Court entered the *Order and Final Decree Closing Certain of the Chapter 11 Cases* [Docket No. 1249] closing the cases of TV Holdco II, L.L.C., TV TSLC, L.L.C., TV GPMC, L.L.C., True Value Retail, L.L.C., TrueValue.com Company, L.L.C., True Value Virginia, L.L.C., and Distributors Hardware, L.L.C. On December 22, 2025, the Bankruptcy Court entered the *Order and Final Decree Closing This Chapter 11 Case and Terminating Claims and Noticing Services* [Docket No. 1613] thereby closing the remaining case of the Post-Effective Date Debtors, True Value Company, L.L.C. [Case No. 24-12337].

**Part 2**

**All Professional Fees and Expenses (Debtors & Committee):** Approved and paid fees for the Committee of Unsecured Creditors [Docket No. 144] on a cumulative basis amount to $1,910,434.31. For the avoidance of doubt, no fees for the Committee of Unsecured Creditors were approved or paid in the current quarter.

**Part 3**

**Allowed Claims:** For the purposes of this report, allowed claims represent the sum of all final allowed amounts based on entered court orders, finalized settlements, allowed amounts pursuant to the Plan and Disclosure Statement, and claims which have been satisfied in an amount equal to their asserted value. Allowed claims were tabulated as of November 17, 2025.

**Allowed Secured Claims:** Includes amounts from certain claimants exercising their right to setoff represented as a secured claim based upon certain rebates/credits owed to the Debtors on account of contractual agreements or other arrangements between the Debtors and each such claimant. The Debtors agree that each such claimant is authorized to exercise its right of setoff, and therefore, pursuant to section 558 of the Bankruptcy Code, the setoff amount has

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

been netted off the general unsecured amount as applicable. Accordingly, no distributions are required on these claims, as the secured portion reflects the claimant's exercised right of setoff.

**General Unsecured Claims:** Recoveries related to General Unsecured Claims are unknown.

## UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF DELAWARE

In re: True Value Company, L.L.C. § Case No. 24-12337
§
§ Lead Case No. 24-12337
Debtor(s) §
☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/22/2025　　　　　　　　　　Petition Date: 10/14/2024

Plan Confirmed Date: 04/17/2025　　　　　　　　　　Plan Effective Date: 04/25/2025

This Post-confirmation Report relates to: ◯ Reorganized Debtor
　　　　　　　　　　　　　　　　　　　　⦿ Other Authorized Party or Entity: Post-Effective Date Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ Timothy R. Powell　　　　　　　　　　　　　　　Timothy R. Powell
Signature of Responsible Party　　　　　　　　　　　Printed Name of Responsible Party

01/13/2026
Date

　　　　　　　　　　　　　　　　　　　　　　　　1000 North King Street Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name True Value Company, L.L.C.    Case No. 24-12337

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $8,209,126 | $255,968,702 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $8,209,126 | $255,968,702 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor *Aggregate Total* | | $0 | $27,654,518 | $0 | $27,654,518 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Skadden, Arps, Slate, Meagher & | Lead Counsel | $0 | $9,303,437 | $0 | $9,303,437 |
| ii | Young Conaway Stargatt & Tay | Local Counsel | $0 | $1,684,633 | $0 | $1,684,633 |
| iii | M3 Partners | Financial Professional | $0 | $10,638,562 | $0 | $10,638,562 |
| iv | Glenn Agre | Co-Counsel | $0 | $3,215,493 | $0 | $3,215,493 |
| v | Houlihan Lokey | Financial Professional | $0 | $2,654,616 | $0 | $2,654,616 |
| vi | Omni Agent Solutions | Other | $0 | $157,778 | $0 | $157,778 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name True Value Company, L.L.C.  Case No. 24-12337

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name True Value Company, L.L.C.   Case No. 24-12337

| | | | | | | |
|---|---|---|---|---|---|---|
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxvii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $107,033 | $0 | $107,033 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Thompson Hine | Other | $0 | $91,553 | $0 | $91,553 |
| | ii | RSM US LLP | Other | $0 | $15,480 | $0 | $15,480 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name True Value Company, L.L.C.  Case No. 24-12337

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name True Value Company, L.L.C.    Case No. 24-12337

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $29,656,506 | $0 | $29,656,506 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $43,367,855 | $5,000 | $45,738,611 | $45,738,611 | 100% |
| b. Secured claims | $201,000,000 | $3,770,009 | $218,103,323 | $240,102,693 | 91% |
| c. Priority claims | $1,008,478 | $216,573 | $420,234 | $420,234 | 100% |
| d. General unsecured claims | $0 | $0 | $0 | $1,465,000,954 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                     Yes ◉   No ○

   If yes, give date Final Decree was entered:    12/22/2025

   If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉   No ○

| Debtor's Name True Value Company, L.L.C. | Case No. 24-12337 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Michael Goldberg
Signature of Responsible Party

1/13/2026
Title

Michael Goldberg
Printed Name of Responsible Party

01/13/2026
Date

Debtor's Name True Value Company, L.L.C.  Case No. 24-12337


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name True Value Company, L.L.C.  Case No. 24-12337


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page