*Proofs of Claim Report*
*True Value Company, L.L.C. Case No. 24-12337*

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $2,184,780,992.87 | $156,753,858.82 |
| PRIORITY | $4,402,029.08 | $216,572.88 |
| SECURED | $1,928,980,934.80 | $1,537,280.68 |
| ADMIN | $51,765,037.91 | $5,000.00 |
| 503(b)(9) | $58,563,540.05 | $0.00 |
| Total | $4,228,492,534.71 | $158,512,712.38 |

| Total Claims/Schedules: | 3,712 | |
|---|---|---|

## Claims Details (3,712)

**1 Bag at a Time, Inc.**
**Case(s): 337 Clm No: 2096 Clm. Amt: $11,890.00**

*8117 W Manchester Ave, Unit 646*
*Playa Del Rey, CA 90293*
**Date Filed:** 12/3/2024
**Claim Face Value:** $11,890.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,890.00 | | |
| | | | | $11,890.00 | | |

**123 Event Staffing**
**Case(s): 337 Clm No: 575 Clm. Amt: $10,283.33**

*1580 Lincoln St, Ste 580*
*Denver, CO 80203*
**Date Filed:** 10/28/2024
**Claim Face Value:** $10,283.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Disallowed | | $10,283.33 | | $0.00 |
| 337 | UNS | Allowed | | | | $10,283.33 |
| | | | | $10,283.33 | | $10,283.33 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## 1837 LLC (ZEVO)
**Case(s): 337 Clm No: 868 Clm. Amt: $50,422.27**

*c/o Procter & Gamble Distributing*
*Attn: Jami Seibert*
*2 P&G Plaza*
*Cincinnati, OH 45202*
**Date Filed:** 11/6/2024
**Claim Face Value:** $50,422.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $20,215.08 | | $0.00 |
| 337 | UNS | Satisfied | | $30,207.19 | | $0.00 |
| | | | | $50,422.27 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

## 1970 Group, Inc.
**Case(s): 338 Clm No: 29 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | SEC | Satisfied | | $1,788,588.75 | | $0.00 |
| 338 | UNS | | | $9,517,504.05 | | |
| | | | | $11,306,092.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/01/2025 | 1390 | Objection Filed | | |

## 1970 Group, Inc.
**Case(s): 339 Clm No: 20 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | SEC | Satisfied | | $1,788,588.75 | | $0.00 |
| 339 | UNS | | | $9,517,504.05 | | |
| | | | | $11,306,092.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/01/2025 | 1390 | Objection Filed | | |

**1970 Group, Inc.**
**Case(s): 340 Clm No: 24 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | Satisfied | | $1,788,588.75 | | $0.00 |
| 340 | UNS | | | $9,517,504.05 | | |
| | | | | $11,306,092.80 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/01/2025 | 1390 | Objection Filed | | |

**1970 Group, Inc.**
**Case(s): 341 Clm No: 41 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Amended By Clm #:** 42
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | Disallowed | | $1,788,588.75 | | $0.00 |
| 341 | UNS | Disallowed | | $9,517,504.05 | | $0.00 |
| | | | | $11,306,092.80 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**1970 Group, Inc.**
**Case(s): 341 Clm No: 42 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Amending Clm #:** 41
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | Satisfied | | $1,788,588.75 | | $0.00 |
| 341 | UNS | | | $9,517,504.05 | | |
| | | | | $11,306,092.80 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/01/2025 | 1390 | Objection Filed | | |

**1970 Group, Inc.**
**Case(s): 342 Clm No: 38 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | SEC | Satisfied | | $1,788,588.75 | | $0.00 |
| 342 | UNS | | | $9,517,504.05 | | |
| | | | | $11,306,092.80 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/01/2025 | 1390 | Objection Filed | | |

**1970 Group, Inc.**
**Case(s): 343 Clm No: 14 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | Satisfied | | $1,788,588.75 | | $0.00 |
| 343 | UNS | | | $9,517,504.05 | | |
| | | | | $11,306,092.80 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/01/2025 | 1390 | Objection Filed | | |

**1970 Group, Inc.**
**Case(s): 344 Clm No: 24 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | Satisfied | | $1,788,588.75 | | $0.00 |
| 344 | UNS | | | $9,517,504.05 | | |
| | | | | $11,306,092.80 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/01/2025 | 1390 | Objection Filed | | |

**1970 Group, Inc.**
**Case(s): 337 Clm No: 3019 Clm. Amt: $11,306,092.80**

*Attn: Jonathan C Harris*
*33 Benedict Pl, 2nd Fl*
*Greenwich, CT 06830*
**Date Filed:** 5/28/2025
**Claim Face Value:** $11,306,092.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | Satisfied | | $1,788,588.75 | | $0.00 |
| 337 | UNS | | | $9,517,504.05 | | |
| | | | | $11,306,092.80 | | $0.00 |

## 3M Company
**Case(s): 337 Clm No: 1080 Clm. Amt: $826,559.66**

*c/o Greenberg Traurig, LLP*
*Attn: Alison Franklin*
*3333 Piedmont Rd NE, Ste 2500 Terminus 200*
*Atlanta, GA 30305*
**Date Filed:** 11/14/2024
**Amended By Clm #:** 2461
**Claim Face Value:** $413,279.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $413,279.83 | Y | $0.00 |
| 337 | ADM | Disallowed | | $413,279.83 | Y | $0.00 |
| | | | | $826,559.66 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## 3M Company
**Case(s): 337 Clm No: 1082 Clm. Amt: $797,419.14**

*c/o Greenberg Traurig, LLP*
*Attn: Alison Franklin*
*3333 Piedmont Rd NE, Ste 2500 Terminus 200*
*Atlanta, GA 30305*
**Date Filed:** 11/14/2024
**Amended By Clm #:** 2462
**Claim Face Value:** $797,419.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $797,419.14 | | |
| | | | | $797,419.14 | | |

## 3M Company
**Case(s): 337 Clm No: 2461 Clm. Amt: $427,466.53**

*c/o Greenberg Traurig, LLP*
*Attn: Alison Franklin*
*3333 Piedmont Rd NE, Ste 2500, Terminus 200*
*Atlanta, GA 30305*
**Date Filed:** 12/11/2024
**Orig. Date Filed:** 11/14/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1080
**Claim Face Value:** $427,466.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $427,466.53 | | $0.00 |
| | | | | $427,466.53 | | $0.00 |

## 3M Company
**Case(s): 337 Clm No: 2462 Clm. Amt: $852,187.82**

*c/o Greenberg Traurig, LLP*
*Attn: Alison Franklin*
*3333 Piedmont Rd NE, Ste 2500, Terminus 200*
*Atlanta, GA 30305*
**Date Filed:** 12/11/2024
**Orig. Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1082
**Claim Face Value:** $852,187.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $852,187.82 | | |
| | | | | $852,187.82 | | |

**3Sixty Holdings LLC**
**Case(s): 337 Clm No: 2364 Clm. Amt: $1,500.00**

*Attn: Jay M Atkinson*
*13613 Cotton Patch Ct*
*Henrico, VA 23233*
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,500.00 | | |
| | | | | $1,500.00 | | |

**4348125 Canada Inc, dba Jay Trends Sales**
**Case(s): 337 Clm No: 122 Clm. Amt: $13,049.70**

*1901 Trans Canada Rte*
*Dorval, QC H9P 1J1*
*Canada*
**Date Filed:** 10/17/2024
**Claim Face Value:** $13,049.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $13,049.70 | | |
| | | | | $13,049.70 | | |

**462 Thomas Family Properties, L.P.**
**Case(s): 337 Clm No: 3003 Clm. Amt: $1,809,219.00**

*dba Gillis Thomas Company*
*c/o Duane Morris LLP*
*Attn: James H Billingsley*
*100 Crescent Ct, Ste 1200*
*Dallas, TX 75201*
**Date Filed:** 5/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,809,219.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | Allowed | | $1,809,219.00 | | $1,809,219.00 |
| | | | | $1,809,219.00 | | $1,809,219.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 09/05/2025 | 1552 | Objection Granted | 09/09/2025 | 1553 |

**462 Thomas Family Properties, L.P.**
**Case(s): 337 Clm No: 3004 Clm. Amt: $25,132.00**

*dba Gillis Thomas Company*
*c/o Duane Morris LLP*
*Attn: James H Billingsley*
*100 Crescent Ct, Ste 1200*
*Dallas, TX 75201*
**Date Filed:** 5/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $25,132.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | Allowed | | $25,132.00 | | $25,132.00 |
| | | | | $25,132.00 | | $25,132.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 09/05/2025 | 1552 | Objection Granted | 09/09/2025 | 1553 |

## 462 Thomas Family Properties, L.P.
**Case(s): 337 Clm No: 100427 Clm. Amt: $26,810.53**

dba Gillis Thomas Company
c/o Duane Morris LLP
Attn: James C Carignan
1201 N Market St, Ste 501
Wilmington, DE 19801
**Date Filed:** 5/23/2025
**Claim Face Value:** $26,810.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $26,810.53 | | $0.00 |
| 337 | UNS | Disallowed | | | | $0.00 |
| | | | | $26,810.53 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 07/01/2025 | 1390 | Objection Granted | 09/09/2025 | 1553 |

## 462 Thomas Family Properties, L.P.
**Case(s): 337 Clm No: 2141 Clm. Amt: $180,562.00**

c/o Duane Morris LLP
Attn: James Billingsley
100 Crescent Ct, Ste 1200
Dallas, TX 75201
**Date Filed:** 12/4/2024
**Claim Face Value:** $180,562.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Disallowed | | $180,562.00 | | $0.00 |
| | | | | $180,562.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 09/05/2025 | 1552 | Objection Granted | 09/09/2025 | 1553 |

## 48Forty Solutions LLC
**Case(s): 337 Clm No: 555 Clm. Amt: $100,141.76**

Attn: Julio Villalta Jr
11740 Katy Fwy, Ste 1200
Houston, TX 77079
**Date Filed:** 10/28/2024
**Claim Face Value:** $100,141.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $100,141.76 | | |
| | | | | $100,141.76 | | |

## 48Forty Solutions LLC
**Case(s): 337 Clm No: 100286 Clm. Amt: $22,668.22**

11740 Katy Fwy, Ste 1200
Houston, TX 77079
**Date Filed:** 12/23/2024
**Claim Face Value:** $22,668.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $22,668.22 | | $0.00 |
| | | | | $22,668.22 | | $0.00 |

### 4WRD Freight and Logistics Group Inc
**Case(s): 337 Clm No: 100266 Clm. Amt: $65,000.00**

*1915 W Hubbard St*
*Chicago, IL 60622*
**Date Filed:** 12/20/2024
**Claim Face Value:** $65,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $65,000.00 | | $0.00 |
| | | | | $65,000.00 | | $0.00 |

### 4WRD Freight and Logistics Group Inc
**Case(s): 337 Clm No: 1184 Clm. Amt: $223,409.91**

*1915 W Hubbard St*
*Chicago, IL 60622*
**Date Filed:** 11/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $223,409.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $223,409.91 | | |
| | | | | $223,409.91 | | |

### 5 Acres Garden Center
**Case(s): 337 Clm No: 100277 Clm. Amt: $2,213.64**

*2600 State Rte 103*
*Bradford, NH 03221*
**Date Filed:** 12/21/2024
**Claim Face Value:** $2,213.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $2,213.64 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,213.64 |
| | | | | $2,213.64 | | $2,213.64 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

### 5 Acres Garden Center
**Case(s): 337 Clm No: 100276 Clm. Amt: $317.42**

*2600 State Rte 103*
*Bradford, NH 03221*
**Date Filed:** 12/21/2024
**Claim Face Value:** $317.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $317.42 | | $0.00 |
| | | | | $317.42 | | $0.00 |

### A Hartz Ltd
**Case(s): 337 Clm No: 3001 Clm. Amt: $154.00**

*80 Pondfield Rd*
*Bronxville, NY 10708*
**Date Filed:** 5/21/2025
**Bar Date:** 12/3/2024
**Claim Face Value:** $154.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $154.00 | | |
| | | | | $154.00 | | |

## A R North America, Inc
### Case(s): 337 Clm No: 567 Clm. Amt: $81,157.51

*Attn: Theresa Schuknecht*
*140 81st Ave NE*
*Fridley, MN 55432*
**Date Filed:** 10/28/2024
**Claim Face Value:** $81,157.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $81,157.51 | | |
| | | | | $81,157.51 | | |

## A-Aztec Rents & Sells LLC
### Case(s): 337 Clm No: 1630 Clm. Amt: $178,180.48

*c/o Aztec Tents*
*Attn: Alex Kouzmanoff*
*2665 Columbia St*
*Torrance, CA 90503*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $178,180.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $20,470.61 | | $0.00 |
| 337 | UNS | Allowed | | $157,709.87 | | $178,180.48 |
| | | | | $178,180.48 | | $178,180.48 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## A. Hartz Ltd
### Case(s): 337 Clm No: 2927 Clm. Amt: $2,297.66

*17 Green St*
*Huntington, NY 11743*
**Date Filed:** 3/10/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,297.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,297.66 | | |
| | | | | $2,297.66 | | |

## A. Hartz Ltd
### Case(s): 337 Clm No: 2930 Clm. Amt: $243.93

*17 Green St*
*Huntington, NY 11743*
**Date Filed:** 3/11/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $243.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $243.93 | | |
| | | | | $243.93 | | |

## A. Hartz Ltd
### Case(s): 337 Clm No: 2931 Clm. Amt: $2,976.66

*17 Green St*
*Huntington, NY 11743*
**Date Filed:** 3/11/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,976.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,976.66 | | |
| | | | | $2,976.66 | | |

## A.O. Smith Corporation
### Case(s): 337 Clm No: 1307 Clm. Amt: $4,789,297.52

Attn: Joyce D Stoner
11270 W Park Pl
Milwaukee, WI 53224
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $4,789,297.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $612,745.18 | | $0.00 |
| 337 | UNS | Allowed | | $4,176,552.34 | | $4,188,529.79 |
| | | | | $4,789,297.52 | | $4,188,529.79 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 06/02/2025 | 1281 |

## A1 Shredding and Recycling Inc.
### Case(s): 337 Clm No: 2015 Clm. Amt: $500.00

1775 W Oak Pkwy, Ste 500
Marietta, GA 30062
**Date Filed:** 11/29/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $500.00 | | $0.00 |
| | | | | $500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## AA Window Parts & Hardware
### Case(s): 337 Clm No: 2281 Clm. Amt: $16,742.55

2990 Jerome Ave
Bronx, NY 10468
**Date Filed:** 12/5/2024
**Amended By Clm #:** 2296
**Claim Face Value:** $16,742.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $6,633.75 | Y | $0.00 |
| 337 | UNS | Disallowed | | $10,108.80 | Y | $0.00 |
| | | | | $16,742.55 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## AA Window Parts & Hardware
### Case(s): 337 Clm No: 2296 Clm. Amt: $16,742.55

*2990 Jerome Ave*
*Bronx, NY 10468*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2281
**Claim Face Value:** $16,742.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $6,035.05 | | $0.00 |
| 337 | UNS | Allowed | | $10,707.50 | | $16,742.55 |
| | | | | $16,742.55 | | $16,742.55 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## AAF / Flanders
### Case(s): 337 Clm No: 376 Clm. Amt: $126,615.17

*Attn: Rose Ipock*
*531 Flanders Filters Rd*
*Washington, NC 27889*
**Date Filed:** 10/22/2024
**Claim Face Value:** $126,615.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $126,615.17 | | |
| | | | | $126,615.17 | | |

## ABB Installation Products, Inc.
### Case(s): 337 Clm No: 2300 Clm. Amt: $788,216.16

*Attn: M Amadea Groseclose, Esq*
*305 Gregson Dr*
*Cary, NC 27511*
**Date Filed:** 12/5/2024
**Claim Face Value:** $788,216.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $788,216.16 | | |
| | | | | $788,216.16 | | |

## Abbott Rubber Company
### Case(s): 337 Clm No: 563 Clm. Amt: $477,957.79

*1311 Meacham Rd*
*Itasca, IL 60143*
**Date Filed:** 10/25/2024
**Claim Face Value:** $477,957.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $477,957.79 | | |
| | | | | $477,957.79 | | |

## ABCO Products
### Case(s): 337 Clm No: 2939 Clm. Amt: $18,571.54

*Attn: Rick Mancini*
*6800 NW 36 Ave*
*Miami, FL 33147*
**Date Filed:** 3/14/2025
**Orig. Date Filed:** 2/25/2025
**Bar Date:** 12/5/2024
**Amending Clm #:** 2908
**Claim Face Value:** $18,571.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $18,571.54 | | $0.00 |
| | | | | $18,571.54 | | $0.00 |

## ABCO Products
**Case(s): 337 Clm No: 2908 Clm. Amt: $146,077.80**

*6800 NW 36th Ave*
*Miami, FL 33147*
**Date Filed:** 2/25/2025
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2939
**Claim Face Value:** $146,077.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Disallowed | | $146,077.80 | | $0.00 |
| | | | | $146,077.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## ABCO Products
**Case(s): 337 Clm No: 100408 Clm. Amt: $44,450.04**

*6800 NW 36th Ave*
*Miami, FL 33147*
**Date Filed:** 3/14/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $44,450.04 | | $0.00 |
| | | | | $44,450.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

## Absorbent Specialty Products, LLC
**Case(s): 337 Clm No: 1354 Clm. Amt: $31,396.00**

*30 Hamlet St*
*Pawtucket, RI 02861*
**Date Filed:** 11/21/2024
**Claim Face Value:** $31,396.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,396.00 | | |
| | | | | $31,396.00 | | |

## Accent Decor Inc
**Case(s): 337 Clm No: 911 Clm. Amt: $9,466.55**

*5376 New Peachtree Rd, Ste 100*
*Chamblee, GA 30341*
**Date Filed:** 11/7/2024
**Claim Face Value:** $9,466.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,466.55 | | |
| | | | | $9,466.55 | | |

## ACCO Material Handling Solutions
**Case(s): 337 Clm No: 321 Clm. Amt: $1,450.66**

*P.O. Box 792*
*York, PA 17405*
**Date Filed:** 10/21/2024
**Claim Face Value:** $1,450.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,450.66 | | |
| | | | | $1,450.66 | | |

**Accurate Forklift**
**Case(s): 337 Clm No: 279 Clm. Amt:**

*1120 Oakleigh Dr*
*E Point, GA 30344*
**Date Filed:** 10/21/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

**Accurate Forklift - Material Handling Corporation**
**Case(s): 337 Clm No: 2840 Clm. Amt: $13,149.92**

*1120 Oakleigh Dr*
*E Point, GA 30344*
**Date Filed:** 1/23/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $13,149.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $13,149.92 | | |
| | | | | $13,149.92 | | |

**ACD Distribution LLC**
**Case(s): 337 Clm No: 2747 Clm. Amt: $115,788.28**

*Attn: Darrell Wyatt*
*3129 Deming Way*
*Middleton, WI 53562-1435*
**Date Filed:** 1/2/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $115,788.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $115,788.28 | | |
| | | | | $115,788.28 | | |

**ACE American Insurance Company**
**Case(s): 337 Clm No: 2034 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**ACE American Insurance Company**
**Case(s): 338 Clm No: 7 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | SEC | | | Unknown | Y | |
| 338 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE American Insurance Company
**Case(s): 339 Clm No: 4 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | SEC | | | Unknown | Y | |
| 339 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE American Insurance Company
**Case(s): 340 Clm No: 9 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | | | Unknown | Y | |
| 340 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE American Insurance Company
**Case(s): 341 Clm No: 22 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | | | Unknown | Y | |
| 341 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE American Insurance Company
**Case(s): 342 Clm No: 15 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | SEC | | | Unknown | Y | |
| 342 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE American Insurance Company
**Case(s): 343 Clm No: 3 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | | | Unknown | Y | |
| 343 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE American Insurance Company
**Case(s): 344 Clm No: 7 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | | | Unknown | Y | |
| 344 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE Fire Underwriters Insurance Company
**Case(s): 337 Clm No: 2038 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE Fire Underwriters Insurance Company
**Case(s): 338 Clm No: 9 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | SEC | | | Unknown | Y | |
| 338 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE Fire Underwriters Insurance Company
**Case(s): 339 Clm No: 6 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | SEC | | | Unknown | Y | |
| 339 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE Fire Underwriters Insurance Company
**Case(s): 340 Clm No: 11 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | | | Unknown | Y | |
| 340 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE Fire Underwriters Insurance Company
**Case(s): 341 Clm No: 25 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | | | Unknown | Y | |
| 341 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE Fire Underwriters Insurance Company
**Case(s): 342 Clm No: 17 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | SEC | | | Unknown | Y | |
| 342 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE Fire Underwriters Insurance Company
**Case(s): 343 Clm No: 5 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | | | Unknown | Y | |
| 343 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## ACE Fire Underwriters Insurance Company
**Case(s): 344 Clm No: 9 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | | | Unknown | Y | |
| 344 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Ace ImageWear
**Case(s): 337 Clm No: 100083 Clm. Amt:**

*4120 E Truman*
*Kansas City, MO 64127*
**Date Filed:** 12/11/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | | | |

**Acme United Corporation**
**Case(s): 337 Clm No: 981 Clm. Amt: $94,876.65**

*1 Waterview Dr, Ste 200*
*Shelton, CT 06484*
**Date Filed:** 11/12/2024
**Claim Face Value:** $94,876.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $94,876.65 | | |
| | | | | $94,876.65 | | |

**ACON Equity Management, L.L.C.**
**Case(s): 338 Clm No: 100001 Clm. Amt:**

*c/o ACON Investments*
*1133 Connecticut Ave NW, Ste 700*
*Washington, DC 20036*
**Date Filed:** 12/23/2024
**Claim Face Value:**

**ACON Equity Management, L.L.C.**
**Case(s): 337 Clm No: 100317 Clm. Amt:**

*c/o ACON Investments*
*1133 Connecticut Ave NW, Ste 700*
*Washington, DC 20036*
**Date Filed:** 12/23/2024
**Claim Face Value:**

**ACON Equity Management, L.L.C.**
**Case(s): 337 Clm No: 2387 Clm. Amt: $342,305.41**

*c/o ACON Investments*
*Attn: Teresa Y Bernstein*
*1133 Connecticut Ave NW, Ste 700*
*Washington, DC 20036*
**Date Filed:** 12/5/2024
**Claim Face Value:** $342,305.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $342,305.41 | | |
| | | | | $342,305.41 | | |

**Acoustic Ceiling Products, LLC**
**Case(s): 337 Clm No: 164 Clm. Amt:**

*P.O. Box 1581*
*Appleton, WI 54912*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Actalent Services**
**Case(s): 340 Clm No: 2 Clm. Amt: $30,024.58**

*Attn: Ronke Adeyemo*
*7301 Parkway Dr*
*Hanover, MD 21076*
**Date Filed:** 10/29/2024
**Claim Face Value:** $30,024.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | UNS | | | $30,024.58 | | |
| | | | | $30,024.58 | | |

### Action Lift Inc.
**Case(s): 337 Clm No: 100053 Clm. Amt:**

*1 Memco Dr*
*Pittston, PA 18640*
**Date Filed:** 12/9/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | | | | | |

### Action Lift Inc.
**Case(s): 337 Clm No: 1606 Clm. Amt: $7,112.19**

*1 Memco Dr*
*Pittston, PA 18640*
**Date Filed:** 11/25/2024
**Claim Face Value:** $7,112.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $7,112.19 | | |
| | | | | $7,112.19 | | |

### Acuity Brands Lighting, Inc
**Case(s): 337 Clm No: 2151 Clm. Amt: $110,698.20**

*1400 Lester Rd NW*
*Conyers, GA 30012*
**Date Filed:** 12/2/2024
**Claim Face Value:** $110,698.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $110,698.20 | | |
| | | | | $110,698.20 | | |

### Adelphia Metals LLC
**Case(s): 337 Clm No: 1015 Clm. Amt: $19,686.98**

*411 Main St E*
*New Prague, MN 56071*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $19,686.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $19,686.98 | | |
| | | | | $19,686.98 | | |

### Ademco Inc (Resideo Technologies)
**Case(s): 337 Clm No: 100200 Clm. Amt: $714,039.93**

*1985 Douglas Dr N*
*Golden Valley, MN 55422*
**Date Filed:** 12/19/2024
**Claim Face Value:** $714,039.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $714,039.93 | | $0.00 |
| | | | | $714,039.93 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Ademco Inc (Resideo Technologies)
### Case(s): 337 Clm No: 489 Clm. Amt: $1,777,850.01

*Attn: Jennifer Huseman*
*1985 Douglas Dr N*
*Golden Valley, MN 55422*
**Date Filed:** 10/25/2024
**Claim Face Value:** $1,777,850.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,777,850.01 | | |
| | | | | $1,777,850.01 | | |

## Advance Displays, Inc.
### Case(s): 337 Clm No: 1827 Clm. Amt: $89,069.80

*139 E 3900 S*
*Salt Lake City, UT 84107*
**Date Filed:** 11/27/2024
**Claim Face Value:** $89,069.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $13,684.14 | | $0.00 |
| 337 | UNS | Allowed | | $75,385.66 | | $89,069.80 |
| | | | | $89,069.80 | | $89,069.80 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Advance Equipment Manufacturing Company, Inc.
### Case(s): 337 Clm No: 2050 Clm. Amt: $110,360.64

*c/o Chuhak & Tecson, PC*
*Attn: Edgar A Quintero*
*120 S Riverside Plz, Ste 1700*
*Chicago, IL 60606*
**Date Filed:** 12/2/2024
**Claim Face Value:** $110,360.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $110,360.64 | | |
| | | | | $110,360.64 | | |

## Advanced Drainage Systems, Inc.
### Case(s): 337 Clm No: 100221 Clm. Amt: $82,243.02

*4640 Trrueman Blvd*
*Columbus, OH 43026*
**Date Filed:** 12/20/2024
**Claim Face Value:** $82,243.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $82,243.02 | | $0.00 |
| | | | | $82,243.02 | | $0.00 |

## Advanced Drainage Systems, Inc.
### Case(s): 337 Clm No: 1774 Clm. Amt: $1,911,631.22

c/o Squire Patton Boggs (US) LLP
Attn: Peter R Morrison
1000 Key Tower
127 Public Sq
Cleveland, OH 44114
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,911,631.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $309,733.18 | | $0.00 |
| 337 | UNS | Allowed | | $1,601,898.04 | | $1,895,549.52 |
| | | | | $1,911,631.22 | | $1,895,549.52 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Advanced Wireless, Inc.
### Case(s): 337 Clm No: 2866 Clm. Amt: $2,598.30

P.O. Box 31
9924 Monarch Dr, Ste 5106
Franklin, WI 53132
**Date Filed:** 2/4/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,598.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,598.30 | | |
| | | | | $2,598.30 | | |

## Advantage Workforce Services, LLC.
### Case(s): 337 Clm No: 2663 Clm. Amt: $26,152.12

PMB 63152
548 Market St
San Francisco, CA 94104
**Date Filed:** 12/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $26,152.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $26,152.12 | | |
| | | | | $26,152.12 | | |

## Advantage Workforce Services, LLC.
### Case(s): 337 Clm No: 2664 Clm. Amt: $2,422.43

PMB 63152
548 Market St
San Francisco, CA 94104
**Date Filed:** 12/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,422.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,422.43 | | |
| | | | | $2,422.43 | | |

## Advocate Inc
### Case(s): 337 Clm No: 346 Clm. Amt:

1748 Ferro Dr
New Lenox, IL 60451
**Date Filed:** 10/21/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

### Advocate Inc.
**Case(s): 344 Clm No: 19 Clm. Amt: $33,380.00**

*1748 Ferro Dr*
*New Lenox, IL 60451*
**Date Filed:** 1/16/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $33,380.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 344 | UNS | | | $33,380.00 | | |
| | | | | $33,380.00 | | |

### AE OPCO I LLC
**Case(s): 337 Clm No: 1833 Clm. Amt: $15,290.22**

*c/o Faultless Brands*
*1025 W 8th St*
*Kansas City, MO 64101*
**Date Filed:** 11/27/2024
**Claim Face Value:** $15,290.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $15,290.22 | | $0.00 |
| | | | | $15,290.22 | | $0.00 |

### Aero Motion Inc
**Case(s): 337 Clm No: 1253 Clm. Amt: $12,061.12**

*P.O. Box 1740*
*Nipomo, CA 93444*
**Date Filed:** 11/19/2024
**Claim Face Value:** $12,061.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $12,061.12 | | |
| | | | | $12,061.12 | | |

### Aetna Glass Company, Inc.
**Case(s): 337 Clm No: 1086 Clm. Amt: $102,043.50**

*1001 Hampshire Ln, Ste 100*
*Richardson, TX 75080*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $102,043.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $102,043.50 | | |
| | | | | $102,043.50 | | |

### AFCO Credit Corporation
**Case(s): 337 Clm No: 2838 Clm. Amt: $696,730.70**

*4501 College Blvd, Ste 320*
*Leawood, KS 66211*
**Date Filed:** 1/24/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $696,730.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | SEC | Satisfied | | $696,730.70 | | $0.00 |
| | | | | $696,730.70 | | $0.00 |

## AGG Presidents Owner LLC
**Case(s): 337 Clm No: 100204 Clm. Amt: $424,715.22**

*134 N LaSalle St, Ste 750*
*Chicago, IL 60602*
**Date Filed:** 12/19/2024
**Claim Face Value:** $424,715.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $424,715.22 | | $0.00 |
| 337 | UNS | Allowed | | | | $125,784.95 |
| | | | | $424,715.22 | | $125,784.95 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Agri Fab Inc
**Case(s): 337 Clm No: 949 Clm. Amt: $23,733.75**

*Attn: AR Dept*
*809 S Hamilton St*
*Sullivan, IL 61951*
**Date Filed:** 11/8/2024
**Claim Face Value:** $23,733.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $2,934.74 | | $0.00 |
| 337 | UNS | | | $20,799.01 | | $20,799.01 |
| | | | | $23,733.75 | | $20,799.01 |

## AgriTech Corp.
**Case(s): 337 Clm No: 2157 Clm. Amt: $3,335.27**

*110 E Azalea Ave*
*Foley, AL 36535*
**Date Filed:** 12/4/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,335.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,335.27 | | |
| | | | | $3,335.27 | | |

## AHF, LLC dba AHF Products
**Case(s): 337 Clm No: 2049 Clm. Amt: $12,751.20**

*Attn: Timothy J Nieman*
*P.O. Box 566*
*3840 Hempland Rd*
*Mountville, PA 17554*
**Date Filed:** 12/2/2024
**Claim Face Value:** $12,751.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,751.20 | | |
| | | | | $12,751.20 | | |

## AIG Property Casualty, Inc.
**Case(s): 337 Clm No: 100426 Clm. Amt:**

*c/o AIG Claims, Inc.*
*Attn: Mary G McCarthy*
*28 Liberty St*
*New York, NY 10005*
**Date Filed:** 5/22/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | | | | | |

**Aimleap Private Ltd**
**Case(s): 337 Clm No: 193 Clm. Amt: $15,196.00**

*Attn: Jyothish R*
*ES45, Sonestaa iwoods, Bellandur*
*Bangalore, KA 560103*
*India*
**Date Filed:** 10/18/2024
**Claim Face Value:** $15,196.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,196.00 | | |
| | | | | $15,196.00 | | |

**Aimleap Private Ltd**
**Case(s): 337 Clm No: 100112 Clm. Amt: $3,799.00**

*Manyata Embassy Tech Park*
*Ground Floor, Beech, E-1*
*Bangalore, Karnataka 560045*
*India*
**Date Filed:** 12/15/2024
**Claim Face Value:** $3,799.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $3,799.00 | | $0.00 |
| | | | | $3,799.00 | | $0.00 |

**Ainsworth Trailer Repair, Inc**
**Case(s): 337 Clm No: 2025 Clm. Amt: $14,550.81**

*510 E 51st Ave, Ste B*
*Denver, CO 80216*
**Date Filed:** 11/29/2024
**Claim Face Value:** $14,550.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $14,550.81 | | |
| | | | | $14,550.81 | | |

**Air King America, LLC**
**Case(s): 337 Clm No: 623 Clm. Amt: $16,127.11**

*820 Lincoln Ave*
*W Chester, PA 19380*
**Date Filed:** 10/30/2024
**Claim Face Value:** $16,127.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,127.11 | | |
| | | | | $16,127.11 | | |

**Air Services Company**
**Case(s): 337 Clm No: 100361 Clm. Amt: $1,405.11**

*211 Seegers Ave*
*Elk Grove Vlg, IL 60007*
**Date Filed:** 1/9/2025
**Claim Face Value:** $1,405.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $1,405.11 | | $0.00 |
| | | | | $1,405.11 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Air Services Company**
**Case(s): 337 Clm No: 100362 Clm. Amt: $1,438.10**

*211 Seegers Ave*
*Elk Grove Vlg, IL 60007*
**Date Filed:** 1/9/2025
**Claim Face Value:** $1,438.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $1,438.10 | | $0.00 |
| | | | | $1,438.10 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Air Services Company**
**Case(s): 337 Clm No: 100363 Clm. Amt: $1,765.58**

*211 Seegers Ave*
*Elk Grove Vlg, IL 60007*
**Date Filed:** 1/9/2025
**Claim Face Value:** $1,765.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $1,765.58 | | $0.00 |
| | | | | $1,765.58 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Air Services Company**
**Case(s): 337 Clm No: 100373 Clm. Amt:**

*211 Seegers Ave*
*Elk Grove Village, IL 60007*
**Date Filed:** 1/20/2025
**Claim Face Value:**

**Air Vent**
**Case(s): 337 Clm No: 1113 Clm. Amt: $366,299.04**

*Attn: Mari Felix*
*1450 Virginia Ave*
*Baldwin Park, CA 91706*
**Date Filed:** 11/15/2024
**Claim Face Value:** $366,299.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $366,299.04 | | |
| | | | | $366,299.04 | | |

### Airgas USA LLC
**Case(s): 337 Clm No: 1528 Clm. Amt: $818.36**

*110 W 7th St*
*Tulsa, OK 74119*
**Date Filed:** 11/22/2024
**Claim Face Value:** $818.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $461.98 | | $0.00 |
| 337 | UNS | Allowed | | $356.38 | | $818.36 |
| | | | | $818.36 | | $818.36 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

### Airgas USA LLC
**Case(s): 337 Clm No: 987 Clm. Amt: $18,070.36**

*6055 Rockside Woods Blvd*
*Independence, OH 44131*
**Date Filed:** 11/12/2024
**Claim Face Value:** $18,070.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $7,260.55 | | $0.00 |
| 337 | UNS | Allowed | | $10,809.81 | | $18,070.36 |
| | | | | $18,070.36 | | $18,070.36 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

### Airgas USA LLC
**Case(s): 337 Clm No: 100160 Clm. Amt: $1,649.96**

*6055 Rockside Woods Blvd*
*Independence, OH 44131*
**Date Filed:** 12/18/2024
**Claim Face Value:** $1,649.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $1,649.96 | | $0.00 |
| | | | | $1,649.96 | | $0.00 |

### Airgas USA LLC
**Case(s): 337 Clm No: 100161 Clm. Amt: $5,093.92**

*6055 Rockside Woods Blvd*
*Independence, OH 44131*
**Date Filed:** 12/18/2024
**Claim Face Value:** $5,093.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $5,093.92 | | $0.00 |
| | | | | $5,093.92 | | $0.00 |

## Airgas USA LLC
**Case(s): 337 Clm No: 966 Clm. Amt: $3,412.15**

*6055 Rockside Woods Blvd*
*Independence, OH 44131*
**Date Filed:** 11/11/2024
**Claim Face Value:** $3,412.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,116.95 | | $0.00 |
| 337 | UNS | Allowed | | $2,295.20 | | $3,412.15 |
| | | | | $3,412.15 | | $3,412.15 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

## Airgas USA LLC
**Case(s): 337 Clm No: 967 Clm. Amt: $1,068.57**

*6055 Rockside Woods Blvd*
*Independence, OH 44131*
**Date Filed:** 11/11/2024
**Claim Face Value:** $1,068.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,068.57 | | |
| | | | | $1,068.57 | | |

## Airgas USA LLC
**Case(s): 337 Clm No: 964 Clm. Amt: $2,783.21**

*6055 Rockside Woods Blvd*
*Independence, OH 44131*
**Date Filed:** 11/11/2024
**Claim Face Value:** $2,783.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $1,182.99 | | $0.00 |
| 337 | UNS | | | $1,600.22 | | $1,600.22 |
| | | | | $2,783.21 | | $1,600.22 |

## Airgas USA, LLC
**Case(s): 337 Clm No: 1530 Clm. Amt: $35,414.34**

*110 W 7th St*
*Tulsa, OK 74119*
**Date Filed:** 11/22/2024
**Claim Face Value:** $35,414.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,518.29 | | $0.00 |
| 337 | UNS | Allowed | | $32,896.05 | | $35,414.34 |
| | | | | $35,414.34 | | $35,414.34 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

### Airmark, Inc dba Nelson Wood Shims
**Case(s): 337 Clm No: 545 Clm. Amt: $76,717.14**

*Attn: Jenni Johnson*
*P.O. Box 395*
*500 NW 3rd St*
*Cohasset, MN 55721*
**Date Filed:** 10/26/2024
**Claim Face Value:** $76,717.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $76,717.14 | | |
| | | | | $76,717.14 | | |

### AIU Insurance Company, Commerce and Industry Company, National Union Fire Insurance Company of Pittsburgh, PA., and certain other affiliates of AIG Property Casualty, Inc.
**Case(s): 337 Clm No: 100354 Clm. Amt:**

*Attn: Kevin J Larner, Esq*
*300 Kimball Dr, Ste 500*
*Parsippany, NJ 07054*
**Date Filed:** 12/16/2024
**Bar Date:** 5/25/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | | | | | |

### AJ & R Landscaping, Inc
**Case(s): 337 Clm No: 437 Clm. Amt:**

*106 E Brink St*
*Harvard, IL 60033*
**Date Filed:** 10/23/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

### Ajay Meixner Construction
**Case(s): 337 Clm No: 100087 Clm. Amt: $31,848.00**

*5767 Clark Mountain Rd*
*Lotus, CA 95651*
**Date Filed:** 12/11/2024
**Claim Face Value:** $31,848.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $31,848.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $31,848.00 |
| | | | | $31,848.00 | | $31,848.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

### Ajay Meixner Construction
**Case(s): 337 Clm No: 876 Clm. Amt: $30,898.00**

*5767 Clark Mountain Rd*
*Lotus, CA 95651*
**Date Filed:** 11/6/2024
**Claim Face Value:** $30,898.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $30,898.00 | | |
| | | | | $30,898.00 | | |

## Akers Industries Inc
**Case(s): 337 Clm No: 661 Clm. Amt: $465.54**

*115 Shawmut Rd*
*Canton, MA 02021*
**Date Filed:** 10/31/2024
**Claim Face Value:** $465.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $465.54 | | |
| | | | | $465.54 | | |

## Alan G Bryant
**Case(s): 337 Clm No: 609 Clm. Amt: $117,329.13**

*Address Redacted*
**Date Filed:** 10/29/2024
**Claim Face Value:** $117,329.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $117,329.13 | | |
| | | | | $117,329.13 | | |

## Albanese Confectionery Group
**Case(s): 337 Clm No: 946 Clm. Amt: $21,982.68**

*c/o Accounts Receivable Department*
*5441 E Lincoln Hwy*
*Merrillville, IN 46410*
**Date Filed:** 11/8/2024
**Claim Face Value:** $21,982.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $21,982.68 | | $0.00 |
| | | | | $21,982.68 | | $0.00 |

## Alexander Hardware, LLC
**Case(s): 337 Clm No: 2062 Clm. Amt: $10,907.47**

*22104 Farmington Rd*
*Farmington, MI 48336*
**Date Filed:** 12/2/2024
**Claim Face Value:** $10,907.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,907.47 | | |
| | | | | $10,907.47 | | |

## Alexandria Moulding, Inc.
**Case(s): 337 Clm No: 958 Clm. Amt: $111,236.95**

*Attn: Steven D Riska*
*2160 Satellite Blvd, Ste 450*
*Duluth, GA 30097*
**Date Filed:** 11/11/2024
**Claim Face Value:** $111,236.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $111,236.95 | | |
| | | | | $111,236.95 | | |

## Alissa Detaeje
**Case(s): 337 Clm No: 2060 Clm. Amt:**

*Address Redacted*
**Date Filed:** 12/3/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**All One God Faith, Inc, dba Dr. Bronner's**
**Case(s): 337 Clm No: 2277 Clm. Amt: $163,837.92**

*P.O. Box 1958*
*Vista, CA 92085*
**Date Filed:** 12/5/2024
**Claim Face Value:** $163,837.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $163,837.92 | | |
| | | | | $163,837.92 | | |

**All Tools Inc**
**Case(s): 337 Clm No: 2014 Clm. Amt: $74,867.00**

*P.O. Box 191784*
*San Juan, PR 00919*
**Date Filed:** 11/29/2024
**Claim Face Value:** $74,867.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $74,867.00 | | |
| | | | | $74,867.00 | | |

**All Tools Inc.**
**Case(s): 337 Clm No: 100284 Clm. Amt: $32,965.38**

*P.O. Box 191784*
*San Juan, PR 00919-1784*
**Date Filed:** 12/23/2024
**Claim Face Value:** $32,965.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $32,965.38 | | $0.00 |
| 337 | UNS | Allowed | | | | $32,965.38 |
| | | | | $32,965.38 | | $32,965.38 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/28/2025 | 1484 |

**All Tools, Inc**
**Case(s): 337 Clm No: 1708 Clm. Amt: $74,867.00**

*P.O. Box 191784*
*San Juan, PR 00919*
**Date Filed:** 11/25/2024
**Claim Face Value:** $74,867.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $74,867.00 | | |
| | | | | $74,867.00 | | |

**All Window Cleaning Services**
**Case(s): 337 Clm No: 502 Clm. Amt: $495.00**

*P.O. Box 549*
*Hinsdale, IL 60522*
**Date Filed:** 10/24/2024
**Amending Clm #:** 0
**Claim Face Value:** $495.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $495.00 | | |
| | | | | $495.00 | | |

## Alliance Hose & Rubber
### Case(s): 337 Clm No: 1022 Clm. Amt: $933.30

*945 N Larch Ave*
*Elmhurst, IL 60126*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $933.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $933.30 | | |
| | | | | $933.30 | | |

## Alliance Sports Group, L.P.
### Case(s): 337 Clm No: 100336 Clm. Amt: $346,335.44

*dba Alliance Consumer Group/ACG*
*700 Henrietta Creek Rd*
*Roanoke, TX 76262*
**Date Filed:** 12/23/2024
**Claim Face Value:** $346,335.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $346,335.44 | | $0.00 |
| | | | | $346,335.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 07/08/2025 | 1429 |

## Alliance Sports Group, L.P. d/b/a Alliance Consumer Group/ACG
### Case(s): 337 Clm No: 1745 Clm. Amt: $689,099.66

*Attn: Kevin Soulen*
*700 Henrietta Creek Rd*
*Roanoke, TX 76262*
**Date Filed:** 11/26/2024
**Claim Face Value:** $689,099.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $151,195.93 | | $0.00 |
| 337 | UNS | Allowed | | $537,903.73 | | $658,064.74 |
| | | | | $689,099.66 | | $658,064.74 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

## Allied Product Solutions
### Case(s): 337 Clm No: 1141 Clm. Amt: $652.04

*1691 Sands Pl, Ste H*
*Marietta, GA 30067*
**Date Filed:** 11/15/2024
**Claim Face Value:** $652.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $652.04 | | $0.00 |
| | | | | $652.04 | | $0.00 |

**Allied Products Corporation**
**Case(s): 337 Clm No: 2997 Clm. Amt: $24,002.87**

*1420 Kansas Ave*
*Kansas City, MO 64127*
**Date Filed:** 5/19/2025
**Orig. Date Filed:** 11/20/2024
**Amending Clm #:** 1304
**Claim Face Value:** $24,002.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,002.87 | | |
| | | | | $24,002.87 | | |

**Allied Products Corporation**
**Case(s): 337 Clm No: 1304 Clm. Amt: $24,002.87**

*1420 Kansas Ave*
*Kansas City, MO 64127*
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Amended By Clm #:** 2997
**Claim Face Value:** $24,002.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $24,002.87 | | $0.00 |
| 337 | UNS | Allowed | | | | $24,002.87 |
| | | | | $24,002.87 | | $24,002.87 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Allied Tube and Conduit**
**Case(s): 337 Clm No: 106 Clm. Amt: $617,857.48**

*c/o Atkore Intl*
*16100 S Lathrop Ave*
*Harvey, IL 60426*
**Date Filed:** 10/16/2024
**Claim Face Value:** $617,857.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $617,857.48 | | |
| | | | | $617,857.48 | | |

**Allied Universal Security (dba Universal Protection Service)**
**Case(s): 337 Clm No: 2507 Clm. Amt: $42,853.77**

*Attn: Ian Connelly*
*10255 W Higgins Rd, Ste 630*
*Rosemont, IL 60018*
**Date Filed:** 12/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $42,853.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $42,853.77 | | |
| | | | | $42,853.77 | | |

## Allied Universal Security Services
### Case(s): 337 Clm No: 100434 Clm. Amt: $67,098.74

*Attn: Michael DiPilato*
*1395 University Blvd*
*Jupiter, FL 33458*
**Date Filed:** 5/24/2025
**Claim Face Value:** $67,098.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $67,098.74 | | $0.00 |
| | | | | $67,098.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Allied Universal Security Services
### Case(s): 337 Clm No: 100341 Clm. Amt: $168,554.02

*Attn: Michael DiPilato*
*1395 University Blvd*
*Jupiter, FL 33458*
**Date Filed:** 12/23/2024
**Claim Face Value:** $168,554.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $168,554.02 | | $0.00 |
| 337 | UNS | Allowed | | | | $45,514.26 |
| | | | | $168,554.02 | | $45,514.26 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Allied Universal Security Services
### Case(s): 337 Clm No: 2176 Clm. Amt: $112,073.27

*Attn: Michael DiPilato*
*1395 University Blvd*
*Jupiter, FL 33458*
**Date Filed:** 12/4/2024
**Claim Face Value:** $112,073.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $112,073.27 | | |
| | | | | $112,073.27 | | |

## Allstate Floral, Inc
### Case(s): 337 Clm No: 1533 Clm. Amt: $44,000.68

*Attn: Wendy Zhao*
*14101 Park Pl*
*Cerritos, CA 90703*
**Date Filed:** 11/22/2024
**Claim Face Value:** $44,000.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,321.48 | | $0.00 |
| 337 | UNS | Allowed | | $42,679.20 | | $44,000.68 |
| | | | | $44,000.68 | | $44,000.68 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Allway Tools, Inc
### Case(s): 337 Clm No: 304 Clm. Amt: $93,288.25

*1255 Seabury Ave*
*Bronx, NY 10462*
**Date Filed:** 10/21/2024
**Claim Face Value:** $93,288.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $93,288.25 | | |
| | | | | $93,288.25 | | |

## Allway Tools, Inc.
### Case(s): 337 Clm No: 100149 Clm. Amt: $89,399.15

*1255 Seabury Ave*
*Bronx, NY 10462*
**Date Filed:** 12/17/2024
**Claim Face Value:** $89,399.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $89,399.15 | | $0.00 |
| 337 | UNS | Allowed | | | | $89,399.15 |
| | | | | $89,399.15 | | $89,399.15 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Alpha Assembly Solutions Inc
### Case(s): 337 Clm No: 770 Clm. Amt: $223,216.46

*4100 6th Ave*
*Altoona, PA 16602*
**Date Filed:** 11/1/2024
**Claim Face Value:** $223,216.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $45,165.90 | | $0.00 |
| 337 | UNS | Allowed | | $178,050.56 | | $182,589.36 |
| | | | | $223,216.46 | | $182,589.36 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Alterna Capital Solutions LLC
### Case(s): 337 Clm No: 2259 Clm. Amt: $62,036.47

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 12/5/2024
**Claim Face Value:** $62,036.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $62,036.47 | | |
| | | | | $62,036.47 | | |

**Altman Specialty Plants, LLC**
**Case(s): 337 Clm No: 2842 Clm. Amt: $31,590.49**

*3742 Blue Bird Canyon Rd*
*Vista, CA 92084*
**Date Filed:** 1/25/2025
**Bar Date:** 12/5/2025
**Claim Face Value:** $31,590.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $31,590.49 | | $0.00 |
| 337 | UNS | Allowed | | | | $31,590.49 |
| | | | | $31,590.49 | | $31,590.49 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Alton Industry Ltd. Group**
**Case(s): 341 Clm No: 5 Clm. Amt: $47,630.55**

*Attn: Kyle Stiffler*
*643 Innovation Dr*
*W Chicago, IL 60185*
**Date Filed:** 11/1/2024
**Claim Face Value:** $47,630.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | UNS | | | $47,630.55 | | |
| | | | | $47,630.55 | | |

**Amano Pioneer Eclipse Corporation**
**Case(s): 337 Clm No: 529 Clm. Amt: $54,010.48**

*9013-A Perimeter Wood Dr*
*Charlotte, NC 28216*
**Date Filed:** 10/24/2024
**Claim Face Value:** $54,010.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $54,010.48 | | |
| | | | | $54,010.48 | | |

**Amazon Web Services, Inc.**
**Case(s): 337 Clm No: 100308 Clm. Amt: $64,234.44**

*525 14th St S*
*Arlington, VA 22202*
**Date Filed:** 12/23/2024
**Claim Face Value:** $64,234.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $64,234.44 | | $0.00 |
| | | | | $64,234.44 | | $0.00 |

**Amazon Web Services, Inc.**
**Case(s): 337 Clm No: 2146 Clm. Amt: $113,176.62**

*c/o K&L Gates LLP*
*Attn: Brian Peterson*
*925 4th Ave, Ste 2900*
*Seattle, WA 98104*
**Date Filed:** 12/4/2024
**Claim Face Value:** $113,176.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Withdrawn | | $113,176.62 | | $0.00 |
| | | | | $113,176.62 | | $0.00 |

## Ambient Edge LLC
**Case(s): 337 Clm No: 4 Clm. Amt: $2,890.03**

*3270 Kino Ave*
*Kingman, AZ 86409*
**Date Filed:** 10/15/2024
**Claim Face Value:** $2,890.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,890.03 | | |
| | | | | $2,890.03 | | |

## American Athletic Shoe Co., Inc.
**Case(s): 337 Clm No: 1044 Clm. Amt: $3,593.37**

*Attn: Michael Opalinski*
*P.O. Box 777*
*Ware, MA 01082*
**Date Filed:** 11/13/2024
**Claim Face Value:** $3,593.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,593.37 | | |
| | | | | $3,593.37 | | |

## American Deer Proofing Inc.
**Case(s): 337 Clm No: 841 Clm. Amt: $10,783.62**

*Attn: Michael A Gaunya*
*P.O. Box 718*
*W Kingston, RI 02892*
**Date Filed:** 11/5/2024
**Claim Face Value:** $10,783.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,783.62 | | |
| | | | | $10,783.62 | | |

## American Distribution & Mfg Co, LLC
**Case(s): 337 Clm No: 1248 Clm. Amt: $814,745.98**

*7900 97th St S*
*Cottage Grove, MN 55016*
**Date Filed:** 11/19/2024
**Claim Face Value:** $814,745.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $371,785.11 | | $0.00 |
| 337 | UNS | Allowed | | $442,960.87 | | $442,960.87 |
| | | | | $814,745.98 | | $442,960.87 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## American GardenWorks, Inc.
**Case(s): 337 Clm No: 804 Clm. Amt: $23,479.24**

*Attn: Jeremy Brown*
*407 S Adeway*
*Fowler, IN 47944*
**Date Filed:** 11/4/2024
**Claim Face Value:** $23,479.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $23,479.24 | | |
| | | | | $23,479.24 | | |

## American Lumber Co, Inc
**Case(s): 337 Clm No: 594 Clm. Amt: $58,374.03**

*P.O. Box 111*
*1 American Way*
*Walden, NY 12586*
**Date Filed:** 10/29/2024
**Orig. Date Filed:** 10/29/2024
**Amending Clm #:** 592
**Claim Face Value:** $58,374.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $58,374.03 | | |
| | | | | $58,374.03 | | |

## American Lumber Co, Inc
**Case(s): 337 Clm No: 592 Clm. Amt: $58,374.03**

*P.O. Box 111*
*1 American Way*
*Walden, NY 12586*
**Date Filed:** 10/29/2024
**Amended By Clm #:** 594
**Claim Face Value:** $58,374.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $58,374.03 | | |
| | | | | $58,374.03 | | |

## American Lumber Co, Inc
**Case(s): 337 Clm No: 100070 Clm. Amt: $58,374.03**

*P.O. Box 111*
*1 American Way*
*Walden, NY 12586*
**Date Filed:** 12/10/2024
**Claim Face Value:** $58,374.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $58,374.03 | | $0.00 |
| | | | | $58,374.03 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## American Red Cross
**Case(s): 337 Clm No: 2861 Clm. Amt: $1,207.86**

*Attn: Valerie Jones*
*431 18th St*
*Washington, DC 20006*
**Date Filed:** 1/31/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,207.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,207.86 | | |
| | | | | $1,207.86 | | |

## American Tack Hardware Co
**Case(s): 337 Clm No: 2624 Clm. Amt: $34,747.71**

*Attn: Jose Antonio Pulido*
*12745 W Capitol Dr, Ste 205*
*Brookfield, WI 53005*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $34,747.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $33,480.03 | | $0.00 |
| 337 | UNS | | | $1,267.68 | | |
| | | | | $34,747.71 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## American Wholesale Corporation
**Case(s): 337 Clm No: 2163 Clm. Amt: $9,582.89**

*24000 US Hwy 75*
*Holton, KS 66436*
**Date Filed:** 12/4/2024
**Amended By Clm #:** 2167
**Claim Face Value:** $9,582.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $412.08 | Y | $0.00 |
| 337 | UNS | Disallowed | | $9,170.81 | Y | $0.00 |
| | | | | $9,582.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## American Wholesale Corporation
**Case(s): 337 Clm No: 2167 Clm. Amt: $9,582.89**

*24000 US Hwy 75*
*Holton, KS 66436*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2163
**Claim Face Value:** $9,582.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $9,582.89 | | |
| | | | | $9,582.89 | | |

## American Wood Fibers
### Case(s): 337 Clm No: 683 Clm. Amt: $463,325.62

Attn: Owen Ward
9740 Patuxent Woods Dr, Ste 500
Columbia, MD 21046
**Date Filed:** 10/29/2024
**Orig. Date Filed:** 10/28/2024
**Claim Face Value:** $463,325.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $40,458.00 | | $0.00 |
| 337 | UNS | Allowed | | $422,867.62 | | $451,178.42 |
| | | | | $463,325.62 | | $451,178.42 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## American Wood Fibers
### Case(s): 337 Clm No: 524 Clm. Amt: $463,325.62

Attn: Owen Ward
9740 Patuxent Woods Dr, Ste 500
Columbia, MD 21046
**Date Filed:** 10/28/2024
**Orig. Date Filed:** 10/28/2024
**Claim Face Value:** $463,325.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $40,458.00 | Y | $0.00 |
| 337 | UNS | Disallowed | | $422,867.62 | Y | $0.00 |
| | | | | $463,325.62 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## AmeriGas Propane, L.P.
### Case(s): 337 Clm No: 100140 Clm. Amt: $131,389.92

500 N Gulph Rd
King of Prussia, PA 19406
**Date Filed:** 12/17/2024
**Claim Face Value:** $131,389.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $131,389.92 | | $0.00 |
| | | | | $131,389.92 | | $0.00 |

## AmeriGas Propane, L.P.
### Case(s): 337 Clm No: 1732 Clm. Amt: $193,857.38

Attn: Jonathan DeAngelis, National Accounts
Supervisor
500 N Gulph Rd
King of Prussia, PA 19406
**Date Filed:** 11/26/2024
**Claim Face Value:** $193,857.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $89,599.59 | | $0.00 |
| 337 | UNS | Allowed | | $104,257.79 | | $184,239.25 |
| | | | | $193,857.38 | | $184,239.25 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/28/2025 | 1484 |

## Ameris Bank d/b/a Balboa Capital
### Case(s): 337 Clm No: 1987 Clm. Amt: $121,104.38

c/o Darcy & Devassy PC
Attn: Alex Darcy
444 N Michigan Ave, Ste 3270
Chicago, IL 60611
**Date Filed:** 11/29/2024
**Claim Face Value:** $121,104.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $121,104.38 | | |
| | | | | $121,104.38 | | |

## Ameriscape Inc
### Case(s): 337 Clm No: 142 Clm. Amt: $104,858.00

P.O. Box 439
Harbor Springs, MI 49740
**Date Filed:** 10/17/2024
**Claim Face Value:** $104,858.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $104,858.00 | | |
| | | | | $104,858.00 | | |

## Amerock LLC Ferguson US Holdings
### Case(s): 337 Clm No: 1619 Clm. Amt: $139,317.26

Attn: Melissa Galambos
10115 Kincey Ave, Ste 210
Huntersville, NC 28078
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $139,317.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $1,061.42 | | $0.00 |
| 337 | UNS | | | $138,255.84 | | $138,255.84 |
| | | | | $139,317.26 | | $138,255.84 |

## Amerock, LLC
### Case(s): 337 Clm No: 100186 Clm. Amt: $1,238.68

10115 Kincey Ave, Ste 210
Huntersville, NC 28078
**Date Filed:** 12/19/2024
**Claim Face Value:** $1,238.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $1,238.68 | | $0.00 |
| | | | | $1,238.68 | | $0.00 |

## Amerock, LLC
### Case(s): 337 Clm No: 100188 Clm. Amt: $1,238.68

*10115 Kincey Ave, Ste 210*
*Huntersville, NC 28078*
**Date Filed:** 12/19/2024
**Claim Face Value:** $1,238.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $1,238.68 | Y | $0.00 |
| | | | | $1,238.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Ames Research Laboratories, Inc
### Case(s): 337 Clm No: 82 Clm. Amt: $1,441.70

*1891 16th St SE*
*Salem, OR 97302*
**Date Filed:** 10/16/2024
**Claim Face Value:** $1,441.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,441.70 | | |
| | | | | $1,441.70 | | |

## Ammega US Inc.
### Case(s): 337 Clm No: 1690 Clm. Amt: $76,766.26

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/26/2024
**Claim Face Value:** $76,766.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Withdrawn | | $76,766.26 | | $0.00 |
| | | | | $76,766.26 | | $0.00 |

## Ammex Corporation
### Case(s): 337 Clm No: 2660 Clm. Amt: $62,531.00

*1019 W James*
*Kent, WA 98032*
**Date Filed:** 12/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $62,531.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $62,531.00 | | |
| | | | | $62,531.00 | | |

## Ammex Corporation
### Case(s): 337 Clm No: 2661 Clm. Amt: $64,221.60

*1019 W James*
*Kent, WA 98032*
**Date Filed:** 12/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $64,221.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $64,221.60 | | $0.00 |
| | | | | $64,221.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Ammex Corporation
**Case(s): 337 Clm No: 141 Clm. Amt: $159,294.50**

*Attn: Chief Financial Officer*
*1019 W James St*
*Kent, WA 98032*
**Date Filed:** 10/17/2024
**Claim Face Value:** $159,294.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $159,294.50 | | |
| | | | | $159,294.50 | | |

## Amrep, Inc.
**Case(s): 337 Clm No: 1323 Clm. Amt: $643,649.77**

*Attn: General Counsel*
*600 Galleria Pkwy, Ste 1500*
*Atlanta, GA 30339*
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $643,649.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $80,339.57 | | $0.00 |
| 337 | UNS | | | $563,310.20 | | $563,310.20 |
| | | | | $643,649.77 | | $563,310.20 |

## AMSA Inc dba Versacart Systems Inc
**Case(s): 337 Clm No: 2409 Clm. Amt: $27,068.38**

*P.O. Box 17425*
*Boulder, CO 80308*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $27,068.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $10,062.98 | | $0.00 |
| 337 | UNS | | | $17,005.40 | | |
| | | | | $27,068.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Anchor Industries Inc
**Case(s): 337 Clm No: 158 Clm. Amt: $101,861.07**

*7701 Hwy 41 N*
*Evansville, IN 47725*
**Date Filed:** 10/17/2024
**Claim Face Value:** $101,861.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $101,861.07 | | |
| | | | | $101,861.07 | | |

### Andersen Material Handling
**Case(s): 337 Clm No: 100236 Clm. Amt: $13,269.96**

*c/o Swanson, Martin & Bell, LLP*
*Attn: Charles S Stahl Jr*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 12/20/2024
**Claim Face Value:** $13,269.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $13,269.96 | | $0.00 |
| | | | | $13,269.96 | | $0.00 |

### Andersen Material Handling
**Case(s): 337 Clm No: 2351 Clm. Amt: $33,280.47**

*c/o Swanson Martin & Bell, LLP*
*Attn: Charles S Stahl, Jr*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 12/5/2024
**Claim Face Value:** $33,280.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $33,280.47 | | |
| | | | | $33,280.47 | | |

### Andrew Davis
**Case(s): 340 Clm No: 17 Clm. Amt: $935.00**

*Address Redacted*
**Date Filed:** 12/3/2024
**Claim Face Value:** $935.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 340 | UNS | | | $935.00 | | |
| | | | | $935.00 | | |

### Anglo American Enterprises Corp.
**Case(s): 337 Clm No: 861 Clm. Amt: $1,855.50**

*403 Kennedy Blvd*
*Somerdale, NJ 08083*
**Date Filed:** 11/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,855.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,855.50 | | |
| | | | | $1,855.50 | | |

### Animal Health International, Inc.
**Case(s): 337 Clm No: 904 Clm. Amt: $45,428.39**

*Attn: Christopher Camardello*
*1031 Mendota Heights Rd*
*St Paul, MN 55120*
**Date Filed:** 11/7/2024
**Claim Face Value:** $45,428.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $45,428.39 | | |
| | | | | $45,428.39 | | |

### Anissha R Hamilton
**Case(s): 337 Clm No: 2503 Clm. Amt:**

*302 Gioia Cir*
*Corsicana, TX 75110*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | PRI | | | Unknown | Y | |
| 337 | UNS | | | | | |

## Annin & Co
### Case(s): 337 Clm No: 1067 Clm. Amt: $154,176.50

*Attn: Paul Agnone*
*430 Mountain Ave, Ste 410*
*New Providence, NJ 07974*
**Date Filed:** 11/14/2024
**Claim Face Value:** $154,176.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $154,176.50 | | |
| | | | | $154,176.50 | | |

## Annin & Co
### Case(s): 337 Clm No: 1069 Clm. Amt: $34,084.18

*Attn: Paul Agnone*
*430 Mountain Ave, Ste 410*
*New Providence, NJ 07974*
**Date Filed:** 11/14/2024
**Claim Face Value:** $34,084.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $34,084.18 | | |
| | | | | $34,084.18 | | |

## Annin & Co
### Case(s): 337 Clm No: 1070 Clm. Amt: $48,622.34

*Attn: Paul Agnone*
*430 Mountain Ave, Ste 410*
*New Providence, NJ 07974*
**Date Filed:** 11/14/2024
**Claim Face Value:** $48,622.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $48,622.34 | | |
| | | | | $48,622.34 | | |

## Annin Flagmakers
### Case(s): 337 Clm No: 173 Clm. Amt:

*P.O. Box 847660*
*Boston, MA 02284-0076*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

## Anthony Barber Associates, Ltd.
### Case(s): 337 Clm No: 1974 Clm. Amt: $733.49

*9030 Northfield Dr, Ste A*
*Fort Mill, SC 29707*
**Date Filed:** 11/27/2024
**Claim Face Value:** $733.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $733.49 | | |
| | | | | $733.49 | | |

## Anthony Hammond Murphy
### Case(s): 337 Clm No: 678 Clm. Amt: $12,000.00

*c/o Lawrence Fisher*
*301 Sophia St*
*Fredericksburg, VA 22401*
**Date Filed:** 10/30/2024
**Claim Face Value:** $12,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,000.00 | | |
| | | | | $12,000.00 | | |

## AOB Products Company
**Case(s): 337 Clm No: 2486 Clm. Amt: $59,786.40**

*711 E Main St, Ste 3*
*Chicopee, MA 01020*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $29,893.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $29,893.20 | | $0.00 |
| 337 | ADM | Disallowed | | $29,893.20 | | $0.00 |
| | | | | $59,786.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |
| Claim does not agree with books | 08/22/2025 | 1542 | Objection Granted | 09/19/2025 | 1561 |

## Aon Consulting, Inc. (NJ)
**Case(s): 337 Clm No: 1385 Clm. Amt: $67,071.17**

*4 Overlook Point*
*Lincolnshire, IL 60069*
**Date Filed:** 11/21/2024
**Claim Face Value:** $67,071.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $67,071.17 | | |
| | | | | $67,071.17 | | |

## Apex Lumber Store # 13172
**Case(s): 337 Clm No: 100213 Clm. Amt: $9,300.00**

*4527 White Plains Rd*
*Bronx, NY 10470*
**Date Filed:** 12/19/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Apex Pest Control Service, Inc
**Case(s): 337 Clm No: 417 Clm. Amt: $50,776.59**

*26118 Broadway Ave, Unit 5*
*Oakwood Village, OH 44146*
**Date Filed:** 10/23/2024
**Claim Face Value:** $50,776.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $50,776.59 | | |
| | | | | $50,776.59 | | |

## Apex Pest Control Service, Inc.
**Case(s): 337 Clm No: 100162 Clm. Amt:**

*26118 Broadway Ave, Unit 5*
*Oakwood Village, OH 44146*
**Date Filed:** 12/18/2024
**Claim Face Value:**

## Apex Tool Group, LLC
**Case(s): 337 Clm No: 1650 Clm. Amt: $3,067,786.02**

*Attn: Maggie Drozd*
*13620 Reese Blvd E, Ste 410*
*Hunterville, NC 28078*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 2994
**Claim Face Value:** $3,067,786.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $270,800.23 | | $0.00 |
| 337 | ADM | Disallowed | | $270,800.23 | | $0.00 |
| 337 | UNS | Disallowed | | $2,526,185.56 | | $0.00 |
| | | | | $3,067,786.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

## Apex Tool Group, LLC
**Case(s): 337 Clm No: 2994 Clm. Amt: $3,067,786.02**

*Attn: Maggie Drozd*
*13620 Reese Boulevard Pkwy E, Ste 410*
*Hunterville, NC 28078*
**Date Filed:** 5/9/2025
**Amending Clm #:** 1650
**Claim Face Value:** $3,067,786.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $270,800.23 | | $0.00 |
| 337 | ADM | Disallowed | | $258,803.02 | | $0.00 |
| 337 | UNS | Allowed | | $2,538,182.77 | | $2,892,977.56 |
| | | | | $3,067,786.02 | | $2,892,977.56 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Aqua-Leisure Recreation LLC
**Case(s): 337 Clm No: 2721 Clm. Amt: $20,891.88**

*100 Technology Center Dr, Ste 500*
*Stoughton, MA 02072*
**Date Filed:** 12/26/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $20,891.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $20,891.88 | | |
| | | | | $20,891.88 | | |

## Aquamor LLC
**Case(s): 337 Clm No: 652 Clm. Amt: $10,482.52**

*42188 Rio Nedo*
*Temecula, CA 92590*
**Date Filed:** 10/30/2024
**Claim Face Value:** $10,482.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,482.52 | | |
| | | | | $10,482.52 | | |

## Arbec Forest Products Inc.
**Case(s): 337 Clm No: 1060 Clm. Amt: $92,753.69**

*Attn: Claire Girard*
*8000 Langelier Blvd, Ste 210*
*Montréal, QC H1P 3K2*
*Canada*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $92,753.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $92,753.69 | | |
| | | | | $92,753.69 | | |

## ARC Equipment Finance LLC
**Case(s): 337 Clm No: 2998 Clm. Amt: $86,571.76**

*17W635 Butterfield Rd, Unit 130*
*Oakbrook Terrace, IL 60181*
**Date Filed:** 5/20/2025
**Orig. Date Filed:** 12/3/2024
**Amending Clm #:** 2089
**Claim Face Value:** $86,571.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | Satisfied | | $86,571.76 | | $0.00 |
| | | | | $86,571.76 | | $0.00 |

## ARC Equipment Finance LLC
**Case(s): 337 Clm No: 2089 Clm. Amt: $3,935.08**

*17W635 Butterfield Rd, Unit 130*
*Oakbrook Terrace, IL 60181*
**Date Filed:** 12/3/2024
**Amended By Clm #:** 2998
**Claim Face Value:** $3,935.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | Disallowed | | $3,935.08 | | $0.00 |
| | | | | $3,935.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Filed | | |

## Arcadia Publishing, Inc
**Case(s): 337 Clm No: 2854 Clm. Amt: $391.54**

*210 Wingo Way, Ste 200*
*Mt Pleasant, SC 29464*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $391.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $391.54 | | |
| | | | | $391.54 | | |

**Arcadia Publishing, Inc**
**Case(s): 337 Clm No: 2855 Clm. Amt: $511.36**

*210 Wingo Way, Ste 200*
*Mt Pleasant, SC 29464*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $511.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $511.36 | | |
| | | | | $511.36 | | |

**Arcadia Publishing, Inc**
**Case(s): 337 Clm No: 2856 Clm. Amt: $617.77**

*210 Wingo Way, Ste 200*
*Mt Pleasant, SC 29464*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $617.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $617.77 | | |
| | | | | $617.77 | | |

**Arcadia Publishing, Inc**
**Case(s): 337 Clm No: 1603 Clm. Amt: $13,983.45**

*210 Wingo Way, Ste 200*
*Mt Pleasant, SC 29464*
**Date Filed:** 11/23/2024
**Claim Face Value:** $13,983.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $1,918.80 | | $0.00 |
| 337 | UNS | Allowed | | $12,064.65 | | $13,983.45 |
| | | | | $13,983.45 | | $13,983.45 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Archer Daniels Midland Co.**
**Case(s): 337 Clm No: 905 Clm. Amt: $184,272.95**

*P.O. Box 1470*
*4666 Faries Pkwy*
*Decatur, IL 62525*
**Date Filed:** 11/7/2024
**Claim Face Value:** $184,272.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $184,272.95 | | |
| | | | | $184,272.95 | | |

**Ardex LLC**
**Case(s): 337 Clm No: 2982 Clm. Amt: $88,587.26**

*Attn: Lorie Wagoner*
*400 Ardex Park Dr*
*Admin Bldg 3 Accounting*
*Aliquippa, PA 15001*
**Date Filed:** 4/29/2025
**Amending Clm #:** 0
**Claim Face Value:** $88,587.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $88,587.26 | | |
| | | | | $88,587.26 | | |

## Ardisam, Inc.
### Case(s): 337 Clm No: 1714 Clm. Amt: $18,110.54

Attn: Joseph Miller
1730 Industrial Ave
Cumberland, WI 54829
**Date Filed:** 11/26/2024
**Claim Face Value:** $18,110.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $18,110.54 | | |
| | | | | $18,110.54 | | |

## Argos Puerto Rico Corp.
### Case(s): 337 Clm No: 2727 Clm. Amt: $35,348.91

P.O. Box 1477
Vega Alta, PR 00692-1477
Puerto Rico
**Date Filed:** 12/27/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $35,348.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $35,348.91 | | |
| | | | | $35,348.91 | | |

## Ariens Company
### Case(s): 337 Clm No: 100192 Clm. Amt: $88,295.02

655 W Ryan St
Brillion, WI 54110
**Date Filed:** 12/19/2024
**Claim Face Value:** $88,295.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $88,295.02 | | $0.00 |
| | | | | $88,295.02 | | $0.00 |

## Arizona Department of Revenue
### Case(s): 342 Clm No: 4 Clm. Amt: $32,076.00

c/o Office of the Arizona Attorney General - BCE
Attn: Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Ste 100
Phoenix, AZ 85004
**Date Filed:** 10/28/2024
**Amended By Clm #:** 39
**Claim Face Value:** $32,076.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | PRI | Disallowed | | $31,834.00 | | $0.00 |
| 342 | UNS | Disallowed | | $242.00 | | $0.00 |
| | | | | $32,076.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Arizona Department of Revenue
### Case(s): 337 Clm No: 559 Clm. Amt: $1,500.00

c/o Office of the Arizona Attorney General - BCE
Attn: Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Ste 100
Phoenix, AZ 85004
**Date Filed:** 10/28/2024
**Claim Face Value:** $1,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

## Arizona Department of Revenue
### Case(s): 342 Clm No: 39 Clm. Amt: $4,851.00

*c/o Office of the Arizona Attorney General - BCE*
*Attn: Tax, Bankruptcy and Collection Sct*
*2005 N Central Ave, Ste 100*
*Phoenix, AZ 85004*
**Date Filed:** 7/10/2025
**Orig. Date Filed:** 10/28/2024
**Amending Clm #:** 4
**Claim Face Value:** $4,851.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 342 | PRI | Satisfied | | $484.00 | | $0.00 |
| 342 | UNS | | | $4,367.00 | | |
| | | | | $4,851.00 | | $0.00 |

## Arkansas Department of Finance and Administration
### Case(s): 337 Clm No: 3038 Clm. Amt: $689.38

*Attn: Revenue Legal Counsel*
*P.O. Box 1272, Rm 2380*
*Little Rock, AR 72203*
**Date Filed:** 4/12/2025
**Claim Face Value:** $689.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | PRI | Satisfied | | $555.38 | | $0.00 |
| 337 | UNS | | | $134.00 | | $134.00 |
| | | | | $689.38 | | $134.00 |

## Arkema Inc
### Case(s): 337 Clm No: 456 Clm. Amt: $24,639.70

*Attn: Ralph Salgado, Legal*
*900 1st Ave*
*King of Prussia, PA 19406*
**Date Filed:** 10/23/2024
**Claim Face Value:** $24,639.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $24,639.70 | | |
| | | | | $24,639.70 | | |

## Arkema Inc.
### Case(s): 337 Clm No: 1125 Clm. Amt: $24,639.70

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $24,639.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $24,639.70 | | |
| | | | | $24,639.70 | | |

## Armaly Brands
### Case(s): 337 Clm No: 1735 Clm. Amt: $9,054.36

*Attn: Ann Marie Armaly*
*P.O. Box 611*
*Walled Lake, MI 48390-0611*
**Date Filed:** 11/26/2024
**Claim Face Value:** $9,054.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $9,054.36 | | |
| | | | | $9,054.36 | | |

## Armin Innovative Products Inc
### Case(s): 337 Clm No: 487 Clm. Amt: $1,818.48

Attn: Thomas Welch
P.O. Box 26
1424 Somerset Ave
Dighton, MA 02715
**Date Filed:** 10/23/2024
**Claim Face Value:** $1,818.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $1,818.48 | | |
| | | | | $1,818.48 | | |

## Arrow Fastener Company, LLC
### Case(s): 337 Clm No: 1839 Clm. Amt: $471,310.30

c/o Parker Poe Adams & Bernstein LLP
Attn: Chip Ford
620 S Tryon St, Ste 800
Charlotte, NC 28202
**Date Filed:** 11/27/2024
**Claim Face Value:** $471,310.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $35,888.98 | | $0.00 |
| 337 | UNS | Allowed | | $435,421.32 | | $437,973.65 |
| | | | | $471,310.30 | | $437,973.65 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Arrow Fastener Company, LLC
### Case(s): 337 Clm No: 100232 Clm. Amt: $359,980.84

c/o Parker Poe Adams & Bernstein LLP
Attn: Kiah T Ford
620 S Tryon St, Ste 800
Charlotte, NC 28202
**Date Filed:** 12/20/2024
**Claim Face Value:** $359,980.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $359,980.84 | | $0.00 |
| | | | | $359,980.84 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 07/10/2025 | 1448 |

## Arrow Lock & Door Hardware
### Case(s): 337 Clm No: 2156 Clm. Amt: $6,516.80

3625 Alleghany Dr
Salem, VA 24153
**Date Filed:** 12/2/2024
**Claim Face Value:** $6,516.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $6,516.80 | | |
| | | | | $6,516.80 | | |

## Arrowhead Brass & Plumbing LLC
### Case(s): 337 Clm No: 1685 Clm. Amt: $198,118.81

c/o Newmeyer Dillion LLP
Attn: James Ficenec
2033 N Main St, Ste 500
Walnut Creek, CA 94526
**Date Filed:** 11/26/2024
**Claim Face Value:** $198,118.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $198,118.81 | | |
| | | | | $198,118.81 | | |

## Arrowhead Engineered Products
### Case(s): 337 Clm No: 835 Clm. Amt: $581,142.39

Attn: Robert Alvey
3705 95th Ave NE
Blaine, MN 55014
**Date Filed:** 11/5/2024
**Claim Face Value:** $581,142.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $388,755.05 | | $0.00 |
| 337 | UNS | Allowed | | $192,387.34 | | $552,353.61 |
| | | | | $581,142.39 | | $552,353.61 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Arroworthy
### Case(s): 337 Clm No: 1567 Clm. Amt: $2,656.03

Attn: Len Zichlin
248 Wyandanch Ave
W Babylon, NY 11704
**Date Filed:** 11/25/2024
**Claim Face Value:** $2,656.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,656.03 | | |
| | | | | $2,656.03 | | |

## Artificial Turf Supply, LLC
### Case(s): 337 Clm No: 149 Clm. Amt: $500.00

830-13 A1A N, Unit 160
Ponte Vedra Beach, FL 32082
**Date Filed:** 10/17/2024
**Claim Face Value:** $500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $500.00 | | |
| | | | | $500.00 | | |

## Artificial Turf Supply, LLC
### Case(s): 337 Clm No: 150 Clm. Amt: $5,027.00

830-13 A1A N, Unit 160
Ponte Vedra Beach, FL 32082
**Date Filed:** 10/17/2024
**Claim Face Value:** $5,027.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,027.00 | | |
| | | | | $5,027.00 | | |

## ARTU - USA, Inc
**Case(s): 337 Clm No: 1351 Clm. Amt: $5,600.16**

*330 Fields Dr*
*Aberdeen, NC 28315*
**Date Filed:** 11/20/2024
**Claim Face Value:** $5,600.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,600.16 | | |
| | | | | $5,600.16 | | |

## ARTU-USA, LLC.
**Case(s): 337 Clm No: 2972 Clm. Amt: $2,266.28**

*Attn: Beverly Tate Cooper*
*330 Fields Dr*
*Aberdeen, NC 28315*
**Date Filed:** 4/15/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,266.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,266.28 | | |
| | | | | $2,266.28 | | |

## AS America, Inc
**Case(s): 337 Clm No: 17 Clm. Amt: $107,952.01**

*2105 Elm Hill Pike, Ste 105*
*Nashville, TN 37210*
**Date Filed:** 10/16/2024
**Claim Face Value:** $107,952.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $6,776.08 | | $0.00 |
| 337 | UNS | Allowed | | $101,175.93 | | $104,200.35 |
| | | | | $107,952.01 | | $104,200.35 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## ASC Engineered Solutions LLC
**Case(s): 337 Clm No: 100346 Clm. Amt: $3,117.18**

*2001 Spring Rd, Ste 300*
*Oak Brook, IL 60523*
**Date Filed:** 12/23/2024
**Claim Face Value:** $3,117.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $3,117.18 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,117.18 |
| | | | | $3,117.18 | | $3,117.18 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## ASC Engineered Solutions LLC
**Case(s): 337 Clm No: 670 Clm. Amt: $473,021.92**

*Attn: Patricia Rupert*
*2001 Spring Rd, Ste 300*
*Oak Brook, IL 60523*
**Date Filed:** 10/31/2024
**Claim Face Value:** $473,021.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $473,021.92 | | |
| | | | | $473,021.92 | | |

## Ascendo Resources LLC
**Case(s): 337 Clm No: 2428 Clm. Amt: $8,320.00**

*500 W Cypress Creek Rd, Ste 230*
*Fort Lauderdale, FL 33309*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,320.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | PRI | Disallowed | | $8,320.00 | | $0.00 |
| | | | | $8,320.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Ashland Specialty Ingredients G.P.
**Case(s): 337 Clm No: 1647 Clm. Amt: $57,844.26**

*c/o Vorys Sater Seymour and Pease LLP*
*Attn: Tiffany Strelow Cobb*
*52 E Gay St*
*Columbus, OH 43215*
**Date Filed:** 11/26/2024
**Claim Face Value:** $57,844.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $32,830.00 | | $0.00 |
| 337 | UNS | | | $25,014.26 | | $25,014.26 |
| | | | | $57,844.26 | | $25,014.26 |

## Ashland Water Group, Inc
**Case(s): 337 Clm No: 2592 Clm. Amt: $63,495.06**

*1191 Commerce Pkwy*
*Ashland, OH 44805*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $63,495.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $63,495.06 | | |
| | | | | $63,495.06 | | |

## Ashland Water Group, Inc
**Case(s): 337 Clm No: 358 Clm. Amt: $256,273.18**

*1191 Commerce Pkwy*
*Ashland, OH 44805*
**Date Filed:** 10/23/2024
**Claim Face Value:** $256,273.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $256,273.18 | | |
| | | | | $256,273.18 | | |

## ASM Industries/Pacer Pumps
**Case(s): 337 Clm No: 1149 Clm. Amt: $33,417.10**

*41 Industrial Cir*
*Lancaster, PA 17601*
**Date Filed:** 11/15/2024
**Claim Face Value:** $33,417.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $33,417.10 | | |
| | | | | $33,417.10 | | |

## Asphalt Research Technology, Inc.
**Case(s): 337 Clm No: 2335 Clm. Amt: $47,846.02**

*c/o The EZ Street Company*
*13611 S Dixie Hwy, Ste 430*
*Miami, FL 33176*
**Date Filed:** 12/5/2024
**Claim Face Value:** $47,846.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $47,846.02 | | |
| | | | | $47,846.02 | | |

## Assa Abloy
**Case(s): 337 Clm No: 1525 Clm. Amt: $141,276.64**

*Attn: Bill Johnston, Credit Manager*
*110 Sargent Dr*
*New Haven, CT 06511*
**Date Filed:** 11/21/2024
**Amended By Clm #:** 3033
**Claim Face Value:** $141,276.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $4,657.86 | | $0.00 |
| 337 | UNS | Disallowed | | $136,618.78 | | $0.00 |
| | | | | $141,276.64 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/31/2025 | 1500 |
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Assa Abloy
**Case(s): 337 Clm No: 3033 Clm. Amt: $141,276.64**

*110 Sargent Dr*
*New Haven, CT 06511*
**Date Filed:** 6/9/2025
**Orig. Date Filed:** 11/21/2024
**Amending Clm #:** 1525
**Claim Face Value:** $141,276.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | | | $0.00 |
| 337 | SEC | Disallowed | | $85,317.49 | | $0.00 |
| 337 | UNS | Allowed | | $55,959.15 | | $136,618.78 |
| | | | | $141,276.64 | | $136,618.78 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Asset Collections Inc ftbo Tarantin Industries
**Case(s): 337 Clm No: 389 Clm. Amt: $42,150.24**

*6600 SW 92nd Ave, Ste 120*
*Portland, OR 97223*
**Date Filed:** 10/24/2024
**Claim Face Value:** $42,150.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $42,150.24 | | |
| | | | | $42,150.24 | | |

## Associated Heating and Air Conditioning Inc
**Case(s): 337 Clm No: 2600 Clm. Amt: $536.87**

*90330 Hwy 99 N*
*Eugene, OR 97402*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $536.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $536.87 | | |
| | | | | $536.87 | | |

## Associated Material Handling Industries, Inc.
**Case(s): 337 Clm No: 100234 Clm. Amt: $89,909.80**

*c/o Swanson, Martin & Bell, LLP*
*Attn: Charles S Stahl Jr*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 12/20/2024
**Claim Face Value:** $89,909.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $89,909.80 | | $0.00 |
| 337 | UNS | Allowed | | | | $58,169.04 |
| | | | | $89,909.80 | | $58,169.04 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Associated Material Handling Solutions, Inc.
**Case(s): 337 Clm No: 2320 Clm. Amt: $447,768.28**

*c/o Swanson, Martin & Bell, LLP*
*Attn: Charles S Stahl, Jr*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 12/5/2024
**Claim Face Value:** $447,768.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $447,768.28 | | |
| | | | | $447,768.28 | | |

## Athens Stonecasting Inc
**Case(s): 337 Clm No: 392 Clm. Amt: $15,413.84**

*191 Richmar Rd*
*Athens, GA 30607*
**Date Filed:** 10/24/2024
**Claim Face Value:** $15,413.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $15,413.84 | | |
| | | | | $15,413.84 | | |

**Atlanta Motive Power Service LLC**
**Case(s): 337 Clm No: 1614 Clm. Amt: $25,560.48**

*P.O. Box 467*
*Barnesvillle, GA 30204*
**Date Filed:** 11/25/2024
**Amended By Clm #:** 1741
**Claim Face Value:** $25,560.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $25,560.48 | | |
| | | | | $25,560.48 | | |

**Atlanta Motive Power Service LLC**
**Case(s): 337 Clm No: 1741 Clm. Amt: $25,560.48**

*P.O. Box 467*
*Barnesvillle, GA 30204*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 11/25/2024
**Amending Clm #:** 1614
**Claim Face Value:** $25,560.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $25,560.48 | | |
| | | | | $25,560.48 | | |

**Atlantic Safety Products, Inc.**
**Case(s): 337 Clm No: 1428 Clm. Amt: $10,140.00**

*55 Barnstead Rd*
*Pittsfield, NH 03263*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,140.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,140.00 | | |
| | | | | $10,140.00 | | |

**Atlantic Tape and Packaging**
**Case(s): 337 Clm No: 2889 Clm. Amt: $2,117.97**

*100 Gardner Park, Ste 200*
*Peachtree City, GA 30269*
**Date Filed:** 2/19/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,117.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,117.97 | | |
| | | | | $2,117.97 | | |

**Atlas Chemical Corp.**
**Case(s): 337 Clm No: 1361 Clm. Amt: $18,325.68**

*P.O. Box 141*
*Cedar Rapids, IA 52406*
**Date Filed:** 11/20/2024
**Claim Face Value:** $18,325.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $18,325.68 | | |
| | | | | $18,325.68 | | |

**Atlas Toyota Material Handling LLC**
**Case(s): 337 Clm No: 2728 Clm. Amt: $96,545.33**

*1815 Landmeier Rd*
*Elk Grove Village, IL 60007*
**Date Filed:** 12/26/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $96,545.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $96,545.33 | | |
| | | | | $96,545.33 | | |

**Atmos Energy Corporation**
**Case(s): 337 Clm No: 1302 Clm. Amt: $329.52**

Attn: Bankruptcy Group
P.O. Box 650205
Dallas, TX 75265-0205
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $329.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $329.52 | | |
| | | | | $329.52 | | |

**Auburn Hardware and Rental, LLC**
**Case(s): 337 Clm No: 2945 Clm. Amt: $48,320.38**

c/o Auburn Ace Hardware
420 Grass Valley Hwy
Auburn, CA 95603
**Date Filed:** 3/20/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $48,320.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $48,320.38 | | |
| | | | | $48,320.38 | | |

**AudioEye, Inc.**
**Case(s): 337 Clm No: 2135 Clm. Amt: $8,950.00**

Attn: AR
5210 E Williams Cir, Ste 750
Tucson, AZ 85711
**Date Filed:** 12/4/2024
**Claim Face Value:** $8,950.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,950.00 | | |
| | | | | $8,950.00 | | |

**Automationdirect.com, Inc**
**Case(s): 337 Clm No: 1973 Clm. Amt: $500.50**

3505 Hutchinson Rd
Cumming, GA 30040
**Date Filed:** 11/27/2024
**Claim Face Value:** $500.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $500.50 | | |
| | | | | $500.50 | | |

**Automax**
**Case(s): 337 Clm No: 100116 Clm. Amt: $1,990.70**

1940 Internationale Pkwy, Ste 550
Woodridge, IL 60517
**Date Filed:** 12/14/2024
**Claim Face Value:** $1,990.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $1,990.70 | | $0.00 |
| 337 | UNS | Disallowed | | | | $0.00 |
| | | | | $1,990.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

**Automax Corporation**
**Case(s): 337 Clm No: 2532 Clm. Amt: $1,990.70**

*1940 Internationale Pkwy, Ste 550*
*Woodridge, IL 60517*
**Date Filed:** 12/14/2024
**Orig. Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1363
**Claim Face Value:** $1,990.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,990.70 | | |
| | | | | $1,990.70 | | |

**Automax Corporation**
**Case(s): 337 Clm No: 1363 Clm. Amt: $1,990.70**

*1940 Internationale Pkwy, Ste 550*
*Woodridge, IL 60517*
**Date Filed:** 11/20/2024
**Amended By Clm #:** 2532
**Claim Face Value:** $1,990.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,990.70 | | |
| | | | | $1,990.70 | | |

**Avanti Press, Inc**
**Case(s): 337 Clm No: 88 Clm. Amt: $40,389.42**

*155 W Congress St, Ste 200*
*Detroit, MI 48226*
**Date Filed:** 10/16/2024
**Claim Face Value:** $40,389.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $40,389.42 | | |
| | | | | $40,389.42 | | |

**Avenue Logistics, LLC**
**Case(s): 337 Clm No: 100418 Clm. Amt: $427,466.22**

*325 W Ohio, Ste 3*
*Chicago, IL 60654*
**Date Filed:** 4/21/2025
**Orig. Date Filed:** 12/6/2024
**Claim Face Value:** $213,733.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $213,733.11 | | $0.00 |
| 337 | SEC | Disallowed | | $213,733.11 | | $0.00 |
| | | | | $427,466.22 | | $0.00 |

**Avenue Logistics, LLC**
**Case(s): 337 Clm No: 100419 Clm. Amt: $213,733.11**

*325 W Ohio, Ste 3*
*Chicago, IL 60654*
**Date Filed:** 4/25/2025
**Claim Face Value:** $213,733.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $213,733.11 | | $0.00 |
| | | | | $213,733.11 | | $0.00 |

**Avenue Logistics, LLC**
**Case(s): 337 Clm No: 2976 Clm. Amt: $427,466.22**

Attn: Patrick O'Connor
325 W Ohio, Ste 3
Chicago, IL 60654
**Date Filed:** 4/22/2025
**Orig. Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2635
**Claim Face Value:** $213,733.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $213,733.11 | | $0.00 |
| 337 | SEC | Disallowed | | $213,733.11 | | $0.00 |
| | | | | $427,466.22 | | $0.00 |

**Avenue Logistics, LLC**
**Case(s): 337 Clm No: 2635 Clm. Amt: $213,733.11**

Attn: Patrick O'Connor
325 W Ohio St, Ste 3
Chicago, IL 60654
**Date Filed:** 12/20/2024
**Orig. Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2394
**Amended By Clm #:** 2976
**Claim Face Value:** $213,733.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Disallowed | | $213,733.11 | | $0.00 |
| | | | | $213,733.11 | | $0.00 |

**Avenue Logistics, LLC**
**Case(s): 337 Clm No: 2394 Clm. Amt: $191,195.11**

Attn: Patrick O'Connor
325 W Ohio St, Ste 3
Chicago, IL 60654
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2635
**Claim Face Value:** $191,195.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Disallowed | | $191,195.11 | | $0.00 |
| | | | | $191,195.11 | | $0.00 |

**Averitt Express**
**Case(s): 337 Clm No: 558 Clm. Amt: $17,154.44**

P.O. Box 3166
Cookeville, TN 38502
**Date Filed:** 10/21/2024
**Claim Face Value:** $17,154.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $17,154.44 | | |
| | | | | $17,154.44 | | |

**Avery Dennison Retail Information Services LLC**
**Case(s): 337 Clm No: 2305 Clm. Amt: $154,316.06**

Attn: Michelle Russell
8080 Norton Pkwy
Mentor, OH 44060
**Date Filed:** 12/5/2024
**Claim Face Value:** $154,316.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $154,316.06 | | |
| | | | | $154,316.06 | | |

## Avery Products Corp
**Case(s): 337 Clm No: 2284 Clm. Amt: $19,422.12**

*c/o CFS*
*50 Pointe Dr*
*Brea, CA 92821*
**Date Filed:** 12/5/2024
**Claim Face Value:** $19,422.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $19,422.12 | | |
| | | | | $19,422.12 | | |

## Avon Plastics, Inc
**Case(s): 337 Clm No: 190 Clm. Amt: $22,441.00**

*Attn: Accounts Receivables*
*210 Ampe Dr*
*Paynesville, MN 56362*
**Date Filed:** 10/17/2024
**Claim Face Value:** $22,441.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $22,441.00 | | |
| | | | | $22,441.00 | | |

## AVW, Inc.
**Case(s): 337 Clm No: 1183 Clm. Amt: $6,484.65**

*Attn: Tara Sencion*
*541 S State Rd 7, Ste 2*
*Margate, FL 33068*
**Date Filed:** 11/18/2024
**Claim Face Value:** $6,484.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $6,484.65 | | |
| | | | | $6,484.65 | | |

## Azelis Americas Case LLC
**Case(s): 337 Clm No: 3053 Clm. Amt: $10,266.50**

*Attn: Nicholas Peto*
*100 Leominster Rd*
*Sterling, MA 01764*
**Date Filed:** 8/5/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,266.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $10,266.50 | | |
| | | | | $10,266.50 | | |

## B & P Industrial, Inc.
**Case(s): 337 Clm No: 813 Clm. Amt: $10,427.87**

*c/o Remwood Products Co*
*P.O. Box 35305*
*Tulsa, OK 74153-0305*
**Date Filed:** 11/4/2024
**Claim Face Value:** $10,427.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $112.26 | | $0.00 |
| 337 | UNS | | | $10,315.61 | | $10,315.61 |
| | | | | $10,427.87 | | $10,315.61 |

## B Z Service Station Maintenance Inc
### Case(s): 337 Clm No: 2802 Clm. Amt: $871.16

*P.O. Box 933*
*W Sacramento, CA 95691*
**Date Filed:** 1/13/2025
**Claim Face Value:** $871.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $871.16 | | |
| | | | | $871.16 | | |

## B&G Auto
### Case(s): 337 Clm No: 100127 Clm. Amt: $48.72

*104 N Beaton St*
*Corsicana, TX 75110*
**Date Filed:** 12/16/2024
**Claim Face Value:** $48.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $48.72 | | $0.00 |
| 337 | UNS | Allowed | | | | $48.72 |
| | | | | $48.72 | | $48.72 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## B&G Equipment Company, Inc.
### Case(s): 337 Clm No: 1921 Clm. Amt: $43,671.42

*c/o DLA Piper LLP (US) A*
*Attn: Aaron S Applebaum*
*1201 N Market St, Ste 2100*
*Wilmington, DE 19801*
**Date Filed:** 11/27/2024
**Claim Face Value:** $43,671.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $40,385.41 | | $0.00 |
| 337 | UNS | Allowed | | $3,286.01 | | $43,671.42 |
| | | | | $43,671.42 | | $43,671.42 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 06/02/2025 | 1282 |

## B&K LLC d/b/a BK Products
### Case(s): 337 Clm No: 2525 Clm. Amt: $1,408,394.22

*Attn: Logan Gaddy*
*150 Schilling Blvd, Ste 102*
*Collierville, TN 38017*
**Date Filed:** 12/17/2024
**Orig. Date Filed:** 11/8/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 932
**Claim Face Value:** $1,408,394.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $69,696.53 | | $0.00 |
| 337 | ADM | Satisfied | | $239,637.07 | | $0.00 |
| 337 | UNS | Allowed | | $1,099,060.62 | | $1,116,192.10 |
| | | | | $1,408,394.22 | | $1,116,192.10 |

## B&K LLC d/b/a BK Products
### Case(s): 337 Clm No: 2527 Clm. Amt: $1,408,394.22

*Attn: Logan Gaddy*
*150 Schilling Blvd, Ste 102*
*Collierville, TN 38017*
**Date Filed:** 12/17/2024
**Orig. Date Filed:** 11/8/2024
**Bar Date:** 11/24/2024
**Amending Clm #:** 0
**Claim Face Value:** $1,408,394.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $69,696.53 | Y | $0.00 |
| 337 | ADM | Disallowed | | $239,637.07 | Y | $0.00 |
| 337 | UNS | Disallowed | | $1,099,060.62 | Y | $0.00 |
| | | | | $1,408,394.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |
| Duplicate claim | | | Objection Granted | 06/03/2025 | 1290 |

## B&K LLC d/b/a BK Products
### Case(s): 337 Clm No: 932 Clm. Amt: $1,168,757.15

*Attn: Logan Gaddy*
*150 Schilling Blvd, Ste 102*
*Collierville, TN 38017*
**Date Filed:** 11/8/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2525
**Claim Face Value:** $1,168,757.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $69,696.53 | Y | $0.00 |
| 337 | UNS | Disallowed | | $1,099,060.62 | Y | $0.00 |
| | | | | $1,168,757.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## B'Laster LLC
### Case(s): 337 Clm No: 100181 Clm. Amt: $41,507.22

*Attn: M Colette Gibbons*
*28841 Weybridge Dr*
*Westlake, OH 44145*
**Date Filed:** 12/18/2024
**Claim Face Value:** $41,507.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $41,507.22 | | $0.00 |
| | | | | $41,507.22 | | $0.00 |

## B'laster LLC
**Case(s): 337 Clm No: 1626 Clm. Amt: $394,286.02**

*8500 Sweet Valley Dr*
*Valley View, OH 44125*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $394,286.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $5,714.16 | | $0.00 |
| 337 | UNS | | | $388,571.86 | | $388,571.86 |
| | | | | $394,286.02 | | $388,571.86 |

## B.B. Hardware, Inc.
**Case(s): 337 Clm No: 1875 Clm. Amt: $27,907.42**

*Address Redacted*
**Date Filed:** 11/26/2024
**Claim Face Value:** $27,907.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $27,907.42 | | |
| | | | | $27,907.42 | | |

## BAC Fireside Group
**Case(s): 337 Clm No: 1550 Clm. Amt: $3,245.63**

*c/o BAC Sales*
*1871 Rte 9H*
*Hudson, NY 12534*
**Date Filed:** 11/23/2024
**Claim Face Value:** $3,245.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,245.63 | | |
| | | | | $3,245.63 | | |

## BAC Industries, Inc
**Case(s): 337 Clm No: 409 Clm. Amt: $2,155.00**

*P.O. Box 155*
*Miltona, MN 56354*
**Date Filed:** 10/22/2024
**Claim Face Value:** $2,155.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,155.00 | | |
| | | | | $2,155.00 | | |

## Baccus Global, LLC
**Case(s): 337 Clm No: 115 Clm. Amt: $91,963.00**

*Attn: Thomas Mackey*
*225 NE Mizner Blvd, Ste 301*
*Boca Raton, FL 33432*
**Date Filed:** 10/16/2024
**Claim Face Value:** $91,963.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $91,963.00 | | |
| | | | | $91,963.00 | | |

## Bag Arts LLC
**Case(s): 337 Clm No: 2323 Clm. Amt: $15,968.30**

*1161 Broad St, Ste 118*
*Shrewsbury, NJ 07702*
**Date Filed:** 12/5/2024
**Claim Face Value:** $15,968.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,968.30 | | |
| | | | | $15,968.30 | | |

## Baggerly's Inc. of Guymon
**Case(s): 337 Clm No: 100131 Clm. Amt: $16,913.84**

*801 NW 4th St*
*Guymon, OK 73942*
**Date Filed:** 12/16/2024
**Claim Face Value:** $16,913.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $16,913.84 | | $0.00 |
| | | | | $16,913.84 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Baggo Inc
**Case(s): 337 Clm No: 896 Clm. Amt: $9,975.94**

*Attn: Kirk Conville*
*600 Mid America Blvd*
*Hot Springs, AR 71913*
**Date Filed:** 11/7/2024
**Claim Face Value:** $9,975.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $9,975.94 | | $0.00 |
| 337 | UNS | Allowed | | | | $5,635.84 |
| | | | | $9,975.94 | | $5,635.84 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Bailey Nurseries
**Case(s): 337 Clm No: 123 Clm. Amt: $223,499.04**

*1325 Bailey Rd*
*Saint Paul, MN 55119*
**Date Filed:** 10/17/2024
**Claim Face Value:** $223,499.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $223,499.04 | | |
| | | | | $223,499.04 | | |

**Baker & Hostetler LLP**
**Case(s): 337 Clm No: 100325 Clm. Amt: $1,177.50**

Attn: Dante Marinucci
127 Public Sq, Ste 2000
Cleveland, OH 44114-1214
**Date Filed:** 12/23/2024
**Claim Face Value:** $1,177.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $1,177.50 | | $0.00 |
| | | | | $1,177.50 | | $0.00 |

**Baker & Hostetler LLP**
**Case(s): 337 Clm No: 2024 Clm. Amt: $21,672.00**

Attn: Andrew Layden
200 S Orange Ave, Ste 2300
Orlando, FL 32801
**Date Filed:** 12/2/2024
**Claim Face Value:** $21,672.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $21,672.00 | | |
| | | | | $21,672.00 | | |

**Baldwin Hardware**
**Case(s): 337 Clm No: 1137 Clm. Amt: $1,350.00**

Attn: Mary Laurente
19701 Da Vinci
Lake Forest, CA 92610
**Date Filed:** 11/15/2024
**Claim Face Value:** $1,350.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,350.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,350.00 |
| | | | | $1,350.00 | | $1,350.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Ball Horticultural Company**
**Case(s): 337 Clm No: 284 Clm. Amt: $127,429.85**

Attn: Douglas M Blocker
622 Town Rd
W Chicago, IL 60185
**Date Filed:** 10/21/2024
**Claim Face Value:** $127,429.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $127,429.85 | | |
| | | | | $127,429.85 | | |

## Barenbrug USA Inc
**Case(s): 337 Clm No: 100417 Clm. Amt: $105,191.99**

*P.O. Box 239*
*Tangent, OR 97389*
**Date Filed:** 4/21/2025
**Claim Face Value:** $105,191.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $105,191.99 | | $0.00 |
| | | | | $105,191.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 05/27/2025 | 1245 | Objection Filed | | |
| Filed after bar date | 07/01/2025 | 1388 | Objection Filed | | |

## Barenbrug USA Inc
**Case(s): 337 Clm No: 1617 Clm. Amt: $514,482.09**

*P.O. Box 239*
*Tangent, OR 97389*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $514,482.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $16,168.58 | | $0.00 |
| 337 | UNS | Allowed | | $498,313.51 | | $501,687.44 |
| | | | | $514,482.09 | | $501,687.44 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Barkat Consulting LLC
**Case(s): 337 Clm No: 837 Clm. Amt: $9,500.00**

*Attn: Shamin Barkat*
*14044 W Petronella Dr, Unit 2*
*Libertyville, IL 60048*
**Date Filed:** 11/5/2024
**Claim Face Value:** $9,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,500.00 | | |
| | | | | $9,500.00 | | |

## Barrel Accessories and Supply dba BASCO
**Case(s): 337 Clm No: 1907 Clm. Amt: $848.80**

*2595 Palmer Ave*
*University Park, IL 60484*
**Date Filed:** 11/27/2024
**Claim Face Value:** $848.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $848.80 | | |
| | | | | $848.80 | | |

## Barreto Manufacturing, Inc
**Case(s): 337 Clm No: 191 Clm. Amt: $189,702.82**

*66498 Hwy 203*
*La Grande, OR 97850*
**Date Filed:** 10/17/2024
**Amended By Clm #:** 2995
**Claim Face Value:** $189,702.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | Disallowed | | $189,702.82 | | $0.00 |
| | | | | $189,702.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Barreto Manufacturing, Inc.
**Case(s): 337 Clm No: 2995 Clm. Amt: $185,692.05**

*66498 Hwy 203*
*La Grande, OR 97850*
**Date Filed:** 5/12/2025
**Orig. Date Filed:** 10/17/2024
**Amending Clm #:** 191
**Claim Face Value:** $185,692.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | Disallowed | | $185,692.05 | | $0.00 |
| | | | | $185,692.05 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

## Barton Kramer, Inc.
**Case(s): 337 Clm No: 2897 Clm. Amt: $1,526.27**

*P.O. Box 520367*
*Miami, FL 33152*
**Date Filed:** 2/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,526.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,526.27 | | |
| | | | | $1,526.27 | | |

## Bassemiers Fireplace & Patio, Inc dba Leisure Distributors
**Case(s): 337 Clm No: 365 Clm. Amt: $31,487.62**

*c/o Leisure Distributors*
*2115 Lexington Rd*
*Evansville, IN 47720*
**Date Filed:** 10/23/2024
**Claim Face Value:** $31,487.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $31,487.62 | | |
| | | | | $31,487.62 | | |

**Baum Lumber Inc**
**Case(s): 337 Clm No: 1280 Clm. Amt: $31,674.12**

*P.O. Box 67*
*46384 State Rte 248*
*Chester, OH 45720*
**Date Filed:** 11/19/2024
**Claim Face Value:** $31,674.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,674.12 | | |
| | | | | $31,674.12 | | |

**Baum Lumber, Inc**
**Case(s): 337 Clm No: 1910 Clm. Amt: $31,674.12**

*P.O. Box 67*
*46384 SR 248*
*Chester, OH 45720*
**Date Filed:** 11/26/2024
**Claim Face Value:** $31,674.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,674.12 | | |
| | | | | $31,674.12 | | |

**Bayco Products, Inc**
**Case(s): 337 Clm No: 405 Clm. Amt:**

*Address Not Provided*
**Date Filed:** 10/21/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**BCS International Inc**
**Case(s): 337 Clm No: 573 Clm. Amt: $20,966.63**

*1510 Brookfield Ave*
*Green Bay, WI 54313*
**Date Filed:** 10/28/2024
**Claim Face Value:** $20,966.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,966.63 | | |
| | | | | $20,966.63 | | |

**BCS International, Inc**
**Case(s): 337 Clm No: 100264 Clm. Amt: $20,966.63**

*1510 Brookfield Ave*
*Green Bay, WI 54313*
**Date Filed:** 12/20/2024
**Claim Face Value:** $20,966.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $20,966.63 | | $0.00 |
| 337 | UNS | Allowed | | | | $20,966.63 |
| | | | | $20,966.63 | | $20,966.63 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

### Beacon
**Case(s): 337 Clm No: 144 Clm. Amt:**

*Address Not Provided*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

### Beacon Building Products
**Case(s): 337 Clm No: 100110 Clm. Amt: $6,272.74**

*dba Dealers Choice*
*1 Lakeland Park Dr*
*Peabody, MA 01960*
**Date Filed:** 12/13/2024
**Claim Face Value:** $6,272.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $6,272.74 | | $0.00 |
| 337 | UNS | Allowed | | | | $6,272.74 |
| | | | | $6,272.74 | | $6,272.74 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

### Beacon Sale Acquisitions, Inc.
**Case(s): 337 Clm No: 3040 Clm. Amt: $201,221.41**

*c/o Offit Kurman PA*
*Attn: Stephen A Metz, Esq*
*7501 Wisconsin Ave, Ste 1000W*
*Bethesda, MD 20814*
**Date Filed:** 6/24/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1675
**Claim Face Value:** $201,221.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $201,221.41 | | $0.00 |
| 337 | UNS | Allowed | | | | $210,116.19 |
| | | | | $201,221.41 | | $210,116.19 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

### Beacon Sales Acquisition, Inc.
**Case(s): 337 Clm No: 100242 Clm. Amt: $5,038.99**

*c/o Offit Kurman, PA*
*Attn: Stephen A Metz, Esq*
*7501 Wisconsin Ave, Ste 1000W*
*Bethesda, MD 20814*
**Date Filed:** 12/20/2024
**Claim Face Value:** $5,038.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $5,038.99 | | $0.00 |
| | | | | $5,038.99 | | $0.00 |

**Beacon Sales Acquisition, Inc.**
**Case(s): 337 Clm No: 2224 Clm. Amt: $1,716,632.34**

c/o Offit Kurman, PA
Attn: Stephen A Metz, Esq
7501 Wisconsin Ave, Ste 1000W
Bethesda, MD 20814
**Date Filed:** 12/4/2024
**Claim Face Value:** $1,716,632.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,716,632.34 | | |
| | | | | $1,716,632.34 | | |

**Beacon Sales Acquisition, Inc.**
**Case(s): 337 Clm No: 1675 Clm. Amt: $210,116.19**

c/o Offit Kurman, PA
Attn: Stephen A Metz, Esq
7501 Wisconsin Ave, Ste 1000W
Bethesda, MD 20814
**Date Filed:** 11/26/2024
**Amended By Clm #:** 3040
**Claim Face Value:** $210,116.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $210,116.19 | | $0.00 |
| | | | | $210,116.19 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**Beaumont Products, Inc**
**Case(s): 337 Clm No: 474 Clm. Amt:**

1540 Big Shanty Dr
Kennesaw, GA 30144
**Date Filed:** 10/24/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

**Beck Sales Company, Inc. dba Trojan Specialty Products**
**Case(s): 337 Clm No: 2140 Clm. Amt: $913.20**

c/o Trojan Specialty Products
P.O. Box 1735
Dodge City, KS 67801
**Date Filed:** 12/2/2024
**Claim Face Value:** $913.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $913.20 | | |
| | | | | $913.20 | | |

**Beecker, LLC**
**Case(s): 337 Clm No: 2172 Clm. Amt: $1,155.00**

Attn: María Florencia Mata Adimari
2203 Timberloch Pl, Ste 130
The Woodlands, TX 77380
**Date Filed:** 12/4/2024
**Claim Face Value:** $1,155.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,155.00 | | |
| | | | | $1,155.00 | | |

## Behlen Mfg Co
### Case(s): 337 Clm No: 337 Clm. Amt: $148,587.72

*c/o General Counsel*
*4025 E 23rd St*
*Columbus, NE 68601*
**Date Filed:** 10/21/2024
**Claim Face Value:** $148,587.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $148,587.72 | | |
| | | | | $148,587.72 | | |

## Behr Process LLC
### Case(s): 337 Clm No: 2238 Clm. Amt: $622,438.48

*Attn: Ryan Davis*
*17450 College Pkwy*
*Livonia, MI 48152*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 11/25/2024
**Amending Clm #:** 1555
**Claim Face Value:** $622,438.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,788.75 | | $0.00 |
| 337 | UNS | Allowed | | $620,649.73 | | $622,438.48 |
| | | | | $622,438.48 | | $622,438.48 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Behr Process LLC
### Case(s): 337 Clm No: 1555 Clm. Amt: $622,438.48

*Attn: Ryan Davis*
*17450 College Pkwy*
*Livonia, MI 48152*
**Date Filed:** 11/25/2024
**Amended By Clm #:** 2238
**Claim Face Value:** $622,438.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,788.75 | Y | $0.00 |
| 337 | UNS | Disallowed | | $620,649.73 | Y | $0.00 |
| | | | | $622,438.48 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Behrens Manufacturing LLC
### Case(s): 337 Clm No: 371 Clm. Amt: $187,370.82

*1250 E Sanborn St*
*Winona, MN 55987*
**Date Filed:** 10/22/2024
**Amended By Clm #:** 1748
**Claim Face Value:** $187,370.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $187,370.82 | | |
| | | | | $187,370.82 | | |

**Behrens Manufacturing, LLC**
**Case(s): 337 Clm No: 1748 Clm. Amt: $187,370.82**

*1250 E Sanborn St*
*Winona, MN 55987*
**Date Filed:** 11/25/2024
**Amending Clm #:** 371
**Claim Face Value:** $187,370.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $22,040.94 | | $0.00 |
| 337 | UNS | | | $165,329.88 | | $165,329.88 |
| | | | | $187,370.82 | | $165,329.88 |

**Bekaert Corporation**
**Case(s): 337 Clm No: 1140 Clm. Amt: $49,237.55**

*1395 S Marietta Pkwy, Ste 100-500*
*Marietta, GA 30067-4440*
**Date Filed:** 11/15/2024
**Claim Face Value:** $49,237.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $49,237.55 | | |
| | | | | $49,237.55 | | |

**Bell Laboratories Inc.**
**Case(s): 337 Clm No: 1546 Clm. Amt: $179,654.72**

*Attn: Wayne Dolphin*
*6551 N Towne Rd*
*Windsor, WI 53598*
**Date Filed:** 11/22/2024
**Claim Face Value:** $179,654.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $179,654.72 | | |
| | | | | $179,654.72 | | |

**Belmont Nursery Inc**
**Case(s): 337 Clm No: 1158 Clm. Amt: $5,007.69**

*7730 E Belmont Ave*
*Fresno, CA 93737*
**Date Filed:** 11/16/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $5,007.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $5,007.69 | | $0.00 |
| 337 | UNS | Allowed | | | | $5,007.69 |
| | | | | $5,007.69 | | $5,007.69 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Belstra Milling Company, Inc**
**Case(s): 337 Clm No: 151 Clm. Amt: $15,919.63**

*308 15th St SE*
*Demotte, IN 46310*
**Date Filed:** 10/17/2024
**Claim Face Value:** $15,919.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $15,919.63 | | |
| | | | | $15,919.63 | | |

**Belwith Products**
**Case(s): 337 Clm No: 2234 Clm. Amt: $118,876.10**

*3100 Broadway Ave SW*
*Grandville, MI 49418*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2190
**Claim Face Value:** $118,876.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $118,876.10 | | |
| | | | | $118,876.10 | | |

**Belwith Products**
**Case(s): 337 Clm No: 2235 Clm. Amt: $118,876.10**

*3100 Broadway Ave SW*
*Grandville, MI 49418*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2190
**Amended By Clm #:** 2236
**Claim Face Value:** $118,876.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $118,876.10 | | |
| | | | | $118,876.10 | | |

**Belwith Products**
**Case(s): 337 Clm No: 2236 Clm. Amt: $118,876.10**

*3100 Broadway Ave SW*
*Grandville, MI 49418*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2235
**Claim Face Value:** $118,876.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $118,876.10 | | |
| | | | | $118,876.10 | | |

**Belwith Products**
**Case(s): 337 Clm No: 2182 Clm. Amt: $118,876.10**

*3100 Broadway Ave SW*
*Grandville, MI 49418*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2143
**Amended By Clm #:** 2188
**Claim Face Value:** $118,876.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $118,876.10 | | |
| | | | | $118,876.10 | | |

**Belwith Products**
**Case(s): 337 Clm No: 2188 Clm. Amt: $118,876.10**

*3100 Broadway Ave SW*
*Grandville, MI 49418*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2182
**Amended By Clm #:** 2190
**Claim Face Value:** $118,876.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $118,876.10 | | |
| | | | | $118,876.10 | | |

## Belwith Products
**Case(s): 337 Clm No: 2190 Clm. Amt: $118,876.10**

*3100 Broadway Ave SW*
*Grandville, MI 49418*
**Date Filed:** 12/4/2024
**Amending Clm #:** 2188
**Amended By Clm #:** 2234
**Claim Face Value:** $118,876.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $118,876.10 | | |
| | | | | $118,876.10 | | |

## Belwith Products
**Case(s): 337 Clm No: 2143 Clm. Amt: $118,876.10**

*3100 Broadway Ave SW*
*Grandville, MI 49418*
**Date Filed:** 12/4/2024
**Amended By Clm #:** 2182
**Claim Face Value:** $118,876.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $118,876.10 | | |
| | | | | $118,876.10 | | |

## Bemis Manufacturing Company
**Case(s): 337 Clm No: 504 Clm. Amt: $292,451.01**

*300 Mill St*
*Sheboygan Falls, WI 53085*
**Date Filed:** 10/24/2024
**Claim Face Value:** $292,451.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $292,451.01 | | |
| | | | | $292,451.01 | | |

## Bemis Manufacturing Company
**Case(s): 337 Clm No: 2567 Clm. Amt: $94,972.82**

*300 Mill St*
*Sheboygan Falls, WI 53085*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $94,972.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $94,972.82 | | |
| | | | | $94,972.82 | | |

## Benchmarc Display, Inc.
**Case(s): 337 Clm No: 2035 Clm. Amt: $386,169.23**

*1001 Woodlands Pkwy*
*Vernon Hills, IL 60061*
**Date Filed:** 12/2/2024
**Claim Face Value:** $386,169.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $386,169.23 | | |
| | | | | $386,169.23 | | |

## Bengal Products Inc
**Case(s): 337 Clm No: 338 Clm. Amt: $38,063.76**

*P.O. Box 77410*
*Baton Rouge, LA 70817*
**Date Filed:** 10/21/2024
**Claim Face Value:** $38,063.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,063.76 | | |
| | | | | $38,063.76 | | |

## Bercom International, LLC
**Case(s): 337 Clm No: 167 Clm. Amt: $19,444.56**

*Attn: Dawn Marie Schmieg*
*2460 Galpin Ct, Ste 110*
*Chanhassen, MN 55317*
**Date Filed:** 10/17/2024
**Claim Face Value:** $19,444.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $19,444.56 | | |
| | | | | $19,444.56 | | |

## Berry Global, Inc.
**Case(s): 337 Clm No: 1635 Clm. Amt: $1,986,228.22**

*c/o Shumaker, Loop & Kendrick, LLP*
*Attn: Ronald Bruckmann*
*101 S Tryon St, Ste 2200*
*Charlotte, NC 28280*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $2,201,129.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $214,900.89 | | $0.00 |
| 337 | UNS | | | $1,771,327.33 | | $1,771,327.33 |
| | | | | $1,986,228.22 | | $1,771,327.33 |

## Berwick Offray LLC
**Case(s): 337 Clm No: 1185 Clm. Amt: $19,268.63**

*Attn: Mary Blake*
*2015 W Front St*
*Berwick, PA 18603*
**Date Filed:** 11/18/2024
**Claim Face Value:** $19,268.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $19,268.63 | | |
| | | | | $19,268.63 | | |

## Bessey Tools Inc
**Case(s): 337 Clm No: 249 Clm. Amt: $126,922.80**

*757 Douglas Hill Rd*
*Lithia Springs, GA 30122*
**Date Filed:** 10/19/2024
**Claim Face Value:** $126,922.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $126,922.80 | | |
| | | | | $126,922.80 | | |

## Bessey Tools Inc
**Case(s): 337 Clm No: 250 Clm. Amt: $126,922.80**

*757 Douglas Hill Rd*
*Lithia Springs, GA 30122*
**Date Filed:** 10/18/2024
**Claim Face Value:** $126,922.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $126,922.80 | | |
| | | | | $126,922.80 | | |

## Bestway (USA), Inc
### Case(s): 337 Clm No: 589 Clm. Amt: $20,889.36

*3435 S McQueen Rd*
*Chandler, AZ 85286*
**Date Filed:** 10/29/2024
**Claim Face Value:** $20,889.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,889.36 | | |
| | | | | $20,889.36 | | |

## Bestway (USA), Inc.
### Case(s): 337 Clm No: 100176 Clm. Amt: $20,889.36

*3435 S McQueen Rd*
*Chandler, AZ 85286*
**Date Filed:** 12/18/2024
**Claim Face Value:** $20,889.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $20,889.36 | | $0.00 |
| 337 | UNS | Allowed | | | | $20,889.36 |
| | | | | $20,889.36 | | $20,889.36 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Better Bilt Products Inc
### Case(s): 337 Clm No: 89 Clm. Amt: $4,856.66

*900 S Kay Ave*
*Addison, IL 60101*
**Date Filed:** 10/16/2024
**Claim Face Value:** $4,856.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,856.66 | | |
| | | | | $4,856.66 | | |

## Better Horse Inc dba Pull Start Fire
### Case(s): 337 Clm No: 171 Clm. Amt: $3,521.40

*268 London Bridge Rd*
*Virginia Beach, VA 23454*
**Date Filed:** 10/17/2024
**Claim Face Value:** $3,521.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,521.40 | | |
| | | | | $3,521.40 | | |

## Better N Bacon LLC
### Case(s): 337 Clm No: 1952 Clm. Amt: $6,075.00

*Attn: David L Bissmeyer*
*1426 Tascosa Ct*
*Allen, TX 75013*
**Date Filed:** 11/28/2024
**Claim Face Value:** $6,075.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,075.00 | | |
| | | | | $6,075.00 | | |

## Better Pallets Inc
**Case(s): 337 Clm No: 100066 Clm. Amt: $59,246.64**

*100 Bunch Rd*
*Jackson, GA 30233*
**Date Filed:** 12/10/2024
**Claim Face Value:** $59,246.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Withdrawn | | $59,246.64 | | $0.00 |
| | | | | $59,246.64 | | $0.00 |

## Beyond Paint
**Case(s): 337 Clm No: 582 Clm. Amt: $45,330.15**

*2655 Ulmerton Rd, Unit 162*
*Clearwater, FL 33762*
**Date Filed:** 10/29/2024
**Claim Face Value:** $45,330.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $45,330.15 | | |
| | | | | $45,330.15 | | |

## Bic USA Inc.
**Case(s): 337 Clm No: 1383 Clm. Amt: $12,025.14**

*Attn: Kim Bush*
*1 Bic Way, Ste 1*
*Shelton, CT 06484*
**Date Filed:** 11/21/2024
**Claim Face Value:** $12,025.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $12,025.14 | | |
| | | | | $12,025.14 | | |

## Big Jo True Value Hardware, Inc.
**Case(s): 337 Clm No: 1928 Clm. Amt: $52,431.00**

*Attn: Richard A C de Baca*
*P.O. Box 15200*
*Santa Fe, NM 87192*
**Date Filed:** 11/26/2024
**Claim Face Value:** $52,431.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $52,431.00 | | |
| | | | | $52,431.00 | | |

## Big Rock Sports, LLC
**Case(s): 337 Clm No: 1442 Clm. Amt: $948,980.99**

*c/o Cozen O'Connor*
*Attn: Mark E Felger*
*1201 N Market St, Ste 1001*
*Wilmington, DE 19801*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Amended By Clm #:** 1443
**Claim Face Value:** $948,980.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $77,535.79 | Y | $0.00 |
| 337 | UNS | Disallowed | | $871,445.20 | Y | $0.00 |
| | | | | $948,980.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Big Rock Sports, LLC
**Case(s): 337 Clm No: 1443 Clm. Amt: $948,980.99**

*c/o Cozen O'Connor*
*Attn: Mark E Felger*
*1201 N Market St, Ste 1001*
*Wilmington, DE 19801*
**Date Filed:** 11/22/2024
**Orig. Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1442
**Amended By Clm #:** 1481
**Claim Face Value:** $948,980.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $77,535.79 | Y | $0.00 |
| 337 | UNS | Disallowed | | $871,445.20 | Y | $0.00 |
| | | | | $948,980.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Big Rock Sports, LLC
**Case(s): 337 Clm No: 1481 Clm. Amt: $948,980.99**

*c/o Cozen O'Connor*
*Attn: Mark E Felger*
*1201 N Market St, Ste 1001*
*Wilmington, DE 19801*
**Date Filed:** 11/22/2024
**Orig. Date Filed:** 11/22/2024
**Amending Clm #:** 1443
**Claim Face Value:** $948,980.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $77,535.79 | | $0.00 |
| 337 | UNS | Allowed | | $871,445.20 | | $948,980.99 |
| | | | | $948,980.99 | | $948,980.99 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

## Big Rock Sports, LLC
**Case(s): 337 Clm No: 100124 Clm. Amt: $39,961.17**

*302 Saunders Rd, Ste 100*
*Riverwoods, IL 60015*
**Date Filed:** 12/16/2024
**Claim Face Value:** $39,961.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $39,961.17 | | $0.00 |
| 337 | UNS | Allowed | | | | $20,910.09 |
| | | | | $39,961.17 | | $20,910.09 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Big Time Products LLC
### Case(s): 341 Clm No: 14 Clm. Amt: $898,129.00

*Attn: Dan Bauer*
*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $898,129.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Disallowed | | $71,793.00 | | $0.00 |
| 341 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 341 | UNS | Disallowed | | $826,336.00 | | $0.00 |
| | | | | $898,129.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Big Time Products LLC
### Case(s): 337 Clm No: 1418 Clm. Amt: $898,129.00

*Attn: Dan Bauer*
*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $898,129.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $71,793.00 | | $0.00 |
| 337 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 337 | UNS | Allowed | | $826,336.00 | | $830,802.15 |
| | | | | $898,129.00 | | $830,802.15 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Big Time Products LLC, as successor to Intex DIY
### Case(s): 337 Clm No: 1420 Clm. Amt: $69,408.00

*Attn: Dan Bauer*
*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $69,408.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $8,535.00 | | $0.00 |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $60,873.00 | | $60,873.00 |
| | | | | $69,408.00 | | $60,873.00 |

**Big Time Products LLC, as successor to Intex DIY**
**Case(s): 341 Clm No: 16 Clm. Amt: $69,408.00**

*Attn: Dan Bauer*
*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $69,408.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Disallowed | | $8,535.00 | | $0.00 |
| 341 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 341 | UNS | Disallowed | | $60,873.00 | | $0.00 |
| | | | | $69,408.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**BIL-JAX Inc.**
**Case(s): 337 Clm No: 2943 Clm. Amt: $135,780.60**

*125 Taylor Pkwy*
*Archbold, OH 43502*
**Date Filed:** 3/17/2025
**Orig. Date Filed:** 10/25/2024
**Bar Date:** 12/5/2025
**Amending Clm #:** 463
**Claim Face Value:** $135,780.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $135,780.60 | | |
| | | | | $135,780.60 | | |

**Bil-Jax, Inc.**
**Case(s): 337 Clm No: 100305 Clm. Amt: $17,447.68**

*125 Taylor Pkwy*
*Archbold, OH 43502*
**Date Filed:** 12/23/2024
**Claim Face Value:** $17,447.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $17,447.68 | | $0.00 |
| | | | | $17,447.68 | | $0.00 |

**Bil-Jax, Inc.**
**Case(s): 337 Clm No: 1722 Clm. Amt: $135,780.60**

*125 Taylor Pkwy*
*Archbold, OH 43502*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 10/25/2024
**Amending Clm #:** 463
**Claim Face Value:** $135,780.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $844.99 | | $0.00 |
| 337 | UNS | Allowed | | $134,935.61 | | $135,780.60 |
| | | | | $135,780.60 | | $135,780.60 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Biljax Inc
**Case(s): 337 Clm No: 463 Clm. Amt: $135,780.60**

*125 Taylor Pkwy*
*Archbold, OH 43502*
**Date Filed:** 10/25/2024
**Amended By Clm #:** 2943
**Claim Face Value:** $135,780.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Disallowed | | $135,780.60 | | $0.00 |
| | | | | $135,780.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Bill Roberts Electrical, Inc
**Case(s): 337 Clm No: 199 Clm. Amt:**

*P.O. Box 1557*
*1615 Hwy 19 N*
*Thomaston, GA 30286*
**Date Filed:** 10/18/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Bill Roberts Electrical, Inc
**Case(s): 337 Clm No: 1975 Clm. Amt:**

*1615 Hwy 19 N*
*Thomaston, GA 30286*
**Date Filed:** 11/27/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Biolab, Inc
**Case(s): 337 Clm No: 1341 Clm. Amt: $118,944.00**

*101 MacIntosh Blvd*
*Concord, ON L4K 4R5*
*Canada*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $118,944.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $118,944.00 | | |
| | | | | $118,944.00 | | |

## Bird B Gone Inc.
**Case(s): 337 Clm No: 100330 Clm. Amt: $2,490.00**

*c/o Pelsis LLC*
*Attn: Jock Graff*
*135 Region S Dr*
*Jackson, GA 30233*
**Date Filed:** 12/23/2024
**Claim Face Value:** $2,490.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $2,490.00 | | $0.00 |
| | | | | $2,490.00 | | $0.00 |

### Bird B Gone LLC
**Case(s): 337 Clm No: 1915 Clm. Amt: $29,869.31**

*c/o DLA Piper LLP (US)*
*Attn: Aaron S Applebaum*
*1201 N Market St, Ste 2100*
*Wilmington, DE 19801*
**Date Filed:** 11/27/2024
**Claim Face Value:** $29,869.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $5,212.44 | | $0.00 |
| 337 | UNS | | | $24,656.87 | | $24,656.87 |
| | | | | $29,869.31 | | $24,656.87 |

### Bird-x Inc
**Case(s): 337 Clm No: 429 Clm. Amt: $10,986.12**

*845 N Larch Ave, Ste 2*
*Elmhurst, IL 60126*
**Date Filed:** 10/23/2024
**Claim Face Value:** $10,986.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,986.12 | | |
| | | | | $10,986.12 | | |

### Bissell Homecare Int'l
**Case(s): 337 Clm No: 1282 Clm. Amt: $109,952.90**

*c/o Bissell Homecare Inc*
*2345 Walker Ave NW*
*Grand Rapids, MI 49544*
**Date Filed:** 11/19/2024
**Claim Face Value:** $109,952.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $24,429.90 | | $0.00 |
| 337 | UNS | Allowed | | $85,523.00 | | $109,851.26 |
| | | | | $109,952.90 | | $109,851.26 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

### Black & Decker (U.S.) Inc.
**Case(s): 337 Clm No: 1807 Clm. Amt: $7,574,345.57**

*Attn: Emily Devan*
*100 Light St, 7th Fl*
*Baltimore, MD 21202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $7,574,345.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $1,761,034.33 | | $0.00 |
| 337 | SEC | Allowed | | $1,349,124.40 | | $1,349,124.40 |
| 337 | UNS | Allowed | | $4,464,186.84 | | $4,640,096.55 |
| | | | | $7,574,345.57 | | $5,989,220.95 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Black Rifle Coffee Company
**Case(s): 337 Clm No: 999 Clm. Amt: $47,186.64**

*1144 S 500 W*
*Salt Lake City, UT 84101*
**Date Filed:** 11/12/2024
**Claim Face Value:** $47,186.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $47,186.64 | | |
| | | | | $47,186.64 | | |

## Blackburn Manufacturing Company
**Case(s): 337 Clm No: 1532 Clm. Amt: $279.55**

*P.O. Box 86*
*Neligh, NE 68756*
**Date Filed:** 11/22/2024
**Claim Face Value:** $279.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $279.55 | | |
| | | | | $279.55 | | |

## Blake Kopinetz
**Case(s): 337 Clm No: 2732 Clm. Amt: $150,000,000.00**

*Address Redacted*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $150,000,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $150,000,000.00 | | |
| | | | | $150,000,000.00 | | |

## Blakes Heating & Air
**Case(s): 337 Clm No: 2841 Clm. Amt: $990.00**

*1042 Olive Dr*
*Davis, CA 95616*
**Date Filed:** 1/24/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $990.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $990.00 | | |
| | | | | $990.00 | | |

## Blaster Chemical Company
**Case(s): 337 Clm No: 2484 Clm. Amt: $41,507.22**

*8500 Sweet Valley Dr*
*Valley View, OH 44125*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $41,507.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $41,507.22 | | |
| | | | | $41,507.22 | | |

## Blocksom & Co.
**Case(s): 337 Clm No: 1270 Clm. Amt: $3,483.82**

*110 Menke Rd*
*Michigan City, IN 46360*
**Date Filed:** 11/19/2024
**Claim Face Value:** $3,483.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,483.82 | | |
| | | | | $3,483.82 | | |

## Bloem, LLC
### Case(s): 337 Clm No: 1114 Clm. Amt: $68,774.40

*3301 Hudson Trails Dr*
*Hudsonville, MI 49426*
**Date Filed:** 11/15/2024
**Claim Face Value:** $68,774.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $2,166.20 | | $0.00 |
| 337 | UNS | Allowed | | $66,608.20 | | $67,370.30 |
| | | | | $68,774.40 | | $67,370.30 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Bloomington Hardware Co Inc.
### Case(s): 337 Clm No: 2538 Clm. Amt: $37,231.27

*P.O. Box 5636*
*2700 E Covenanter Dr*
*Bloomington, IN 47407-5636*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $37,231.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $37,231.27 | | |
| | | | | $37,231.27 | | |

## Bloomington Hardware Co. Inc
### Case(s): 341 Clm No: 39 Clm. Amt: $37,231.27

*P.O. Box 5636*
*2700 E Covenanter Dr*
*Bloomington, IN 47407-5636*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $37,231.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | UNS | | | $37,231.27 | | |
| | | | | $37,231.27 | | |

## Blue Earth County - Property & Environmental Resources
### Case(s): 337 Clm No: 2969 Clm. Amt: $178.79

*P.O. Box 3567*
*Mankato, MN 56002*
**Date Filed:** 4/11/2025
**Claim Face Value:** $178.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Satisfied | | $178.79 | | $0.00 |
| | | | | $178.79 | | $0.00 |

## Blue Mountain Equipment, Inc.
### Case(s): 337 Clm No: 100323 Clm. Amt: $63,174.61

*808 Hwy 34 W*
*Marble Hill, MO 63764*
**Date Filed:** 12/23/2024
**Claim Face Value:** $63,174.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $63,174.61 | | $0.00 |
| | | | | $63,174.61 | | $0.00 |

**Blue Mountain Equipment, Inc.**
**Case(s): 337 Clm No: 3005 Clm. Amt: $1,597,475.59**

*c/o McGuireWoods LLP*
*Attn: Connor W Symons*
*800 E Canal St*
*Richmond, VA 23219*
**Date Filed:** 5/23/2025
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1909
**Claim Face Value:** $1,597,475.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,597,475.59 | | |
| | | | | $1,597,475.59 | | |

**Blue Mountain Equipment, Inc.**
**Case(s): 337 Clm No: 1909 Clm. Amt: $1,597,475.59**

*c/o McGuireWoods LLP*
*Attn: Connor W Symons*
*800 E Canal St*
*Richmond, VA 23219*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 3005
**Claim Face Value:** $1,597,475.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $342,422.32 | | $0.00 |
| 337 | UNS | Disallowed | | $1,255,053.27 | | $0.00 |
| | | | | $1,597,475.59 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim not in balance | 01/07/2025 | 754 | Objection Filed | | |
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**Blue Rhino**
**Case(s): 337 Clm No: 1985 Clm. Amt: $670,730.03**

*1 Liberty Plz, MD 40*
*Liberty, MO 64068*
**Date Filed:** 11/27/2024
**Claim Face Value:** $670,730.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $670,730.03 | | |
| | | | | $670,730.03 | | |

**Blue Rhino**
**Case(s): 337 Clm No: 1434 Clm. Amt: $93,976.00**

*1 Liberty Plz, MD 40*
*Liberty, MO 64068*
**Date Filed:** 11/21/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $93,976.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $93,976.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $93,976.00 |
| | | | | $93,976.00 | | $93,976.00 |

### Blue Rhino
**Case(s): 337 Clm No: 100217 Clm. Amt: $187,845.66**

*1 Liberty Plz, MD 40*
*Liberty, MO 64068*
**Date Filed:** 12/19/2024
**Claim Face Value:** $187,845.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $187,845.66 | | $0.00 |
| | | | | $187,845.66 | | $0.00 |

### Blue Ribbon Electrical, Inc
**Case(s): 337 Clm No: 1744 Clm. Amt: $915.00**

*206 McComb St*
*Harvard, IL 60033*
**Date Filed:** 11/25/2024
**Claim Face Value:** $915.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $915.00 | | |
| | | | | $915.00 | | |

### BlueLinx Corporation
**Case(s): 337 Clm No: 1784 Clm. Amt: $430,726.79**

*c/o Kilpatrick Townsend & Stockton LLP*
*Attn: Colin Bernardino*
*1100 Peachtree St, Ste 2800*
*Atlanta, GA 30309*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 1786
**Claim Face Value:** $430,726.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $430,726.79 | Y | $0.00 |
| | | | | $430,726.79 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

### BlueLinx Corporation
**Case(s): 337 Clm No: 1786 Clm. Amt: $430,726.79**

*c/o Kilpatrick Townsend & Stockton LLP*
*Attn: Colin Bernardino*
*1100 Peachtree St, Ste 2800*
*Atlanta, GA 30309*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1784
**Amended By Clm #:** 1932
**Claim Face Value:** $430,726.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $430,726.79 | Y | $0.00 |
| | | | | $430,726.79 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**BlueLinx Corporation**
**Case(s): 337 Clm No: 1932 Clm. Amt: $430,726.79**

*c/o Kilpatrick Townsend & Stockton LLP*
*Attn: Colin Bernardino*
*1100 Peachtree St, Ste 2800*
*Atlanta, GA 30309*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1786
**Amended By Clm #:** 1935
**Claim Face Value:** $430,726.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $430,726.79 | Y | $0.00 |
| | | | | $430,726.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**BlueLinx Corporation**
**Case(s): 337 Clm No: 1935 Clm. Amt: $430,726.79**

*c/o Kilpatrick Townsend & Stockton LLP*
*Attn: Colin Bernardino*
*1100 Peachtree St, Ste 2800*
*Atlanta, GA 30309*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1932
**Amended By Clm #:** 1945
**Claim Face Value:** $430,726.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $430,726.79 | Y | $0.00 |
| | | | | $430,726.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**BlueLinx Corporation**
**Case(s): 337 Clm No: 1945 Clm. Amt: $430,726.79**

*c/o Kilpatrick Townsend & Stockton LLP*
*Attn: Colin Bernardino*
*1100 Peachtree St, Ste 2800*
*Atlanta, GA 30309*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1935
**Amended By Clm #:** 1946
**Claim Face Value:** $430,726.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $430,726.79 | Y | $0.00 |
| | | | | $430,726.79 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## BlueLinx Corporation
**Case(s): 337 Clm No: 1946 Clm. Amt: $430,726.79**

*c/o Kilpatrick Townsend & Stockton LLP*
*Attn: Colin Bernardino*
*1100 Peachtree St, Ste 2800*
*Atlanta, GA 30309*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1945
**Claim Face Value:** $430,726.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $430,726.79 | | $0.00 |
| 337 | UNS | Allowed | | | | $430,726.79 |
| | | | | $430,726.79 | | $430,726.79 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## BlueLinx Corporation
**Case(s): 337 Clm No: 2329 Clm. Amt: $793,504.22**

*c/o Kilpatrick Townsend & Stockton LLP*
*Attn: Colin Bernardino, Esq*
*1100 Peachtree St, Ste 2800*
*Atlanta, GA 30309*
**Date Filed:** 12/5/2024
**Claim Face Value:** $793,504.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $793,504.22 | | |
| | | | | $793,504.22 | | |

## BM2 Freight Services, Inc.
**Case(s): 337 Clm No: 1272 Clm. Amt: $50,530.05**

*c/o Burns & Hassman, LLC*
*Attn: Robert C Hassman, Jr, Attorney at Law*
*2245 Gilbert Ave, Ste 205*
*Cincinnati, OH 45206*
**Date Filed:** 11/18/2024
**Claim Face Value:** $50,530.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $50,530.05 | | |
| | | | | $50,530.05 | | |

## BMO Bank N.A.
**Case(s): 337 Clm No: 2881 Clm. Amt: $349,248.78**

*1625 W Fountainhead Pkwy*
*Tempe, AZ 85282*
**Date Filed:** 2/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $349,248.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | SEC | Withdrawn | | $349,248.78 | | $0.00 |
| | | | | $349,248.78 | | $0.00 |

## BMP America, Inc
**Case(s): 337 Clm No: 334 Clm. Amt: $216.00**

*11625 Maple Ridge Rd*
*Medina, NY 14103*
**Date Filed:** 10/21/2024
**Claim Face Value:** $216.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $216.00 | | |
| | | | | $216.00 | | |

## Boise Cascade Building Materials Distribution, L.L.C.
**Case(s): 337 Clm No: 1081 Clm. Amt: $2,857,053.73**

*c/o Hawley Toxell Ennis & Hawley LLP*
*Attn: Sheila R Schwager*
*P.O. Box 1617*
*Boise, ID 83701-1617*
**Date Filed:** 11/14/2024
**Claim Face Value:** $2,857,053.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $463,100.62 | | $0.00 |
| 337 | ADM | Disallowed | | $463,100.62 | | $0.00 |
| 337 | UNS | Allowed | | $1,930,852.49 | | $2,924,235.49 |
| | | | | $2,857,053.73 | | $2,924,235.49 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

## Bon Tool Co
**Case(s): 337 Clm No: 271 Clm. Amt: $84,406.17**

*4430 Gibsonia Rd*
*Gibsonia, PA 15044*
**Date Filed:** 10/21/2024
**Claim Face Value:** $84,406.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $84,406.17 | | |
| | | | | $84,406.17 | | |

## Bona Kemi USA Inc
**Case(s): 337 Clm No: 1837 Clm. Amt: $255,792.52**

*c/o Parker Poe Adams & Bernstein LLP*
*Attn: Chip Ford*
*620 S Tryon St, Ste 800*
*Charlotte, NC 28202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $255,792.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $25,139.96 | | $0.00 |
| 337 | UNS | Allowed | | $230,652.56 | | $238,218.56 |
| | | | | $255,792.52 | | $238,218.56 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## Bona Kemi USA Inc.
**Case(s): 337 Clm No: 100172 Clm. Amt: $37,060.32**

*c/o Parker Poe Adams & Bernstein LLP*
*Attn: Kiah T Ford*
*620 S Tryon St, Ste 800*
*Charlotte, NC 28202*
**Date Filed:** 12/18/2024
**Claim Face Value:** $37,060.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $37,060.32 | | $0.00 |
| | | | | $37,060.32 | | $0.00 |

## Bondhus Corporation
**Case(s): 337 Clm No: 327 Clm. Amt: $41.84**

*P.O. Box 660*
*1400 E Broadway St*
*Monticello, MN 55362*
**Date Filed:** 10/21/2024
**Claim Face Value:** $41.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $41.84 | | |
| | | | | $41.84 | | |

## Bonide Products LLC
**Case(s): 337 Clm No: 1367 Clm. Amt: $730,770.00**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/21/2024
**Orig. Date Filed:** 11/14/2024
**Amending Clm #:** 1075
**Claim Face Value:** $730,770.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $730,770.00 | | |
| | | | | $730,770.00 | | |

## Bonide Products LLC
**Case(s): 337 Clm No: 1075 Clm. Amt: $159,789.00**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/14/2024
**Amended By Clm #:** 1367
**Claim Face Value:** $159,789.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $159,789.00 | | |
| | | | | $159,789.00 | | |

## Bootz Manufacturing
**Case(s): 337 Clm No: 1592 Clm. Amt: $69,470.48**

*1400 Park St*
*Evansville, IN 47710*
**Date Filed:** 11/23/2024
**Claim Face Value:** $69,470.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $69,470.48 | | |
| | | | | $69,470.48 | | |

## Border Concepts, Inc
**Case(s): 337 Clm No: 2533 Clm. Amt: $228,009.48**

*15720 Brixham Hill Ave, Ste 120*
*Charlotte, NC 28277*
**Date Filed:** 12/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $228,009.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $228,009.48 | | |
| | | | | $228,009.48 | | |

## Borland (MN) LLC
**Case(s): 337 Clm No: 100205 Clm. Amt:**

*c/o WP Carey Inc*
*Attn: Christopher Hayes*
*1 Manhattan W*
*395 9th Ave, 58th Fl*
*New York, NY 10001*
**Date Filed:** 12/19/2024
**Claim Face Value:**

## Borland (MN) LLC
**Case(s): 337 Clm No: 3043 Clm. Amt:**

*c/o WP Carey Inc*
*Attn: Christopher Hayes*
*1 Manhattan W*
*395 9th Ave, 58th Fl*
*New York, NY 10001*
**Date Filed:** 6/26/2025
**Bar Date:** 6/30/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | Unknown | Y | |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | | | |

## Boscus Canada Inc
**Case(s): 337 Clm No: 833 Clm. Amt: $33,823.23**

*Attn: Isabelle Deschamps*
*16720 Transcanada,Ste 101*
*Kirkland, QC H9H 4M7*
*Canada*
**Date Filed:** 11/5/2024
**Claim Face Value:** $33,823.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $33,823.23 | | |
| | | | | $33,823.23 | | |

## Boshart Industries, LLC
**Case(s): 337 Clm No: 1665 Clm. Amt: $32,861.15**

*25 Whaley Ave*
*Milverton, ON N0K 1M0*
*Canada*
**Date Filed:** 11/26/2024
**Claim Face Value:** $32,861.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,703.61 | | $0.00 |
| 337 | UNS | Allowed | | $31,157.54 | | $32,861.15 |
| | | | | $32,861.15 | | $32,861.15 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Bosmere, Inc
**Case(s): 337 Clm No: 1031 Clm. Amt: $8,426.24**

*Attn: Louisa Cox*
*2701 S Main St*
*Salisbury, NC 28147*
**Date Filed:** 11/13/2024
**Claim Face Value:** $8,426.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,426.24 | | |
| | | | | $8,426.24 | | |

## Boss Tech Products, Inc
**Case(s): 337 Clm No: 536 Clm. Amt: $65,988.62**

*Attn: Diana DeSmit*
*1221 Page St*
*Kewanee, IL 61443*
**Date Filed:** 10/26/2024
**Claim Face Value:** $65,988.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $65,988.62 | | |
| | | | | $65,988.62 | | |

## Boss Tech Products, Inc.
**Case(s): 337 Clm No: 100399 Clm. Amt: $9,215.98**

*dba Aries Mfg*
*1221 Page St*
*Kewanee, IL 61443*
**Date Filed:** 2/12/2025
**Claim Face Value:** $9,215.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $9,215.98 | | $0.00 |
| | | | | $9,215.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Bova Property Maintenance, LLC
**Case(s): 337 Clm No: 2628 Clm. Amt: $6,136.00**

*135 Lumber Ln*
*New Ringgold, PA 17960*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,136.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,136.00 | | |
| | | | | $6,136.00 | | |

## BP Lubricants USA, Inc
**Case(s): 337 Clm No: 2401 Clm. Amt: $54,778.37**

*1500 Valley Rd*
*Wayne, NJ 07470*
**Date Filed:** 12/5/2024
**Claim Face Value:** $54,778.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,044.06 | | $0.00 |
| 337 | UNS | | | $50,734.31 | | |
| | | | | $54,778.37 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## BPS Direct, LLC
**Case(s): 337 Clm No: 1180 Clm. Amt: $4,902.16**

*Attn: Legal Dept*
*2500 E Kearney St*
*Springfield, MO 65898*
**Date Filed:** 11/18/2024
**Claim Face Value:** $4,902.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,902.16 | | |
| | | | | $4,902.16 | | |

## Braata Inc
**Case(s): 337 Clm No: 2822 Clm. Amt: $15,226.00**

*c/o City Wide Facility Solutions of Colorado*
*4B Inverness Ct E, Ste 280*
*Englewood, CO 80112*
**Date Filed:** 1/20/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,226.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $15,226.00 | | |
| | | | | $15,226.00 | | |

## Bradshaw International, Inc
**Case(s): 337 Clm No: 2113 Clm. Amt: $193,202.53**

*9409 Buffalo Ave*
*Rancho Cucamonga, CA 92346*
**Date Filed:** 12/3/2024
**Claim Face Value:** $193,202.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $11,689.33 | | $0.00 |
| 337 | UNS | | | $181,513.20 | | |
| | | | | $193,202.53 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Brady Worldwide Inc
**Case(s): 337 Clm No: 2417 Clm. Amt: $94,490.46**

*P.O. Box 571*
*Milwaukee, WI 53201-0571*
**Date Filed:** 12/3/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $94,490.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $94,490.46 | | |
| | | | | $94,490.46 | | |

## Brady Worldwide, Inc
**Case(s): 337 Clm No: 1903 Clm. Amt: $676.20**

*P.O. Box 571*
*Milwaukee, WI 53201-0571*
**Date Filed:** 11/15/2024
**Claim Face Value:** $676.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $676.20 | | |
| | | | | $676.20 | | |

## Brandt Technologies LLC
**Case(s): 337 Clm No: 100115 Clm. Amt: $60,125.97**

*231 W Grand Ave, Ste 202*
*Bensenville, IL 60106*
**Date Filed:** 12/16/2024
**Claim Face Value:** $60,125.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $60,125.97 | | $0.00 |
| 337 | UNS | Allowed | | | | $60,125.97 |
| | | | | $60,125.97 | | $60,125.97 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Brandt Technologies LLC
**Case(s): 337 Clm No: 500 Clm. Amt: $60,125.97**

*231 W Grand Ave, Ste 202*
*Bensenville, IL 60106*
**Date Filed:** 10/24/2024
**Claim Face Value:** $60,125.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $60,125.97 | | |
| | | | | $60,125.97 | | |

## BrassCraft Manufacturing Company
**Case(s): 337 Clm No: 2237 Clm. Amt: $421,257.76**

*Attn: Ryan Davis*
*17450 College Pkwy*
*Livonia, MI 48152*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 11/25/2024
**Amending Clm #:** 1554
**Claim Face Value:** $421,257.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $212,319.88 | | $0.00 |
| 337 | UNS | Allowed | | $208,937.88 | | $421,257.76 |
| | | | | $421,257.76 | | $421,257.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## BrassCraft Manufacturing Company
**Case(s): 337 Clm No: 1554 Clm. Amt: $421,257.76**

*Attn: Ryan Davis*
*17450 College Pkwy*
*Livonia, MI 48152*
**Date Filed:** 11/25/2024
**Amended By Clm #:** 2237
**Claim Face Value:** $421,257.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $212,319.88 | Y | $0.00 |
| 337 | UNS | Disallowed | | $208,937.88 | Y | $0.00 |
| | | | | $421,257.76 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## BreakthroughFuel LLC
**Case(s): 337 Clm No: 877 Clm. Amt: $39,211.29**

*Attn: Daniel Posanski*
*425 Better Way*
*Appleton, WI 54915*
**Date Filed:** 11/6/2024
**Claim Face Value:** $39,211.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $39,211.29 | | |
| | | | | $39,211.29 | | |

## Brenntag Mid-South, Inc.
**Case(s): 337 Clm No: 100168 Clm. Amt: $1,253.54**

*c/o Montgomery McCracken Walker & Rhoads LLP*
*1105 N Market St, Ste 1500*
*Wilmington, DE 19801*
**Date Filed:** 12/18/2024
**Claim Face Value:** $1,253.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $1,253.54 | | $0.00 |
| | | | | $1,253.54 | | $0.00 |

## Brenntag Mid-South, Inc.
**Case(s): 337 Clm No: 2312 Clm. Amt: $15,036.27**

*c/o Montgomery McCracken Walker & Rhoads LLP*
*Attn: Gregory T Donilon, Esq*
*1105 N Market St, Ste 1500*
*Wilmington, DE 19801*
**Date Filed:** 12/5/2024
**Claim Face Value:** $15,036.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $1,835.62 | | $0.00 |
| 337 | UNS | | | $13,200.65 | | $13,200.65 |
| | | | | $15,036.27 | | $13,200.65 |

## Brian A Webb
### Case(s): 337 Clm No: 948 Clm. Amt: $415,433.94

*Address Redacted*
**Date Filed:** 11/8/2024
**Claim Face Value:** $415,433.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $415,433.94 | | |
| | | | | $415,433.94 | | |

## Brian Mushel
### Case(s): 337 Clm No: 2001 Clm. Amt: $60,166.41

*c/o Justus Hardware Inc*
*587 Justus Blvd*
*Scott Township, PA 18411*
**Date Filed:** 11/29/2024
**Claim Face Value:** $60,166.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $60,166.41 | | |
| | | | | $60,166.41 | | |

## Brian Shishlo
### Case(s): 337 Clm No: 2734 Clm. Amt: $150,000,000.00

*Address Redacted*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $150,000,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $150,000,000.00 | | |
| | | | | $150,000,000.00 | | |

## Bridgford Marketing Company
### Case(s): 337 Clm No: 2643 Clm. Amt: $35,998.12

*Attn: Jesus Gonzalez*
*1308 N Patt St,*
*Anaheim, CA 92801*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $35,998.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,998.12 | | |
| | | | | $35,998.12 | | |

## Briggs & Stratton, LLC
### Case(s): 337 Clm No: 1663 Clm. Amt: $183,294.06

*12301 W Wirth St*
*Wauwatosa, WI 53222*
**Date Filed:** 11/26/2024
**Claim Face Value:** $183,294.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $183,294.06 | | |
| | | | | $183,294.06 | | |

## Brightcove Inc
### Case(s): 337 Clm No: 2568 Clm. Amt: $14,520.00

*Attn: Elizabeth Borden*
*281 Summer St*
*Boston, MA 02210*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $14,520.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $14,520.00 | | |
| | | | | $14,520.00 | | |

## Brighton-Best International Incorporated
### Case(s): 337 Clm No: 1947 Clm. Amt: $14,771.41

*Attn: Peggy Hsieh*
*5860 Paramount Blvd*
*Long Beach, CA 90805*
**Date Filed:** 11/27/2024
**Claim Face Value:** $14,771.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $14,771.41 | | $0.00 |
| 337 | UNS | Allowed | | | | $14,771.41 |
| | | | | $14,771.41 | | $14,771.41 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Brightz LTD
### Case(s): 337 Clm No: 2260 Clm. Amt: $610.57

*Attn: Kate Diu*
*8000 Yankee Rd, Ste 225*
*Ottawa Lake, MI 49267*
**Date Filed:** 12/5/2024
**Claim Face Value:** $610.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $610.57 | | |
| | | | | $610.57 | | |

## Briotix Health, LP
### Case(s): 337 Clm No: 2604 Clm. Amt: $6,341.35

*9000 E Nichols Ave, Ste 104*
*Centennial, CO 80112*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,341.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,341.35 | | |
| | | | | $6,341.35 | | |

## Broan Nutone LLC
### Case(s): 337 Clm No: 2621 Clm. Amt: $611,609.35

*Attn: Amanda Xiong*
*926 W State St*
*Hartford, WI 53027*
**Date Filed:** 12/20/2024
**Orig. Date Filed:** 10/29/2024
**Amending Clm #:** 596
**Amended By Clm #:** 2623
**Claim Face Value:** $611,609.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $37,402.60 | Y | $0.00 |
| 337 | ADM | Disallowed | | Unknown | Y | $0.00 |
| 337 | UNS | Disallowed | | $574,206.75 | Y | $0.00 |
| | | | | $611,609.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Broan Nutone LLC
**Case(s): 337 Clm No: 2623 Clm. Amt: $611,609.35**

*Attn: Amanda Xiong*
*926 W State St*
*Hartford, WI 53027*
**Date Filed:** 12/20/2024
**Orig. Date Filed:** 10/29/2024
**Amending Clm #:** 2621
**Claim Face Value:** $611,609.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $286,279.78 | | $0.00 |
| 337 | ADM | | | | | |
| 337 | UNS | Allowed | | $325,329.57 | | $325,329.57 |
| | | | | $611,609.35 | | $325,329.57 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Broan-NuTone LLC
**Case(s): 337 Clm No: 596 Clm. Amt: $362,414.57**

*Attn: Amanda Xiong*
*926 W State St*
*Hartford, WI 53027*
**Date Filed:** 10/29/2024
**Amended By Clm #:** 2621
**Claim Face Value:** $362,414.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $37,402.60 | Y | $0.00 |
| 337 | UNS | Disallowed | | $325,011.97 | Y | $0.00 |
| | | | | $362,414.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Broner Glove Company
**Case(s): 337 Clm No: 2136 Clm. Amt: $3,966.29**

*1750 Harmon Rd*
*Auburn Hills, MI 48326*
**Date Filed:** 12/2/2024
**Claim Face Value:** $3,966.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,966.29 | | |
| | | | | $3,966.29 | | |

## Brooks Hardware, Inc.
**Case(s): 337 Clm No: 3018 Clm. Amt: $100,000.00**

*Attn: Gillian West*
*P.O. Box 9218*
*Salem, OR 97305*
**Date Filed:** 5/28/2025
**Claim Face Value:** $100,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $100,000.00 | | |
| | | | | $100,000.00 | | |

**BrowserStack, Inc.**
**Case(s): 337 Clm No: 1333 Clm. Amt: $23,989.85**

*4512 Legacy Dr, Ste 100*
*Plano, TX 75024*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $23,989.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $23,989.85 | | |
| | | | | $23,989.85 | | |

**Bruder Toys America, Inc**
**Case(s): 337 Clm No: 1980 Clm. Amt: $9,908.31**

*4950 W 145th St*
*Hawthorne, CA 90250*
**Date Filed:** 11/27/2024
**Claim Face Value:** $9,908.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $9,908.31 | | |
| | | | | $9,908.31 | | |

**Brumis Imports Inc.**
**Case(s): 337 Clm No: 983 Clm. Amt: $56,852.53**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/12/2024
**Claim Face Value:** $56,852.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $56,852.53 | | |
| | | | | $56,852.53 | | |

**Bryan Equipment Sales, Inc.**
**Case(s): 337 Clm No: 3012 Clm. Amt: $48,401.93**

*c/o McGuireWoods LLP*
*Attn: Connor W Symons*
*800 E Canal St*
*Richmond, VA 23219*
**Date Filed:** 5/27/2025
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1918
**Claim Face Value:** $48,401.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $48,401.93 | | |
| | | | | $48,401.93 | | |

**Bryan Equipment Sales, Inc.**
**Case(s): 337 Clm No: 100324 Clm. Amt: $2,812.13**

*6300 Smith Rd*
*Loveland, OH 45140*
**Date Filed:** 12/23/2024
**Claim Face Value:** $2,812.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $2,812.13 | | $0.00 |
| | | | | $2,812.13 | | $0.00 |

## Bryan Equipment Sales, Inc.
**Case(s): 337 Clm No: 1918 Clm. Amt: $48,401.93**

*c/o McGuireWoods LLP*
*Attn: Connor W Symons*
*800 E Canal St*
*Richmond, VA 23219*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 3012
**Claim Face Value:** $48,401.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $23,794.35 | | $0.00 |
| 337 | UNS | Disallowed | | $24,607.58 | | $0.00 |
| | | | | $48,401.93 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Filed | | |
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Bryant & Lawrence, Inc
**Case(s): 337 Clm No: 100126 Clm. Amt: $9,300.00**

*268 Main St*
*Tilton, NH 03276*
**Date Filed:** 12/16/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Bryson Industries Inc
**Case(s): 337 Clm No: 1885 Clm. Amt: $6,638.76**

*416 Albertson Rd*
*Thomasville, NC 27360*
**Date Filed:** 11/27/2024
**Claim Face Value:** $6,638.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,638.76 | | |
| | | | | $6,638.76 | | |

## Buck Knives, Inc
**Case(s): 337 Clm No: 2030 Clm. Amt: $20,212.92**

*660 S Lochsa St*
*Post Falls, Idaho 83854*
**Date Filed:** 12/2/2024
**Claim Face Value:** $20,212.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,212.92 | | |
| | | | | $20,212.92 | | |

**Buds & Blooms Nursery**
**Case(s): 337 Clm No: 14 Clm. Amt: $62,224.78**

*7501 US 29*
*Brown Summit, NC 27214*
**Date Filed:** 10/15/2024
**Claim Face Value:** $62,224.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $62,224.78 | | |
| | | | | $62,224.78 | | |

**Building Products Inc**
**Case(s): 337 Clm No: 2569 Clm. Amt: $22,432.77**

*P.O. Box 750*
*Sioux Falls, SD 57101-0750*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $22,432.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $22,432.77 | | |
| | | | | $22,432.77 | | |

**Bulk Connection, Inc**
**Case(s): 337 Clm No: 157 Clm. Amt: $8,500.00**

*15 Allen St*
*Mystic, CT 06355*
**Date Filed:** 10/17/2024
**Claim Face Value:** $8,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,500.00 | | |
| | | | | $8,500.00 | | |

**Bulk Connection, Inc**
**Case(s): 337 Clm No: 485 Clm. Amt: $4,625.00**

*15 Allen St*
*Mystic, CT 06355*
**Date Filed:** 10/23/2024
**Claim Face Value:** $4,625.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,625.00 | | |
| | | | | $4,625.00 | | |

**Bully Tools Inc**
**Case(s): 337 Clm No: 679 Clm. Amt: $44,219.47**

*14 Technology Way*
*Steubenville, OH 43952*
**Date Filed:** 10/30/2024
**Claim Face Value:** $44,219.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $44,219.47 | | |
| | | | | $44,219.47 | | |

## Bunn-O-Matic Corporation
### Case(s): 337 Clm No: 565 Clm. Amt: $40,793.16

*Attn: Janet Brennan*
*5020 Ash Grove Dr*
*Springfield, IL 62711*
**Date Filed:** 10/28/2024
**Claim Face Value:** $40,793.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $6,494.92 | | $0.00 |
| 337 | UNS | Allowed | | $34,298.24 | | $38,213.72 |
| | | | | $40,793.16 | | $38,213.72 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Buntjer's Cleaning Service, LLC
### Case(s): 337 Clm No: 2395 Clm. Amt: $6,223.70

*20316 County Rd 13*
*New Ulm, MN 56073*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,223.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $6,223.70 | | |
| | | | | $6,223.70 | | |

## Buntjer's Cleaning Service, LLC
### Case(s): 337 Clm No: 1012 Clm. Amt: $19,687.20

*20316 County Rd 13*
*New Ulm, MN 56073*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $19,687.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | | | $0.00 |
| 337 | PRI | Disallowed | | $1,270.30 | | $0.00 |
| 337 | UNS | Allowed | | $18,416.90 | | $18,036.02 |
| | | | | $19,687.20 | | $18,036.02 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Bunzl Distribution Inc.
### Case(s): 337 Clm No: 2390 Clm. Amt: $134,310.59

*c/o Thompson Coburn LLP*
*Attn: David D Farrell, Esq*
*1 US Bank Plaza*
*505 N 7th St, Ste 2700*
*St Louis, MO 63101*
**Date Filed:** 12/5/2024
**Claim Face Value:** $134,310.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $134,310.59 | | |
| | | | | $134,310.59 | | |

## Bunzl Distribution Inc.
### Case(s): 337 Clm No: 1802 Clm. Amt: $7,946.24

*c/o Thompson Coburn LLP*
*Attn: David D Farrell*
*1 US Bank Plaza*
*505 N 7th St, Ste 2700*
*St Louis, MO 63101*
**Date Filed:** 11/27/2024
**Claim Face Value:** $7,946.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $7,946.24 | | $0.00 |
| | | | | $7,946.24 | | $0.00 |

## Burgess Pigment Company
### Case(s): 337 Clm No: 458 Clm. Amt: $35,057.70

*c/o Accounting*
*P.O. Box 349*
*525 Beck Blvd*
*Sandersville, GA 31082*
**Date Filed:** 10/23/2024
**Claim Face Value:** $35,057.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $35,057.70 | | $0.00 |
| | | | | $35,057.70 | | $0.00 |

## Burgess Pigment Company
### Case(s): 337 Clm No: 432 Clm. Amt: $35,057.70

*c/o Accounting*
*P.O. Box 349*
*525 Beck Blvd*
*Sandersville, GA 31082*
**Date Filed:** 10/23/2024
**Amended By Clm #:** 808
**Claim Face Value:** $35,057.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $35,057.70 | | |
| | | | | $35,057.70 | | |

## Burgess Pigment Company
### Case(s): 337 Clm No: 808 Clm. Amt: $46,607.70

*c/o Accounting*
*P.O. Box 349*
*525 Beck Blvd*
*Sandersville, GA 31082*
**Date Filed:** 11/4/2024
**Orig. Date Filed:** 10/23/2024
**Amending Clm #:** 432
**Claim Face Value:** $46,607.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $46,607.70 | | |
| | | | | $46,607.70 | | |

## Burlington Products
### Case(s): 337 Clm No: 2065 Clm. Amt: $94.40

*2801 Knollcrest Dr*
*Burlington, WI 53165*
**Date Filed:** 12/2/2024
**Claim Face Value:** $94.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $94.40 | | $0.00 |
| | | | | $94.40 | | $0.00 |

**Burlington Products**
**Case(s): 342 Clm No: 23 Clm. Amt: $175.00**

*2801 Knollcrest Dr*
*Burlington, WI 53105*
**Date Filed:** 12/2/2024
**Claim Face Value:** $175.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 342 | 503(b)(9) | Disallowed | | $175.00 | | $0.00 |
| 342 | UNS | Allowed | | | | $175.00 |
| | | | | $175.00 | | $175.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

**Burlington Products**
**Case(s): 342 Clm No: 24 Clm. Amt: $94.40**

*2801 Knollcrest Dr*
*Burlington, WI 53105*
**Date Filed:** 12/2/2024
**Claim Face Value:** $94.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 342 | 503(b)(9) | | | Unknown | Y | |
| 342 | UNS | | | $94.40 | | |
| | | | | $94.40 | | |

**Business Forms By In-A-Bind, Inc**
**Case(s): 337 Clm No: 2634 Clm. Amt: $33,436.58**

*228 E Bronson St*
*S Bend, IN 46601*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $33,436.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $33,436.58 | | |
| | | | | $33,436.58 | | |

**Businessolver.com, Inc.**
**Case(s): 337 Clm No: 100436 Clm. Amt: $48,486.24**

*c/o Seyfarth Shaw LLP*
*Attn: M Ryan Pinkston*
*560 Mission St, Ste 3100*
*San Francisco, CA 94105*
**Date Filed:** 5/27/2025
**Claim Face Value:** $48,486.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $48,486.24 | | $0.00 |
| | | | | $48,486.24 | | $0.00 |

**Businessolver.com, Inc.**
**Case(s): 337 Clm No: 2372 Clm. Amt: $55,053.72**

*c/o Seyfarth Shaw LLP*
*Attn: M Ryan Pinkston, Esq*
*560 Mission St, Ste 3100*
*San Francisco, CA 94105*
**Date Filed:** 12/5/2024
**Claim Face Value:** $55,053.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $55,053.72 | | |
| | | | | $55,053.72 | | |

## Butler Home Products LLC
**Case(s): 337 Clm No: 2115 Clm. Amt: $43,191.94**

*9409 Buffalo Ave*
*Rancho Cucamonga, CA 92346*
**Date Filed:** 12/3/2024
**Claim Face Value:** $43,191.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $10,405.84 | | $0.00 |
| 337 | UNS | | | $32,786.10 | | |
| | | | | $43,191.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## BWAY Corporation
**Case(s): 337 Clm No: 2359 Clm. Amt: $518,787.13**

*c/o Reed Smith LLP*
*Attn: Michael P Cooley*
*2850 N Harwood St, Ste 1500*
*Dallas, TX 75201*
**Date Filed:** 12/5/2024
**Claim Face Value:** $518,787.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $156,122.11 | | $0.00 |
| 337 | UNS | | | $362,665.02 | | |
| | | | | $518,787.13 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## BWise Manufacturing, LLC
**Case(s): 337 Clm No: 2012 Clm. Amt: $10,148.00**

*c/o Accounts Payable*
*930-I30 E*
*Mount Pleasant, TX 75455*
**Date Filed:** 11/26/2024
**Claim Face Value:** $10,148.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,148.00 | | |
| | | | | $10,148.00 | | |

## BWise Manufacturing, LLC
**Case(s): 337 Clm No: 1831 Clm. Amt: $10,148.00**

*c/o Accts Payable*
*930 I-30 E*
*Mount Pleasant, TX 75455*
**Date Filed:** 11/26/2024
**Claim Face Value:** $10,148.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,148.00 | | |
| | | | | $10,148.00 | | |

### C & L Supply, Inc.
**Case(s): 337 Clm No: 2205 Clm. Amt: $78,875.00**

*335 S Wilson*
*Vinita, OK 74301*
**Date Filed:** 12/3/2024
**Claim Face Value:** $78,875.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $10,719.00 | | $0.00 |
| 337 | UNS | Allowed | | $68,156.00 | | $68,156.00 |
| | | | | $78,875.00 | | $68,156.00 |

### C & S Products, Inc.
**Case(s): 337 Clm No: 1878 Clm. Amt: $105,079.82**

*c/o Central Garden & Pet*
*Attn: Legal Department*
*711 E Missouri Ave, Ste 200*
*Phoenix, AZ 85014*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $105,079.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $37,001.03 | | $0.00 |
| 337 | UNS | | | $68,078.79 | | $68,078.79 |
| | | | | $105,079.82 | | $68,078.79 |

### C. Palmer Mfg. Inc.
**Case(s): 337 Clm No: 1531 Clm. Amt: $1,420.40**

*5 Palmers Rd*
*West Newton, PA 15089*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,420.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,420.40 | | |
| | | | | $1,420.40 | | |

### C.H Robinson Worldwide Inc
**Case(s): 337 Clm No: 2946 Clm. Amt: $15,655.40**

*Attn: Angel Cantu*
*1701 Golf Rd, Ste 800, Tower 1*
*Rolling Meadows, IL 60008*
**Date Filed:** 3/24/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,655.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,655.40 | | |
| | | | | $15,655.40 | | |

### C2M
**Case(s): 337 Clm No: 2451 Clm. Amt: $8,319.69**

*c/o Raka Corp*
*203 Matzinger Rd*
*Toledo, OH 43612*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,319.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,319.69 | | |
| | | | | $8,319.69 | | |

## CAB assignee of Jiangsu Sainty Sumex Tools Corp
### Case(s): 337 Clm No: 2800 Clm. Amt: $108,293.84

*4340 Fulton Ave, 3rd Fl*
*Sherman Oaks, CA 91423*
**Date Filed:** 1/13/2025
**Orig. Date Filed:** 12/5/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2302
**Claim Face Value:** $108,293.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $108,293.84 | | |
| | | | | $108,293.84 | | |

## CAB assignee of Jiangsu Sainty Sumex Tools Corp
### Case(s): 337 Clm No: 2302 Clm. Amt: $85,263.84

*4340 Fulton Ave, 3rd Fl*
*Sherman Oaks, CA 91423*
**Date Filed:** 12/5/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2800
**Claim Face Value:** $85,263.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $85,263.84 | | |
| | | | | $85,263.84 | | |

## CAB assignee of Nanjing Chervon Industry Co Ltd
### Case(s): 337 Clm No: 2701 Clm. Amt: $142,506.91

*4340 Fulton Ave, 3rd Fl*
*Sherman Oaks, CA 91423*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $142,506.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $11,843.60 | | $0.00 |
| 337 | UNS | | | $130,663.31 | | |
| | | | | $142,506.91 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## CAB assignee of Ningbo Hefan Plush Product Co Ltd
### Case(s): 337 Clm No: 2319 Clm. Amt: $68,649.78

*4340 Fulton Ave, 3rd Fl*
*Sherman Oaks, CA 91423*
**Date Filed:** 12/5/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $68,649.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $33,159.30 | | $0.00 |
| 337 | UNS | | | $35,490.48 | | |
| | | | | $68,649.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## CAB assignee of Shanghai Inhertz Int'l Trading Co Ltd
### Case(s): 337 Clm No: 2310 Clm. Amt: $127,881.85

*4340 Fulton Ave, 3rd Fl*
*Sherman Oaks, CA 91423*
**Date Filed:** 12/5/2024
**Claim Face Value:** $127,881.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $127,881.85 | | $0.00 |
| | | | | $127,881.85 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## CAB assignee of Sumec Hardware & Tools Co Ltd
### Case(s): 337 Clm No: 2602 Clm. Amt: $150,876.75

*4340 Fulton Ave, 3rd Fl*
*Sherman Oaks, CA 91423*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $150,876.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $150,876.75 | | |
| | | | | $150,876.75 | | |

## CAB assignee of Sumec Machinery & Electric Technology Co Ltd
### Case(s): 337 Clm No: 2316 Clm. Amt: $261,126.00

*4340 Fulton Ave, 3rd Fl*
*Sherman Oaks, CA 91423*
**Date Filed:** 12/5/2024
**Claim Face Value:** $261,126.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $261,126.00 | | |
| | | | | $261,126.00 | | |

## Caco Abbo International, SA
### Case(s): 337 Clm No: 356 Clm. Amt: $3,626.80

*Attn: Sion Eitan*
*Panama City*
*Republic of Panama*
**Date Filed:** 10/22/2024
**Claim Face Value:** $3,626.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,626.80 | | |
| | | | | $3,626.80 | | |

## Caco Abbo International, SA
### Case(s): 337 Clm No: 359 Clm. Amt: $295,805.92

*Attn: Sion Eitan*
*Panama City*
*Republic of Panama*
**Date Filed:** 10/22/2024
**Claim Face Value:** $295,805.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $295,805.92 | | |
| | | | | $295,805.92 | | |

## Caco Abbo International, SA
### Case(s): 337 Clm No: 360 Clm. Amt: $27,469.29

*Attn: Sion Eitan*
*Panama City*
*Republic of Panama*
**Date Filed:** 10/22/2024
**Claim Face Value:** $27,469.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $27,469.29 | | |
| | | | | $27,469.29 | | |

## CaddyShack Golf Company
### Case(s): 337 Clm No: 433 Clm. Amt: $1,316.86

*1488 N 3rd St*
*Jacksonville Beach, FL 32250*
**Date Filed:** 10/23/2024
**Claim Face Value:** $1,316.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,316.86 | | |
| | | | | $1,316.86 | | |

## CaddyShack Golf Company
### Case(s): 337 Clm No: 434 Clm. Amt: $1,316.86

*1488 N 3rd St*
*Jacksonville Beach, FL 32250*
**Date Filed:** 10/23/2024
**Claim Face Value:** $1,316.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,316.86 | | |
| | | | | $1,316.86 | | |

## Cado Products, Inc.
### Case(s): 337 Clm No: 1697 Clm. Amt: $61,775.32

*1-B Princeton Rd*
*Fitchburg, MA 01420*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $61,775.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $1,540.82 | | $0.00 |
| 337 | UNS | | | $60,234.50 | | $60,234.50 |
| | | | | $61,775.32 | | $60,234.50 |

## Caffrey & Zabinski Inc dba Push & Pull Autobody
### Case(s): 337 Clm No: 128 Clm. Amt: $36,817.04

*4749 Grammes Rd*
*Allentown, PA 18104*
**Date Filed:** 10/16/2024
**Claim Face Value:** $36,817.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $36,817.04 | | |
| | | | | $36,817.04 | | |

## CAIG Laboratories, Inc.
**Case(s): 337 Clm No: 2491 Clm. Amt: $8,000.00**

*12200 Thatcher Ct*
*Poway, CA 92064*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $8,000.00 | | |
| | | | | $8,000.00 | | |

## Calculated Industries Inc
**Case(s): 337 Clm No: 42 Clm. Amt: $7,043.52**

*4840 Hytech Dr*
*Carson City, NV 89706*
**Date Filed:** 10/15/2024
**Claim Face Value:** $7,043.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $7,043.52 | | |
| | | | | $7,043.52 | | |

## Calico Brands, Inc
**Case(s): 337 Clm No: 549 Clm. Amt: $146,615.58**

*2055 S Haven Ave*
*Ontario, CA 91761*
**Date Filed:** 10/25/2024
**Claim Face Value:** $146,615.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $146,615.58 | | |
| | | | | $146,615.58 | | |

## Calidad Total en Ceramica
**Case(s): 337 Clm No: 253 Clm. Amt: $317,257.54**

*Attn: Carlos Rangel*
*1212 E Camellia Ave, Apt D*
*McAllen, TX 78501*
**Date Filed:** 10/18/2024
**Claim Face Value:** $317,257.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $317,257.54 | | |
| | | | | $317,257.54 | | |

## Calidad Total en Ceramica
**Case(s): 337 Clm No: 252 Clm. Amt: $317,257.54**

*Attn: Carlos Rangel*
*1212 E Camellia Ave, Apt D*
*McAllen, TX 78501*
**Date Filed:** 10/18/2024
**Claim Face Value:** $317,257.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $317,257.54 | | |
| | | | | $317,257.54 | | |

## CaliFloors
**Case(s): 337 Clm No: 2432 Clm. Amt: $171,746.91**

*Attn: Dexter Morrison*
*662 Encinitas Blvd*
*Encinitas, CA 92024*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $171,746.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $171,746.91 | | |
| | | | | $171,746.91 | | |

**California Department of Tax and Fee Administration**
**Case(s): 337 Clm No: 100117 Clm. Amt: $2,605,620.27**

*c/o Collections Support Bureau, MIC:29*
*P.O. Box 942879*
*Sacramento, CA 94279-0029*
**Date Filed:** 12/14/2024
**Amended By Clm #:** 100413
**Claim Face Value:** $2,605,620.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,605,620.27 | | $0.00 |
| | | | | $2,605,620.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

**California Department of Tax and Fee Administration**
**Case(s): 337 Clm No: 3027 Clm. Amt: $72,753.07**

*Attn: Collections Support Bureau, MIC: 29*
*P.O. Box 942879*
*Sacramento, CA 94279-0029*
**Date Filed:** 5/30/2025
**Orig. Date Filed:** 12/14/2024
**Amending Clm #:** 100413
**Claim Face Value:** $72,753.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $72,753.07 | | $0.00 |
| | | | | $72,753.07 | | $0.00 |

**California Department of Tax and Fee Administration**
**Case(s): 337 Clm No: 100413 Clm. Amt: $2,609,929.32**

*c/o Collections Support Bureau, MIC:29*
*P.O. Box 942879*
*Sacramento, CA 94279-0029*
**Date Filed:** 3/29/2025
**Orig. Date Filed:** 12/14/2024
**Amending Clm #:** 100117
**Amended By Clm #:** 3027
**Claim Face Value:** $2,609,929.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,609,929.32 | | $0.00 |
| | | | | $2,609,929.32 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**California Department of Tax and Fee Administration**
**Case(s): 337 Clm No: 2971 Clm. Amt: $56,074.72**

*c/o Collections Support, MIC 29*
*P.O. Box 942879*
*Sacramento, CA 94279-0029*
**Date Filed:** 4/11/2025
**Claim Face Value:** $56,074.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Withdrawn | | $56,074.72 | | $0.00 |
| | | | | $56,074.72 | | $0.00 |

## California Department of Tax and Fee Administration
**Case(s): 337 Clm No: 2963 Clm. Amt: $56,074.72**

c/o Collections Support, MIC 29
P.O. Box 942879
Sacramento, CA 94279-0029
**Date Filed:** 4/7/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $56,074.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Disallowed | | $56,074.72 | | $0.00 |
| 337 | UNS | Allowed | | | | $56,074.72 |
| | | | | $56,074.72 | | $56,074.72 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## California State Controller
**Case(s): 337 Clm No: 2879 Clm. Amt: $60,287.76**

Attn: Malia Cohen, David Brownfield
300 Capitol Mall, Ste 1850
Sacramento, CA 95814
**Date Filed:** 2/12/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $60,287.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $60,287.76 | | |
| | | | | $60,287.76 | | |

## Calumet Branded Products, LLC
**Case(s): 337 Clm No: 1565 Clm. Amt: $600,265.79**

Attn: Robert J Gramman
1060 N Capitol Ave, Ste 6-401
Indianapolis, IN 46204
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $600,265.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $83,956.98 | | $0.00 |
| 337 | UNS | Allowed | | $516,308.81 | | $519,724.71 |
| | | | | $600,265.79 | | $519,724.71 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Camco Manufacturing, LLC
**Case(s): 337 Clm No: 791 Clm. Amt: $700,778.09**

*Attn: Rachael Martin*
*121 Landmark Dr*
*Greensboro, NC 27409*
**Date Filed:** 11/2/2024
**Claim Face Value:** $700,778.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $49,949.47 | | $0.00 |
| 337 | UNS | Allowed | | $650,828.62 | | $656,221.40 |
| | | | | $700,778.09 | | $656,221.40 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Campania International LLC
**Case(s): 337 Clm No: 1590 Clm. Amt: $84,205.03**

*Attn: Becky Witt*
*2452 Quakertown Rd, Ste 100*
*Pennsburg, PA 18073*
**Date Filed:** 11/25/2024
**Claim Face Value:** $84,205.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $3,340.81 | | $0.00 |
| 337 | UNS | Allowed | | $80,864.22 | | $84,205.03 |
| | | | | $84,205.03 | | $84,205.03 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Campbell Manufacturing LLC
**Case(s): 337 Clm No: 2530 Clm. Amt: $1,245.13**

*P.O. Box 207*
*Bechtelsville, PA 19505*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,245.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,245.13 | | |
| | | | | $1,245.13 | | |

## Camso USA Inc.
**Case(s): 337 Clm No: 2957 Clm. Amt: $26,264.20**

*c/o Michelin NA Inc*
*Attn: Leslie McCauley*
*1 Parkway S*
*Greenville, SC 29615*
**Date Filed:** 3/31/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $26,264.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $26,264.20 | | |
| | | | | $26,264.20 | | |

## Candle Warmers Etc
### Case(s): 337 Clm No: 2738 Clm. Amt: $12,132.63

*Attn: Ryan Judkins*
*12397 S 300 E, Ste 400*
*Draper, UT 84020*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,132.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $12,132.63 | | |
| | | | | $12,132.63 | | |

## Candle-lite Company, LLC
### Case(s): 337 Clm No: 2419 Clm. Amt: $323,769.78

*10521 Millington Ct, Ste B*
*Cincinnati, OH 45242*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2649
**Claim Face Value:** $323,769.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $323,769.78 | | |
| | | | | $323,769.78 | | |

## Candle-lite Company, LLC
### Case(s): 337 Clm No: 2649 Clm. Amt: $323,769.78

*10521 Millington Ct, Ste B*
*Cincinnati, OH 45242*
**Date Filed:** 12/20/2024
**Orig. Date Filed:** 12/6/2024
**Bar Date:** 11/24/2024
**Amending Clm #:** 2419
**Claim Face Value:** $323,769.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $201,784.55 | | $0.00 |
| 337 | UNS | Allowed | | $121,985.23 | | $323,769.78 |
| | | | | $323,769.78 | | $323,769.78 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Capital Forest Products
### Case(s): 337 Clm No: 1881 Clm. Amt: $26,703.45

*222 Severn Ave, Bldg 14, Ste 100*
*Annapolis, MD 21403*
**Date Filed:** 11/19/2024
**Claim Face Value:** $26,703.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $26,703.45 | | |
| | | | | $26,703.45 | | |

## Capital Lumber Company
### Case(s): 337 Clm No: 2920 Clm. Amt: $32,955.18

*2525 E Arizona Biltmore Cir, Ste A116*
*Phoenix, AZ 85016*
**Date Filed:** 3/3/2025
**Claim Face Value:** $32,955.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $32,955.18 | | |
| | | | | $32,955.18 | | |

## Capitol Earth Rugs
**Case(s): 337 Clm No: 100153 Clm. Amt: $4,344.77**

*8001 Assembly Ct, Ste 23*
*Little Rock, AR 72209*
**Date Filed:** 12/18/2024
**Claim Face Value:** $4,344.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $4,344.77 | | $0.00 |
| 337 | UNS | Allowed | | | | $4,344.77 |
| | | | | $4,344.77 | | $4,344.77 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Capp, LLC
**Case(s): 337 Clm No: 1054 Clm. Amt: $46,755.26**

*201 Marple Ave*
*Cliftion Heights, PA 19018*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $46,755.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $46,755.26 | | |
| | | | | $46,755.26 | | |

## Caprice Electronics Inc
**Case(s): 337 Clm No: 2918 Clm. Amt: $2,740.24**

*2902 W 37th St*
*Brooklyn, NY 11224*
**Date Filed:** 3/3/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,740.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,740.24 | | |
| | | | | $2,740.24 | | |

## Car-Freshner Corporation
**Case(s): 337 Clm No: 100138 Clm. Amt: $3,893.76**

*21205 Little Tree Dr*
*Watertown, NY 13601*
**Date Filed:** 12/18/2024
**Claim Face Value:** $3,893.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $3,893.76 | | $0.00 |
| | | | | $3,893.76 | | $0.00 |

## Car-Freshner Corporation
**Case(s): 337 Clm No: 1014 Clm. Amt: $94,004.88**

*21205 Little Tree Dr*
*Watertown, NY 13601*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $94,004.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $15,454.80 | | $0.00 |
| 337 | UNS | Allowed | | $78,550.08 | | $90,927.60 |
| | | | | $94,004.88 | | $90,927.60 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Cargill, Incorporated (Cargill Salt)
**Case(s): 337 Clm No: 2137 Clm. Amt: $64,100.73**

*Attn: William Brunnquell*
*15407 McGinty Road W, MS 24*
*Wayzata, MN 55391*
**Date Filed:** 12/4/2024
**Claim Face Value:** $64,100.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $64,100.73 | | |
| | | | | $64,100.73 | | |

## Carhartt, Inc.
**Case(s): 337 Clm No: 1855 Clm. Amt: $3,364,909.33**

*5750 Mercury Dr*
*Dearborn, MI 48126*
**Date Filed:** 11/27/2024
**Claim Face Value:** $3,364,909.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $571,614.06 | | $0.00 |
| 337 | ADM | Satisfied | | $180,104.25 | | $0.00 |
| 337 | UNS | Allowed | | $2,613,191.02 | | $2,613,191.02 |
| | | | | $3,364,909.33 | | $2,613,191.02 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Carlisle Fluid Technolgies llc
### Case(s): 337 Clm No: 1001 Clm. Amt: $13,697.99

*16430 N Scottsdale Rd, Ste 450*
*Scottsdale, AZ 85254*
**Date Filed:** 11/12/2024
**Claim Face Value:** $13,697.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $686.84 | | $0.00 |
| 337 | UNS | Allowed | | $13,011.15 | | $13,697.99 |
| | | | | $13,697.99 | | $13,697.99 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Carlisle Fluid Technolgies llc
### Case(s): 337 Clm No: 2962 Clm. Amt: $3,128.20

*16430 N Scottsdale Rd, Ste 450*
*Scottsdale, AZ 85254*
**Date Filed:** 4/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,128.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,128.20 | | |
| | | | | $3,128.20 | | |

## Carolina Handling, LLC
### Case(s): 337 Clm No: 829 Clm. Amt: $226,573.79

*4835 Sirona Dr, Ste 100*
*Charlotte, NC 28273*
**Date Filed:** 11/5/2024
**Claim Face Value:** $226,573.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $226,573.79 | | |
| | | | | $226,573.79 | | |

## Carolina North Mfg. Inc.
### Case(s): 337 Clm No: 2675 Clm. Amt: $147.24

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $147.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $147.24 | | |
| | | | | $147.24 | | |

## Carolina North Mfg. Inc.
### Case(s): 337 Clm No: 2676 Clm. Amt: $196.08

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $196.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $196.08 | | |
| | | | | $196.08 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2677 Clm. Amt: $505.44**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $505.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $505.44 | | |
| | | | | $505.44 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2678 Clm. Amt: $822.36**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $822.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $822.36 | | |
| | | | | $822.36 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2679 Clm. Amt: $505.44**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $505.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $505.44 | | |
| | | | | $505.44 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2680 Clm. Amt: $513.96**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $513.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $513.96 | | |
| | | | | $513.96 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2681 Clm. Amt: $452.39**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $452.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $452.39 | | |
| | | | | $452.39 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2682 Clm. Amt: $283.20**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $283.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $283.20 | | |
| | | | | $283.20 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2683 Clm. Amt: $80.82**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $80.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $80.82 | | |
| | | | | $80.82 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2684 Clm. Amt: $399.00**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $399.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $399.00 | | |
| | | | | $399.00 | | |

**Carolina North Mfg. Inc.**
**Case(s): 337 Clm No: 2685 Clm. Amt: $702.00**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $702.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $702.00 | | |
| | | | | $702.00 | | |

**Carolyn K Pentz**
**Case(s): 337 Clm No: 2209 Clm. Amt: $1,907.91**

*Address Redacted*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,907.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,907.91 | | |
| | | | | $1,907.91 | | |

**Carolyn K Pentz**
**Case(s): 337 Clm No: 2208 Clm. Amt:**

*Address Redacted*
**Date Filed:** 12/3/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

**Carroll Fulmer Logistics Corp.**
**Case(s): 337 Clm No: 864 Clm. Amt: $176,200.00**

*8340 American Way*
*Groveland, FL 34736*
**Date Filed:** 11/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $176,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $176,200.00 | | |
| | | | | $176,200.00 | | |

**Carson Industries Inc**
**Case(s): 337 Clm No: 109 Clm. Amt: $31,562.72**

*c/o Carson Gifts*
*189 Foreman Rd*
*Freeport, PA 16229*
**Date Filed:** 10/16/2024
**Claim Face Value:** $31,562.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,562.72 | | |
| | | | | $31,562.72 | | |

**Carson Industries Inc**
**Case(s): 337 Clm No: 113 Clm. Amt: $31,562.72**

*c/o Carson Gifts*
*189 Foreman Rd*
*Freeport, PA 16229*
**Date Filed:** 10/16/2024
**Claim Face Value:** $31,562.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,562.72 | | |
| | | | | $31,562.72 | | |

**Cassandra Dye**
**Case(s): 337 Clm No: 100014 Clm. Amt: $33,629.18**

*26468 N Hickory Rd*
*Mundelein, IL 60060*
**Date Filed:** 12/3/2024
**Claim Face Value:** $33,629.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $33,629.18 | | $0.00 |
| | | | | $33,629.18 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

**Cassandra Dye**
**Case(s): 337 Clm No: 2080 Clm. Amt: $282,485.07**

*c/o Smith Gambrell & Russell LLP*
*Attn: Elizabeth L Janczak, Esq*
*311 S Wacker Dr, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/3/2024
**Claim Face Value:** $282,485.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $282,485.07 | | $0.00 |
| 337 | PRI | Satisfied | | | | $0.00 |
| 337 | UNS | Allowed | | | | $213,528.39 |
| | | | | $282,485.07 | | $213,528.39 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## CCA Financial, LLC
### Case(s): 337 Clm No: 3013 Clm. Amt: $136,047.19

*Attn: Jonathan Hall*
*7275 Glen Forest Dr, Ste 100*
*Richmond, VA 23226*
**Date Filed:** 5/28/2025
**Claim Face Value:** $136,047.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $136,047.19 | | |
| | | | | $136,047.19 | | |

## Cellco Partnership d/b/a Verizon Wireless
### Case(s): 337 Clm No: 931 Clm. Amt: $5,138.31

*Attn: William M Vermette*
*22001 Loudoun County Pkwy*
*Ashburn, VA 20147*
**Date Filed:** 11/8/2024
**Claim Face Value:** $5,138.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,138.31 | | |
| | | | | $5,138.31 | | |

## CenterPoint Energy
### Case(s): 337 Clm No: 1900 Clm. Amt: $951.25

*P.O. Box 1700*
*Houston, TX 77251*
**Date Filed:** 11/19/2024
**Claim Face Value:** $951.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $951.25 | | |
| | | | | $951.25 | | |

## Central Garden & Pet Company
### Case(s): 337 Clm No: 1861 Clm. Amt: $130,333.19

*Attn: Legal Department*
*711 E Missouri Ave, Ste 200*
*Phoenix, AZ 85014*
**Date Filed:** 11/26/2024
**Claim Face Value:** $130,333.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $17,098.92 | | $0.00 |
| 337 | UNS | | | $113,234.27 | | $113,234.27 |
| | | | | $130,333.19 | | $113,234.27 |

## Central Garden & Pet Company
### Case(s): 337 Clm No: 1872 Clm. Amt: $132,249.99

*Attn: Legal Department*
*711 E Missouri Ave, Ste 200*
*Phoenix, AZ 85014*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $132,249.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $9,499.31 | | $0.00 |
| 337 | UNS | Allowed | | $122,750.68 | | $126,748.12 |
| | | | | $132,249.99 | | $126,748.12 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Central Garden & Pet Company
### Case(s): 337 Clm No: 1866 Clm. Amt: $42,075.86

Attn: Legal Department
711 E Missouri Ave, Ste 200
Phoenix, AZ 85014
**Date Filed:** 11/26/2024
**Claim Face Value:** $42,075.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $42,075.86 | | |
| | | | | $42,075.86 | | |

## Centurion Store Supplies
### Case(s): 337 Clm No: 648 Clm. Amt: $62,672.34

Attn: Christopher Gorski
188 Industrial Dr, Ste 428
Elmhurst, IL 60126
**Date Filed:** 10/30/2024
**Claim Face Value:** $62,672.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $18,685.44 | | $0.00 |
| 337 | UNS | | | $43,986.90 | | $59,228.47 |
| | | | | $62,672.34 | | $59,228.47 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Century Distribution Systems Inc
### Case(s): 337 Clm No: 2549 Clm. Amt: $16,171.86

Attn: Gilbert Dawkins
4860 Cox Rd, Ste 210
Glen Allen, VA 23060
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $16,171.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $16,171.86 | | |
| | | | | $16,171.86 | | |

## Century Distribution Systems Inc
### Case(s): 337 Clm No: 2550 Clm. Amt: $16,171.86

Attn: Gilbert Dawkins
4860 Cox Rd, Ste 210
Glen Allen, VA 23060
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $16,171.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $16,171.86 | | |
| | | | | $16,171.86 | | |

## Century Distribution Systems Inc
### Case(s): 337 Clm No: 2551 Clm. Amt: $16,171.86

Attn: Gilbert Dawkins
4860 Cox Rd, Ste 210
Glen Allen, VA 23060
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $16,171.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $16,171.86 | | |
| | | | | $16,171.86 | | |

### Century Distribution Systems Inc
**Case(s): 337 Clm No: 2552 Clm. Amt: $16,171.86**

*Attn: Gilbert Dawkins*
*4860 Cox Rd, Ste 210*
*Glen Allen, VA 23060*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $16,171.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $16,171.86 | | |
| | | | | $16,171.86 | | |

### Century Distribution Systems Inc
**Case(s): 337 Clm No: 604 Clm. Amt: $104,713.73**

*Attn: Gilbert Dawkins*
*4860 Cox Rd, Ste 210*
*Glen Allen, VA 23060*
**Date Filed:** 10/29/2024
**Claim Face Value:** $104,713.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $104,713.73 | | |
| | | | | $104,713.73 | | |

### Century Drill and Tool, LLC
**Case(s): 337 Clm No: 1055 Clm. Amt: $240,566.61**

*Attn: Anthony B Ellis*
*1160 Contract Dr*
*Green Bay, WI 54304*
**Date Filed:** 11/14/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $240,566.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $1,387.10 | | $0.00 |
| 337 | UNS | Allowed | | $239,179.51 | | $240,436.05 |
| | | | | $240,566.61 | | $240,436.05 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

### Century Group Inc.
**Case(s): 337 Clm No: 834 Clm. Amt: $14,592.00**

*1106 W Napoleon*
*Sulphur, LA 70663*
**Date Filed:** 11/5/2024
**Claim Face Value:** $14,592.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $14,592.00 | | |
| | | | | $14,592.00 | | |

### Century Wire & Cable
**Case(s): 337 Clm No: 1943 Clm. Amt: $236,504.21**

*5701 S Eastern Ave, Ste 300*
*Commerce, CA 90040*
**Date Filed:** 11/27/2024
**Claim Face Value:** $236,504.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $236,504.21 | | |
| | | | | $236,504.21 | | |

## CenturyLink Communications, LLC
### Case(s): 337 Clm No: 991 Clm. Amt: $1,336.42

c/o Lumen Technologies Group
Attn: Bankruptcy
931 14th St, 9th Fl
Denver, CO 80202
**Date Filed:** 11/12/2024
**Claim Face Value:** $1,336.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,336.42 | | |
| | | | | $1,336.42 | | |

## Ceramo Company, Inc
### Case(s): 337 Clm No: 112 Clm. Amt: $69,699.79

P.O. Box 485
Jackson, MO 63755
**Date Filed:** 10/17/2024
**Claim Face Value:** $69,699.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $69,699.79 | | |
| | | | | $69,699.79 | | |

## Cerro Flow Products LLC
### Case(s): 337 Clm No: 1483 Clm. Amt: $334,404.90

3000 Mississippi Ave
Sauget, IL 62206
**Date Filed:** 11/22/2024
**Orig. Date Filed:** 11/7/2024
**Amending Clm #:** 912
**Claim Face Value:** $334,404.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | | | $0.00 |
| 337 | UNS | Allowed | | $334,404.90 | | $306,904.68 |
| | | | | $334,404.90 | | $306,904.68 |

## Cerro Flow Products LLC
### Case(s): 337 Clm No: 912 Clm. Amt: $279,404.41

3000 Mississippi Ave
Sauget, IL 62206
**Date Filed:** 11/7/2024
**Amended By Clm #:** 1483
**Claim Face Value:** $279,404.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | Disallowed | | $279,404.41 | | $0.00 |
| | | | | $279,404.41 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

## Cerro Flow Products LLC
### Case(s): 337 Clm No: 2472 Clm. Amt: $52,778.92

*3000 Mississippi Ave*
*Sauget, IL 62206*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $52,778.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | | | $0.00 |
| 337 | UNS | Allowed | | $52,778.92 | | $45,135.57 |
| | | | | $52,778.92 | | $45,135.57 |

## CertainTeed Gypsum, Inc.
### Case(s): 337 Clm No: 935 Clm. Amt: $1,586,748.77

*c/o Phillips Murrah PC*
*Attn: Mark E Golman*
*3710 Rawlins St, Ste 900*
*Dallas, TX 75219*
**Date Filed:** 11/8/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,586,748.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $402,957.06 | | $0.00 |
| 337 | SEC | Allowed | | | | $16,008.84 |
| 337 | UNS | Allowed | | $1,183,791.71 | | $1,570,739.93 |
| | | | | $1,586,748.77 | | $1,586,748.77 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## CGW Abrasives
### Case(s): 337 Clm No: 1860 Clm. Amt: $10,915.30

*7525 N Oak Park Ave*
*Niles, IL 60714*
**Date Filed:** 11/27/2024
**Claim Face Value:** $10,915.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,915.30 | | |
| | | | | $10,915.30 | | |

## CH Hanson Company
### Case(s): 337 Clm No: 232 Clm. Amt: $362,055.45

*2000 N Aurora Rd*
*Naperville, IL 60563*
**Date Filed:** 10/19/2024
**Claim Face Value:** $362,055.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $362,055.45 | | |
| | | | | $362,055.45 | | |

## Chain Drug Marketing Association, Inc.
**Case(s): 337 Clm No: 2291 Clm. Amt: $86,947.01**

*43157 W 9 Mile Rd*
*Novi, MI 48375*
**Date Filed:** 12/5/2024
**Claim Face Value:** $86,947.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $86,947.01 | | |
| | | | | $86,947.01 | | |

## Chain Store Guides, LLC
**Case(s): 337 Clm No: 1908 Clm. Amt: $5,770.12**

*3710 Corporex Park Dr, Ste 310*
*Tampa, FL 33619*
**Date Filed:** 11/27/2024
**Claim Face Value:** $5,770.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,770.12 | | |
| | | | | $5,770.12 | | |

## Challenger, Gray & Christmas Inc
**Case(s): 337 Clm No: 1143 Clm. Amt: $51,250.00**

*465 Central Ave, Ste 200*
*Northfield, IL 60093*
**Date Filed:** 11/15/2024
**Claim Face Value:** $51,250.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $51,250.00 | | |
| | | | | $51,250.00 | | |

## Champion Container
**Case(s): 337 Clm No: 300 Clm. Amt: $70,671.63**

*1455 N Michael Dr*
*Wood Dale, IL 60191*
**Date Filed:** 10/21/2024
**Claim Face Value:** $70,671.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $70,671.63 | | |
| | | | | $70,671.63 | | |

## Champion Container
**Case(s): 337 Clm No: 166 Clm. Amt: $70,671.63**

*1455 N Michael Dr*
*Wood Dale, IL 60191*
**Date Filed:** 10/17/2024
**Claim Face Value:** $70,671.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $70,671.63 | | |
| | | | | $70,671.63 | | |

## Champion Cooler Corp.
**Case(s): 337 Clm No: 816 Clm. Amt: $46,777.64**

*Attn: C Shaw*
*5800 Murray St*
*Little Rock, AR 72209*
**Date Filed:** 11/4/2024
**Claim Face Value:** $46,777.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $46,777.64 | | |
| | | | | $46,777.64 | | |

## Champion Motorsports Group LLC
**Case(s): 337 Clm No: 2923 Clm. Amt: $28,607.01**

*Attn: Brittany Neighbors*
*4120 E Scyene Rd*
*Mesquite, TX 75181*
**Date Filed:** 3/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $28,607.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $28,607.01 | | $0.00 |
| 337 | UNS | Allowed | | | | $28,607.01 |
| | | | | $28,607.01 | | $28,607.01 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Chance's Hardware, LLC
**Case(s): 337 Clm No: 100339 Clm. Amt:**

*Store Number 23740*
*607 Watervliet Shaker Rd*
*Latham, NY 12110*
**Date Filed:** 12/23/2024
**Claim Face Value:**

## Changzhou Pengsheng Yida Tools Co., Ltd
**Case(s): 337 Clm No: 1417 Clm. Amt: $36,609.84**

*c/o Brown & Joseph, LLC*
*Attn: Peter Geldes*
*P.O. Box 249*
*Itasca, IL 60143*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $36,609.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $36,609.84 | | |
| | | | | $36,609.84 | | |

## Changzhou Pengsheng Yida Tools Co., Ltd
**Case(s): 337 Clm No: 2896 Clm. Amt: $36,609.31**

*No 8 Longting Rd, Naxiashu*
*Changzhou, Jiangsu 21316*
*China*
**Date Filed:** 2/20/2025
**Claim Face Value:** $36,609.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $36,609.31 | | |
| | | | | $36,609.31 | | |

## Channellock, Inc
**Case(s): 337 Clm No: 386 Clm. Amt: $240,382.54**

*Attn: James Bromley*
*1306 S Main St*
*Meadville, PA 16335*
**Date Filed:** 10/22/2024
**Claim Face Value:** $240,382.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $240,382.54 | | |
| | | | | $240,382.54 | | |

### Chapin International Inc
**Case(s): 337 Clm No: 197 Clm. Amt: $489,071.09**

*Attn: Season Meyers*
*P.O. Box 549*
*Batavia, NY 14021*
**Date Filed:** 10/18/2024
**Claim Face Value:** $489,071.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $489,071.09 | | |
| | | | | $489,071.09 | | |

### Chapman, Inc
**Case(s): 337 Clm No: 2708 Clm. Amt: $19,324.00**

*1032 Palmer Ln*
*Milford, MI 48381*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $19,324.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | Disallowed | | $19,324.00 | | $0.00 |
| | | | | $19,324.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

### Char-Broil, LLC
**Case(s): 337 Clm No: 1852 Clm. Amt: $145,541.11**

*Attn: Alex Chan*
*1017 Front Ave*
*Columbus, GA 31901*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1835
**Claim Face Value:** $145,541.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $3,766.76 | | $0.00 |
| 337 | UNS | | | $141,774.35 | | $141,774.35 |
| | | | | $145,541.11 | | $141,774.35 |

### Char-Broil, LLC
**Case(s): 337 Clm No: 1835 Clm. Amt: $145,541.11**

*Attn: Alex Chan*
*1017 Front Ave*
*Columbus, GA 31901*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 1852
**Claim Face Value:** $145,541.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $3,766.76 | Y | $0.00 |
| 337 | UNS | Disallowed | | $141,774.35 | Y | $0.00 |
| | | | | $145,541.11 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Charles Devaney (owner) Swarthmore Hardware Store, Inc.
**Case(s): 337 Clm No: 2603 Clm. Amt: $9,300.00**

*11 S Chester Rd*
*Swarthmore, PA 19081*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $9,300.00 | | |
| | | | | $9,300.00 | | |

## Charlotte Pipe and Foundry Company
**Case(s): 337 Clm No: 1382 Clm. Amt: $3,449,766.39**

*c/o Bradshaw & Hinson PA*
*Attn: David M Schilli-Robinson*
*101 N Tryon St, Ste 1900*
*Charlotte, NC 28246*
**Date Filed:** 11/21/2024
**Claim Face Value:** $3,449,766.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $777,554.95 | | $0.00 |
| 337 | UNS | Allowed | | $2,672,211.44 | | $3,022,412.69 |
| | | | | $3,449,766.39 | | $3,022,412.69 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

## Checkers Industrial Products, LLC
**Case(s): 337 Clm No: 161 Clm. Amt: $14,102.81**

*c/o Justrite - Legal Dept*
*1751 Lake Cook Rd, Ste 370*
*Deerfield, IL 60015*
**Date Filed:** 10/17/2024
**Claim Face Value:** $14,102.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $14,102.81 | | |
| | | | | $14,102.81 | | |

## Chef Craft Corporation
**Case(s): 337 Clm No: 1130 Clm. Amt: $9,680.78**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $9,680.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $9,680.78 | | |
| | | | | $9,680.78 | | |

## Cherryhill Manufacturing Corporation
**Case(s): 337 Clm No: 26 Clm. Amt: $25,142.00**

*Attn: Mary Kirsch - VP*
*3231 Laurel Run Rd*
*Clymer, PA 15728*
**Date Filed:** 10/16/2024
**Claim Face Value:** $25,142.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $25,142.00 | | |
| | | | | $25,142.00 | | |

## Cherryhill Manufacturing Corporation
**Case(s): 337 Clm No: 2506 Clm. Amt: $1,091.28**

*Attn: Mary Kirsch*
*3231 Laurel Run Rd*
*Clymer, PA 15728*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,091.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,091.28 | | |
| | | | | $1,091.28 | | |

## Chervon North America Inc.
**Case(s): 337 Clm No: 895 Clm. Amt: $142,506.91**

*1203 E Warrenville Rd*
*Naperville, IL 60563*
**Date Filed:** 11/7/2024
**Amended By Clm #:** 1324
**Claim Face Value:** $142,506.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $142,506.91 | | |
| | | | | $142,506.91 | | |

## Chervon North America Inc.
**Case(s): 337 Clm No: 1324 Clm. Amt: $142,506.91**

*1203 E Warrenville Rd*
*Naperville, IL 60563*
**Date Filed:** 11/20/2024
**Orig. Date Filed:** 11/7/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 895
**Claim Face Value:** $142,506.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $10,332.61 | | $0.00 |
| 337 | UNS | | | $132,174.30 | | $132,174.30 |
| | | | | $142,506.91 | | $132,174.30 |

## Chesapeake Hardware
**Case(s): 337 Clm No: 2271 Clm. Amt: $10,242.16**

*c/o Tydings & Rosenberg LLP*
*Attn: Richard L Costella, Esq*
*1 E Pratt St, Ste 901*
*Baltimore, MD 21202*
**Date Filed:** 12/5/2024
**Claim Face Value:** $10,242.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,242.16 | | |
| | | | | $10,242.16 | | |

## Chicago Die Cast Division of Production Castings, Inc
**Case(s): 337 Clm No: 69 Clm. Amt: $16,703.96**

*Attn: Grace Tosti*
*1410 W Lark Industrial Dr*
*Fenton, MO 63026*
**Date Filed:** 10/16/2024
**Claim Face Value:** $16,703.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,703.96 | | |
| | | | | $16,703.96 | | |

**Chicago Hardware & Fixture Company**
**Case(s): 337 Clm No: 636 Clm. Amt: $4,828.13**

*9100 Parklane Ave*
*Franklin Park, IL 60131*
**Date Filed:** 10/29/2024
**Claim Face Value:** $4,828.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,828.13 | | |
| | | | | $4,828.13 | | |

**Chicago Tire**
**Case(s): 337 Clm No: 3009 Clm. Amt: $1,062.44**

*16001 S Van Drunen Rd*
*S Holland, IL 60473*
**Date Filed:** 5/23/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,062.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,062.44 | | |
| | | | | $1,062.44 | | |

**Chicken Poop LLC**
**Case(s): 341 Clm No: 7 Clm. Amt: $6,530.00**

*Attn: Deanna Stephan*
*309 N Mead St*
*Wichita, KS 67202*
**Date Filed:** 11/12/2024
**Claim Face Value:** $6,530.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Satisfied | | $4,140.00 | | $0.00 |
| 341 | UNS | Allowed | | $2,390.00 | | $5,840.00 |
| | | | | $6,530.00 | | $5,840.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**ChromaSource, Inc.**
**Case(s): 337 Clm No: 1276 Clm. Amt: $22,369.28**

*Attn: Jason Brooks*
*P.O. Box 8300*
*Fort Wayne, IN 46898*
**Date Filed:** 11/18/2024
**Claim Face Value:** $22,369.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,369.28 | | |
| | | | | $22,369.28 | | |

**CHS Acquisition Corp**
**Case(s): 337 Clm No: 86 Clm. Amt: $108,249.00**

*Attn: Theodore Bruner*
*211 E Main St*
*Chicago Hts, IL 60411*
**Date Filed:** 10/16/2024
**Claim Face Value:** $108,249.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $108,249.00 | | |
| | | | | $108,249.00 | | |

**Chubb Custom Insurance Company**
**Case(s): 344 Clm No: 13 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | | | Unknown | Y | |
| 344 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Chubb Custom Insurance Company**
**Case(s): 337 Clm No: 2046 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Chubb Custom Insurance Company**
**Case(s): 338 Clm No: 13 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | SEC | | | Unknown | Y | |
| 338 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Chubb Custom Insurance Company**
**Case(s): 339 Clm No: 10 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | SEC | | | Unknown | Y | |
| 339 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Chubb Custom Insurance Company**
**Case(s): 340 Clm No: 15 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | | | Unknown | Y | |
| 340 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Chubb Custom Insurance Company
### Case(s): 341 Clm No: 29 Clm. Amt: $1,506,104.00

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | SEC | | | Unknown | Y | |
| 341 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Chubb Custom Insurance Company
### Case(s): 342 Clm No: 21 Clm. Amt: $1,506,104.00

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | SEC | | | Unknown | Y | |
| 342 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Chubb Custom Insurance Company
### Case(s): 343 Clm No: 9 Clm. Amt: $1,506,104.00

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 343 | SEC | | | Unknown | Y | |
| 343 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Church & Dwight Co., Inc.
### Case(s): 344 Clm No: 5 Clm. Amt: $42,393.90

*c/o Troutman Pepper Hamilton Sanders LLP*
*Attn: Francis J Lawall*
*3000 2 Logan Sq, 18th St and Arch St*
*Philadelphia, PA 19103*
**Date Filed:** 11/26/2024
**Claim Face Value:** $42,393.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 344 | 503(b)(9) | Disallowed | | $42,393.90 | | $0.00 |
| | | | | $42,393.90 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

### Church & Dwight Co., Inc.
**Case(s): 337 Clm No: 1785 Clm. Amt: $42,393.90**

*c/o Troutman Pepper Hamilton Sanders LLP*
*Attn: Francis J Lawall*
*3000 2 Logan Sq, 18th St and Arch St*
*Philadelphia, PA 19103*
**Date Filed:** 11/26/2024
**Claim Face Value:** $42,393.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $42,393.90 | | $0.00 |
| | | | | $42,393.90 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

### Church & Dwight Co., Inc.
**Case(s): 339 Clm No: 2 Clm. Amt: $42,393.90**

*c/o Troutman Pepper Hamilton Sanders LLP*
*Attn: Francis J Lawall*
*3000 2 Logan Sq, 18th St and Arch St*
*Philadelphia, PA 19103*
**Date Filed:** 11/26/2024
**Claim Face Value:** $42,393.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | 503(b)(9) | Disallowed | | $42,393.90 | | $0.00 |
| | | | | $42,393.90 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

### Church & Dwight Co., Inc.
**Case(s): 342 Clm No: 13 Clm. Amt: $42,393.90**

*c/o Troutman Pepper Hamilton Sanders LLP*
*Attn: Francis J Lawall*
*3000 2 Logan Sq, 18th St and Arch St*
*Philadelphia, PA 19103*
**Date Filed:** 11/26/2024
**Claim Face Value:** $42,393.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | 503(b)(9) | Disallowed | | $42,393.90 | | $0.00 |
| | | | | $42,393.90 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

### Cinco Plastics Inc
**Case(s): 337 Clm No: 299 Clm. Amt: $52,281.40**

*Attn: Molly Fiveash*
*5938 Woodway Pl Ct*
*Houston, TX 77057*
**Date Filed:** 10/21/2024
**Claim Face Value:** $52,281.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $52,281.40 | | |
| | | | | $52,281.40 | | |

### Cintas Corporation No. 2
**Case(s): 337 Clm No: 2220 Clm. Amt: $85,403.03**

*Attn: Stephen J Malkiewicz*
*6800 Cintas Blvd*
*Mason, OH 45040*
**Date Filed:** 12/4/2024
**Amended By Clm #:** 2221
**Claim Face Value:** $85,403.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Disallowed | | $62,231.71 | | $0.00 |
| 337 | UNS | Disallowed | | $23,171.32 | | $0.00 |
| | | | | $85,403.03 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

### Cintas Corporation No. 2
**Case(s): 337 Clm No: 2221 Clm. Amt: $85,403.03**

*Attn: Stephen J Malkiewicz*
*6800 Cintas Blvd*
*Mason, OH 45040*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2220
**Amended By Clm #:** 2736
**Claim Face Value:** $85,403.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Disallowed | | $62,231.71 | | $0.00 |
| 337 | UNS | Disallowed | | $23,171.32 | | $0.00 |
| | | | | $85,403.03 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

### Cintas Corporation No. 2
**Case(s): 337 Clm No: 2736 Clm. Amt: $86,895.14**

*Attn: Stephen J Malkiewicz*
*6800 Cintas Blvd*
*Mason, OH 45040*
**Date Filed:** 12/30/2024
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2221
**Claim Face Value:** $86,895.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $63,723.82 | | $0.00 |
| 337 | UNS | Allowed | | $23,171.32 | | $23,171.32 |
| | | | | $86,895.14 | | $23,171.32 |

### Cision US Inc
**Case(s): 337 Clm No: 457 Clm. Amt: $2,560.00**

*1785 Greensboro Station, 8th Fl*
*McLean, VA 22102*
**Date Filed:** 10/25/2024
**Claim Face Value:** $2,560.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $2,560.00 | | |
| | | | | $2,560.00 | | |

**CIT Bank, N.A., a division of First Citizens Bank & Trust Company**
**Case(s): 337 Clm No: 2108 Clm. Amt: $837,195.98**

*c/o First Citizens Bank*
*Attn: Andrew Fuge*
*11 W 42nd St, 11th Fl*
*New York, NY 10036*
**Date Filed:** 12/3/2024
**Claim Face Value:** $837,195.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $837,195.98 | | $0.00 |
| | | | | $837,195.98 | | $0.00 |

**CIT Bank, N.A., a division of First Citizens Bank & Trust Company**
**Case(s): 337 Clm No: 100337 Clm. Amt: $98,926.04**

*11 W 42nd St, 11th Fl*
*New York, NY 10036*
**Date Filed:** 12/23/2024
**Claim Face Value:** $98,926.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $98,926.04 | | $0.00 |
| 337 | UNS | Withdrawn | | | | $0.00 |
| | | | | $98,926.04 | | $0.00 |

**CIT Bank, N.A., a division of First Citizens Bank & Trust Company**
**Case(s): 337 Clm No: 100338 Clm. Amt: $98,926.04**

*11 W 42nd St, 11th Fl*
*New York, NY 10036*
**Date Filed:** 12/23/2024
**Claim Face Value:** $98,926.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $98,926.04 | Y | $0.00 |
| 337 | UNS | Disallowed | | Unknown | Y | $0.00 |
| | | | | $98,926.04 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Citra Solv, LLC**
**Case(s): 337 Clm No: 1995 Clm. Amt: $1,887.05**

*Attn: Steven H Zeitler*
*9927 Lost Creek Dr*
*Winter Garden, FL 34787*
**Date Filed:** 11/29/2024
**Claim Face Value:** $1,887.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,887.05 | | |
| | | | | $1,887.05 | | |

**City of Corsicana**
**Case(s): 337 Clm No: 2509 Clm. Amt:**

*200 N 12th St*
*Corsicana, TX 75110*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

### City of Kansas City, Missouri
**Case(s): 337 Clm No: 2948 Clm. Amt: $238.52**

*Attn: Tax Claims*
*414 E 12th St, Ste 1903*
*Kansas City, MO 64106*
**Date Filed:** 3/24/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $238.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $238.52 | | $0.00 |
| | | | | $238.52 | | $0.00 |

### City of Philadelphia
**Case(s): 337 Clm No: 937 Clm. Amt:**

*c/o Law Dept*
*Attn: Tax Litigation & Collections Unit*
*Municipal Services Bldg*
*1401 JFK Blvd, 5th Fl*
*Philadelphia, PA 19102*
**Date Filed:** 11/8/2024
**Bar Date:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | | | Unknown | Y | |
| 337 | UNS | | | | | |

### City of Seattle
**Case(s): 337 Clm No: 2966 Clm. Amt: $1,958.42**

*c/o LTA*
*P.O. Box 94767*
*Seattle, WA 98124*
**Date Filed:** 4/9/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $1,958.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $1,958.42 | | $0.00 |
| | | | | $1,958.42 | | $0.00 |

### CL&D Graphics LLC
**Case(s): 337 Clm No: 1292 Clm. Amt: $4,978.52**

*c/o CL&D Graphics*
*Attn: Philip Bauer*
*1101 W 2nd St*
*Oconomowoc, WI 53066*
**Date Filed:** 11/20/2024
**Claim Face Value:** $4,978.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,978.52 | | |
| | | | | $4,978.52 | | |

### CLAL Credit Insurance Ltd
**Case(s): 337 Clm No: 2537 Clm. Amt: $71,951.07**

*c/o Atradius Collections, Inc*
*3500 Lacey Rd, Ste 220*
*Downers Grove, IL 60515*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $71,951.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $71,951.07 | | |
| | | | | $71,951.07 | | |

### ClarkDietrich Building Systems
**Case(s): 337 Clm No: 2442 Clm. Amt: $42,862.83**

*Attn: Tim Van Winkle*
*9050 Centre Pointe Dr, Unit 400*
*W Chester Twp, OH 45069*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $42,862.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $42,862.83 | | |
| | | | | $42,862.83 | | |

### ClarkDietrich Building Systems
**Case(s): 337 Clm No: 930 Clm. Amt: $22,626.12**

*Attn: Tim Van Winkle*
*9050 Centre Pointe Dr, Unit 400*
*W Chester Twp, OH 45069*
**Date Filed:** 11/8/2024
**Claim Face Value:** $22,626.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,626.12 | | |
| | | | | $22,626.12 | | |

### Clean Control Corporation
**Case(s): 337 Clm No: 2636 Clm. Amt: $27,619.30**

*Attn: Kristy Taylor*
*P.O. Box 7444*
*Warner Robins, GA 31095*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $27,619.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $27,619.30 | | |
| | | | | $27,619.30 | | |

### Clean Earth Environmental Solutions, Inc.
**Case(s): 337 Clm No: 992 Clm. Amt: $66,899.97**

*c/o Spilman Thomas & Battle, PLLC*
*Attn: Sally E Edison*
*301 Grant St, Ste 3440*
*Pittsburgh, PA 15219*
**Date Filed:** 11/12/2024
**Claim Face Value:** $66,899.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $66,899.97 | | |
| | | | | $66,899.97 | | |

### Clean Earth Environmental Solutions, Inc.
**Case(s): 337 Clm No: 100025 Clm. Amt: $4,561.83**

*933 1st Ave, Ste 200*
*King of Prussia, PA 19406*
**Date Filed:** 12/5/2024
**Claim Face Value:** $4,561.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $4,561.83 | | $0.00 |
| | | | | $4,561.83 | | $0.00 |

### Clean Earth Environmental Solutions, Inc.
**Case(s): 337 Clm No: 100026 Clm. Amt: $4,561.83**

*933 1st Ave, Ste 200*
*King of Prussia, PA 19406*
**Date Filed:** 12/5/2024
**Claim Face Value:** $4,561.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $4,561.83 | Y | $0.00 |
| | | | | $4,561.83 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Clean Team, Inc.
**Case(s): 337 Clm No: 2309 Clm. Amt: $63,359.46**

*7445 Airport Hwy*
*Holland, OH 43528*
**Date Filed:** 12/5/2024
**Claim Face Value:** $63,359.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $63,359.46 | | |
| | | | | $63,359.46 | | |

## CleanTools
**Case(s): 337 Clm No: 2794 Clm. Amt: $928.80**

*2 Plaza Dr*
*Westmont, IL 60559*
**Date Filed:** 1/10/2025
**Orig. Date Filed:** 10/17/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 187
**Claim Face Value:** $928.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $928.80 | | |
| | | | | $928.80 | | |

## CleanTools, Inc
**Case(s): 337 Clm No: 187 Clm. Amt: $9,603.84**

*2-10 Plaza Dr*
*Westmont, IL 60559*
**Date Filed:** 10/17/2024
**Amended By Clm #:** 2794
**Claim Face Value:** $9,603.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,603.84 | | |
| | | | | $9,603.84 | | |

## Clearwater Enterprises, LLC
**Case(s): 337 Clm No: 100265 Clm. Amt: $2,160.98**

*5637 N Classen Blvd*
*Oklahoma City, OK 73118*
**Date Filed:** 12/20/2024
**Claim Face Value:** $2,160.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $2,160.98 | | $0.00 |
| | | | | $2,160.98 | | $0.00 |

## Cleva International Trading Limited
**Case(s): 337 Clm No: 873 Clm. Amt: $398,215.39**

*128 Java Road, North Point Hong Kong*
*Apt 1, Rm 1402 14/F Java Commercial Center*
*Sheung Wan*
*Hong Kong*
**Date Filed:** 11/6/2024
**Claim Face Value:** $398,215.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $398,215.39 | | |
| | | | | $398,215.39 | | |

## Cleva North America, Inc
**Case(s): 337 Clm No: 874 Clm. Amt: $30,539.62**

*601 Regent Park Ct*
*Greenville, SC 29604*
**Date Filed:** 11/6/2024
**Claim Face Value:** $30,539.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $30,539.62 | | |
| | | | | $30,539.62 | | |

## Cleveland Research Company
### Case(s): 341 Clm No: 17 Clm. Amt: $11,250.00

Attn: Cassie Smith
1375 E 9th St, Ste 2700
Cleveland, OH 44114
**Date Filed:** 11/25/2024
**Claim Face Value:** $11,250.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 341 | UNS | | | $11,250.00 | | |
| | | | | $11,250.00 | | |

## Clopay Corporation
### Case(s): 337 Clm No: 2293 Clm. Amt: $135,065.39

Attn: Lisa Askin
8585 Duke Blvd
Mason, OH 45040
**Date Filed:** 12/5/2024
**Claim Face Value:** $135,065.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $20,950.62 | | $0.00 |
| 337 | UNS | Allowed | | $114,114.77 | | $135,065.39 |
| | | | | $135,065.39 | | $135,065.39 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## CMT USA, Inc
### Case(s): 337 Clm No: 422 Clm. Amt: $154,634.35

Attn: Travis Westmoreland
7609 Bentley Rd, Ste D
Greensboro, NC 27409
**Date Filed:** 10/25/2024
**Claim Face Value:** $154,634.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $154,634.35 | Y | $0.00 |
| | | | | $154,634.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## CMT USA, Inc
**Case(s): 337 Clm No: 537 Clm. Amt: $154,634.35**

*Attn: Travis Westmoreland*
*7609 Bentley Rd, Ste D*
*Greensboro, NC 27409*
**Date Filed:** 10/24/2024
**Claim Face Value:** $154,634.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $154,634.35 | | $0.00 |
| 337 | UNS | Allowed | | | | $132,310.22 |
| | | | | $154,634.35 | | $132,310.22 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Co-Line Welding Inc
**Case(s): 337 Clm No: 1359 Clm. Amt: $4,301.78**

*1041 Cordova Ave*
*Lynnville, IA 50153*
**Date Filed:** 11/20/2024
**Claim Face Value:** $4,301.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,301.78 | | |
| | | | | $4,301.78 | | |

## Co-Op Supply, Inc.
**Case(s): 337 Clm No: 2403 Clm. Amt: $10,529.76**

*P.O. Box 233*
*Marysville, WA 98270*
**Date Filed:** 12/5/2024
**Claim Face Value:** $10,529.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,529.76 | | |
| | | | | $10,529.76 | | |

## Coach's Cedar Creek Farm, Inc.
**Case(s): 337 Clm No: 1306 Clm. Amt: $41,563.60**

*111 Doug Byrd Rd*
*Lucedale, MS 39452*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $41,563.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $41,563.60 | | |
| | | | | $41,563.60 | | |

## Coast Cutlery Co
**Case(s): 337 Clm No: 616 Clm. Amt: $57,485.06**

*Attn: Justin Ascher*
*P.O. Box 5821*
*Portland, OR 97228*
**Date Filed:** 10/30/2024
**Claim Face Value:** $57,485.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $57,485.06 | | |
| | | | | $57,485.06 | | |

## Coast of Maine, Inc.
**Case(s): 337 Clm No: 1072 Clm. Amt: $519,919.11**

*c/o Frey Group LLC*
*Attn: Jamie L Kreider*
*372 Puseyville Rd*
*Quarryville, PA 17566*
**Date Filed:** 11/14/2024
**Claim Face Value:** $519,919.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $46,344.91 | | $0.00 |
| 337 | UNS | Allowed | | $473,574.20 | | $507,075.35 |
| | | | | $519,919.11 | | $507,075.35 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Coast to Coast Computer Products
**Case(s): 337 Clm No: 2020 Clm. Amt: $656.21**

*Attn: Richard Tarin*
*4277 Valley Fair St*
*Simi Valley, CA 93063*
**Date Filed:** 11/29/2024
**Claim Face Value:** $656.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $656.21 | | |
| | | | | $656.21 | | |

## Coastal Pet Products Inc
**Case(s): 337 Clm No: 2557 Clm. Amt: $42,714.13**

*511 Leadway Ave*
*Alliance, OH 44601*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $42,714.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $42,714.13 | | |
| | | | | $42,714.13 | | |

## Coatings Research Group, Inc
**Case(s): 337 Clm No: 540 Clm. Amt: $9,172.50**

*Attn: Cheryl Gaspar*
*125 Pelret Industrial Pkwy*
*Berea, OH 44017*
**Date Filed:** 10/26/2024
**Claim Face Value:** $9,172.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,172.50 | | |
| | | | | $9,172.50 | | |

## Coats & Clark
**Case(s): 337 Clm No: 1136 Clm. Amt: $4,605.76**

*Attn: Shane Kalmusky*
*320 Livingstone Ave S*
*Listowel, ON N4W 3H3*
*Canada*
**Date Filed:** 11/15/2024
**Claim Face Value:** $4,605.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,605.76 | | |
| | | | | $4,605.76 | | |

## Coca-Cola Bottlers' Sales & Services Company, LLC
### Case(s): 337 Clm No: 1421 Clm. Amt: $157,519.09

Attn: Credit Risk Management
8125 Highwoods Palm Way
Tampa, FL 33647
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $157,519.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $21,971.53 | | $0.00 |
| 337 | UNS | Allowed | | $135,547.56 | | $157,519.09 |
| | | | | $157,519.09 | | $157,519.09 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Coca-Cola Consolidated, Inc.
### Case(s): 337 Clm No: 2282 Clm. Amt: $17,572.48

c/o ASK LLP
Attn: Jennifer A Christian, Esq
60 E 42nd St, 46th Fl
New York, NY 10156
**Date Filed:** 12/5/2024
**Claim Face Value:** $17,572.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,559.60 | | $0.00 |
| 337 | UNS | Allowed | | $15,012.88 | | $17,572.48 |
| | | | | $17,572.48 | | $17,572.48 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Cocam Int'l Enterprises Ltd (Vendor No 8053)
### Case(s): 337 Clm No: 577 Clm. Amt: $214,196.53

16 F,Tianxingcuilang, No 49 Yunnan N Rd
Nanjing, Jiangsu 210000
China
**Date Filed:** 10/29/2024
**Claim Face Value:** $214,196.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $214,196.53 | | |
| | | | | $214,196.53 | | |

## Coda Resources, Ltd
### Case(s): 337 Clm No: 45 Clm. Amt:

100 Matawan Rd
Matawan, NJ 07747
**Date Filed:** 10/15/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Cofair Products, Inc.
### Case(s): 337 Clm No: 1897 Clm. Amt: $145,238.66

*6135 Monroe Ct*
*Morton Grove, IL 60053*
**Date Filed:** 11/26/2024
**Claim Face Value:** $145,238.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $145,238.66 | | $0.00 |
| 337 | UNS | Allowed | | | | $126,798.11 |
| | | | | $145,238.66 | | $126,798.11 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Coghlan's Ltd
### Case(s): 337 Clm No: 2508 Clm. Amt: $117,385.56

*121 Irene St*
*Winnipeg, MB R3t 4C7*
*Canada*
**Date Filed:** 12/15/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $117,385.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $12,343.96 | | $0.00 |
| 337 | UNS | | | $105,041.60 | | |
| | | | | $117,385.56 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Coilhose Pneumatics
### Case(s): 337 Clm No: 2638 Clm. Amt: $11,271.32

*Attn: Steven Gonzalez*
*19 Kimberly Rd*
*E Brunswick, NJ 08816*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,271.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,271.32 | | |
| | | | | $11,271.32 | | |

## Coilhose Pneumatics
### Case(s): 337 Clm No: 100257 Clm. Amt: $2,127.15

*19 Kimbech Rd*
*E Brunswick, NJ 08816*
**Date Filed:** 12/20/2024
**Claim Face Value:** $2,127.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $2,127.15 | | $0.00 |
| | | | | $2,127.15 | | $0.00 |

## Colgate-Palmolive Company
**Case(s): 337 Clm No: 2347 Clm. Amt: $158,788.00**

*c/o Credit Management Department*
*Attn: Fabiola Prieto*
*300 Park Ave*
*New York, NY 10022*
**Date Filed:** 12/5/2024
**Claim Face Value:** $158,788.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $158,788.00 | | |
| | | | | $158,788.00 | | |

## Collier Manufacturing LLC
**Case(s): 337 Clm No: 617 Clm. Amt: $64,590.36**

*755 Tri State Pkwy*
*Gurnee, IL 60031*
**Date Filed:** 10/30/2024
**Claim Face Value:** $64,590.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $14,324.73 | | $0.00 |
| 337 | UNS | | | $50,265.63 | | $50,265.63 |
| | | | | $64,590.36 | | $50,265.63 |

## Colorado Smash Corporation
**Case(s): 337 Clm No: 2294 Clm. Amt: $5,335.37**

*871 Thornton Pkwy, Unit 144*
*Thornton, CO 80229*
**Date Filed:** 12/5/2024
**Claim Face Value:** $5,335.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,335.37 | | |
| | | | | $5,335.37 | | |

## Columbia Paint Corp dba Raybo Chemical Company
**Case(s): 337 Clm No: 1981 Clm. Amt: $1,946.20**

*641 Jackson Ave*
*Huntington, WV 25704*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,946.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,946.20 | | |
| | | | | $1,946.20 | | |

## Columbia Paint Corp. dba Raybo Chemical Company
**Case(s): 337 Clm No: 350 Clm. Amt: $1,946.20**

*641 Jackson Ave*
*Huntington, WV 25704*
**Date Filed:** 10/17/2024
**Claim Face Value:** $1,946.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,946.20 | | |
| | | | | $1,946.20 | | |

**Colwell, Inc.**
**Case(s): 337 Clm No: 1655 Clm. Amt: $411,807.86**

*2605 Marion Dr*
*Kendallville, IN 46755*
**Date Filed:** 11/26/2024
**Claim Face Value:** $411,807.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $82,430.68 | | $0.00 |
| 337 | UNS | | | $329,377.18 | | $329,377.18 |
| | | | | $411,807.86 | | $329,377.18 |

**Assignee**

**Combined Manufacturing Inc**
**Case(s): 337 Clm No: 3032 Clm. Amt: $7,738.08**

*18451 Centaur Rd*
*Wildwood, MO 63005*
**Date Filed:** 6/10/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $7,738.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $7,738.08 | | |
| | | | | $7,738.08 | | |

**Commercial Battery LLC**
**Case(s): 337 Clm No: 2564 Clm. Amt: $9,532.52**

*Attn: Jerry Bryant*
*P.O. Box 8237*
*Tyler, TX 75711*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,532.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,532.52 | | |
| | | | | $9,532.52 | | |

**Commercial Battery LLC**
**Case(s): 337 Clm No: 2565 Clm. Amt: $28,193.45**

*Attn: Jerry Bryant*
*P.O. Box 8237*
*Tyler, TX 75711*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $28,193.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $28,193.45 | | |
| | | | | $28,193.45 | | |

**Commonwealth of Virginia Department of Taxation**
**Case(s): 337 Clm No: 2793 Clm. Amt: $298.79**

*P.O. Box 2156*
*Richmond, VA 23218*
**Date Filed:** 1/8/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $298.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $298.79 | | $0.00 |
| | | | | $298.79 | | $0.00 |

### Commonwealth of Virginia Department of Taxation
**Case(s): 337 Clm No: 2748 Clm. Amt: $298.79**

*P.O. Box 2156*
*Richmond, VA 23218*
**Date Filed:** 1/3/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $298.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $298.79 | | $0.00 |
| | | | | $298.79 | | $0.00 |

### Compass Group USA dba Canteen Vending
**Case(s): 337 Clm No: 2741 Clm. Amt: $804.64**

*2400 Yorkmont Rd*
*Charlotte, NC 28217*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $804.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $804.64 | | |
| | | | | $804.64 | | |

### Compass Health Brands Corp
**Case(s): 337 Clm No: 381 Clm. Amt: $28,206.15**

*c/o Koley Jessen PC, LLO*
*Attn: Kristin Krueger*
*1125 S 103rd St, Ste 800*
*Omaha, NE 68124*
**Date Filed:** 10/22/2024
**Claim Face Value:** $28,206.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $1,031.12 | | $0.00 |
| 337 | UNS | | | $27,175.03 | | $27,175.03 |
| | | | | $28,206.15 | | $27,175.03 |

### Compass Health Brands Corp
**Case(s): 337 Clm No: 383 Clm. Amt: $28,206.15**

*c/o Koley Jessen PC, LLO*
*Attn: Kristin Krueger*
*1125 S 103rd St, Ste 800*
*Omaha, NE 68124*
**Date Filed:** 10/22/2024
**Claim Face Value:** $28,206.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,031.12 | Y | $0.00 |
| 337 | UNS | Disallowed | | $27,175.03 | Y | $0.00 |
| | | | | $28,206.15 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Compass Health Brands Corp
**Case(s): 337 Clm No: 400 Clm. Amt: $28,206.15**

*c/o Koley Jessen PC, LLO*
*Attn: Kristin Krueger*
*1125 S 103rd St, Ste 800*
*Omaha, NE 68124*
**Date Filed:** 10/23/2024
**Claim Face Value:** $28,206.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,031.12 | Y | $0.00 |
| 337 | UNS | Disallowed | | $27,175.03 | Y | $0.00 |
| | | | | $28,206.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Compass Minerals America Inc
**Case(s): 337 Clm No: 2570 Clm. Amt: $385,220.77**

*9900 W 109th St*
*Overland Park, KS 66210*
**Date Filed:** 12/18/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $385,220.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $385,220.77 | | $0.00 |
| | | | | $385,220.77 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Compass Minerals America Inc.
**Case(s): 337 Clm No: 947 Clm. Amt: $1,236,378.82**

*9900 W 109th St*
*Overland Park, KS 66210*
**Date Filed:** 11/8/2024
**Claim Face Value:** $1,236,378.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,236,378.82 | | |
| | | | | $1,236,378.82 | | |

## Comptroller of Maryland
**Case(s): 338 Clm No: 26 Clm. Amt: $29,702.00**

*7 St Paul St, Bankruptcy Unit, Rm 230*
*Baltimore, MD 21202*
**Date Filed:** 3/17/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $29,702.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | PRI | Withdrawn | | $28,715.00 | | $0.00 |
| 338 | UNS | Withdrawn | | $987.00 | | $0.00 |
| | | | | $29,702.00 | | $0.00 |

## CompX Security Products
### Case(s): 337 Clm No: 742 Clm. Amt: $33,471.87

*26 Old Mill Rd*
*Greenville, SC 29607*
**Date Filed:** 11/1/2024
**Claim Face Value:** $33,471.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $6,939.25 | | $0.00 |
| 337 | UNS | Allowed | | $26,532.62 | | $33,471.87 |
| | | | | $33,471.87 | | $33,471.87 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Conair LLC
### Case(s): 337 Clm No: 984 Clm. Amt: $149,378.38

*Attn: Alissa Lucas*
*50 Millstone Rd, Bldg 300, Ste 105*
*E Windsor, NJ 08520*
**Date Filed:** 11/12/2024
**Claim Face Value:** $149,378.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $36,320.00 | | $0.00 |
| 337 | UNS | Allowed | | $113,058.38 | | $148,612.48 |
| | | | | $149,378.38 | | $148,612.48 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Concord USA LLC
### Case(s): 337 Clm No: 1965 Clm. Amt: $52,450.00

*c/o Scarinci Hollenbeck*
*Attn: David Edelberg, Esq*
*150 Clove Rd, 9th Fl*
*Little Falls, NJ 07424*
**Date Filed:** 11/29/2024
**Claim Face Value:** $52,450.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $52,450.00 | | |
| | | | | $52,450.00 | | |

## Concur Technologies, Inc.
### Case(s): 337 Clm No: 2023 Clm. Amt: $10,861.58

*601 108th Ave NE, Ste 1000*
*Bellevue, WA 98004*
**Date Filed:** 12/2/2024
**Claim Face Value:** $10,861.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,861.58 | | |
| | | | | $10,861.58 | | |

**Connecticut Department of Revenue Services**
**Case(s): 337 Clm No: 2775 Clm. Amt: $9,873.96**

*c/o Bankruptcy Team*
*450 Columbus Blvd, Ste 1*
*Hartford, CT 06103*
**Date Filed:** 1/8/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $9,873.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $8,961.96 | | $0.00 |
| 337 | UNS | | | $912.00 | | $912.00 |
| | | | | $9,873.96 | | $912.00 |

**Connecticut Department of Revenue Services**
**Case(s): 338 Clm No: 19 Clm. Amt: $3,133.86**

*c/o Bankruptcy Team*
*450 Columbus Blvd, Ste 1*
*Hartford, CT 06103*
**Date Filed:** 1/8/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $3,133.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | PRI | Satisfied | | $3,133.86 | | $0.00 |
| | | | | $3,133.86 | | $0.00 |

**Connecticut Electric, Inc.**
**Case(s): 337 Clm No: 1887 Clm. Amt: $44,292.15**

*1819 W 38th St*
*Anderson, IN 46013*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $44,292.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $13,278.61 | | $0.00 |
| 337 | UNS | | | $31,013.54 | | $31,013.54 |
| | | | | $44,292.15 | | $31,013.54 |

**Consolidated Foam Inc.**
**Case(s): 337 Clm No: 1435 Clm. Amt: $8,305.92**

*801 Asbury Dr*
*Buffalo Grove, IL 60089*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,305.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,305.92 | | |
| | | | | $8,305.92 | | |

## Conspro Corp.
### Case(s): 337 Clm No: 920 Clm. Amt: $81,474.55

*Attn: Barbara Sabat*
*P.O. Box 361628*
*San Juan, PR 00936-1628*
**Date Filed:** 11/7/2024
**Claim Face Value:** $81,474.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $10,132.00 | | $0.00 |
| 337 | UNS | Allowed | | $71,342.55 | | $81,474.55 |
| | | | | $81,474.55 | | $81,474.55 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

## Constellation NewEnergy - Gas Division, LLC
### Case(s): 337 Clm No: 2967 Clm. Amt: $23,096.56

*1310 Point St, 12th Fl*
*Baltimore, MD 21231*
**Date Filed:** 4/9/2025
**Orig. Date Filed:** 11/26/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1662
**Claim Face Value:** $23,096.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,914.36 | | $0.00 |
| 337 | UNS | Allowed | | $20,182.20 | | $23,096.56 |
| | | | | $23,096.56 | | $23,096.56 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Constellation NewEnergy - Gas Division, LLC
### Case(s): 337 Clm No: 1662 Clm. Amt: $59,442.51

*1310 Point St, 12th Fl*
*Baltimore, MD 21231*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 2967
**Claim Face Value:** $59,442.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $45,005.40 | | $0.00 |
| 337 | UNS | Disallowed | | $14,437.11 | | $0.00 |
| | | | | $59,442.51 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Constellation NewEnergy, Inc.
### Case(s): 337 Clm No: 1627 Clm. Amt: $3,399.48

*1310 Point St, 12th Fl*
*Baltimore, MD 21231*
**Date Filed:** 11/25/2024
**Claim Face Value:** $3,399.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,399.48 | | |
| | | | | $3,399.48 | | |

## Container Compliance Corp.
### Case(s): 337 Clm No: 1308 Clm. Amt: $5,325.00

*5151 Denison Ave*
*Cleveland, OH 44102*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,325.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,325.00 | | |
| | | | | $5,325.00 | | |

## ContainerPort Group, Inc
### Case(s): 337 Clm No: 2475 Clm. Amt: $651.92

*Attn: Karen Wandrup*
*1340 Depot St*
*Rocky River, OH 44116*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $651.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $651.92 | | |
| | | | | $651.92 | | |

## Cooper Bussman, LLC
### Case(s): 337 Clm No: 1440 Clm. Amt: $395,339.44

*c/o Eaton Corporation*
*Attn: Global Trade Credit*
*1000 Eaton Blvd, Unit S5*
*Cleveland, OH 44122*
**Date Filed:** 11/21/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $395,339.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $44,517.93 | | $0.00 |
| 337 | UNS | Allowed | | $350,821.51 | | $373,958.64 |
| | | | | $395,339.44 | | $373,958.64 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Cooper Lighting, LLC
### Case(s): 337 Clm No: 1552 Clm. Amt: $562,024.09

*c/o Kohner, Mann & Kailas SC*
*Attn: Samuel C Wisotzkey*
*4650 N Port Washington Rd*
*Milwaukee, WI 53212*
**Date Filed:** 11/24/2024
**Claim Face Value:** $562,024.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $55,512.42 | | $0.00 |
| 337 | SEC | Allowed | | $106,696.91 | | $106,696.91 |
| 337 | UNS | Allowed | | $399,814.76 | | $420,880.37 |
| | | | | $562,024.09 | | $527,577.28 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

## Cooper Wiring Devices
### Case(s): 337 Clm No: 1438 Clm. Amt: $59,948.09

*c/o Eaton Corporation*
*Attn: Global Trade Credit*
*1000 Eaton Blvd, Unit S5*
*Cleveland, OH 44122*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $59,948.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $59,948.09 | | |
| | | | | $59,948.09 | | |

## Cooper Wiring Devices
### Case(s): 337 Clm No: 1439 Clm. Amt: $22,598.57

*c/o Eaton Corporation*
*Attn: Global Trade Credit*
*1000 Eaton Blvd, Unit S5*
*Cleveland, OH 44122*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $22,598.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $22,598.57 | | |
| | | | | $22,598.57 | | |

## Copeland Comfort Control LP
### Case(s): 337 Clm No: 1164 Clm. Amt: $73,372.60

*c/o Husch Blackwell LLP*
*Attn: John J Cruciani*
*4801 Main St, Ste 1000*
*Kansas City, MO 64112*
**Date Filed:** 11/18/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $73,372.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $6,940.72 | | $0.00 |
| 337 | UNS | | | $66,431.88 | | $66,431.88 |
| | | | | $73,372.60 | | $66,431.88 |

## Corcentric Payments, LLC
**Case(s): 337 Clm No: 2087 Clm. Amt: $34,000.00**

c/o Dilworth Paxson LLP
Attn: Scott J Freedman
457 Haddonfield Rd, Ste 700
Cherry Hill, NJ 08002
**Date Filed:** 12/3/2024
**Claim Face Value:** $34,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $34,000.00 | | |
| | | | | $34,000.00 | | |

## Cornerstone OnDemand, Inc.
**Case(s): 337 Clm No: 2687 Clm. Amt:**

Attn: Legal
1601 Cloverfield Blvd, Ste 600 S
Santa Monica, CA 90404
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Corona Clipper, Inc.
**Case(s): 337 Clm No: 1392 Clm. Amt: $202,134.74**

Attn: Allison Wells
22440 Temescal Canyon Rd
Corona, CA 92883
**Date Filed:** 11/21/2024
**Claim Face Value:** $202,134.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $25,737.52 | | $0.00 |
| 337 | UNS | Allowed | | $176,397.22 | | $191,319.40 |
| | | | | $202,134.74 | | $191,319.40 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Corporation Service Company
**Case(s): 337 Clm No: 1159 Clm. Amt: $1,564.82**

Attn: Joanne Smith
251 Little Falls Dr
Wilmington, DE 19808
**Date Filed:** 11/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,564.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,564.82 | | |
| | | | | $1,564.82 | | |

## Cortina Safety Products
**Case(s): 337 Clm No: 2039 Clm. Amt: $29,563.91**

10706 W Grand Ave
Franklin Park, IL 60131
**Date Filed:** 12/2/2024
**Claim Face Value:** $29,563.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $29,563.91 | | |
| | | | | $29,563.91 | | |

**CorVel Enterprise Claims, Inc.**
**Case(s): 337 Clm No: 3066 Clm. Amt: $75,001.46**

*c/o CorVel Corporation*
*Attn: Cathy Clansen*
*1920 Main St, Ste 900*
*Irvine, CA 92614*
**Date Filed:** 10/23/2025
**Orig. Date Filed:** 12/3/2024
**Amending Clm #:** 2064
**Claim Face Value:** $75,001.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $75,001.46 | | |
| | | | | $75,001.46 | | |

**CorVel Enterprise Comp, Inc.**
**Case(s): 337 Clm No: 100438 Clm. Amt: $17,561.27**

*c/o Womble Bond Dickinson (US) LLP*
*Attn: Kevin J Mangan, Marcy J McLaughlin Smith*
*1313 N Market St, Ste 1200*
*Wilmington, DE 19801*
**Date Filed:** 5/23/2025
**Claim Face Value:** $17,561.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $17,561.27 | | $0.00 |
| | | | | $17,561.27 | | $0.00 |

**CorVel Enterprise Comp, Inc.**
**Case(s): 337 Clm No: 2064 Clm. Amt: $75,001.46**

*c/o CorVel Corporation*
*Attn: Cathy Clansen*
*1920 Main St, Ste 900*
*Irvine, CA 92614*
**Date Filed:** 12/3/2024
**Amended By Clm #:** 3066
**Claim Face Value:** $75,001.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $75,001.46 | | |
| | | | | $75,001.46 | | |

**CorVel Enterprise Comp, Inc.**
**Case(s): 337 Clm No: 100076 Clm. Amt: $20,518.87**

*1920 Main St, Ste 900*
*Irvine, CA 92614*
**Date Filed:** 12/10/2024
**Claim Face Value:** $20,518.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $20,518.87 | | $0.00 |
| | | | | $20,518.87 | | $0.00 |

**CorVel Enterprise Comp, Inc.**
**Case(s): 337 Clm No: 100077 Clm. Amt: $20,518.87**

*1920 Main St, Ste 900*
*Irvine, CA 92614*
**Date Filed:** 12/10/2024
**Claim Face Value:** $20,518.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $20,518.87 | Y | $0.00 |
| | | | | $20,518.87 | | $0.00 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**CorVel Enterprise Comp, Inc.**
**Case(s): 337 Clm No: 100078 Clm. Amt: $20,518.87**

*1920 Main St, Ste 900*
*Irvine, CA 92614*
**Date Filed:** 12/10/2024
**Claim Face Value:** $20,518.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $20,518.87 | Y | $0.00 |
| | | | | $20,518.87 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**CorVel Enterprise Comp, Inc.**
**Case(s): 337 Clm No: 100079 Clm. Amt: $20,518.87**

*1920 Main St, Ste 900*
*Irvine, CA 92614*
**Date Filed:** 12/10/2024
**Claim Face Value:** $20,518.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $20,518.87 | Y | $0.00 |
| | | | | $20,518.87 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**CorVel Enterprise Comp, Inc.**
**Case(s): 337 Clm No: 100081 Clm. Amt: $20,518.87**

*1920 Main St, Ste 900*
*Irvine, CA 92614*
**Date Filed:** 12/11/2024
**Claim Face Value:** $20,518.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $20,518.87 | Y | $0.00 |
| | | | | $20,518.87 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**CorVel Enterprise Comp, Inc.**
**Case(s): 337 Clm No: 100082 Clm. Amt: $20,518.87**

*1920 Main St, Ste 900*
*Irvine, CA 92614*
**Date Filed:** 12/11/2024
**Claim Face Value:** $20,518.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $20,518.87 | Y | $0.00 |
| | | | | $20,518.87 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Costa Farms, LLC
**Case(s): 337 Clm No: 2894 Clm. Amt: $149,846.30**

*dba Bernecker's Nursery*
*c/o Legal Department*
*21800 SW 162 Ave*
*Miami, FL 33170*
**Date Filed:** 2/20/2025
**Orig. Date Filed:** 11/27/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1898
**Claim Face Value:** $149,846.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $20,249.73 | | $0.00 |
| 337 | UNS | Allowed | | $129,596.57 | | $149,846.30 |
| | | | | $149,846.30 | | $149,846.30 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Costa Farms, LLC
**Case(s): 337 Clm No: 100402 Clm. Amt: $22,915.27**

*dba Bernecker's Nursery*
*Attn: Legal Dept*
*21800 SW 162 Ave*
*Miami, FL 33170*
**Date Filed:** 3/4/2025
**Claim Face Value:** $22,915.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $22,915.27 | | $0.00 |
| | | | | $22,915.27 | | $0.00 |

## Costa Farms, LLC
**Case(s): 337 Clm No: 100298 Clm. Amt:**

*dba Bernecker's Nursery*
*Attn: Dept 2647*
*P.O. Box 122647*
*Dallas, TX 75312-2647*
**Date Filed:** 12/23/2024
**Amended By Clm #:** 100402
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

## Costa Farms, LLC dba Bernecker's Nursery
**Case(s): 337 Clm No: 1898 Clm. Amt: $173,017.35**

*c/o Legal Dept*
*21800 SW 162 Ave*
*Miami, FL 33170*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 2894
**Claim Face Value:** $173,017.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $20,249.73 | | $0.00 |
| 337 | UNS | Disallowed | | $152,767.62 | | $0.00 |
| | | | | $173,017.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Cotterman Company
**Case(s): 337 Clm No: 100038 Clm. Amt: $929.45**

*P.O. Box 168*
*130 Seltzer Rd*
*Croswell, MI 48422-0168*
**Date Filed:** 12/6/2024
**Claim Face Value:** $929.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $929.45 | | $0.00 |
| 337 | UNS | Allowed | | | | $929.45 |
| | | | | $929.45 | | $929.45 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Cottins Hardware, Inc.
**Case(s): 337 Clm No: 1152 Clm. Amt: $53,482.77**

*Attn: Linda Cottin*
*1832 Massachusetts St*
*Lawrence, KS 66044*
**Date Filed:** 11/15/2024
**Claim Face Value:** $53,482.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $53,482.77 | | |
| | | | | $53,482.77 | | |

## Coulter, LLC
**Case(s): 337 Clm No: 2022 Clm. Amt: $7,921.87**

*209 York Dr*
*Middlebury, IN 46540*
**Date Filed:** 11/29/2024
**Claim Face Value:** $7,921.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,921.87 | | |
| | | | | $7,921.87 | | |

## Couplings Company, Inc.
**Case(s): 337 Clm No: 1077 Clm. Amt: $1,394.09**

*Attn: Steven Kwate*
*570 Bond St*
*Lincolnshire, IL 60069*
**Date Filed:** 11/14/2024
**Claim Face Value:** $1,394.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,394.09 | | |
| | | | | $1,394.09 | | |

## Cowan Logistics, LLC
**Case(s): 337 Clm No: 796 Clm. Amt: $2,556.80**

*Attn: Kristin Hurdle*
*4555 Hollins Ferry Rd*
*Baltimore, MD 21227*
**Date Filed:** 11/4/2024
**Claim Face Value:** $2,556.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,556.80 | | |
| | | | | $2,556.80 | | |

**Cowart Mulch Products, Inc**
**Case(s): 341 Clm No: 3 Clm. Amt: $3,433.76**

*185 Peachtree Industrial Blvd*
*Sugar Hill, GA 30518*
**Date Filed:** 10/22/2024
**Claim Face Value:** $3,433.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 341 | UNS | | | $3,433.76 | | |
| | | | | $3,433.76 | | |

**Coyote Creek Organic Feed Mill**
**Case(s): 337 Clm No: 2192 Clm. Amt: $9,375.75**

*Attn: Brooke Hobby*
*13817 Klaus Ln*
*Elgin, TX 78621*
**Date Filed:** 12/4/2024
**Claim Face Value:** $9,375.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $6,508.25 | | $0.00 |
| 337 | UNS | | | $2,867.50 | | |
| | | | | $9,375.75 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Coyote Creek Organic Feed Mill**
**Case(s): 337 Clm No: 100167 Clm. Amt:**

*13817 Klaus Ln*
*Elgin, TX 78621*
**Date Filed:** 12/18/2024
**Claim Face Value:**

**Coyote Logistics, LLC**
**Case(s): 337 Clm No: 196 Clm. Amt: $83,865.71**

*Attn: Cheryle Tapp*
*960 N Point Pkwy, Ste 150*
*Alpharetta, GA 30005*
**Date Filed:** 10/18/2024
**Claim Face Value:** $83,865.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $83,865.71 | | |
| | | | | $83,865.71 | | |

**CPA Global Limited part of clarivate**
**Case(s): 337 Clm No: 2987 Clm. Amt: $5,322.60**

*789 E Eisenhower Pkwy*
*Ann Arbor, MI 48108*
**Date Filed:** 5/1/2025
**Claim Face Value:** $5,322.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,322.60 | | |
| | | | | $5,322.60 | | |

## Crader Distributing Company
### Case(s): 337 Clm No: 100326 Clm. Amt: $53,391.51

*808 Hwy 34 W*
*Marble Hill, MO 63764*
**Date Filed:** 12/23/2024
**Claim Face Value:** $53,391.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $53,391.51 | | $0.00 |
| | | | | $53,391.51 | | $0.00 |

## Crader Distributing Company
### Case(s): 337 Clm No: 3006 Clm. Amt: $395,222.67

*c/o McGuireWoods LLP*
*Attn: Connor W Symons*
*800 E Canal St*
*Richmond, VA 23219*
**Date Filed:** 5/23/2025
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1906
**Claim Face Value:** $395,222.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $395,222.67 | | |
| | | | | $395,222.67 | | |

## Crader Distributing Company
### Case(s): 337 Clm No: 1906 Clm. Amt: $395,222.67

*c/o McGuireWoods, LLP*
*Attn: Connor W Symons*
*800 E Canal St*
*Richmond, VA 23219*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 3006
**Claim Face Value:** $395,222.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $54,581.06 | | $0.00 |
| 337 | UNS | Disallowed | | $340,641.61 | | $0.00 |
| | | | | $395,222.67 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Filed | | |
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Crane Composites Inc.
### Case(s): 337 Clm No: 996 Clm. Amt: $38,333.03

*Attn: Daniel Knippen*
*23525 W Eames St*
*Channahon, IL 60410*
**Date Filed:** 11/12/2024
**Claim Face Value:** $38,333.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,333.03 | | |
| | | | | $38,333.03 | | |

## Crayola LLC
### Case(s): 337 Clm No: 2870 Clm. Amt: $60,453.82

*1100 Church Ln*
*Easton, PA 18044*
**Date Filed:** 2/6/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $60,453.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $60,453.82 | | |
| | | | | $60,453.82 | | |

## CRC Industries Inc
### Case(s): 337 Clm No: 436 Clm. Amt: $473,921.49

*Attn: Marybeth Storjohann*
*800 Enterprise Rd, Ste 101*
*Horsham, PA 19044*
**Date Filed:** 10/23/2024
**Claim Face Value:** $473,921.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $473,921.49 | | |
| | | | | $473,921.49 | | |

## CRC Industries Inc
### Case(s): 337 Clm No: 445 Clm. Amt: $473,921.49

*Attn: Marybeth Storjohann*
*800 Enterprise Rd, Ste 101*
*Horsham, PA 19044*
**Date Filed:** 10/23/2024
**Claim Face Value:** $473,921.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $473,921.49 | | |
| | | | | $473,921.49 | | |

## Creative Group Inc.
### Case(s): 337 Clm No: 2655 Clm. Amt: $12,960.00

*1500 N Casaloma Dr, Ste 201*
*Appleton, WI 54913*
**Date Filed:** 12/21/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2656
**Claim Face Value:** $12,960.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,960.00 | | |
| | | | | $12,960.00 | | |

## Creative Group Inc.
### Case(s): 337 Clm No: 2656 Clm. Amt: $12,960.00

*1500 N Casaloma Dr, Ste 201*
*Appleton, WI 54913*
**Date Filed:** 12/21/2024
**Orig. Date Filed:** 12/21/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2655
**Claim Face Value:** $12,960.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,960.00 | | |
| | | | | $12,960.00 | | |

## Creative Image Designers, Inc
### Case(s): 337 Clm No: 600 Clm. Amt: $3,411.55

*5425 Lake Michigan Dr*
*Allendale, MI 49401*
**Date Filed:** 10/29/2024
**Claim Face Value:** $3,411.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,411.55 | | |
| | | | | $3,411.55 | | |

**Crescent Electric Supply Co**
**Case(s): 337 Clm No: 2430 Clm. Amt: $1,649.00**

*P.O. Box 500*
*E Dubuque, IL 61025*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,649.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,649.00 | | |
| | | | | $1,649.00 | | |

**Croft LLC**
**Case(s): 337 Clm No: 2203 Clm. Amt: $57,047.82**

*Attn: Tom Abdalla*
*107 Oliver Emmerich Dr*
*McComb, MS 39648*
**Date Filed:** 12/4/2024
**Claim Face Value:** $57,047.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $10,977.83 | | $0.00 |
| 337 | UNS | | | $46,069.99 | | |
| | | | | $57,047.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Croft Trailer Supply Inc**
**Case(s): 337 Clm No: 159 Clm. Amt: $18,948.72**

*P.O. Box 300320*
*4320 Clary Blvd*
*Kansas City, MO 64130*
**Date Filed:** 10/17/2024
**Claim Face Value:** $18,948.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $18,948.72 | | |
| | | | | $18,948.72 | | |

**Croix Valley Foods**
**Case(s): 337 Clm No: 75 Clm. Amt:**

*2320 Jack Breault Dr*
*Hudson, WI 54016*
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | | | |

**CROLL, LLC**
**Case(s): 337 Clm No: 2273 Clm. Amt: $24,460.79**

*630 E New York Ave, Apt 4*
*Brooklyn, NY 11203*
**Date Filed:** 12/5/2024
**Claim Face Value:** $24,460.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $24,460.79 | | |
| | | | | $24,460.79 | | |

## Cronkhite Industries Inc
**Case(s): 337 Clm No: 836 Clm. Amt: $1,657.32**

*2212 Kickapoo Dr*
*Danville, IL 61832*
**Date Filed:** 11/5/2024
**Orig. Date Filed:** 10/24/2024
**Amending Clm #:** 471
**Claim Face Value:** $1,657.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $1,657.32 | | |
| | | | | $1,657.32 | | |

## Cronkhite Industries Inc
**Case(s): 337 Clm No: 471 Clm. Amt: $1,593.32**

*2212 Kickapoo Dr*
*Danville, IL 61832*
**Date Filed:** 10/24/2024
**Amended By Clm #:** 836
**Claim Face Value:** $1,593.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $1,593.32 | | |
| | | | | $1,593.32 | | |

## Crosman Corporation
**Case(s): 337 Clm No: 93 Clm. Amt: $23,405.72**

*7629 State Rte 5 and 20*
*Bloomfield, NY 14469*
**Date Filed:** 10/16/2024
**Claim Face Value:** $23,405.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $23,405.72 | | |
| | | | | $23,405.72 | | |

## Crosman Corporation
**Case(s): 337 Clm No: 1056 Clm. Amt: $23,405.72**

*7629 State Rte 5 and 20*
*Bloomfield, NY 14469*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $23,405.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $23,405.72 | | |
| | | | | $23,405.72 | | |

## Cross Manufacturing, Inc
**Case(s): 337 Clm No: 570 Clm. Amt: $1,686.60**

*11011 King St, Ste 210*
*Overland Park, KS 66210*
**Date Filed:** 10/28/2024
**Amended By Clm #:** 1616
**Claim Face Value:** $1,686.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $1,686.60 | Y | $0.00 |
| | | | | $1,686.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Cross Manufacturing, Inc.
**Case(s): 337 Clm No: 1616 Clm. Amt: $1,686.60**

*11011 King St, Unit 210*
*Overland Park, KS 66210*
**Date Filed:** 11/25/2024
**Orig. Date Filed:** 10/28/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 570
**Claim Face Value:** $1,686.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,686.60 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,686.60 |
| | | | | $1,686.60 | | $1,686.60 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Crown Equipment Corporation
**Case(s): 337 Clm No: 1548 Clm. Amt: $76,024.25**

*c/o Sebaly Shillito & Dyer LPA*
*Attn: Robert Hanseman*
*220 E Monument Ave, Ste 500*
*Dayton, OH 45402*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $76,024.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $1,986.89 | | $0.00 |
| 337 | SEC | Disallowed | | $29,854.46 | | $0.00 |
| 337 | UNS | Allowed | | $44,182.90 | | $74,037.36 |
| | | | | $76,024.25 | | $74,037.36 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Crown Equipment Corporation dba Crown Lift Trucks
**Case(s): 337 Clm No: 100422 Clm. Amt: $10,357.08**

*c/o Sebaly Shillito and Dyer LPA*
*Attn: Chistopher S Baxter*
*220 E Monument Ave, Ste 500*
*Dayton, OH 45402*
**Date Filed:** 5/14/2025
**Claim Face Value:** $10,357.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $10,357.08 | | $0.00 |
| | | | | $10,357.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

## Crown Packaging Corp
**Case(s): 337 Clm No: 345 Clm. Amt:**

*17854 Chesterfield Airport Rd*
*Chesterfield, MO 63005*
**Date Filed:** 10/21/2024
**Amended By Clm #:** 965
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Crown Packaging Corporation
**Case(s): 337 Clm No: 965 Clm. Amt: $97,953.46**

*17854 Chesterfield Airport Rd*
*Chesterfield, MO 63005*
**Date Filed:** 11/11/2024
**Orig. Date Filed:** 10/21/2024
**Amending Clm #:** 345
**Claim Face Value:** $97,953.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $15,100.42 | | $0.00 |
| 337 | UNS | | | $82,853.04 | | $82,853.04 |
| | | | | $97,953.46 | | $82,853.04 |

## CSA Group Consumer Product Evaluation Shanghai, Co., Ltd.
**Case(s): 337 Clm No: 3037 Clm. Amt: $5,408.10**

*Room 809, East Building, Qiushi Center,*
*Zhuzilin, Futian District,*
*Shenzhen, 518040*
*China*
**Date Filed:** 6/17/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,408.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $5,408.10 | | $0.00 |
| 337 | PRI | Disallowed | | Unknown | Y | $0.00 |
| | | | | $5,408.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## CSI International Inc
**Case(s): 337 Clm No: 120 Clm. Amt: $9,864.00**

*1001 Main St*
*Niagara Falls, NY 14301*
**Date Filed:** 10/16/2024
**Claim Face Value:** $9,864.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,864.00 | | |
| | | | | $9,864.00 | | |

## Cuddle Barn, Inc.
**Case(s): 337 Clm No: 2583 Clm. Amt: $24,319.65**

*340 E 2nd St, Unit 309*
*Los Angeles, CA 90012*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $24,319.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,319.65 | | |
| | | | | $24,319.65 | | |

## Culligan International
**Case(s): 337 Clm No: 261 Clm. Amt: $698,982.96**

*9399 W Higgins Rd, Ste 1100*
*Rosemont, IL 60018*
**Date Filed:** 10/20/2024
**Claim Face Value:** $698,982.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $698,982.96 | | |
| | | | | $698,982.96 | | |

## Culpeper Wood Preservers
**Case(s): 337 Clm No: 562 Clm. Amt: $312,161.19**

*Attn: Katie Morgan*
*501 N Main St*
*Culpeper, VA 22701*
**Date Filed:** 10/25/2024
**Claim Face Value:** $312,161.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $312,161.19 | | |
| | | | | $312,161.19 | | |

## Curt Manufacturing, LLC
**Case(s): 337 Clm No: 100190 Clm. Amt: $92,327.31**

*6208 Industrial Dr*
*Eau Claire, WI 54739*
**Date Filed:** 12/19/2024
**Claim Face Value:** $92,327.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $92,327.31 | | $0.00 |
| | | | | $92,327.31 | | $0.00 |

## Curv-Rite, Inc.
**Case(s): 337 Clm No: 1045 Clm. Amt: $6,729.77**

*3603 N Main St*
*Wayland, MI 49348*
**Date Filed:** 11/13/2024
**Claim Face Value:** $6,729.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,729.77 | | |
| | | | | $6,729.77 | | |

## CV Hardware, LLC
**Case(s): 337 Clm No: 248 Clm. Amt: $57,049.70**

*Attn: Kristen Hector*
*8472 Industrial Dr*
*Olive Branch, MS 38654*
**Date Filed:** 10/18/2024
**Claim Face Value:** $57,049.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $57,049.70 | | |
| | | | | $57,049.70 | | |

## Cyalume Technologies, Inc.
**Case(s): 337 Clm No: 1258 Clm. Amt: $5,328.18**

*96 Windsor St*
*W Springfield, MA 01089*
**Date Filed:** 11/19/2024
**Claim Face Value:** $5,328.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,328.18 | | |
| | | | | $5,328.18 | | |

**D & D Commodities Limited**
**Case(s): 337 Clm No: 1869 Clm. Amt: $42,101.53**

c/o Central Garden & Pet
Attn: Legal Department
711 E Missouri Ave, Ste 200
Phoenix, AZ 85014
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $42,101.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $5,979.21 | | $0.00 |
| 337 | UNS | | | $36,122.32 | | $36,122.32 |
| | | | | $42,101.53 | | $36,122.32 |

**D-Line USA**
**Case(s): 337 Clm No: 1000 Clm. Amt: $1,503.27**

Attn: Sarah Rigney
2671 Technology Dr
Louisville, KY 40299
**Date Filed:** 11/12/2024
**Claim Face Value:** $1,503.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,503.27 | | |
| | | | | $1,503.27 | | |

**Daido Corporation of America**
**Case(s): 337 Clm No: 1815 Clm. Amt: $43,990.84**

c/o Masuda Funai Eifert & Mitchell, Ltd
Attn: Gary Vist, Attorney-in-Fact
203 N LaSalle St, Ste 2500
Chicago, IL 60601
**Date Filed:** 11/27/2024
**Claim Face Value:** $43,990.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $43,990.84 | | |
| | | | | $43,990.84 | | |

**Daido Corporation of America**
**Case(s): 337 Clm No: 100197 Clm. Amt: $16,029.76**

c/o Masuda, Funai, Eifert & Mitchell, Ltd
Attn: Gary Vist
203 N LaSalle St, Ste 2500
Chicago, IL 60601
**Date Filed:** 12/19/2024
**Claim Face Value:** $16,029.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $16,029.76 | | $0.00 |
| | | | | $16,029.76 | | $0.00 |

**Daisy Manufacturing Company**
**Case(s): 337 Clm No: 94 Clm. Amt: $331,836.84**

1700 N 2nd St
Rogers, AR 72756
**Date Filed:** 10/16/2024
**Claim Face Value:** $331,836.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $331,836.84 | | |
| | | | | $331,836.84 | | |

## Daisy Manufacturing Company
### Case(s): 337 Clm No: 1058 Clm. Amt: $331,836.84

*1700 N 2nd St*
*Rogers, AR 72756*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $331,836.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $331,836.84 | | |
| | | | | $331,836.84 | | |

## Daisy Manufacturing Company
### Case(s): 337 Clm No: 96 Clm. Amt: $331,836.84

*1700 N 2nd St*
*Rogers, AR 72756*
**Date Filed:** 10/16/2024
**Claim Face Value:** $331,836.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $331,836.84 | | |
| | | | | $331,836.84 | | |

## Dalen Products, Inc
### Case(s): 337 Clm No: 1753 Clm. Amt: $38,418.21

*700 Dalen Ln*
*Knoxville, TN 37932*
**Date Filed:** 11/25/2024
**Claim Face Value:** $38,418.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $38,418.21 | | |
| | | | | $38,418.21 | | |

## Dallas Wholesale Distribution
### Case(s): 337 Clm No: 363 Clm. Amt: $8,505.52

*c/o SBP*
*Attn: Steven Riska*
*2160 Satellite Blvd, Ste 400*
*Duluth, GA 30097*
**Date Filed:** 10/22/2024
**Claim Face Value:** $8,505.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,505.52 | | |
| | | | | $8,505.52 | | |

## Dallas Wholesale Distribution
### Case(s): 337 Clm No: 395 Clm. Amt: $8,505.52

*c/o SBP*
*Attn: Steven Riska*
*2160 Satellite Blvd, Ste 400*
*Duluth, GA 30097*
**Date Filed:** 10/22/2024
**Claim Face Value:** $8,505.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $8,505.52 | | $0.00 |
| | | | | $8,505.52 | | $0.00 |

## Dallas Wholesale Distribution
### Case(s): 337 Clm No: 393 Clm. Amt: $8,505.52

*c/o SBP*
*Attn: Steven Riska*
*2160 Satellite Blvd, Ste 400*
*Duluth, GA 30097*
**Date Filed:** 10/22/2024
**Claim Face Value:** $8,505.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $8,505.52 | | $0.00 |
| | | | | $8,505.52 | | $0.00 |

## Dallas Wholesale Distribution
### Case(s): 337 Clm No: 390 Clm. Amt: $8,505.52

*c/o SBP*
*Attn: Steven Riska*
*2160 Satellite Blvd, Ste 400*
*Duluth, GA 30097*
**Date Filed:** 10/22/2024
**Claim Face Value:** $8,505.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $8,505.52 | | $0.00 |
| | | | | $8,505.52 | | $0.00 |

## Danco, Inc
### Case(s): 337 Clm No: 1053 Clm. Amt: $139,635.56

*Attn: Deborah Murrah/K White, Accts Receivable*
*2727 Chemsearch Blvd, 6th Fl*
*Irving, TX 75062*
**Date Filed:** 11/14/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $139,635.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $31,294.38 | | $0.00 |
| 337 | UNS | Allowed | | $108,341.18 | | $125,294.21 |
| | | | | $139,635.56 | | $125,294.21 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Danko Gas Service
### Case(s): 337 Clm No: 100214 Clm. Amt: $1,081.20

*124 Parrish Rd*
*Laurel Run, PA 18706*
**Date Filed:** 12/19/2024
**Claim Face Value:** $1,081.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $1,081.20 | | $0.00 |
| | | | | $1,081.20 | | $0.00 |

## Dansons US, LLC
### Case(s): 337 Clm No: 1838 Clm. Amt: $62,477.16

*Attn: Alex Chan*
*1017 Front Ave*
*Columbus, GA 31901*
**Date Filed:** 11/27/2024
**Claim Face Value:** $62,477.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $3,937.10 | | $0.00 |
| 337 | UNS | Allowed | | $58,540.06 | | $62,447.16 |
| | | | | $62,477.16 | | $62,447.16 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

### DAP Global, Inc
**Case(s): 337 Clm No: 1958 Clm. Amt: $1,295,488.84**

*c/o Williams Mullen*
*Attn: Jennifer McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,295,488.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,295,488.84 | | |
| | | | | $1,295,488.84 | | |

### DAP Global, Inc
**Case(s): 337 Clm No: 1959 Clm. Amt: $741,060.10**

*c/o Williams Mullen*
*Attn: Jennifer McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/27/2024
**Claim Face Value:** $370,530.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $370,530.05 | Y | $0.00 |
| 337 | ADM | Disallowed | | $370,530.05 | Y | $0.00 |
| | | | | $741,060.10 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

### DAP Global, Inc.
**Case(s): 337 Clm No: 1912 Clm. Amt: $370,530.05**

*c/o Williams Mullen*
*Attn: Jennifer McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/26/2024
**Claim Face Value:** $370,530.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $370,530.05 | | $0.00 |
| 337 | UNS | Allowed | | | | $108,970.67 |
| | | | | $370,530.05 | | $108,970.67 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## DAP Global, Inc.
### Case(s): 337 Clm No: 1628 Clm. Amt: $741,060.10

*c/o Williams Mullen*
*Attn: Jennifer McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $370,530.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $370,530.05 | Y | $0.00 |
| 337 | ADM | Disallowed | | $370,530.05 | Y | $0.00 |
| | | | | $741,060.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Dar-Tech Inc
### Case(s): 337 Clm No: 1279 Clm. Amt: $2,323.65

*Attn: Joshua Rahe*
*16485 Rockside Rd*
*Cleveland, OH 44137*
**Date Filed:** 11/19/2024
**Orig. Date Filed:** 10/17/2024
**Amending Clm #:** 155
**Claim Face Value:** $2,323.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,323.65 | | |
| | | | | $2,323.65 | | |

## Dar-Tech, Inc
### Case(s): 337 Clm No: 155 Clm. Amt:

*16845 Rockside Rd*
*Cleveland, OH 44137*
**Date Filed:** 10/17/2024
**Amended By Clm #:** 1279
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Dare Products, Inc
### Case(s): 337 Clm No: 178 Clm. Amt:

*860 Betterly Rd*
*Springfield, MI 49037-8340*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## DAS Labs LLC
**Case(s): 337 Clm No: 3026 Clm. Amt: $33,756.06**

*815 W University Pkwy*
*Orem, UT 84058*
**Date Filed:** 5/30/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $33,756.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $8,132.40 | | $0.00 |
| 337 | UNS | Disallowed | | $25,623.66 | | $0.00 |
| | | | | $33,756.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Datacolor, Inc.
**Case(s): 337 Clm No: 1445 Clm. Amt: $26,221.82**

*Attn: Accounts Receivable*
*5 Princess Rd*
*Lawrenceville, NJ 08646*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $26,221.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $26,221.82 | | |
| | | | | $26,221.82 | | |

## Datasite LLC
**Case(s): 337 Clm No: 645 Clm. Amt: $104,829.01**

*The Baker Center*
*733 S Marquette Ave, Ste 600*
*Minneapolis, MN 55402*
**Date Filed:** 10/30/2024
**Claim Face Value:** $104,829.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $104,829.01 | | |
| | | | | $104,829.01 | | |

## Datasite LLC
**Case(s): 337 Clm No: 100383 Clm. Amt: $245,621.37**

*c/o The Law Office of Magdalena Zalewski PLLC*
*Attn: Magdalena Izabela Zalewski*
*1250 Broadway, 36th Fl*
*New York, NY 10001*
**Date Filed:** 1/29/2025
**Claim Face Value:** $245,621.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $245,621.37 | | $0.00 |
| | | | | $245,621.37 | | $0.00 |

**Datasite LLC**
**Case(s): 337 Clm No: 100384 Clm. Amt: $245,621.37**

*c/o The Law Office of Magdalena Zalewski*
*PLLC*
*Attn: Magdalena Izabela Zalewski*
*1250 Broadway, 36th Fl*
*New York, NY 10001*
**Date Filed:** 1/29/2025
**Claim Face Value:** $245,621.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $245,621.37 | | $0.00 |
| | | | | $245,621.37 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

**Datasite LLC**
**Case(s): 337 Clm No: 100392 Clm. Amt: $245,621.37**

*c/o The Law Office of Magdalena Zalewski*
*PLLC*
*Attn: Magdalena Izabela Zalewski*
*1250 Broadway, 36th Fl*
*New York, NY 10001*
**Date Filed:** 2/5/2025
**Claim Face Value:** $245,621.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $245,621.37 | | $0.00 |
| | | | | $245,621.37 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

**Davidson's, Inc.**
**Case(s): 337 Clm No: 2041 Clm. Amt: $27,662.44**

*6100 Wilkinson Dr*
*Prescott, AZ 86301*
**Date Filed:** 12/2/2024
**Claim Face Value:** $27,662.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $6,234.70 | | $0.00 |
| 337 | UNS | | | $21,427.74 | | |
| | | | | $27,662.44 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Davidson's, Inc.
### Case(s): 337 Clm No: 100010 Clm. Amt: $6,234.70

*6100 Wilkinson Dr*
*Prescott, AZ 86301*
**Date Filed:** 12/2/2024
**Claim Face Value:** $6,234.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $6,234.70 | | $0.00 |
| 337 | UNS | Allowed | | | | $6,234.70 |
| | | | | $6,234.70 | | $6,234.70 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## dba Texas Medical Screening,Texas Medco Screenings, LLC
### Case(s): 337 Clm No: 1569 Clm. Amt: $8,869.30

*901 NE Loop 410, Ste 807*
*San Antonio, TX 78209*
**Date Filed:** 11/23/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $8,869.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $3,350.00 | | $0.00 |
| 337 | PRI | Disallowed | | $3,350.00 | | $0.00 |
| 337 | UNS | Allowed | | $2,169.30 | | $3,547.27 |
| | | | | $8,869.30 | | $3,547.27 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

## DC Design Group, LLC
### Case(s): 337 Clm No: 2719 Clm. Amt: $2,628.58

*201 Shell Ln*
*Scott, LA 70583*
**Date Filed:** 12/26/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,628.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,628.58 | | |
| | | | | $2,628.58 | | |

## DC Trailer, Inc
### Case(s): 337 Clm No: 100130 Clm. Amt: $1,840.57

*1233 Fortna Ave*
*Woodland, CA 95776*
**Date Filed:** 12/16/2024
**Claim Face Value:** $1,840.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $1,840.57 | | $0.00 |
| | | | | $1,840.57 | | $0.00 |

### DDP Specialty Electronic Materials US, LLC
### Case(s): 337 Clm No: 902 Clm. Amt: $879,760.86

c/o Ballard Spahr LLP
Attn: Tobey M Daluz / Margaret A Vesper
919 N Market St, 11th Fl
Wilmington, DE 19801
**Date Filed:** 11/7/2024
**Claim Face Value:** $879,760.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $69,575.54 | | $0.00 |
| 337 | UNS | | | $810,185.32 | | $810,185.32 |
| | | | | $879,760.86 | | $810,185.32 |

### De Bruyn Seed Inc.
### Case(s): 337 Clm No: 1316 Clm. Amt: $1,800.00

101 E Washington Ave
Zeeland, MI 49464
**Date Filed:** 11/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,800.00 | | |
| | | | | $1,800.00 | | |

### De Lage Landen Financial Services, Inc.
### Case(s): 337 Clm No: 3057 Clm. Amt: $430,124.78

Attn: Richard M Beck
919 N Market St, Ste 1000
Wilmington, DE 19801
**Date Filed:** 9/3/2025
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2377
**Claim Face Value:** $430,124.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $430,124.78 | | |
| | | | | $430,124.78 | | |

### De Lage Landen Financial Services, Inc.
### Case(s): 337 Clm No: 2377 Clm. Amt: $768,631.86

1111 Old Eagle School Rd
Wayne, PA 19087
**Date Filed:** 12/5/2024
**Amended By Clm #:** 3057
**Claim Face Value:** $768,631.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Disallowed | | $768,631.86 | | $0.00 |
| 337 | UNS | Disallowed | | | | $0.00 |
| | | | | $768,631.86 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 10/17/2025 | 1578 | Objection Granted | 11/13/2025 | 1594 |

## De Vroomen
**Case(s): 337 Clm No: 2975 Clm. Amt: $9,991.23**

*3850 Clearview Ct*
*Gurnee, IL 60031*
**Date Filed:** 4/15/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,991.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,991.23 | | |
| | | | | $9,991.23 | | |

## Decatur Lumber Company # 6366432 MI
**Case(s): 337 Clm No: 2426 Clm. Amt: $11,423.55**

*c/o Decatur Lumber*
*26446 Champagne Ln*
*Lawton, MI 49065*
**Date Filed:** 12/7/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,423.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,423.55 | | |
| | | | | $11,423.55 | | |

## Decker Manufacturing Co
**Case(s): 337 Clm No: 525 Clm. Amt: $14,330.78**

*Attn: Anthony W Fox*
*312 Blondeau St*
*Keokuk, IA 52632*
**Date Filed:** 10/28/2024
**Claim Face Value:** $14,330.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $14,330.78 | | |
| | | | | $14,330.78 | | |

## Deckorators, Inc.
**Case(s): 337 Clm No: 1406 Clm. Amt: $1,056.00**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,056.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,056.00 | | |
| | | | | $1,056.00 | | |

## DecoArt LLC
**Case(s): 337 Clm No: 2926 Clm. Amt:**

*P.O. Box 297*
*Stanford, KY 40484*
**Date Filed:** 3/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Delta Carbona L.P.
**Case(s): 337 Clm No: 2830 Clm. Amt: $48,000.00**

*16 Chapin Rd, Unit 911*
*Pine Brook, NJ 07058*
**Date Filed:** 1/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $48,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $48,000.00 | | |
| | | | | $48,000.00 | | |

**Delta Faucet Company**
**Case(s): 337 Clm No: 1556 Clm. Amt: $453,394.21**

*Attn: Ryan Davis*
*17450 College Pkwy*
*Livonia, MI 48152*
**Date Filed:** 11/25/2024
**Amended By Clm #:** 2239
**Claim Face Value:** $453,394.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $23,163.23 | Y | $0.00 |
| 337 | UNS | Disallowed | | $430,230.98 | Y | $0.00 |
| | | | | $453,394.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Delta Faucet Company**
**Case(s): 337 Clm No: 2239 Clm. Amt: $453,394.21**

*Attn: Ryan Davis*
*17450 College Pkwy*
*Livonia, MI 48152*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 11/25/2024
**Amending Clm #:** 1556
**Claim Face Value:** $453,394.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $23,163.23 | | $0.00 |
| 337 | UNS | Allowed | | $430,230.98 | | $453,394.21 |
| | | | | $453,394.21 | | $453,394.21 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

**Delta Manufacturing, Inc**
**Case(s): 337 Clm No: 8 Clm. Amt: $3,571.83**

*P.O. Box 2704*
*E Liverpool, OH 43920*
**Date Filed:** 10/15/2024
**Claim Face Value:** $3,571.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,571.83 | | |
| | | | | $3,571.83 | | |

**Delta Manufacturing, Inc**
**Case(s): 337 Clm No: 7 Clm. Amt: $4,758.49**

*P.O. Box 2704*
*E Liverpool, OH 43920*
**Date Filed:** 10/15/2024
**Claim Face Value:** $4,758.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,758.49 | | |
| | | | | $4,758.49 | | |

## Delta Marketing International, LLC
### Case(s): 337 Clm No: 184 Clm. Amt: $23,783.18

*3 Matt Ave*
*Plattsburgh, NY 12901*
**Date Filed:** 10/17/2024
**Claim Face Value:** $23,783.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $23,783.18 | | |
| | | | | $23,783.18 | | |

## Deltran USA, LL.
### Case(s): 337 Clm No: 2739 Clm. Amt: $73,752.09

*P.O. Box 7*
*DeLand, FL 32721*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $73,752.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $73,752.09 | | |
| | | | | $73,752.09 | | |

## Denver Metro Security Inc.
### Case(s): 337 Clm No: 2413 Clm. Amt: $3,630.00

*1320 Simms St, Ste 100*
*Lakewood, CO 80401*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,630.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $3,630.00 | | |
| | | | | $3,630.00 | | |

## Department of Treasury - Internal Revenue Service
### Case(s): 337 Clm No: 448 Clm. Amt: $45,063.23

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 10/24/2024
**Amended By Clm #:** 3029
**Claim Face Value:** $45,063.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | PRI | Disallowed | | $817.31 | | $0.00 |
| 337 | UNS | Disallowed | | $44,245.92 | | $0.00 |
| | | | | $45,063.23 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Department of Treasury - Internal Revenue Service
### Case(s): 337 Clm No: 3029 Clm. Amt: $45,106.22

*P.O. Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed:** 6/2/2025
**Orig. Date Filed:** 10/24/2024
**Amending Clm #:** 448
**Claim Face Value:** $45,106.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $45,106.22 | | |
| | | | | $45,106.22 | | |

## Desco Steel Corp
### Case(s): 337 Clm No: 198 Clm. Amt: $19,476.00

P.O. Box 1212
Malvern, PA 19355
**Date Filed:** 10/18/2024
**Claim Face Value:** $19,476.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,476.00 | | |
| | | | | $19,476.00 | | |

## Desco Steel Corp
### Case(s): 337 Clm No: 200 Clm. Amt: $19,476.00

P.O. Box 1212
Malvern, PA 19355
**Date Filed:** 10/18/2024
**Claim Face Value:** $19,476.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,476.00 | | |
| | | | | $19,476.00 | | |

## Design Imports
### Case(s): 337 Clm No: 1775 Clm. Amt: $1,978.47

P.O. Box 58410
Seattle, WA 98138
**Date Filed:** 11/25/2024
**Claim Face Value:** $1,978.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,978.47 | | |
| | | | | $1,978.47 | | |

## DeVroomen Bulb Co., Inc.
### Case(s): 337 Clm No: 1402 Clm. Amt: $9,482.78

Attn: Timothy Lynch
250 Grandview Dr, Ste 500
Fort Mitchell, KY 41014
**Date Filed:** 11/22/2024
**Claim Face Value:** $9,482.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,482.78 | | |
| | | | | $9,482.78 | | |

## DeWitt Products Co
### Case(s): 337 Clm No: 2126 Clm. Amt: $4,390.99

5860 Plumer St
Detroit, MI 48209
**Date Filed:** 12/4/2024
**Claim Face Value:** $4,390.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,390.99 | | |
| | | | | $4,390.99 | | |

## DFI- Solutions in Print
### Case(s): 337 Clm No: 2210 Clm. Amt: $14,300.00

Attn: Steve Leabo
220 E 50th St
Davenport, IA 52806
**Date Filed:** 12/4/2024
**Claim Face Value:** $14,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $14,300.00 | | |
| | | | | $14,300.00 | | |

## DHI Corp
**Case(s): 337 Clm No: 2828 Clm. Amt: $2,582.69**

*Attn: Keith Kometer*
*5205 W Donges Bay Rd*
*Mequon, WI 53092*
**Date Filed:** 1/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,582.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,582.69 | | |
| | | | | $2,582.69 | | |

## DHR Industries, Inc
**Case(s): 337 Clm No: 1777 Clm. Amt: $495.75**

*289 NW 68th Ave*
*Ocala, FL 34482*
**Date Filed:** 11/25/2024
**Claim Face Value:** $495.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $495.75 | | |
| | | | | $495.75 | | |

## Dial Hardware, LC
**Case(s): 337 Clm No: 100313 Clm. Amt: $20,271.97**

*P.O. Box 430*
*Hebbronville, TX 78361*
**Date Filed:** 12/23/2024
**Claim Face Value:** $20,271.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $20,271.97 | | $0.00 |
| | | | | $20,271.97 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Dial Manufacturing Inc.
**Case(s): 337 Clm No: 1187 Clm. Amt: $289,158.68**

*430 N 47th Ave*
*Phoenix, AZ 85043*
**Date Filed:** 11/18/2024
**Claim Face Value:** $289,158.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $289,158.68 | | |
| | | | | $289,158.68 | | |

## Diamond Farrier Company
**Case(s): 337 Clm No: 91 Clm. Amt: $15,727.37**

*361 Haven Hill Rd*
*Shelbyville, KY 40065*
**Date Filed:** 10/16/2024
**Claim Face Value:** $15,727.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,727.37 | | |
| | | | | $15,727.37 | | |

**Diamond Products Limited**
**Case(s): 337 Clm No: 1779 Clm. Amt: $23,516.47**

*333 Prospect St*
*Elyria, OH 44035*
**Date Filed:** 11/25/2024
**Claim Face Value:** $23,516.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $5,483.28 | | $0.00 |
| 337 | UNS | Allowed | | $18,033.19 | | $23,516.47 |
| | | | | $23,516.47 | | $23,516.47 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Diamond Products Limited**
**Case(s): 337 Clm No: 100196 Clm. Amt: $3,264.86**

*333 Prospect St*
*Elyria, OH 44035*
**Date Filed:** 12/19/2024
**Claim Face Value:** $3,264.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $3,264.86 | | $0.00 |
| | | | | $3,264.86 | | $0.00 |

**Diamond Visions Inc**
**Case(s): 337 Clm No: 466 Clm. Amt: $325,100.22**

*Attn: Jeff Heinzel*
*401 W Marquette Ave*
*Oak Creek, WI 53154*
**Date Filed:** 10/25/2024
**Claim Face Value:** $325,100.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $325,100.22 | | |
| | | | | $325,100.22 | | |

**Diamond Vogel Inc.**
**Case(s): 337 Clm No: 1544 Clm. Amt: $24,383.00**

*Attn: Ben Hamblin*
*1110 Albany Pl SE*
*Orange City, IA 51041*
**Date Filed:** 11/22/2024
**Claim Face Value:** $24,383.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $24,383.00 | | |
| | | | | $24,383.00 | | |

**Dicksons Inc**
**Case(s): 337 Clm No: 1110 Clm. Amt: $1,573.34**

*709 B Ave E*
*Seymour, IN 47274*
**Date Filed:** 11/15/2024
**Claim Face Value:** $1,573.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,573.34 | | |
| | | | | $1,573.34 | | |

**Digital Products International, Inc**
**Case(s): 337 Clm No: 3064 Clm. Amt: $11,157.60**

*900 N 23rd St*
*St Louis, MO 63106*
**Date Filed:** 9/30/2025
**Claim Face Value:** $11,157.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,157.60 | | |
| | | | | $11,157.60 | | |

**Diorio Forest Products**
**Case(s): 337 Clm No: 1557 Clm. Amt: $29,270.02**

*11129 Air Park Rd A*
*Ashland, VA 23005*
**Date Filed:** 11/25/2024
**Claim Face Value:** $29,270.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $29,270.02 | | |
| | | | | $29,270.02 | | |

**Disston Company**
**Case(s): 337 Clm No: 1609 Clm. Amt: $4,607.81**

*45 Plainfield St*
*Chicopee, MA 01013*
**Date Filed:** 11/25/2024
**Claim Face Value:** $4,607.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,607.81 | | |
| | | | | $4,607.81 | | |

**Diteq Corporation**
**Case(s): 337 Clm No: 1929 Clm. Amt: $7,175.67**

*9876 Pflumm Rd*
*Lenexa, KS 66215*
**Date Filed:** 11/26/2024
**Claim Face Value:** $7,175.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,175.67 | | |
| | | | | $7,175.67 | | |

**Diversitech Corporation**
**Case(s): 337 Clm No: 655 Clm. Amt: $173,032.01**

*Attn: Michael G Medved*
*3039 Premiere Pkwy, Ste 600*
*Duluth, GA 30097*
**Date Filed:** 10/31/2024
**Claim Face Value:** $173,032.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $173,032.01 | | |
| | | | | $173,032.01 | | |

**Dixie Plywood & Lumber Company**
**Case(s): 337 Clm No: 923 Clm. Amt: $30,695.61**

*Attn: Maryanne Ford*
*3544 All American Blvd*
*Orlando, FL 32810*
**Date Filed:** 11/8/2024
**Claim Face Value:** $30,695.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $30,695.61 | | |
| | | | | $30,695.61 | | |

## Dixon Ticonderoga Company
**Case(s): 337 Clm No: 2123 Clm. Amt: $9,191.11**

*2525 N Casaloma Dr*
*Appleton, WI 54913*
**Date Filed:** 12/4/2024
**Claim Face Value:** $9,191.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $9,191.11 | | |
| | | | | $9,191.11 | | |

## DK Tool
**Case(s): 337 Clm No: 968 Clm. Amt: $300.00**

*720 Industrial Dr, Unit 132*
*Cary, IL 60013*
**Date Filed:** 11/11/2024
**Claim Face Value:** $300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $300.00 | | |
| | | | | $300.00 | | |

## DM Merchandising Inc
**Case(s): 337 Clm No: 2874 Clm. Amt: $442,444.57**

*Attn: David Redman*
*835 N Church Ct*
*Elmhurst, IL 60126*
**Date Filed:** 2/11/2025
**Orig. Date Filed:** 11/13/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1050
**Claim Face Value:** $442,444.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $98,983.22 | | $0.00 |
| 337 | ADM | Disallowed | | $37,553.90 | | $0.00 |
| 337 | UNS | Allowed | | $305,907.45 | | $442,444.57 |
| | | | | $442,444.57 | | $442,444.57 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/31/2025 | 1502 |

## DM Merchandising Inc
**Case(s): 337 Clm No: 100398 Clm. Amt: $37,553.90**

*835 N Church Ct*
*Elmhurst, IL 60126*
**Date Filed:** 2/12/2025
**Claim Face Value:** $37,553.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $37,553.90 | | $0.00 |
| | | | | $37,553.90 | | $0.00 |

## DM Merchandising Inc
**Case(s): 337 Clm No: 100420 Clm. Amt: $85,598.60**

*835 N Church Ct*
*Elmhurst, IL 60126*
**Date Filed:** 5/7/2025
**Claim Face Value:** $85,598.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $85,598.60 | | $0.00 |
| | | | | $85,598.60 | | $0.00 |

## DM Merchandising Inc
**Case(s): 337 Clm No: 1050 Clm. Amt: $404,890.67**

*Attn: David Redman*
*835 N Church Ct*
*Elmhurst, IL 60126*
**Date Filed:** 11/13/2024
**Amended By Clm #:** 2874
**Claim Face Value:** $404,890.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $98,983.22 | | $0.00 |
| 337 | UNS | Disallowed | | $305,907.45 | | $0.00 |
| | | | | $404,890.67 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## DM Trans LLC
**Case(s): 337 Clm No: 100424 Clm. Amt: $42,566.70**

*dba Arrive Logistics*
*7701 Metropolis Dr, Bldg 15*
*Austin, TX 78744*
**Date Filed:** 5/19/2025
**Claim Face Value:** $42,566.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $42,566.70 | | $0.00 |
| | | | | $42,566.70 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## DM Trans, LLC dba Arrive Logistics
**Case(s): 337 Clm No: 2699 Clm. Amt: $115,182.37**

*Attn: Chris Neitlich*
*7701 Metropolis Dr, Bldg 15*
*Austin, TX 78744*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $115,182.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $115,182.37 | | |
| | | | | $115,182.37 | | |

## DMS Holdings, Inc
**Case(s): 337 Clm No: 2812 Clm. Amt: $1,629.04**

*1931 Norman Dr*
*Waukegan, IL 60085*
**Date Filed:** 1/15/2025
**Orig. Date Filed:** 10/23/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 476
**Claim Face Value:** $1,629.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,629.04 | | |
| | | | | $1,629.04 | | |

## DMS Holdings, Inc
**Case(s): 337 Clm No: 476 Clm. Amt: $17,261.99**

*1931 Norman Dr*
*Waukegan, IL 60085*
**Date Filed:** 10/23/2024
**Amended By Clm #:** 2812
**Claim Face Value:** $17,261.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,261.99 | | |
| | | | | $17,261.99 | | |

## DMS Holdings, Inc
**Case(s): 337 Clm No: 404 Clm. Amt: $17,261.99**

*1931 Norman Dr*
*Waukegan, IL 60085*
**Date Filed:** 10/24/2024
**Claim Face Value:** $17,261.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,261.99 | | |
| | | | | $17,261.99 | | |

## Do It Best Corp.
**Case(s): 337 Clm No: 100433 Clm. Amt: $141,000.00**

*1626 Broadway, Ste 100*
*Fort Wayne, IN 46802*
**Date Filed:** 5/24/2025
**Claim Face Value:** $141,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $141,000.00 | | $0.00 |
| | | | | $141,000.00 | | $0.00 |

## Dominion Solutions Inc
**Case(s): 337 Clm No: 658 Clm. Amt: $51,864.81**

*Attn: Jeff Scribner*
*3473 Brandon Ave*
*Roanoke, VA 24018*
**Date Filed:** 10/31/2024
**Claim Face Value:** $51,864.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $51,864.81 | | |
| | | | | $51,864.81 | | |

## Dominion Solutions Inc dba Source4
**Case(s): 337 Clm No: 1549 Clm. Amt: $51,864.81**

*Attn: Kelly Bosche*
*19520 W Catawba Ave, Ste 113*
*Cornelius, NC 28031*
**Date Filed:** 11/23/2024
**Claim Face Value:** $51,864.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $51,864.81 | | |
| | | | | $51,864.81 | | |

## Donald R Walker
**Case(s): 337 Clm No: 1470 Clm. Amt: $9,300.00**

*Address Redacted*
**Date Filed:** 11/21/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,300.00 | | |
| | | | | $9,300.00 | | |

**Doodlehouses Limited**
**Case(s): 337 Clm No: 1290 Clm. Amt: $4,255.20**

*Attn: Benedict Braithwaite*
*Unit 2, Station Yard Wilbraham Rd, Fulbourn*
*Cambridge, CB21 5ET*
*United Kingdom*
**Date Filed:** 11/20/2024
**Claim Face Value:** $4,255.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,255.20 | | |
| | | | | $4,255.20 | | |

**Doorscapes Inc**
**Case(s): 337 Clm No: 1023 Clm. Amt: $18,800.30**

*Attn: Anthony Eppolito*
*11833 Cutten Rd, Unit 200*
*Houston, TX 77066*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $18,800.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $18,800.30 | | |
| | | | | $18,800.30 | | |

**Dorel Juvenile Group, Inc.**
**Case(s): 337 Clm No: 1847 Clm. Amt: $10,576.50**

*c/o ArentFox Schiff LLP*
*Attn: Brett D Goodman*
*1301 Avenue of the Americas, 42nd Fl*
*New York, NY 10019*
**Date Filed:** 11/27/2024
**Claim Face Value:** $10,576.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $10,576.50 | | $0.00 |
| 337 | UNS | Allowed | | | | $10,576.50 |
| | | | | $10,576.50 | | $10,576.50 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

**Dorel Juvenile Group, Inc.**
**Case(s): 337 Clm No: 2085 Clm. Amt: $102,758.25**

*c/o ArentFox Schiff LLP*
*Attn: Brett D Goodman*
*1301 Avenue of the Americas, 42nd Fl*
*New York, NY 10019*
**Date Filed:** 12/3/2024
**Claim Face Value:** $102,758.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $102,758.25 | | |
| | | | | $102,758.25 | | |

**Dothan Security, Inc.**
**Case(s): 337 Clm No: 100106 Clm. Amt: $24,399.30**

*dba DSI Security Services*
*600 W Adams St*
*Dothan, AL 36303*
**Date Filed:** 12/12/2024
**Claim Face Value:** $24,399.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $24,399.30 | | $0.00 |
| | | | | $24,399.30 | | $0.00 |

## Dothan Security, Inc.
**Case(s): 337 Clm No: 972 Clm. Amt: $34,284.54**

*600 W Adams St*
*Dothan, AL 36303*
**Date Filed:** 11/11/2024
**Claim Face Value:** $34,284.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $34,284.54 | | |
| | | | | $34,284.54 | | |

## Double HH Manufacturing
**Case(s): 337 Clm No: 329 Clm. Amt: $84,903.17**

*P.O. Box 176*
*207 Westview Dr*
*Rock Valley, IA 51247*
**Date Filed:** 10/21/2024
**Claim Face Value:** $84,903.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $84,903.17 | | |
| | | | | $84,903.17 | | |

## Douglas Machine Inc
**Case(s): 337 Clm No: 3028 Clm. Amt: $1,664.40**

*Attn: Kristen Berg*
*1705 34th Ave W*
*Alexandria, MN 56308*
**Date Filed:** 6/4/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,664.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $1,664.40 | | |
| | | | | $1,664.40 | | |

## Downing Enterprises, Inc
**Case(s): 340 Clm No: 4 Clm. Amt: $8,852.48**

*1287 Centerview Cir*
*Copley, OH 44321*
**Date Filed:** 11/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,852.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 340 | UNS | | | $8,852.48 | | |
| | | | | $8,852.48 | | |

## DPI, Inc
**Case(s): 337 Clm No: 335 Clm. Amt: $15,342.00**

*Attn: Cathleen DesRoche*
*900 N 23rd St*
*St Louis, MO 63106*
**Date Filed:** 10/21/2024
**Claim Face Value:** $15,342.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $15,342.00 | | |
| | | | | $15,342.00 | | |

## DPI, Inc
**Case(s): 337 Clm No: 336 Clm. Amt: $15,342.00**

*Attn: Cathleen DesRoche*
*900 N 23rd St*
*St Louis, MO 63106*
**Date Filed:** 10/21/2024
**Claim Face Value:** $15,342.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $15,342.00 | | |
| | | | | $15,342.00 | | |

## Dr. Earth Inc
### Case(s): 337 Clm No: 2746 Clm. Amt: $20,913.48

*Attn: Kathy Browning*
*P.O. Box 500*
*Elmira, CA 95625*
**Date Filed:** 1/2/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $20,913.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 337 | UNS | | | $20,913.48 | | |
| | | | | $20,913.48 | | |

## Draper True Value HDW
### Case(s): 337 Clm No: 3067 Clm. Amt: $246.00

*5277 Main St*
*Millerton, PA 16936*
**Date Filed:** 11/3/2025
**Claim Face Value:** $246.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 337 | UNS | | | $246.00 | | |
| | | | | $246.00 | | |

## Dream With Colors Inc
### Case(s): 337 Clm No: 494 Clm. Amt: $26,291.30

*P.O. Box 8540*
*Phoenix, AZ 85066*
**Date Filed:** 10/21/2024
**Claim Face Value:** $26,291.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 337 | UNS | | | $26,291.30 | | |
| | | | | $26,291.30 | | |

## Dream With Colors Inc
### Case(s): 337 Clm No: 2447 Clm. Amt: $4,385.70

*Attn: Jazmin Mendoza*
*3635 E Southern Ave*
*Phoenix, AZ 85042*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,385.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 337 | UNS | | | $4,385.70 | | |
| | | | | $4,385.70 | | |

## Drew Brady Company Inc
### Case(s): 337 Clm No: 2988 Clm. Amt: $35,809.80

*418 Iroquois Shore Rd, Unit 106*
*Oakville, ON L6H 0X7*
*Canada*
**Date Filed:** 5/3/2025
**Bar Date:** 5/4/2025
**Claim Face Value:** $35,809.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|-----------------------|
| 337 | 503(b)(9) | Satisfied | | $35,809.80 | | $0.00 |
| | | | | $35,809.80 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| Filed after bar date | 05/27/2025 | 1245 | Objection Filed | | |

## Drop In The Bucket, Inc.
### Case(s): 337 Clm No: 2393 Clm. Amt: $6,819.12

*Attn: Joseph Wayne Shaw*
*840 Parkview St*
*Jonesboro, AR 72401*
**Date Filed:** 12/6/2024
**Orig. Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 0
**Claim Face Value:** $6,819.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $6,819.12 | | $0.00 |
| | | | | $6,819.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Drop In The Bucket, INC.
### Case(s): 337 Clm No: 2392 Clm. Amt: $6,819.12

*Attn: Joseph Wayne Shaw*
*840 Parkview St*
*Jonesboro, AR 72401*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 0
**Claim Face Value:** $6,819.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,819.12 | | |
| | | | | $6,819.12 | | |

## DSD International Inc
### Case(s): 337 Clm No: 2883 Clm. Amt: $6,280.92

*2515 Chemin de l'Aeroport*
*Thetford Mines, QC G6G 0J4*
*Canada*
**Date Filed:** 2/13/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,280.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,280.92 | | |
| | | | | $6,280.92 | | |

## DSV Air & Sea Inc.
### Case(s): 337 Clm No: 3035 Clm. Amt: $11,440.50

*200 Wood Ave S, Ste 300*
*Iselin, NJ 08830*
**Date Filed:** 6/13/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,440.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,440.50 | | |
| | | | | $11,440.50 | | |

## Duke Cannon Supply Company LLC
### Case(s): 337 Clm No: 146 Clm. Amt: $190,648.35

*123 N 3rd St, Ste 104*
*Minneapolis, MN 55401*
**Date Filed:** 10/17/2024
**Claim Face Value:** $190,648.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $190,648.35 | | |
| | | | | $190,648.35 | | |

## Dunn's True Value
### Case(s): 337 Clm No: 1285 Clm. Amt: $11,930.61

Attn: Larry Wyman Dunn
804 Hwy 231 S
Troy, AL 36081
**Date Filed:** 11/19/2024
**Claim Face Value:** $11,930.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,930.61 | | |
| | | | | $11,930.61 | | |

## Duracell Distributing, LLC
### Case(s): 337 Clm No: 1338 Clm. Amt: $752,102.36

28356 Network Pl
Chicago, IL 60673
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $752,102.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $127,438.20 | | $0.00 |
| 337 | UNS | Allowed | | $624,664.16 | | $649,934.40 |
| | | | | $752,102.36 | | $649,934.40 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Duracell Industrial Operations, Inc
### Case(s): 337 Clm No: 1348 Clm. Amt: $55,144.80

P.O. Box 734194
Chicago, IL 60673-4194
**Date Filed:** 11/20/2024
**Claim Face Value:** $55,144.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $55,144.80 | | |
| | | | | $55,144.80 | | |

## Duraflame, Inc
### Case(s): 344 Clm No: 3 Clm. Amt: $203,455.02

2879 St Rose Pkwy, Ste 200
Henderson, NV 89052
**Date Filed:** 11/1/2024
**Claim Face Value:** $203,455.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | UNS | | | $203,455.02 | | |
| | | | | $203,455.02 | | |

**Duravent Group**
**Case(s): 337 Clm No: 370 Clm. Amt: $571,830.70**

*Attn: Tammy Young*
*4460 44th St SE*
*Grand Rapids, MI 49525*
**Date Filed:** 10/22/2024
**Claim Face Value:** $571,830.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $149,311.99 | | $0.00 |
| 337 | UNS | Withdrawn | | $422,518.71 | | $0.00 |
| | | | | $571,830.70 | | $0.00 |

**Duravent Group**
**Case(s): 337 Clm No: 630 Clm. Amt: $571,830.70**

*Attn: Tammy Young*
*4460 44th St SE*
*Grand Rapids, MI 49525*
**Date Filed:** 10/28/2024
**Claim Face Value:** $571,830.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $149,311.99 | | $0.00 |
| 337 | UNS | Allowed | | $422,518.71 | | $459,157.33 |
| | | | | $571,830.70 | | $459,157.33 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Duravent Group**
**Case(s): 337 Clm No: 310 Clm. Amt: $571,830.70**

*Attn: Tammy Young*
*4460 44th St SE*
*Grand Rapids, MI 49525*
**Date Filed:** 10/21/2024
**Claim Face Value:** $571,830.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $149,311.99 | | $0.00 |
| 337 | UNS | Withdrawn | | $422,518.71 | | $0.00 |
| | | | | $571,830.70 | | $0.00 |

**Duravent Group**
**Case(s): 337 Clm No: 311 Clm. Amt: $571,830.70**

*Attn: Tammy Young*
*4460 44th St SE*
*Grand Rapids, MI 49525*
**Date Filed:** 10/21/2024
**Claim Face Value:** $571,830.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $149,311.99 | | $0.00 |
| 337 | UNS | Withdrawn | | $422,518.71 | | $0.00 |
| | | | | $571,830.70 | | $0.00 |

## Duravent Group
**Case(s): 337 Clm No: 312 Clm. Amt: $571,830.70**

*Attn: Tammy Young*
*4460 44th St SE*
*Grand Rapids, MI 49525*
**Date Filed:** 10/21/2024
**Claim Face Value:** $571,830.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $149,311.99 | | $0.00 |
| 337 | UNS | Withdrawn | | $422,518.71 | | $0.00 |
| | | | | $571,830.70 | | $0.00 |

## Durst Corporation
**Case(s): 337 Clm No: 657 Clm. Amt: $89,612.43**

*129 Dermody St*
*Cranford, NJ 07016*
**Date Filed:** 10/31/2024
**Claim Face Value:** $89,612.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $89,612.43 | | |
| | | | | $89,612.43 | | |

## Durvet Inc
**Case(s): 337 Clm No: 2831 Clm. Amt: $31,500.38**

*100 SE Magellan Dr*
*Blue Springs, MO 64014*
**Date Filed:** 1/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $31,500.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $18,399.38 | | $0.00 |
| 337 | UNS | Disallowed | | $13,101.00 | | $0.00 |
| | | | | $31,500.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Dutton-Lainson Company
**Case(s): 337 Clm No: 101 Clm. Amt: $85,679.28**

*P.O. Box 729*
*Hastings, NE 68902*
**Date Filed:** 10/16/2024
**Claim Face Value:** $85,679.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $85,679.28 | | |
| | | | | $85,679.28 | | |

## Dutton-Lainson Company
**Case(s): 337 Clm No: 105 Clm. Amt: $85,679.28**

*P.O. Box 729*
*Hastings, NE 68902*
**Date Filed:** 10/16/2024
**Claim Face Value:** $85,679.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $85,679.28 | | |
| | | | | $85,679.28 | | |

## DV International Inc. dba Madesmart Housewares
**Case(s): 337 Clm No: 2076 Clm. Amt: $8,173.74**

*1000 University Ave W, Ste 220*
*St Paul, MN 55104*
**Date Filed:** 12/2/2024
**Claim Face Value:** $8,173.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,173.74 | | |
| | | | | $8,173.74 | | |

## Dynabrade, Inc.
**Case(s): 337 Clm No: 1763 Clm. Amt: $18,585.67**

*Attn: John Saccomanno*
*8989 Sheridan Dr*
*Clarence, NY 14031*
**Date Filed:** 11/25/2024
**Claim Face Value:** $18,585.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $18,585.67 | | |
| | | | | $18,585.67 | | |

## Dynamic Discs, Inc.
**Case(s): 337 Clm No: 2132 Clm. Amt: $19,201.99**

*840 Overlander Rd*
*Emporia, KS 66801*
**Date Filed:** 12/2/2024
**Claim Face Value:** $19,201.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,201.99 | | |
| | | | | $19,201.99 | | |

## Dyno Seasonal Solutions LLC
**Case(s): 337 Clm No: 585 Clm. Amt: $16,343.04**

*1571 W Copans Rd, Ste 105*
*Pompano Beach, FL 33064*
**Date Filed:** 10/29/2024
**Claim Face Value:** $16,343.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,343.04 | | |
| | | | | $16,343.04 | | |

**Dystar Hilton Davis Corp**
**Case(s): 337 Clm No: 2469 Clm. Amt: $2,996.00**

*9844A Southern Pine Blvd*
*Charlotte, NC 28273*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,996.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $2,996.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,996.00 |
| | | | | $2,996.00 | | $2,996.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

**Dystar Hilton Davis Corp**
**Case(s): 337 Clm No: 100441 Clm. Amt: $2,996.00**

*2235 Langdon Farm Rd*
*Cincinnati, OH 45237*
**Date Filed:** 5/30/2025
**Claim Face Value:** $2,996.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,996.00 | | $0.00 |
| | | | | $2,996.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**E-filliate Inc**
**Case(s): 337 Clm No: 148 Clm. Amt: $84,523.71**

*11321 White Rock Rd*
*Rancho Cordova, CA 95742*
**Date Filed:** 10/17/2024
**Claim Face Value:** $84,523.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $84,523.71 | | |
| | | | | $84,523.71 | | |

**E. L. Mustee & Sons Inc.**
**Case(s): 337 Clm No: 809 Clm. Amt: $60,249.46**

*5431 W 164th St*
*Brook Park, OH 44142*
**Date Filed:** 11/4/2024
**Claim Face Value:** $60,249.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $60,249.46 | | |
| | | | | $60,249.46 | | |

**EAB Tool Company**
**Case(s): 337 Clm No: 2858 Clm. Amt: $20,119.38**

*584 Ebury Pl*
*Delta, BC V3M 6M8*
*Canada*
**Date Filed:** 1/30/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $20,119.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,119.38 | | |
| | | | | $20,119.38 | | |

**Eagle Mountain Products**
**Case(s): 337 Clm No: 276 Clm. Amt: $43,872.21**

*Attn: Jason Homec*
*2121 Waynoka Rd*
*Colorado Springs, CO 80915*
**Date Filed:** 10/21/2024
**Claim Face Value:** $43,872.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $43,872.21 | | |
| | | | | $43,872.21 | | |

**Eagle Transportation Logistics, LLC**
**Case(s): 337 Clm No: 100163 Clm. Amt: $324,804.69**

*301 W Platt St, Unit 310*
*Tampa, FL 33606*
**Date Filed:** 12/18/2024
**Claim Face Value:** $324,804.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $324,804.69 | | $0.00 |
| | | | | $324,804.69 | | $0.00 |

**Eagle Transportation Logistics, LLC**
**Case(s): 337 Clm No: 475 Clm. Amt: $72,346.00**

*Attn: Joseph Bruce McGonnigal*
*301 W Platt St, Unit 310*
*Tampa, FL 33606*
**Date Filed:** 10/25/2024
**Orig. Date Filed:** 10/15/2024
**Amending Clm #:** 353
**Claim Face Value:** $72,346.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $72,346.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $72,346.00 |
| | | | | $72,346.00 | | $72,346.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

**Eagle Transportation Logistics, LLC**
**Case(s): 337 Clm No: 2407 Clm. Amt: $324,804.69**

*301 W Platt St, Unit 310*
*Tampa, FL 33606*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $324,804.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Withdrawn | | $324,804.69 | | $0.00 |
| 337 | UNS | Withdrawn | | | | $0.00 |
| | | | | $324,804.69 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Eagle Transportation Logistics, LLC
### Case(s): 337 Clm No: 353 Clm. Amt: $72,346.00

*Attn: Joseph Bruce McGonnigal*
*301 W Platt St, Unit 310*
*Tampa, FL 33606*
**Date Filed:** 10/15/2024
**Amended By Clm #:** 475
**Claim Face Value:** $72,346.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $72,346.00 | | |
| | | | | $72,346.00 | | |

## Early Morning LLC
### Case(s): 337 Clm No: 2711 Clm. Amt: $320,392.57

*230 Mary Ave*
*Greendale, IN 47025*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $320,392.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $320,392.57 | | |
| | | | | $320,392.57 | | |

## Earthkind, LLC
### Case(s): 337 Clm No: 1737 Clm. Amt: $83,331.12

*Attn: Sharon Murdock*
*346 E Plaza Dr, Ste D*
*Mooresville, NC 28115*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 2914
**Claim Face Value:** $75,442.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $41,665.56 | | $0.00 |
| 337 | ADM | Disallowed | | $41,665.56 | | $0.00 |
| | | | | $83,331.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Earthkind, LLC
### Case(s): 337 Clm No: 2914 Clm. Amt: $75,442.24

*Attn: Sharon Murdock*
*346 E Plaza Dr, Ste D*
*Mooresville, NC 28115*
**Date Filed:** 2/28/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1737
**Claim Face Value:** $75,442.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $41,665.56 | | $0.00 |
| 337 | UNS | | | $33,776.68 | | $33,776.68 |
| | | | | $75,442.24 | | $33,776.68 |

## EarthTronics, Inc.
### Case(s): 337 Clm No: 961 Clm. Amt: $119,564.56

*755 E Ellis Rd*
*Norton Shores, MI 49441*
**Date Filed:** 11/11/2024
**Claim Face Value:** $119,564.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $119,564.56 | | |
| | | | | $119,564.56 | | |

## Easter Unlimited
### Case(s): 337 Clm No: 2441 Clm. Amt: $61,922.84

*Attn: Deon Looknauth*
*80 Voice Rd*
*Carle Place, NY 11514*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $61,922.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $61,922.84 | | |
| | | | | $61,922.84 | | |

## Easy Gardener Inc
### Case(s): 337 Clm No: 111 Clm. Amt: $171,320.99

*7501 Esters Blvd, Ste 140*
*Irving, TX 75063*
**Date Filed:** 10/16/2024
**Claim Face Value:** $171,320.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $171,320.99 | | |
| | | | | $171,320.99 | | |

## Easy Heat, Inc.
### Case(s): 337 Clm No: 1625 Clm. Amt: $722,846.19

*c/o Husch Blackwell LLP*
*Attn: John J Cruciani*
*4801 Main St, Ste 1000*
*Kansas City, MO 64112*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $722,846.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $21,458.52 | | $0.00 |
| 337 | UNS | Allowed | | $701,387.67 | | $716,008.35 |
| | | | | $722,846.19 | | $716,008.35 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Easy Heat, Inc.
### Case(s): 337 Clm No: 100210 Clm. Amt: $19,656.59

*aka Appleton Group LLC*
*9377 W Higgins Rd*
*Rosemont, IL 60018*
**Date Filed:** 12/19/2024
**Claim Face Value:** $19,656.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $19,656.59 | | $0.00 |
| | | | | $19,656.59 | | $0.00 |

## Eaton Brothers Corp
**Case(s): 337 Clm No: 152 Clm. Amt: $17,874.00**

Attn: Alexander Keogan, Esq
3530 Lakeview Rd
Hamburg, NY 14075
**Date Filed:** 10/17/2024
**Claim Face Value:** $17,874.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,874.00 | | |
| | | | | $17,874.00 | | |

## Eaton Corporation
**Case(s): 337 Clm No: 100004 Clm. Amt: $19,421.92**

c/o Shumaker, Loop & Kendrick, LLP
Attn: David J Coyle
1000 Jackson St
Toledo, OH 43604
**Date Filed:** 11/27/2024
**Claim Face Value:** $19,421.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $19,421.92 | | $0.00 |
| | | | | $19,421.92 | | $0.00 |

## Eaton Corporation
**Case(s): 337 Clm No: 2318 Clm. Amt: $504,170.02**

c/o Shumaker, Loop & Kendrick, LLP
Attn: David J Coyle
1000 Jackson St
Toledo, OH 43604
**Date Filed:** 12/5/2024
**Claim Face Value:** $504,170.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $504,170.02 | | |
| | | | | $504,170.02 | | |

## Eaton Corporation
**Case(s): 337 Clm No: 100307 Clm. Amt: $3,131.93**

c/o Shumaker, Loop & Kendrick, LLP
Attn: David J Coyle
1000 Jackson St
Toledo, OH 43604
**Date Filed:** 12/23/2024
**Claim Face Value:** $3,131.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $3,131.93 | | $0.00 |
| | | | | $3,131.93 | | $0.00 |

## Eaton Corporation
**Case(s): 337 Clm No: 1484 Clm. Amt: $421,623.36**

c/o Global Trade Credit
1000 Eaton Blvd, Unit S5
Cleveland, OH 44122
**Date Filed:** 11/21/2024
**Claim Face Value:** $421,623.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $17,261.33 | | $0.00 |
| 337 | UNS | Allowed | | $404,362.03 | | $416,526.76 |
| | | | | $421,623.36 | | $416,526.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Eaton Sales and Service
**Case(s): 337 Clm No: 1059 Clm. Amt: $3,277.89**

*4800 York St*
*Denver, CO 80216*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,277.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,277.89 | | |
| | | | | $3,277.89 | | |

## Eazypower Corporation
**Case(s): 337 Clm No: 2371 Clm. Amt: $13,298.37**

*5555 Howard St*
*Skokie, IL 60077*
**Date Filed:** 12/5/2024
**Claim Face Value:** $13,298.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,298.37 | | |
| | | | | $13,298.37 | | |

## ECAM Secure
**Case(s): 337 Clm No: 375 Clm. Amt:**

*P.O. Box 843886*
*Kansas City, MO 64184-3886*
**Date Filed:** 10/22/2024
**Amended By Clm #:** 2480
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Ecamsecure
**Case(s): 337 Clm No: 2480 Clm. Amt: $80,142.26**

*1699 Hanley Rd, Ste 350*
*St Louis, MO 63144*
**Date Filed:** 12/11/2024
**Orig. Date Filed:** 10/22/2024
**Amending Clm #:** 375
**Claim Face Value:** $80,142.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $80,142.26 | | |
| | | | | $80,142.26 | | |

## Ecamsecure
**Case(s): 337 Clm No: 100098 Clm. Amt: $2,690.90**

*1699 S Hanley Rd, Ste 350*
*St Louis, MO 63144*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,690.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $2,690.90 | | $0.00 |
| | | | | $2,690.90 | | $0.00 |

## Echo, Incorporated
**Case(s): 337 Clm No: 2149 Clm. Amt: $114,838.41**

*Attn: Douglas R Proske*
*400 Oakwood Rd*
*Lake Zurich, IL 60047*
**Date Filed:** 12/4/2024
**Claim Face Value:** $114,838.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $114,838.41 | | |
| | | | | $114,838.41 | | |

## Echter's Greenhouses, Inc.
**Case(s): 337 Clm No: 2129 Clm. Amt: $17,938.46**

*Attn: David Echter*
*5150 Garrison St*
*Arvada, CO 80002*
**Date Filed:** 12/2/2024
**Claim Face Value:** $17,938.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,938.46 | | |
| | | | | $17,938.46 | | |

## Eclectic Products LLC
**Case(s): 337 Clm No: 656 Clm. Amt: $118,518.43**

*Attn: Rachel S Hicks*
*990 Owen Loop N*
*Eugene, OR 97402*
**Date Filed:** 10/31/2024
**Claim Face Value:** $118,518.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $118,518.43 | | |
| | | | | $118,518.43 | | |

## ECM Industries
**Case(s): 337 Clm No: 1451 Clm. Amt: $1,070,395.53**

*16250 W Woods Edge Rd*
*New Berlin, WI 53151*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $1,070,395.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $60,429.72 | | $0.00 |
| 337 | UNS | | | $1,009,965.81 | | $1,009,965.81 |
| | | | | $1,070,395.53 | | $1,009,965.81 |

## Ecoclear Products, Inc.
**Case(s): 337 Clm No: 1064 Clm. Amt: $59,971.08**

*5581 Broadcast Ct*
*Sarasota, FL 34240*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $59,971.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $59,971.08 | | |
| | | | | $59,971.08 | | |

## Eden Valley Lumber - Dan Haog Store #10709
**Case(s): 337 Clm No: 100128 Clm. Amt: $9,300.00**

*P.O. Box 378*
*183 State St N*
*Eden Valley, MN 55329*
**Date Filed:** 12/16/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Edgewell Personal Care LLC
### Case(s): 337 Clm No: 870 Clm. Amt: $6,651.12

Attn: Sandy McKay
1350 Timberlake Manor Pkwy, Unit 300
Chesterfield, MO 63017
**Date Filed:** 11/6/2024
**Claim Face Value:** $6,651.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,651.12 | | |
| | | | | $6,651.12 | | |

## Eklind Tool Company
### Case(s): 337 Clm No: 2631 Clm. Amt: $60,098.09

Attn: Douglas E Cunningham
11040 King St
Franklin Park, IL 60131
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $60,098.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $4,843.27 | | $0.00 |
| 337 | UNS | | | $55,254.82 | | |
| | | | | $60,098.09 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Elanco US Inc.
### Case(s): 337 Clm No: 1644 Clm. Amt: $68,564.87

c/o Credit & Collections
Attn: Kimberly Jianas
2500 Innovation Way
Greenfield, IN 46140
**Date Filed:** 11/26/2024
**Claim Face Value:** $68,564.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $68,564.87 | | |
| | | | | $68,564.87 | | |

## Elanco US Inc.
### Case(s): 337 Clm No: 100241 Clm. Amt: $12,025.51

2500 Innovation Way
Greenfield, IN 46140
**Date Filed:** 12/20/2024
**Claim Face Value:** $12,025.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $12,025.51 | | $0.00 |
| | | | | $12,025.51 | | $0.00 |

## Electric Eel Mfg Co., Inc.
### Case(s): 337 Clm No: 2198 Clm. Amt: $97,585.31

501 W Leffel Ln
Springfield, OH 45506
**Date Filed:** 12/3/2024
**Claim Face Value:** $97,585.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $97,585.31 | | |
| | | | | $97,585.31 | | |

## Elias Industries, Inc dba Tapco Genuine Parts Center
### Case(s): 337 Clm No: 1711 Clm. Amt: $15,919.40

*605 Epsilon Dr*
*Pittsburgh, PA 15238*
**Date Filed:** 11/25/2024
**Claim Face Value:** $15,919.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $15,919.40 | | |
| | | | | $15,919.40 | | |

## Elkay Sales LLC
### Case(s): 337 Clm No: 590 Clm. Amt: $410,974.99

*1333 Butterfield Rd, Ste 200*
*Downers Grove, IL 60515*
**Date Filed:** 10/29/2024
**Orig. Date Filed:** 11/26/2024
**Claim Face Value:** $410,974.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $17,787.43 | | $0.00 |
| 337 | UNS | Disallowed | | $393,187.56 | | $0.00 |
| | | | | $410,974.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Elkay Sales, LLC
### Case(s): 337 Clm No: 1668 Clm. Amt: $382,595.04

*c/o Quarles & Brady LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/26/2024
**Claim Face Value:** $382,595.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $17,795.49 | Y | $0.00 |
| 337 | ADM | Disallowed | | $17,795.49 | Y | $0.00 |
| 337 | SEC | Disallowed | | $489.16 | Y | $0.00 |
| 337 | UNS | Disallowed | | $346,514.90 | Y | $0.00 |
| | | | | $382,595.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Elkay Sales, LLC
**Case(s): 337 Clm No: 2579 Clm. Amt: $346,426.19**

*c/o Quarles & Brady LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 12/18/2024
**Orig. Date Filed:** 11/26/2024
**Bar Date:** 12/23/2024
**Amending Clm #:** 1919
**Claim Face Value:** $382,595.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $36,168.85 | | $0.00 |
| 337 | SEC | Allowed | | $489.16 | | $489.16 |
| 337 | UNS | Allowed | | $309,768.18 | | $373,468.97 |
| | | | | $346,426.19 | | $373,958.13 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Elkay Sales, LLC
**Case(s): 337 Clm No: 1919 Clm. Amt: $382,595.04**

*c/o Quarles & Brady LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 2579
**Claim Face Value:** $382,595.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $17,795.49 | | $0.00 |
| 337 | ADM | Disallowed | | $17,795.49 | | $0.00 |
| 337 | SEC | Disallowed | | $489.16 | | $0.00 |
| 337 | UNS | Disallowed | | $346,514.90 | | $0.00 |
| | | | | $382,595.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Elwood Staffing Services
**Case(s): 337 Clm No: 665 Clm. Amt: $11,695.60**

*P.O. Box 1024*
*4111 Central Ave*
*Columbus, IN 47202*
**Date Filed:** 10/31/2024
**Claim Face Value:** $11,695.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,695.60 | | |
| | | | | $11,695.60 | | |

## Elwood Staffing Services
**Case(s): 337 Clm No: 100073 Clm. Amt: $8,973.60**

*P.O. Box 1024*
*Columbus, IN 47202*
**Date Filed:** 12/10/2024
**Claim Face Value:** $8,973.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $8,973.60 | | $0.00 |
| | | | | $8,973.60 | | $0.00 |

## Emerson Healthcare
**Case(s): 337 Clm No: 2952 Clm. Amt: $6,370.80**

*407 E Lancaster Ave*
*Wayne, PA 19087*
**Date Filed:** 3/28/2025
**Orig. Date Filed:** 10/16/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 40
**Claim Face Value:** $6,370.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,370.80 | | |
| | | | | $6,370.80 | | |

## Emerson Healthcare
**Case(s): 337 Clm No: 40 Clm. Amt:**

*407 E Lancaster Ave*
*Wayne, PA 19087*
**Date Filed:** 10/16/2024
**Amended By Clm #:** 2952
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Emerson Professional Tools, LLC
**Case(s): 337 Clm No: 100224 Clm. Amt: $18,619.01**

*400 Clark St*
*Elyria, OH 44035*
**Date Filed:** 12/20/2024
**Claim Face Value:** $18,619.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $18,619.01 | | $0.00 |
| | | | | $18,619.01 | | $0.00 |

## Emerson Professional Tools, LLC
**Case(s): 337 Clm No: 1192 Clm. Amt: $414,002.26**

*c/o Husch Blackwell LLP*
*Attn: John J Cruciani*
*4801 Main St, Ste 1000*
*Kansas City, MO 64112*
**Date Filed:** 11/18/2024
**Claim Face Value:** $414,002.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $60,062.90 | | $0.00 |
| 337 | UNS | Allowed | | $353,939.36 | | $398,297.03 |
| | | | | $414,002.26 | | $398,297.03 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## Employer Solutions Staffing Group II, LLC
**Case(s): 337 Clm No: 962 Clm. Amt: $47,993.47**

*Attn: Kate Williams*
*7201 Metro Blvd, Ste 900*
*Edina, MN 55439*
**Date Filed:** 11/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $47,993.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | | | $0.00 |
| 337 | PRI | Disallowed | | $47,993.47 | | $0.00 |
| 337 | UNS | Allowed | | | | $46,335.58 |
| | | | | $47,993.47 | | $46,335.58 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Employment Development Department
**Case(s): 337 Clm No: 2940 Clm. Amt: $7,871.63**

*c/o Bankruptcy Group MIC 92E*
*P.O. Box 826880*
*Sacramento, CA 94280-0001*
**Date Filed:** 3/14/2025
**Amended By Clm #:** 3048
**Claim Face Value:** $7,871.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Disallowed | | $7,867.07 | | $0.00 |
| 337 | UNS | Disallowed | | $4.56 | | $0.00 |
| | | | | $7,871.63 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 08/22/2025 | 1541 | Objection Granted | | 1559 |

**Employment Development Department**
**Case(s): 337 Clm No: 3051 Clm. Amt: $1,080.17**

*Attn: Special Procedures Section*
*P.O. Box 826880, MIC 92E*
*Sacramento, CA 94280-0001*
**Date Filed:** 7/19/2025
**Orig. Date Filed:** 5/27/2025
**Bar Date:** 4/14/2025
**Amending Clm #:** 100435
**Claim Face Value:** $1,080.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $1,080.17 | | $0.00 |
| | | | | $1,080.17 | | $0.00 |

**Employment Development Department**
**Case(s): 337 Clm No: 3048 Clm. Amt: $1,070.40**

*c/o Bankruptcy Group MIC 92E*
*P.O. Box 826880*
*Sacramento, CA 94280-0001*
**Date Filed:** 7/16/2025
**Orig. Date Filed:** 3/14/2025
**Bar Date:** 4/14/2025
**Amending Clm #:** 2940
**Claim Face Value:** $1,070.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $1,065.84 | | $0.00 |
| 337 | UNS | | | $4.56 | | $4.56 |
| | | | | $1,070.40 | | $4.56 |

**Employment Development Department**
**Case(s): 337 Clm No: 100435 Clm. Amt: $15,082.11**

*Attn: Special Procedures Section*
*P.O. Box 826880, MIC 92E*
*Sacramento, CA 94280-0001*
**Date Filed:** 5/27/2025
**Bar Date:** 4/14/2020
**Amended By Clm #:** 3051
**Claim Face Value:** $15,082.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $15,082.11 | | $0.00 |
| | | | | $15,082.11 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 08/22/2025 | 1541 | Objection Granted | 09/17/2025 | 1559 |

**Employment Development Department State of California**
**Case(s): 337 Clm No: 100406 Clm. Amt: $11,828.55**

*Attn: Special Procedures Section*
*P.O. Box 826880, MIC 92E*
*Sacramento, CA 94280-0001*
**Date Filed:** 3/14/2025
**Amended By Clm #:** 100435
**Claim Face Value:** $11,828.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $11,828.55 | | $0.00 |
| | | | | $11,828.55 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**Encap, LLC**
**Case(s): 337 Clm No: 2686 Clm. Amt: $879.40**

*340 N Broadway, Ste 115*
*Green Bay, WI 54303*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $879.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $879.40 | | |
| | | | | $879.40 | | |

**Enco Manufactoring Inc**
**Case(s): 337 Clm No: 3034 Clm. Amt: $1,615.60**

*Attn: Carmen D Conde Torres*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00966*
**Date Filed:** 6/13/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1756
**Claim Face Value:** $1,615.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,615.60 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,615.60 |
| | | | | $1,615.60 | | $1,615.60 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**ENCO Manufacturing Inc**
**Case(s): 337 Clm No: 1764 Clm. Amt: $54,125.15**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 11/26/2024
**Claim Face Value:** $54,125.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $54,125.15 | | |
| | | | | $54,125.15 | | |

**ENCO Manufacturing Inc**
**Case(s): 337 Clm No: 1756 Clm. Amt: $1,615.60**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 3034
**Claim Face Value:** $1,615.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,615.60 | | $0.00 |
| 337 | UNS | Disallowed | | | | $0.00 |
| | | | | $1,615.60 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Enco Manufacturing Inc
**Case(s): 337 Clm No: 2245 Clm. Amt: $54,125.15**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 12/4/2024
**Claim Face Value:** $54,125.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $54,125.15 | | |
| | | | | $54,125.15 | | |

## Enco Manufacturing Inc
**Case(s): 337 Clm No: 2254 Clm. Amt: $1,615.60**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 12/4/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $1,615.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $1,615.60 | Y | $0.00 |
| | | | | $1,615.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Endot Industries LLC
**Case(s): 337 Clm No: 216 Clm. Amt: $125,113.27**

*60 Green Pond Rd*
*Rockaway, NJ 07866*
**Date Filed:** 10/18/2024
**Claim Face Value:** $125,113.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $125,113.27 | | |
| | | | | $125,113.27 | | |

## Endres Window Cleaning, Inc.
**Case(s): 337 Clm No: 2803 Clm. Amt: $1,036.69**

*Attn: Erick Endres*
*265 22nd St SE*
*Owatonna, MN 55060*
**Date Filed:** 1/14/2025
**Claim Face Value:** $1,036.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,036.69 | | |
| | | | | $1,036.69 | | |

## Enerco Group Inc
**Case(s): 337 Clm No: 441 Clm. Amt: $593,231.57**

*Attn: Matt Kos*
*4560 W 160th St*
*Cleveland, OH 44135*
**Date Filed:** 10/25/2024
**Claim Face Value:** $593,231.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | Withdrawn | | $593,231.57 | | $0.00 |
| | | | | $593,231.57 | | $0.00 |

## Enerco Group Inc
**Case(s): 337 Clm No: 943 Clm. Amt: $593,231.57**

Attn: Matt Kos
4560 W 160th St
Cleveland, OH 44135
**Date Filed:** 11/8/2024
**Claim Face Value:** $593,231.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $593,231.57 | | |
| | | | | $593,231.57 | | |

## Energizer
**Case(s): 337 Clm No: 2658 Clm. Amt: $2,105,157.91**

Attn: Lin Carver
8235 Forsyth Blvd
Clayton, MO 63105
**Date Filed:** 12/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,105,157.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,105,157.91 | | |
| | | | | $2,105,157.91 | | |

## Engie Resources LLC
**Case(s): 337 Clm No: 100444 Clm. Amt: $116,984.57**

c/o Ask LLP
Attn: Jennifer A Christian, Esq
60 E 42nd St, 46th Fl
New York, NY 10165
**Date Filed:** 7/10/2025
**Claim Face Value:** $116,984.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $116,984.57 | | $0.00 |
| | | | | $116,984.57 | | $0.00 |

## Engie Resources LLC
**Case(s): 337 Clm No: 100432 Clm. Amt: $72,738.91**

c/o Ask LLP
Attn: Jennifer A Christian, Esq
60 E 42nd St, 46th Fl
New York, NY 10165
**Date Filed:** 5/23/2025
**Claim Face Value:** $72,738.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $72,738.91 | | $0.00 |
| | | | | $72,738.91 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Engie Resources LLC
**Case(s): 337 Clm No: 100431 Clm. Amt: $72,738.91**

c/o Ask LLP
Attn: Jennifer A Christian, Esq
60 E 42nd St, 46th Fl
New York, NY 10165
**Date Filed:** 5/23/2025
**Amended By Clm #:** 100444
**Claim Face Value:** $72,738.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $72,738.91 | | $0.00 |
| | | | | $72,738.91 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/17/2025 | 1578 | Objection Granted | 11/13/2025 | 1594 |

**ENGIE Resources LLC**
**Case(s): 337 Clm No: 1467 Clm. Amt: $144,343.24**

*Attn: Erin Twardowski*
*1360 Post Oak Blvd, Ste 400*
*Houston, TX 77056*
**Date Filed:** 11/22/2024
**Claim Face Value:** $144,343.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $144,343.24 | | |
| | | | | $144,343.24 | | |

**Engie Resources LLC**
**Case(s): 337 Clm No: 100407 Clm. Amt:**

*P.O. Box 17867*
*San Antonio, TX 78217*
**Date Filed:** 2/20/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | | | |

**Enviro Log Home Prod**
**Case(s): 337 Clm No: 92 Clm. Amt: $55,575.00**

*P.O. Box 190*
*Fitzgerald, GA 31750*
**Date Filed:** 10/16/2024
**Claim Face Value:** $55,575.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $55,575.00 | | |
| | | | | $55,575.00 | | |

**Environmental Cleaning Solutions Inc**
**Case(s): 337 Clm No: 100060 Clm. Amt: $11,198.65**

*110 Landings Dr*
*Annville, PA 17003*
**Date Filed:** 12/10/2024
**Claim Face Value:** $11,198.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $11,198.65 | | $0.00 |
| | | | | $11,198.65 | | $0.00 |

**Environmental Cleaning Solutions Inc**
**Case(s): 337 Clm No: 100061 Clm. Amt: $12,509.56**

*110 Landings Dr*
*Annville, PA 17003*
**Date Filed:** 12/10/2024
**Claim Face Value:** $12,509.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $12,509.56 | | $0.00 |
| | | | | $12,509.56 | | $0.00 |

**Environmental Cleaning Solutions Inc**
**Case(s): 337 Clm No: 100062 Clm. Amt: $11,106.03**

*110 Landings Dr*
*Annville, PA 17003*
**Date Filed:** 12/10/2024
**Claim Face Value:** $11,106.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $11,106.03 | | $0.00 |
| | | | | $11,106.03 | | $0.00 |

**Environmental Cleaning Solutions Inc**
**Case(s): 337 Clm No: 100063 Clm. Amt: $9,555.63**

*110 Landings Dr*
*Annville, PA 17003*
**Date Filed:** 12/10/2024
**Claim Face Value:** $9,555.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $9,555.63 | | $0.00 |
| | | | | $9,555.63 | | $0.00 |

**Environmental Cleaning Solutions Inc**
**Case(s): 337 Clm No: 100064 Clm. Amt: $12,439.19**

*110 Landings Dr*
*Annville, PA 17003*
**Date Filed:** 12/10/2024
**Claim Face Value:** $12,439.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $12,439.19 | | $0.00 |
| | | | | $12,439.19 | | $0.00 |

**Environmental Cleaning Solutions Inc**
**Case(s): 337 Clm No: 100065 Clm. Amt: $13,134.50**

*110 Landings Dr*
*Annville, PA 17003*
**Date Filed:** 12/10/2024
**Claim Face Value:** $13,134.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $13,134.50 | | $0.00 |
| | | | | $13,134.50 | | $0.00 |

**Environmental Cleaning Solutions Inc EIN #90-1017405**
**Case(s): 337 Clm No: 100132 Clm. Amt: $9,313.53**

*110 Landings Dr*
*Annville, PA 17003*
**Date Filed:** 12/16/2024
**Claim Face Value:** $9,313.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $9,313.53 | | $0.00 |
| | | | | $9,313.53 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

**Environmental Cleaning Solutions, Inc**
**Case(s): 337 Clm No: 156 Clm. Amt:**

*110 Landings Dr*
*Annville, PA 17003*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## EP Minerals, LLC
**Case(s): 337 Clm No: 2439 Clm. Amt: $57,784.00**

Attn: Kenise Philbert
24275 Katy Fwy, Ste 600
Katy, TX 77494
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $57,784.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,368.00 | | $0.00 |
| 337 | UNS | | | $55,416.00 | | |
| | | | | $57,784.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Epes Transport System, LLC
**Case(s): 337 Clm No: 1678 Clm. Amt: $40,048.78**

3400 Edgefield Ct
Greensboro, NC 27401
**Date Filed:** 11/25/2024
**Claim Face Value:** $40,048.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $40,048.78 | | |
| | | | | $40,048.78 | | |

## Epic Gardening Inc
**Case(s): 337 Clm No: 1299 Clm. Amt: $53,160.04**

c/o Botanical Interests
660 Compton St
Broomfield, CO 80020
**Date Filed:** 11/18/2024
**Claim Face Value:** $53,160.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $53,160.04 | | |
| | | | | $53,160.04 | | |

## ePlus Technology, inc.
**Case(s): 337 Clm No: 2261 Clm. Amt: $97,961.16**

Attn: Erica S Stoecker, General Counsel
13595 Dulles Technology Dr
Herndon, VA 20171
**Date Filed:** 12/5/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $97,961.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $97,961.16 | | $0.00 |
| | | | | $97,961.16 | | $0.00 |

## Epoca International, LLC
**Case(s): 337 Clm No: 2185 Clm. Amt: $68,465.11**

931 Clint Moore Rd
Boca Raton, FL 33487
**Date Filed:** 12/4/2024
**Claim Face Value:** $68,465.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $68,465.11 | | |
| | | | | $68,465.11 | | |

## Eshraghi Nurseries, LLC
### Case(s): 337 Clm No: 209 Clm. Amt:

26985 SW Farmington Rd
Hillsboro, OR 97123
**Date Filed:** 10/18/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## ESIS, Inc.
### Case(s): 337 Clm No: 2056 Clm. Amt: $36,077.13

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/3/2024
**Claim Face Value:** $36,077.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $36,077.13 | | |
| | | | | $36,077.13 | | |

## Essay Group LLC
### Case(s): 337 Clm No: 2924 Clm. Amt: $35,096.10

777 Terrace Ave, Ste 203
Hasbrouck Heights, NJ 07604
**Date Filed:** 3/7/2025
**Claim Face Value:** $35,096.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $4,075.20 | | $0.00 |
| 337 | UNS | Allowed | | $31,020.90 | | $31,020.90 |
| | | | | $35,096.10 | | $31,020.90 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/27/2025 | 1245 | Objection Filed | | |

## Esschert Design USA, LLC.
### Case(s): 337 Clm No: 2427 Clm. Amt: $19,363.53

31 Apples Church Rd
Thurmont, MD 21788
**Date Filed:** 12/7/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $19,363.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,363.53 | | |
| | | | | $19,363.53 | | |

## Essco
### Case(s): 337 Clm No: 2331 Clm. Amt: $1,826.09

Attn: Nancy C Kazik, Credit Manager
1933 Highland Rd
Twinsburg, OH 44087
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,826.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,826.09 | | |
| | | | | $1,826.09 | | |

## Essex Silver Line Corp.
### Case(s): 337 Clm No: 1024 Clm. Amt: $29,364.12

Attn: John Goddard
P.O. Box 40
1118 Lakeview Ave
Dracut, MA 01826
**Date Filed:** 11/12/2024
**Claim Face Value:** $29,364.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $29,364.12 | | |
| | | | | $29,364.12 | | |

## Essick Air Products Inc.
### Case(s): 337 Clm No: 817 Clm. Amt: $46,914.41

Attn: C Shaw
5800 Murray St
Little Rock, AR 72209
**Date Filed:** 11/4/2024
**Claim Face Value:** $46,914.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $31,181.63 | | $0.00 |
| 337 | UNS | | | $15,732.78 | | $15,732.78 |
| | | | | $46,914.41 | | $15,732.78 |

## Estes Express Lines
### Case(s): 337 Clm No: 100027 Clm. Amt: $382,858.78

Attn: Thomas Parrett, Credit Dept
3901 W Broad St
Richmond, VA 23230
**Date Filed:** 12/5/2024
**Claim Face Value:** $382,858.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $382,858.78 | | $0.00 |
| | | | | $382,858.78 | | $0.00 |

## Estwing Manufacturing Company, Inc.
### Case(s): 337 Clm No: 1147 Clm. Amt: $117,911.31

c/o Quarles & Brady LLP
Attn: Christopher Combest
300 N LaSalle St, Ste 4000
Chicago, IL 60654
**Date Filed:** 11/15/2024
**Claim Face Value:** $117,911.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $9,307.42 | | $0.00 |
| 337 | UNS | Allowed | | $108,603.89 | | $110,171.19 |
| | | | | $117,911.31 | | $110,171.19 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## eStyle Caps and Closures Inc.
### Case(s): 337 Clm No: 2616 Clm. Amt: $5,604.55

Attn: Faye Haber
4913 Prime Pkwy
McHenry, IL 60050
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,604.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,604.55 | | |
| | | | | $5,604.55 | | |

**eStyle Caps and Closures, Inc.**
**Case(s): 337 Clm No: 1465 Clm. Amt: $13,118.56**

Attn: Lois Haber
739 Meadow Ln
Barrington, IL 60010
**Date Filed:** 11/21/2024
**Orig. Date Filed:** 10/26/2024
**Amending Clm #:** 543
**Claim Face Value:** $13,118.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $4,839.22 | | $0.00 |
| 337 | UNS | | | $8,279.34 | | $8,279.34 |
| | | | | $13,118.56 | | $8,279.34 |

**eStyle Caps and Closures, Inc.**
**Case(s): 337 Clm No: 2414 Clm. Amt: $13,118.56**

Attn: Lois Haber
739 Meadow Ln
Barrington, IL 60010
**Date Filed:** 12/6/2024
**Orig. Date Filed:** 10/26/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 543
**Claim Face Value:** $13,118.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $4,839.22 | Y | $0.00 |
| 337 | UNS | Disallowed | | $8,279.34 | Y | $0.00 |
| | | | | $13,118.56 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**eStyle Caps and Closures, Inc.**
**Case(s): 337 Clm No: 100034 Clm. Amt: $4,839.22**

739 Meadow Ln
Barrington, IL 60010
**Date Filed:** 12/6/2024
**Claim Face Value:** $4,839.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $4,839.22 | | $0.00 |
| | | | | $4,839.22 | | $0.00 |

**eStyle Caps and Closures, Inc.**
**Case(s): 337 Clm No: 543 Clm. Amt: $13,118.66**

Attn: Lois Haber
739 Meadow Ln
Barrington, IL 60010
**Date Filed:** 10/26/2024
**Amended By Clm #:** 2414
**Claim Face Value:** $13,118.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,118.66 | | |
| | | | | $13,118.66 | | |

## Ethical Products, Inc.
**Case(s): 337 Clm No: 2587 Clm. Amt: $24,206.26**

*27 Federal Plz*
*Bloomfield, NJ 07003*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $24,206.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,206.26 | | |
| | | | | $24,206.26 | | |

## ETL, LLC dba Oxygenics
**Case(s): 337 Clm No: 323 Clm. Amt: $7,060.16**

*976 United Cir*
*Sparks, NV 89431*
**Date Filed:** 10/21/2024
**Claim Face Value:** $7,060.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,060.16 | | |
| | | | | $7,060.16 | | |

## Eton Corporation
**Case(s): 337 Clm No: 568 Clm. Amt: $6,543.86**

*2175 Stone Ave, Ste 1 & 2*
*San Jose, CA 95125*
**Date Filed:** 10/28/2024
**Claim Face Value:** $6,543.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $1,119.60 | | $0.00 |
| 337 | UNS | | | $5,424.26 | | $5,424.26 |
| | | | | $6,543.86 | | $5,424.26 |

## Ettore Products Company
**Case(s): 337 Clm No: 963 Clm. Amt: $285,359.41**

*Attn: Alma Bryant*
*2100 N Loop Rd*
*Alameda, CA 94502*
**Date Filed:** 11/11/2024
**Claim Face Value:** $285,359.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $285,359.41 | | |
| | | | | $285,359.41 | | |

## Eugene G Danner MFG, Inc
**Case(s): 337 Clm No: 491 Clm. Amt: $38,071.38**

*160 Oval Dr*
*Islandia, NY 11749*
**Date Filed:** 10/21/2024
**Claim Face Value:** $38,071.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,071.38 | | |
| | | | | $38,071.38 | | |

## Eugene G Danner MFG, Inc
**Case(s): 337 Clm No: 172 Clm. Amt: $38,071.38**

*160 Oval Dr*
*Islandia, NY 11749*
**Date Filed:** 10/17/2024
**Claim Face Value:** $38,071.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $38,071.38 | | |
| | | | | $38,071.38 | | |

## Eugene Ringley, Jr - Ringley's Hardware
**Case(s): 337 Clm No: 100219 Clm. Amt: $9,300.00**

*P.O. Box 194*
*Lake George, MI 48633*
**Date Filed:** 12/19/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Euler Hermes N.A - Agent for Amana Tool Corp
**Case(s): 337 Clm No: 2929 Clm. Amt: $5,994.04**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 3/10/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,994.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,994.04 | | |
| | | | | $5,994.04 | | |

## Euler Hermes N.A - Agent for American International Forest Products, LLC
**Case(s): 337 Clm No: 2083 Clm. Amt: $21,170.16**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/3/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $21,170.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $21,170.16 | | $0.00 |
| | | | | $21,170.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Euler Hermes N.A - Agent for Avenue Logistics, LLC**
**Case(s): 337 Clm No: 2586 Clm. Amt: $97,402.04**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/19/2024
**Bar Date:** 11/24/2024
**Claim Face Value:** $97,402.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $29,944.75 | | $0.00 |
| 337 | UNS | | | $67,457.29 | | |
| | | | | $97,402.04 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Euler Hermes N.A - Agent for Buckeye Pacific, LLC**
**Case(s): 337 Clm No: 2104 Clm. Amt: $31,556.00**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/3/2024
**Claim Face Value:** $31,556.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $31,556.00 | | |
| | | | | $31,556.00 | | |

**Euler Hermes N.A - Agent for Cinsa USA, Inc.**
**Case(s): 337 Clm No: 2612 Clm. Amt: $46,404.31**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $46,404.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $20,266.43 | | $0.00 |
| 337 | UNS | | | $26,137.88 | | |
| | | | | $46,404.31 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Euler Hermes N.A - Agent for Creative CO-OP, Inc.**
**Case(s): 337 Clm No: 2744 Clm. Amt: $136,205.18**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 1/2/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $136,205.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $11,731.73 | | $0.00 |
| 337 | UNS | Disallowed | | $124,473.45 | | $0.00 |
| | | | | $136,205.18 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Euler Hermes N.A - Agent for Custom Accessories, Inc.**
**Case(s): 337 Clm No: 2622 Clm. Amt: $139,523.47**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $139,523.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $755.44 | | $0.00 |
| 337 | UNS | | | $138,768.03 | | |
| | | | | $139,523.47 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Euler Hermes N.A - Agent for Delta Brands Inc..**
**Case(s): 337 Clm No: 2058 Clm. Amt: $54,184.26**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/3/2024
**Claim Face Value:** $54,184.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $54,184.26 | | |
| | | | | $54,184.26 | | |

**Euler Hermes N.A - Agent for Dramm Corporation of Manitowoc**
**Case(s): 337 Clm No: 551 Clm. Amt: $51,799.26**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 10/28/2024
**Claim Face Value:** $51,799.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,415.00 | | $0.00 |
| 337 | UNS | Allowed | | $50,384.26 | | $51,799.26 |
| | | | | $51,799.26 | | $51,799.26 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Euler Hermes N.A - Agent for Drew Brady Company Inc.**
**Case(s): 337 Clm No: 2752 Clm. Amt: $43,302.54**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 1/6/2025
**Claim Face Value:** $43,302.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $12,059.66 | | $0.00 |
| 337 | UNS | Disallowed | | $31,242.88 | | $0.00 |
| | | | | $43,302.54 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Euler Hermes N.A - Agent for Drew Brady Company Inc.**
**Case(s): 337 Clm No: 2805 Clm. Amt: $44,175.88**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 1/14/2025
**Claim Face Value:** $44,175.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $12,059.66 | | $0.00 |
| 337 | UNS | Disallowed | | $32,116.22 | | $0.00 |
| | | | | $44,175.88 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Euler Hermes N.A - Agent for Echo Global Logistics, Inc.**
**Case(s): 337 Clm No: 2625 Clm. Amt: $107,837.58**

Attn: Anupama P
100 International Dr, 22nd Fl
Baltimore, MD 21202
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $107,837.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $10,924.26 | | $0.00 |
| 337 | UNS | | | $96,913.32 | | |
| | | | | $107,837.58 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Euler Hermes N.A - Agent for Ethical Products, Inc.**
**Case(s): 337 Clm No: 2610 Clm. Amt: $20,884.26**

Attn: Anupama P
100 International Dr, 22nd Fl
Baltimore, MD 21202
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $20,884.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $11,335.77 | | $0.00 |
| 337 | UNS | | | $9,548.49 | | |
| | | | | $20,884.26 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Euler Hermes N.A - Agent for FNA Group, Inc.**
**Case(s): 337 Clm No: 2743 Clm. Amt: $219,951.74**

Attn: Anupama P
100 International Dr, 22nd Fl
Baltimore, MD 21202
**Date Filed:** 1/2/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $219,951.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $26,795.68 | | $0.00 |
| 337 | UNS | Disallowed | | $193,156.06 | | $0.00 |
| | | | | $219,951.74 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Euler Hermes N.A - Agent for HY-C Company LLC
### Case(s): 337 Clm No: 2099 Clm. Amt: $37,815.58

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/3/2024
**Claim Face Value:** $37,815.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,248.00 | | $0.00 |
| 337 | UNS | | | $35,567.58 | | |
| | | | | $37,815.58 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Euler Hermes N.A - Agent for Inliten, LLC
### Case(s): 337 Clm No: 581 Clm. Amt: $1,800,645.82

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 10/29/2024
**Claim Face Value:** $1,800,645.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,800,645.82 | | |
| | | | | $1,800,645.82 | | |

## Euler Hermes N.A - Agent for Intertape Polymer Corp.
### Case(s): 337 Clm No: 2620 Clm. Amt: $173,603.65

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $173,603.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $24,165.24 | | $0.00 |
| 337 | UNS | | | $149,438.41 | | |
| | | | | $173,603.65 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Euler Hermes N.A - Agent for Loma Vista Nursery, Inc.
### Case(s): 337 Clm No: 2054 Clm. Amt: $15,336.64

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/3/2024
**Claim Face Value:** $15,336.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $15,336.64 | | |
| | | | | $15,336.64 | | |

### Euler Hermes N.A - Agent for LUANCE
**Case(s): 337 Clm No: 2804 Clm. Amt: $22,054.93**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 1/14/2025
**Claim Face Value:** $22,054.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,054.93 | | |
| | | | | $22,054.93 | | |

### Euler Hermes N.A - Agent for Luster Leaf Products, Inc.
**Case(s): 337 Clm No: 2588 Clm. Amt: $68,718.63**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $68,718.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $68,718.63 | | |
| | | | | $68,718.63 | | |

### Euler Hermes N.A - Agent for Melitta USA, Inc.
**Case(s): 337 Clm No: 1372 Clm. Amt: $17,438.40**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 11/21/2024
**Claim Face Value:** $17,438.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $17,438.40 | | |
| | | | | $17,438.40 | | |

### Euler Hermes N.A - Agent for Nagase America LLC
**Case(s): 337 Clm No: 2618 Clm. Amt: $50,467.22**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $50,467.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $50,467.22 | | $0.00 |
| | | | | $50,467.22 | | $0.00 |

### Euler Hermes N.A - Agent for Neat & Wilson, Inc..
**Case(s): 337 Clm No: 2072 Clm. Amt: $120,477.60**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/3/2024
**Claim Face Value:** $120,477.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $32,911.41 | | $0.00 |
| 337 | UNS | | | $87,566.19 | | |
| | | | | $120,477.60 | | $0.00 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

### Euler Hermes N.A - Agent for Nite Ize, Inc.
**Case(s): 337 Clm No: 2148 Clm. Amt: $48,335.57**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/4/2024
**Claim Face Value:** $48,335.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $48,335.57 | | |
| | | | | $48,335.57 | | |

### Euler Hermes N.A - Agent for Nite Ize, Inc.
**Case(s): 337 Clm No: 100287 Clm. Amt: $48,335.57**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/23/2024
**Claim Face Value:** $48,335.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $48,335.57 | | |
| | | | | $48,335.57 | | |

### Euler Hermes N.A - Agent for Nordic Products, Incorporated
**Case(s): 337 Clm No: 2563 Clm. Amt: $145,625.06**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $145,625.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $10,759.06 | | $0.00 |
| 337 | UNS | | | $134,866.00 | | |
| | | | | $145,625.06 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

### Euler Hermes N.A - Agent for North West Rubber Ltd
**Case(s): 337 Clm No: 2753 Clm. Amt: $193,704.99**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 1/6/2025
**Claim Face Value:** $193,704.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $193,704.99 | | |
| | | | | $193,704.99 | | |

### Euler Hermes N.A - Agent for North West Rubber Ltd
**Case(s): 337 Clm No: 2482 Clm. Amt: $141,604.12**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $141,604.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $141,604.12 | | |
| | | | | $141,604.12 | | |

**Euler Hermes N.A - Agent for Novus Media LLC**
**Case(s): 337 Clm No: 2081 Clm. Amt: $135,274.34**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/3/2024
**Claim Face Value:** $135,274.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $34,147.00 | | $0.00 |
| 337 | UNS | | | $101,127.34 | | |
| | | | | $135,274.34 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Euler Hermes N.A - Agent for Petra Industries LLC**
**Case(s): 337 Clm No: 2632 Clm. Amt: $51,327.93**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $51,327.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $5,763.20 | | $0.00 |
| 337 | UNS | | | $45,564.73 | | |
| | | | | $51,327.93 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Euler Hermes N.A - Agent for Productworks, LLC**
**Case(s): 337 Clm No: 2165 Clm. Amt: $69,083.71**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/4/2024
**Claim Face Value:** $69,083.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $69,083.71 | | |
| | | | | $69,083.71 | | |

**Euler Hermes N.A - Agent for Richmond International Forest Products, LLC**
**Case(s): 337 Clm No: 2162 Clm. Amt: $40,834.72**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/4/2024
**Claim Face Value:** $40,834.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $40,834.72 | | |
| | | | | $40,834.72 | | |

## Euler Hermes N.A - Agent for Schlenk SE
**Case(s): 337 Clm No: 2806 Clm. Amt: $10,729.31**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 1/14/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,729.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,729.31 | | |
| | | | | $10,729.31 | | |

## Euler Hermes N.A - Agent for Sunnyside Corporation
**Case(s): 337 Clm No: 839 Clm. Amt: $1,132,592.07**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 11/5/2024
**Claim Face Value:** $1,132,592.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $144,022.68 | | $0.00 |
| 337 | UNS | Allowed | | $988,569.39 | | $991,141.54 |
| | | | | $1,132,592.07 | | $991,141.54 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Euler Hermes N.A - Agent for Sunnyside Corporation
**Case(s): 337 Clm No: 2637 Clm. Amt: $1,132,592.07**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,132,592.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $13,243.88 | | $0.00 |
| 337 | UNS | | | $1,119,348.19 | | |
| | | | | $1,132,592.07 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Euler Hermes N.A - Agent for Tendance
**Case(s): 337 Clm No: 2767 Clm. Amt: $31,941.08**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $31,941.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $31,941.08 | | |
| | | | | $31,941.08 | | |

## Euler Hermes N.A - Agent for The Tranzonic Companies
**Case(s): 337 Clm No: 2729 Clm. Amt: $36,828.45**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $36,828.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $32,910.93 | | $0.00 |
| 337 | UNS | | | $3,917.52 | | |
| | | | | $36,828.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Euler Hermes N.A - Agent for Total Vision Group LLC
**Case(s): 337 Clm No: 2688 Clm. Amt: $11,250.70**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,250.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,250.70 | | |
| | | | | $11,250.70 | | |

## Euler Hermes N.A - Agent for Traeger Pellet Grills LLC
**Case(s): 337 Clm No: 929 Clm. Amt: $438,324.86**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 11/8/2024
**Claim Face Value:** $438,324.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $63,003.97 | | $0.00 |
| 337 | UNS | Allowed | | $375,320.89 | | $404,636.20 |
| | | | | $438,324.86 | | $404,636.20 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Euler Hermes N.A - Agent for Unique Logistics International, Inc.
**Case(s): 337 Clm No: 2765 Clm. Amt: $69,725.28**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $69,725.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $69,725.28 | | |
| | | | | $69,725.28 | | |

## Euler Hermes N.A - Agent for Viking Forest Products, LLC
**Case(s): 337 Clm No: 2107 Clm. Amt: $49,344.86**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/3/2024
**Claim Face Value:** $49,344.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $7,605.94 | | $0.00 |
| 337 | UNS | | | $41,738.92 | | |
| | | | | $49,344.86 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Euler Hermes N.A - Agent for Woodstock Percussion, LLC
**Case(s): 337 Clm No: 2629 Clm. Amt: $163,844.77**

*Attn: Anupama P*
*100 International Dr, 22nd Fl*
*Baltimore, MD 21202*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $163,844.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $14,263.90 | | $0.00 |
| 337 | UNS | | | $149,580.87 | | |
| | | | | $163,844.77 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## European Home Design, LLC
**Case(s): 337 Clm No: 1782 Clm. Amt: $311,355.00**

*Attn: Saul I Kassin*
*1 E 33rd St, 11th Fl*
*New York, NY 10016*
**Date Filed:** 11/26/2024
**Claim Face Value:** $311,355.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $311,355.00 | | |
| | | | | $311,355.00 | | |

## European Soaps, LLC
**Case(s): 337 Clm No: 1755 Clm. Amt: $1,917.25**

*18125 Andover Park W*
*Tukwila, WA 98188*
**Date Filed:** 11/25/2024
**Claim Face Value:** $1,917.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,917.25 | | |
| | | | | $1,917.25 | | |

## Evans Delivery Company, Inc
**Case(s): 337 Clm No: 420 Clm. Amt: $1,888.80**

*Attn: Megan McKee*
*100-110 W Columbia St*
*Schuylkill Haven, PA 17972*
**Date Filed:** 10/25/2024
**Claim Face Value:** $1,888.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,888.80 | | |
| | | | | $1,888.80 | | |

## Evenflo Company, Inc.
**Case(s): 337 Clm No: 1602 Clm. Amt: $2,281.26**

*Attn: Lawrence S Buonomo*
*120 Royall St*
*Boston Mutual Building*
*Canton, MA 02021*
**Date Filed:** 11/25/2024
**Claim Face Value:** $2,281.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,281.26 | | |
| | | | | $2,281.26 | | |

## Everbrite LLC
**Case(s): 337 Clm No: 1254 Clm. Amt: $50,489.79**

*Attn: Jennifer Small*
*4048 E Superior Ave*
*Phoenix, AZ 85040*
**Date Filed:** 11/19/2024
**Claim Face Value:** $50,489.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $50,489.79 | | |
| | | | | $50,489.79 | | |

## Evercor Facility Management, Inc.
**Case(s): 337 Clm No: 100091 Clm. Amt: $37,869.52**

*902 Wyoming Ave*
*Wyoming, PA 18644*
**Date Filed:** 12/11/2024
**Claim Face Value:** $37,869.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $37,869.52 | | $0.00 |
| 337 | UNS | Allowed | | | | $37,869.52 |
| | | | | $37,869.52 | | $37,869.52 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

**Evercor Facility Management, Inc.**
**Case(s): 337 Clm No: 100092 Clm. Amt: $2,788.85**

*902 Wyoming Ave*
*Wyoming, PA 18644*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,788.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,788.85 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,788.85 |
| | | | | $2,788.85 | | $2,788.85 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

**Evercor Facility Management, Inc.**
**Case(s): 337 Clm No: 100093 Clm. Amt: $37,869.52**

*902 Wyoming Ave*
*Wyoming, PA 18644*
**Date Filed:** 12/11/2024
**Claim Face Value:** $37,869.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $37,869.52 | | $0.00 |
| | | | | $37,869.52 | | $0.00 |

**Evercor Facility Management, Inc.**
**Case(s): 337 Clm No: 100094 Clm. Amt: $47,336.89**

*902 Wyoming Ave*
*Wyoming, PA 18644*
**Date Filed:** 12/11/2024
**Claim Face Value:** $47,336.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $47,336.89 | | $0.00 |
| | | | | $47,336.89 | | $0.00 |

**Evercor Facility Management, Inc.**
**Case(s): 337 Clm No: 100088 Clm. Amt: $2,788.85**

*902 Wyoming Ave*
*Wyoming, PA 18644*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,788.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,788.85 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,788.85 |
| | | | | $2,788.85 | | $2,788.85 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Evercor Facility Management, Inc.
### Case(s): 337 Clm No: 100089 Clm. Amt: $2,788.85

*902 Wyoming Ave*
*Wyoming, PA 18644*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,788.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,788.85 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,788.85 |
| | | | | $2,788.85 | | $2,788.85 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Evercor Facility Management, Inc.
### Case(s): 337 Clm No: 100090 Clm. Amt: $2,788.85

*902 Wyoming Ave*
*Wyoming, PA 18644*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,788.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,788.85 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,788.85 |
| | | | | $2,788.85 | | $2,788.85 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Everest National Insurance Company
### Case(s): 337 Clm No: 1830 Clm. Amt: $13,200.00

*c/o Everest Global Services*
*Attn: Katherine Maris*
*Warren Corporate Center*
*100 Everest Way*
*Warren, NJ 07059*
**Date Filed:** 11/27/2024
**Claim Face Value:** $13,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,200.00 | | |
| | | | | $13,200.00 | | |

## Evergreen Inc
### Case(s): 337 Clm No: 1642 Clm. Amt: $1,142,216.45

*c/o Evergreen Enterprises*
*Attn: Renee Hill*
*5915 Midlothian Tpke*
*Richmond, VA 23225*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,142,216.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $77,338.36 | | $0.00 |
| 337 | UNS | Allowed | | $1,064,878.09 | | $1,142,216.45 |
| | | | | $1,142,216.45 | | $1,142,216.45 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Evergreen Line and its agents and subsidiaries
### Case(s): 337 Clm No: 100425 Clm. Amt: $44,698.00

c/o Mahoney & Keane, LLP
Attn: Edward A Keane
40 Worth St, Ste 602
New York, NY 10013
**Date Filed:** 5/22/2025
**Claim Face Value:** $44,698.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $44,698.00 | | $0.00 |
| | | | | $44,698.00 | | $0.00 |

## Evergreen Line, its agents and subsidiaries
### Case(s): 337 Clm No: 100178 Clm. Amt: $29,364.23

c/o Mahoney & Keane, LLP
Attn: Edward A Keane
40 Worth St, Ste 602
New York, NY 10013
**Date Filed:** 12/18/2024
**Claim Face Value:** $29,364.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $29,364.23 | | $0.00 |
| | | | | $29,364.23 | | $0.00 |

## Evergy
### Case(s): 337 Clm No: 601 Clm. Amt: $16,755.29

P.O. Box 11739
Kansas City, MO 64138
**Date Filed:** 10/29/2024
**Claim Face Value:** $16,755.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,755.29 | | |
| | | | | $16,755.29 | | |

## Everon, LLC
### Case(s): 337 Clm No: 1613 Clm. Amt: $8,311.19

Attn: Gay Lynn Cox
4221 W John Carpenter Fwy
Irving, TX 75063
**Date Filed:** 11/25/2024
**Claim Face Value:** $8,311.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,311.19 | | |
| | | | | $8,311.19 | | |

## Evriholder Products LLC
### Case(s): 337 Clm No: 1400 Clm. Amt: $15,972.48

975 W Imperial Hwy, Ste 100
Brea, CA 90630
**Date Filed:** 11/21/2024
**Claim Face Value:** $15,972.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,972.48 | | |
| | | | | $15,972.48 | | |

## Excellence Janitorial Services Corp
### Case(s): 337 Clm No: 2516 Clm. Amt: $171,218.73

Attn: David J Harris
67-69 Public Sq, Ste 700
Wilkes-Barre, PA 18701
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $171,218.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $171,218.73 | | |
| | | | | $171,218.73 | | |

## Excellence Janitorial Services Corp.
### Case(s): 337 Clm No: 100114 Clm. Amt: $51,819.98

c/o The Law Office of David Harris
Attn: David Harris
67-69 Public Sq, Ste 700
Wilkes-Barre, PA 18701
**Date Filed:** 12/16/2024
**Claim Face Value:** $51,819.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $51,819.98 | | $0.00 |
| | | | | $51,819.98 | | $0.00 |

## Exclusively Expo
### Case(s): 342 Clm No: 3 Clm. Amt: $1,197.48

1225 Naperville Dr
Romeoville, IL 60446
**Date Filed:** 10/25/2024
**Claim Face Value:** $1,197.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | 503(b)(9) | Disallowed | | $1,197.48 | | $0.00 |
| 342 | UNS | Allowed | | | | $1,197.48 |
| | | | | $1,197.48 | | $1,197.48 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Exclusively Expo
### Case(s): 337 Clm No: 2405 Clm. Amt: $798.17

1225 Naperville Dr
Romeoville, IL 60446
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $798.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $798.17 | | |
| | | | | $798.17 | | |

## Executive Risk Indemnity Inc.
### Case(s): 337 Clm No: 2045 Clm. Amt: $1,506,104.00

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Executive Risk Indemnity Inc.
### Case(s): 338 Clm No: 12 Clm. Amt: $1,506,104.00

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | SEC | | | Unknown | Y | |
| 338 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Executive Risk Indemnity Inc.**
**Case(s): 339 Clm No: 9 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | SEC | | | Unknown | Y | |
| 339 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Executive Risk Indemnity Inc.**
**Case(s): 340 Clm No: 14 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | | | Unknown | Y | |
| 340 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Executive Risk Indemnity Inc.**
**Case(s): 341 Clm No: 28 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | | | Unknown | Y | |
| 341 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Executive Risk Indemnity Inc.**
**Case(s): 342 Clm No: 20 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | SEC | | | Unknown | Y | |
| 342 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Executive Risk Indemnity Inc.**
**Case(s): 343 Clm No: 8 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | | | Unknown | Y | |
| 343 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Executive Risk Indemnity Inc.**
**Case(s): 344 Clm No: 12 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 344 | SEC | | | Unknown | Y | |
| 344 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Exhart Enviromental Systems, Inc**
**Case(s): 337 Clm No: 2695 Clm. Amt: $4,353.60**

Attn: Michael Weiser
5701 Lindero Canyon Rd, Ste 2-100 2
Westlake Village, CA 91362
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,353.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $4,353.60 | | |
| | | | | $4,353.60 | | |

**Exhart Environmental Systems, Inc**
**Case(s): 337 Clm No: 736 Clm. Amt: $71,094.02**

5701 Lindero Canyon Rd, Ste 2-100 2
Westlake Village, CA 91362
**Date Filed:** 11/1/2024
**Claim Face Value:** $71,094.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | PRI | Disallowed | | $3,019.97 | | $0.00 |
| 337 | UNS | Allowed | | $68,074.05 | | $71,094.02 |
| | | | | $71,094.02 | | $71,094.02 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Expeditors International of Washington, Inc.**
**Case(s): 337 Clm No: 100297 Clm. Amt: $1,140.00**

1200 3rd Ave
Seattle, WA 98101
**Date Filed:** 12/23/2024
**Claim Face Value:** $1,140.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $1,140.00 | | $0.00 |
| | | | | $1,140.00 | | $0.00 |

**Experis US LLC**
**Case(s): 337 Clm No: 100290 Clm. Amt: $13,800.00**

c/o Kohner Mann & Kailas, SC
Attn: Samuel M Draver, Esq
4650 N Port Washington Rd
Milwaukee, WI 53212
**Date Filed:** 12/23/2024
**Claim Face Value:** $13,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Withdrawn | | $13,800.00 | | $0.00 |
| | | | | $13,800.00 | | $0.00 |

## Experis US LLC
**Case(s): 337 Clm No: 1553 Clm. Amt: $35,789.16**

*c/o Kohner, Mann & Kailas SC*
*Attn: Samuel C Wisotzkey*
*4650 N Port Washington Rd*
*Milwaukee, WI 53212*
**Date Filed:** 11/24/2024
**Claim Face Value:** $35,789.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,789.16 | | |
| | | | | $35,789.16 | | |

## EZ Shim, Inc
**Case(s): 337 Clm No: 222 Clm. Amt: $1,760.40**

*P.O. Box 4820*
*Santa Barbara, CA 93140*
**Date Filed:** 10/18/2024
**Claim Face Value:** $1,760.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,760.40 | | |
| | | | | $1,760.40 | | |

## EZ Shim, Inc
**Case(s): 337 Clm No: 223 Clm. Amt: $997.56**

*P.O. Box 4820*
*Santa Barbara, CA 93140*
**Date Filed:** 10/18/2024
**Claim Face Value:** $997.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $997.56 | | |
| | | | | $997.56 | | |

## EZ Smart Co.
**Case(s): 337 Clm No: 2483 Clm. Amt: $288.15**

*Attn: Denis Flaschner*
*4 Windsor Pl*
*Palm Coast, FL 32164*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $288.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $288.15 | | $0.00 |
| | | | | $288.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## EZ-AD TV Inc.
**Case(s): 337 Clm No: 100166 Clm. Amt: $115,741.16**

*101 W Big Beaver Ave, 14th Fl*
*Troy, MI 48084*
**Date Filed:** 12/18/2024
**Claim Face Value:** $115,741.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $115,741.16 | | $0.00 |
| | | | | $115,741.16 | | $0.00 |

## EZ-AD TV Inc.
**Case(s): 337 Clm No: 1584 Clm. Amt: $457,386.31**

*Attn: Lawrence Mansour*
*101 W Big Beaver Ave, 14th Fl*
*Troy, MI 48084*
**Date Filed:** 11/25/2024
**Claim Face Value:** $457,386.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $457,386.31           |     |                      |
|      |       |        |           | $457,386.31           |     |                      |

## F P Supply
**Case(s): 337 Clm No: 1841 Clm. Amt: $110,713.29**

*9264 Manchester Rd*
*St Louis, MO 63144*
**Date Filed:** 11/27/2024
**Claim Face Value:** $110,713.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $110,713.29           |     |                      |
|      |       |        |           | $110,713.29           |     |                      |

## Factory Motor Parts
**Case(s): 337 Clm No: 1322 Clm. Amt: $877,164.50**

*c/o Moss & Barnett*
*Attn: Sarah Doerr*
*150 5th St S, Ste 1200*
*Minneapolis, MN 55402*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $877,164.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $877,164.50           |     |                      |
|      |       |        |           | $877,164.50           |     |                      |

## Faegre Drinker Biddle & Reath LLP
**Case(s): 337 Clm No: 2212 Clm. Amt: $39,169.02**

*Attn: Ryan M Messina*
*222 Delaware Ave, Ste 1410*
*Wilmington, DE 19801*
**Date Filed:** 12/4/2024
**Claim Face Value:** $39,169.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $39,169.02            |     |                      |
|      |       |        |           | $39,169.02            |     |                      |

## Fafoglia Enterprises, Inc.
**Case(s): 337 Clm No: 100022 Clm. Amt: $24,140.61**

*Attn: Steve Fafoglia*
*15007 W Pinchot Ave*
*Goodyear, AZ 85395*
**Date Filed:** 12/5/2024
**Claim Face Value:** $24,140.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | ADM   | Disallowed |        | $24,140.61            |     | $0.00                |
|      |       |        |           | $24,140.61            |     | $0.00                |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Fairchild Industries, Inc**
**Case(s): 337 Clm No: 296 Clm. Amt: $2,658.25**

*475 Capital Dr*
*Lake Zurich, IL 60047*
**Date Filed:** 10/21/2024
**Claim Face Value:** $2,658.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,658.25 | | |
| | | | | $2,658.25 | | |

**Fairchild Industries, Inc**
**Case(s): 337 Clm No: 495 Clm. Amt: $2,658.25**

*475 Capital Dr*
*Lake Zurich, IL 60047*
**Date Filed:** 10/21/2024
**Claim Face Value:** $2,658.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,658.25 | | |
| | | | | $2,658.25 | | |

**Fairway Lumber Co., Inc.**
**Case(s): 337 Clm No: 1246 Clm. Amt: $15,970.24**

*50 Congress St, Ste 720*
*Boston, MA 02109*
**Date Filed:** 11/19/2024
**Claim Face Value:** $15,970.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,970.24 | | |
| | | | | $15,970.24 | | |

**Farm Innovators, Inc**
**Case(s): 337 Clm No: 126 Clm. Amt:**

*P.O. Box 546*
*Plymouth, IN 46563*
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Farm Innovators, Inc**
**Case(s): 337 Clm No: 215 Clm. Amt: $121,155.08**

*P.O. Box 546*
*Plymouth, IN 46563*
**Date Filed:** 10/18/2024
**Claim Face Value:** $121,155.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $121,155.08 | | |
| | | | | $121,155.08 | | |

**Farmers Defense**
**Case(s): 337 Clm No: 100020 Clm. Amt: $4,346.40**

*Attn: Whitney Glum*
*157 Sans Rd*
*Watsonville, CA 95076*
**Date Filed:** 12/4/2024
**Claim Face Value:** $4,346.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,346.40 | | |
| | | | | $4,346.40 | | |

## Farro International, Inc
### Case(s): 337 Clm No: 2297 Clm. Amt: $8,061.39

*151 Kalmus Dr, Ste M6*
*Costa Mesa, CA 92626*
**Date Filed:** 12/5/2024
**Claim Face Value:** $8,061.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,061.39 | | |
| | | | | $8,061.39 | | |

## Fastenal Company
### Case(s): 337 Clm No: 2160 Clm. Amt: $18,184.27

*2001 Theurer Blvd*
*Winona, MN 55987*
**Date Filed:** 12/4/2024
**Amended By Clm #:** 2979
**Claim Face Value:** $18,184.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $17,454.12 | | $0.00 |
| 337 | UNS | Disallowed | | $730.15 | | $0.00 |
| | | | | $18,184.27 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Fastenal Company
### Case(s): 337 Clm No: 2979 Clm. Amt: $25,084.97

*Attn: Legal*
*2001 Theurer Blvd*
*Winona, MN 55987*
**Date Filed:** 4/22/2025
**Orig. Date Filed:** 12/4/2024
**Amending Clm #:** 2160
**Claim Face Value:** $25,084.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Disallowed | | $8,971.58 | | $0.00 |
| 337 | UNS | Disallowed | | $16,113.39 | | $0.00 |
| | | | | $25,084.97 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Fasteners For Retail, Inc
### Case(s): 337 Clm No: 608 Clm. Amt: $121,384.82

*c/o Credit*
*Attn: Michelle Bialek*
*8181 Darrow Rd*
*Twinsburg, OH 44087*
**Date Filed:** 10/29/2024
**Claim Face Value:** $121,384.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $121,384.82 | | |
| | | | | $121,384.82 | | |

### Fastening Specialists
**Case(s): 337 Clm No: 2389 Clm. Amt: $35,121.25**

*726 Central Florida Pkwy*
*Orlando, FL 32824*
**Date Filed:** 12/5/2024
**Claim Face Value:** $35,121.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,121.25 | | |
| | | | | $35,121.25 | | |

### FBC Chemical Corporation
**Case(s): 337 Clm No: 1226 Clm. Amt: $7,385.20**

*P.O. Box 599*
*Mars, PA 16046*
**Date Filed:** 11/18/2024
**Claim Face Value:** $7,385.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,385.20 | | |
| | | | | $7,385.20 | | |

### FBG Bottling Group, LLC
**Case(s): 337 Clm No: 633 Clm. Amt: $21,264.96**

*Attn: Brian Lee*
*2438 Plymouth Ave*
*Bexley, OH 43209*
**Date Filed:** 10/28/2024
**Claim Face Value:** $21,264.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,264.96 | | |
| | | | | $21,264.96 | | |

### FC Young & Company, Inc
**Case(s): 337 Clm No: 2545 Clm. Amt: $45,358.18**

*400 Howell St*
*Bristol, PA 19007*
**Date Filed:** 12/17/2024
**Bar Date:** 11/24/2024
**Claim Face Value:** $45,358.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,717.44 | | $0.00 |
| 337 | UNS | | | $43,640.74 | | |
| | | | | $45,358.18 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

### FE Moran, Inc Fire Protection of Northern Illinois
**Case(s): 337 Clm No: 107 Clm. Amt: $20,366.00**

*Attn: Haley L Schechter*
*2265 Carlson Dr*
*Northbrook, IL 60062*
**Date Filed:** 10/16/2024
**Claim Face Value:** $20,366.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,366.00 | | |
| | | | | $20,366.00 | | |

**FE Moran, Inc Fire Protection of Northern Illinois**
**Case(s): 337 Clm No: 99 Clm. Amt: $20,366.00**

*Attn: Haley L Schechter*
*2265 Carlson Dr*
*Northbrook, IL 60062*
**Date Filed:** 10/16/2024
**Claim Face Value:** $20,366.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,366.00 | | |
| | | | | $20,366.00 | | |

**Federal Insurance Company**
**Case(s): 337 Clm No: 2042 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Federal Insurance Company**
**Case(s): 338 Clm No: 11 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | SEC | | | Unknown | Y | |
| 338 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Federal Insurance Company**
**Case(s): 339 Clm No: 8 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | SEC | | | Unknown | Y | |
| 339 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Federal Insurance Company**
**Case(s): 340 Clm No: 13 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | | | Unknown | Y | |
| 340 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Federal Insurance Company**
**Case(s): 341 Clm No: 27 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | | | Unknown | Y | |
| 341 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Federal Insurance Company**
**Case(s): 342 Clm No: 19 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | SEC | | | Unknown | Y | |
| 342 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Federal Insurance Company**
**Case(s): 343 Clm No: 7 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | | | Unknown | Y | |
| 343 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Federal Insurance Company**
**Case(s): 344 Clm No: 11 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | | | Unknown | Y | |
| 344 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

### FedPro, Inc.
**Case(s): 337 Clm No: 1373 Clm. Amt: $39,402.00**

*Attn: David Ashurst*
*4520 Richmond Rd*
*Cleveland, OH 44128*
**Date Filed:** 11/21/2024
**Claim Face Value:** $39,402.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $10,690.05 | | $0.00 |
| 337 | UNS | Allowed | | $28,711.95 | | $33,233.04 |
| | | | | $39,402.00 | | $33,233.04 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

### Feedonomics Holdings LLC
**Case(s): 337 Clm No: 1631 Clm. Amt: $37,500.00**

*11305 Four Points Dr, Bldg II, Ste 100*
*Austin, TX 78726*
**Date Filed:** 11/25/2024
**Claim Face Value:** $37,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $37,500.00 | | |
| | | | | $37,500.00 | | |

### Fein Power Tools, inc
**Case(s): 337 Clm No: 2458 Clm. Amt: $5,339.57**

*Attn: Rick Eichenlaub*
*1000 Omega Dr, Ste 1180*
*Pittsburgh, PA 15205*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,339.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,339.57 | | |
| | | | | $5,339.57 | | |

### FEIT Electric Co, Inc
**Case(s): 337 Clm No: 2095 Clm. Amt: $97,699.41**

*4901 Gregg Rd*
*Pico Rivera, CA 90660*
**Date Filed:** 12/3/2024
**Orig. Date Filed:** 12/3/2024
**Amending Clm #:** 2088
**Claim Face Value:** $97,699.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $97,699.41 | | |
| | | | | $97,699.41 | | |

### FEIT Electric Co, Inc
**Case(s): 337 Clm No: 2088 Clm. Amt: $97,699.41**

*4901 Gregg Rd*
*Pico Rivera, CA 90660*
**Date Filed:** 12/3/2024
**Amended By Clm #:** 2095
**Claim Face Value:** $97,699.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $97,699.41 | | |
| | | | | $97,699.41 | | |

## Fernco Inc
### Case(s): 337 Clm No: 3 Clm. Amt: $423,342.70

*300 S Dayton St*
*Davison, MI 48423*
**Date Filed:** 10/15/2024
**Claim Face Value:** $423,342.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $423,342.70 | | |
| | | | | $423,342.70 | | |

## Fibrix, LLC
### Case(s): 337 Clm No: 2518 Clm. Amt: $21,183.67

*c/o Seyfarth Shaw LLP*
*Attn: James B Sowka*
*233 S Wacker Dr, Ste 8000*
*Chicago, IL 60606*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 0
**Claim Face Value:** $21,183.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,183.67 | | |
| | | | | $21,183.67 | | |

## Fidelity Investments Institutional Operations Company
### Case(s): 337 Clm No: 320 Clm. Amt: $5,231.04

*Attn: Tanishia Poston*
*2 Destiny Way, Mailzone WG1A*
*Westlake, TX 76262*
**Date Filed:** 10/21/2024
**Claim Face Value:** $5,231.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,231.04 | | |
| | | | | $5,231.04 | | |

## Fidelity Investments Institutional Operations Company
### Case(s): 337 Clm No: 328 Clm. Amt: $5,231.04

*Attn: Tanishia Poston*
*2 Destiny Way, Mailzone WG1A*
*Westlake, TX 76262*
**Date Filed:** 10/21/2024
**Claim Face Value:** $5,231.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,231.04 | | |
| | | | | $5,231.04 | | |

## Fiebing Company Inc.
### Case(s): 337 Clm No: 100165 Clm. Amt: $12,838.80

*P.O. Box 694*
*Milwaukee, WI 53201*
**Date Filed:** 12/18/2024
**Claim Face Value:** $12,838.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $12,838.80 | | $0.00 |
| | | | | $12,838.80 | | $0.00 |

## Fiebing Company, Inc.
### Case(s): 337 Clm No: 1738 Clm. Amt: $23,821.90

*P.O. Box 694*
*Milwaukee, WI 53201*
**Date Filed:** 11/25/2024
**Claim Face Value:** $23,821.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $23,821.90 | | |
| | | | | $23,821.90 | | |

**Fifteen Twelve LLC, dba Madison Park Hardware**
**Case(s): 337 Clm No: 1709 Clm. Amt: $7,824.69**

*1837 42nd Ave E*
*Seattle, WA 98112*
**Date Filed:** 11/26/2024
**Claim Face Value:** $7,824.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,824.69 | | |
| | | | | $7,824.69 | | |

**Fifth Third Bank, N.A.**
**Case(s): 337 Clm No: 2269 Clm. Amt:**

*c/o Reed Smith LLP*
*Attn: Alexis A Leventhal*
*225 5th Ave*
*Pittsburgh, PA 15222*
**Date Filed:** 12/5/2024
**Amended By Clm #:** 2285
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | Unknown | Y | |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | | | |

**Fifth Third Bank, N.A.**
**Case(s): 337 Clm No: 2285 Clm. Amt:**

*c/o Reed Smith LLP*
*Attn: Alexis A Leventhal*
*225 5th Ave*
*Pittsburgh, PA 15222*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2269
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | Unknown | Y | |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | | | |

**Fill-Rite Company**
**Case(s): 337 Clm No: 1371 Clm. Amt: $235,594.64**

*8825 Aviation Dr*
*Fort Wayne, IN 46809*
**Date Filed:** 11/21/2024
**Claim Face Value:** $235,594.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $235,594.64 | | |
| | | | | $235,594.64 | | |

**FIMCO, Inc**
**Case(s): 337 Clm No: 36 Clm. Amt: $78,151.84**

*P.O. Box 1700*
*N Sioux City, SD 57049*
**Date Filed:** 10/16/2024
**Claim Face Value:** $78,151.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $78,151.84 | | |
| | | | | $78,151.84 | | |

## Financial Image Leasing LLC
### Case(s): 337 Clm No: 2002 Clm. Amt: $2,485.44

*4485 Atlanta Rd SE*
*Smyrna, GA 30080*
**Date Filed:** 11/29/2024
**Claim Face Value:** $2,292.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $193.05 | | $0.00 |
| 337 | SEC | Satisfied | | $2,292.39 | | $0.00 |
| | | | | $2,485.44 | | $0.00 |

## Fiore Stone, Inc.
### Case(s): 337 Clm No: 938 Clm. Amt: $5,797.92

*Attn: Lourdes Camargo*
*1814 Commercenter W, Ste E*
*San Bernardino, CA 92408*
**Date Filed:** 11/8/2024
**Claim Face Value:** $5,797.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,797.92 | | |
| | | | | $5,797.92 | | |

## Fire Liters, Inc
### Case(s): 337 Clm No: 205 Clm. Amt: $24,404.60

*N4405 Scantleton Rd*
*Black River Falls, WI 54615*
**Date Filed:** 10/18/2024
**Claim Face Value:** $24,404.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,404.60 | | |
| | | | | $24,404.60 | | |

## Fire Liters, Inc
### Case(s): 337 Clm No: 207 Clm. Amt: $24,404.60

*N4405 Scantleton Rd*
*Black River Falls, WI 54615*
**Date Filed:** 10/18/2024
**Claim Face Value:** $24,404.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,404.60 | | |
| | | | | $24,404.60 | | |

## Fire Liters, Inc
### Case(s): 337 Clm No: 206 Clm. Amt: $24,404.60

*N4405 Scantleton Rd*
*Black River Falls, WI 54615*
**Date Filed:** 10/18/2024
**Claim Face Value:** $24,404.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,404.60 | | |
| | | | | $24,404.60 | | |

## Fire Liters, Inc.
### Case(s): 337 Clm No: 100386 Clm. Amt: $36,366.60

*N4405 Scantleton Rd*
*Black River Falls, WI 54615*
**Date Filed:** 1/31/2025
**Bar Date:** 2/1/2025
**Claim Face Value:** $36,366.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $36,366.60 | | $0.00 |
| | | | | $36,366.60 | | $0.00 |

## Fire Liters, Inc.
### Case(s): 337 Clm No: 100389 Clm. Amt: $36,366.60

*N4405 Scantleton Rd*
*Black River Falls, WI 54615*
**Date Filed:** 2/3/2025
**Claim Face Value:** $36,366.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $36,366.60 | | $0.00 |
| | | | | $36,366.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Fire Liters, Inc.
### Case(s): 337 Clm No: 100390 Clm. Amt: $36,366.60

*N4405 Scantleton Rd*
*Black River Falls, WI 54615*
**Date Filed:** 2/3/2025
**Claim Face Value:** $36,366.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $36,366.60 | | $0.00 |
| | | | | $36,366.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Fire Protection Services LLC
### Case(s): 337 Clm No: 324 Clm. Amt: $800.00

*2030 Powers Ferry Rd, Ste 100*
*Atlanta, GA 30339*
**Date Filed:** 10/21/2024
**Amended By Clm #:** 2510
**Claim Face Value:** $800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $800.00 | | |
| | | | | $800.00 | | |

## Fire Protection Services LLC
### Case(s): 337 Clm No: 2510 Clm. Amt: $50,819.63

*2030 Powers Ferry Rd, Ste 100*
*Atlanta, GA 30339*
**Date Filed:** 12/16/2024
**Orig. Date Filed:** 10/21/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 324
**Claim Face Value:** $50,819.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $50,819.63 | | |
| | | | | $50,819.63 | | |

## First American Commerical Bancorp, Inc
### Case(s): 337 Clm No: 1537 Clm. Amt: $918,740.24

*211 High Point Dr*
*Victor, NY 14564*
**Date Filed:** 11/22/2024
**Claim Face Value:** $918,740.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Satisfied | | $625,000.00 | | $0.00 |
| 337 | UNS | Satisfied | | $293,740.24 | | $0.00 |
| | | | | $918,740.24 | | $0.00 |

**First Financial Holdings, LLC**
**Case(s): 337 Clm No: 2262 Clm. Amt: $131,458.92**

c/o Shipman & Goodwin LLP
Attn: Latonia C Williams
1 Constitution Plz
Hartford, CT 06103
**Date Filed:** 12/5/2024
**Claim Face Value:** $131,458.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Satisfied | | Unknown | Y | $0.00 |
| 337 | UNS | Allowed | | $131,458.92 | | $19,138.66 |
| | | | | $131,458.92 | | $19,138.66 |

**First Financial Holdings, LLC**
**Case(s): 339 Clm No: 13 Clm. Amt: $23,821.88**

c/o Shipman & Goodwin LLP
Attn: Latonia C Williams
1 Constitution Plz
Hartford, CT 06103
**Date Filed:** 12/5/2024
**Claim Face Value:** $23,821.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | SEC | Satisfied | | Unknown | Y | $0.00 |
| 339 | UNS | Satisfied | | $23,821.88 | | $0.00 |
| | | | | $23,821.88 | | $0.00 |

**First Financial Holdings, LLC**
**Case(s): 337 Clm No: 3014 Clm. Amt: $178,479.21**

c/o Shipman & Goodwin LLP
Attn: Eric Goldstein, Esq
1 Constitution Plz
Hartford, CT 06103
**Date Filed:** 5/28/2025
**Claim Face Value:** $178,479.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 337 | UNS | | | $178,479.21 | | |
| | | | | $178,479.21 | | $0.00 |

**First Financial Holdings, LLC**
**Case(s): 339 Clm No: 100003 Clm. Amt: $123,990.35**

750 The City Dr S, Ste 300
Orange, CA 92868
**Date Filed:** 12/23/2024
**Claim Face Value:** $123,990.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | ADM | Withdrawn | | $123,990.35 | | $0.00 |
| | | | | $123,990.35 | | $0.00 |

**First Financial Holdings, LLC**
**Case(s): 337 Clm No: 100304 Clm. Amt: $699,231.58**

750 The City Dr S, Ste 300
Orange, CA 92868
**Date Filed:** 12/23/2024
**Claim Face Value:** $699,231.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $699,231.58 | | $0.00 |
| | | | | $699,231.58 | | $0.00 |

## First Norge, Ltd.
**Case(s): 337 Clm No: 3058 Clm. Amt: $23,509.30**

*Attn: Kathryn Ellefson*
*709 Church St*
*Fairmont, NC 28340*
**Date Filed:** 9/5/2025
**Claim Face Value:** $23,509.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $23,509.30 | | |
| | | | | $23,509.30 | | |

## FirstDigital Communications LLC
**Case(s): 337 Clm No: 1787 Clm. Amt: $58,322.30**

*357 S 670 W, Ste 300*
*Lindon, UT 84042*
**Date Filed:** 11/26/2024
**Claim Face Value:** $58,322.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $58,322.30 | | |
| | | | | $58,322.30 | | |

## Fisher Printing, Inc.
**Case(s): 337 Clm No: 1321 Clm. Amt: $1,114,722.00**

*c/o Fisher Bedford Park Operating LLC*
*8640 S Oketo Ave*
*Bridgeview, IL 60455*
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $1,114,722.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $233,974.00 | | $0.00 |
| 337 | UNS | Allowed | | $880,748.00 | | $1,114,722.00 |
| | | | | $1,114,722.00 | | $1,114,722.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Fisher Printing, Inc.
**Case(s): 337 Clm No: 100285 Clm. Amt: $731,325.00**

*8640 S Oketo Ave*
*Bridgeview, IL 60455*
**Date Filed:** 12/23/2024
**Claim Face Value:** $731,325.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $731,325.00 | | $0.00 |
| | | | | $731,325.00 | | $0.00 |

## Fiskars Brands, inc.
**Case(s): 337 Clm No: 2443 Clm. Amt: $947,129.91**

*Attn: Amy Wedig*
*7800 Discovery Dr*
*Middleton, WI 53562*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $947,129.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $947,129.91 | | |
| | | | | $947,129.91 | | |

## Fiskars Brands, Inc.
### Case(s): 337 Clm No: 100174 Clm. Amt: $13,828.20

*7800 Discovery Dr*
*Middleton, WI 53562*
**Date Filed:** 12/18/2024
**Claim Face Value:** $13,828.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $13,828.20 | | |
| | | | | $13,828.20 | | |

## FJL Hardware Corp
### Case(s): 337 Clm No: 1573 Clm. Amt: $16,064.13

*Attn: Ellen L Galano*
*29 Glen Hill Ln*
*Tarrytown, NY 10591*
**Date Filed:** 11/25/2024
**Claim Face Value:** $16,064.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $16,064.13 | | |
| | | | | $16,064.13 | | |

## Flame Engineering
### Case(s): 337 Clm No: 1145 Clm. Amt: $69,573.60

*P.O. Box 577*
*230 W Hwy 4*
*La Crosse, KS 67548*
**Date Filed:** 11/15/2024
**Orig. Date Filed:** 10/10/2024
**Amending Clm #:** 0
**Claim Face Value:** $69,573.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $69,573.60 | | |
| | | | | $69,573.60 | | |

## Fleet Safety Systems, LLC
### Case(s): 337 Clm No: 2892 Clm. Amt: $4,897.02

*P.O. Box 4410*
*Tualatin, OR 97062*
**Date Filed:** 2/19/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,897.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $4,897.02 | | |
| | | | | $4,897.02 | | |

## Flex-O-Glass, Inc.
### Case(s): 337 Clm No: 936 Clm. Amt: $17,664.11

*c/o Warp Brothers*
*4647 W Augusta Blvd*
*Chicago, IL 60651*
**Date Filed:** 11/8/2024
**Orig. Date Filed:** 10/23/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 443
**Claim Face Value:** $17,664.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $17,664.11 | | |
| | | | | $17,664.11 | | |

**Flexon Industries**
**Case(s): 337 Clm No: 2009 Clm. Amt: $401,375.91**

*1 Flexon Plz*
*Newark, NJ 07114*
**Date Filed:** 12/2/2024
**Orig. Date Filed:** 11/7/2024
**Amending Clm #:** 906
**Claim Face Value:** $401,375.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $401,375.91 | | |
| | | | | $401,375.91 | | |

**Flextecs LLC**
**Case(s): 337 Clm No: 100155 Clm. Amt: $62,366.45**

*2251 Fairhaven Cir NE*
*Atlanta, GA 30305*
**Date Filed:** 12/18/2024
**Claim Face Value:** $62,366.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $62,366.45 | | $0.00 |
| 337 | UNS | Allowed | | | | $62,366.45 |
| | | | | $62,366.45 | | $62,366.45 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Flint & Walling, Inc.**
**Case(s): 337 Clm No: 1257 Clm. Amt: $173,342.45**

*c/o Zoeller Company*
*Attn: Jeffery Langer, General Counsel*
*3649 Cane Run Rd*
*Louisville, KY 40211*
**Date Filed:** 11/19/2024
**Claim Face Value:** $173,342.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $13,337.80 | | $0.00 |
| 337 | UNS | Allowed | | $160,004.65 | | $164,108.95 |
| | | | | $173,342.45 | | $164,108.95 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

**Florida Department of Revenue**
**Case(s): 342 Clm No: 31 Clm. Amt: $330.00**

*Attn: Frederick F Rudzik, Esq*
*P.O. Box 6668*
*Tallahassee, FL 32314-6668*
**Date Filed:** 12/27/2024
**Bar Date:** 4/14/2025
**Claim Face Value:** $330.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | PRI | Satisfied | | $30.00 | | $0.00 |
| 342 | UNS | | | $300.00 | | $300.00 |
| | | | | $330.00 | | $300.00 |

**Florida Department of Revenue**
**Case(s): 337 Clm No: 2723 Clm. Amt: $841.32**

*Attn: Frederick F Rudzik, Esq*
*P.O. Box 6668*
*Tallahassee, FL 32314-6668*
**Date Filed:** 12/27/2024
**Claim Face Value:** $841.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | PRI | Satisfied | | $591.32 | | $0.00 |
| 337 | UNS | | | $250.00 | | $250.00 |
| | | | | $841.32 | | $250.00 |

**Flowers, Inc dba burton + Burton**
**Case(s): 337 Clm No: 1339 Clm. Amt: $32,099.76**

*325 Cleveland Rd*
*Bogart, GA 30622*
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $32,099.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $1,681.62 | | $0.00 |
| 337 | UNS | Allowed | | $30,418.14 | | $32,099.76 |
| | | | | $32,099.76 | | $32,099.76 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Fluid Management Inc**
**Case(s): 337 Clm No: 241 Clm. Amt: $57,112.46**

*Attn: Jun Chen, Controller*
*1023 Wheeling Rd*
*Wheeling, IL 60090*
**Date Filed:** 10/18/2024
**Claim Face Value:** $57,112.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $57,112.46 | | |
| | | | | $57,112.46 | | |

**Fluid Management Inc**
**Case(s): 337 Clm No: 238 Clm. Amt: $57,112.46**

*Attn: Jun Chen, Controller*
*1023 Wheeling Rd*
*Wheeling, IL 60090*
**Date Filed:** 10/18/2024
**Claim Face Value:** $57,112.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $57,112.46 | | |
| | | | | $57,112.46 | | |

**Fluidmaster Inc**
**Case(s): 337 Clm No: 410 Clm. Amt: $661,856.63**

*30800 Rancho Viejo Rd*
*San Juan Capistrano, CA 92675*
**Date Filed:** 10/22/2024
**Claim Face Value:** $661,856.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $661,856.63 | | |
| | | | | $661,856.63 | | |

**Fogo Charcoal**
**Case(s): 337 Clm No: 2807 Clm. Amt: $672.00**

*635 W 18th St, Unit A*
*Hialeah, FL 33010*
**Date Filed:** 1/14/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $672.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Withdrawn | | $672.00 | | $0.00 |
| | | | | $672.00 | | $0.00 |

**Fogo Charcoal**
**Case(s): 337 Clm No: 2808 Clm. Amt: $540.00**

*635 W 18th St, Unit A*
*Hialeah, FL 33010*
**Date Filed:** 1/14/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $540.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $540.00 | | |
| | | | | $540.00 | | |

**Fogo Charcoal**
**Case(s): 337 Clm No: 2973 Clm. Amt: $540.00**

*635 W 18th St, Unit A*
*Hialeah, FL 33010*
**Date Filed:** 4/15/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $540.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $540.00 | | |
| | | | | $540.00 | | |

**Folexport, Inc**
**Case(s): 337 Clm No: 43 Clm. Amt:**

*P.O. Box 789*
*Tualatin, OR 97062*
**Date Filed:** 10/15/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Folexport, Inc**
**Case(s): 337 Clm No: 2402 Clm. Amt: $41,022.00**

*P.O. Box 789*
*Tualatin, OR 97062*
**Date Filed:** 12/5/2024
**Claim Face Value:** $41,022.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $41,022.00 | | |
| | | | | $41,022.00 | | |

**Forney Industries, Inc.**
**Case(s): 337 Clm No: 303 Clm. Amt: $985,413.86**

*2057 Vermont Dr*
*Fort Collins, CO 80525*
**Date Filed:** 10/21/2024
**Claim Face Value:** $985,413.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $985,413.86 | | |
| | | | | $985,413.86 | | |

**Forney Industries, Inc.**
**Case(s): 337 Clm No: 2280 Clm. Amt: $985,390.89**

c/o Davis Graham & Stubbs, LLP
Attn: Adam L Hirsch
3400 Walnut St, Ste 700
Denver, CO 80205
**Date Filed:** 12/5/2024
**Claim Face Value:** $985,390.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $985,390.89 | | |
| | | | | $985,390.89 | | |

**Forney Industries, Inc.**
**Case(s): 337 Clm No: 1926 Clm. Amt: $138,727.42**

c/o Davis Graham & Stubbs LLP
Attn: Adam L Hirsch
1550 17th St, Ste 500
Denver, CO 80202
**Date Filed:** 11/27/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $69,363.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $69,363.71 | | $0.00 |
| 337 | ADM | Disallowed | | $69,363.71 | | $0.00 |
| 337 | UNS | Allowed | | | | $48,866.73 |
| | | | | $138,727.42 | | $48,866.73 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Fort Dearborn Company**
**Case(s): 337 Clm No: 2724 Clm. Amt: $17,722.47**

c/o MCC Credit
6111 N River Rd, 8th Fl
Rosemont, IL 60018
**Date Filed:** 12/27/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $17,722.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $2,448.97 | | $0.00 |
| 337 | UNS | | | $15,273.50 | | |
| | | | | $17,722.47 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Fortune Products, Inc.**
**Case(s): 337 Clm No: 1326 Clm. Amt: $29,569.98**

Attn: David Scott
2203 Downing Ln
Leander, TX 78641
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $29,569.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $2,116.92 | | $0.00 |
| 337 | UNS | Allowed | | $27,453.06 | | $29,569.98 |
| | | | | $29,569.98 | | $29,569.98 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Foster Farrar Co.**
**Case(s): 337 Clm No: 2211 Clm. Amt: $44,426.00**

Attn: Paul R Czapienski, President
145 King St
Northampton, MA 01060-2330
**Date Filed:** 12/4/2024
**Claim Face Value:** $44,426.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $44,426.00 | | |
| | | | | $44,426.00 | | |

**Four Star Sales, LLC**
**Case(s): 337 Clm No: 2355 Clm. Amt: $277,340.23**

Attn: Kenneth Banach
1015 Indian Trail Rd
Carleton, MI 48117
**Date Filed:** 12/5/2024
**Claim Face Value:** $277,340.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $277,340.23 | | |
| | | | | $277,340.23 | | |

**Fourth Gear Solutions**
**Case(s): 337 Clm No: 2474 Clm. Amt: $1,050.00**

Attn: Samuel Mindlin
3549 Russett Ln
Port Orange, FL 32129
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,050.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $1,050.00 | | |
| | | | | $1,050.00 | | |

## Fox Run Craftsmen
### Case(s): 337 Clm No: 1165 Clm. Amt: $68,429.11

*1907 Stout Dr*
*Ivyland, PA 18974*
**Date Filed:** 11/18/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $68,429.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $4,021.23 | | $0.00 |
| 337 | UNS | Allowed | | $64,407.88 | | $68,429.11 |
| | | | | $68,429.11 | | $68,429.11 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## FPC Corporation
### Case(s): 337 Clm No: 20 Clm. Amt: $148,546.04

*Attn: Karen Varvarezos*
*355 Hollow Hill Dr*
*Wauconda, IL 60084*
**Date Filed:** 10/16/2024
**Claim Face Value:** $148,546.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $148,546.04 | | |
| | | | | $148,546.04 | | |

## FPC Corporation
### Case(s): 337 Clm No: 2863 Clm. Amt: $12,157.48

*Attn: Karen M Varvarezos*
*355 Hollow Hill Dr*
*Wauconda, IL 60084*
**Date Filed:** 2/3/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,157.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $12,157.48 | | |
| | | | | $12,157.48 | | |

## FPE Automation, Inc
### Case(s): 337 Clm No: 1923 Clm. Amt: $1,123.78

*110 Gordon St*
*Elk Grove Vlg, IL 60007*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,123.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $188.88 | | $0.00 |
| 337 | UNS | | | $934.90 | | $934.90 |
| | | | | $1,123.78 | | $934.90 |

## FRAM Group Operations LLC
### Case(s): 337 Clm No: 2170 Clm. Amt: $96,591.00

*c/o Legal Department*
*127 Public Sq, Ste 500*
*Cleveland, OH 44114*
**Date Filed:** 12/4/2024
**Claim Face Value:** $96,591.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $96,591.00 | | |
| | | | | $96,591.00 | | |

**Franchise Tax Board**
**Case(s): 337 Clm No: 2970 Clm. Amt: $4,139.26**

*c/o Bankruptcy Section, MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/10/2025
**Claim Face Value:** $4,139.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $859.72 | | $0.00 |
| 337 | UNS | | | $3,279.54 | | |
| | | | | $4,139.26 | | $0.00 |

**Franchise Tax Board**
**Case(s): 338 Clm No: 27 Clm. Amt: $856.78**

*c/o Bankruptcy Section, MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/10/2025
**Claim Face Value:** $856.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | PRI | Satisfied | | $856.78 | | $0.00 |
| | | | | $856.78 | | $0.00 |

**Franchise Tax Board**
**Case(s): 339 Clm No: 19 Clm. Amt: $3,293.58**

*c/o Bankruptcy Section, MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/10/2025
**Claim Face Value:** $3,293.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | PRI | Satisfied | | $2,598.82 | | $0.00 |
| 339 | UNS | | | $694.76 | | |
| | | | | $3,293.58 | | $0.00 |

**Franchise Tax Board**
**Case(s): 342 Clm No: 37 Clm. Amt: $1,349.98**

*c/o Bankruptcy Section, MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/10/2025
**Claim Face Value:** $1,349.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | UNS | | | $1,349.98 | | |
| | | | | $1,349.98 | | |

**Franchise Tax Board**
**Case(s): 344 Clm No: 23 Clm. Amt: $1,349.98**

*c/o Bankruptcy Section, MS A340*
*P.O. Box 2952*
*Sacramento, CA 95812-2952*
**Date Filed:** 4/10/2025
**Claim Face Value:** $1,349.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | UNS | | | $1,349.98 | | |
| | | | | $1,349.98 | | |

## Franklin Electric
### Case(s): 337 Clm No: 844 Clm. Amt: $67,104.62

*Attn: Chandler Everson*
*9255 Coverdale Rd*
*Fort Wayne, IN 46809*
**Date Filed:** 11/5/2024
**Claim Face Value:** $67,104.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $67,104.62 | | |
| | | | | $67,104.62 | | |

## Franklin International Inc
### Case(s): 337 Clm No: 547 Clm. Amt: $178,394.66

*2020 Bruck St*
*Columbus, OH 43207*
**Date Filed:** 10/26/2024
**Amended By Clm #:** 2454
**Claim Face Value:** $123,088.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $55,306.64 | | $0.00 |
| 337 | SEC | Disallowed | | $55,306.64 | | $0.00 |
| 337 | UNS | Disallowed | | $67,781.38 | | $0.00 |
| | | | | $178,394.66 | | $0.00 |

## Franklin International Inc
### Case(s): 337 Clm No: 2454 Clm. Amt: $123,088.02

*Attn: Tammy Ward*
*2020 Bruck St*
*Columbus, OH 43207*
**Date Filed:** 12/10/2024
**Orig. Date Filed:** 10/26/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 547
**Claim Face Value:** $123,088.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $55,306.64 | | $0.00 |
| 337 | SEC | Disallowed | | $55,306.64 | | $0.00 |
| 337 | UNS | Allowed | | $12,474.74 | | $118,204.44 |
| | | | | $123,088.02 | | $118,204.44 |

## Franklin Sensors, Inc
### Case(s): 337 Clm No: 677 Clm. Amt: $45,044.03

*6675 N Pollard Ln*
*Meridian, ID 83646*
**Date Filed:** 10/30/2024
**Claim Face Value:** $45,044.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $45,044.03 | | |
| | | | | $45,044.03 | | |

## Franklin Sports, Inc
**Case(s): 337 Clm No: 319 Clm. Amt: $60,248.68**

*Attn: Michelle Brownlee, General Counsel*
*17 Campanelli Pkwy*
*Stoughton, MA 02072*
**Date Filed:** 10/21/2024
**Amended By Clm #:** 1862
**Claim Face Value:** $60,248.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | Disallowed | | $60,248.68 | Y | $0.00 |
| | | | | $60,248.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Franklin Sports, Inc.
**Case(s): 337 Clm No: 2798 Clm. Amt: $60,248.68**

*Attn: Michelle Brownlee*
*17 Campanelli Pkwy*
*Stoughton, MA 02072*
**Date Filed:** 1/13/2025
**Orig. Date Filed:** 10/21/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1868
**Claim Face Value:** $60,248.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $5,565.32 | | $0.00 |
| 337 | UNS | Allowed | | $54,683.36 | | $58,264.66 |
| | | | | $60,248.68 | | $58,264.66 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Franklin Sports, Inc.
**Case(s): 337 Clm No: 1862 Clm. Amt: $60,248.68**

*Attn: Michelle Brownlee, General Counsel*
*17 Campanelli Pkwy*
*Stoughton, MA 02072*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 10/21/2024
**Amending Clm #:** 319
**Amended By Clm #:** 1868
**Claim Face Value:** $60,248.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $5,565.32 | Y | $0.00 |
| 337 | UNS | Disallowed | | $54,683.36 | Y | $0.00 |
| | | | | $60,248.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Franklin Sports, Inc.
### Case(s): 337 Clm No: 1868 Clm. Amt: $60,248.68

*Attn: Michelle Brownlee, General Counsel*
*17 Campanelli Pkwy*
*Stoughton, MA 02072*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 10/21/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1862
**Amended By Clm #:** 2798
**Claim Face Value:** $60,248.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $5,565.32 | | $0.00 |
| 337 | UNS | Disallowed | | $54,683.36 | | $0.00 |
| | | | | $60,248.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Freeman Expositions LLC
### Case(s): 341 Clm No: 35 Clm. Amt: $74,074.70

*Attn: Dawn Dewar*
*International Plaza #2*
*14221 Dallas Pkwy, Ste 200*
*Dallas, TX 75254*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $74,074.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | UNS | | | $74,074.70 | | |
| | | | | $74,074.70 | | |

## Freije Supply, Inc.
### Case(s): 337 Clm No: 1281 Clm. Amt: $27,944.32

*PMB 354*
*1353 Ave Luis Vigoreaux*
*Guaynabo, PR 00966*
**Date Filed:** 11/19/2024
**Claim Face Value:** $27,944.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $27,944.32 | | |
| | | | | $27,944.32 | | |

## Fresh Content Society Inc.
### Case(s): 337 Clm No: 1607 Clm. Amt: $24,000.00

*790 W Frontage Rd, Ste 523*
*Northfield, IL 60093*
**Date Filed:** 11/25/2024
**Claim Face Value:** $24,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,000.00 | | |
| | | | | $24,000.00 | | |

## Fresh Content Society Inc.
### Case(s): 337 Clm No: 100036 Clm. Amt: $6,000.00

*790 W Frontage Rd, Ste 523*
*Northfield, IL 60093*
**Date Filed:** 12/6/2024
**Claim Face Value:** $6,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $6,000.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,000.00 |
| | | | | $6,000.00 | | $3,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Freudenberg Filtration Technologies, LP
### Case(s): 337 Clm No: 668 Clm. Amt: $567,609.11

*c/o Bodman PLC*
*Attn: Noel J Ravenscroft*
*1901 St Antoine St, 6th Fl at Ford Field*
*Detroit, MI 48226*
**Date Filed:** 10/31/2024
**Claim Face Value:** $567,609.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $45,641.78 | | $0.00 |
| 337 | UNS | | | $521,967.33 | | $521,967.33 |
| | | | | $567,609.11 | | $521,967.33 |

## Freudenberg Household Products, LP
### Case(s): 337 Clm No: 2434 Clm. Amt: $4,678.56

*c/o Accounts Receivable*
*2188 Diehl Rd*
*Aurora, IL 60502*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,678.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,678.56 | | |
| | | | | $4,678.56 | | |

## Freyco Inc.
### Case(s): 337 Clm No: 1771 Clm. Amt: $4,500.00

*c/o Boxes 2 Business*
*10778 SW Manhasset Dr*
*Tualatin, OR 97062*
**Date Filed:** 11/25/2024
**Claim Face Value:** $4,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,500.00 | | |
| | | | | $4,500.00 | | |

## Fried Bros, Inc
### Case(s): 337 Clm No: 1856 Clm. Amt: $10,095.95

*c/o Fried Brothers, Inc*
*467 N 7th St*
*Philadelphia, PA 19123*
**Date Filed:** 11/26/2024
**Claim Face Value:** $10,095.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,095.95 | | |
| | | | | $10,095.95 | | |

**Frost Cutlery Company, LLC**
**Case(s): 337 Clm No: 2383 Clm. Amt: $56,707.90**

*6861 Mountain View Rd*
*Ooltewah, TN 37363*
**Date Filed:** 12/5/2024
**Claim Face Value:** $56,707.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $56,707.90 | | |
| | | | | $56,707.90 | | |

**FTD LLC**
**Case(s): 337 Clm No: 2843 Clm. Amt: $1,029.49**

*c/o Florists Transworld Delivery*
*200 N LaSalle St, Ste 2550*
*Chicago, IL 60601*
**Date Filed:** 1/27/2025
**Bar Date:** 1/28/2025
**Claim Face Value:** $1,029.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,029.49 | | |
| | | | | $1,029.49 | | |

**FTD LLC**
**Case(s): 337 Clm No: 1693 Clm. Amt: $569.69**

*200 N LaSalle St, Ste 2550*
*Chicago, IL 60601*
**Date Filed:** 11/26/2024
**Claim Face Value:** $569.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $569.69 | | $0.00 |
| 337 | UNS | Allowed | | | | $569.69 |
| | | | | $569.69 | | $569.69 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Fulton Corporation**
**Case(s): 337 Clm No: 308 Clm. Amt: $35,161.11**

*303 8th Ave*
*Fulton, IL 61252*
**Date Filed:** 10/21/2024
**Claim Face Value:** $35,161.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $35,161.11 | | |
| | | | | $35,161.11 | | |

**Fulton Corporation**
**Case(s): 337 Clm No: 2954 Clm. Amt: $4,436.76**

*303 8th Ave*
*Fulton, IL 61252*
**Date Filed:** 3/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,436.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,436.76 | | |
| | | | | $4,436.76 | | |

## Fun Express
### Case(s): 337 Clm No: 1805 Clm. Amt: $10,254.52

*Attn: Malory Sanders*
*5455 S 90th St*
*Omaha, NE 68127*
**Date Filed:** 11/27/2024
**Claim Face Value:** $10,254.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $10,254.52 | | |
| | | | | $10,254.52 | | |

## G & B Environmental, Inc.
### Case(s): 337 Clm No: 100072 Clm. Amt: $252.71

*1284 Corporate Center Dr, Unit 100*
*Eagan, MN 55121*
**Date Filed:** 12/10/2024
**Claim Face Value:** $252.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $252.71 | | $0.00 |
| | | | | $252.71 | | $0.00 |

## G & G Manufacturing
### Case(s): 337 Clm No: 380 Clm. Amt: $857.57

*4432 McKinley St*
*Omaha, NE 68112*
**Date Filed:** 10/22/2024
**Claim Face Value:** $857.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $857.57 | | |
| | | | | $857.57 | | |

## G&I X Harvey LLC
### Case(s): 337 Clm No: 2720 Clm. Amt: $5,880,738.29

*c/o The Kane Company*
*Attn: Legal Department*
*210 Commerce Way, Ste 300*
*Portsmouth, NH 03801*
**Date Filed:** 12/26/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,880,738.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $5,880,738.29 | | |
| | | | | $5,880,738.29 | | |

## G&W Equipment, Inc.
### Case(s): 337 Clm No: 100191 Clm. Amt: $30,884.65

*600 Lawton Rd*
*Charlotte, NC 28216*
**Date Filed:** 12/19/2024
**Claim Face Value:** $30,884.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $30,884.65 | | $0.00 |
| | | | | $30,884.65 | | $0.00 |

## G&W Equipment, Inc.
### Case(s): 337 Clm No: 2598 Clm. Amt: $102,736.72

*Attn: Jim Levy*
*600 Lawton Rd*
*Charlotte, NC 28216*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $102,736.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $102,736.72 | | |
| | | | | $102,736.72 | | |

## G.T. Water Products, Inc.
**Case(s): 337 Clm No: 2582 Clm. Amt: $30,706.68**

*5239 N Commerce Ave*
*Moorpark, CA 93021*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $30,706.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $30,706.68 | | |
| | | | | $30,706.68 | | |

## G.T. Water Products, Inc.
**Case(s): 337 Clm No: 2647 Clm. Amt: $2,700.12**

*5239 N Commerce Ave*
*Moorpark, CA 93021*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,700.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,700.12 | | |
| | | | | $2,700.12 | | |

## Gabriel Fuentes Perez
**Case(s): 337 Clm No: 976 Clm. Amt: $21,938.80**

*Address Redacted*
**Date Filed:** 11/12/2024
**Claim Face Value:** $21,938.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Disallowed | | $21,938.80 | | $0.00 |
| 337 | UNS | Allowed | | | | $21,938.80 |
| | | | | $21,938.80 | | $21,938.80 |

## Gaftek, Inc.
**Case(s): 337 Clm No: 1649 Clm. Amt: $1,233.50**

*160 Perry Rd*
*Bangor, ME 04401*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,233.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,233.50 | | |
| | | | | $1,233.50 | | |

## Gallagher North America, Inc
**Case(s): 337 Clm No: 2150 Clm. Amt: $303,047.45**

*Attn: Lorie Meacham*
*5005 NW 41st St*
*Riverside, MO 64150*
**Date Filed:** 12/4/2024
**Claim Face Value:** $303,047.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $303,047.45 | | |
| | | | | $303,047.45 | | |

## Gallagher North America, Inc
**Case(s): 337 Clm No: 100145 Clm. Amt: $45,274.74**

*5005 NW 41st St*
*Riverside, MO 64150*
**Date Filed:** 12/19/2024
**Claim Face Value:** $45,274.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $45,274.74 | | $0.00 |
| 337 | UNS | Allowed | | | | $5,576.76 |
| | | | | $45,274.74 | | $5,576.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Ganz USA, LLC
**Case(s): 337 Clm No: 147 Clm. Amt: $323,996.37**

*60 Industrial Pkwy, Ste 043*
*Cheektowaga, NY 14227*
**Date Filed:** 10/17/2024
**Claim Face Value:** $323,996.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $323,996.37 | | |
| | | | | $323,996.37 | | |

## Garant
**Case(s): 337 Clm No: 100396 Clm. Amt: $19,837.68**

*375 Chemin St-Francis Ouest*
*St-Francis-De-La_Riviere-Du-Sud, QC G0R 3A0*
*Canada*
**Date Filed:** 2/6/2025
**Bar Date:** 2/7/2025
**Claim Face Value:** $19,837.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $19,837.68 | | $0.00 |
| | | | | $19,837.68 | | $0.00 |

## Garant GP
**Case(s): 337 Clm No: 2386 Clm. Amt: $50,694.76**

*375, Chemin St-Francois Ouest*
*St-Francois-de-la-Riviere-du-Sud, QC G0R 3A0*
*Canada*
**Date Filed:** 12/5/2024
**Claim Face Value:** $50,694.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $50,694.76 | | |
| | | | | $50,694.76 | | |

## GardaWorld Security Services
**Case(s): 337 Clm No: 374 Clm. Amt:**

*P.O. Box 843886*
*Kansas City, MO 64184-3886*
**Date Filed:** 10/22/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Gardner Asphalt Corporation
**Case(s): 337 Clm No: 2633 Clm. Amt: $812,104.14**

*Attn: Lanette Dollison*
*4161 E 7th Ave*
*Tampa, FL 33605*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 0
**Claim Face Value:** $812,104.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $135,389.11 | | $0.00 |
| 337 | UNS | | | $676,715.03 | | $676,715.03 |
| | | | | $812,104.14 | | $676,715.03 |

## Gardner Asphalt Corporation
**Case(s): 337 Clm No: 100108 Clm. Amt: $404,213.67**

*4161 E 7th Ave*
*Tampa, FL 33605*
**Date Filed:** 12/12/2024
**Claim Face Value:** $404,213.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $404,213.67 | | $0.00 |
| | | | | $404,213.67 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## Gardner Spring, Inc
**Case(s): 337 Clm No: 2420 Clm. Amt: $236.99**

*1115 N Utica Ave*
*Tulsa, OK 74110*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $236.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $236.99 | | $0.00 |
| | | | | $236.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Gardner, Inc.
**Case(s): 337 Clm No: 2614 Clm. Amt: $34,832.45**

*Attn: Andrew Ring*
*3641 Interchange Rd*
*Columbus, OH 43204*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $34,832.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $32,798.45 | | $0.00 |
| 337 | UNS | | | $2,034.00 | | |
| | | | | $34,832.45 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Gardner-Gibson Inc.
**Case(s): 337 Clm No: 2367 Clm. Amt: $812,104.14**

*Attn: Lanette Dollison*
*4161 E 7th Ave*
*Tampa, FL 33605*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 11/13/2024
**Amending Clm #:** 1905
**Amended By Clm #:** 2633
**Claim Face Value:** $812,104.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $135,389.11 | Y | $0.00 |
| 337 | UNS | Disallowed | | $676,715.03 | Y | $0.00 |
| | | | | $812,104.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | | 904 |

## Garick LLC
**Case(s): 337 Clm No: 909 Clm. Amt: $246,945.77**

*Attn: Gary P Trinetti*
*8400 Sweet Valley Dr, Ste 408*
*Cleveland, OH 44125*
**Date Filed:** 11/7/2024
**Claim Face Value:** $246,945.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $9,731.60 | | $0.00 |
| 337 | UNS | Allowed | | $237,214.17 | | $240,746.27 |
| | | | | $246,945.77 | | $240,746.27 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Garland Surface Protection
**Case(s): 337 Clm No: 217 Clm. Amt: $359,398.84**

*27664 Network Pl*
*Chicago, IL 60673-1276*
**Date Filed:** 10/18/2024
**Claim Face Value:** $359,398.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $359,398.84 | | |
| | | | | $359,398.84 | | |

## Gary Brehmer - Brehmer Motor Supply, Inc.
**Case(s): 337 Clm No: 100033 Clm. Amt: $10,718.15**

*706 W 8th St*
*Madison, MN 56256*
**Date Filed:** 12/6/2024
**Claim Face Value:** $10,718.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $10,718.15 | | $0.00 |
| | | | | $10,718.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Gary Killian**
**Case(s): 337 Clm No: 1871 Clm. Amt: $16,170,665.00**

*c/o Morris & Player PLLC*
*Attn: Douglas H Morris*
*1211 Herr Ln, Ste 205*
*Louisville, KY 40222*
**Date Filed:** 11/27/2024
**Claim Face Value:** $16,170,665.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $16,170,665.00 | | |
| | | | | $16,170,665.00 | | |

**GCI Outdoor LLC**
**Case(s): 337 Clm No: 1201 Clm. Amt: $295,404.64**

*457 Killingworth Rd*
*Higganum, CT 06441*
**Date Filed:** 11/18/2024
**Orig. Date Filed:** 10/25/2024
**Amending Clm #:** 421
**Claim Face Value:** $295,404.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $295,404.64 | | |
| | | | | $295,404.64 | | |

**GCI Outdoor LLC**
**Case(s): 337 Clm No: 421 Clm. Amt: $295,404.64**

*457 Killingworth Rd*
*Higganum, CT 06441*
**Date Filed:** 10/25/2024
**Amended By Clm #:** 1201
**Claim Face Value:** $295,404.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $295,404.64 | | |
| | | | | $295,404.64 | | |

**GD Midea Environment Appliances MFG. Co., Ltd.**
**Case(s): 337 Clm No: 1415 Clm. Amt: $43,679.40**

*c/o Brown & Joseph LLC*
*Attn: Peter Geldes*
*P.O. Box 249*
*Itasca, IL 60143*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $43,679.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $43,679.40 | | |
| | | | | $43,679.40 | | |

**Gemini Industries**
**Case(s): 337 Clm No: 1377 Clm. Amt: $10,259.00**

*421 SE 27th St*
*El Reno, OK 73036*
**Date Filed:** 11/21/2024
**Claim Face Value:** $10,259.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $10,259.00 | | |
| | | | | $10,259.00 | | |

**Gemmy Industries (HK) Limited**
**Case(s): 337 Clm No: 650 Clm. Amt: $103,065.90**

*Unit 301, 3rd Fl, E Ocean Centre*
*No 98 Granville Rd*
*Tsimshatsu, Kowloon*
*Hong Kong*
**Date Filed:** 10/30/2024
**Claim Face Value:** $103,065.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $103,065.90 | | |
| | | | | $103,065.90 | | |

**Generac Power Systems, Inc**
**Case(s): 337 Clm No: 1823 Clm. Amt: $1,767,377.50**

*c/o Quarles & Brady, LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 2949
**Claim Face Value:** $1,767,377.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $457,987.46 | | $0.00 |
| 337 | ADM | Disallowed | | $457,987.46 | | $0.00 |
| 337 | SEC | Disallowed | | $15,966.80 | | $0.00 |
| 337 | UNS | Disallowed | | $835,435.78 | | $0.00 |
| | | | | $1,767,377.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Filed | | |
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

**Generac Power Systems, Inc**
**Case(s): 337 Clm No: 1971 Clm. Amt: $1,767,377.50**

*c/o Quarles & Brady, LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,767,377.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $457,987.46 | Y | $0.00 |
| 337 | ADM | Disallowed | | $457,987.46 | Y | $0.00 |
| 337 | SEC | Disallowed | | $15,966.80 | Y | $0.00 |
| 337 | UNS | Disallowed | | $835,435.78 | Y | $0.00 |
| | | | | $1,767,377.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Generac Power Systems, Inc.**
**Case(s): 337 Clm No: 1661 Clm. Amt: $1,767,377.50**

*c/o Quarles & Brady LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,767,377.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $457,987.46 | Y | $0.00 |
| 337 | ADM | Disallowed | | $457,987.46 | Y | $0.00 |
| 337 | SEC | Disallowed | | $15,966.80 | Y | $0.00 |
| 337 | UNS | Disallowed | | $835,435.78 | Y | $0.00 |
| | | | | $1,767,377.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Generac Power Systems, Inc.**
**Case(s): 337 Clm No: 100410 Clm. Amt: $134,213.29**

*S45 W29290 Hwy 59*
*Waukesha, WI 53189*
**Date Filed:** 3/24/2025
**Claim Face Value:** $134,213.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $134,213.29 | | $0.00 |
| 337 | UNS | Satisfied | | | | $0.00 |
| | | | | $134,213.29 | | $0.00 |

**Generac Power Systems, Inc.**
**Case(s): 337 Clm No: 2949 Clm. Amt: $1,692,392.16**

*c/o Quarles & Brady LLP*
*Attn: L Katie Mason*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 3/24/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1823
**Claim Face Value:** $1,692,392.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $621,365.69 | | $0.00 |
| 337 | PRI | Disallowed | | $621,365.69 | | $0.00 |
| 337 | SEC | Allowed | | $15,966.80 | | $15,966.80 |
| 337 | UNS | Allowed | | $433,693.98 | | $1,334,410.44 |
| | | | | $1,692,392.16 | | $1,350,377.24 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/31/2025 | 1502 |

## Generac Power Systems, Inc.
### Case(s): 337 Clm No: 100107 Clm. Amt: $59,227.95

*S45 W29290 Hwy 59*
*Waukesha, WI 53189*
**Date Filed:** 12/12/2024
**Amended By Clm #:** 100410
**Claim Face Value:** $59,227.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $59,227.95 | | $0.00 |
| | | | | $59,227.95 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## General Equipment Company
### Case(s): 337 Clm No: 2464 Clm. Amt: $30,437.86

*P.O. Box 334*
*620 Alexander Dr SW*
*Owatonna, MN 55060*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $30,437.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $30,437.86 | | |
| | | | | $30,437.86 | | |

## General Filters, Inc
### Case(s): 337 Clm No: 1676 Clm. Amt: $2,213.60

*43800 Grand River Ave*
*Novi, MI 48375*
**Date Filed:** 11/26/2024
**Claim Face Value:** $2,213.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,213.60 | | |
| | | | | $2,213.60 | | |

## General Supply True Value #2361
### Case(s): 337 Clm No: 100125 Clm. Amt: $21,337.84

*4013 San Lorenzo Dr*
*Denton, TX 76210-0288*
**Date Filed:** 12/14/2024
**Claim Face Value:** $21,337.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $21,337.84 | | $0.00 |
| | | | | $21,337.84 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## General Wire Spring Company
### Case(s): 337 Clm No: 396 Clm. Amt: $5,352.20

*1101 Thompson Ave*
*McKees Rocks, PA 15136*
**Date Filed:** 10/24/2024
**Claim Face Value:** $5,352.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,352.20 | | |
| | | | | $5,352.20 | | |

**General Wire Spring Company**
**Case(s): 337 Clm No: 398 Clm. Amt: $70,726.12**

*1101 Thompson Ave*
*McKees Rocks, PA 15136*
**Date Filed:** 10/24/2024
**Claim Face Value:** $70,726.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $70,726.12 | | |
| | | | | $70,726.12 | | |

**Geneva Industrial Group, Inc.**
**Case(s): 337 Clm No: 100365 Clm. Amt: $54,470.00**

*425 Huehl Rd, Bldg 9*
*Northbrook, IL 60062*
**Date Filed:** 1/11/2025
**Bar Date:** 1/12/2025
**Claim Face Value:** $54,470.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $54,470.00 | | $0.00 |
| | | | | $54,470.00 | | $0.00 |

**Geneva Industrial Group, Inc.**
**Case(s): 337 Clm No: 100366 Clm. Amt: $54,470.00**

*425 Huehl Rd, Bldg 9*
*Northbrook, IL 60062*
**Date Filed:** 1/11/2025
**Claim Face Value:** $54,470.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $54,470.00 | | $0.00 |
| | | | | $54,470.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 977 | Objection Granted | 04/15/2025 | 1104 |

**Georgia-Alabama Dock & Door**
**Case(s): 337 Clm No: 100037 Clm. Amt: $2,336.65**

*P.O. Box 2905*
*Auburn, AL 36831*
**Date Filed:** 12/6/2024
**Claim Face Value:** $2,336.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $2,336.65 | | $0.00 |
| | | | | $2,336.65 | | $0.00 |

**Georgia-Pacific Consumer Products LP**
**Case(s): 337 Clm No: 100142 Clm. Amt: $30,290.88**

*133 Peachtree St NE*
*Atlanta, GA 30303*
**Date Filed:** 12/17/2024
**Claim Face Value:** $30,290.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $30,290.88 | | $0.00 |
| | | | | $30,290.88 | | $0.00 |

## Gerald J. Paradis, Inc.
### Case(s): 338 Clm No: 100000 Clm. Amt: $41,227.72

*31 Holland Ave*
*Bar Harbor, ME 04609*
**Date Filed:** 11/26/2024
**Claim Face Value:** $41,227.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | ADM | Disallowed | | $41,227.72 | | $0.00 |
| | | | | $41,227.72 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Gerald Lentz
### Case(s): 337 Clm No: 100372 Clm. Amt: $1,863.39

*517 Lion Ln*
*Luthersville, GA 30251*
**Date Filed:** 1/18/2025
**Claim Face Value:** $1,863.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $1,863.39 | | $0.00 |
| | | | | $1,863.39 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Gerson Company
### Case(s): 337 Clm No: 2353 Clm. Amt: $90,677.21

*1450 S Lone Elm Rd*
*Olathe, KS 66061*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2301
**Claim Face Value:** $90,677.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,677.21 | | |
| | | | | $90,677.21 | | |

## Gerson Company
### Case(s): 337 Clm No: 2301 Clm. Amt: $90,677.21

*1450 S Lone Elm Rd*
*Olathe, KS 66061*
**Date Filed:** 12/5/2024
**Amended By Clm #:** 2313
**Claim Face Value:** $90,677.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,677.21 | | |
| | | | | $90,677.21 | | |

## Gerson Company
### Case(s): 337 Clm No: 2315 Clm. Amt: $90,677.21

*1450 S Lone Elm Rd*
*Olathe, KS 66061*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2301
**Claim Face Value:** $90,677.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,677.21 | | |
| | | | | $90,677.21 | | |

### Gerson Company
**Case(s): 337 Clm No: 2322 Clm. Amt: $90,677.21**

*1450 S Lone Elm Rd*
*Olathe, KS 66061*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2301
**Claim Face Value:** $90,677.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,677.21 | | |
| | | | | $90,677.21 | | |

### Gerson Company
**Case(s): 337 Clm No: 2330 Clm. Amt: $90,677.21**

*1450 S Lone Elm Rd*
*Olathe, KS 66061*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2301
**Claim Face Value:** $90,677.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,677.21 | | |
| | | | | $90,677.21 | | |

### Gerson Company
**Case(s): 337 Clm No: 2326 Clm. Amt: $90,677.21**

*1450 S Lone Elm Rd*
*Olathe, KS 66061*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2301
**Claim Face Value:** $90,677.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,677.21 | | |
| | | | | $90,677.21 | | |

### Gerson Company
**Case(s): 337 Clm No: 2313 Clm. Amt: $90,677.21**

*1450 S Lone Elm Rd*
*Olathe, KS 66061*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2301
**Claim Face Value:** $90,677.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,677.21 | | |
| | | | | $90,677.21 | | |

### GHP Group Inc
**Case(s): 337 Clm No: 2522 Clm. Amt: $7,607.75**

*6440 W Howard*
*Niles, IL 60714*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $7,607.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,607.75 | | |
| | | | | $7,607.75 | | |

### GHS Distribution, Inc
**Case(s): 337 Clm No: 100269 Clm. Amt: $52,502.91**

*321 Corporate Pkwy*
*Macon, GA 31210*
**Date Filed:** 12/20/2024
**Claim Face Value:** $52,502.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $52,502.91 | | $0.00 |
| 337 | UNS | Allowed | | | | $52,502.91 |
| | | | | $52,502.91 | | $52,502.91 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

### GHS Distribution, Inc.
**Case(s): 337 Clm No: 2650 Clm. Amt: $52,502.91**

*Attn: Jennifer Vance*
*321 Corporate Pkwy*
*Macon, GA 31210*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $52,502.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $52,502.91 | | |
| | | | | $52,502.91 | | |

### Gibraltar Chemical Works Inc
**Case(s): 337 Clm No: 244 Clm. Amt: $29,136.80**

*114 E 168th St*
*S Holland, IL 60473*
**Date Filed:** 10/18/2024
**Claim Face Value:** $29,136.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $29,136.80 | | |
| | | | | $29,136.80 | | |

### Gibraltar Chemical Works Inc
**Case(s): 337 Clm No: 242 Clm. Amt: $24,816.00**

*114 E 168th St*
*S Holland, IL 60473*
**Date Filed:** 10/18/2024
**Claim Face Value:** $24,816.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,816.00 | | |
| | | | | $24,816.00 | | |

### Gibraltar Chemical Works Inc
**Case(s): 337 Clm No: 239 Clm. Amt: $11,388.96**

*114 E 168th St*
*S Holland, IL 60473*
**Date Filed:** 10/18/2024
**Claim Face Value:** $11,388.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,388.96 | | |
| | | | | $11,388.96 | | |

**Gibraltar Chemical Works Inc**
**Case(s): 337 Clm No: 240 Clm. Amt: $1,920.38**

*114 E 168th St*
*S Holland, IL 60473*
**Date Filed:** 10/18/2024
**Claim Face Value:** $1,920.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,920.38 | | |
| | | | | $1,920.38 | | |

**Gibraltar Chemical Works Inc**
**Case(s): 337 Clm No: 236 Clm. Amt: $24,816.00**

*114 E 168th St*
*S Holland, IL 60473*
**Date Filed:** 10/18/2024
**Claim Face Value:** $24,816.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $24,816.00 | | |
| | | | | $24,816.00 | | |

**Gibraltar Chemical Works Inc**
**Case(s): 337 Clm No: 237 Clm. Amt: $29,136.80**

*114 E 168th St*
*S Holland, IL 60473*
**Date Filed:** 10/18/2024
**Amended By Clm #:** 3060
**Claim Face Value:** $29,136.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $29,136.80 | | |
| | | | | $29,136.80 | | |

**Gibraltar Chemical Works Inc**
**Case(s): 337 Clm No: 235 Clm. Amt: $24,816.00**

*114 E 168th St*
*S Holland, IL 60473*
**Date Filed:** 10/18/2024
**Claim Face Value:** $24,816.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $24,816.00 | | |
| | | | | $24,816.00 | | |

**Gibraltar Chemical Works Inc.**
**Case(s): 337 Clm No: 3060 Clm. Amt: $4,136.00**

*114 E 168th St*
*S Holland, IL 60134*
**Date Filed:** 9/10/2025
**Orig. Date Filed:** 10/18/2024
**Amending Clm #:** 237
**Claim Face Value:** $4,136.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $4,136.00 | | |
| | | | | $4,136.00 | | |

**Gibson Overseas, Inc**
**Case(s): 337 Clm No: 2932 Clm. Amt: $2,300.00**

*2410 Yates Ave*
*Commerce, CA 90040*
**Date Filed:** 3/11/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | | | Unknown | Y | |
| 337 | UNS | | | $2,300.00 | | |
| | | | | $2,300.00 | | |

**Giftcraft Inc**
**Case(s): 337 Clm No: 100235 Clm. Amt:**

*Address Not Provided*
**Date Filed:** 12/20/2024
**Claim Face Value:**

**Giftcraft Inc**
**Case(s): 337 Clm No: 2955 Clm. Amt: $236,470.57**

*P.O. Box 1270*
*Grand Island, NY 14072*
**Date Filed:** 3/31/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $236,470.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $236,470.57 | | |
| | | | | $236,470.57 | | |

**Giftcraft Inc**
**Case(s): 337 Clm No: 1391 Clm. Amt: $275,099.78**

*P.O. Box 1270*
*Grand Island, NY 14072*
**Date Filed:** 11/21/2024
**Claim Face Value:** $275,099.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $10,168.63 | | $0.00 |
| 337 | UNS | Allowed | | $264,931.15 | | $275,099.78 |
| | | | | $275,099.78 | | $275,099.78 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

**Gilpin Products LLC**
**Case(s): 337 Clm No: 498 Clm. Amt: $7,686.75**

*1819 Patterson St*
*Decatur, IN 46733*
**Date Filed:** 10/24/2024
**Claim Face Value:** $7,686.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,686.75 | | |
| | | | | $7,686.75 | | |

**Gish Logging, Inc.**
**Case(s): 337 Clm No: 2884 Clm. Amt: $45,480.60**

*Attn: Samuel Eugene Wiser, Jr*
*79 St Paul Dr*
*Chambersburg, PA 17201*
**Date Filed:** 2/14/2025
**Orig. Date Filed:** 11/18/2024
**Bar Date:** 12/5/2025
**Amending Clm #:** 1199
**Claim Face Value:** $45,480.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $45,480.60 | | |
| | | | | $45,480.60 | | |

## Gish Logging, Inc.
### Case(s): 337 Clm No: 1199 Clm. Amt: $43,122.60

*c/o Salzmann Hughes, PC*
*Attn: Samuel Eugene Wiser, Jr*
*79 St Paul Dr*
*Chambersburg, PA 17201*
**Date Filed:** 11/18/2024
**Amended By Clm #:** 2884
**Claim Face Value:** $43,122.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $43,122.60           |     |                     |
|      |       |        |           | $43,122.60           |     |                     |

## Glamos Wire Inc
### Case(s): 337 Clm No: 2177 Clm. Amt: $123,859.12

*2300 Main St*
*Lino Lakes, MN 55038*
**Date Filed:** 12/4/2024
**Claim Face Value:** $123,859.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $123,859.12          |     |                     |
|      |       |        |           | $123,859.12          |     |                     |

## GlassHouse Systems
### Case(s): 337 Clm No: 840 Clm. Amt: $17,585.48

*801 Warrenville Rd, Ste 560*
*Lisle, IL 60532*
**Date Filed:** 11/5/2024
**Claim Face Value:** $17,585.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $17,585.48           |     |                     |
|      |       |        |           | $17,585.48           |     |                     |

## Gleason Corporation
### Case(s): 337 Clm No: 913 Clm. Amt: $142,325.91

*c/o Gleason Industrial Products*
*10474 Santa Monica Blvd, Ste 400*
*Los Angeles, CA 90025*
**Date Filed:** 11/7/2024
**Orig. Date Filed:** 11/6/2024
**Amending Clm #:** 867
**Claim Face Value:** $142,325.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $142,325.91          |     |                     |
|      |       |        |           | $142,325.91          |     |                     |

## Gleason Corporation
### Case(s): 337 Clm No: 867 Clm. Amt: $142,325.91

*10474 Santa Monica Blvd, Ste 400*
*Los Angeles, CA 90025*
**Date Filed:** 11/6/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 913
**Claim Face Value:** $142,325.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $142,325.91          |     |                     |
|      |       |        |           | $142,325.91          |     |                     |

## Gleason Corporation
### Case(s): 337 Clm No: 875 Clm. Amt: $3,625.12

*c/o Precision Products*
*10474 Santa Monica Blvd, Ste 400*
*Los Angeles, CA 90025*
**Date Filed:** 11/6/2024
**Claim Face Value:** $3,625.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $3,625.12            |     |                     |
|      |       |        |           | $3,625.12            |     |                     |

## Gleason Industrial Products, Inc
### Case(s): 337 Clm No: 100218 Clm. Amt: $33,172.50

*8575 W Forest Ave*
*Greenfield, WI 53228*
**Date Filed:** 12/19/2024
**Claim Face Value:** $33,172.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $33,172.50 | | $0.00 |
| 337 | UNS | Allowed | | | | $33,172.50 |
| | | | | $33,172.50 | | $33,172.50 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Glen Dimplex Americas
### Case(s): 337 Clm No: 366 Clm. Amt: $94,298.59

*1367 Industrial Rd*
*Cambridge, ON N3H 4W3*
*Canada*
**Date Filed:** 10/24/2024
**Claim Face Value:** $94,298.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $94,298.59 | | |
| | | | | $94,298.59 | | |

## GlenDimplex Americas Company
### Case(s): 337 Clm No: 388 Clm. Amt:

*2500 W 4th Plain Blvd*
*Vancouver, WA 98660*
**Date Filed:** 10/22/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Glenn Family Inc, dba Headwind Consumer Products
### Case(s): 337 Clm No: 302 Clm. Amt: $13,426.15

*3040 J Rd*
*Syracuse, NE 68446*
**Date Filed:** 10/21/2024
**Claim Face Value:** $13,426.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $13,426.15 | | |
| | | | | $13,426.15 | | |

## Glentronics, Inc
### Case(s): 337 Clm No: 340 Clm. Amt: $35,071.64

*645 Heathrow Dr*
*Lincolnshire, IL 60069*
**Date Filed:** 10/21/2024
**Claim Face Value:** $35,071.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $35,071.64 | | |
| | | | | $35,071.64 | | |

## Glentronics, Inc.
### Case(s): 337 Clm No: 100198 Clm. Amt: $10,042.48

*645 Heathrow Dr*
*Lincolnshire, IL 60090*
**Date Filed:** 12/19/2024
**Claim Face Value:** $10,042.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $10,042.48 | | $0.00 |
| | | | | $10,042.48 | | $0.00 |

## Glo Document Solutions
### Case(s): 337 Clm No: 579 Clm. Amt: $727.41

*1820 Lunt Ave*
*Elk Grove Village, IL 60007*
**Date Filed:** 10/29/2024
**Claim Face Value:** $727.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $727.41 | | $0.00 |
| 337 | UNS | Allowed | | | | $727.41 |
| | | | | $727.41 | | $727.41 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Global Experience Specialists, Inc.
### Case(s): 337 Clm No: 2103 Clm. Amt: $1,246,909.91

*c/o Squire Patton Boggs (US) LLP*
*Attn: Kelly Singer, Esq*
*2325 E Camelback Rd, Ste 700*
*Phoenix, AZ 85016*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,246,909.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,246,909.91 | | |
| | | | | $1,246,909.91 | | |

## Global Experience Specialists, Inc.
### Case(s): 337 Clm No: 100239 Clm. Amt: $2,040.00

*7000 Lindell Rd*
*Las Vegas, NV 89118*
**Date Filed:** 12/20/2024
**Claim Face Value:** $2,040.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $2,040.00 | | $0.00 |
| | | | | $2,040.00 | | $0.00 |

## Global Experience Specialists, Inc.
### Case(s): 337 Clm No: 3017 Clm. Amt: $4,296,192.00

*c/o Squire Patton Boggs (US) LLP*
*Attn: Kelly Singer*
*2325 E Camelback Rd, Ste 700*
*Phoenix, AZ 85016*
**Date Filed:** 5/28/2025
**Claim Face Value:** $4,296,192.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,296,192.00 | | |
| | | | | $4,296,192.00 | | |

## Global Harvest Foods
**Case(s): 337 Clm No: 689 Clm. Amt: $488,142.24**

*Attn: Accounting, Ashley Dye*
*16000 Christensen Rd, Ste 300*
*Seattle, WA 98188*
**Date Filed:** 11/1/2024
**Claim Face Value:** $488,142.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $488,142.24 | | |
| | | | | $488,142.24 | | |

## Global Instruments Ltd
**Case(s): 337 Clm No: 63 Clm. Amt: $32,163.78**

*819 Industrial Dr*
*Trenton, MO 64683*
**Date Filed:** 10/15/2024
**Claim Face Value:** $32,163.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $32,163.78 | | |
| | | | | $32,163.78 | | |

## Global Instruments Ltd
**Case(s): 337 Clm No: 1047 Clm. Amt: $40,795.26**

*819 Industrial Dr*
*Trenton, MO 64683*
**Date Filed:** 11/13/2024
**Orig. Date Filed:** 10/15/2024
**Amending Clm #:** 35
**Claim Face Value:** $40,795.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $8,631.48 | | $0.00 |
| 337 | UNS | | | $32,163.78 | | $32,163.78 |
| | | | | $40,795.26 | | $32,163.78 |

## Global Instruments Ltd
**Case(s): 337 Clm No: 35 Clm. Amt: $32,163.78**

*819 Industrial Dr*
*Trenton, MO 64683*
**Date Filed:** 10/15/2024
**Amended By Clm #:** 1047
**Claim Face Value:** $32,163.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $32,163.78 | | |
| | | | | $32,163.78 | | |

## Global Merchandising Inc
**Case(s): 337 Clm No: 1657 Clm. Amt: $51,910.50**

*Attn: Joseph Odom*
*146 Corporate Way*
*Pelham, AL 35124*
**Date Filed:** 11/26/2024
**Claim Face Value:** $51,910.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $51,910.50 | | |
| | | | | $51,910.50 | | |

## Global Security Solutions
**Case(s): 337 Clm No: 470 Clm. Amt: $12,146.50**

*3956 Town Center Blvd, Ste 620*
*Orlando, FL 32837*
**Date Filed:** 10/25/2024
**Claim Face Value:** $12,146.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $12,146.50 | | $0.00 |
| 337 | UNS | Allowed | | | | $12,146.50 |
| | | | | $12,146.50 | | $12,146.50 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Global Vision
**Case(s): 337 Clm No: 2817 Clm. Amt: $784.24**

*c/o Global Vision Eyewear*
*4444 S Buttermilk Ct*
*Hudsonville, MI 49426*
**Date Filed:** 1/17/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $784.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $784.24 | | |
| | | | | $784.24 | | |

## GlobalTranz Enterprises, LLC
**Case(s): 337 Clm No: 1237 Clm. Amt: $50,554.41**

*2700 Commerce St, 15th Fl*
*Dallas, TX 75226*
**Date Filed:** 11/19/2024
**Claim Face Value:** $50,554.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $50,554.41 | | |
| | | | | $50,554.41 | | |

## Globe Electric Company USA, Inc.
**Case(s): 337 Clm No: 1778 Clm. Amt: $247,401.97**

*150 Oneida*
*Pointe Claire, QC H9R 1A8*
*Canada*
**Date Filed:** 11/25/2024
**Claim Face Value:** $247,401.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $247,401.97 | | |
| | | | | $247,401.97 | | |

## Go To Logistics Inc
**Case(s): 337 Clm No: 218 Clm. Amt: $31,144.45**

*2233 N West St*
*River Grove, IL 60171*
**Date Filed:** 10/18/2024
**Amended By Clm #:** 993
**Claim Face Value:** $31,144.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,144.45 | | |
| | | | | $31,144.45 | | |

## Go To Logistics Inc
### Case(s): 337 Clm No: 993 Clm. Amt: $33,506.25

2233 N West St
River Grove, IL 60171
**Date Filed:** 11/12/2024
**Orig. Date Filed:** 10/18/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 218
**Claim Face Value:** $33,506.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $33,506.25 | | |
| | | | | $33,506.25 | | |

## Gojo Industries, Inc.
### Case(s): 337 Clm No: 2470 Clm. Amt: $228,470.40

1 Gojo Plz, Ste 500
Akron, OH 44311
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $228,470.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $228,470.40 | | |
| | | | | $228,470.40 | | |

## Gold Bond
### Case(s): 337 Clm No: 1444 Clm. Amt: $71,576.62

Attn: Deborah Todesco
2001 Rexford Rd
Charlotte, NC 28211
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $71,576.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $71,576.62 | | |
| | | | | $71,576.62 | | |

## Gold Bond Building Products, LLC
### Case(s): 337 Clm No: 1795 Clm. Amt: $71,576.62

Attn: Deborah Todesco
2001 Rexford Rd
Charlotte, NC 28211
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/22/2024
**Amending Clm #:** 1444
**Claim Face Value:** $71,576.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $71,576.62 | | |
| | | | | $71,576.62 | | |

## Gold Crest Distributing, LLC
### Case(s): 337 Clm No: 815 Clm. Amt: $52,359.33

P.O. Box 157
Mexico, MO 65265
**Date Filed:** 11/4/2024
**Claim Face Value:** $52,359.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $52,359.33 | | |
| | | | | $52,359.33 | | |

**Gold Eagle Co**
**Case(s): 337 Clm No: 74 Clm. Amt: $151,760.81**

*4400 S Kildare Ave*
*Chicago, IL 60632*
**Date Filed:** 10/16/2024
**Claim Face Value:** $151,760.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $151,760.81 | | |
| | | | | $151,760.81 | | |

**Gold Medal Products Co.**
**Case(s): 337 Clm No: 2544 Clm. Amt: $11,101.44**

*Attn: Brandon James*
*10700 Medallion Dr*
*Cincinnati, OH 45241*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,101.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,101.44 | | |
| | | | | $11,101.44 | | |

**Gold Medal Products Co.**
**Case(s): 337 Clm No: 2689 Clm. Amt: $130,263.69**

*Attn: Brandon James*
*10700 Medallion Dr*
*Cincinnati, OH 45241*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $130,263.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $3,611.81 | | $0.00 |
| 337 | UNS | | | $126,651.88 | | |
| | | | | $130,263.69 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Gondola Train**
**Case(s): 337 Clm No: 662 Clm. Amt: $555.12**

*Attn: Suzanne Droessler*
*52 Means Dr, Ste 101C*
*Platteville, WI 53818*
**Date Filed:** 10/31/2024
**Claim Face Value:** $555.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $555.12 | | |
| | | | | $555.12 | | |

**Gondola Train**
**Case(s): 337 Clm No: 663 Clm. Amt: $555.12**

*Attn: Suzanne Droessler*
*52 Means Dr, Ste 101C*
*Platteville, WI 53818*
**Date Filed:** 10/31/2024
**Claim Face Value:** $555.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $555.12 | | |
| | | | | $555.12 | | |

## Good Earth Organics Corp
**Case(s): 337 Clm No: 1956 Clm. Amt: $99,384.10**

*P.O. Box 290*
*5950 Broadway*
*Lancaster, NY 14086*
**Date Filed:** 11/27/2024
**Claim Face Value:** $99,384.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $99,384.10 | | |
| | | | | $99,384.10 | | |

## Goodfellow Inc
**Case(s): 337 Clm No: 3069 Clm. Amt: $8,260.21**

*Attn: Pascal Roy*
*225, rue Goodfellow*
*Delson, QC J5B 1V5*
*Canada*
**Date Filed:** 12/3/2025
**Claim Face Value:** $8,260.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,260.21 | | |
| | | | | $8,260.21 | | |

## Google LLC
**Case(s): 337 Clm No: 2378 Clm. Amt: $264,169.36**

*c/o White and Williams LLP*
*Attn: James Vandermark*
*810 7th Ave, Ste 500*
*New York, NY 10019*
**Date Filed:** 12/5/2024
**Claim Face Value:** $264,169.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $264,169.36 | | |
| | | | | $264,169.36 | | |

## Gordini USA, Inc
**Case(s): 337 Clm No: 969 Clm. Amt: $42,741.95**

*P.O. Box 8440*
*Essex Junction, VT 05451*
**Date Filed:** 11/11/2024
**Claim Face Value:** $42,741.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $6,133.44 | | $0.00 |
| 337 | UNS | Allowed | | $36,608.51 | | $42,741.95 |
| | | | | $42,741.95 | | $42,741.95 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Gorrie Marketing Services
**Case(s): 337 Clm No: 863 Clm. Amt: $3,730.00**

*15 Leswyn Rd*
*Toronto, ON M6A 1J8*
*Canada*
**Date Filed:** 11/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,730.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,730.00 | | |
| | | | | $3,730.00 | | |

### Gosport Manufacturing, Inc
**Case(s): 337 Clm No: 68 Clm. Amt: $3,038.56**

*P.O. Box 26*
*Gosport, IN 47433*
**Date Filed:** 10/16/2024
**Claim Face Value:** $3,038.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,038.56 | | |
| | | | | $3,038.56 | | |

### GP Gypsum LLC
**Case(s): 337 Clm No: 3052 Clm. Amt: $470,333.84**

*Attn: Hunter Horton*
*GP Ctr*
*133 Peachtree St NE, Fl 16*
*Atlanta, GA 30303*
**Date Filed:** 7/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $470,333.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Allowed | | $470,333.84 | | $470,333.84 |
| | | | | $470,333.84 | | $470,333.84 |

### GP Gypsum LLC
**Case(s): 337 Clm No: 1386 Clm. Amt: $470,333.84**

*Georgia-Pacific Ctr*
*133 Peachtree St NE, 16th Fl*
*Atlanta, GA 30303*
**Date Filed:** 11/21/2024
**Claim Face Value:** $470,333.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Withdrawn | | $182,155.44 | | $0.00 |
| 337 | UNS | Withdrawn | | $288,178.40 | | $0.00 |
| | | | | $470,333.84 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

### GP Gypsum LLC
**Case(s): 337 Clm No: 100141 Clm. Amt: $56,419.68**

*133 Peachtree St NE*
*Atlanta, GA 30303*
**Date Filed:** 12/17/2024
**Claim Face Value:** $56,419.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $56,419.68 | | $0.00 |
| | | | | $56,419.68 | | $0.00 |

### GP Transportation Co
**Case(s): 337 Clm No: 447 Clm. Amt: $26,467.30**

*3200 Channahon Rd*
*Joliet, IL 60436*
**Date Filed:** 10/25/2024
**Claim Face Value:** $26,467.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $26,467.30 | | |
| | | | | $26,467.30 | | |

## GP Wood Products LLC
**Case(s): 337 Clm No: 1388 Clm. Amt: $332,629.83**

*Georgia-Pacific Ctr*
*133 Peachtree St NE, 16th Fl*
*Atlanta, GA 30303*
**Date Filed:** 11/21/2024
**Claim Face Value:** $332,629.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $148,476.88 | | $0.00 |
| 337 | UNS | Allowed | | $184,152.95 | | $332,629.83 |
| | | | | $332,629.83 | | $332,629.83 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 06/02/2025 | 1282 |

## Grabber Construction Products
**Case(s): 337 Clm No: 100370 Clm. Amt: $11,867.10**

*3125 W Executive Pkwy, Ste 200*
*Lehi, UT 84048*
**Date Filed:** 1/15/2025
**Claim Face Value:** $11,867.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $11,867.10 | | $0.00 |
| | | | | $11,867.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Grabber Construction Products
**Case(s): 337 Clm No: 100382 Clm. Amt: $6,523.50**

*3125 W Executive Pkwy, Ste 200*
*Lehi, UT 84048*
**Date Filed:** 1/28/2025
**Claim Face Value:** $6,523.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $6,523.50 | | $0.00 |
| | | | | $6,523.50 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Grabber Construction Products, Inc.
**Case(s): 337 Clm No: 799 Clm. Amt: $85,989.60**

*Attn: Robert Marenco*
*3125 W Executive Pkwy, Ste 200*
*Lehi, UT 84048*
**Date Filed:** 11/4/2024
**Claim Face Value:** $85,989.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $85,989.60 | | |
| | | | | $85,989.60 | | |

### Gracious Living Corporation
**Case(s): 337 Clm No: 2665 Clm. Amt: $129,418.29**

*7200 Martin Grove Rd*
*Woodbridge, ON L4L 9J3*
*Canada*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2878
**Claim Face Value:** $129,418.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $129,418.29 | | |
| | | | | $129,418.29 | | |

### Graco Inc
**Case(s): 337 Clm No: 990 Clm. Amt: $419,952.02**

*Attn: Craig Pluff*
*P.O. Box 1441*
*Minneapolis, MN 55440*
**Date Filed:** 11/12/2024
**Claim Face Value:** $419,952.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $419,952.02 | | |
| | | | | $419,952.02 | | |

### Grand True value Rental Store #13475
**Case(s): 337 Clm No: 2424 Clm. Amt: $3,838.14**

*58904 US 131*
*Three Rivers, MI 49093*
**Date Filed:** 12/7/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,838.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,838.14 | | |
| | | | | $3,838.14 | | |

### Granite (12 Tradeport) LLC
**Case(s): 337 Clm No: 100029 Clm. Amt: $22,100.17**

*c/o Barclay Damon LLP*
*Attn: Kevin M Newman*
*Barclay Damon Tower*
*125 E Jefferson St*
*Syracuse, NY 13202*
**Date Filed:** 12/5/2024
**Claim Face Value:** $22,100.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $22,100.17 | | $0.00 |
| | | | | $22,100.17 | | $0.00 |

### Granite (12 Tradeport) LLC
**Case(s): 337 Clm No: 2311 Clm. Amt: $1.00**

*c/o Barclay Damon LLP*
*Attn: Kevin M Newman*
*125 E Jefferson St*
*Syracuse, NY 13202*
**Date Filed:** 12/5/2024
**Claim Face Value:** $1.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1.00 | | |
| | | | | $1.00 | | |

### Granite (12 Tradeport) LLC
**Case(s): 337 Clm No: 2307 Clm. Amt: $3,346.65**

*c/o Barclay Damon LLP*
*Attn: Kevin M Newman*
*125 E Jefferson St*
*Syracuse, NY 13202*
**Date Filed:** 12/5/2024
**Claim Face Value:** $3,346.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,346.65 | | |
| | | | | $3,346.65 | | |

## Granite Gold, Inc
### Case(s): 337 Clm No: 139 Clm. Amt: $150,337.21

*12780 Danielson Ct, Ste A*
*Poway, CA 92064*
**Date Filed:** 10/17/2024
**Claim Face Value:** $150,337.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $150,337.21 | | |
| | | | | $150,337.21 | | |

## Granite Telecommunications, LLC
### Case(s): 337 Clm No: 659 Clm. Amt: $7,355.01

*Attn: Jonathan Allen*
*1 Heritage Dr*
*Quincy, MA 02171*
**Date Filed:** 10/31/2024
**Claim Face Value:** $7,355.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $7,355.01 | | |
| | | | | $7,355.01 | | |

## GrassWorx, LLC
### Case(s): 337 Clm No: 407 Clm. Amt: $30,483.44

*Attn: AR*
*2381 Centerline Industrial Dr*
*St Louis, MO 63146*
**Date Filed:** 10/22/2024
**Claim Face Value:** $30,483.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $30,483.44 | | |
| | | | | $30,483.44 | | |

## Great Northern Equipment Distributing, Inc
### Case(s): 337 Clm No: 12 Clm. Amt: $175,034.60

*c/o Legal Department*
*20195 S Diamond Lake Rd, Ste 100*
*Rogers, MN 55374*
**Date Filed:** 10/15/2024
**Amended By Clm #:** 1780
**Claim Face Value:** $175,034.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $37,121.21 | Y | $0.00 |
| 337 | UNS | Disallowed | | $137,913.39 | Y | $0.00 |
| | | | | $175,034.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Great Northern Equipment Distributing, Inc
**Case(s): 337 Clm No: 1780 Clm. Amt: $171,885.32**

*Attn: Stacy Foreman*
*20195 S Diamond Lake Rd, Ste 100*
*Rogers, MN 55374*
**Date Filed:** 11/25/2024
**Orig. Date Filed:** 10/15/2024
**Amending Clm #:** 12
**Claim Face Value:** $171,885.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $37,121.21 | | $0.00 |
| 337 | UNS | Allowed | | $134,764.11 | | $171,885.32 |
| | | | | $171,885.32 | | $171,885.32 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Great Plains Industries, Inc
**Case(s): 337 Clm No: 37 Clm. Amt: $50,031.57**

*5252 E 36th St N*
*Wichita, KS 67220*
**Date Filed:** 10/16/2024
**Claim Face Value:** $50,031.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $50,031.57 | | |
| | | | | $50,031.57 | | |

## Great Plains Manufacturing, Inc. d/b/a Land Pride
**Case(s): 337 Clm No: 1379 Clm. Amt: $7,625.56**

*c/o Holland & Knight LLP*
*Attn: Noel Boeke*
*100 N Tampa St, Ste 4100*
*Tampa, FL 33602*
**Date Filed:** 11/21/2024
**Claim Face Value:** $7,625.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $7,625.56 | | |
| | | | | $7,625.56 | | |

## Great Southern Wood Preserving, Inc.
**Case(s): 337 Clm No: 1667 Clm. Amt: $581,304.79**

*c/o Dentons US LLP*
*Attn: Lauren Macksoud*
*1221 Avenue of the Americas*
*New York, NY 10020*
**Date Filed:** 11/26/2024
**Claim Face Value:** $581,304.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | Unknown | Y | $0.00 |
| 337 | ADM | Disallowed | | $40,989.75 | | $0.00 |
| 337 | UNS | Allowed | | $540,315.04 | | $581,304.79 |
| | | | | $581,304.79 | | $581,304.79 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Great States Corporation
### Case(s): 337 Clm No: 203 Clm. Amt:

Attn: John Bielefeld
7444 Shadeland Station Way
Indianapolis, IN 46256
**Date Filed:** 10/18/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Greenes Fence Company, Inc
### Case(s): 337 Clm No: 369 Clm. Amt: $5,300.60

P.O. Box 22258
Beachwood, OH 44122
**Date Filed:** 10/22/2024
**Claim Face Value:** $5,300.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,300.60 | | |
| | | | | $5,300.60 | | |

## Greenleaf Nursery Co.
### Case(s): 337 Clm No: 100331 Clm. Amt: $28,645.72

28406 Hwy 82
Park Hill, OK 74451
**Date Filed:** 12/23/2024
**Claim Face Value:** $28,645.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $28,645.72 | | $0.00 |
| | | | | $28,645.72 | | $0.00 |

## Greenleaf Nursery Company
### Case(s): 337 Clm No: 2321 Clm. Amt: $194,947.69

Attn: Bobby Garcia
28406 Hwy 82
Park Hill, OK 74451
**Date Filed:** 12/5/2024
**Claim Face Value:** $194,947.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $55,026.21 | | $0.00 |
| 337 | UNS | Allowed | | $139,921.48 | | $194,947.69 |
| | | | | $194,947.69 | | $194,947.69 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Greenlite Lighting Corporation USA
### Case(s): 337 Clm No: 1156 Clm. Amt: $1,376.16

P.O. Box 1630
Anaheim, CA 92815
**Date Filed:** 11/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,376.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,376.16 | | |
| | | | | $1,376.16 | | |

**Greenscapes Home & Garden Products, a division of Hanes Companies, Inc.**
**Case(s): 337 Clm No: 2553 Clm. Amt: $158,984.49**

*c/o Checkett Pauly Bay & Morgan, LLC*
*Attn: Mariann Morgan*
*P.O. Box 409*
*Carthage, MO 64836*
**Date Filed:** 12/17/2024
**Orig. Date Filed:** 11/21/2024
**Amending Clm #:** 1387
**Claim Face Value:** $158,984.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $13,066.74 | | $0.00 |
| 337 | UNS | Allowed | | $145,917.75 | | $150,084.85 |
| | | | | $158,984.49 | | $150,084.85 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Greenscapes Home & Garden Products, a division of Hanes Companies, Inc.**
**Case(s): 337 Clm No: 1387 Clm. Amt: $158,984.49**

*c/o Checkett Pauly Bay & Morgan, LLC*
*Attn: Mariann Morgan*
*P.O. Box 409*
*Carthage, MO 64836*
**Date Filed:** 11/21/2024
**Amended By Clm #:** 2553
**Claim Face Value:** $158,984.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $158,984.49 | | |
| | | | | $158,984.49 | | |

**Gregory A. Gammon**
**Case(s): 337 Clm No: 100397 Clm. Amt: $13,258.74**

*125 Gammon Rd*
*Limington, ME 04049*
**Date Filed:** 2/6/2025
**Claim Face Value:** $13,258.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $13,258.74 | | $0.00 |
| | | | | $13,258.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Gregory F.X. Daly, Collector of Revenue**
**Case(s): 337 Clm No: 2862 Clm. Amt: $441.89**

*1200 Market St, Rm 410*
*St Louis, MO 63103*
**Date Filed:** 1/31/2025
**Claim Face Value:** $441.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $441.89 | | $0.00 |
| | | | | $441.89 | | $0.00 |

## Gro-Well Brands, Inc
**Case(s): 337 Clm No: 444 Clm. Amt: $42,141.56**

*420 E Southern Ave*
*Tempe, AZ 85282*
**Date Filed:** 10/23/2024
**Claim Face Value:** $42,141.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $42,141.56 | | |
| | | | | $42,141.56 | | |

## Ground Hog, Inc.
**Case(s): 337 Clm No: 950 Clm. Amt: $21,066.71**

*1470 Victoria Ct*
*San Bernardino, CA 92408*
**Date Filed:** 11/8/2024
**Claim Face Value:** $21,066.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,066.71 | | |
| | | | | $21,066.71 | | |

## Ground Works Land Design LLC
**Case(s): 337 Clm No: 1692 Clm. Amt: $8,558.56**

*875 Crocker Rd*
*Westlake, OH 44145*
**Date Filed:** 11/26/2024
**Claim Face Value:** $8,558.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $6,418.92 | | $0.00 |
| 337 | UNS | | | $2,139.64 | | $2,139.64 |
| | | | | $8,558.56 | | $2,139.64 |

## Group CBF, Inc
**Case(s): 337 Clm No: 561 Clm. Amt: $21,595.00**

*Attn: JT Tortorelli*
*3521 S Fox St*
*Spokane Valley, WA 99206*
**Date Filed:** 10/25/2024
**Claim Face Value:** $21,595.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,595.00 | | |
| | | | | $21,595.00 | | |

## Groz Engineering Tools Private Limited
**Case(s): 337 Clm No: 612 Clm. Amt: $14,080.00**

*Village Kherki Daula, NH-8*
*Gurgaon, Haryana 122001*
*India*
**Date Filed:** 10/29/2024
**Claim Face Value:** $14,080.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $14,080.00 | | |
| | | | | $14,080.00 | | |

## GT Express Inc.
**Case(s): 337 Clm No: 2445 Clm. Amt: $22,995.62**

*17725 Rockaway Blvd, Ste 205*
*Jamaica, NY 11434*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $22,995.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | PRI | Disallowed | | $19,550.00 | | $0.00 |
| 337 | UNS | | | $3,445.62 | | $0.00 |
| | | | | $22,995.62 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## GT Industrial Products LLC
**Case(s): 337 Clm No: 411 Clm. Amt: $19,366.32**

*12900 E Smith Rd, Ste 200*
*Aurora, CO 80011*
**Date Filed:** 10/22/2024
**Claim Face Value:** $19,366.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $19,366.32 | | |
| | | | | $19,366.32 | | |

## GT Water Products Inc
**Case(s): 337 Clm No: 100309 Clm. Amt: $587.46**

*c/o Law Office of K M Neiswender*
*Attn: Adam Tash*
*5239 N Commerce Ave*
*Moorpark, CA 93021*
**Date Filed:** 12/23/2024
**Claim Face Value:** $587.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Disallowed | | $587.46 | | $0.00 |
| 337 | UNS | Allowed | | | | $587.46 |
| | | | | $587.46 | | $587.46 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## GT Water Products, Inc
**Case(s): 337 Clm No: 361 Clm. Amt: $99,348.40**

*5239 N Commerce Ave*
*Moorpark, CA 93021*
**Date Filed:** 10/23/2024
**Claim Face Value:** $99,348.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $99,348.40 | | |
| | | | | $99,348.40 | | |

**GTS Transportation Corporation**
**Case(s): 342 Clm No: 6 Clm. Amt: $8,580.73**

*Attn: Anita Josifovska*
*7545 S Madison St*
*Burr Ridge, IL 60527*
**Date Filed:** 11/14/2024
**Amended By Clm #:** 2581
**Claim Face Value:** $8,580.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 342  | UNS   |        |           | $8,580.73             |     |                      |
|      |       |        |           | $8,580.73             |     |                      |

**GTS Transportation Corporation**
**Case(s): 337 Clm No: 2581 Clm. Amt: $9,019.82**

*Attn: Edita Keturakiene*
*7545 S Madison St*
*Burr Ridge, IL 60527*
**Date Filed:** 12/18/2024
**Orig. Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 6
**Claim Face Value:** $9,019.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $9,019.82             |     |                      |
|      |       |        |           | $9,019.82             |     |                      |

**GTS Transportation Corporation**
**Case(s): 337 Clm No: 100157 Clm. Amt: $9,019.82**

*7545 S Madison St*
*Burr Ridge, IL 60527*
**Date Filed:** 12/18/2024
**Claim Face Value:** $9,019.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|------------|-----------|-----------------------|-----|----------------------|
| 337  | ADM   | Disallowed |           | $9,019.82             |     | $0.00                |
| 337  | UNS   | Allowed    |           |                       |     | $9,019.82            |
|      |       |            |           | $9,019.82             |     | $9,019.82            |

**Objection**

| Objection Type  | Date Filed | Docket No | Objection Status   | Order Entered | Order Docket No |
|-----------------|------------|-----------|--------------------|---------------|-----------------|
| Different class  | 04/29/2025 | 1154      | Objection Granted  | 06/02/2025    | 1283            |

**GTX Turf Farms LP**
**Case(s): 337 Clm No: 100202 Clm. Amt:**

*dba Growtrax*
*7135 Logistics Ctr Dr, Ste 250*
*Charlotte, NC 28273*
**Date Filed:** 12/19/2024
**Amended By Clm #:** 100203
**Claim Face Value:**

**GTX Turf Farms LP**
**Case(s): 337 Clm No: 100203 Clm. Amt: $2,426.40**

*dba Growtrax*
*7135 Logistics Ctr Dr, Ste 250*
*Charlotte, NC 28273*
**Date Filed:** 12/19/2024
**Amending Clm #:** 100202
**Claim Face Value:** $2,426.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $2,426.40             |     |                      |
|      |       |        |           | $2,426.40             |     |                      |

**Gulfstream Home & Garden, Inc.**
**Case(s): 337 Clm No: 1572 Clm. Amt: $88,733.73**

*c/o Central Garden & Pet Company*
*Attn: Legal Department*
*711 E Missouri Ave, Ste 200*
*Phoenix, AZ 85014*
**Date Filed:** 11/25/2024
**Claim Face Value:** $88,733.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $88,733.73 | | |
| | | | | $88,733.73 | | |

**Guthrie Greenhouses LLC**
**Case(s): 337 Clm No: 355 Clm. Amt: $7,763.00**

*1101 N Walnut St*
*Guthrie, OK 73044*
**Date Filed:** 10/22/2024
**Claim Face Value:** $7,763.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,763.00 | | |
| | | | | $7,763.00 | | |

**H & E Equipment Services, Inc**
**Case(s): 337 Clm No: 95 Clm. Amt: $1,489.10**

*7500 Pecue Ln*
*Baton Rouge, LA 70809*
**Date Filed:** 10/16/2024
**Claim Face Value:** $1,489.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,489.10 | | |
| | | | | $1,489.10 | | |

**H B Fuller**
**Case(s): 337 Clm No: 2771 Clm. Amt: $3,125.76**

*Attn: Gregg Walters*
*1200 Willow Lake Blvd*
*St Paul, MN 55110*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,125.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,125.76 | | |
| | | | | $3,125.76 | | |

**H B Fuller**
**Case(s): 337 Clm No: 2772 Clm. Amt: $5,729.92**

*Attn: Gregg Walters*
*1200 Willow Lake Blvd*
*St Paul, MN 55110*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,729.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,729.92 | | |
| | | | | $5,729.92 | | |

**H B Fuller**
**Case(s): 337 Clm No: 2773 Clm. Amt: $7,339.17**

*Attn: Gregg Walters*
*1200 Willow Lake Blvd*
*St Paul, MN 55110*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $7,339.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,339.17 | | |
| | | | | $7,339.17 | | |

## H.H. Knoebel Sons, Inc.
**Case(s): 337 Clm No: 2488 Clm. Amt: $28,345.94**

*291 Knoebels Blvd*
*Elysburg, PA 17824*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $28,345.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,345.94 | | |
| | | | | $28,345.94 | | |

## H.H. Knoebel Sons, Inc.
**Case(s): 337 Clm No: 2436 Clm. Amt: $28,345.94**

*291 Knoebels Blvd*
*Elysburg, PA 17824*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $28,345.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,345.94 | | |
| | | | | $28,345.94 | | |

## H.R. Stewart Inc.
**Case(s): 337 Clm No: 978 Clm. Amt: $3,720.00**

*Attn: Joan Kriete*
*52 Crystal St*
*Cary, IL 60013*
**Date Filed:** 11/12/2024
**Claim Face Value:** $3,720.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,720.00 | | |
| | | | | $3,720.00 | | |

## H.W. Naylor Co., Inc.
**Case(s): 337 Clm No: 2497 Clm. Amt: $1,012.38**

*P.O. Box 190*
*121 Main St*
*Morris, NY 13808*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,012.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,012.38 | | |
| | | | | $1,012.38 | | |

## Hager Companies
**Case(s): 337 Clm No: 954 Clm. Amt: $21,692.25**

*139 Victor St*
*St Louis, MO 63104*
**Date Filed:** 11/11/2024
**Claim Face Value:** $21,692.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,692.25 | | |
| | | | | $21,692.25 | | |

## Hager Companies
**Case(s): 337 Clm No: 973 Clm. Amt: $21,692.25**

*139 Victor St*
*St Louis, MO 63104*
**Date Filed:** 11/11/2024
**Claim Face Value:** $21,692.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,692.25 | | |
| | | | | $21,692.25 | | |

**Haier US Appliance Solutions, Inc. d/b/a GE Appliances**
**Case(s): 337 Clm No: 1873 Clm. Amt: $49,327.67**

*c/o Fultz Maddox Dickens PLC*
*Attn: Elizabeth B Noland*
*101 S 5th St, 27th Fl*
*Louisville, KY 40202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $49,327.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $49,327.67 | | |
| | | | | $49,327.67 | | |

**Haier US Appliance Solutions, Inc. d/b/a GE Appliances**
**Case(s): 337 Clm No: 1877 Clm. Amt: $112,993.92**

*c/o Fultz Maddox Dickens PLC*
*Attn: Elizabeth B Noland*
*101 S 5th St, 27th Fl*
*Louisville, KY 40202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $112,993.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $112,993.92 | | |
| | | | | $112,993.92 | | |

**Hale Trailer Brake & Wheel, Inc.**
**Case(s): 337 Clm No: 100288 Clm. Amt: $8,289.22**

*P.O. Box 1400*
*Voorhees, NJ 08043*
**Date Filed:** 12/23/2024
**Claim Face Value:** $8,289.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $8,289.22 | | $0.00 |
| | | | | $8,289.22 | | $0.00 |

**Halex**
**Case(s): 337 Clm No: 783 Clm. Amt: $261,827.21**

*Attn: Betty Turner*
*101 Production Dr*
*Harrison, OH 45030*
**Date Filed:** 11/1/2024
**Claim Face Value:** $261,827.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $28.13 | | $0.00 |
| 337 | UNS | | | $261,799.08 | | $261,799.08 |
| | | | | $261,827.21 | | $261,799.08 |

**Halex**
**Case(s): 337 Clm No: 2713 Clm. Amt: $107,676.71**

*101 Production Dr*
*Harrison, OH 45030*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $107,676.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $107,676.71 | | |
| | | | | $107,676.71 | | |

## Halvor Lines, Inc
### Case(s): 337 Clm No: 866 Clm. Amt: $93,498.70

*Attn: George Sowl*
*217 Grand Ave*
*Superior, WI 54880*
**Date Filed:** 11/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $93,498.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $93,498.70 | | |
| | | | | $93,498.70 | | |

## Hamilton Beach Brands, Inc.
### Case(s): 337 Clm No: 1588 Clm. Amt: $318,873.13

*Attn: Katie Bradshaw*
*4421 Waterfront Dr*
*Glen Allen, VA 23060*
**Date Filed:** 11/25/2024
**Claim Face Value:** $318,873.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $113,213.00 | | $0.00 |
| 337 | UNS | Allowed | | $205,660.13 | | $268,307.85 |
| | | | | $318,873.13 | | $268,307.85 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 07/10/2025 | 1448 |

## Hammer (DE) LP
### Case(s): 337 Clm No: 100206 Clm. Amt:

*c/o WP Carey Inc*
*Attn: Christopher Hayes*
*1 Manhattan W*
*395 9th Ave, 58th Fl*
*New York, NY 10001*
**Date Filed:** 12/19/2024
**Claim Face Value:**

## Hammer Time Hardware Inc.
### Case(s): 337 Clm No: 2814 Clm. Amt: $43,809.09

*Attn: William Kammann*
*19005 Eastwood Dr*
*Harper Woods, MI 48225*
**Date Filed:** 1/16/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $43,809.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $43,809.09 | | |
| | | | | $43,809.09 | | |

## Hammered Home (OH) LLC
### Case(s): 337 Clm No: 100207 Clm. Amt:

*c/o WP Carey Inc*
*Attn: Christopher Hayes*
*1 Manhattan W*
*395 9th Ave, 58th Fl*
*New York, NY 10001*
**Date Filed:** 12/19/2024
**Claim Face Value:**

## Hammered Home (OH) LLC
**Case(s): 337 Clm No: 3044 Clm. Amt:**

*c/o WP Carey Inc*
*Attn: Christopher Hayes*
*1 Manhattan W*
*395 9th Ave, 58th Fl*
*New York, NY 10001*
**Date Filed:** 6/26/2025
**Bar Date:** 6/30/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | | | Unknown | Y | |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | | | |

## Hampton Direct, Inc.
**Case(s): 337 Clm No: 2766 Clm. Amt: $11,334.00**

*4957 Lakemont Blvd SE, Ste C4-363*
*Bellevue, WA 98006*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,334.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,334.00 | | |
| | | | | $11,334.00 | | |

## Hampton Products International Corporation
**Case(s): 337 Clm No: 1694 Clm. Amt: $305,606.08**

*50 Icon*
*Foothill Ranch, CA 92610*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $305,606.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,026.05 | | $0.00 |
| 337 | UNS | Allowed | | $301,580.03 | | $305,606.08 |
| | | | | $305,606.08 | | $305,606.08 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Hampton Products International Corporation
**Case(s): 337 Clm No: 100105 Clm. Amt: $414,843.85**

*50 Icon*
*Foothill Ranch, CA 92610*
**Date Filed:** 12/12/2024
**Claim Face Value:** $414,843.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $414,843.85 | | $0.00 |
| | | | | $414,843.85 | | $0.00 |

## Handi Products International, Inc.
**Case(s): 337 Clm No: 2197 Clm. Amt: $5,764.33**

*Attn: Charles L Connolly*
*5600 99th Ave, Unit A*
*Kenosha, WI 53144*
**Date Filed:** 12/4/2024
**Claim Face Value:** $5,764.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,764.33 | | |
| | | | | $5,764.33 | | |

**Hangzhou GreatStar Industrial Co, LTD**
**Case(s): 337 Clm No: 129 Clm. Amt: $287,888.38**

*Attn: Paula Wu*
*35 Jiu Huan Rd, JiuBao*
*Hangzhou, ZJ 31001*
*China*
**Date Filed:** 10/16/2024
**Claim Face Value:** $287,888.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $287,888.38 | | |
| | | | | $287,888.38 | | |

**Hanmi Bank**
**Case(s): 337 Clm No: 100342 Clm. Amt: $10,642.18**

*c/o Hemar, Rousso & Heald, LLP*
*Attn: Jennifer W Crastz*
*15910 Ventura Blvd, 12th Fl*
*Encino, CA 91436*
**Date Filed:** 12/23/2024
**Claim Face Value:** $10,642.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $10,642.18 | Y | $0.00 |
| | | | | $10,642.18 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Hanmi Bank**
**Case(s): 337 Clm No: 100340 Clm. Amt: $10,642.18**

*c/o Hemar, Rousso & Heald, LLP*
*Attn: Jennifer W Crastz*
*15910 Ventura Blvd, 12th Fl*
*Encino, CA 91436*
**Date Filed:** 12/23/2024
**Claim Face Value:** $10,642.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $10,642.18 | | $0.00 |
| 337 | UNS | Withdrawn | | | | $0.00 |
| | | | | $10,642.18 | | $0.00 |

**Hanover Township Pennsylvania**
**Case(s): 337 Clm No: 2999 Clm. Amt: $43,775.87**

*c/o Gamburg & Benedetto, LLC*
*1500 JFK Blvd, Ste 1203*
*Philadelphia, PA 19102*
**Date Filed:** 5/20/2025
**Orig. Date Filed:** 3/26/2025
**Amending Clm #:** 2950
**Claim Face Value:** $43,775.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | PRI | Satisfied | | $43,775.87 | | $0.00 |
| | | | | $43,775.87 | | $0.00 |

## Hanover Township Pennsylvania
### Case(s): 337 Clm No: 2950 Clm. Amt: $1,293,469.07

*c/o Gamburg & Benedetto, LLC*
*1500 John F Kennedy Blvd, Ste 1203*
*Philadelphia, PA 19102*
**Date Filed:** 3/26/2025
**Amended By Clm #:** 2999
**Claim Face Value:** $1,293,469.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $1,293,469.07 | | $0.00 |
| | | | | $1,293,469.07 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Happy Hen Treats
### Case(s): 337 Clm No: 2521 Clm. Amt: $10,450.12

*Attn: Dan Holt*
*P.O. Box 1090*
*Boerne, TX 78006*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,450.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,450.12 | | |
| | | | | $10,450.12 | | |

## Hardware House, Inc. t/a K+B True Value
### Case(s): 337 Clm No: 2283 Clm. Amt: $41,842.00

*c/o Tydings & Rosenberg LLP*
*Attn: Richard L Costella, Esq*
*1 E Pratt St, Ste 901*
*Baltimore, MD 21202*
**Date Filed:** 12/5/2024
**Claim Face Value:** $41,842.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $41,842.00 | | |
| | | | | $41,842.00 | | |

## Hardware Mercantile Int'l LLC
### Case(s): 337 Clm No: 1349 Clm. Amt: $4,844.06

*1417 Banks Rd*
*Margate, FL 33063*
**Date Filed:** 11/20/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $4,844.06 | | $0.00 |
| 337 | UNS | Allowed | | | | $4,844.06 |
| | | | | $4,844.06 | | $4,844.06 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Harman Inc**
**Case(s): 337 Clm No: 1309 Clm. Amt: $20,642.68**

*P.O. Box 2502*
*Niagara Falls, NY 14302*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $20,642.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,642.68 | | |
| | | | | $20,642.68 | | |

**Harman Inc**
**Case(s): 337 Clm No: 2974 Clm. Amt: $2,516.10**

*P.O. BOX 2502*
*Niagara Falls, NY 14302*
**Date Filed:** 4/16/2025
**Claim Face Value:** $2,516.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,516.10 | | |
| | | | | $2,516.10 | | |

**Harold Import Co Inc**
**Case(s): 337 Clm No: 3010 Clm. Amt: $3,253.86**

*747 Vassar Ave*
*Lakewood, NJ 08701*
**Date Filed:** 5/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,253.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,253.86 | | |
| | | | | $3,253.86 | | |

**Harris Trailers Inc.**
**Case(s): 337 Clm No: 1986 Clm. Amt: $36,511.62**

*P.O. Box 951*
*Ellenwood, GA 30233*
**Date Filed:** 11/29/2024
**Claim Face Value:** $36,511.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $36,511.62 | | |
| | | | | $36,511.62 | | |

**Harry T. & Denise T. Beadell - Store #213**
**Case(s): 337 Clm No: 100047 Clm. Amt: $9,300.00**

*24422 Knotty Oak Ln*
*Morristown, MN 55052*
**Date Filed:** 12/9/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Hart's Greenhouse & Florist LLC
### Case(s): 337 Clm No: 291 Clm. Amt: $66,331.15

*P.O. Box 176*
*102 Westminster Rd*
*Canterbury, CT 06331*
**Date Filed:** 10/21/2024
**Claim Face Value:** $66,331.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $66,331.15 | | |
| | | | | $66,331.15 | | |

## Hartline Products Co, Inc (Vendor # 38083)
### Case(s): 337 Clm No: 1705 Clm. Amt: $99,268.41

*4568 Mayfield Rd, Ste 202*
*S Euclid, OH 44121*
**Date Filed:** 11/25/2024
**Claim Face Value:** $99,268.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $6,068.33 | | $0.00 |
| 337 | UNS | Allowed | | $93,200.08 | | $99,268.41 |
| | | | | $99,268.41 | | $99,268.41 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Harvest Lane Honey
### Case(s): 341 Clm No: 37 Clm. Amt: $40,460.13

*Attn: Heather VanCooney*
*1835 W G Ave, Unit 4*
*Tooele, UT 84074*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $40,460.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | UNS | | | $40,460.13 | | |
| | | | | $40,460.13 | | |

## Haulotte US, Inc
### Case(s): 337 Clm No: 1718 Clm. Amt: $652,502.59

*3409 Chandler Creek Rd*
*Virginia Beach, VA 23453*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 10/22/2024
**Amending Clm #:** 401
**Claim Face Value:** $652,502.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $151,637.52 | | $0.00 |
| 337 | UNS | Withdrawn | | $500,865.07 | | $0.00 |
| | | | | $652,502.59 | | $0.00 |

**Haulotte US, Inc**
**Case(s): 337 Clm No: 1651 Clm. Amt: $652,502.59**

*3409 Chandler Creek Rd*
*Virginia Beach, VA 23453*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 10/22/2024
**Amending Clm #:** 401
**Amended By Clm #:** 2872
**Claim Face Value:** $652,502.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $151,637.52 | Y | $0.00 |
| 337 | UNS | Disallowed | | $500,865.07 | Y | $0.00 |
| | | | | $652,502.59 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Haulotte US, Inc**
**Case(s): 337 Clm No: 2872 Clm. Amt: $542,542,938.86**

*c/o Bil-Jax, Inc*
*125 Taylor Pkwy*
*Archbold, OH 43502*
**Date Filed:** 2/7/2025
**Orig. Date Filed:** 10/22/2024
**Amending Clm #:** 401
**Amended By Clm #:** 2909
**Claim Face Value:** $542,542,938.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $41,540.52 | | $0.00 |
| 337 | UNS | Disallowed | | $542,501,398.34 | | $0.00 |
| | | | | $542,542,938.86 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

**Haulotte US, Inc**
**Case(s): 337 Clm No: 401 Clm. Amt: $652,502.59**

*3409 Chandler Creek Rd*
*Virginia Beach, VA 23453*
**Date Filed:** 10/22/2024
**Amended By Clm #:** 2872
**Claim Face Value:** $652,502.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | Disallowed | | $652,502.59 | | $0.00 |
| | | | | $652,502.59 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Haulotte US, Inc
**Case(s): 337 Clm No: 402 Clm. Amt: $652,502.59**

*3409 Chandler Creek Rd*
*Virginia Beach, VA 23453*
**Date Filed:** 10/22/2024
**Claim Face Value:** $652,502.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | Withdrawn | | $652,502.59 | | $0.00 |
| | | | | $652,502.59 | | $0.00 |

## Haulotte US, Inc
**Case(s): 337 Clm No: 2909 Clm. Amt: $542,938.86**

*3409 Chandler Creek Rd*
*Virginia Beach, VA 23453*
**Date Filed:** 2/25/2025
**Orig. Date Filed:** 10/22/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 2872
**Claim Face Value:** $542,938.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $41,540.52 | | $0.00 |
| 337 | UNS | Allowed | | $501,398.34 | | $542,938.86 |
| | | | | $542,938.86 | | $542,938.86 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Haynes North America
**Case(s): 337 Clm No: 1700 Clm. Amt: $8,988.75**

*2801 Townsgate Rd, Ste 340*
*Westlake Village, CA 91361*
**Date Filed:** 11/26/2024
**Claim Face Value:** $8,988.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $8,988.75 | | |
| | | | | $8,988.75 | | |

## HCL America Inc.
**Case(s): 337 Clm No: 100333 Clm. Amt: $136,215.71**

*2600 Great American Way, Ste 101*
*Santa Clara, CA 95054*
**Date Filed:** 12/23/2024
**Claim Face Value:** $136,215.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | | | $0.00 |
| 337 | ADM | Satisfied | | $136,215.71 | | $0.00 |
| 337 | SEC | Satisfied | | | | $0.00 |
| | | | | $136,215.71 | | $0.00 |

## HCL America, Inc.
### Case(s): 337 Clm No: 2336 Clm. Amt: $1,765,729.19

c/o Archer & Greiner, PC
Attn: Jerrold S Kulback, Esq
1025 Laurel Oak Rd
Voorhees, NJ 08043
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,765,729.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,765,729.19 | | |
| | | | | $1,765,729.19 | | |

## HCL Technologies Corporate Services Ltd
### Case(s): 337 Clm No: 100334 Clm. Amt: $22,407.80

2600 Great American Way, Ste 101
Santa Clara, CA 95054
**Date Filed:** 12/23/2024
**Claim Face Value:** $22,407.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | | | $0.00 |
| 337 | ADM | Satisfied | | $22,407.80 | | $0.00 |
| 337 | SEC | Satisfied | | | | $0.00 |
| | | | | $22,407.80 | | $0.00 |

## HCR dba Bullseye Enterprises
### Case(s): 337 Clm No: 884 Clm. Amt: $2,403.36

4195 Chino Hills Pkwy, Ste 582
Chino Hills, CA 91709
**Date Filed:** 11/6/2024
**Claim Face Value:** $2,403.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,403.36 | | |
| | | | | $2,403.36 | | |

## HD Supply Facilities Maintanance, LTD.
### Case(s): 337 Clm No: 1029 Clm. Amt: $7,393.53

101 Riverview Pkwy
Santee, CA 92071
**Date Filed:** 11/12/2024
**Claim Face Value:** $7,393.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,393.53 | | |
| | | | | $7,393.53 | | |

## HD Supply Facilities Maintanance, LTD.
### Case(s): 337 Clm No: 1030 Clm. Amt: $328.24

101 Riverview Pkwy
Santee, CA 92071
**Date Filed:** 11/12/2024
**Claim Face Value:** $328.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $328.24 | | |
| | | | | $328.24 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1028 Clm. Amt: $632.92**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $632.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $632.92 | | |
| | | | | $632.92 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1039 Clm. Amt: $648.00**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $648.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $648.00 | | |
| | | | | $648.00 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1040 Clm. Amt: $5,391.07**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $5,391.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,391.07 | | |
| | | | | $5,391.07 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1032 Clm. Amt: $613.60**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $613.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $613.60 | | |
| | | | | $613.60 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1033 Clm. Amt: $1,918.50**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $1,918.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,918.50 | | |
| | | | | $1,918.50 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1034 Clm. Amt: $214.22**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $214.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $214.22 | | |
| | | | | $214.22 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1035 Clm. Amt: $4,530.77**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $4,530.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $4,530.77 | | |
| | | | | $4,530.77 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1036 Clm. Amt: $990.83**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $990.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $990.83 | | |
| | | | | $990.83 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1037 Clm. Amt: $141.53**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $141.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $141.53 | | |
| | | | | $141.53 | | |

**HD Supply Facilities Maintanance, LTD.**
**Case(s): 337 Clm No: 1038 Clm. Amt: $429.20**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/12/2024
**Claim Face Value:** $429.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $429.20 | | |
| | | | | $429.20 | | |

**HD Supply Facilities Maintenance, LTD.**
**Case(s): 337 Clm No: 2003 Clm. Amt: $1,056.76**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/29/2024
**Claim Face Value:** $1,056.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,056.76 | | |
| | | | | $1,056.76 | | |

**HD Supply Facilities Maintenance, LTD.**
**Case(s): 337 Clm No: 2004 Clm. Amt: $1,756.94**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/29/2024
**Claim Face Value:** $1,756.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,756.94 | | |
| | | | | $1,756.94 | | |

### HD Supply Facilities Maintenance, LTD.
**Case(s): 337 Clm No: 2005 Clm. Amt: $2,649.92**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/29/2024
**Claim Face Value:** $2,649.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $2,649.92 | | |
| | | | | $2,649.92 | | |

### HD Supply Facilities Maintenance, LTD.
**Case(s): 337 Clm No: 2006 Clm. Amt: $12,794.66**

*101 Riverview Pkwy*
*Santee, CA 92071*
**Date Filed:** 11/29/2024
**Claim Face Value:** $12,794.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $12,794.66 | | |
| | | | | $12,794.66 | | |

### HDS Trading Corp
**Case(s): 337 Clm No: 1133 Clm. Amt: $20,432.87**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $20,432.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $20,432.87 | | |
| | | | | $20,432.87 | | |

### Head Penn Racquet Sports
**Case(s): 337 Clm No: 1515 Clm. Amt: $19,638.72**

*306 S 45th Ave*
*Phoenix, AZ 85043*
**Date Filed:** 11/21/2024
**Claim Face Value:** $19,638.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $19,638.72 | | |
| | | | | $19,638.72 | | |

### Hearthmark, LLC.
**Case(s): 337 Clm No: 2529 Clm. Amt: $11,288.28**

*Attn: Skye Anderson*
*1303 S Batesville Rd*
*Greer, SC 29650*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,288.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $11,288.28 | | |
| | | | | $11,288.28 | | |

### Hearthmark, LLC.
**Case(s): 337 Clm No: 2813 Clm. Amt: $8,330.94**

*Attn: Skye Anderson*
*1303 S Batesville Rd*
*Greer, SC 29650*
**Date Filed:** 1/16/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,330.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $8,330.94 | | |
| | | | | $8,330.94 | | |

## Heartland Express Services Inc
**Case(s): 337 Clm No: 446 Clm. Amt: $11,338.02**

*901 Heartland Way*
*N Liberty, IA 52317*
**Date Filed:** 10/23/2024
**Claim Face Value:** $11,338.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $11,338.02 | | |
| | | | | $11,338.02 | | |

## Heath Manufacturing Co
**Case(s): 337 Clm No: 201 Clm. Amt: $21,296.30**

*Attn: Season Meyers*
*P.O. Box 549*
*Batavia, NY 14021*
**Date Filed:** 10/18/2024
**Claim Face Value:** $21,296.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $21,296.30 | | |
| | | | | $21,296.30 | | |

## Heisler Industries, Inc
**Case(s): 337 Clm No: 787 Clm. Amt: $6,161.57**

*224 Passaic Ave*
*Fairfield, NJ 07004*
**Date Filed:** 11/1/2024
**Claim Face Value:** $6,161.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $6,161.57 | | |
| | | | | $6,161.57 | | |

## Heisler Machine & Tool Co.
**Case(s): 337 Clm No: 1511 Clm. Amt: $6,161.57**

*c/o Heisler Industries, Inc*
*224 Passaic Ave*
*Fairfield, NJ 07004*
**Date Filed:** 11/21/2024
**Claim Face Value:** $6,161.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $6,161.57 | | |
| | | | | $6,161.57 | | |

## Helen of Troy, L.P.
**Case(s): 337 Clm No: 1792 Clm. Amt: $52,040.11**

*Attn: Henry J Jaffe*
*824 N Market St, Ste 800*
*Wilmington, DE 19801*
**Date Filed:** 11/25/2024
**Claim Face Value:** $52,040.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $21,327.84 | | $0.00 |
| 337 | UNS | Allowed | | $30,712.27 | | $49,655.76 |
| | | | | $52,040.11 | | $49,655.76 |

**Helsel-Jepperson Electrical Inc**
**Case(s): 337 Clm No: 2274 Clm. Amt: $5,900.00**

P.O. Box 310
Chicago Heights, IL 60412
**Date Filed:** 12/5/2024
**Claim Face Value:** $5,900.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,900.00 | | |
| | | | | $5,900.00 | | |

**Henderson True Value**
**Case(s): 337 Clm No: 2396 Clm. Amt: $24,035.55**

Attn: Teala Robinson
2206 St Andrew St
Tarboro, NC 27886
**Date Filed:** 12/5/2024
**Claim Face Value:** $24,035.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,035.55 | | |
| | | | | $24,035.55 | | |

**Henke Foods, LLC**
**Case(s): 337 Clm No: 233 Clm. Amt: $12,314.80**

3590 Century Ave N
St Paul, MN 55110
**Date Filed:** 10/19/2024
**Claim Face Value:** $12,314.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,314.80 | | |
| | | | | $12,314.80 | | |

**Henkel Corporation**
**Case(s): 337 Clm No: 1562 Clm. Amt: $1,084,158.99**

32100 Stephenson Hwy
Madison Hts, MI 48071
**Date Filed:** 11/25/2024
**Claim Face Value:** $1,084,158.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $149,569.98 | | $0.00 |
| 337 | UNS | Allowed | | $934,589.01 | | $966,323.33 |
| | | | | $1,084,158.99 | | $966,323.33 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Henry Co**
**Case(s): 337 Clm No: 843 Clm. Amt: $94,340.83**

*Attn: Sharmala von Pawlak*
*1285 Ritner Hwy*
*Carlisle, PA 17013*
**Date Filed:** 11/5/2024
**Claim Face Value:** $94,340.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $17,725.99 | | $0.00 |
| 337 | UNS | Allowed | | $76,614.84 | | $80,721.77 |
| | | | | $94,340.83 | | $80,721.77 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Hermann Holtkamp Greenhouses. Inc.**
**Case(s): 337 Clm No: 1713 Clm. Amt: $9,258.81**

*1501 Lischey Ave*
*Nashville, TN 37207*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $9,258.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $9,258.81 | | $0.00 |
| 337 | UNS | Allowed | | | | $9,258.81 |
| | | | | $9,258.81 | | $9,258.81 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

**Hermis Trading, LLC**
**Case(s): 337 Clm No: 16 Clm. Amt: $277,993.79**

*3050 N 29th Ct*
*Hollywood, FL 33020*
**Date Filed:** 10/16/2024
**Claim Face Value:** $277,993.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $277,993.79 | | |
| | | | | $277,993.79 | | |

**Hessaire Products, Inc.**
**Case(s): 337 Clm No: 2645 Clm. Amt: $131,352.62**

*Attn: Laura Steel*
*11550 US Hwy 278 E*
*Holly Pond, AL 35083*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $131,352.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $131,352.62 | | |
| | | | | $131,352.62 | | |

## Hestra Gloves, LLC
### Case(s): 337 Clm No: 1538 Clm. Amt: $8,915.62

*12425 W 54th Dr*
*Arvada, CO 80002*
**Date Filed:** 11/22/2024
**Claim Face Value:** $8,915.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | PRI | Disallowed | | $8,915.32 | | $0.00 |
| 337 | UNS | Allowed | | $0.30 | | $8,915.62 |
| | | | | $8,915.62 | | $8,915.62 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Heubel Material Handling Inc
### Case(s): 337 Clm No: 100228 Clm. Amt: $5,113.08

*6311 NE Equitable Dr*
*Kansas City, MO 64120*
**Date Filed:** 12/20/2024
**Claim Face Value:** $5,113.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $5,113.08 | | $0.00 |
| | | | | $5,113.08 | | $0.00 |

## Heubel Material Handling Inc
### Case(s): 337 Clm No: 2173 Clm. Amt: $14,415.34

*Attn: Brian Richards*
*6311 NE Equitable Rd*
*Kansas City, MO 64120*
**Date Filed:** 12/4/2024
**Claim Face Value:** $14,415.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $14,415.34 | | |
| | | | | $14,415.34 | | |

## Hexaware Technologies Limited
### Case(s): 337 Clm No: 2171 Clm. Amt: $3,425,157.90

*c/o Duane Morris LLP*
*Attn: Catherine Beideman Heitzenrater*
*30 S 17th St*
*Philadelphia, PA 19103-4196*
**Date Filed:** 12/4/2024
**Claim Face Value:** $3,425,157.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,425,157.90 | | |
| | | | | $3,425,157.90 | | |

## Hexaware Technologies Limited
### Case(s): 337 Clm No: 100243 Clm. Amt: $526,514.09

*152 Millenium Business Park, Sector*
*TTC Industrial Area Mahape*
*Navi Mumbai, Naharashtra 400710*
*India*
**Date Filed:** 12/20/2024
**Claim Face Value:** $526,514.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $526,514.09 | | $0.00 |
| | | | | $526,514.09 | | $0.00 |

**Heyer Hardware, Inc TIN - XX-XXX1323**
**Case(s): 337 Clm No: 2256 Clm. Amt: $49,408.80**

*P.O. Box 97*
*Walworth, WI 53184*
**Date Filed:** 12/4/2024
**Amending Clm #:** 0
**Claim Face Value:** $49,408.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $49,408.80 | | |
| | | | | $49,408.80 | | |

**HF Staples & Co, Inc**
**Case(s): 337 Clm No: 260 Clm. Amt: $26,000.70**

*P.O. Box 956*
*Merrimack, NH 03054*
**Date Filed:** 10/18/2024
**Claim Face Value:** $26,000.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $26,000.70 | | |
| | | | | $26,000.70 | | |

**HH Brown Work and Outdoor Group & Sofft Shoe**
**Case(s): 337 Clm No: 1313 Clm. Amt: $24,516.81**

*124 W Putnam Ave*
*Greenwich, CT 06830*
**Date Filed:** 11/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $24,516.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $24,516.81 | | |
| | | | | $24,516.81 | | |

**Hi Mountain Jerky**
**Case(s): 337 Clm No: 100068 Clm. Amt: $190.71**

*1000 College View Dr*
*Riverton, WY 82501*
**Date Filed:** 12/10/2024
**Claim Face Value:** $190.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $190.71 | | $0.00 |
| | | | | $190.71 | | $0.00 |

**Hi Mountain Jerky Inc.**
**Case(s): 337 Clm No: 100067 Clm. Amt: $500.00**

*1000 College View Dr*
*Riverton, WY 82501*
**Date Filed:** 12/10/2024
**Claim Face Value:** $500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $500.00 | | $0.00 |
| | | | | $500.00 | | $0.00 |

**Hi Mtn Jerky**
**Case(s): 337 Clm No: 100071 Clm. Amt: $640.70**

*1000 College View Dr*
*Riverton, WY 82501*
**Date Filed:** 12/10/2024
**Claim Face Value:** $640.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $640.70 | | $0.00 |
| | | | | $640.70 | | $0.00 |

## Hicks Nurseries Inc.
### Case(s): 337 Clm No: 1148 Clm. Amt: $10,610.64

*Attn: Paul G Poulos*
*100 Jericho Tpke*
*Westbury, NY 11590*
**Date Filed:** 11/15/2024
**Claim Face Value:** $10,610.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $10,610.64 | | |
| | | | | $10,610.64 | | |

## Hicksgas - Woodstock
### Case(s): 337 Clm No: 1883 Clm. Amt: $677.76

*Attn: Eric L Gibson*
*P.O. Box 2450*
*Paducah, KY 42002*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 1889
**Claim Face Value:** $677.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $677.76 | | |
| | | | | $677.76 | | |

## Hicksgas - Woodstock
### Case(s): 337 Clm No: 1889 Clm. Amt: $677.76

*Attn: Eric L Gibson*
*P.O. Box 2450*
*Paducah, KY 42002*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1883
**Claim Face Value:** $677.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $677.76 | | |
| | | | | $677.76 | | |

## Highline Warren, LLC
### Case(s): 341 Clm No: 20 Clm. Amt: $1,119,128.07

*c/o Kutak Rock LLP*
*Attn: Lisa M Peters*
*1650 Farnam St*
*Omaha, NE 68102*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,119,128.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 341 | 503(b)(9) | Disallowed | | $163,011.13 | | $0.00 |
| 341 | UNS | Disallowed | | $956,116.94 | | $0.00 |
| | | | | $1,119,128.07 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

**Highline Warren, LLC**
**Case(s): 337 Clm No: 1840 Clm. Amt: $1,119,128.07**

c/o Kutak Rock LLP
Attn: Lisa M Peters
1650 Farnam St
Omaha, NE 68102
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,119,128.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $163,011.13 | | $0.00 |
| 337 | UNS | Allowed | | $956,116.94 | | $956,116.94 |
| | | | | $1,119,128.07 | | $956,116.94 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

**Highside Chemicals, Inc.**
**Case(s): 337 Clm No: 1305 Clm. Amt: $7,409.16**

11114 Reichold Rd
Gulfport, MS 39503
**Date Filed:** 11/19/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $7,409.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $3,753.72 | | $0.00 |
| 337 | UNS | | | $3,655.44 | | $6,276.60 |
| | | | | $7,409.16 | | $6,276.60 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Highway To Buy LLC**
**Case(s): 337 Clm No: 1160 Clm. Amt: $28,006.36**

Attn: Michael G Tavery
2849 SW 47th Ter
Cape Coral, FL 33914
**Date Filed:** 11/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $28,006.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,006.36 | | |
| | | | | $28,006.36 | | |

**Hillman Security & Fire Technologies, Inc**
**Case(s): 337 Clm No: 2594 Clm. Amt: $5,037.85**

398 Marion St
Luzerne, PA 18709
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,037.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,037.85 | | |
| | | | | $5,037.85 | | |

## Hills Products Group Inc
### Case(s): 337 Clm No: 647 Clm. Amt: $12,618.67

P.O. Box 2624
Rapid City, SD 57709
**Date Filed:** 10/30/2024
**Claim Face Value:** $12,618.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $12,618.67 | | |
| | | | | $12,618.67 | | |

## Hillside Consulting Group, LLC
### Case(s): 337 Clm No: 66 Clm. Amt: $28,813.75

Attn: Steven Sadler
7 Hillside Dr
Georgetown, MA 01833
**Date Filed:** 10/16/2024
**Claim Face Value:** $28,813.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Disallowed | | $28,813.75 | | $0.00 |
| 337 | UNS | Allowed | | | | $28,813.75 |
| | | | | $28,813.75 | | $28,813.75 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Hilti Inc
### Case(s): 337 Clm No: 51 Clm. Amt: $381,313.26

c/o Credit Dept
Attn: Justin Bomar
5400 S 122nd E Ave
Tulsa, OK 74146
**Date Filed:** 10/15/2024
**Claim Face Value:** $381,313.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $381,313.26 | | |
| | | | | $381,313.26 | | |

## History and Heraldry Inc
### Case(s): 337 Clm No: 2873 Clm. Amt: $1,827.46

4525 NW 41st St, Ste 150
Riverside, MO 64150
**Date Filed:** 2/10/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,827.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,827.46 | | |
| | | | | $1,827.46 | | |

## Hitachi Industrial Equipment & Solutions America, LLC
### Case(s): 337 Clm No: 2494 Clm. Amt: $1,958.96

Attn: David C Galvez
2730 Greenleaf Ave
Elk Grove Village, IL 60007
**Date Filed:** 12/13/2024
**Orig. Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1345
**Claim Face Value:** $1,958.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $506.78 | | $0.00 |
| 337 | UNS | | | $1,452.18 | | $1,452.18 |
| | | | | $1,958.96 | | $1,452.18 |

## Hitachi Industrial Equipment & Solutions America, LLC
### Case(s): 337 Clm No: 1345 Clm. Amt: $1,452.18

*Attn: David C Galvez*
*2730 Greenleaf Ave*
*Elk Grove Village, IL 60007*
**Date Filed:** 11/21/2024
**Amended By Clm #:** 2494
**Claim Face Value:** $1,452.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,452.18 | | |
| | | | | $1,452.18 | | |

## HK Star Bright Lighting Limited
### Case(s): 337 Clm No: 2264 Clm. Amt: $52,347.54

*Unit 3405 34/F*
*118 Connaught Road West*
*Hong Kong*
*China*
**Date Filed:** 12/5/2024
**Claim Face Value:** $52,347.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $52,347.54 | | |
| | | | | $52,347.54 | | |

## HK Star Bright Lighting Limited
### Case(s): 337 Clm No: 2121 Clm. Amt: $52,347.54

*Unit 3405 34/F,118 Connaught Rd W*
*Hong Kong SAR*
*China*
**Date Filed:** 12/3/2024
**Claim Face Value:** $52,347.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $52,347.54 | | |
| | | | | $52,347.54 | | |

## HMS Mfg. Co.
### Case(s): 337 Clm No: 2380 Clm. Amt: $23,706.28

*Attn: Janet Sofy*
*1230 E Big Beaver Rd*
*Troy, MI 48083*
**Date Filed:** 12/5/2024
**Claim Face Value:** $23,706.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $23,706.28 | | |
| | | | | $23,706.28 | | |

## Hockmeyer Equipment Corporation
### Case(s): 337 Clm No: 2139 Clm. Amt: $394.73

*610 Supor Blvd*
*Harrison, NJ 07029*
**Date Filed:** 12/4/2024
**Claim Face Value:** $394.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $394.73 | | |
| | | | | $394.73 | | |

## Hoffmaster Group, Inc
### Case(s): 337 Clm No: 1571 Clm. Amt: $13,438.17

*2920 N Main St*
*Oshkosh, WI 54901*
**Date Filed:** 11/25/2024
**Claim Face Value:** $13,438.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $13,438.17 | | |
| | | | | $13,438.17 | | |

## Hogan Lovells US LLP
**Case(s): 337 Clm No: 2388 Clm. Amt: $9,513.00**

*Attn: Christopher R Bryant*
*390 Madison Ave*
*New York, NY 10017*
**Date Filed:** 12/5/2024
**Claim Face Value:** $9,513.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,513.00 | | |
| | | | | $9,513.00 | | |

## Holiday Bright Lights LLC
**Case(s): 337 Clm No: 1706 Clm. Amt: $107,228.81**

*c/o Dunlap Bennett & Ludwig PLLC*
*Attn: W Calvin Smith*
*211 Church St SE*
*Leesburg, VA 20175*
**Date Filed:** 11/26/2024
**Claim Face Value:** $107,228.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $107,228.81 | | |
| | | | | $107,228.81 | | |

## Holiday Trims Inc
**Case(s): 337 Clm No: 348 Clm. Amt: $95,325.72**

*600 Park St*
*Belgium, WI 53004*
**Date Filed:** 10/23/2024
**Claim Face Value:** $95,325.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $95,325.72 | | |
| | | | | $95,325.72 | | |

## Holloway House Inc.
**Case(s): 337 Clm No: 2981 Clm. Amt: $21,704.34**

*309 Business Park Dr*
*Fortville, IN 46040*
**Date Filed:** 4/25/2025
**Orig. Date Filed:** 11/8/2024
**Amending Clm #:** 939
**Claim Face Value:** $21,704.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,704.34 | | |
| | | | | $21,704.34 | | |

## Holloway House Inc.
**Case(s): 337 Clm No: 939 Clm. Amt: $19,326.36**

*309 Business Park Dr*
*Fortville, IN 46040*
**Date Filed:** 11/8/2024
**Amended By Clm #:** 2981
**Claim Face Value:** $19,326.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,326.36 | | |
| | | | | $19,326.36 | | |

## Home Buildings Materials, Inc.
**Case(s): 337 Clm No: 2145 Clm. Amt: $28,379.65**

*435 E Napoleon St*
*Sulphur, LA 70663*
**Date Filed:** 12/4/2024
**Claim Face Value:** $28,379.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,379.65 | | |
| | | | | $28,379.65 | | |

## Home Comfort Inc
**Case(s): 337 Clm No: 79 Clm. Amt: $18,902.13**

*P.O. Box 80999*
*Atlanta, GA 30366*
**Date Filed:** 10/16/2024
**Claim Face Value:** $18,902.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $18,902.13 | | |
| | | | | $18,902.13 | | |

## Home Nursery, Inc
**Case(s): 337 Clm No: 289 Clm. Amt: $31,373.21**

*P.O. Box 128*
*5800 Nursery Rd*
*Albers, IL 62215*
**Date Filed:** 10/21/2024
**Claim Face Value:** $31,373.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $31,373.21 | | |
| | | | | $31,373.21 | | |

## Hometown Hardware LLC
**Case(s): 337 Clm No: 1579 Clm. Amt: $18,072.92**

*317 W 2nd St*
*Minneapolis, KS 67467*
**Date Filed:** 11/23/2024
**Claim Face Value:** $18,072.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $18,072.92 | | |
| | | | | $18,072.92 | | |

## Homewerks Worldwide, LLC
**Case(s): 337 Clm No: 1098 Clm. Amt: $917,268.36**

*55 Albrecht Dr*
*Lake Bluff, IL 60044*
**Date Filed:** 11/13/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $917,268.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $286,268.98 | | $0.00 |
| 337 | UNS | Allowed | | $630,999.38 | | $630,999.38 |
| | | | | $917,268.36 | | $630,999.38 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Honey Can Do International, LLC
**Case(s): 337 Clm No: 2499 Clm. Amt: $2,392.00**

*5300 St Charles Rd*
*Berkeley, IL 60163*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,392.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,392.00 | | |
| | | | | $2,392.00 | | |

## Honeywell Safety Products USA, Inc.
### Case(s): 337 Clm No: 3054 Clm. Amt: $85,399.29

Attn: Shruti Poddar
855 S Mint St
Charlotte, NC 28202
**Date Filed:** 8/5/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $85,399.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $9,778.01 | | $0.00 |
| 337 | UNS | Disallowed | | $75,621.28 | | $0.00 |
| | | | | $85,399.29 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 08/22/2025 | 1541 | Objection Granted | 09/17/2025 | 1559 |

## Hood Service Company Air Conditioning and Heating LLC
### Case(s): 337 Clm No: 100095 Clm. Amt:

1503 MLK Blvd
Corsicana, TX 75110
**Date Filed:** 12/11/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | | | | | |

## Hoover's Hatchery Company, LLC
### Case(s): 337 Clm No: 1315 Clm. Amt: $8,180.08

Attn: Luke Weiss
P.O. Box 200
Rudd, IA 50471
**Date Filed:** 11/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,180.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,180.08 | | |
| | | | | $8,180.08 | | |

## Hopkins Manufacturing Corporation
### Case(s): 337 Clm No: 2168 Clm. Amt: $514,500.32

c/o Legal Department
127 Public Sq, Ste 500
Cleveland, OH 44114
**Date Filed:** 12/4/2024
**Claim Face Value:** $514,500.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $20,186.00 | | $0.00 |
| 337 | UNS | | | $494,314.32 | | |
| | | | | $514,500.32 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Hornung's True Value, Inc
### Case(s): 337 Clm No: 1884 Clm. Amt: $77,222.37

*509 S 29th St*
*Harrisburg, PA 17104*
**Date Filed:** 11/26/2024
**Claim Face Value:** $77,222.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $77,222.37 | | |
| | | | | $77,222.37 | | |

## Horsemen's Pride
### Case(s): 337 Clm No: 1314 Clm. Amt: $1,104.20

*c/o FYF-JB, LLC*
*10008 State Rte 43*
*Streetsboro, OH 44241*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,104.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,104.20 | | |
| | | | | $1,104.20 | | |

## Houseworks Ltd
### Case(s): 337 Clm No: 2951 Clm. Amt: $4,156.95

*2388 Pleasantdale Rd*
*Atlanta, GA 30340*
**Date Filed:** 3/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,156.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $4,156.95 | | |
| | | | | $4,156.95 | | |

## Howard Johnson's Enterprises, Inc.
### Case(s): 337 Clm No: 1564 Clm. Amt: $1,446.66

*c/o Central Garden & Pet*
*Attn: Legal Department*
*711 E Missouri Ave, Ste 200*
*Phoenix, AZ 85014*
**Date Filed:** 11/25/2024
**Claim Face Value:** $1,446.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,446.66 | | |
| | | | | $1,446.66 | | |

## Howard Politzer
### Case(s): 337 Clm No: 2833 Clm. Amt: $2,736.02

*Address Redacted*
**Date Filed:** 1/23/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,736.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $2,736.02 | | |
| | | | | $2,736.02 | | |

## Howard Products Inc
### Case(s): 337 Clm No: 21 Clm. Amt: $55,128.84

*560 Linne Rd*
*Paso Robles, CA 93446*
**Date Filed:** 10/15/2024
**Claim Face Value:** $55,128.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $55,128.84 | | |
| | | | | $55,128.84 | | |

## Hub Group, Inc.
**Case(s): 337 Clm No: 100295 Clm. Amt: $4,143.27**

*2001 Hub Group Way*
*Oak Brook, IL 60523*
**Date Filed:** 12/23/2024
**Claim Face Value:** $4,143.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $4,143.27 | | $0.00 |
| | | | | $4,143.27 | | $0.00 |

## Hub Group, Inc.
**Case(s): 337 Clm No: 2223 Clm. Amt: $613,246.83**

*Attn: William O'Hara*
*2001 Hub Group Way*
*Oak Brook, IL 60523*
**Date Filed:** 12/4/2024
**Claim Face Value:** $613,246.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $613,246.83 | | |
| | | | | $613,246.83 | | |

## Huber Engineered Woods LLC
**Case(s): 337 Clm No: 100000 Clm. Amt: $8,755.20**

*c/o Robinson Bradshaw & Hinson, PA*
*Attn: David M Schilli*
*101 N Tryon St, Ste 1900*
*Charlotte, NC 28246*
**Date Filed:** 11/25/2024
**Claim Face Value:** $8,755.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Withdrawn | | $8,755.20 | | $0.00 |
| | | | | $8,755.20 | | $0.00 |

## Huber Engineering Woods LLC
**Case(s): 337 Clm No: 1381 Clm. Amt: $289,466.20**

*c/o Robinson Bradshaw & Hinson, PA*
*Attn: David M Schilli*
*101 N Tryon St, Ste 1900*
*Charlotte, NC 28246*
**Date Filed:** 11/21/2024
**Amended By Clm #:** 1814
**Claim Face Value:** $289,466.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $192,106.44 | Y | $0.00 |
| 337 | UNS | Disallowed | | $97,359.76 | Y | $0.00 |
| | | | | $289,466.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Huber Engineering Woods LLC
### Case(s): 337 Clm No: 1814 Clm. Amt: $289,466.20

*c/o Robinson Bradshaw & Hinson, PA*
*Attn: David M Schilli*
*101 N Tryon St, Ste 1900*
*Charlotte, NC 28246*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/21/2024
**Amending Clm #:** 1381
**Claim Face Value:** $289,466.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $192,106.44 | | $0.00 |
| 337 | UNS | Allowed | | $97,359.76 | | $289,466.20 |
| | | | | $289,466.20 | | $289,466.20 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 07/28/2025 | 1485 |

## Huffy Corporation
### Case(s): 337 Clm No: 1967 Clm. Amt: $75,243.56

*8877 Gander Creek Dr*
*Miamisburg, OH 45342*
**Date Filed:** 11/27/2024
**Claim Face Value:** $75,243.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $75,243.56 | | |
| | | | | $75,243.56 | | |

## Huffy Corporation
### Case(s): 337 Clm No: 2977 Clm. Amt: $81,239.60

*8877 Gander Creek Dr*
*Miamisburg, OH 45342*
**Date Filed:** 4/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $81,239.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $81,239.60 | | |
| | | | | $81,239.60 | | |

## Hugfun International Hong Kong Ltd
### Case(s): 337 Clm No: 192 Clm. Amt: $33,159.30

*15650 El Prado Rd*
*Chino, CA 91710*
**Date Filed:** 10/17/2024
**Claim Face Value:** $33,159.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $33,159.30 | | |
| | | | | $33,159.30 | | |

## Hugfun International Hong Kong Ltd.
### Case(s): 337 Clm No: 3050 Clm. Amt: $35,490.48

*15650 El Prado Rd*
*Chino, CA 91710*
**Date Filed:** 7/18/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $35,490.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $35,490.48 | | |
| | | | | $35,490.48 | | |

## Hultafors Group North America
### Case(s): 337 Clm No: 3046 Clm. Amt: $9,826.32

*6333 W Donges Bay Rd*
*Mequon, WI 53092*
**Date Filed:** 7/2/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,826.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,826.32 | | |
| | | | | $9,826.32 | | |

## Hultafors Group North America, Inc.
### Case(s): 337 Clm No: 1933 Clm. Amt: $585,078.79

*c/o Husch Blackwell LLP*
*Attn: Lindsey Greenawald*
*511 N Broadway, Ste 1000*
*Milwaukee, WI 53202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $585,078.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $585,078.79 | | |
| | | | | $585,078.79 | | |

## Hunter Fan Company
### Case(s): 337 Clm No: 1547 Clm. Amt: $51,849.89

*Attn: Pamela Mclain*
*7130 Goodlett Farms Pkwy*
*Memphis, TN 38016*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $51,849.89 | | $0.00 |
| 337 | ADM | Satisfied | | | | $0.00 |
| 337 | UNS | Allowed | | | | $29,497.97 |
| | | | | $51,849.89 | | $29,497.97 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## Husqvarna Construction NA
### Case(s): 337 Clm No: 15 Clm. Amt: $237,138.66

*17400 W 119th St*
*Olathe, KS 66061*
**Date Filed:** 10/15/2024
**Claim Face Value:** $237,138.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $237,138.66 | | |
| | | | | $237,138.66 | | |

## Husqvarna Construction Products
### Case(s): 337 Clm No: 100136 Clm. Amt:

*17400 W 119th St*
*Olathe, KS 66061*
**Date Filed:** 12/17/2024
**Claim Face Value:**

### Husqvarna Outdoor Products
### Case(s): 337 Clm No: 1422 Clm. Amt: $750,233.85

*9335 Harris Corners Pkwy, Ste 400*
*Charlotte, NC 28269*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $750,233.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $750,233.85 | | |
| | | | | $750,233.85 | | |

### Husqvarna Outdoor Products
### Case(s): 337 Clm No: 1618 Clm. Amt: $750,233.85

*9335 Harris Corners Pkwy, Ste 400*
*Charlotte, NC 28269*
**Date Filed:** 11/25/2024
**Claim Face Value:** $750,233.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Withdrawn | | $750,233.85 | | $0.00 |
| | | | | $750,233.85 | | $0.00 |

### HW Naylor Co, Inc
### Case(s): 337 Clm No: 435 Clm. Amt: $4,059.00

*121 Main St*
*P.O. Box 190*
*Morris, NY 13808*
**Date Filed:** 10/23/2024
**Claim Face Value:** $4,059.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $1,020.06 | | $0.00 |
| 337 | UNS | | | $3,038.94 | | $3,038.94 |
| | | | | $4,059.00 | | $3,038.94 |

### HY-C Company LLC
### Case(s): 337 Clm No: 100385 Clm. Amt: $12,932.16

*10950 Linpage Pl*
*St Louis, MO 63132*
**Date Filed:** 1/30/2025
**Claim Face Value:** $12,932.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $12,932.16 | | $0.00 |
| | | | | $12,932.16 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

### HY-C Company LLC
### Case(s): 337 Clm No: 615 Clm. Amt: $37,815.58

*10950 Linpage Pl*
*St Louis, MO 63132*
**Date Filed:** 10/30/2024
**Claim Face Value:** $37,815.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $37,815.58 | | |
| | | | | $37,815.58 | | |

## Hy-Vee, Inc.
**Case(s): 337 Clm No: 2052 Clm. Amt: $67.60**

*5820 Westown Pkwy*
*W Des Moines, IA 50266*
**Date Filed:** 12/3/2024
**Claim Face Value:** $67.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $67.60 | | |
| | | | | $67.60 | | |

## Hyatt Regency Chicago
**Case(s): 337 Clm No: 1274 Clm. Amt: $258,000.00**

*151 E Wacker Dr*
*Chicago, IL 60601*
**Date Filed:** 11/18/2024
**Claim Face Value:** $258,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $258,000.00 | | |
| | | | | $258,000.00 | | |

## Hyde Tools, Inc.
**Case(s): 337 Clm No: 1074 Clm. Amt: $129,874.66**

*Attn: Donna Montgomery*
*54 Eastford Rd*
*Southbridge, MA 01550*
**Date Filed:** 11/14/2024
**Claim Face Value:** $129,874.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $129,874.66 | | |
| | | | | $129,874.66 | | |

## Hydrofarm, LLC
**Case(s): 337 Clm No: 1895 Clm. Amt: $131,845.65**

*2225 Huntington Dr*
*Fairfield, CA 94533*
**Date Filed:** 11/27/2024
**Claim Face Value:** $131,845.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $25,304.64 | | $0.00 |
| 337 | UNS | Allowed | | $106,541.01 | | $130,602.19 |
| | | | | $131,845.65 | | $130,602.19 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Hyland Software, Inc.
**Case(s): 337 Clm No: 2669 Clm. Amt: $5,437.49**

*28105 Clemens Rd*
*Westlake, OH 44145*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,437.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,437.49 | | |
| | | | | $5,437.49 | | |

## IB Appliances US Holdings, LLC
**Case(s): 337 Clm No: 1781 Clm. Amt: $18,422.83**

*8725 W Higgins Rd, Ste 700*
*Chicago, IL 60631*
**Date Filed:** 11/26/2024
**Claim Face Value:** $18,422.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $18,422.83 | | |
| | | | | $18,422.83 | | |

## Iconex, LLC
**Case(s): 337 Clm No: 970 Clm. Amt: $64,111.80**

*3475 Lenox Rd, Ste 730*
*Atlanta, GA 30326*
**Date Filed:** 11/11/2024
**Orig. Date Filed:** 11/13/2024
**Claim Face Value:** $64,111.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $64,111.80 | | |
| | | | | $64,111.80 | | |

## ICP Group
**Case(s): 337 Clm No: 1905 Clm. Amt: $676,715.03**

*Attn: Lanette Dollison*
*4161 E 7th Ave*
*Tampa, FL 33605*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/13/2024
**Amending Clm #:** 1844
**Amended By Clm #:** 2367
**Claim Face Value:** $676,715.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|----------|------------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $135,389.11 | Y | $0.00 |
| 337 | UNS | Disallowed | | $541,325.92 | Y | $0.00 |
| | | | | $676,715.03 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## ICP Group
**Case(s): 337 Clm No: 1844 Clm. Amt: $676,715.03**

*Attn: Lanette Dollison*
*4161 E 7th Ave*
*Tampa, FL 33605*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/13/2024
**Amending Clm #:** 1084
**Amended By Clm #:** 1905
**Claim Face Value:** $676,715.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|----------|------------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $135,389.11 | Y | $0.00 |
| 337 | UNS | Disallowed | | $541,325.92 | Y | $0.00 |
| | | | | $676,715.03 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## ICP Group
**Case(s): 337 Clm No: 1084 Clm. Amt: $812,104.14**

*Attn: Lanette Dollison*
*4161 E 7th Ave*
*Tampa, FL 33605*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 1844
**Claim Face Value:** $812,104.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $812,104.14 | | |
| | | | | $812,104.14 | | |

## ICTC Holdings (WA) Corporation
**Case(s): 337 Clm No: 85 Clm. Amt: $261,513.63**

*P.O. Box 75*
*Custer, WA 98240*
**Date Filed:** 10/16/2024
**Claim Face Value:** $261,513.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $261,513.63 | | |
| | | | | $261,513.63 | | |

## Idaho State Tax Commission
**Case(s): 337 Clm No: 100113 Clm. Amt: $512.37**

*P.O. Box 36*
*Boise, ID 83722*
**Date Filed:** 12/16/2024
**Claim Face Value:** $512.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $512.37 | | $0.00 |
| | | | | $512.37 | | $0.00 |

## Idaho Timber of Albuquerque, LLC dba Sagebrush Sales
**Case(s): 337 Clm No: 557 Clm. Amt: $30,866.75**

*Attn: Dave Taughter*
*3540 E Longwing Ln, Unit 270*
*Meridian, ID 83646*
**Date Filed:** 10/28/2024
**Claim Face Value:** $30,866.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $30,866.75 | | |
| | | | | $30,866.75 | | |

## Ideal Clamp Products Inc.
**Case(s): 337 Clm No: 820 Clm. Amt: $295,893.05**

*Attn: Roy Maye*
*8100 Tridon Dr*
*Smyrna, TN 37167*
**Date Filed:** 11/4/2024
**Claim Face Value:** $295,893.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $295,893.05 | | |
| | | | | $295,893.05 | | |

## Ideal Clamp Products Inc.
**Case(s): 337 Clm No: 1542 Clm. Amt: $21,004.34**

*Attn: Roy Maye*
*8100 Tridon Dr*
*Smyrna, TN 37167*
**Date Filed:** 11/22/2024
**Claim Face Value:** $21,004.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,004.34 | | |
| | | | | $21,004.34 | | |

## Ideal Clamp Products Inc.
**Case(s): 337 Clm No: 100345 Clm. Amt: $2,582.84**

*8100 Tridon Dr*
*Smyrna, TN 37167*
**Date Filed:** 12/23/2024
**Claim Face Value:** $2,582.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $2,582.84 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,582.84 |
| | | | | $2,582.84 | | $2,582.84 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## IDN Hardware Sales
**Case(s): 337 Clm No: 228 Clm. Amt: $10,293.83**

*35950 Industrial Rd*
*Livonia, MI 48150*
**Date Filed:** 10/19/2024
**Claim Face Value:** $10,293.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,293.83 | | |
| | | | | $10,293.83 | | |

## IEP Technologies, LLC
**Case(s): 337 Clm No: 1097 Clm. Amt: $1,730.00**

*417-1 South St*
*Marlborough, MA 01752*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,730.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,730.00 | | |
| | | | | $1,730.00 | | |

## IG Design Group Americas
**Case(s): 337 Clm No: 1167 Clm. Amt: $98,735.57**

*2015 W Front St*
*Berwick, PA 18603*
**Date Filed:** 11/18/2024
**Claim Face Value:** $98,735.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $98,735.57 | | |
| | | | | $98,735.57 | | |

## Illinois Commerce Commission
**Case(s): 339 Clm No: 18 Clm. Amt: $1,200.00**

*Attn: Processing Section*
*527 E Capitol Ave*
*Springfield, IL 62701*
**Date Filed:** 3/8/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $1,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | UNS | | | $1,200.00 | | |
| | | | | $1,200.00 | | |

## Illinois Department of Revenue
### Case(s): 337 Clm No: 2922 Clm. Amt:

Attn: Bankruptcy Section
P.O. Box 19035
Springfield, IL 62794
**Date Filed:** 3/5/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | | | |

## Illinois Department of Revenue
### Case(s): 337 Clm No: 100415 Clm. Amt: $264.99

c/o Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035
**Date Filed:** 4/14/2025
**Claim Face Value:** $264.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $264.99 | | $0.00 |
| | | | | $264.99 | | $0.00 |

## Illinois Industrial Tools
### Case(s): 337 Clm No: 646 Clm. Amt: $85,338.45

Attn: Susan O'Donnell
16410 S John Lane Crossing, Unit 400
Lockport, IL 60451
**Date Filed:** 10/30/2024
**Amended By Clm #:** 2917
**Claim Face Value:** $85,338.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $85,338.45 | | $0.00 |
| 337 | UNS | Allowed | | | | $84,484.05 |
| | | | | $85,338.45 | | $84,484.05 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Illinois Industrial Tools
### Case(s): 337 Clm No: 2917 Clm. Amt: $48,463.20

Attn: Susan O'Donnell
16410 S John Lane Crossing, Unit 400
Lockport, IL 60451
**Date Filed:** 3/3/2025
**Orig. Date Filed:** 10/30/2024
**Amending Clm #:** 646
**Claim Face Value:** $48,463.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $48,463.20 | | |
| | | | | $48,463.20 | | |

## Illinois Union Insurance Company
### Case(s): 342 Clm No: 22 Clm. Amt: $1,506,104.00

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 342 | SEC | | | Unknown | Y | |
| 342 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Illinois Union Insurance Company
**Case(s): 343 Clm No: 10 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 343 | SEC | | | Unknown | Y | |
| 343 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Illinois Union Insurance Company
**Case(s): 344 Clm No: 14 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 344 | SEC | | | Unknown | Y | |
| 344 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Illinois Union Insurance Company
**Case(s): 337 Clm No: 2047 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Illinois Union Insurance Company
**Case(s): 338 Clm No: 14 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | SEC | | | Unknown | Y | |
| 338 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Illinois Union Insurance Company
**Case(s): 339 Clm No: 11 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | SEC | | | Unknown | Y | |
| 339 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Illinois Union Insurance Company
**Case(s): 340 Clm No: 16 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 340 | SEC | | | Unknown | Y | |
| 340 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Illinois Union Insurance Company
**Case(s): 341 Clm No: 30 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 341 | SEC | | | Unknown | Y | |
| 341 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Image Home Products Inc, L'
**Case(s): 337 Clm No: 1677 Clm. Amt: $29,372.64**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1637
**Amended By Clm #:** 2265
**Claim Face Value:** $29,372.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $29,372.64 | | |
| | | | | $29,372.64 | | |

## Image Home Products Inc, L'
**Case(s): 337 Clm No: 1637 Clm. Amt: $29,329.48**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 1677
**Claim Face Value:** $29,329.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $29,329.48 | | |
| | | | | $29,329.48 | | |

## Imagination Products Corp
**Case(s): 337 Clm No: 2026 Clm. Amt: $3,746.40**

*227 W Cedar St*
*Chillicothe, IL 61523*
**Date Filed:** 12/2/2024
**Claim Face Value:** $3,746.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,746.40 | | |
| | | | | $3,746.40 | | |

## IMCD US LLC
### Case(s): 337 Clm No: 1790 Clm. Amt: $70,445.91

*2 Equity Way, Ste 210*
*Westlake, OH 44145*
**Date Filed:** 11/27/2024
**Claim Face Value:** $70,445.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $70,445.91 | | |
| | | | | $70,445.91 | | |

## Imperial Manufacturing Group USA Inc
### Case(s): 337 Clm No: 294 Clm. Amt: $1,088,669.13

*1450 Discovery Pkwy*
*Alton, IL 62002*
**Date Filed:** 10/21/2024
**Claim Face Value:** $1,088,669.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,088,669.13 | | |
| | | | | $1,088,669.13 | | |

## Imperial Manufacturing Group USA, Inc.
### Case(s): 337 Clm No: 1227 Clm. Amt: $1,088,669.13

*c/o Husch Blackwell LLP*
*Attn: John J Cruciani*
*4801 Main St, Ste 1000*
*Kansas City, MO 64112*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,088,669.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $305,036.67 | | $0.00 |
| 337 | UNS | Allowed | | $783,632.46 | | $783,632.46 |
| | | | | $1,088,669.13 | | $783,632.46 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Implus Footcare, LLC
### Case(s): 337 Clm No: 2384 Clm. Amt: $19,469.23

*Attn: Richard S Donnell*
*P.O. Box 13925*
*2001 TW Alexander Dr*
*Durham, NC 27709-3925*
**Date Filed:** 12/5/2024
**Claim Face Value:** $19,469.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,469.23 | | |
| | | | | $19,469.23 | | |

## IMUSA USA LLC
### Case(s): 337 Clm No: 102 Clm. Amt: $9,872.79

*6000 NW 97th Ave, Unit 26*
*Miami, FL 33178*
**Date Filed:** 10/16/2024
**Claim Face Value:** $9,872.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,872.79 | | |
| | | | | $9,872.79 | | |

**In The Breeze, LLC**
**Case(s): 337 Clm No: 1068 Clm. Amt: $8,138.69**

*P.O. Box 6417*
*Bend, OR 97708*
**Date Filed:** 11/14/2024
**Claim Face Value:** $8,138.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,138.69 | | |
| | | | | $8,138.69 | | |

**Indemnity Insurance Company of North America**
**Case(s): 343 Clm No: 4 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | | | Unknown | Y | |
| 343 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Indemnity Insurance Company of North America**
**Case(s): 344 Clm No: 8 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | | | Unknown | Y | |
| 344 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Indemnity Insurance Company of North America**
**Case(s): 337 Clm No: 2036 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Indemnity Insurance Company of North America**
**Case(s): 338 Clm No: 8 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | SEC | | | Unknown | Y | |
| 338 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

### Indemnity Insurance Company of North America
### Case(s): 339 Clm No: 5 Clm. Amt: $1,506,104.00

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | SEC | | | Unknown | Y | |
| 339 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

### Indemnity Insurance Company of North America
### Case(s): 340 Clm No: 10 Clm. Amt: $1,506,104.00

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | | | Unknown | Y | |
| 340 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

### Indemnity Insurance Company of North America
### Case(s): 341 Clm No: 24 Clm. Amt: $1,506,104.00

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | | | Unknown | Y | |
| 341 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

### Indemnity Insurance Company of North America
### Case(s): 342 Clm No: 16 Clm. Amt: $1,506,104.00

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | SEC | | | Unknown | Y | |
| 342 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

### Industrial Battery Products Inc
### Case(s): 337 Clm No: 100352 Clm. Amt: $2,500.00

1250 Ambassador Blvd
St Louis, MO 63132
**Date Filed:** 12/27/2024
**Claim Face Value:** $2,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,500.00 | | $0.00 |
| | | | | $2,500.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Industrial Battery Products, Inc**
**Case(s): 337 Clm No: 183 Clm. Amt: $7,000.00**

Attn: Matthew Scuito
1250 Ambassador Blvd
St Louis, MO 63132
**Date Filed:** 10/17/2024
**Claim Face Value:** $7,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $7,000.00 | | |
| | | | | $7,000.00 | | |

**Industrial Connections & Solutions LLP**
**Case(s): 337 Clm No: 2334 Clm. Amt: $480,202.56**

Attn: M Amadea Groseclose, Esq
305 Gregson Dr
Cary, NC 27511
**Date Filed:** 12/5/2024
**Claim Face Value:** $480,202.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $480,202.56 | | |
| | | | | $480,202.56 | | |

**Infor (US), LLC**
**Case(s): 337 Clm No: 100229 Clm. Amt:**

13560 Morris Rd, Ste 4100
Alpharetta, GA 30004
**Date Filed:** 12/20/2024
**Claim Face Value:**

**Ingersoll Rand Industrial U.S., Inc.**
**Case(s): 337 Clm No: 2847 Clm. Amt: $77,570.68**

c/o Ingersoll Rand Inc
Attn: Legal Dept
525 Harbour Place Dr, Ste 600
Davidson, NC 28036
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $77,570.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $77,570.68 | | |
| | | | | $77,570.68 | | |

**Inliten LLC**
**Case(s): 337 Clm No: 634 Clm. Amt: $1,800,645.82**

Attn: Denis Foley
2350 Ravine Way, Ste 300
Glenview, IL 60025
**Date Filed:** 10/28/2024
**Claim Face Value:** $1,800,645.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,800,645.82 | | |
| | | | | $1,800,645.82 | | |

**Inliten LLC**
**Case(s): 337 Clm No: 71 Clm. Amt: $1,800,645.82**

Attn: Denis Foley
2350 Ravine Way, Ste 300
Glenview, IL 60025
**Date Filed:** 10/16/2024
**Claim Face Value:** $1,800,645.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,800,645.82 | | |
| | | | | $1,800,645.82 | | |

## Innovair Solutions USA Inc.
### Case(s): 337 Clm No: 1886 Clm. Amt: $266,066.94

Attn: Laura Diaz
11490 NW 39th St, Unit 102
Doral, FL 33178
**Date Filed:** 11/27/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $266,066.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $139,341.00 | | $0.00 |
| 337 | UNS | Allowed | | $126,725.94 | | $266,066.94 |
| | | | | $266,066.94 | | $266,066.94 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Innovative Consulting Group Inc.
### Case(s): 337 Clm No: 1727 Clm. Amt: $25,085.48

Attn: Nick Weber
4726 Western Ave
Knoxville, TN 37921
**Date Filed:** 11/26/2024
**Claim Face Value:** $25,085.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $25,085.48 | | |
| | | | | $25,085.48 | | |

## Innovative Consulting Group Inc.
### Case(s): 337 Clm No: 2715 Clm. Amt: $21,143.75

Attn: Nick Weber
4726 Western Ave
Knoxville, TN 37921
**Date Filed:** 12/24/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $21,143.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,143.75 | | |
| | | | | $21,143.75 | | |

## Innovative Pet Products
### Case(s): 337 Clm No: 262 Clm. Amt: $4,000.00

26 Jaguar Dr
Bundall, QLD 4217
Australia
**Date Filed:** 10/20/2024
**Claim Face Value:** $4,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,000.00 | | |
| | | | | $4,000.00 | | |

## Innovative Water Care LLC (IWC)
### Case(s): 337 Clm No: 1073 Clm. Amt: $178,088.44

c/o Coface North America Insurance Company
600 College Rd E, Ste 1110
Princeton, NJ 08540
**Date Filed:** 11/14/2024
**Claim Face Value:** $178,088.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $178,088.44 | | |
| | | | | $178,088.44 | | |

## Insight Direct USA, Inc
### Case(s): 337 Clm No: 848 Clm. Amt: $29,074.29

Attn: Michael L Walker
2701 E Insight Way
Chandler, AZ 85286
**Date Filed:** 11/5/2024
**Claim Face Value:** $29,074.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $29,074.29 | | |
| | | | | $29,074.29 | | |

## Insight Direct USA, Inc
### Case(s): 337 Clm No: 849 Clm. Amt: $5,591.33

Attn: Michael L Walker
2701 E Insight Way
Chandler, AZ 85286
**Date Filed:** 11/5/2024
**Claim Face Value:** $5,591.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,591.33 | | |
| | | | | $5,591.33 | | |

## InSinkErator, LLC
### Case(s): 337 Clm No: 1963 Clm. Amt: $273,163.06

c/o Quarles & Brady LLP
Attn: L Katie Mason, Esq
411 E Wisconsin Ave, Ste 2400
Milwaukee, WI 53202
**Date Filed:** 11/27/2024
**Claim Face Value:** $273,163.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $106,473.53 | | $0.00 |
| 337 | SEC | | | $420.00 | | $420.00 |
| 337 | UNS | | | $166,269.53 | | $166,269.53 |
| | | | | $273,163.06 | | $166,689.53 |

## InSinkErator, LLC
### Case(s): 337 Clm No: 1679 Clm. Amt: $273,163.06

c/o Quarles & Brady LLP
Attn: L Katie Mason, Esq
411 E Wisconsin Ave, Ste 2400
Milwaukee, WI 53202
**Date Filed:** 11/26/2024
**Claim Face Value:** $273,163.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $106,473.53 | | $0.00 |
| 337 | SEC | Disallowed | | $420.00 | | $0.00 |
| 337 | UNS | Disallowed | | $166,269.53 | | $0.00 |
| | | | | $273,163.06 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

### Intact Compagnie d'Assurance
**Case(s): 337 Clm No: 2878 Clm. Amt: $129,418.29**

*Attn: Anais Choucino Cuevas*
*2020 Blvd Robert-Bourassa, Ste 100*
*Montreal, QC H3A 2A5*
*Canada*
**Date Filed:** 2/12/2025
**Orig. Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2665
**Claim Face Value:** $129,418.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $129,418.29 | | |
| | | | | $129,418.29 | | |

### Intelligent Packaging Limited Partnership
**Case(s): 337 Clm No: 1672 Clm. Amt: $890,985.12**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 2465
**Claim Face Value:** $890,985.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $890,985.12 | | |
| | | | | $890,985.12 | | |

### Interated Warehouse Solutions
**Case(s): 337 Clm No: 2476 Clm. Amt: $1,292.40**

*651 N Burleson Blvd*
*Burleson, TX 76028*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,292.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,292.40 | | |
| | | | | $1,292.40 | | |

### InterDesign
**Case(s): 337 Clm No: 100122 Clm. Amt: $18,577.83**

*30320 Emerald Valley Pkwy*
*Glenwillow, OH 44139*
**Date Filed:** 12/16/2024
**Claim Face Value:** $18,577.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $18,577.83 | | $0.00 |
| | | | | $18,577.83 | | $0.00 |

### InterDesign Inc.
**Case(s): 337 Clm No: 2640 Clm. Amt: $549,770.64**

*30320 Emerald Valley Pkwy*
*Glenwillow, OH 44139*
**Date Filed:** 12/20/2024
**Orig. Date Filed:** 11/25/2024
**Amending Clm #:** 1594
**Claim Face Value:** $549,770.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $149,916.67 | | $0.00 |
| 337 | UNS | Allowed | | $399,853.97 | | $546,950.82 |
| | | | | $549,770.64 | | $546,950.82 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## InterDesign Inc.
**Case(s): 337 Clm No: 1594 Clm. Amt: $564,325.32**

*30320 Emerald Valley Pkwy*
*Glenwillow, OH 44139*
**Date Filed:** 11/25/2024
**Amended By Clm #:** 2640
**Claim Face Value:** $564,325.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $123,856.71 | | $0.00 |
| 337 | UNS | Disallowed | | $440,468.61 | | $0.00 |
| | | | | $564,325.32 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Interlube International Inc
**Case(s): 337 Clm No: 641 Clm. Amt: $40,683.85**

*170 3rd St*
*Blaine, WA 98230*
**Date Filed:** 10/30/2024
**Claim Face Value:** $40,683.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $136.40 | | $0.00 |
| 337 | UNS | Allowed | | $40,547.45 | | $40,683.85 |
| | | | | $40,683.85 | | $40,683.85 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Intermatic Incorporated
**Case(s): 337 Clm No: 2888 Clm. Amt: $8,492.58**

*1950 Innovation Way, Ste 300*
*Libertyville, IL 60048*
**Date Filed:** 2/18/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,492.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,492.58 | | |
| | | | | $8,492.58 | | |

## International Business Machines Corp
**Case(s): 337 Clm No: 2737 Clm. Amt: $6,750.09**

*Attn: US Bankruptcy Coordinator*
*2200 Camino A El Castillo*
*Guadalajara, JAL 45680*
*Mexico*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,750.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,750.09 | | |
| | | | | $6,750.09 | | |

**International Forest Products LLC**
**Case(s): 337 Clm No: 100347 Clm. Amt: $803,929.45**

*Attn: Carinne Lavoie, Vice President of Finance*
*1 Patriot Pl*
*Foxboro, MA 02035*
**Date Filed:** 12/23/2024
**Claim Face Value:** $803,929.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $803,929.45 | Y | $0.00 |
| | | | | $803,929.45 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**International Forest Products LLC**
**Case(s): 337 Clm No: 100343 Clm. Amt: $803,929.45**

*Attn: Carinne Lavoie, Vice President of Finance*
*1 Patriot Pl*
*Foxboro, MA 02035*
**Date Filed:** 12/23/2024
**Claim Face Value:** $803,929.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $803,929.45 | | $0.00 |
| | | | | $803,929.45 | | $0.00 |

**International Forest Products LLC**
**Case(s): 337 Clm No: 1942 Clm. Amt: $602,285.22**

*c/o Potter Anderson & Corroon LLP*
*Attn: Christopher M Samis, Katelin A Morales,*
*and Levi Akkerman*
*1313 N Market St, 6th Fl*
*Wilmington, DE 19801*
**Date Filed:** 11/27/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $301,142.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $301,142.61 | | $0.00 |
| 337 | ADM | Disallowed | | $301,142.61 | | $0.00 |
| 337 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 337 | UNS | Allowed | | | | $301,142.61 |
| | | | | $602,285.22 | | $301,142.61 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/28/2025 | 1484 |

**International Forest Products LLC**
**Case(s): 337 Clm No: 2317 Clm. Amt: $332,750.98**

*c/o Potter Anderson & Corroon LLP*
*Attn: Christopher M Samis, Katelin A Morales,*
*and Levi Akkerman*
*1313 N Market St, 6th Fl*
*Wilmington, DE 19801*
**Date Filed:** 12/5/2024
**Claim Face Value:** $332,750.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | $20,897.28 | | |
| 337 | UNS | | | $311,853.70 | | |
| | | | | $332,750.98 | | |

## International Mulch Company
### Case(s): 337 Clm No: 100267 Clm. Amt: $21,002.40

*2280 Schuetz Rd, Ste 201*
*St Louis, MO 63146*
**Date Filed:** 12/20/2024
**Claim Face Value:** $21,002.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $21,002.40 | | $0.00 |
| 337 | UNS | Allowed | | | | $21,002.40 |
| | | | | $21,002.40 | | $21,002.40 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## International Mulch Company
### Case(s): 337 Clm No: 649 Clm. Amt: $21,002.40

*2280 Schuetz Rd, Ste 201*
*St Louis, MO 63146*
**Date Filed:** 10/30/2024
**Claim Face Value:** $21,002.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $21,002.40 | | $0.00 |
| | | | | $21,002.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

## Intex Recreation Corp
### Case(s): 337 Clm No: 1150 Clm. Amt: $152,498.24

*Attn: Donna L Wenberg*
*4001 Via Oro Ave*
*Long Beach, CA 90810*
**Date Filed:** 11/15/2024
**Claim Face Value:** $152,498.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $152,498.24 | | |
| | | | | $152,498.24 | | |

## Intradin HK Co, Limited
### Case(s): 337 Clm No: 131 Clm. Amt: $757,986.22

*15/F, BOC Group Life Assurance Tower*
*No 136 Des Voeux Rd Central*
*Hong Kong, CN*
*China*
**Date Filed:** 10/16/2024
**Amended By Clm #:** 1944
**Claim Face Value:** $757,986.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $757,986.22 | | |
| | | | | $757,986.22 | | |

**Intradin HK Co., Limited**
**Case(s): 337 Clm No: 1944 Clm. Amt: $752,661.77**

*Attn: Jiangang Ou*
*3040 Post Oak Blvd, Ste 1800-150*
*Houston, TX 77056*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 10/16/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 131
**Claim Face Value:** $752,661.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $219,781.03 | | $0.00 |
| 337 | UNS | Allowed | | $532,880.74 | | $532,880.74 |
| | | | | $752,661.77 | | $532,880.74 |

**InvenTel.TV LLC**
**Case(s): 337 Clm No: 1891 Clm. Amt: $1,792.00**

*Attn: Jeff Lubin*
*200 Forge Way, Unit 1*
*Rockaway, NJ 07866*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,792.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,792.00 | | |
| | | | | $1,792.00 | | |

**Iowa Department of Revenue**
**Case(s): 337 Clm No: 2590 Clm. Amt: $814.50**

*c/o Office of the Attorney General of Iowa*
*Attn: Bankruptcy Unit*
*1305 E Walnut*
*Des Moines, IA 50319*
**Date Filed:** 12/19/2024
**Bar Date:** 4/14/2025
**Claim Face Value:** $814.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $814.50 | | $0.00 |
| | | | | $814.50 | | $0.00 |

**Iowa Department of Revenue**
**Case(s): 342 Clm No: 29 Clm. Amt: $16,670.20**

*c/o Office of the Attorney General of Iowa*
*Attn: Bankruptcy Unit*
*1305 E Walnut*
*Des Moines, IA 50319*
**Date Filed:** 12/19/2024
**Bar Date:** 4/14/2025
**Claim Face Value:** $16,670.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | PRI | Withdrawn | | $16,670.20 | | $0.00 |
| | | | | $16,670.20 | | $0.00 |

**Iowa Department of Revenue**
**Case(s): 337 Clm No: 100175 Clm. Amt: $1,301.00**

*c/o Office of the Attorney General of Iowa*
*Attn: Bankruptcy Unit*
*1305 E Walnut St*
*Des Moines, IA 50319*
**Date Filed:** 12/18/2024
**Claim Face Value:** $1,301.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $1,301.00 | | $0.00 |
| | | | | $1,301.00 | | $0.00 |

## Iowa Department of Revenue
**Case(s): 342 Clm No: 100000 Clm. Amt: $1,048.44**

*c/o Office of the Attorney General of Iowa*
*Attn: Bankruptcy Unit*
*1305 E Walnut St*
*Des Moines, IA 50319*
**Date Filed:** 12/19/2024
**Claim Face Value:** $1,048.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 342 | ADM | Satisfied | | $1,048.44 | | $0.00 |
| | | | | $1,048.44 | | $0.00 |

## IPS Corporation
**Case(s): 337 Clm No: 2094 Clm. Amt: $298,171.65**

*455 W Victoria St*
*Compton, CA 90220*
**Date Filed:** 12/3/2024
**Amended By Clm #:** 2692
**Claim Face Value:** $298,171.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $298,171.65 | | |
| | | | | $298,171.65 | | |

## IPS Corporation
**Case(s): 337 Clm No: 2692 Clm. Amt: $91,773.54**

*455 W Victoria St*
*Compton, CA 90220*
**Date Filed:** 12/23/2024
**Orig. Date Filed:** 12/3/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2094
**Claim Face Value:** $91,773.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $91,773.54 | | |
| | | | | $91,773.54 | | |

## IRIS USA, INC.
**Case(s): 337 Clm No: 2179 Clm. Amt: $743.76**

*Attn: Jennifer Coker*
*13423 W Cactus Rd*
*Surprise, AZ 85379*
**Date Filed:** 12/4/2024
**Claim Face Value:** $743.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $743.76 | | |
| | | | | $743.76 | | |

## IROC Holdings LLC
**Case(s): 337 Clm No: 186 Clm. Amt: $7,500.00**

*Attn: Det Cullum*
*105 Bevan Dr*
*Mooresville, NC 28115*
**Date Filed:** 10/17/2024
**Claim Face Value:** $7,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $7,500.00 | | |
| | | | | $7,500.00 | | |

**Iron Mountain Information Management, LLC**
**Case(s): 337 Clm No: 100311 Clm. Amt: $12,465.49**

*1101 Enterprise Dr*
*Royersford, PA 19468*
**Date Filed:** 12/23/2024
**Claim Face Value:** $12,465.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $12,465.49 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,696.03 |
| | | | | $12,465.49 | | $1,696.03 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Isadoro Seed, Inc**
**Case(s): 337 Clm No: 1794 Clm. Amt: $433,093.00**

*c/o Sapientia Law Group PLLC*
*Attn: Alexander J Beeby*
*120 S 6th St, Ste 100*
*Minneapolis, MN 55402*
**Date Filed:** 11/27/2024
**Claim Face Value:** $433,093.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $76,897.44 | | $0.00 |
| 337 | UNS | Allowed | | $356,195.56 | | $396,351.40 |
| | | | | $433,093.00 | | $396,351.40 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

**ITM Co. Ltd.**
**Case(s): 337 Clm No: 1622 Clm. Amt: $400,960.03**

*Attn: Kris Song*
*1404 E Walnut Ave, Ste A*
*Fullerton, CA 92831*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Amended By Clm #:** 1624
**Claim Face Value:** $400,960.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $32,846.22 | Y | $0.00 |
| 337 | ADM | Disallowed | | $32,846.22 | Y | $0.00 |
| 337 | UNS | Disallowed | | $335,267.59 | Y | $0.00 |
| | | | | $400,960.03 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## ITM Co. Ltd.
**Case(s): 337 Clm No: 1624 Clm. Amt: $400,960.03**

Attn: Kris Song
1404 E Walnut Ave, Ste A
Fullerton, CA 92831
**Date Filed:** 11/25/2024
**Orig. Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1622
**Claim Face Value:** $400,960.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $32,846.22 | | $0.00 |
| 337 | ADM | Disallowed | | $32,846.22 | | $0.00 |
| 337 | UNS | Allowed | | $335,267.59 | | $368,113.81 |
| | | | | $400,960.03 | | $368,113.81 |

## ITM Co. Ltd.
**Case(s): 337 Clm No: 100258 Clm. Amt: $106,857.53**

c/o Whiteford, Taylor & Preston LLC
Attn: Richard W Riley
600 N King St, Ste 300
Wilmington, DE 19801-3700
**Date Filed:** 12/20/2024
**Claim Face Value:** $106,857.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $106,857.53 | | $0.00 |
| | | | | $106,857.53 | | $0.00 |

## ITW Global Brands, a division of Illinois Tool Works, Inc.
**Case(s): 337 Clm No: 975 Clm. Amt: $1,229,712.88**

16200 Park Row Dr, Ste 120
Houston, TX 77084
**Date Filed:** 11/11/2024
**Claim Face Value:** $1,229,712.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $103,894.86 | | $0.00 |
| 337 | UNS | Allowed | | $1,125,818.02 | | $1,140,148.20 |
| | | | | $1,229,712.88 | | $1,140,148.20 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## ITW Residential & Renovation, a division of Illinois Tool Works Inc.
**Case(s): 337 Clm No: 1284 Clm. Amt: $612,267.92**

c/o Illinois Tool Works
Attn: Legal Dept
155 Harlem Ave, Unit N3E
Glenview, IL 60025
**Date Filed:** 11/19/2024
**Claim Face Value:** $612,267.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $4,875.30 | | $0.00 |
| 337 | UNS | | | $607,392.62 | | $607,392.62 |
| | | | | $612,267.92 | | $607,392.62 |

**IUC International LLC**
**Case(s): 337 Clm No: 1653 Clm. Amt: $3,783.08**

*51 N 3rd St, Ste 310*
*Philadelphia, PA 19106*
**Date Filed:** 11/26/2024
**Claim Face Value:** $3,783.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,783.08 | | |
| | | | | $3,783.08 | | |

**IUC International LLC**
**Case(s): 337 Clm No: 387 Clm. Amt: $4,416.08**

*51 N 3rd St, Ste 310*
*Philadelphia, PA 19106*
**Date Filed:** 10/24/2024
**Claim Face Value:** $4,416.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,416.08 | | |
| | | | | $4,416.08 | | |

**Ivy Classic Industries, Inc.**
**Case(s): 337 Clm No: 1131 Clm. Amt: $168,099.84**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $168,099.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $168,099.84 | | |
| | | | | $168,099.84 | | |

**J & R Schugel Trucking Inc**
**Case(s): 337 Clm No: 2144 Clm. Amt: $46,397.52**

*P.O. Box 278*
*New Ulm, MN 56073*
**Date Filed:** 12/2/2024
**Claim Face Value:** $46,397.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $46,397.52 | | |
| | | | | $46,397.52 | | |

**J Hofert Co**
**Case(s): 337 Clm No: 637 Clm. Amt: $6,441.52**

*1755 E Prater Way*
*Sparks, NV 89434*
**Date Filed:** 10/29/2024
**Claim Face Value:** $6,441.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,441.52 | | |
| | | | | $6,441.52 | | |

**J Hofert Co**
**Case(s): 337 Clm No: 638 Clm. Amt: $39,885.32**

*1755 E Prater Way*
*Sparks, NV 89434*
**Date Filed:** 10/29/2024
**Claim Face Value:** $39,885.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $39,885.32 | | |
| | | | | $39,885.32 | | |

## J Kinderman and Sons
**Case(s): 337 Clm No: 1139 Clm. Amt: $2,771.22**

*2900 S 20th St*
*Philadelphia, PA 19145*
**Date Filed:** 11/15/2024
**Claim Face Value:** $2,771.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,771.22 | Y | $0.00 |
| | | | | $2,771.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## J Kinderman and Sons
**Case(s): 337 Clm No: 1762 Clm. Amt: $2,771.22**

*2900 S 20th St*
*Philadelphia, PA 19145*
**Date Filed:** 11/25/2024
**Claim Face Value:** $2,771.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $2,771.22 | | $0.00 |
| | | | | $2,771.22 | | $0.00 |

## J&J Culinary
**Case(s): 337 Clm No: 2478 Clm. Amt: $13,456.00**

*Attn: Jose Garcia*
*25616 Nickel Pl*
*Hayward, CA 94545*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $13,456.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $13,456.00 | | |
| | | | | $13,456.00 | | |

## J&J Culinary
**Case(s): 337 Clm No: 574 Clm. Amt: $11,439.40**

*Attn: Jose G Garcia*
*25616 Nickel Pl*
*Hayward, CA 94545*
**Date Filed:** 10/28/2024
**Claim Face Value:** $11,439.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $11,439.40 | | $0.00 |
| | | | | $11,439.40 | | $0.00 |

## J&J Global LLC
**Case(s): 337 Clm No: 544 Clm. Amt: $151,269.61**

*12121 N Stemmons Fwy, Ste 100*
*Dallas, TX 75234*
**Date Filed:** 10/28/2024
**Claim Face Value:** $151,269.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $151,269.61 | | |
| | | | | $151,269.61 | | |

**J&R Foliage Inc dba Emerald Forest Tropicals**
**Case(s): 337 Clm No: 298 Clm. Amt: $48,055.16**

*25201 SW 189 Ave*
*Homestead, FL 33031*
**Date Filed:** 10/21/2024
**Claim Face Value:** $48,055.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $48,055.16 | | |
| | | | | $48,055.16 | | |

**J-B Weld LLC**
**Case(s): 337 Clm No: 821 Clm. Amt: $274,582.56**

*4494 Lower Roswell Rd, Ste 9*
*Marietta, GA 30068*
**Date Filed:** 11/4/2024
**Claim Face Value:** $274,582.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $274,582.56 | | |
| | | | | $274,582.56 | | |

**J.P. O'Connor Hardware Inc.**
**Case(s): 337 Clm No: 100086 Clm. Amt: $183,223.59**

*446 Boston Rd*
*Billerica, MA 01821*
**Date Filed:** 12/11/2024
**Claim Face Value:** $183,223.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $183,223.59 | | $0.00 |
| | | | | $183,223.59 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**J.T. Easton & Co. Inc.**
**Case(s): 337 Clm No: 3049 Clm. Amt: $106,779.74**

*Attn: Tammi Chase*
*1393 E Highland Rd*
*Twinsburg, OH 44087*
**Date Filed:** 7/18/2025
**Orig. Date Filed:** 11/25/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1560
**Claim Face Value:** $106,779.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $106,779.74 | | |
| | | | | $106,779.74 | | |

## J.T. Eaton & Co., Inc.
**Case(s): 337 Clm No: 1560 Clm. Amt: $106,779.74**

*Attn: Tammi Chase*
*1393 E Highland Rd*
*Twinsburg, OH 44087*
**Date Filed:** 11/25/2024
**Amended By Clm #:** 3049
**Claim Face Value:** $106,779.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $851.04 | | $0.00 |
| 337 | UNS | Allowed | | $105,928.70 | | $106,779.74 |
| | | | | $106,779.74 | | $106,779.74 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## JA Frate, Inc.
**Case(s): 337 Clm No: 1773 Clm. Amt: $1,729.65**

*P.O. Box 1090*
*McHenry, IL 60051*
**Date Filed:** 11/25/2024
**Claim Face Value:** $1,729.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,729.65 | | |
| | | | | $1,729.65 | | |

## JA Nationwide, Inc.
**Case(s): 337 Clm No: 1766 Clm. Amt: $8,429.00**

*P.O. Box 1090*
*McHenry, IL 60051*
**Date Filed:** 11/25/2024
**Claim Face Value:** $8,429.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,429.00 | | |
| | | | | $8,429.00 | | |

## Jack-Post Corporation
**Case(s): 337 Clm No: 1519 Clm. Amt: $55,565.24**

*800 E 3rd St*
*Buchanan, MI 49107*
**Date Filed:** 11/21/2024
**Claim Face Value:** $55,565.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $55,565.24 | | |
| | | | | $55,565.24 | | |

## Jackel, Inc.
**Case(s): 337 Clm No: 1951 Clm. Amt: $12,341.28**

*Attn: Paul R Schuchman*
*15314 Harrison Rd*
*Mishawaka, IN 46544*
**Date Filed:** 11/28/2024
**Amended By Clm #:** 2164
**Claim Face Value:** $12,341.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $12,341.28 | | |
| | | | | $12,341.28 | | |

## Jackel, Inc.
**Case(s): 337 Clm No: 2164 Clm. Amt: $12,341.28**

*Attn: Paul Schuchman*
*15314 Harrison Rd*
*Mishawaka, IN 46544*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 11/28/2024
**Amending Clm #:** 1951
**Claim Face Value:** $12,341.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,341.28 | | |
| | | | | $12,341.28 | | |

## Jackel, Inc.
**Case(s): 337 Clm No: 2455 Clm. Amt: $12,341.28**

*Attn: Paul R Schuchman*
*15314 Harrison Rd*
*Mishawaka, IN 46544*
**Date Filed:** 11/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,341.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,341.28 | | |
| | | | | $12,341.28 | | |

## Jacob Kalnitz
**Case(s): 337 Clm No: 2374 Clm. Amt: $100,349.65**

*Address Redacted*
**Date Filed:** 12/5/2024
**Claim Face Value:** $100,349.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $100,349.65 | | |
| | | | | $100,349.65 | | |

## Jada Stixx, LLC
**Case(s): 337 Clm No: 578 Clm. Amt: $2,850.00**

*805 Nowland Farm Rd*
*S Burlington, VT 05403*
**Date Filed:** 10/29/2024
**Claim Face Value:** $2,850.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,850.00 | | |
| | | | | $2,850.00 | | |

## Jada Stixx, LLC
**Case(s): 337 Clm No: 852 Clm. Amt: $2,850.00**

*805 Nowland Farm Rd*
*S Burlington, VT 05403*
**Date Filed:** 11/4/2024
**Claim Face Value:** $2,850.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $2,850.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,850.00 |
| | | | | $2,850.00 | | $2,850.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

**James & Dianne El-Hajj**
**Case(s): 337 Clm No: 1688 Clm. Amt: $30,422.30**

*c/o Payton Hardware*
*9841 Maine Ave*
*Lakeside, CA 92040*
**Date Filed:** 11/25/2024
**Claim Face Value:** $30,422.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $30,422.30 | | |
| | | | | $30,422.30 | | |

**James Builders Hardware Inc**
**Case(s): 337 Clm No: 2722 Clm. Amt: $30,000.00**

*710 S Beach Blvd*
*La Habra, CA 90631*
**Date Filed:** 12/26/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $30,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $30,000.00 | | |
| | | | | $30,000.00 | | |

**James Mall**
**Case(s): 337 Clm No: 2412 Clm. Amt: $500,000.00**

*Address Redacted*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $500,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $500,000.00 | | |
| | | | | $500,000.00 | | |

**James R Bellinger**
**Case(s): 337 Clm No: 1992 Clm. Amt: $27,092.83**

*161 E Main St*
*John Day, OR 97845*
**Date Filed:** 11/29/2024
**Claim Face Value:** $27,092.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $27,092.83 | | |
| | | | | $27,092.83 | | |

**James R Bellinger**
**Case(s): 337 Clm No: 100358 Clm. Amt: $27,902.83**

*161 E Main St*
*John Day, OR 97845*
**Date Filed:** 1/2/2025
**Claim Face Value:** $27,902.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $27,902.83 | | $0.00 |
| | | | | $27,902.83 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Jasco Products Company LLC
**Case(s): 337 Clm No: 1328 Clm. Amt: $142,581.41**

*Attn: Lynn Rodrigues*
*Office Building*
*10 E Memorial Rd*
*Oklahoma City, OK 73114*
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $142,581.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $7,635.04 | | $0.00 |
| 337 | UNS | | | $134,946.37 | | $134,946.37 |
| | | | | $142,581.41 | | $134,946.37 |

## JB Hunt Business
**Case(s): 337 Clm No: 532 Clm. Amt:**

*Address Not Provided*
**Date Filed:** 10/24/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## JB Hunt Transport, Inc
**Case(s): 337 Clm No: 1575 Clm. Amt: $639,177.73**

*Attn: Erica Hayes*
*615 JB Hunt Corp Dr*
*Lowell, AR 72745*
**Date Filed:** 11/23/2024
**Claim Face Value:** $639,177.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $639,177.73 | | |
| | | | | $639,177.73 | | |

## JD North America, Corp
**Case(s): 337 Clm No: 1684 Clm. Amt: $376,771.12**

*926 E Francis St*
*Ontario, CA 91761*
**Date Filed:** 11/26/2024
**Claim Face Value:** $376,771.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $376,771.12 | | |
| | | | | $376,771.12 | | |

## JDJ Solutions
**Case(s): 337 Clm No: 1163 Clm. Amt: $6,321.73**

*440 Ivanhoe Rd*
*Walterboro, SC 29488*
**Date Filed:** 11/18/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $6,321.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $6,321.73 | | $0.00 |
| | | | | $6,321.73 | | $0.00 |

**Jed Pool Tools Inc dba Northeastern Plastics**
**Case(s): 337 Clm No: 220 Clm. Amt: $28,082.37**

*1001 Moosic Rd, Ste 3*
*Old Forge, PA 18518*
**Date Filed:** 10/18/2024
**Claim Face Value:** $28,082.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,082.37 | | |
| | | | | $28,082.37 | | |

**Jeffrey M. Bull & James R. Myers T/A Myers Lumber and Supply Store #14567-5**
**Case(s): 337 Clm No: 100404 Clm. Amt: $11,046.41**

*P.O. Box 511*
*Jonesville, VA 24263*
**Date Filed:** 3/12/2025
**Claim Face Value:** $11,046.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $11,046.41 | | $0.00 |
| | | | | $11,046.41 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

**Jeffrey M. Bulls & James R. Myers T/A Myers Lumber and Supply Store #14567-5**
**Case(s): 337 Clm No: 100032 Clm. Amt: $11,046.41**

*P.O. Box 511*
*Jonesville, VA 24263*
**Date Filed:** 12/6/2024
**Claim Face Value:** $11,046.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $11,046.41 | | $0.00 |
| | | | | $11,046.41 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Jeffrey Olson**
**Case(s): 337 Clm No: 1639 Clm. Amt: $90,727.00**

*Address Redacted*
**Date Filed:** 11/26/2024
**Claim Face Value:** $90,727.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,727.00 | | |
| | | | | $90,727.00 | | |

## JELD-WEN, Inc.
### Case(s): 337 Clm No: 1210 Clm. Amt: $362,051.61

*Attn: Mary Ann Crawford*
*401 Harbor Isle Blvd*
*Klamath Falls, OR 97601*
**Date Filed:** 11/18/2024
**Claim Face Value:** $362,051.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $227,432.30 | | $0.00 |
| 337 | UNS | Allowed | | $134,619.31 | | $362,051.61 |
| | | | | $362,051.61 | | $362,051.61 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## JELD-WEN, Inc.
### Case(s): 337 Clm No: 100302 Clm. Amt: $52,101.32

*401 Harbor Isle Blvd*
*Klamath Falls, OR 97601*
**Date Filed:** 12/23/2024
**Claim Face Value:** $52,101.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $52,101.32 | Y | $0.00 |
| | | | | $52,101.32 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## JELD-WEN, Inc.
### Case(s): 337 Clm No: 100300 Clm. Amt: $52,101.32

*401 Harbor Isle Blvd*
*Klamath Falls, OR 97601*
**Date Filed:** 12/23/2024
**Claim Face Value:** $52,101.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $52,101.32 | | $0.00 |
| 337 | UNS | Allowed | | | | $52,101.32 |
| | | | | $52,101.32 | | $52,101.32 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Jelmar, LLC
### Case(s): 337 Clm No: 2980 Clm. Amt: $78,475.60

*5550 W Touhy Ave, Ste 200*
*Skoke, IL 60077*
**Date Filed:** 4/24/2025
**Claim Face Value:** $78,475.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $78,475.60 | | |
| | | | | $78,475.60 | | |

**Jennifer McNeill**
**Case(s): 337 Clm No: 1563 Clm. Amt: $15,886.34**

*Address Redacted*
**Date Filed:** 11/25/2024
**Claim Face Value:** $15,886.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $15,886.34 | | |
| | | | | $15,886.34 | | |

**Jewelers Resource Company**
**Case(s): 337 Clm No: 2901 Clm. Amt: $2,985.00**

*5200 Willson Rd, Ste 150*
*Edina, MN 55424*
**Date Filed:** 2/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,985.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,985.00 | | |
| | | | | $2,985.00 | | |

**Jewelers Resource Company**
**Case(s): 337 Clm No: 2902 Clm. Amt: $1,889.00**

*5200 Willson Rd, Ste 150*
*Edina, MN 55424*
**Date Filed:** 2/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,889.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,889.00 | | |
| | | | | $1,889.00 | | |

**Jewelers Resource Company**
**Case(s): 337 Clm No: 2903 Clm. Amt: $3,583.00**

*5200 Willson Rd, Ste 150*
*Edina, MN 55424*
**Date Filed:** 2/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,583.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,583.00 | | |
| | | | | $3,583.00 | | |

**Jewelers Resource Company**
**Case(s): 337 Clm No: 2898 Clm. Amt: $2,025.00**

*5200 Willson Rd, Ste 150*
*Edina, MN 55424*
**Date Filed:** 2/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,025.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,025.00 | | |
| | | | | $2,025.00 | | |

**Jewelers Resource Company**
**Case(s): 337 Clm No: 2899 Clm. Amt: $5,322.00**

*5200 Willson Rd, Ste 150*
*Edina, MN 55424*
**Date Filed:** 2/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,322.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,322.00 | | |
| | | | | $5,322.00 | | |

**Jennifer McNeill**

**Jewelers Resource Company**
**Case(s): 337 Clm No: 2900 Clm. Amt: $481.00**

*5200 Willson Rd, Ste 150*
*Edina, MN 55424*
**Date Filed:** 2/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $481.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $481.00 | | |
| | | | | $481.00 | | |

**Jill A Clarke**
**Case(s): 337 Clm No: 2114 Clm. Amt: $4,345.00**

*Address Redacted*
**Date Filed:** 12/3/2024
**Claim Face Value:** $4,345.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $4,345.00 | | $0.00 |
| | | | | $4,345.00 | | $0.00 |

**JJAAMM LLC**
**Case(s): 337 Clm No: 281 Clm. Amt: $40,128.40**

*9040 Highview Ln*
*Woodbury, MN 55125*
**Date Filed:** 10/21/2024
**Claim Face Value:** $40,128.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $40,128.40 | | |
| | | | | $40,128.40 | | |

**JLG Industries, Inc.**
**Case(s): 337 Clm No: 897 Clm. Amt: $43,317.55**

*Attn: Diana Stone*
*13712 Crayton Blvd*
*Hagerstown, MD 21742*
**Date Filed:** 11/7/2024
**Claim Face Value:** $43,317.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $43,317.55 | | |
| | | | | $43,317.55 | | |

**JLG Industries, Inc.**
**Case(s): 337 Clm No: 2547 Clm. Amt: $3,291.78**

*13712 Crayton Blvd*
*Hagerstown, MD 21742*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,291.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,291.78 | | |
| | | | | $3,291.78 | | |

**John Francis Walsh**
**Case(s): 337 Clm No: 1882 Clm. Amt: $22,251.72**

*Address Redacted*
**Date Filed:** 11/26/2024
**Claim Face Value:** $22,251.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $22,251.72 | | $0.00 |
| | | | | $22,251.72 | | $0.00 |

**John Kruss**
**Case(s): 337 Clm No: 2733 Clm. Amt: $150,000,000.00**

*Address Redacted*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $150,000,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $150,000,000.00 | | |
| | | | | $150,000,000.00 | | |

**John R Lubbers II & Mark A Lubbers**
**Case(s): 337 Clm No: 2996 Clm. Amt: $9,366.97**

*Address Redacted*
**Date Filed:** 5/17/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,366.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $9,366.97 | | |
| | | | | $9,366.97 | | |

**John R Vanderpool**
**Case(s): 337 Clm No: 1329 Clm. Amt: $54,346.54**

*Address Redacted*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $54,346.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | PRI | | | Unknown | Y | |
| 337 | UNS | | | $54,346.54 | | |
| | | | | $54,346.54 | | |

**John Ritzenthaler Company**
**Case(s): 337 Clm No: 856 Clm. Amt: $8,256.26**

*40 Portland Rd*
*W Conshohocken, PA 19428*
**Date Filed:** 11/5/2024
**Claim Face Value:** $8,256.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $8,256.26 | | |
| | | | | $8,256.26 | | |

**Johns Manville**
**Case(s): 337 Clm No: 469 Clm. Amt: $257,512.99**

*717 17th St*
*Denver, CO 80202*
**Date Filed:** 10/24/2024
**Amended By Clm #:** 1108
**Claim Face Value:** $257,512.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $257,512.99 | | |
| | | | | $257,512.99 | | |

## Johns Manville
### Case(s): 337 Clm No: 1108 Clm. Amt: $231,825.45

*717 17th St*
*Denver, CO 80202*
**Date Filed:** 11/15/2024
**Orig. Date Filed:** 10/24/2024
**Amending Clm #:** 469
**Claim Face Value:** $231,825.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $127,957.63 | | $0.00 |
| 337 | UNS | Allowed | | $103,867.82 | | $166,130.98 |
| | | | | $231,825.45 | | $166,130.98 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Johnson Controls Fire Protection LP
### Case(s): 337 Clm No: 1710 Clm. Amt: $863.76

*5757 N Green Bay Ave*
*Glendale, WI 53209*
**Date Filed:** 11/26/2024
**Claim Face Value:** $863.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $863.76 | | |
| | | | | $863.76 | | |

## Johnson Controls Security Solutions LLC
### Case(s): 337 Clm No: 1707 Clm. Amt: $29,331.20

*5757 N Green Bay Ave*
*Glendale, WI 53209*
**Date Filed:** 11/26/2024
**Claim Face Value:** $29,331.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $29,331.20 | | |
| | | | | $29,331.20 | | |

## Johnson Controls Security Solutions LLC
### Case(s): 337 Clm No: 100283 Clm. Amt: $18,678.57

*5757 N Green Bay Ave*
*Glendale, WI 53209*
**Date Filed:** 12/23/2024
**Claim Face Value:** $18,678.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $18,678.57 | | $0.00 |
| | | | | $18,678.57 | | $0.00 |

## Johnson Controls Security Solutions LLC
### Case(s): 337 Clm No: 3016 Clm. Amt: $25,529.91

*5757 N Green Bay Ave*
*Glendale, WI 53209*
**Date Filed:** 5/28/2025
**Claim Face Value:** $25,529.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $25,529.91 | | |
| | | | | $25,529.91 | | |

**Johnson Eye Care**
**Case(s): 337 Clm No: 2288 Clm. Amt: $507.86**

*855 Feinberg Ct*
*Cary, IL 60013*
**Date Filed:** 12/5/2024
**Claim Face Value:** $507.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $507.86 | | $0.00 |
| | | | | $507.86 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Jonathan Green & Sons, Inc**
**Case(s): 337 Clm No: 1259 Clm. Amt: $514,267.30**

*P.O. Box 326*
*Farmingdale, NJ 07727*
**Date Filed:** 11/19/2024
**Orig. Date Filed:** 10/16/2024
**Amending Clm #:** 419
**Claim Face Value:** $514,267.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $85,548.47 | | $0.00 |
| 337 | UNS | Allowed | | $428,718.83 | | $431,905.32 |
| | | | | $514,267.30 | | $431,905.32 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Jonathan Green & Sons, Inc**
**Case(s): 337 Clm No: 419 Clm. Amt: $514,267.30**

*P.O. Box 326*
*Farmingdale, NJ 07727*
**Date Filed:** 10/25/2024
**Orig. Date Filed:** 10/16/2024
**Amending Clm #:** 83
**Amended By Clm #:** 1259
**Claim Face Value:** $514,267.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $514,267.30 | | |
| | | | | $514,267.30 | | |

**Jonathan Green & Sons, Inc**
**Case(s): 337 Clm No: 83 Clm. Amt: $531,346.72**

*P.O. Box 326*
*Farmingdale, NJ 07727*
**Date Filed:** 10/16/2024
**Amended By Clm #:** 419
**Claim Face Value:** $531,346.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $531,346.72 | | |
| | | | | $531,346.72 | | |

## Jones Naturals, LLC
### Case(s): 337 Clm No: 31 Clm. Amt: $17,741.99

*4960 28th Ave*
*Rockford, IL 61109*
**Date Filed:** 10/15/2024
**Amended By Clm #:** 2751
**Claim Face Value:** $17,741.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,741.99 | | |
| | | | | $17,741.99 | | |

## Jones Naturals, LLC
### Case(s): 337 Clm No: 2751 Clm. Amt: $17,741.99

*Attn: Darvin Burnside*
*4960 28th Ave*
*Rockford, IL 61109*
**Date Filed:** 1/6/2025
**Orig. Date Filed:** 10/15/2024
**Amending Clm #:** 31
**Claim Face Value:** $17,741.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $4,132.73 | | $0.00 |
| 337 | UNS | | | $13,609.26 | | $13,609.26 |
| | | | | $17,741.99 | | $13,609.26 |

## Jones Stephens
### Case(s): 337 Clm No: 1048 Clm. Amt: $4,796.17

*3249 Moody Pkway*
*Moody, AL 35004*
**Date Filed:** 11/13/2024
**Amended By Clm #:** 1209
**Claim Face Value:** $4,796.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,796.17 | | |
| | | | | $4,796.17 | | |

## Jones Stephens
### Case(s): 337 Clm No: 1209 Clm. Amt: $4,796.17

*3249 Moody Pkwy*
*Moody, AL 35004*
**Date Filed:** 11/18/2024
**Orig. Date Filed:** 11/13/2024
**Amending Clm #:** 1048
**Claim Face Value:** $4,796.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,627.93 | | $0.00 |
| 337 | UNS | Allowed | | $3,168.24 | | $4,796.17 |
| | | | | $4,796.17 | | $4,796.17 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Jordan Manufacturing Company Inc.
### Case(s): 337 Clm No: 2243 Clm. Amt: $8,477.80

*1200 S 6th St*
*Monticello, IN 47960*
**Date Filed:** 12/4/2024
**Claim Face Value:** $8,477.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,477.80 | | |
| | | | | $8,477.80 | | |

**Joseph Bolanowski**
**Case(s): 337 Clm No: 1604 Clm. Amt: $11,441.86**

*Address Redacted*
**Date Filed:** 11/25/2024
**Claim Face Value:** $11,441.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $11,441.86 | | $0.00 |
| | | | | $11,441.86 | | $0.00 |

**Joseph D. Anderson Jr.**
**Case(s): 337 Clm No: 100018 Clm. Amt: $14,964.00**

*1431 Moline St, Apt 217*
*Aurora, CO 80010*
**Date Filed:** 12/4/2024
**Claim Face Value:** $14,964.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $14,964.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $14,964.00 |
| | | | | $14,964.00 | | $14,964.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Joseph Enterprises, Inc**
**Case(s): 337 Clm No: 482 Clm. Amt: $47,893.56**

*c/o NECA LLC*
*Attn: Michael Hirsch*
*603 Sweetland Ave*
*Hillside, NJ 07205*
**Date Filed:** 10/25/2024
**Claim Face Value:** $47,893.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $14,821.08 | | $0.00 |
| 337 | UNS | Allowed | | $33,072.48 | | $40,393.56 |
| | | | | $47,893.56 | | $40,393.56 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Joseph Enterprises, Inc**
**Case(s): 337 Clm No: 533 Clm. Amt: $47,893.56**

*c/o NECA*
*Attn: Michael Hirsch*
*603 Sweetland Ave*
*Hillside, NJ 07205*
**Date Filed:** 10/24/2024
**Claim Face Value:** $47,893.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $47,893.56 | | |
| | | | | $47,893.56 | | |

**JPW Industries, Inc.**
**Case(s): 337 Clm No: 2338 Clm. Amt: $183,768.12**

*427 New Sanford Rd*
*La Vergne, TN 37086*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 12/5/2024
**Amending Clm #:** 2328
**Claim Face Value:** $183,768.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $12,967.26 | | $0.00 |
| 337 | UNS | Allowed | | $170,800.86 | | $182,262.96 |
| | | | | $183,768.12 | | $182,262.96 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**JPW Industries, Inc.**
**Case(s): 337 Clm No: 2328 Clm. Amt: $183,768.12**

*427 New Sanford Rd*
*La Vergne, TN 37086*
**Date Filed:** 12/5/2024
**Amended By Clm #:** 2338
**Claim Face Value:** $183,768.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $12,967.26 | Y | $0.00 |
| 337 | UNS | Disallowed | | $170,800.86 | Y | $0.00 |
| | | | | $183,768.12 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**JS Products, Inc.**
**Case(s): 337 Clm No: 2241 Clm. Amt: $1,484,676.64**

*c/o McDonald Carano LLP*
*Attn: Ryan J Works, Esq*
*2300 W Sahara Ave, Ste 1200*
*Las Vegas, NV 89102*
**Date Filed:** 12/4/2024
**Claim Face Value:** $1,484,676.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,484,676.64 | | |
| | | | | $1,484,676.64 | | |

**JS Products, Inc.**
**Case(s): 337 Clm No: 1853 Clm. Amt: $257,418.18**

c/o McDonald Carano
Attn: Ryan J Works, Esq
2300 W Sahara Ave, Ste 1200
Las Vegas, NV 89102
**Date Filed:** 11/27/2024
**Claim Face Value:** $257,418.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $257,418.18 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,791.69 |
| | | | | $257,418.18 | | $1,791.69 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**JS Products, Inc.**
**Case(s): 337 Clm No: 100429 Clm. Amt: $199,283.54**

c/o McDonald Carano LLP
Attn: Ryan J Works
2300 W Sahara Ave, Ste 1200
Las Vegas, NV 89102
**Date Filed:** 5/23/2025
**Claim Face Value:** $199,283.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $199,283.54 | | $0.00 |
| | | | | $199,283.54 | | $0.00 |

**JS Products, Inc.**
**Case(s): 337 Clm No: 100401 Clm. Amt: $97,113.20**

2300 W Sahara Ave, Ste 1200
Las Vegas, NV 89102
**Date Filed:** 2/27/2025
**Bar Date:** 2/28/2025
**Claim Face Value:** $97,113.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $97,113.20 | | $0.00 |
| | | | | $97,113.20 | | $0.00 |

**Juka Innovations Corp.**
**Case(s): 337 Clm No: 878 Clm. Amt: $23,013.98**

Attn: Solyman Najimi
40 Gazza Blvd
Farmingdale, NY 11735
**Date Filed:** 11/6/2024
**Claim Face Value:** $23,013.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $23,013.98 | | |
| | | | | $23,013.98 | | |

**June B Proctor/Byrum Hardware Company**
**Case(s): 337 Clm No: 100268 Clm. Amt: $25,930.23**

*314 S Broad St*
*Edenton, NC 27932*
**Date Filed:** 12/20/2024
**Claim Face Value:** $25,930.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $25,930.23 | | $0.00 |
| | | | | $25,930.23 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Justin Dicello**
**Case(s): 337 Clm No: 2735 Clm. Amt: $150,000,000.00**

*Address Redacted*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $150,000,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $150,000,000.00 | | |
| | | | | $150,000,000.00 | | |

**Justrite Manufacturing Company, LLC**
**Case(s): 337 Clm No: 195 Clm. Amt: $302,324.53**

*c/o Justrite - Legal Dept*
*1751 Lake Cook Rd, Ste 370*
*Deerfield, IL 60015*
**Date Filed:** 10/18/2024
**Claim Face Value:** $302,324.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $302,324.53 | | |
| | | | | $302,324.53 | | |

**Justrite Manufacturing Company, LLC**
**Case(s): 337 Clm No: 2696 Clm. Amt: $32,058.65**

*Attn: Benjamin Walczak*
*1751 Lake Cook Rd, Ste 370*
*Deerfield, IL 60015*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $32,058.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $32,058.65 | | |
| | | | | $32,058.65 | | |

**JWS Distributing, LLC**
**Case(s): 337 Clm No: 100059 Clm. Amt: $9,900.00**

*302 Ashby Park Ln*
*Greenville, SC 29607*
**Date Filed:** 12/10/2024
**Claim Face Value:** $9,900.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $9,900.00 | | $0.00 |
| | | | | $9,900.00 | | $0.00 |

## JWS Distributing, LLC
**Case(s): 337 Clm No: 2481 Clm. Amt: $10,418.69**

*302 Ashby Park Ln*
*Greenville, SC 29607*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,418.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,418.69 | | |
| | | | | $10,418.69 | | |

## JZTT LLC dba Nash Products
**Case(s): 337 Clm No: 2829 Clm. Amt: $181.44**

*c/o Nash Products*
*8650 Byron Center Ave SW, Ste 32*
*Byron Center, MI 49315*
**Date Filed:** 1/22/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $181.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $181.44 | | $0.00 |
| | | | | $181.44 | | $0.00 |

## K & H Pet Products
**Case(s): 337 Clm No: 2653 Clm. Amt: $1,453.20**

*c/o Central Garden & Pet Legal Department*
*711 E Missouri Ave, Ste 200*
*Phoenix, AZ 85014*
**Date Filed:** 12/20/2024
**Bar Date:** 11/24/2024
**Claim Face Value:** $1,453.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,453.20 | | $0.00 |
| | | | | $1,453.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## K & S Precision Metals
**Case(s): 337 Clm No: 90 Clm. Amt: $12,820.74**

*6911 W 59th St*
*Chicago, IL 60638*
**Date Filed:** 10/16/2024
**Amended By Clm #:** 2839
**Claim Face Value:** $12,820.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $12,820.74 | | |
| | | | | $12,820.74 | | |

## K International, Inc
**Case(s): 337 Clm No: 2869 Clm. Amt: $1,952.87**

*3333 Oak Grove Ave*
*Waukegan, IL 60087*
**Date Filed:** 2/4/2025
**Bar Date:** 12/5/2025
**Claim Face Value:** $1,952.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,952.87 | | |
| | | | | $1,952.87 | | |

## K International, Inc
**Case(s): 337 Clm No: 2120 Clm. Amt: $46,607.43**

*3333 Oak Grove Ave*
*Waukegan, IL 60087*
**Date Filed:** 12/2/2024
**Claim Face Value:** $46,607.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $46,607.43 | | |
| | | | | $46,607.43 | | |

## K&K Interiors Inc.
**Case(s): 337 Clm No: 1105 Clm. Amt: $239,699.50**

*2230 Superior St*
*Sandusky, OH 44870*
**Date Filed:** 11/15/2024
**Claim Face Value:** $239,699.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | | | Unknown | Y | |
| 337 | UNS | | | $239,699.50 | | |
| | | | | $239,699.50 | | |

## K&S Precision Metals
**Case(s): 337 Clm No: 2839 Clm. Amt: $27,354.90**

*6911 W 59th St*
*Chicago, IL 60638*
**Date Filed:** 1/24/2025
**Orig. Date Filed:** 10/16/2024
**Amending Clm #:** 90
**Claim Face Value:** $27,354.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $27,354.90 | | |
| | | | | $27,354.90 | | |

## K-C Global Sales
**Case(s): 337 Clm No: 1398 Clm. Amt: $259,782.40**

*c/o Kimberly-Clark*
*P.O. Box 915003*
*Dallas, TX 75391*
**Date Filed:** 11/21/2024
**Claim Face Value:** $259,782.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $55,702.24 | | $0.00 |
| 337 | UNS | | | $204,080.16 | | $204,080.16 |
| | | | | $259,782.40 | | $204,080.16 |

**K-T Industries, Inc.**
**Case(s): 337 Clm No: 1913 Clm. Amt: $77,650.09**

*3112 Northwest Blvd*
*Sheldon, IA 51201*
**Date Filed:** 11/27/2024
**Claim Face Value:** $77,650.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $24,433.43 | | $0.00 |
| 337 | UNS | Allowed | | $53,216.66 | | $77,650.09 |
| | | | | $77,650.09 | | $77,650.09 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**K-T Industries, Inc.**
**Case(s): 337 Clm No: 2029 Clm. Amt: $77,650.09**

*3112 Northwest Blvd*
*Sheldon, IA 51201*
**Date Filed:** 11/30/2024
**Claim Face Value:** $77,650.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $24,433.43 | | $0.00 |
| 337 | UNS | | | $53,216.66 | | |
| | | | | $77,650.09 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**KAB Enterprise Co., Ltd.**
**Case(s): 337 Clm No: 100212 Clm. Amt: $105,323.55**

*21F-1, No 33, Sec 1*
*Min Sheng Rd, Bangiao*
*Dist, New Taipei City*
*Taiwan*
**Date Filed:** 12/19/2024
**Claim Face Value:** $105,323.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $105,323.55 | Y | $0.00 |
| | | | | $105,323.55 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

### KAB Enterprise Co., Ltd.
**Case(s): 337 Clm No: 1768 Clm. Amt: $360,299.94**

*21F-1, No 33 Sec 1, Ming Sheng Rd, Banqiao Dist*
*New Taipei City, 220363*
*Taiwan, ROC*
**Date Filed:** 11/26/2024
**Claim Face Value:** $360,299.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $92,287.99 | | $0.00 |
| 337 | UNS | | | $268,011.95 | | $268,011.95 |
| | | | | $360,299.94 | | $268,011.95 |

### KAB Enterprise Co., Ltd.
**Case(s): 337 Clm No: 100226 Clm. Amt: $105,323.55**

*21F-1, No 33, Sec 1*
*Nin Sheng Rd, Bangiao*
*Dist, New Taipei City*
*Taiwan*
**Date Filed:** 12/20/2024
**Claim Face Value:** $105,323.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $105,323.55 | | $0.00 |
| | | | | $105,323.55 | | $0.00 |

### Kaba Ilco
**Case(s): 337 Clm No: 684 Clm. Amt: $329,430.48**

*400 Jefferys Rd*
*Rocky Mount, NC 27804*
**Date Filed:** 10/30/2024
**Claim Face Value:** $329,430.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $329,430.48 | | |
| | | | | $329,430.48 | | |

### Kaemingk International B.V.
**Case(s): 337 Clm No: 1171 Clm. Amt: $117,357.75**

*Attn: Alisa Wilhelmine Vaags*
*Broekstraat 13*
*Aalten, Gelderland 7122 MN*
*The Netherlands*
**Date Filed:** 11/18/2024
**Claim Face Value:** $117,357.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Disallowed | | $117,357.75 | | $0.00 |
| 337 | UNS | Allowed | | | | $117,357.75 |
| | | | | $117,357.75 | | $117,357.75 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

### Kaeser Compressors, Inc.
**Case(s): 337 Clm No: 2425 Clm. Amt: $829.92**

*511 Sigma Dr*
*Fredericksburg, VA 22408*
**Date Filed:** 12/7/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $829.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $829.92 | | |
| | | | | $829.92 | | |

## Kamps Inc
### Case(s): 337 Clm No: 2053 Clm. Amt: $59,030.60

*665 Seward Ave NW, Ste 301*
*Grand Rapids, MI 49503*
**Date Filed:** 12/3/2024
**Claim Face Value:** $59,030.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $13,574.92 | | $0.00 |
| 337 | UNS | | | $45,455.68 | | |
| | | | | $59,030.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Kano Laboratories LLC
### Case(s): 337 Clm No: 1265 Clm. Amt: $43,635.12

*c/o Synco Chemical*
*P.O. Box 405*
*24 DaVinci Dr*
*Bohemia, NY 11716*
**Date Filed:** 11/18/2024
**Claim Face Value:** $43,635.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $43,635.12 | | |
| | | | | $43,635.12 | | |

## Kano Laboratories LLC
### Case(s): 337 Clm No: 219 Clm. Amt: $58,632.46

*1000 E Thompson Ln*
*Nashville, TN 37211*
**Date Filed:** 10/18/2024
**Claim Face Value:** $58,632.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $58,632.46 | | |
| | | | | $58,632.46 | | |

## Kansas Department of Revenue
### Case(s): 337 Clm No: 3002 Clm. Amt: $1,874.96

*P.O. Box 12005*
*Topeka, Kansas 66601-2005*
**Date Filed:** 5/22/2025
**Orig. Date Filed:** 3/4/2025
**Amending Clm #:** 2919
**Claim Face Value:** $1,874.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $1,821.44 | | $0.00 |
| 337 | UNS | | | $53.52 | | $53.52 |
| | | | | $1,874.96 | | $53.52 |

## Kansas Department of Revenue
### Case(s): 337 Clm No: 2919 Clm. Amt: $10,821.98

*P.O. Box 12005*
*Topeka, KS 66601-2005*
**Date Filed:** 3/4/2025
**Amended By Clm #:** 3002
**Claim Face Value:** $5,500.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $5,410.99 | | $0.00 |
| 337 | PRI | Disallowed | | $5,410.99 | | $0.00 |
| | | | | $10,821.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## KAP Holdings, LLC -
### Case(s): 337 Clm No: 2007 Clm. Amt: $4,305.00

*Attn: Kevin A Price*
*137 N Oak Park Ave, Ste 214*
*Oak Park, IL 60301*
**Date Filed:** 12/1/2024
**Claim Face Value:** $4,305.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,305.00 | | |
| | | | | $4,305.00 | | |

## Kappen Mulch
### Case(s): 337 Clm No: 2116 Clm. Amt: $8,700.00

*Address Redacted*
**Date Filed:** 12/3/2024
**Claim Face Value:** $8,700.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,700.00 | | |
| | | | | $8,700.00 | | |

## Karcher North America Inc
### Case(s): 337 Clm No: 685 Clm. Amt: $24,694.16

*6398 N Karcher Way*
*Aurora, CO 80019*
**Date Filed:** 11/1/2024
**Claim Face Value:** $24,694.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,694.16 | | |
| | | | | $24,694.16 | | |

## Karp Associates
### Case(s): 337 Clm No: 1295 Clm. Amt: $42,029.67

*260 Spagnoli Rd*
*Melville, NY 11747*
**Date Filed:** 11/20/2024
**Claim Face Value:** $42,029.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $42,029.67 | | |
| | | | | $42,029.67 | | |

### Kathleen Brown
**Case(s): 337 Clm No: 100152 Clm. Amt: $34,476.10**

*155 Dana St*
*Fort Bragg, CA 95437*
**Date Filed:** 12/18/2024
**Claim Face Value:** $34,476.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $34,476.10 | | $0.00 |
| | | | | $34,476.10 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

### Kay Dee Design, Inc
**Case(s): 337 Clm No: 1747 Clm. Amt: $16,425.82**

*177 Skunk Hill Rd*
*Hope Valley, RI 02832*
**Date Filed:** 11/25/2024
**Claim Face Value:** $16,425.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $16,425.82 | | |
| | | | | $16,425.82 | | |

### KAZ USA, Inc.
**Case(s): 337 Clm No: 1793 Clm. Amt: $424,761.67**

*Attn: Henry J Jaffe*
*824 N Market St, Ste 800*
*Wilmington, DE 19801*
**Date Filed:** 11/25/2024
**Claim Face Value:** $424,761.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $66,370.99 | | $0.00 |
| 337 | UNS | Allowed | | $358,390.68 | | $369,640.99 |
| | | | | $424,761.67 | | $369,640.99 |

### Keith B. Cody & Company, Inc
**Case(s): 337 Clm No: 1312 Clm. Amt: $34,534.45**

*155 Main St*
*Tuba City, AZ 86045*
**Date Filed:** 11/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $34,534.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $34,534.45 | | |
| | | | | $34,534.45 | | |

### Kellogg Supply, Inc.
**Case(s): 337 Clm No: 1724 Clm. Amt: $29,318.91**

*Attn: Rosanna Lewis*
*350 W Sepulveda Blvd*
*Carson, CA 90745*
**Date Filed:** 11/26/2024
**Claim Face Value:** $29,318.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $6,010.38 | | $0.00 |
| 337 | UNS | | | $23,308.53 | | $23,308.53 |
| | | | | $29,318.91 | | $23,308.53 |

## Kelly Megel
### Case(s): 337 Clm No: 1749 Clm. Amt: $103,240.42

*Address Redacted*
**Date Filed:** 11/26/2024
**Claim Face Value:** $103,240.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Disallowed | | $15,150.00 | | $0.00 |
| 337 | UNS | Allowed | | $88,090.42 | | $103,240.42 |
| | | | | $103,240.42 | | $103,240.42 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Kencove Farm Fence, Inc
### Case(s): 337 Clm No: 326 Clm. Amt: $10,389.04

*344 Kendall Rd*
*Blairsville, PA 15717*
**Date Filed:** 10/21/2024
**Claim Face Value:** $10,389.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,389.04 | | |
| | | | | $10,389.04 | | |

## Kenneth D. Rothman
### Case(s): 337 Clm No: 2964 Clm. Amt: $3,016.37

*19 Muskeget Ln*
*Centerville, MA 02632*
**Date Filed:** 4/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,016.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,016.37 | | |
| | | | | $3,016.37 | | |

## Kenney Manufacturing Company
### Case(s): 337 Clm No: 687 Clm. Amt: $43,047.47

*Attn: Artin Taskin*
*1000 Jefferson Blvd*
*Warwick, RI 02886*
**Date Filed:** 11/1/2024
**Claim Face Value:** $43,047.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $43,047.47 | | |
| | | | | $43,047.47 | | |

## Kenny's Candy & Confections Inc
### Case(s): 337 Clm No: 1916 Clm. Amt: $65,306.12

*Attn: Danielle Collins*
*P.O. Box 269*
*Perham, MN 56573*
**Date Filed:** 11/27/2024
**Claim Face Value:** $65,306.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $18,890.20 | | $0.00 |
| 337 | UNS | | | $46,415.92 | | $46,415.92 |
| | | | | $65,306.12 | | $46,415.92 |

**Kentucky Department of Revenue**
**Case(s): 337 Clm No: 2906 Clm. Amt: $680.43**

*P.O. Box 5222*
*Frankfort, KY 40602*
**Date Filed:** 2/24/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $680.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $587.49 | | $0.00 |
| 337 | UNS | | | $92.94 | | $92.94 |
| | | | | $680.43 | | $92.94 |

**Kentucky Utilities Company**
**Case(s): 337 Clm No: 2013 Clm. Amt: $8,896.80**

*820 W Broadway*
*Louisville, KY 40202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $8,896.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,896.80 | | |
| | | | | $8,896.80 | | |

**Kentucky Utilities Company**
**Case(s): 337 Clm No: 1826 Clm. Amt: $8,896.80**

*c/o Frost Brown Todd LLP*
*Attn: Sara L Abner*
*400 W Market St, Ste 3200*
*Louisville, KY 40202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $8,896.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,896.80 | | |
| | | | | $8,896.80 | | |

**Keson LLC**
**Case(s): 337 Clm No: 914 Clm. Amt: $8,047.24**

*810 N Commerce St*
*Aurora, IL 60504*
**Date Filed:** 11/7/2024
**Claim Face Value:** $8,047.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,047.24 | | |
| | | | | $8,047.24 | | |

**Kessler Sales & Distribution LLC**
**Case(s): 337 Clm No: 933 Clm. Amt: $308,035.80**

*Attn: Daniel DeCurtins*
*150 Schilling Blvd, Ste 200*
*Collierville, TN 38017*
**Date Filed:** 11/8/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $308,035.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $13,079.49 | | $0.00 |
| 337 | UNS | | | $294,956.31 | | $294,956.31 |
| | | | | $308,035.80 | | $294,956.31 |

**Kevin E Minguy**
**Case(s): 337 Clm No: 100 Clm. Amt:**

*Address Not Provided*
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

**Kevin E Minguy**
**Case(s): 337 Clm No: 631 Clm. Amt: $22,489.76**

*Address Redacted*
**Date Filed:** 10/28/2024
**Claim Face Value:** $22,489.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $22,489.76 | | |
| | | | | $22,489.76 | | |

**Key Craze Inc**
**Case(s): 337 Clm No: 247 Clm. Amt: $29,565.77**

*8372 Carbide Ct*
*Sacramento, CA 95828*
**Date Filed:** 10/18/2024
**Claim Face Value:** $29,565.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $29,565.77 | | |
| | | | | $29,565.77 | | |

**KeylessRide**
**Case(s): 341 Clm No: 8 Clm. Amt: $2,309.63**

*Attn: Michael Laranang*
*920 Rockmoor Dr*
*Georgetown, TX 78628*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,309.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 341 | UNS | | | $2,309.63 | | |
| | | | | $2,309.63 | | |

**KeylessRide**
**Case(s): 341 Clm No: 9 Clm. Amt: $3,178.05**

*Attn: Michael Laranang*
*920 Rockmoor Dr*
*Georgetown, TX 78628*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,178.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 341 | UNS | | | $3,178.05 | | |
| | | | | $3,178.05 | | |

**KeylessRide**
**Case(s): 341 Clm No: 10 Clm. Amt: $12,728.83**

*Attn: Michael Laranang*
*920 Rockmoor Dr*
*Georgetown, TX 78628*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,728.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 341 | UNS | | | $12,728.83 | | |
| | | | | $12,728.83 | | |

## KeylessRide
### Case(s): 341 Clm No: 11 Clm. Amt: $9,440.64

*Attn: Michael Laranang*
*920 Rockmoor Dr*
*Georgetown, TX 78628*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,440.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | UNS | | | $9,440.64 | | |
| | | | | $9,440.64 | | |

## Kforce Inc
### Case(s): 337 Clm No: 368 Clm. Amt: $53,750.00

*Attn: Andrew Lientz*
*8405 Benjamin Rd, Ste G*
*Tampa, FL 33634*
**Date Filed:** 10/22/2024
**Claim Face Value:** $53,750.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $53,750.00 | | |
| | | | | $53,750.00 | | |

## KIK International, LLC
### Case(s): 337 Clm No: 1344 Clm. Amt: $383,868.05

*101 MacIntosh Blvd*
*Concord, ON L4K 4R5*
*Canada*
**Date Filed:** 11/20/2024
**Claim Face Value:** $383,868.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $383,868.05 | | |
| | | | | $383,868.05 | | |

## Kinco, LLC
### Case(s): 337 Clm No: 225 Clm. Amt: $247,665.66

*18792 NE Portal Way*
*Portland, OR 97230*
**Date Filed:** 10/18/2024
**Claim Face Value:** $247,665.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $247,665.66 | | |
| | | | | $247,665.66 | | |

## King Industries Inc
### Case(s): 337 Clm No: 1539 Clm. Amt: $3,592.71

*1 Science Rd*
*Norwalk, CT 06852*
**Date Filed:** 11/22/2024
**Claim Face Value:** $3,592.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,592.71 | | |
| | | | | $3,592.71 | | |

**Kinnney Bros & Keele Hardware Co**
**Case(s): 337 Clm No: 100359 Clm. Amt: $38,894.11**

*383 Tori Dr*
*Ontario, OR 97914*
**Date Filed:** 1/3/2025
**Claim Face Value:** $38,894.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $38,894.11 | | $0.00 |
| | | | | $38,894.11 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Kirk International Inc**
**Case(s): 337 Clm No: 2849 Clm. Amt: $469.19**

*P.O. Box 547*
*Beavercreek, OR 97004*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $469.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $469.19 | | |
| | | | | $469.19 | | |

**Kirk International Inc**
**Case(s): 337 Clm No: 2850 Clm. Amt: $698.48**

*P.O. Box 547*
*Beavercreek, OR 97004*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $698.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $698.48 | | |
| | | | | $698.48 | | |

**Kirk International Inc**
**Case(s): 337 Clm No: 2851 Clm. Amt: $2,043.38**

*P.O. Box 547*
*Beavercreek, OR 97004*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,043.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,043.38 | | |
| | | | | $2,043.38 | | |

**Kirk International Inc**
**Case(s): 337 Clm No: 2852 Clm. Amt: $133.92**

*P.O. Box 547*
*Beavercreek, OR 97004*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $133.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $133.92 | | |
| | | | | $133.92 | | |

## Kirk International Inc
**Case(s): 337 Clm No: 2853 Clm. Amt: $198.12**

*P.O. Box 547*
*Beavercreek, OR 97004*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $198.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $198.12 | | |
| | | | | $198.12 | | |

## Kistler O'Brien Fire Protection
**Case(s): 337 Clm No: 2562 Clm. Amt: $20,864.19**

*Attn: Lisa Eisenhower*
*2210 City Line Rd*
*Bethlehem, PA 18017*
**Date Filed:** 12/18/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $20,864.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $20,864.19 | | $0.00 |
| | | | | $20,864.19 | | $0.00 |

## Kittrich Corporation
**Case(s): 337 Clm No: 138 Clm. Amt: $94,916.61**

*1585 W Mission Blvd*
*Pomona, CA 91766*
**Date Filed:** 10/17/2024
**Claim Face Value:** $94,916.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $94,916.61 | | |
| | | | | $94,916.61 | | |

## Kivu Consulting, Inc.
**Case(s): 337 Clm No: 2325 Clm. Amt: $302,024.00**

*2120 University Ave*
*Berkeley, CA 94704*
**Date Filed:** 12/5/2024
**Claim Face Value:** $302,024.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $302,024.00 | | |
| | | | | $302,024.00 | | |

## Klein Tools, Inc.
**Case(s): 337 Clm No: 1376 Clm. Amt: $498,865.06**

*Attn: Corinne Blair*
*450 Bond St*
*Lincolnshire, IL 60069*
**Date Filed:** 11/21/2024
**Claim Face Value:** $498,865.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $15,059.39 | | $0.00 |
| 337 | ADM | Satisfied | | | | $0.00 |
| 337 | UNS | Allowed | | $483,805.67 | | $494,488.92 |
| | | | | $498,865.06 | | $494,488.92 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Klein Tools, Inc.
**Case(s): 337 Clm No: 100052 Clm. Amt: $89,388.33**

*450 Bond St*
*Lincolnshire, IL 60069*
**Date Filed:** 12/9/2024
**Claim Face Value:** $89,388.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $89,388.33 | | $0.00 |
| 337 | UNS | Withdrawn | | | | $0.00 |
| | | | | $89,388.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## KLR Asset Resources, LLC
**Case(s): 337 Clm No: 1357 Clm. Amt: $11,749.00**

*1660 Woodlawn Ave SE*
*Grand Rapids, MI 49506*
**Date Filed:** 11/21/2024
**Claim Face Value:** $11,749.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,749.00 | | |
| | | | | $11,749.00 | | |

## KLR Asset Resources, LLC
**Case(s): 337 Clm No: 1358 Clm. Amt: $1,053.00**

*1660 Woodlawn Ave SE*
*Grand Rapids, MI 49506*
**Date Filed:** 11/21/2024
**Claim Face Value:** $1,053.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,053.00 | | |
| | | | | $1,053.00 | | |

## KLR Asset Resources, LLC
**Case(s): 337 Clm No: 1200 Clm. Amt: $653.50**

*1660 Woodlawn Ave SE*
*Grand Rapids, MI 49506*
**Date Filed:** 11/18/2024
**Claim Face Value:** $653.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $653.50 | | |
| | | | | $653.50 | | |

## KMU Trucking & Excavating, LLC
**Case(s): 337 Clm No: 100043 Clm. Amt: $107,280.00**

*4436 Center Rd*
*Avon, OH 44011*
**Date Filed:** 12/8/2024
**Claim Face Value:** $107,280.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $107,280.00 | | $0.00 |
| 337 | UNS | | | | | $107,280.00 |
| | | | | $107,280.00 | | $107,280.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## KMU Trucking & Excavating, LLC
**Case(s): 337 Clm No: 100044 Clm. Amt: $9,515.00**

*4436 Center Rd*
*Avon, OH 44011*
**Date Filed:** 12/9/2024
**Claim Face Value:** $9,515.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $9,515.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $9,515.00 |
| | | | | $9,515.00 | | $9,515.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## KMU Trucking & Excavating, LLC
**Case(s): 337 Clm No: 859 Clm. Amt: $9,515.00**

*4436 Center Rd*
*Avon, OH 44011*
**Date Filed:** 11/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,515.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,515.00 | | |
| | | | | $9,515.00 | | |

## KMU Trucking & Excavating, LLC
**Case(s): 337 Clm No: 860 Clm. Amt: $107,280.00**

*4436 Center Rd*
*Avon, OH 44011*
**Date Filed:** 11/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $107,280.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $107,280.00 | | |
| | | | | $107,280.00 | | |

## Knight Transportation Services, Inc
**Case(s): 337 Clm No: 189 Clm. Amt: $54,801.66**

*2002 W Wahalla Ln*
*Phoenix, AZ 85027*
**Date Filed:** 10/17/2024
**Claim Face Value:** $54,801.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $54,801.66 | | |
| | | | | $54,801.66 | | |

## Knipex Tools LP
**Case(s): 337 Clm No: 1577 Clm. Amt: $2,218.17**

*1500 Busch Pkwy*
*Buffalo Grove, IL 60089*
**Date Filed:** 11/23/2024
**Claim Face Value:** $2,218.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $2,218.17 | | |
| | | | | $2,218.17 | | |

## Knox Fertilizer Company, Inc.
**Case(s): 337 Clm No: 1393 Clm. Amt: $84,494.56**

*c/o Bose McKinney & Evans LLP*
*Attn: James P Moloy*
*111 Monument Cir, Ste 2700*
*Indianapolis, IN 46204*
**Date Filed:** 11/21/2024
**Claim Face Value:** $42,247.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $42,247.28 | | $0.00 |
| 337 | ADM | Satisfied | | $42,247.28 | | $0.00 |
| | | | | $84,494.56 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Kobayashi Healthcare International
**Case(s): 337 Clm No: 2700 Clm. Amt: $89,337.16**

*Attn: Cyndee Timmerman*
*7711 Merrimac Ave*
*Niles, IL 60714-3423*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $89,337.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $12,458.96 | | $0.00 |
| 337 | UNS | | | $76,878.20 | | |
| | | | | $89,337.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Kohler Co.
**Case(s): 337 Clm No: 2366 Clm. Amt: $99,115.24**

*Attn: Benjamin E Loomis*
*444 Highland Dr*
*Kohler, WI 53044*
**Date Filed:** 12/5/2024
**Claim Face Value:** $99,115.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $10,994.55 | | $0.00 |
| 337 | UNS | | | $88,120.69 | | |
| | | | | $99,115.24 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Koki Holdings USA Ltd (Metabo Corporation/Metabo/Metabott PT)
**Case(s): 337 Clm No: 100045 Clm. Amt: $5,555.19**

*1111 Broadway Ave*
*Braselton, GA 30517*
**Date Filed:** 12/9/2024
**Claim Face Value:** $5,555.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $5,555.19 | | $0.00 |
| | | | | $5,555.19 | | $0.00 |

## Koki Holdings USA, Ltd.
**Case(s): 337 Clm No: 1955 Clm. Amt: $64,570.76**

*Attn: Credit Manager*
*1111 Broadway Ave*
*Braselton, GA 30517*
**Date Filed:** 11/27/2024
**Claim Face Value:** $64,570.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $7,850.18 | | $0.00 |
| 337 | UNS | Allowed | | $56,720.58 | | $64,570.76 |
| | | | | $64,570.76 | | $64,570.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

## Kole Imports
**Case(s): 337 Clm No: 1144 Clm. Amt: $2,427.83**

*Attn: Rachel Morales*
*24600 Main St*
*Carson, CA 90745*
**Date Filed:** 11/15/2024
**Claim Face Value:** $2,427.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,427.83 | | |
| | | | | $2,427.83 | | |

**Kong Company**
**Case(s): 337 Clm No: 425 Clm. Amt:**

*Address Not Provided*
**Date Filed:** 10/23/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

**Koopman International BV**
**Case(s): 337 Clm No: 794 Clm. Amt: $1,096,216.40**

*c/o IA Group*
*Attn: Courtney Denunzio*
*Via Giacomo Leopardi 21*
*Milan, 20123*
*Italy*
**Date Filed:** 11/4/2024
**Claim Face Value:** $1,096,216.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,096,216.40 | | |
| | | | | $1,096,216.40 | | |

**Korber Supply Chain**
**Case(s): 337 Clm No: 626 Clm. Amt: $587,089.12**

*Dept CH 17044*
*Palatine, IL 60055*
**Date Filed:** 10/30/2024
**Amended By Clm #:** 1660
**Claim Face Value:** $587,089.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $587,089.12 | | |
| | | | | $587,089.12 | | |

**Korber Supply Chain**
**Case(s): 337 Clm No: 1660 Clm. Amt: $641,671.96**

*Dept CH 17044*
*Palatine, IL 60055*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 10/30/2024
**Amending Clm #:** 626
**Claim Face Value:** $641,671.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $641,671.96 | | |
| | | | | $641,671.96 | | |

**Korber Supply Chain US, Inc.**
**Case(s): 337 Clm No: 2965 Clm. Amt: $9,372,260.00**

*Dept CH 17044*
*Palatine, IL 60055*
**Date Filed:** 4/9/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,372,260.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $9,372,260.00 | | |
| | | | | $9,372,260.00 | | |

## Korber Supply Company US, Inc.
**Case(s): 337 Clm No: 100180 Clm. Amt: $105,726.88**

*c/o Ashby & Geddes, PA*
*Attn: Gregory A Taylor*
*P.O. Box 1150*
*500 Delaware Ave*
*Wilmington, DE 19899*
**Date Filed:** 12/18/2024
**Claim Face Value:** $105,726.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $105,726.88 | | $0.00 |
| | | | | $105,726.88 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

## Korpack Inc
**Case(s): 337 Clm No: 2524 Clm. Amt: $123,189.40**

*290 Madsen Dr*
*Bloomingdale, IL 60108*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $123,189.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $123,189.40 | | |
| | | | | $123,189.40 | | |

## Korpack Inc
**Case(s): 337 Clm No: 1088 Clm. Amt: $150,776.35**

*290 Madsen Dr*
*Bloomingdale, IL 60108*
**Date Filed:** 11/14/2024
**Claim Face Value:** $150,776.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $44,455.34 | | $0.00 |
| 337 | UNS | | | $106,321.01 | | $106,321.01 |
| | | | | $150,776.35 | | $106,321.01 |

## Koshin America Corp
**Case(s): 337 Clm No: 666 Clm. Amt: $2,387.47**

*1218 Remington Rd*
*Schaumburg, IL 60173*
**Date Filed:** 10/31/2024
**Claim Face Value:** $2,387.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,387.47 | | |
| | | | | $2,387.47 | | |

## Kraft Tool Company
**Case(s): 337 Clm No: 805 Clm. Amt: $43,503.81**

*8325 Hedge Lane Ter*
*Shawnee, KS 66227*
**Date Filed:** 11/4/2024
**Claim Face Value:** $43,503.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $43,503.81 | | |
| | | | | $43,503.81 | | |

**Krauter Equipment Company, Inc**
**Case(s): 337 Clm No: 1094 Clm. Amt: $36,393.85**

*c/o Thrasher Buschmann & Voelkel, PC*
*Attn: Dennis F McCrosson, Esq*
*8440 Woodfield Crossing Blvd, Ste 310*
*Indianapolis, IN 46240*
**Date Filed:** 11/14/2024
**Claim Face Value:** $36,393.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $36,393.85 | | |
| | | | | $36,393.85 | | |

**Kreg Enterprises Inc**
**Case(s): 337 Clm No: 2865 Clm. Amt: $7,409.88**

*dba Kreg Tool Company*
*Attn: Kristie Gray*
*7500 SE Convenience Blvd*
*Ankeny, IA 50021*
**Date Filed:** 2/4/2025
**Bar Date:** 12/23/2024
**Claim Face Value:** $3,704.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $3,704.94 | | $0.00 |
| 337 | ADM | Disallowed | | $3,704.94 | | $0.00 |
| | | | | $7,409.88 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Kreg Enterprises Inc dba Kreg Tool Company**
**Case(s): 337 Clm No: 60 Clm. Amt: $64,784.11**

*7500 SE Convenience Blvd*
*Ankeny, IA 50021*
**Date Filed:** 10/16/2024
**Claim Face Value:** $64,784.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $64,784.11 | | |
| | | | | $64,784.11 | | |

**Kronos (US), Inc**
**Case(s): 337 Clm No: 571 Clm. Amt: $68,277.22**

*5430 Lyndon B Johnson Fwy, Ste 1700*
*Dallas, TX 75240*
**Date Filed:** 10/28/2024
**Claim Face Value:** $68,277.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $68,277.22 | | |
| | | | | $68,277.22 | | |

**KT Industries Inc.**
**Case(s): 337 Clm No: 1832 Clm. Amt: $97,242.20**

3112 Northwest Blvd
Sheldon, IA 51201
**Date Filed:** 11/27/2024
**Claim Face Value:** $97,242.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $24,433.43 | | $0.00 |
| 337 | UNS | Allowed | | $72,808.77 | | $97,242.20 |
| | | | | $97,242.20 | | $97,242.20 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

**Kubota Tractor Corporation**
**Case(s): 337 Clm No: 1380 Clm. Amt: $164,316.99**

Attn: Noel Boeke
100 N Tampa St, Ste 4100
Tampa, FL 33602
**Date Filed:** 11/21/2024
**Claim Face Value:** $164,316.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $164,316.99 | | |
| | | | | $164,316.99 | | |

**Kuehne & Nagel, Inc**
**Case(s): 337 Clm No: 499 Clm. Amt: $132,716.99**

Attn: Nadine Jones, Esq
10 Exchange Pl, 20th Fl
Jersey City, NJ 07302
**Date Filed:** 10/24/2024
**Claim Face Value:** $132,716.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $132,716.99 | | |
| | | | | $132,716.99 | | |

**Kurt S. Adler, Inc.**
**Case(s): 337 Clm No: 953 Clm. Amt: $437,303.40**

122 E 42nd St, 2nd Fl
New York, NY 10168
**Date Filed:** 11/11/2024
**Claim Face Value:** $437,303.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $80,107.63 | | $0.00 |
| 337 | UNS | Allowed | | $357,195.77 | | $437,303.40 |
| | | | | $437,303.40 | | $437,303.40 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## KW Container
**Case(s): 337 Clm No: 100183 Clm. Amt: $144,608.74**

*P.O. Box 707*
*Troy, AL 36081*
**Date Filed:** 12/19/2024
**Claim Face Value:** $144,608.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $144,608.74 | | $0.00 |
| 337 | UNS | Satisfied | | | | $0.00 |
| | | | | $144,608.74 | | $0.00 |

## Kwikset a Division of Spectrum Brands, Inc
**Case(s): 337 Clm No: 1526 Clm. Amt: $410,924.73**

*19701 Da Vinci*
*Foothill Ranch, CA 92610*
**Date Filed:** 11/21/2024
**Claim Face Value:** $410,924.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $240,851.88 | | $0.00 |
| 337 | UNS | Allowed | | $170,072.85 | | $176,480.29 |
| | | | | $410,924.73 | | $176,480.29 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Kyndryl, Inc.
**Case(s): 337 Clm No: 100278 Clm. Amt: $134,552.93**

*2 International Dr*
*Rye Brook, NY 10573*
**Date Filed:** 12/20/2024
**Claim Face Value:** $134,552.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $134,552.93 | | $0.00 |
| | | | | $134,552.93 | | $0.00 |

## Kyndryl, Inc.
**Case(s): 337 Clm No: 2292 Clm. Amt: $451,305.87**

*c/o Kyndryl, Inc*
*Attn: Ryan Fahey*
*2 International Dr*
*Rye Brook, NY 10573*
**Date Filed:** 12/5/2024
**Claim Face Value:** $451,305.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $451,305.87 | | $0.00 |
| 337 | UNS | Allowed | | | | $451,305.87 |
| | | | | $451,305.87 | | $451,305.87 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Kyocera Senco Industrial Tools, Inc.
**Case(s): 337 Clm No: 915 Clm. Amt: $189,872.85**

*8450 Broadwell Rd*
*Cincinnati, OH 45244*
**Date Filed:** 11/7/2024
**Claim Face Value:** $189,872.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $189,872.85 | | |
| | | | | $189,872.85 | | |

## Kyong Chi Kim
**Case(s): 337 Clm No: 100069 Clm. Amt: $7,587.71**

*2613 Sunset Blvd*
*Broomall, PA 19008*
**Date Filed:** 12/10/2024
**Claim Face Value:** $7,587.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $7,587.71 | | $0.00 |
| | | | | $7,587.71 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## L B White Company, LLC
**Case(s): 337 Clm No: 627 Clm. Amt: $31,558.07**

*411 Mason St*
*Onalaska, WI 54650*
**Date Filed:** 10/28/2024
**Claim Face Value:** $31,558.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,558.07 | | |
| | | | | $31,558.07 | | |

## L. E. Johnson Products, Inc.
**Case(s): 337 Clm No: 1989 Clm. Amt: $51,696.20**

*2100 Sterling Ave*
*Elkhart, IN 46516*
**Date Filed:** 11/29/2024
**Amended By Clm #:** 2698
**Claim Face Value:** $51,696.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $51,696.20 | | |
| | | | | $51,696.20 | | |

## L. E. Johnson Products, Inc.
**Case(s): 337 Clm No: 2698 Clm. Amt: $5,569.62**

*2100 Sterling Ave*
*Elkhart, IN 46516*
**Date Filed:** 12/23/2024
**Orig. Date Filed:** 11/29/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1989
**Claim Face Value:** $5,569.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,569.62 | | |
| | | | | $5,569.62 | | |

## LA Chemicals, Ltd
### Case(s): 337 Clm No: 362 Clm. Amt: $256,910.43

*2415 Gardner Rd*
*Broadview, IL 60155*
**Date Filed:** 10/23/2024
**Claim Face Value:** $256,910.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $256,910.43 | | |
| | | | | $256,910.43 | | |

## LA Chemicals, Ltd.
### Case(s): 337 Clm No: 2575 Clm. Amt: $16,218.32

*2415 Gardner Rd*
*Broadview, IL 60155*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $16,218.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,218.32 | | |
| | | | | $16,218.32 | | |

## La Crosse Technology
### Case(s): 337 Clm No: 230 Clm. Amt: $102,603.76

*2809 Losey Blvd S*
*La Crosse, WI 54601*
**Date Filed:** 10/19/2024
**Claim Face Value:** $102,603.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $102,603.76 | | |
| | | | | $102,603.76 | | |

## La Crosse Technology Ltd.
### Case(s): 337 Clm No: 1818 Clm. Amt: $3,337.40

*c/o Winthrop & Weinstine, PA*
*Attn: Cynthia L Hegarty*
*225 S 6th St, Ste 3500*
*Minneapolis, MN 55402*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,668.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,668.70 | | $0.00 |
| 337 | ADM | Disallowed | | $1,668.70 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,668.70 |
| | | | | $3,337.40 | | $1,668.70 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## La Crosse Technology, Ltd.
### Case(s): 337 Clm No: 100156 Clm. Amt: $19,076.90

*c/o Winthrop & Weinstine, PA*
*Attn: Cynthia L Hegarty*
*225 S 6th St, Ste 3500*
*Minneapolis, MN 55402*
**Date Filed:** 12/18/2024
**Claim Face Value:** $19,076.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $19,076.90 | | $0.00 |
| | | | | $19,076.90 | | $0.00 |

## Label Masters Technical Services, Inc
**Case(s): 337 Clm No: 546 Clm. Amt:**

*P.O. Box 243*
*Perrysburg, OH 43552*
**Date Filed:** 10/24/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Laboratory Media Corporation
**Case(s): 337 Clm No: 2648 Clm. Amt: $2,645.95**

*1731 Commerce Dr*
*Montgomery, IL 60538*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,645.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,645.95 | | |
| | | | | $2,645.95 | | |

## LaCrosse Footwear, Inc.
**Case(s): 337 Clm No: 2242 Clm. Amt: $57,394.74**

*Attn: Dan Mobley*
*17634 NE Airport Way*
*Portland, OR 97230*
**Date Filed:** 12/4/2024
**Claim Face Value:** $57,394.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $57,394.74 | | |
| | | | | $57,394.74 | | |

## Lafayette Hardware & Services, Inc (Mark Groth)
**Case(s): 337 Clm No: 100046 Clm. Amt: $18,724.66**

*2594 Lafayette Rd*
*Lafayette, NY 13084*
**Date Filed:** 12/9/2024
**Claim Face Value:** $18,724.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $18,724.66 | | $0.00 |
| | | | | $18,724.66 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Laker Co. (Shappell Laker Co)
**Case(s): 337 Clm No: 100158 Clm. Amt: $13,241.36**

*4245 E 46th Ave*
*Denver, CO 80216*
**Date Filed:** 12/18/2024
**Claim Face Value:** $13,241.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $13,241.36 | | $0.00 |
| | | | | $13,241.36 | | $0.00 |

## Laketown Electric Corporation
**Case(s): 337 Clm No: 2078 Clm. Amt: $521.00**

*8470 State Hwy 5*
*Waconia, MN 55387*
**Date Filed:** 12/2/2024
**Claim Face Value:** $521.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $521.00 | | |
| | | | | $521.00 | | |

## Lambro Industries, Inc
**Case(s): 337 Clm No: 61 Clm. Amt: $441,492.98**

*115 Albany Ave*
*Amityville, NY 11701*
**Date Filed:** 10/15/2024
**Claim Face Value:** $441,492.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $441,492.98 | | |
| | | | | $441,492.98 | | |

## Laminex, Inc
**Case(s): 337 Clm No: 814 Clm. Amt: $1,509.78**

*Attn: Nichole Sorrow*
*P.O. Box 49457*
*Greenwood, SC 29649*
**Date Filed:** 11/4/2024
**Claim Face Value:** $1,509.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,509.78 | | |
| | | | | $1,509.78 | | |

## Lamplight Farms Incorporated
**Case(s): 337 Clm No: 1673 Clm. Amt: $232,687.50**

*Attn: Alex Chan*
*1017 Front Ave*
*Columbus, GA 31901*
**Date Filed:** 11/26/2024
**Claim Face Value:** $232,687.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $4,551.06 | | $0.00 |
| 337 | UNS | | | $228,136.44 | | $228,136.44 |
| | | | | $232,687.50 | | $228,136.44 |

## Landsberg Orora
**Case(s): 337 Clm No: 1389 Clm. Amt: $4,754.02**

*6600 Valley View St*
*Buena Park, CA 90620*
**Date Filed:** 11/21/2024
**Claim Face Value:** $4,754.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,754.02 | | |
| | | | | $4,754.02 | | |

**Lane County Assessment & Taxation**
**Case(s): 337 Clm No: 2933 Clm. Amt: $841.95**

*125 E 8th Ave*
*Eugene, OR 97401*
**Date Filed:** 3/12/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $841.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | Satisfied | | $841.95 | | $0.00 |
| | | | | $841.95 | | $0.00 |

**Lane County Assessment & Taxation**
**Case(s): 337 Clm No: 2934 Clm. Amt: $4.16**

*125 E 8th Ave*
*Eugene, OR 97401*
**Date Filed:** 3/12/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $4.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | Satisfied | | $4.16 | | $0.00 |
| | | | | $4.16 | | $0.00 |

**Larry McNear, Inc**
**Case(s): 337 Clm No: 1352 Clm. Amt: $23,066.66**

*53 Hwy 7 S*
*Powhatan Point, OH 43942*
**Date Filed:** 11/20/2024
**Claim Face Value:** $23,066.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $23,066.66 | | |
| | | | | $23,066.66 | | |

**Larry McNear, Inc**
**Case(s): 337 Clm No: 1730 Clm. Amt: $23,066.66**

*Attn: Larry McNear*
*53 Hwy 7 S*
*Powhatan Point, OH 43942*
**Date Filed:** 11/25/2024
**Claim Face Value:** $23,066.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $23,066.66 | | |
| | | | | $23,066.66 | | |

**Larsen Supply Co, Inc**
**Case(s): 337 Clm No: 497 Clm. Amt: $1,031,813.83**

*Attn: John M Palumbo*
*12055 Slauson Ave*
*Santa Fe Springs, CA 90670*
**Date Filed:** 10/23/2024
**Claim Face Value:** $1,031,813.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $70,171.92 | | $0.00 |
| 337 | UNS | Allowed | | $961,641.91 | | $1,007,148.49 |
| | | | | $1,031,813.83 | | $1,007,148.49 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Larson Manufacturing Company**
**Case(s): 337 Clm No: 100215 Clm. Amt: $2,416.66**

*2333 Eastbrook Dr*
*Brookings, SD 57006*
**Date Filed:** 12/19/2024
**Claim Face Value:** $2,416.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $2,416.66 | | $0.00 |
| | | | | $2,416.66 | | $0.00 |

**Larson Manufacturing Company**
**Case(s): 337 Clm No: 1842 Clm. Amt: $222,926.28**

*Attn: Brandi Bartels*
*2333 Eastbrook Dr*
*Brookings, SD 57006*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 3023
**Claim Face Value:** $222,926.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $11,439.48 | | $0.00 |
| 337 | UNS | Disallowed | | $211,486.80 | | $0.00 |
| | | | | $222,926.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**Larson Manufacturing Company**
**Case(s): 337 Clm No: 3023 Clm. Amt: $222,926.28**

*Attn: Brandi Bartels*
*2333 Eastbrook Dr*
*Brookings, SD 57006*
**Date Filed:** 5/28/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1842
**Claim Face Value:** $222,926.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $11,439.48 | | $0.00 |
| 337 | UNS | Allowed | | $211,486.80 | | $221,862.23 |
| | | | | $222,926.28 | | $221,862.23 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 07/01/2025 | 1388 | Objection Filed | | |
| Claim does not agree with books | 08/22/2025 | 1542 | Objection Granted | 09/19/2025 | 1561 |

**Lasko Products, LLC**
**Case(s): 337 Clm No: 621 Clm. Amt: $593,490.07**

*820 Lincoln Ave*
*W Chester, PA 19380*
**Date Filed:** 10/30/2024
**Claim Face Value:** $593,490.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $593,490.07 | | |
| | | | | $593,490.07 | | |

**Laughlin/Constable, Inc.**
**Case(s): 337 Clm No: 3022 Clm. Amt: $237,140.00**

*Attn: Paul Klawikowski*
*111 E Kilbourn Ave, Ste 2200*
*Milwaukee, WI 53202*
**Date Filed:** 5/29/2025
**Bar Date:** 5/28/2025
**Claim Face Value:** $237,140.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $237,140.00 | | |
| | | | | $237,140.00 | | |

**Laughlin/Constable, Inc.**
**Case(s): 337 Clm No: 100015 Clm. Amt: $125,000.00**

*207 E Michigan St*
*Milwaukee, WI 53202*
**Date Filed:** 12/3/2024
**Claim Face Value:** $125,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Withdrawn | | $125,000.00 | | $0.00 |
| | | | | $125,000.00 | | $0.00 |

**Lavelle Industries, Inc**
**Case(s): 337 Clm No: 550 Clm. Amt: $174,163.84**

*665 McHenry St*
*Burlington, WI 53105*
**Date Filed:** 10/25/2024
**Claim Face Value:** $174,163.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|---------|-----------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $4,990.14 | | $0.00 |
| 337 | UNS | Allowed | | $169,173.70 | | $174,163.84 |
| | | | | $174,163.84 | | $174,163.84 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Lawn & Garden LLC**
**Case(s): 337 Clm No: 27 Clm. Amt: $530,490.24**

*7501 Esters Blvd, Ste 140*
*Irving, TX 75063*
**Date Filed:** 10/15/2024
**Claim Face Value:** $530,490.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $530,490.24 | | |
| | | | | $530,490.24 | | |

**Lawn & Garden Products, Inc**
**Case(s): 337 Clm No: 103 Clm. Amt: $92,139.66**

*Attn: Emily Cour, Senior Associate General Counsel*
*2935 S Koke Mill Rd*
*Springfield, IL 62711*
**Date Filed:** 10/17/2024
**Claim Face Value:** $92,139.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $92,139.66 | | |
| | | | | $92,139.66 | | |

## Lawn & Garden Products, Inc
**Case(s): 337 Clm No: 104 Clm. Amt: $170.24**

*Attn: Emily Cour, Senior Associate General Counsel*
*2935 S Koke Mill Rd*
*Springfield, IL 62711*
**Date Filed:** 10/17/2024
**Claim Face Value:** $170.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $170.24 | | |
| | | | | $170.24 | | |

## LB Bowen, Inc
**Case(s): 337 Clm No: 1972 Clm. Amt: $53,878.43**

*c/o Ramsey Hardware*
*703 N Royal Ave*
*Front Royal, VA 22630*
**Date Filed:** 11/27/2024
**Claim Face Value:** $53,878.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $53,878.43 | | |
| | | | | $53,878.43 | | |

## LB Marketing, Inc
**Case(s): 337 Clm No: 472 Clm. Amt: $70,491.89**

*8450 Holcomb Bridge Rd, Ste A100*
*Alpharetta, GA 30022*
**Date Filed:** 10/25/2024
**Claim Face Value:** $70,491.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $70,491.89 | | |
| | | | | $70,491.89 | | |

## LDB Consulting
**Case(s): 337 Clm No: 610 Clm. Amt: $6,132.57**

*50 Biscayne Blvd, Unit 3404*
*Miami, FL 33132*
**Date Filed:** 10/29/2024
**Claim Face Value:** $6,132.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $6,132.57 | | $0.00 |
| 337 | UNS | Allowed | | | | $6,132.57 |
| | | | | $6,132.57 | | $6,132.57 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Leaktite Corp
**Case(s): 337 Clm No: 2465 Clm. Amt: $890,985.12**

*c/o Coface North America Insurance Company*
*Attn: Isabel Lopez U*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 12/11/2024
**Orig. Date Filed:** 11/26/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1672
**Claim Face Value:** $890,985.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $890,985.12 | | |
| | | | | $890,985.12 | | |

## Leanin' Tree Inc
### Case(s): 337 Clm No: 587 Clm. Amt: $213,012.62

Attn: Scott McGuire
4460 Elevation Dr
Mead, CO 80504
**Date Filed:** 10/29/2024
**Claim Face Value:** $213,012.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $213,012.62 | | |
| | | | | $213,012.62 | | |

## Leatherman Tool Group, Inc
### Case(s): 337 Clm No: 282 Clm. Amt: $58,694.11

P.O. Box 20595
Portland, OR 97294
**Date Filed:** 10/21/2024
**Claim Face Value:** $58,694.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $58,694.11 | | |
| | | | | $58,694.11 | | |

## LeDonne Hardware
### Case(s): 337 Clm No: 100050 Clm. Amt: $780.53

1750 Taft Ave
Berkeley, IL 60163
**Date Filed:** 12/9/2024
**Claim Face Value:** $780.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $780.53 | | $0.00 |
| | | | | $780.53 | | $0.00 |

## Lee's Pottery dba Trendspot Inc
### Case(s): 337 Clm No: 234 Clm. Amt: $19,997.90

61 S Baldwin Ave, Unit 1510
Sierra Madre, CA 91024
**Date Filed:** 10/19/2024
**Claim Face Value:** $19,997.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $19,997.90 | | |
| | | | | $19,997.90 | | |

## Lee's Pottery Inc.
### Case(s): 337 Clm No: 100367 Clm. Amt: $3,742.88

dba Trendspot Inc
1595 E San Bernardino Ave
San Bernardino, CA 92408
**Date Filed:** 1/13/2025
**Claim Face Value:** $3,742.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $3,742.88 | | $0.00 |
| | | | | $3,742.88 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Lee's Pottery Inc.
**Case(s): 337 Clm No: 100368 Clm. Amt: $3,742.88**

*dba Trendspot Inc*
*1595 E San Bernardino Ave*
*San Bernardino, CA 92408*
**Date Filed:** 1/14/2025
**Claim Face Value:** $3,742.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $3,742.88 | | $0.00 |
| | | | | $3,742.88 | | $0.00 |

## Legacy Publishing Group, Inc.
**Case(s): 337 Clm No: 1225 Clm. Amt: $2,841.08**

*Attn: Timothy G Cross*
*75 Green St, Ste 2*
*Clinton, MA 01510*
**Date Filed:** 11/18/2024
**Claim Face Value:** $2,841.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,841.08 | | |
| | | | | $2,841.08 | | |

## Legend Brands Inc
**Case(s): 337 Clm No: 597 Clm. Amt: $166.75**

*15180 Josh Wilson Rd*
*Burlington, WA 98233*
**Date Filed:** 10/29/2024
**Claim Face Value:** $166.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $166.75 | | |
| | | | | $166.75 | | |

## Legend Brands Inc
**Case(s): 337 Clm No: 598 Clm. Amt: $12,188.00**

*15180 Josh Wilson Rd*
*Burlington, WA 98233*
**Date Filed:** 10/29/2024
**Claim Face Value:** $12,188.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,188.00 | | |
| | | | | $12,188.00 | | |

## Legend Brands Inc
**Case(s): 337 Clm No: 599 Clm. Amt: $7,016.00**

*15180 Josh Wilson Rd*
*Burlington, WA 98233*
**Date Filed:** 10/29/2024
**Claim Face Value:** $7,016.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,016.00 | | |
| | | | | $7,016.00 | | |

## Legend Brands Inc
**Case(s): 337 Clm No: 593 Clm. Amt: $86.46**

*15180 Josh Wilson Rd*
*Burlington, WA 98233*
**Date Filed:** 10/29/2024
**Claim Face Value:** $86.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $86.46 | | |
| | | | | $86.46 | | |

## Legend Valve & Fitting LLC
**Case(s): 337 Clm No: 1066 Clm. Amt: $44,340.91**

*Attn: Nathan Nichols*
*300 N Opdyke Rd*
*Auburn Hills, MI 48326*
**Date Filed:** 11/14/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $44,340.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $7,574.31 | | $0.00 |
| 337 | UNS | Allowed | | $36,766.60 | | $39,256.87 |
| | | | | $44,340.91 | | $39,256.87 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## LEGO Systems, Inc
**Case(s): 337 Clm No: 1404 Clm. Amt: $19,466.25**

*100 Print Shop Rd*
*Enfield, CT 06082*
**Date Filed:** 11/22/2024
**Claim Face Value:** $19,466.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $19,466.25 | | |
| | | | | $19,466.25 | | |

## Leidos, Inc
**Case(s): 337 Clm No: 951 Clm. Amt: $31,168.59**

*c/o Legal Dept*
*1750 Presidents St*
*Reston, VA 20190*
**Date Filed:** 11/10/2024
**Claim Face Value:** $31,168.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $31,168.59 | | |
| | | | | $31,168.59 | | |

## Lemax, Inc.
**Case(s): 337 Clm No: 2820 Clm. Amt: $43,055.64**

*c/o Schlossberg, LLC*
*Attn: Tiffany L Stichel, Esq*
*35 Braintree Hill Park, Ste 401*
*Braintree, MA 02184*
**Date Filed:** 1/19/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $43,055.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $43,055.64 | | |
| | | | | $43,055.64 | | |

## Leneta Company
**Case(s): 337 Clm No: 1997 Clm. Amt: $904.84**

*15 Whitney Rd*
*Mahwah, NJ 07430*
**Date Filed:** 11/29/2024
**Claim Face Value:** $904.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $904.84 | | |
| | | | | $904.84 | | |

## Leslie Killian
### Case(s): 337 Clm No: 1865 Clm. Amt: $22,625,021.92

c/o Morris & Player PLLC
Attn: Douglas H Morris
1211 Herr Ln, Ste 205
Louisville, KY 40222
**Date Filed:** 11/27/2024
**Claim Face Value:** $22,625,021.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $22,625,021.92 | | |
| | | | | $22,625,021.92 | | |

## Level 3 Communications, LLC a CenturyLink Company
### Case(s): 337 Clm No: 988 Clm. Amt: $4,080.01

c/o Lumen Technologies Group
Attn: Bankruptcy
931 14th St, 9th Fl
Denver, CO 80202
**Date Filed:** 11/12/2024
**Claim Face Value:** $4,080.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,080.01 | | |
| | | | | $4,080.01 | | |

## Leviton Manufacturing Co., Inc.
### Case(s): 337 Clm No: 2268 Clm. Amt: $51,091.01

Attn: Tiffany Capparelli
201 N Service Rd
Melville, NY 11747
**Date Filed:** 12/5/2024
**Claim Face Value:** $51,091.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $51,091.01 | | |
| | | | | $51,091.01 | | |

## Lewis Lifetime Tools
### Case(s): 337 Clm No: 455 Clm. Amt: $26,215.77

2475 Paseo de las Americas, Ste 1122
San Diego, CA 92154
**Date Filed:** 10/23/2024
**Claim Face Value:** $26,215.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Withdrawn | | $26,215.77 | | $0.00 |
| | | | | $26,215.77 | | $0.00 |

## Lexmark International, Inc.
### Case(s): 337 Clm No: 2303 Clm. Amt: $45,602.46

Attn: Jonathan Hurt
740 W New Cir Rd
Lexington, KY 40550
**Date Filed:** 12/5/2024
**Claim Face Value:** $45,602.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $45,602.46 | | |
| | | | | $45,602.46 | | |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2642 Clm. Amt: $4,788.00**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,788.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,788.00 | | $0.00 |
| | | | | $4,788.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2666 Clm. Amt: $22,567.44**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $22,567.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,567.44 | | |
| | | | | $22,567.44 | | |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2667 Clm. Amt: $10,758.00**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,758.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,758.00 | | |
| | | | | $10,758.00 | | |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2668 Clm. Amt: $22,698.00**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $22,698.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,698.00 | | |
| | | | | $22,698.00 | | |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2670 Clm. Amt: $15,773.52**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,773.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $15,773.52 | | |
| | | | | $15,773.52 | | |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2671 Clm. Amt: $76.50**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $76.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $76.50 | | |
| | | | | $76.50 | | |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2672 Clm. Amt: $273.16**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $273.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $273.16 | | |
| | | | | $273.16 | | |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2673 Clm. Amt: $143.40**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $143.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $143.40 | | |
| | | | | $143.40 | | |

**Liberty Garden Products, Inc.**
**Case(s): 337 Clm No: 2674 Clm. Amt: $207.46**

*1161 S Park Dr*
*Kernersville, NC 27284*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $207.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $207.46 | | |
| | | | | $207.46 | | |

**Liberty Safe & Security Products Inc.**
**Case(s): 337 Clm No: 1600 Clm. Amt: $76,390.40**

*Attn: Rusty Bayles*
*1199 W Utah Ave*
*Payson, UT 84651*
**Date Filed:** 11/25/2024
**Claim Face Value:** $76,390.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $668.00 | | $0.00 |
| 337 | UNS | | | $75,722.40 | | $75,722.40 |
| | | | | $76,390.40 | | $75,722.40 |

## Lido Designs, Inc.
### Case(s): 337 Clm No: 2797 Clm. Amt: $16,451.52

Attn: Steve Davies
*71 Commerce Dr*
*Brookfield, CT 06804*
**Date Filed:** 1/13/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $16,451.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,451.52 | | |
| | | | | $16,451.52 | | |

## Liesener Soils Inc
### Case(s): 337 Clm No: 1027 Clm. Amt: $92,149.73

*1365 Spring Valley Rd*
*Jackson, WI 53037*
**Date Filed:** 11/13/2024
**Orig. Date Filed:** 10/16/2024
**Amending Clm #:** 55
**Claim Face Value:** $92,149.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $92,149.73 | | |
| | | | | $92,149.73 | | |

## Liesener Soils, Inc
### Case(s): 337 Clm No: 55 Clm. Amt:

*1365 Spring Valley Rd*
*Jackson, WI 53037*
**Date Filed:** 10/16/2024
**Amended By Clm #:** 1027
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Lifetime Brands Inc
### Case(s): 337 Clm No: 121 Clm. Amt: $297,264.58

*12 Applegate Dr*
*Robbinsville, NJ 08691*
**Date Filed:** 10/16/2024
**Claim Face Value:** $297,264.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $19,403.66 | Y | $0.00 |
| 337 | UNS | Disallowed | | $277,860.92 | Y | $0.00 |
| | | | | $297,264.58 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Lifetime Brands Inc
### Case(s): 337 Clm No: 119 Clm. Amt: $297,264.58

*12 Applegate Dr*
*Robbinsville, NJ 08691*
**Date Filed:** 10/16/2024
**Claim Face Value:** $297,264.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $19,403.66 | | $0.00 |
| 337 | UNS | Allowed | | $277,860.92 | | $295,935.34 |
| | | | | $297,264.58 | | $295,935.34 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Lifetime Hong Kong Ltd
### Case(s): 337 Clm No: 1002 Clm. Amt: $38,017.61

*Attn: Tim Schade*
*P.O. Box 160010*
*Freeport Center D-12*
*Clearfield, UT 84016*
**Date Filed:** 11/12/2024
**Claim Face Value:** $38,017.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,017.61 | | |
| | | | | $38,017.61 | | |

## Lifetime Products, Inc.
### Case(s): 337 Clm No: 1076 Clm. Amt: $55,186.16

*Attn: Tim Schade*
*P.O. Box 160010*
*Freeport Center D-12*
*Clearfield, UT 84016*
**Date Filed:** 11/14/2024
**Claim Face Value:** $55,186.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $630.00 | | $0.00 |
| 337 | UNS | Allowed | | $54,556.16 | | $55,186.16 |
| | | | | $55,186.16 | | $55,186.16 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Lighthouse for the Blind
### Case(s): 341 Clm No: 6 Clm. Amt: $12,735.42

*10440 Trenton Ave*
*St Louis, MO 63132*
**Date Filed:** 11/4/2024
**Claim Face Value:** $12,735.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | UNS | | | $12,735.42 | | |
| | | | | $12,735.42 | | |

**Lignetics, Inc.**
**Case(s): 337 Clm No: 100195 Clm. Amt: $7,969.00**

*11101 W 120th Ave, Unit 200*
*Broomfield, CO 80021*
**Date Filed:** 12/19/2024
**Claim Face Value:** $7,969.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $7,969.00 | | $0.00 |
| | | | | $7,969.00 | | $0.00 |

**Lignetics, Inc.**
**Case(s): 337 Clm No: 2515 Clm. Amt: $1,242,969.01**

*Attn: Casey Hofmann*
*11101 W 120th Ave, Ste 200*
*Broomfield, CO 80021*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,242,969.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $175,905.90 | | $0.00 |
| 337 | UNS | | | $1,067,063.11 | | |
| | | | | $1,242,969.01 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Lincoln Nurseries, Inc.**
**Case(s): 337 Clm No: 2907 Clm. Amt: $20,319.68**

*O-142 Lincoln St NW*
*Grand Rapids, MI 49534*
**Date Filed:** 2/25/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $20,319.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $20,319.68 | | |
| | | | | $20,319.68 | | |

**Lindley's Hardware Acct No 19649**
**Case(s): 337 Clm No: 2128 Clm. Amt: $1,800.00**

*P.O. Box 507*
*Jay, OK 74346*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,800.00 | | |
| | | | | $1,800.00 | | |

**Lintech International, LLC**
**Case(s): 337 Clm No: 1112 Clm. Amt: $5,209.60**

*7705 NE Industrial Blvd*
*Macon, GA 31216*
**Date Filed:** 11/15/2024
**Claim Face Value:** $5,209.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,209.60 | | |
| | | | | $5,209.60 | | |

### Linzer Products
**Case(s): 337 Clm No: 1425 Clm. Amt: $199,051.57**

*248 Wyandanch Ave*
*W Babylon, NY 11704*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $199,051.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $199,051.57 | | |
| | | | | $199,051.57 | | |

### Lisle Corporation
**Case(s): 337 Clm No: 2000 Clm. Amt: $3,694.78**

*P.O. Box 89*
*807 E Main St*
*Clarinda, IA 51632*
**Date Filed:** 11/29/2024
**Claim Face Value:** $3,694.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,694.78 | | |
| | | | | $3,694.78 | | |

### Little Beaver, Inc
**Case(s): 337 Clm No: 1854 Clm. Amt: $23,852.03**

*Attn: Joseph W Haynes*
*2009 S Houston Ave*
*Livingston, TX 77351*
**Date Filed:** 11/26/2024
**Claim Face Value:** $23,852.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $7,614.88 | | $0.00 |
| 337 | UNS | Allowed | | $16,237.15 | | $23,852.03 |
| | | | | $23,852.03 | | $23,852.03 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

### Live Edge Timber Co Inc
**Case(s): 337 Clm No: 431 Clm. Amt:**

*1277 Rte 317*
*Ripon, QC J0V 1V0*
*Canada*
**Date Filed:** 10/23/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

### Lixit Corporation
**Case(s): 337 Clm No: 1968 Clm. Amt: $16,584.26**

*100 Coombs St*
*Napa, CA 94559*
**Date Filed:** 11/27/2024
**Claim Face Value:** $16,584.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $16,584.26 | | |
| | | | | $16,584.26 | | |

## Ikeyless LLC dba Car Keys Express
**Case(s): 337 Clm No: 24 Clm. Amt: $16,100.00**

*12101 Sycamore Station Pl*
*Louisville, KY 40299*
**Date Filed:** 10/16/2024
**Claim Face Value:** $16,100.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $16,100.00 | | |
| | | | | $16,100.00 | | |

## LMR Distributing LLC dba ACS
**Case(s): 337 Clm No: 459 Clm. Amt: $170,043.20**

*647 Blackhawk Dr*
*Westmont, IL 60559*
**Date Filed:** 10/23/2024
**Orig. Date Filed:** 10/23/2024
**Amending Clm #:** 490
**Claim Face Value:** $170,043.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $170,043.20 | | $0.00 |
| 337 | UNS | Allowed | | | | $117,946.14 |
| | | | | $170,043.20 | | $117,946.14 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## LMR Distributing LLC dba ACS
**Case(s): 337 Clm No: 490 Clm. Amt: $170,043.20**

*647 Blackhawk Dr*
*Westmont, IL 60559*
**Date Filed:** 10/23/2024
**Amended By Clm #:** 459
**Claim Face Value:** $170,043.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $170,043.20 | | |
| | | | | $170,043.20 | | |

## LMS Global Enterprises, Inc. dba. American Fastening Systems
**Case(s): 337 Clm No: 2147 Clm. Amt: $2,266.27**

*c/o American Fastening Systems*
*2055 White Bear Ave N, Ste C*
*Maplewood, MN 55109*
**Date Filed:** 12/2/2024
**Claim Face Value:** $2,266.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,266.27 | | |
| | | | | $2,266.27 | | |

## Lodge Manufacturing Company
**Case(s): 337 Clm No: 664 Clm. Amt: $169,478.24**

*Attn: Regan Carlton*
*204 E 5th St*
*S Pittsburg, TN 37380*
**Date Filed:** 10/31/2024
**Claim Face Value:** $169,478.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $169,478.24 | | |
| | | | | $169,478.24 | | |

## Logo Mats LLC
**Case(s): 337 Clm No: 795 Clm. Amt: $9,830.51**

*1729 S Davis Rd*
*LaGrange, GA 30241*
**Date Filed:** 11/4/2024
**Claim Face Value:** $9,830.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $944.60 | | $0.00 |
| 337 | UNS | | | $8,885.91 | | $8,885.91 |
| | | | | $9,830.51 | | $8,885.91 |

## Lone Star Hardware Sales & Service
**Case(s): 337 Clm No: 100281 Clm. Amt: $31,861.49**

*P.O. Box 791*
*Aspermont, TX 79502*
**Date Filed:** 12/21/2024
**Claim Face Value:** $31,861.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $31,861.49 | | $0.00 |
| 337 | UNS | Allowed | | | | $31,861.49 |
| | | | | $31,861.49 | | $31,861.49 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Lori A Feuerhelm
**Case(s): 337 Clm No: 1601 Clm. Amt: $3,543.00**

*Address Redacted*
**Date Filed:** 11/25/2024
**Claim Face Value:** $3,543.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $3,543.00 | | $0.00 |
| | | | | $3,543.00 | | $0.00 |

## Lotus & Windoware, Inc
**Case(s): 337 Clm No: 1954 Clm. Amt: $305,930.65**

*14450 Yorba Ave*
*Chino, CA 91710*
**Date Filed:** 11/27/2024
**Claim Face Value:** $305,930.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $305,930.65 | | |
| | | | | $305,930.65 | | |

**Louisiana Department of Revenue**
**Case(s): 344 Clm No: 18 Clm. Amt: $206.74**

*P.O. Box 66658*
*Baton Rouge, LA 70896-6658*
**Date Filed:** 1/15/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $206.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | PRI | Satisfied | | $146.15 | | $0.00 |
| 344 | UNS | | | $60.59 | | $60.59 |
| | | | | $206.74 | | $60.59 |

**Louisiana Department of Revenue**
**Case(s): 342 Clm No: 32 Clm. Amt: $206.14**

*P.O. Box 66658*
*Baton Rouge, LA 70896-6658*
**Date Filed:** 1/15/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $206.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | PRI | Satisfied | | $146.15 | | $0.00 |
| 342 | UNS | | | $59.99 | | $59.99 |
| | | | | $206.14 | | $59.99 |

**Louisville Ladder, Inc**
**Case(s): 337 Clm No: 221 Clm. Amt: $869,639.00**

*7765 National Turnpike, Unit 190*
*Louisville, KY 40214*
**Date Filed:** 10/18/2024
**Amended By Clm #:** 1370
**Claim Face Value:** $869,639.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $869,639.00 | | |
| | | | | $869,639.00 | | |

**Louisville Ladder, Inc.**
**Case(s): 337 Clm No: 1370 Clm. Amt: $869,639.00**

*c/o Preti Flaherty, LLP*
*Attn: Bodie B Colwell*
*P.O. Box 9546*
*Portland, ME 04112*
**Date Filed:** 11/20/2024
**Orig. Date Filed:** 10/18/2024
**Amending Clm #:** 221
**Claim Face Value:** $869,639.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $110,015.14 | | $0.00 |
| 337 | UNS | | | $759,623.86 | | $759,623.86 |
| | | | | $869,639.00 | | $759,623.86 |

**Lowe Manufacturing Co, LLC**
**Case(s): 337 Clm No: 622 Clm. Amt: $7,516.36**

*c/o Berlon Holdings LLC*
*331 Riverview Dr*
*Hustisford, WI 53034*
**Date Filed:** 10/30/2024
**Claim Face Value:** $7,516.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,516.36 | | |
| | | | | $7,516.36 | | |

**Lowe Manufacturing Company, LLC**
**Case(s): 337 Clm No: 378 Clm. Amt:**

*18903 High Point Rd*
*Viola, WI 54664*
**Date Filed:** 10/22/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Lozier Corporation**
**Case(s): 337 Clm No: 1318 Clm. Amt: $376,505.55**

*6336 John J Pershing Dr*
*Omaha, NE 68110*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2816
**Claim Face Value:** $376,505.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $376,505.55 | | |
| | | | | $376,505.55 | | |

**Lozier Corporation**
**Case(s): 337 Clm No: 2816 Clm. Amt: $298,615.98**

*6336 John J Pershing Dr*
*Omaha, NE 68110*
**Date Filed:** 1/16/2025
**Orig. Date Filed:** 11/20/2024
**Amending Clm #:** 1318
**Claim Face Value:** $298,615.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $298,615.98 | | |
| | | | | $298,615.98 | | |

**Luance**
**Case(s): 337 Clm No: 59 Clm. Amt:**

*17 Rue de la Rotonde*
*ZI la Villette*
*42153 Riorges*
*France*
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Lubrication Specialties**
**Case(s): 337 Clm No: 58 Clm. Amt: $21,729.50**

*P.O. Box 3420*
*Westerville, OH 43086*
**Date Filed:** 10/16/2024
**Claim Face Value:** $21,729.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,729.50 | | |
| | | | | $21,729.50 | | |

**Lucas Oil Products, Inc.**
**Case(s): 337 Clm No: 2086 Clm. Amt: $46,390.64**

*3610 River Crossing Pkwy*
*Indianapolis, IN 46240*
**Date Filed:** 12/3/2024
**Claim Face Value:** $46,390.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $46,390.64 | | |
| | | | | $46,390.64 | | |

## Lucky Line Products Inc
**Case(s): 337 Clm No: 331 Clm. Amt: $31,164.19**

*Attn: Ailene McManus CPA, CFO*
*7890 Dunbrook Rd*
*San Diego, CA 92126*
**Date Filed:** 10/21/2024
**Claim Face Value:** $31,164.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,164.19 | | |
| | | | | $31,164.19 | | |

## Lucky Line Products, Inc.
**Case(s): 337 Clm No: 100371 Clm. Amt: $7,884.98**

*7890 Dunbrook Rd*
*San Diego, CA 92126*
**Date Filed:** 1/16/2025
**Claim Face Value:** $7,884.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $7,884.98 | | $0.00 |
| | | | | $7,884.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

## Lumber House Inc
**Case(s): 337 Clm No: 3036 Clm. Amt: $5,156.47**

*1903 N Buckeye Ave*
*Abilene, KS 67410*
**Date Filed:** 6/17/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,156.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,156.47 | | |
| | | | | $5,156.47 | | |

## Lumin Forest Products LLC
**Case(s): 337 Clm No: 1941 Clm. Amt: $52,969.44**

*1180 Peachtree St NE*
*Atlanta, GA 30309*
**Date Filed:** 11/27/2024
**Claim Face Value:** $52,969.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $52,969.44 | | |
| | | | | $52,969.44 | | |

## Lundmark Wax
**Case(s): 337 Clm No: 1867 Clm. Amt: $3,117.31**

*1472 Louis Bork Dr*
*Batavia, IL 60510*
**Date Filed:** 11/27/2024
**Claim Face Value:** $3,117.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,117.31 | | |
| | | | | $3,117.31 | | |

## Lupine Inc
### Case(s): 337 Clm No: 801 Clm. Amt: $10,389.71

16 Lupine Ln
Center Conway, NH 03813
**Date Filed:** 11/4/2024
**Claim Face Value:** $10,389.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $10,389.71 | | |
| | | | | $10,389.71 | | |

## Lyanne Franklin Haislip
### Case(s): 337 Clm No: 2272 Clm. Amt: $12,358.16

Address Redacted
**Date Filed:** 12/5/2024
**Claim Face Value:** $12,358.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $12,358.16 | | |
| | | | | $12,358.16 | | |

## Lyna P Watson / Wintergreen Hardware Inc
### Case(s): 342 Clm No: 100001 Clm. Amt: $17,154.33

2267 Rockfish Valley Hwy
Nellysford, VA 22958
**Date Filed:** 12/19/2024
**Claim Face Value:** $17,154.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 342 | ADM | Disallowed | | $17,154.33 | | $0.00 |
| | | | | $17,154.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Lynn Ladder & Scaffolding Co., Inc
### Case(s): 337 Clm No: 2619 Clm. Amt: $38,676.73

c/o Tucker Albin & Associates
Attn: Raymond Joseph Gambrill III
1702 Collins Blvd, Ste 100
Richardson, TX 75080
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $38,676.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $38,676.73 | | |
| | | | | $38,676.73 | | |

## M-D Building Products
### Case(s): 337 Clm No: 572 Clm. Amt: $59,532.79

Attn: Kelli Martin
4041 N Santa Fe Ave
Oklahoma City, OK 73118
**Date Filed:** 10/28/2024
**Claim Face Value:** $59,532.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $59,532.79 | | |
| | | | | $59,532.79 | | |

## M. Jacob and Sons dba MJS Packaging
**Case(s): 337 Clm No: 1303 Clm. Amt: $20,109.48**

*35601 Veronica St*
*Livonia, MI 48150*
**Date Filed:** 11/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $20,109.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,109.48 | | |
| | | | | $20,109.48 | | |

## Maass Midwest Mfg Inc
**Case(s): 337 Clm No: 1998 Clm. Amt: $222.44**

*P.O. Box 547*
*Huntley, IL 60142*
**Date Filed:** 11/29/2024
**Claim Face Value:** $222.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $222.44 | | |
| | | | | $222.44 | | |

## Maax Bath Inc.
**Case(s): 337 Clm No: 2821 Clm. Amt: $14,259.40**

*160 St Joseph Blvd*
*Lachine, QC H8S 2L3*
*Canada*
**Date Filed:** 1/20/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $14,259.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $14,259.40 | | |
| | | | | $14,259.40 | | |

## MacCourt Products Inc
**Case(s): 337 Clm No: 1095 Clm. Amt: $42,420.32**

*4881 Ironton St*
*Denver, CO 80239*
**Date Filed:** 11/14/2024
**Claim Face Value:** $42,420.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $42,420.32 | | |
| | | | | $42,420.32 | | |

## MacKissic, Inc.
**Case(s): 337 Clm No: 1271 Clm. Amt: $4,236.42**

*P.O. Box 111*
*1189 Old Schuylkill Rd*
*Parker Ford, PA 19457-0111*
**Date Filed:** 11/20/2024
**Claim Face Value:** $4,236.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,236.42 | | |
| | | | | $4,236.42 | | |

## Madison Mill, Inc.
**Case(s): 337 Clm No: 1252 Clm. Amt: $75,567.49**

*P.O. Box 155*
*Ashland City, TN 37015*
**Date Filed:** 11/19/2024
**Claim Face Value:** $75,567.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $5,745.21 | | $0.00 |
| 337 | UNS | | | $69,822.28 | | $69,822.28 |
| | | | | $75,567.49 | | $69,822.28 |

## Madix Inc. a/k/a Madix Store Fixtures, Inc.
**Case(s): 337 Clm No: 1541 Clm. Amt: $1,267,083.72**

*Attn: Annmarie Chiarello*
*500 Winstead Bldg*
*2728 N Harwood St*
*Dallas, TX 75201*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,267,083.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $146,423.63 | | $0.00 |
| 337 | UNS | Allowed | | $1,120,660.09 | | $1,267,083.72 |
| | | | | $1,267,083.72 | | $1,267,083.72 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Maersk Agency USA Inc as agent for Maersk A/S
**Case(s): 337 Clm No: 1390 Clm. Amt: $21,190.00**

*Attn: Sue Graham*
*9300 Arrowpoint Blvd*
*Charlotte, NC 28273*
**Date Filed:** 11/21/2024
**Claim Face Value:** $21,190.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | Disallowed | | $21,190.00 | | $0.00 |
| | | | | $21,190.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## MAG Instrument, Inc.
**Case(s): 337 Clm No: 1283 Clm. Amt: $90,593.20**

*2001 S Hellman Ave*
*Ontario, CA 91761*
**Date Filed:** 11/19/2024
**Claim Face Value:** $90,593.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,593.20 | | |
| | | | | $90,593.20 | | |

## MAG Instrument, Inc.
**Case(s): 337 Clm No: 1369 Clm. Amt: $90,593.20**

*2001 S Hellman Ave*
*Ontario, CA 91761*
**Date Filed:** 11/20/2024
**Claim Face Value:** $90,593.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,593.20 | | |
| | | | | $90,593.20 | | |

## Maggies Farm, Ltd
**Case(s): 337 Clm No: 2181 Clm. Amt: $1,845.24**

*Attn: Cisse Spragins*
*1257 Bedford Ave*
*N Kansas City, MO 64116*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,845.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,845.24 | | |
| | | | | $1,845.24 | | |

## Magic Sliders LLC
**Case(s): 337 Clm No: 1079 Clm. Amt: $82,906.92**

*520 White Plains Rd, Ste 500*
*Tarrytown, NY 10591*
**Date Filed:** 11/14/2024
**Claim Face Value:** $82,906.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $82,906.92 | | |
| | | | | $82,906.92 | | |

## Magnolia Brush Mfrs, Ltd
**Case(s): 337 Clm No: 1586 Clm. Amt: $7,060.79**

*Attn: Steve Bishop*
*P.O. Box 932*
*Clarksville, TX 75426*
**Date Filed:** 11/23/2024
**Claim Face Value:** $7,060.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,695.95 | | $0.00 |
| 337 | UNS | Allowed | | $5,364.84 | | $7,060.79 |
| | | | | $7,060.79 | | $7,060.79 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## Maid-O-Mist LLC
**Case(s): 337 Clm No: 100129 Clm. Amt: $9,229.38**

*3196 N Kennicott Ave*
*Arlington Heights, IL 60084*
**Date Filed:** 12/16/2024
**Claim Face Value:** $9,229.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $9,229.38 | | $0.00 |
| 337 | UNS | Allowed | | | | $9,229.38 |
| | | | | $9,229.38 | | $9,229.38 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Makita Latin America Inc
**Case(s): 337 Clm No: 2340 Clm. Amt: $515,694.56**

*c/o Coface North America Insurance Company*
*Attn: Isabel Lopez U*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 12/5/2024
**Claim Face Value:** $515,694.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $515,694.56 | | |
| | | | | $515,694.56 | | |

## Makita Latin America, Inc
**Case(s): 337 Clm No: 1969 Clm. Amt: $515,694.56**

*9221 W 44th Ave, Ste 900*
*Hialeah, FL 33018*
**Date Filed:** 11/27/2024
**Claim Face Value:** $515,694.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $12,448.55 | | $0.00 |
| 337 | UNS | Allowed | | $503,246.01 | | $515,694.56 |
| | | | | $515,694.56 | | $515,694.56 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|------------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

## Makita Latin America, Inc
**Case(s): 337 Clm No: 940 Clm. Amt: $515,694.56**

*9221 W 44th Ave, Ste 900*
*Hialeah, FL 33018*
**Date Filed:** 11/8/2024
**Claim Face Value:** $515,694.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $515,694.56 | | |
| | | | | $515,694.56 | | |

## Makita USA Inc
**Case(s): 337 Clm No: 855 Clm. Amt: $303,905.59**

*14930 Northam St*
*La Mirada, CA 90638*
**Date Filed:** 11/5/2024
**Claim Face Value:** $303,905.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $56,644.49 | | $0.00 |
| 337 | UNS | Allowed | | $247,261.10 | | $303,905.59 |
| | | | | $303,905.59 | | $303,905.59 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

## Malco Products Inc
**Case(s): 337 Clm No: 542 Clm. Amt: $37,905.36**

*Attn: Marc Mucci*
*361 Fairland Ave*
*Barberton, OH 44203*
**Date Filed:** 10/28/2024
**Claim Face Value:** $37,905.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $37,905.36 | | |
| | | | | $37,905.36 | | |

## Malco Products Inc
**Case(s): 337 Clm No: 2566 Clm. Amt: $3,288.12**

*361 Fairland Ave*
*Barberton, OH 44203*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,288.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,288.12 | | |
| | | | | $3,288.12 | | |

## Malco Tools, Inc
**Case(s): 337 Clm No: 539 Clm. Amt: $61,105.96**

*Attn: Marvin Kampa*
*14080 State Hwy 55 NW*
*Annandale, MN 55302*
**Date Filed:** 10/28/2024
**Claim Face Value:** $61,105.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $61,105.96 | | |
| | | | | $61,105.96 | | |

## Malden International Designs, Inc.
**Case(s): 337 Clm No: 1925 Clm. Amt: $5,177.81**

*19 Cowan Dr*
*Middleboro, MA 02346*
**Date Filed:** 11/26/2024
**Claim Face Value:** $5,177.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,177.81 | | |
| | | | | $5,177.81 | | |

## Manhattan Associates, Inc.
### Case(s): 337 Clm No: 2082 Clm. Amt: $24,000.00

*2300 Windy Ridge Pkwy, 10th Fl*
*Atlanta, GA 30384*
**Date Filed:** 12/3/2024
**Claim Face Value:** $24,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $24,000.00 | | |
| | | | | $24,000.00 | | |

## Manna Pro Products, LLC
### Case(s): 337 Clm No: 1020 Clm. Amt: $852,398.58

*707 Spirit 40 Park Dr*
*Chesterfield, MO 63005*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $852,398.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $852,398.58 | | |
| | | | | $852,398.58 | | |

## Manna Pro Products, LLC
### Case(s): 337 Clm No: 100349 Clm. Amt: $134,003.91

*707 Spirit 40 Park Dr*
*Chesterfield, MO 63005-1137*
**Date Filed:** 12/26/2024
**Claim Face Value:** $134,003.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $134,003.91 | | $0.00 |
| | | | | $134,003.91 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Mansfield Oil Company
### Case(s): 337 Clm No: 1317 Clm. Amt: $121,631.23

*c/o Thompson O'Brien Kappler & Nasuti*
*Attn: Michael B Pugh*
*2 Sun Ct, Ste 400*
*Peachtree Corners, GA 30092*
**Date Filed:** 11/20/2024
**Orig. Date Filed:** 11/7/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 922
**Amended By Clm #:** 2448
**Claim Face Value:** $121,631.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $59,970.64 | Y | $0.00 |
| 337 | UNS | Disallowed | | $61,660.59 | Y | $0.00 |
| | | | | $121,631.23 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Mansfield Oil Company
**Case(s): 337 Clm No: 2448 Clm. Amt: $104,305.57**

*c/o Thompson O'Brien Kappler & Nasuti*
*Attn: Michael B Pugh*
*2 Sun Ct, Ste 400*
*Peachtree Corners, GA 30092*
**Date Filed:** 12/11/2024
**Orig. Date Filed:** 11/7/2024
**Amending Clm #:** 1317
**Claim Face Value:** $104,305.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $59,970.64 | | $0.00 |
| 337 | UNS | Allowed | | $44,334.93 | | $104,305.57 |
| | | | | $104,305.57 | | $104,305.57 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Mansfield Oil Company
**Case(s): 337 Clm No: 907 Clm. Amt: $121,631.23**

*c/o Thompson O'Brien Kappler & Nasuti*
*Attn: Michael B Pugh*
*2 Sun Ct, Ste 400*
*Peachtree Corners, GA 30092*
**Date Filed:** 11/7/2024
**Amended By Clm #:** 922
**Claim Face Value:** $121,631.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $121,631.23 | | |
| | | | | $121,631.23 | | |

## Mansfield Oil Company
**Case(s): 337 Clm No: 922 Clm. Amt: $121,631.23**

*c/o Thompson O'Brien Kappler & Nasuti*
*Attn: Michael B Pugh*
*2 Sun Ct, Ste 400*
*Peachtree Corners, GA 30092*
**Date Filed:** 11/8/2024
**Orig. Date Filed:** 11/7/2024
**Amending Clm #:** 907
**Amended By Clm #:** 1317
**Claim Face Value:** $121,631.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $59,970.64 | | $0.00 |
| 337 | UNS | Disallowed | | $61,660.59 | | $0.00 |
| | | | | $121,631.23 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Mansfield Plumbing Products LLC
**Case(s): 337 Clm No: 1880 Clm. Amt: $49,601.58**

*Attn: Morgan Brown*
*1430 George Rd*
*Ashland, OH 44805*
**Date Filed:** 11/27/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $49,601.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $49,601.58 | | $0.00 |
| | | | | $49,601.58 | | $0.00 |

## Mansfield Plumbing Products LLC
**Case(s): 337 Clm No: 2218 Clm. Amt: $157,503.27**

*Attn: Morgan Brown*
*1430 George Rd*
*Ashland, OH 44805*
**Date Filed:** 12/4/2024
**Claim Face Value:** $157,503.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $157,503.27 | | |
| | | | | $157,503.27 | | |

## Manufacturers Products Inc
**Case(s): 337 Clm No: 2534 Clm. Amt: $607.79**

*c/o Portable Heater Parts*
*342 N 400 E*
*Valparaiso, IN 46383*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $607.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $607.79 | | |
| | | | | $607.79 | | |

## Maple Avenue
**Case(s): 337 Clm No: 2596 Clm. Amt: $33,850.75**

*W228S7095 Enterprise Dr*
*Big Bend, WI 53103*
**Date Filed:** 12/19/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $33,850.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $33,850.75 | | $0.00 |
| | | | | $33,850.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Marastar LLC
**Case(s): 337 Clm No: 313 Clm. Amt: $46,406.86**

*Attn: Randy Obanion*
*23 Windham Blvd*
*Alken, SC 29805*
**Date Filed:** 10/21/2024
**Claim Face Value:** $46,406.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $46,406.86 | | |
| | | | | $46,406.86 | | |

## Marble King, Incorporated
**Case(s): 337 Clm No: 213 Clm. Amt: $7,929.80**

*P.O. Box 195*
*Paden City, WV 26159*
**Date Filed:** 10/18/2024
**Claim Face Value:** $7,929.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $7,929.80 | | |
| | | | | $7,929.80 | | |

## Marble King, Incorporated
**Case(s): 337 Clm No: 210 Clm. Amt: $7,929.80**

*P.O. Box 195*
*Paden City, WV 26159*
**Date Filed:** 10/18/2024
**Claim Face Value:** $7,929.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $7,929.80 | | |
| | | | | $7,929.80 | | |

## Marey International LLC
**Case(s): 337 Clm No: 802 Clm. Amt: $43,805.36**

*8113 NW 68th St*
*Miami, FL 33166*
**Date Filed:** 11/4/2024
**Claim Face Value:** $43,805.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $43,805.36 | | |
| | | | | $43,805.36 | | |

## Mariotti Building Products, Inc.
**Case(s): 337 Clm No: 1996 Clm. Amt: $147,948.33**

*c/o Caputo & Mariotti, PC*
*730 Main St*
*Moosic, PA 18507*
**Date Filed:** 11/29/2024
**Claim Face Value:** $147,948.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $147,948.33 | | |
| | | | | $147,948.33 | | |

## Maritz Global Events
**Case(s): 337 Clm No: 1228 Clm. Amt: $172,537.36**

*c/o Carmody MacDonald PC*
*Attn: Nathan R Wallace*
*120 S Central Ave, Ste 1800*
*St Louis, MO 63105*
**Date Filed:** 11/18/2024
**Amended By Clm #:** 2910
**Claim Face Value:** $172,537.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | Disallowed | | $172,537.36 | | $0.00 |
| | | | | $172,537.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Maritz Global Events
**Case(s): 337 Clm No: 2910 Clm. Amt: $228,365.06**

*c/o Carmody MacDonald PC*
*Attn: Nathan R Wallace*
*120 S Central Ave, Ste 1800*
*St Louis, MO 63105*
**Date Filed:** 2/25/2025
**Orig. Date Filed:** 11/18/2024
**Amending Clm #:** 1228
**Claim Face Value:** $228,365.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $228,365.06 | | |
| | | | | $228,365.06 | | |

## Markman Peat Corp
**Case(s): 337 Clm No: 1991 Clm. Amt: $50,251.14**

*P.O. Box 777*
*Le Claire, IA 52753*
**Date Filed:** 11/29/2024
**Claim Face Value:** $50,251.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,254.30 | | $0.00 |
| 337 | UNS | | | $45,996.84 | | |
| | | | | $50,251.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Marriott Marquis Chicago
**Case(s): 337 Clm No: 2993 Clm. Amt: $272,356.26**

*2121 S Prairie Ave*
*Chicago, IL 60616*
**Date Filed:** 5/9/2025
**Claim Face Value:** $272,356.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $272,356.26 | | |
| | | | | $272,356.26 | | |

## Mars Fishcare North America Inc.
**Case(s): 337 Clm No: 871 Clm. Amt: $7,625.82**

*50 E Hamilton St*
*Chalfont, PA 18914*
**Date Filed:** 11/6/2024
**Claim Face Value:** $7,625.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $7,625.82 | | |
| | | | | $7,625.82 | | |

## Mars Fishcare North America Inc.
**Case(s): 337 Clm No: 872 Clm. Amt: $7,545.00**

*50 E Hamilton St*
*Chalfont, PA 18914*
**Date Filed:** 11/6/2024
**Claim Face Value:** $7,545.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $7,545.00 | | |
| | | | | $7,545.00 | | |

## Marshall Dennehey
**Case(s): 337 Clm No: 2027 Clm. Amt: $6,120.54**

*Attn: Paul Tenaglio*
*2000 Market St, 22nd Fl*
*Philadelphia, PA 19103-7006*
**Date Filed:** 12/2/2024
**Claim Face Value:** $6,120.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,120.54 | | |
| | | | | $6,120.54 | | |

## Marshall Home Corporation
### Case(s): 337 Clm No: 1423 Clm. Amt: $14,703.29

*2811 Harman Dr*
*Elkhart, IN 46514*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $14,703.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $14,703.29 | | |
| | | | | $14,703.29 | | |

## Marshall Lumber Co.
### Case(s): 337 Clm No: 740 Clm. Amt: $12,922.59

*500 N Hwy 59*
*Marshall, MN 56258*
**Date Filed:** 11/1/2024
**Claim Face Value:** $12,922.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $12,922.59 | | |
| | | | | $12,922.59 | | |

## Marshall Pottery Dba Deroma USA
### Case(s): 337 Clm No: 1893 Clm. Amt: $200,879.75

*Attn: Curtis Crane*
*4901 Elysian Fields Rd*
*Marshall, TX 75672*
**Date Filed:** 11/26/2024
**Claim Face Value:** $200,879.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $200,879.75 | | |
| | | | | $200,879.75 | | |

## MarshallTown Company
### Case(s): 337 Clm No: 788 Clm. Amt: $434,499.88

*104 S 8th Ave*
*Marshalltown, IA 50158*
**Date Filed:** 11/1/2024
**Claim Face Value:** $434,499.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $64,775.48 | | $0.00 |
| 337 | UNS | Allowed | | $369,724.40 | | $434,499.88 |
| | | | | $434,499.88 | | $434,499.88 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## MarshallTown Hammer LLC
### Case(s): 337 Clm No: 789 Clm. Amt: $225,418.97

*c/o Vaughan & Bushnell Mfg Co*
*104 S 8th Ave*
*Marshalltown, IA 50158*
**Date Filed:** 11/1/2024
**Claim Face Value:** $225,418.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $19,990.69 | | $0.00 |
| 337 | UNS | | | $205,428.28 | | $205,428.28 |
| | | | | $225,418.97 | | $205,428.28 |

## Marten Transport, Ltd.
**Case(s): 337 Clm No: 1804 Clm. Amt: $1,013.55**

*Attn: Kristin Louise Hoff*
*129 Marten St*
*Mondovi, WI 54755*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,013.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,013.55 | | |
| | | | | $1,013.55 | | |

## Martin Wheel
**Case(s): 344 Clm No: 2 Clm. Amt: $121,824.76**

*342 West Ave*
*Tallmadge, OH 44278*
**Date Filed:** 10/28/2024
**Claim Face Value:** $121,824.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | 503(b)(9) | Satisfied | | $26,763.50 | | $0.00 |
| 344 | UNS | Allowed | | $95,061.26 | | $104,720.14 |
| | | | | $121,824.76 | | $104,720.14 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Martin Wheel
**Case(s): 341 Clm No: 4 Clm. Amt: $7,356.19**

*342 West Ave*
*Tallmadge, OH 44278*
**Date Filed:** 10/28/2024
**Claim Face Value:** $7,356.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | UNS | | | $7,356.19 | | |
| | | | | $7,356.19 | | |

## MAS Wholesale Holdings LLC
**Case(s): 337 Clm No: 1620 Clm. Amt: $52,970.49**

*1065 Old Country Rd, Unit 204*
*Westbury, NY 11590*
**Date Filed:** 11/25/2024
**Claim Face Value:** $52,970.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $52,970.49 | | |
| | | | | $52,970.49 | | |

## Masontops, Inc.
**Case(s): 337 Clm No: 2546 Clm. Amt: $4,967.64**

*Attn: Benjamin J Court*
*50 S 6th St, Ste 2600*
*Minneapolis, MN 554402*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,967.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,967.64 | | |
| | | | | $4,967.64 | | |

**Massachusetts Department of Revenue**
**Case(s): 337 Clm No: 807 Clm. Amt: $133,630.50**

*c/o Bankruptcy Unit*
*P.O. Box 7090*
*Boston, MA 02204-7090*
**Date Filed:** 11/4/2024
**Claim Face Value:** $133,630.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | PRI | Withdrawn | | $45,794.62 | | $0.00 |
| 337 | UNS | Withdrawn | | $87,835.88 | | $0.00 |
| | | | | $133,630.50 | | $0.00 |

**Massachusetts Department of Revenue**
**Case(s): 338 Clm No: 3 Clm. Amt: $25,463.85**

*c/o Bankruptcy Unit*
*P.O. Box 7090*
*Boston, MA 02204-7090*
**Date Filed:** 10/30/2024
**Claim Face Value:** $25,463.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 338 | PRI | Withdrawn | | $22,486.75 | | $0.00 |
| 338 | UNS | Withdrawn | | $2,977.10 | | $0.00 |
| | | | | $25,463.85 | | $0.00 |

**Massarelli's**
**Case(s): 337 Clm No: 492 Clm. Amt: $28,438.00**

*Attn: Nola Capretti*
*500 S Egg Harbor Rd*
*Hammonton, NJ 08037*
**Date Filed:** 10/21/2024
**Claim Face Value:** $28,438.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $28,438.00 | | |
| | | | | $28,438.00 | | |

**Master Lock Company LLC**
**Case(s): 337 Clm No: 100216 Clm. Amt: $38,431.58**

*6744 S Howell Ave*
*Oak Creek, WI 53154*
**Date Filed:** 12/19/2024
**Claim Face Value:** $38,431.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $38,431.58 | | $0.00 |
| | | | | $38,431.58 | | $0.00 |

## Master Lock Company LLC
**Case(s): 337 Clm No: 3024 Clm. Amt: $1,085,766.99**

*Attn: Robert Hernandez*
*6744 S Howell Ave*
*Oak Creek, WI 53154*
**Date Filed:** 5/28/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1843
**Claim Face Value:** $1,085,766.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $280,056.47 | | $0.00 |
| 337 | UNS | Disallowed | | $805,710.52 | | $0.00 |
| | | | | $1,085,766.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |
| Duplicate claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Master Lock Company, LLC
**Case(s): 337 Clm No: 1843 Clm. Amt: $1,085,766.99**

*Attn: Robert Hernandez*
*6744 S Howell Ave*
*Oak Creek, WI 53154*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 3024
**Claim Face Value:** $1,085,766.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $280,056.47 | | $0.00 |
| 337 | UNS | Allowed | | $805,710.52 | | $905,325.81 |
| | | | | $1,085,766.99 | | $905,325.81 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Master Magnetics, Inc.
**Case(s): 337 Clm No: 1099 Clm. Amt: $171,125.22**

*Attn: Marvin Campbell*
*1211 Atchison Ct*
*Castle Rock, CO 80109*
**Date Filed:** 11/14/2024
**Claim Face Value:** $171,125.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $126,591.34 | | $0.00 |
| 337 | UNS | Allowed | | $44,533.88 | | $157,641.28 |
| | | | | $171,125.22 | | $157,641.28 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Master-Halco, Inc

**Case(s): 337 Clm No: 850 Clm. Amt: $26,315.64**

*c/o Phillips Murrah PC*
*Attn: Mark E Golman*
*3710 Rawlins St, Ste 900*
*Dallas, TX 75219*
**Date Filed:** 11/5/2024
**Claim Face Value:** $26,315.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $239.50 | | $0.00 |
| 337 | UNS | | | $26,076.14 | | $26,076.14 |
| | | | | $26,315.64 | | $26,076.14 |

## Master-Halco, Inc.

**Case(s): 337 Clm No: 100355 Clm. Amt: $1,158.00**

*3710 Rawlins St, Ste 900*
*Dallas, TX 75219*
**Date Filed:** 12/26/2024
**Claim Face Value:** $1,158.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $1,158.00 | | $0.00 |
| | | | | $1,158.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 977 | Objection Granted | 04/15/2025 | 1104 |

## MasterBrand Cabinets LLC

**Case(s): 337 Clm No: 2589 Clm. Amt: $167,456.93**

*3300 Enterprise Pkwy, Unit 300*
*Beachwood, OH 44122*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $167,456.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $167,456.93 | | |
| | | | | $167,456.93 | | |

## MAT Industries, LLC

**Case(s): 337 Clm No: 1703 Clm. Amt: $27,675.82**

*Attn: Bob Patton*
*6700 Wildlife Way*
*Long Grove, IL 60047*
**Date Filed:** 11/25/2024
**Claim Face Value:** $27,675.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $6,626.92 | | $0.00 |
| 337 | UNS | | | $21,048.90 | | $21,048.90 |
| | | | | $27,675.82 | | $21,048.90 |

## Matson Logistics Services, LLC

**Case(s): 337 Clm No: 465 Clm. Amt: $27,020.00**

*4000 Embassy Pkwy, Ste 380*
*Akron, OH 44333*
**Date Filed:** 10/24/2024
**Claim Face Value:** $27,020.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $27,020.00 | | |
| | | | | $27,020.00 | | |

## Mattel, Inc
**Case(s): 337 Clm No: 1378 Clm. Amt: $145,611.16**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/21/2024
**Claim Face Value:** $145,611.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $145,611.16 | | |
| | | | | $145,611.16 | | |

## Mattsons Inc
**Case(s): 337 Clm No: 1599 Clm. Amt: $22,828.18**

*223 S Ensley*
*Howard City, MI 49329*
**Date Filed:** 11/23/2024
**Claim Face Value:** $22,828.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Disallowed | | $22,828.18 | | $0.00 |
| | | | | $22,828.18 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Maverick Plastics, LLC
**Case(s): 337 Clm No: 1182 Clm. Amt: $38,676.00**

*c/o Eastman & Smith Ltd*
*Attn: Mark W Sandretto, Esq*
*1 Seagate, 27th Fl*
*Toledo, OH 43604*
**Date Filed:** 11/18/2024
**Claim Face Value:** $38,676.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | | | $750.60 | | |
| 337 | UNS | | | $37,925.40 | | $37,925.40 |
| | | | | $38,676.00 | | $37,925.40 |

## MAX Chemical Inc. Vendor # 63892
**Case(s): 337 Clm No: 1767 Clm. Amt: $52,510.14**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 11/26/2024
**Claim Face Value:** $52,510.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $52,510.14 | | $0.00 |
| | | | | $52,510.14 | | $0.00 |

## Max Chemical Inc. Vendor # 63892
**Case(s): 337 Clm No: 170 Clm. Amt: $98,343.84**

*P.O. Box 363841*
*San Juan, PR 00936*
**Date Filed:** 10/17/2024
**Amended By Clm #:** 1769
**Claim Face Value:** $98,343.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $98,343.84 | | |
| | | | | $98,343.84 | | |

**MAX Chemical Inc. Vendor # 63892**
**Case(s): 337 Clm No: 1769 Clm. Amt: $45,833.72**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 10/17/2024
**Amending Clm #:** 170
**Amended By Clm #:** 2246
**Claim Face Value:** $45,833.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $45,833.72 | | |
| | | | | $45,833.72 | | |

**MAX Chemical Inc. Vendor # 63892**
**Case(s): 337 Clm No: 1772 Clm. Amt: $253,618.32**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 11/26/2024
**Claim Face Value:** $253,618.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $253,618.32 | | |
| | | | | $253,618.32 | | |

**Max Chemical Inc., Vendor # 63892**
**Case(s): 337 Clm No: 2244 Clm. Amt: $253,618.32**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 12/4/2024
**Claim Face Value:** $253,618.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $253,618.32 | | |
| | | | | $253,618.32 | | |

**Max Chemical Inc., Vendor # 63892**
**Case(s): 337 Clm No: 2246 Clm. Amt: $45,833.72**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 12/4/2024
**Orig. Date Filed:** 10/17/2024
**Amending Clm #:** 1769
**Claim Face Value:** $45,833.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $45,833.72 | | |
| | | | | $45,833.72 | | |

**Max Chemical Inc., Vendor # 63892**
**Case(s): 337 Clm No: 2247 Clm. Amt: $52,510.14**

*c/o C Conde & Assoc*
*1510 Ave FD Roosevelt, Ste 1302*
*Guaynabo, PR 00968*
*Puerto Rico*
**Date Filed:** 12/4/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $52,510.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $52,510.14 | Y | $0.00 |
| | | | | $52,510.14 | | $0.00 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Max Co Ltd
**Case(s): 337 Clm No: 2607 Clm. Amt: $42,881.62**

*Attn: Xu Liang*
*2nd S Ring Rd, Rm 1203*
*No 1 JiuZhou International Plaza*
*ZhangJiaGang City, JiangSu 215600*
*China*
**Date Filed:** 12/20/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $42,881.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $42,881.62 | | $0.00 |
| | | | | $42,881.62 | | $0.00 |

## Maxchief Europe SL
**Case(s): 337 Clm No: 971 Clm. Amt: $267,712.83**

*c/o Atradius Collections, Inc*
*3500 Lacey Rd, Ste 220*
*Downers Grove, IL 60515*
**Date Filed:** 11/11/2024
**Claim Face Value:** $267,712.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $267,712.83 | | |
| | | | | $267,712.83 | | |

## Mayhew Steel Products, Inc.
**Case(s): 337 Clm No: 1436 Clm. Amt: $6,805.64**

*Attn: Steve Richardson*
*199 Industrial Blvd*
*Turners Falls, MA 01376*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $6,805.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,386.56 | | $0.00 |
| 337 | UNS | Allowed | | $5,419.08 | | $6,805.64 |
| | | | | $6,805.64 | | $6,805.64 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## MB Designs, Inc
**Case(s): 337 Clm No: 384 Clm. Amt: $7,650.00**

*11125 Hillscrest Rd*
*Sister Bay, WI 54234*
**Date Filed:** 10/22/2024
**Claim Face Value:** $7,650.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,650.00 | | |
| | | | | $7,650.00 | | |

## MBW, Inc.
**Case(s): 337 Clm No: 2435 Clm. Amt: $2,870.17**

*P.O. Box 440*
*250 Hartford Rd*
*Slinger, WI 53086*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,870.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,870.17 | | |
| | | | | $2,870.17 | | |

## McCoy Corporation
### Case(s): 337 Clm No: 2868 Clm. Amt: $188,999.91

*c/o Husch Blackwell LLP*
*Attn: Lynn Hamilton Butler*
*111 Congress Ave, Ste 1400*
*Austin, TX 78701*
**Date Filed:** 2/4/2025
**Orig. Date Filed:** 11/27/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1859
**Claim Face Value:** $188,999.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $188,999.91 | | |
| | | | | $188,999.91 | | |

## McCoy Corporation
### Case(s): 337 Clm No: 1859 Clm. Amt: $188,999.01

*c/o Husch Blackwell LLP*
*Attn: Lynn Hamilton Butler*
*111 Congress Ave, Ste 1400*
*Austin, TX 78701*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 2868
**Claim Face Value:** $188,999.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $188,999.01 | | |
| | | | | $188,999.01 | | |

## McElroy Metal Mill, Inc.
### Case(s): 337 Clm No: 100369 Clm. Amt: $31,102.89

*1500 Hamilton Rd*
*Bossier City, LA 71111*
**Date Filed:** 1/14/2025
**Claim Face Value:** $31,102.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $31,102.89 | | $0.00 |
| | | | | $31,102.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## McGuire Bearing Company
### Case(s): 337 Clm No: 1593 Clm. Amt: $982.36

*947 SE Market St*
*Portland, OR 97214*
**Date Filed:** 11/23/2024
**Claim Face Value:** $982.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $982.36 | | |
| | | | | $982.36 | | |

## McKinsey & Company, Inc. United States and affiliates
### Case(s): 337 Clm No: 2228 Clm. Amt:

*c/o Debevoise & Plimpton*
*Attn: Elie Worenklein*
*66 Hudson Blvd*
*New York, NY 10001*
**Date Filed:** 12/4/2024
**Amending Clm #:** 2063
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## McKinsey & Company, Inc. United States and affiliates
**Case(s): 337 Clm No: 2063 Clm. Amt: $6,143,486.00**

*c/o Debevoise & Plimpton*
*Attn: Elie Worenklein*
*66 Hudson Blvd*
*New York, NY 10001*
**Date Filed:** 12/3/2024
**Amended By Clm #:** 2228
**Claim Face Value:** $6,143,486.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $6,143,486.00 | | |
| | | | | $6,143,486.00 | | |

## McLaren Industries Inc.
**Case(s): 337 Clm No: 977 Clm. Amt: $25,921.49**

*Attn: Eddie Dieppa*
*6907 Broadway Ave*
*Jacksonville, FL 32254*
**Date Filed:** 11/12/2024
**Claim Face Value:** $25,921.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $25,921.49 | | |
| | | | | $25,921.49 | | |

## McMaster-Carr Supply Company
**Case(s): 337 Clm No: 2356 Clm. Amt: $8,861.80**

*1901 Riverside Pkwy*
*Douglasville, GA 30135*
**Date Filed:** 12/5/2024
**Claim Face Value:** $8,861.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $8,861.80 | | |
| | | | | $8,861.80 | | |

## MCSB, Inc dba The Naked Bee
**Case(s): 337 Clm No: 644 Clm. Amt: $9,129.12**

*2261 Market St, Ste 10337*
*San Francisco, CA 94114*
**Date Filed:** 10/30/2024
**Claim Face Value:** $9,129.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $9,129.12 | | |
| | | | | $9,129.12 | | |

## McWane, Inc.
**Case(s): 337 Clm No: 1224 Clm. Amt: $493,745.25**

*c/o Maynard Nexsen PC*
*Attn: Jayna Lamar*
*1901 6th Ave N, Ste 1700*
*Birmingham, AL 35203*
**Date Filed:** 11/18/2024
**Claim Face Value:** $493,745.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | Y | $33,993.49 | | $0.00 |
| 337 | UNS | | | $459,751.76 | | $459,751.76 |
| | | | | $493,745.25 | | $459,751.76 |

## Mechanical Air Systems, Inc
### Case(s): 337 Clm No: 2118 Clm. Amt: $1,570.00

*4234 W 212th St*
*Fairview Park, OH 44123*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,570.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,570.00 | | |
| | | | | $1,570.00 | | |

## Mechanix Wear, LLC
### Case(s): 337 Clm No: 339 Clm. Amt: $18,118.59

*Attn: Linda Cwiakala*
*27335 Tourney Rd, 3rd Fl*
*Valencia, CA 91355*
**Date Filed:** 10/21/2024
**Claim Face Value:** $18,118.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $18,118.59 | | |
| | | | | $18,118.59 | | |

## Medelco Inc.
### Case(s): 337 Clm No: 2492 Clm. Amt: $12,468.32

*54 Washburn St*
*Bridgeport, CT 06605*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,468.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,468.32 | | |
| | | | | $12,468.32 | | |

## Medford Nursery, Inc.
### Case(s): 337 Clm No: 1424 Clm. Amt: $32,476.45

*546 Halfway House Rd*
*Windsor Locks, CT 06096*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $32,476.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $32,476.45 | | |
| | | | | $32,476.45 | | |

## Megadyne America LLC Jason Industrial
### Case(s): 337 Clm No: 1021 Clm. Amt: $67,969.12

*5 Dedrick Pl*
*W Caldwell, NJ 07006*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $67,969.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $67,969.12 | | |
| | | | | $67,969.12 | | |

## Meiborg Brothers Inc
### Case(s): 337 Clm No: 297 Clm. Amt: $75,018.00

*2210 Harrison Ave*
*Rockford, IL 61104*
**Date Filed:** 10/21/2024
**Claim Face Value:** $75,018.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $75,018.00 | | |
| | | | | $75,018.00 | | |

**Meissner Industrial Co., Inc**
**Case(s): 337 Clm No: 2362 Clm. Amt: $5,327.06**

*2325 B Statham Pkwy*
*Oxnard, CA 93033*
**Date Filed:** 12/5/2024
**Claim Face Value:** $5,327.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,327.06 | | |
| | | | | $5,327.06 | | |

**Melnor Inc**
**Case(s): 337 Clm No: 278 Clm. Amt:**

*109 Tyson Dr*
*Winchester, VA 22603*
**Date Filed:** 10/21/2024
**Amended By Clm #:** 812
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Melnor Inc**
**Case(s): 337 Clm No: 894 Clm. Amt: $2,077,850.92**

*109 Tyson Dr*
*Winchester, VA 22603*
**Date Filed:** 11/7/2024
**Orig. Date Filed:** 10/21/2024
**Amending Clm #:** 812
**Amended By Clm #:** 1103
**Claim Face Value:** $1,358,644.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,038,925.46 | Y | $0.00 |
| 337 | SEC | Disallowed | | $1,038,925.46 | Y | $0.00 |
| | | | | $2,077,850.92 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Melnor Inc**
**Case(s): 337 Clm No: 1103 Clm. Amt: $1,358,644.35**

*109 Tyson Dr*
*Winchester, VA 22603*
**Date Filed:** 11/15/2024
**Orig. Date Filed:** 10/21/2024
**Amending Clm #:** 894
**Claim Face Value:** $1,358,644.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $1,038,925.46 | | $0.00 |
| 337 | UNS | Allowed | | $319,718.89 | | $319,718.89 |
| | | | | $1,358,644.35 | | $319,718.89 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Melnor Inc
**Case(s): 337 Clm No: 812 Clm. Amt: $1,358,644.35**

*109 Tyson Dr*
*Winchester, VA 22603*
**Date Filed:** 11/4/2024
**Orig. Date Filed:** 10/21/2024
**Amending Clm #:** 278
**Amended By Clm #:** 894
**Claim Face Value:** $1,358,644.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $1,358,644.35 | | |
| | | | | $1,358,644.35 | | |

## Melnor Inc.
**Case(s): 337 Clm No: 100008 Clm. Amt: $522,099.14**

*109 Tyson Dr*
*Winchester, VA 22602*
**Date Filed:** 12/2/2024
**Claim Face Value:** $522,099.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $522,099.14 | | $0.00 |
| | | | | $522,099.14 | | $0.00 |

## Menards Farm and Home Supply, Inc
**Case(s): 337 Clm No: 1930 Clm. Amt: $15,142.00**

*780 Brooklyn St*
*Morrisville, VT 05661-9648*
**Date Filed:** 11/27/2024
**Claim Face Value:** $15,142.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $15,142.00 | | |
| | | | | $15,142.00 | | |

## Merchant & Gould, P.C.
**Case(s): 337 Clm No: 2276 Clm. Amt: $241,470.57**

*150 S 5th St, Ste 2200*
*Minneapolis, MN 55402*
**Date Filed:** 12/5/2024
**Claim Face Value:** $241,470.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $241,470.57 | | |
| | | | | $241,470.57 | | |

## Meridian Intl Co Ltd
**Case(s): 337 Clm No: 330 Clm. Amt: $13,753.20**

*1886 Laiyin Rd*
*Songjiang, Shanghai*
*China*
**Date Filed:** 10/22/2024
**Claim Face Value:** $13,753.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $13,753.20 | | |
| | | | | $13,753.20 | | |

### Merito Industries Inc T/as Think Outside
### Case(s): 337 Clm No: 521 Clm. Amt: $2,759.86

*15110 Dallas Pkwy, Ste 300*
*Dallas, TX 75248*
**Date Filed:** 10/28/2024
**Claim Face Value:** $2,759.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,759.86 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,759.86 |
| | | | | $2,759.86 | | $2,759.86 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

### Merito Industries Inc T/as Think Outside
### Case(s): 337 Clm No: 2466 Clm. Amt: $4,194.06

*15110 Dallas Pkwy, Ste 300*
*Dallas, TX 75248*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,194.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,194.06 | | $0.00 |
| | | | | $4,194.06 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

### Merito Industries Inc T/as Think Outside
### Case(s): 337 Clm No: 2051 Clm. Amt: $999.18

*15110 Dallas Pkwy, Ste 300*
*Dallas, TX 75248*
**Date Filed:** 12/3/2024
**Claim Face Value:** $999.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $999.18 | | $0.00 |
| | | | | $999.18 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

### Merrill Manufacturing Company
### Case(s): 337 Clm No: 484 Clm. Amt: $25,688.80

*P.O. Box 392*
*315 Flindt Dr*
*Storm Lake, IA 50588*
**Date Filed:** 10/23/2024
**Claim Face Value:** $25,688.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $25,688.80 | | |
| | | | | $25,688.80 | | |

**Metal Fusion, Inc.**
**Case(s): 337 Clm No: 1652 Clm. Amt: $52,664.78**

*Attn: Barbara Bourgeois*
*712 St George Ave*
*Jefferson, LA 70121*
**Date Filed:** 11/26/2024
**Claim Face Value:** $52,664.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $23,616.00 | | $0.00 |
| 337 | UNS | | | $29,048.78 | | $29,048.78 |
| | | | | $52,664.78 | | $29,048.78 |

**Metal Fusion, Inc.**
**Case(s): 337 Clm No: 1648 Clm. Amt: $50,827.20**

*712 St George Ave*
*Jefferson, LA 70121*
**Date Filed:** 11/26/2024
**Claim Face Value:** $50,827.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $50,827.20 | | |
| | | | | $50,827.20 | | |

**Metal Sales Manufacturing Corporation**
**Case(s): 337 Clm No: 33 Clm. Amt: $218,160.41**

*7800 Hwy IN-60, 2nd Fl*
*Sellersburg, IN 47172*
**Date Filed:** 10/15/2024
**Claim Face Value:** $218,160.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $218,160.41 | | |
| | | | | $218,160.41 | | |

**Metalcraft of Mayville DBA Bluebird Turf Products**
**Case(s): 337 Clm No: 2573 Clm. Amt: $52,031.99**

*Attn: Kelsey Figel*
*1000 Metalcraft Dr*
*Mayville, WI 53050*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2574
**Claim Face Value:** $52,031.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $52,031.99 | | |
| | | | | $52,031.99 | | |

**Metalcraft of Mayville DBA Bluebird Turf Products**
**Case(s): 337 Clm No: 2574 Clm. Amt: $55,414.12**

*Attn: Kelsey Figel*
*1000 Metalcraft Dr*
*Mayville, WI 53050*
**Date Filed:** 12/18/2024
**Orig. Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2573
**Claim Face Value:** $55,414.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $55,414.12 | | |
| | | | | $55,414.12 | | |

**Metalmark Industrial Inc.**
**Case(s): 337 Clm No: 2890 Clm. Amt: $2,136.70**

P.O. Box 22146
Saskatoon, SK S7H 5P1
Canada
**Date Filed:** 2/19/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,136.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,136.70 | | |
| | | | | $2,136.70 | | |

**Metalmark Industrial Inc.**
**Case(s): 337 Clm No: 2887 Clm. Amt: $3,658.45**

P.O. Box 22146
Saskatoon, SK S7H 5P1
Canada
**Date Filed:** 2/18/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,658.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,658.45 | | |
| | | | | $3,658.45 | | |

**Method.Sourcing Corp.**
**Case(s): 337 Clm No: 2928 Clm. Amt: $9,388.40**

103 Carolina Ct
Archdale, NC 27263
**Date Filed:** 3/10/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,388.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $9,028.64 | | $0.00 |
| 337 | UNS | Disallowed | | $359.76 | | $0.00 |
| | | | | $9,388.40 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

**Metro Service Inc**
**Case(s): 337 Clm No: 620 Clm. Amt: $14,703.00**

Attn: Miguel Borrego
231 E Dennis Ave
Olathe, KS 66061
**Date Filed:** 10/30/2024
**Claim Face Value:** $14,703.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $14,703.00 | | |
| | | | | $14,703.00 | | |

**Metro Service Inc**
**Case(s): 337 Clm No: 3047 Clm. Amt: $747.50**

Attn: Miguel Angel Borrego
231 E Dennis Ave
Olathe, KS 66061
**Date Filed:** 7/15/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $747.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $747.50 | | |
| | | | | $747.50 | | |

## Mi-T-M Corporation
**Case(s): 337 Clm No: 438 Clm. Amt: $119,636.23**

*P.O. Box 50*
*Peosta, IA 52068*
**Date Filed:** 10/25/2024
**Claim Face Value:** $119,636.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $119,636.23 | | |
| | | | | $119,636.23 | | |

## Mi-T-M Corporation
**Case(s): 337 Clm No: 440 Clm. Amt: $161,944.01**

*P.O. Box 50*
*Peosta, IA 52068*
**Date Filed:** 10/25/2024
**Claim Face Value:** $161,944.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $161,944.01 | | |
| | | | | $161,944.01 | | |

## Michael Kolovich
**Case(s): 337 Clm No: 100350 Clm. Amt: $14,451.68**

*c/o Champion True Value*
*4319 Mahonine Ave NW*
*Warren, OH 44483-1930*
**Date Filed:** 12/26/2024
**Claim Face Value:** $14,451.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $14,451.68 | | $0.00 |
| | | | | $14,451.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Michael Zawaski
**Case(s): 337 Clm No: 2730 Clm. Amt: $150,000,000.00**

*Address Redacted*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $150,000,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $150,000,000.00 | | |
| | | | | $150,000,000.00 | | |

## Michaelian Home, Inc.
**Case(s): 337 Clm No: 1025 Clm. Amt: $5,492.57**

*121 5th Ave E*
*Henderson, NC 28792*
**Date Filed:** 11/12/2024
**Claim Face Value:** $5,492.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,492.57 | | |
| | | | | $5,492.57 | | |

## Michelman, Inc
**Case(s): 337 Clm No: 2033 Clm. Amt: $5,166.00**

*Attn: Terri Boyette*
*9080 Shell Rd*
*Cincinnati, OH 45236*
**Date Filed:** 12/2/2024
**Claim Face Value:** $5,166.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $5,166.00 | | |
| | | | | $5,166.00 | | |

## Michigan Department of Treasury
**Case(s): 342 Clm No: 28 Clm. Amt: $1,696.87**

*Attn: Jeanmarie Miller*
*3030 W Grand Blvd, Cadillac Pl, Ste 10-200*
*Detriot, MI 48202*
**Date Filed:** 12/10/2024
**Bar Date:** 4/14/2025
**Claim Face Value:** $1,696.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 342 | PRI | Satisfied | | $1,423.59 | | $0.00 |
| 342 | UNS | | | $273.28 | | |
| | | | | $1,696.87 | | $0.00 |

## Michigan Department of Treasury
**Case(s): 337 Clm No: 2942 Clm. Amt: $87,399.87**

*Attn: Jeanmarie Miller*
*Cadillac Place*
*3030 W Grand Blvd, Ste 10-200*
*Detroit, MI 48202*
**Date Filed:** 3/17/2025
**Orig. Date Filed:** 12/19/2024
**Bar Date:** 4/14/2025
**Amending Clm #:** 2605
**Claim Face Value:** $87,399.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | PRI | Satisfied | | $71,529.20 | | $0.00 |
| 337 | UNS | | | $15,870.67 | | $15,870.67 |
| | | | | $87,399.87 | | $15,870.67 |

## Michigan Department of Treasury
**Case(s): 337 Clm No: 2605 Clm. Amt: $84,964.05**

*Attn: Jeanmarie Miller*
*3030 W Grand Blvd, Cadillac Pl, Ste 10-200*
*Detroit, MI 48202*
**Date Filed:** 12/19/2024
**Bar Date:** 4/14/2025
**Amended By Clm #:** 2942
**Claim Face Value:** $84,964.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | PRI | Disallowed | | $68,559.38 | | $0.00 |
| 337 | UNS | Disallowed | | $16,404.67 | | $0.00 |
| | | | | $84,964.05 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Michigan Peat Company
**Case(s): 337 Clm No: 1062 Clm. Amt: $176,326.25**

*Attn: David Newman*
*2243 Milford St*
*Houston, TX 77098*
**Date Filed:** 11/14/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $176,326.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $16,770.63 | | $0.00 |
| 337 | UNS | Allowed | | $159,555.62 | | $176,326.25 |
| | | | | $176,326.25 | | $176,326.25 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## MicroCare, LLC
**Case(s): 337 Clm No: 1743 Clm. Amt: $25,105.92**

*6120 E 58th Ave*
*Commerce City, CO 80022*
**Date Filed:** 11/26/2024
**Claim Face Value:** $25,105.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $4,930.56 | | $0.00 |
| 337 | UNS | | | $20,175.36 | | $20,175.36 |
| | | | | $25,105.92 | | $20,175.36 |

## Microsoft Corporation
**Case(s): 337 Clm No: 2043 Clm. Amt: $1,144,145.25**

*c/o Fox Rothschild LLP*
*Attn: Maria A Milano*
*1001 4th Ave, Ste 4400*
*Seattle, WA 98154*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,144,145.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $1,099,835.11 | | $0.00 |
| 337 | UNS | Withdrawn | | $44,310.14 | | $0.00 |
| | | | | $1,144,145.25 | | $0.00 |

## Mid-West Glove & Supply, Inc
**Case(s): 337 Clm No: 2308 Clm. Amt: $24,779.19**

*c/o Sell Griffin McLain PC*
*Attn: Kerry McLain*
*4801 Lexington Sq*
*Amarillo, TX 79119*
**Date Filed:** 12/5/2024
**Claim Face Value:** $24,779.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,779.19 | | |
| | | | | $24,779.19 | | |

## MidAmerican Energy Services, LLC
### Case(s): 337 Clm No: 1300 Clm. Amt: $26,116.88

P.O. Box 4290
Davenport, IA 52808
**Date Filed:** 11/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $26,116.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $26,116.88 | | |
| | | | | $26,116.88 | | |

## Midland Garage Door Mfg LLC
### Case(s): 337 Clm No: 523 Clm. Amt: $28,692.41

Attn: Sondra Circle
14685 Rodina St
Springfield, NE 68059
**Date Filed:** 10/28/2024
**Claim Face Value:** $28,692.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $28,692.41 | | |
| | | | | $28,692.41 | | |

## Midland Industries LLC
### Case(s): 337 Clm No: 671 Clm. Amt: $783,732.32

Attn: David J Huls
9311 Troost Ave
Kansas City, MO 64131
**Date Filed:** 10/31/2024
**Claim Face Value:** $783,732.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $142,696.42 | | $0.00 |
| 337 | UNS | Allowed | | $641,035.90 | | $647,709.29 |
| | | | | $783,732.32 | | $647,709.29 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Midland Industries, LLC (Anderson Metals)
### Case(s): 337 Clm No: 100211 Clm. Amt: $29,538.55

9311 Troost Ave
Kansas City, MO 64131
**Date Filed:** 12/19/2024
**Claim Face Value:** $29,538.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $29,538.55 | | $0.00 |
| | | | | $29,538.55 | | $0.00 |

## Midstate Plastics Corp.
### Case(s): 337 Clm No: 2125 Clm. Amt: $24,187.79

P.O. Box 230
Remer, MN 56672
**Date Filed:** 12/2/2024
**Claim Face Value:** $24,187.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,187.79 | | |
| | | | | $24,187.79 | | |

## Midstate Plastics Corporation
**Case(s): 337 Clm No: 1940 Clm. Amt: $24,187.79**

*P.O. Box 230*
*Remer, MN 56672*
**Date Filed:** 11/27/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $24,187.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $5,183.40 | | $0.00 |
| 337 | UNS | | | $19,004.39 | | $19,004.39 |
| | | | | $24,187.79 | | $19,004.39 |

## Midstates Distribution Inc
**Case(s): 337 Clm No: 2287 Clm. Amt: $19,620.92**

*19543 Enterprise Dr*
*Park Rapids, MN 56470*
**Date Filed:** 12/5/2024
**Claim Face Value:** $19,620.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $19,620.92 | | |
| | | | | $19,620.92 | | |

## Midstates Incorporated
**Case(s): 337 Clm No: 275 Clm. Amt: $227,103.56**

*1774 W Wesley Ave*
*Englewood, CO 80110*
**Date Filed:** 10/21/2024
**Claim Face Value:** $227,103.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $227,103.56 | | |
| | | | | $227,103.56 | | |

## Midtown HVAC LLC
**Case(s): 337 Clm No: 2911 Clm. Amt: $4,019.03**

*Attn: Elizabeth Caswell*
*7668 S Williams St*
*Centennial, CO 80122*
**Date Filed:** 2/26/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,019.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,019.03 | | |
| | | | | $4,019.03 | | |

## Midwest Air Technologies, Inc
**Case(s): 337 Clm No: 1695 Clm. Amt: $352,152.82**

*Attn: Bob Patton*
*6700 Wildlife Way*
*Long Grove, IL 60047*
**Date Filed:** 11/25/2024
**Claim Face Value:** $352,152.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $126,063.55 | | $0.00 |
| 337 | UNS | | | $226,089.27 | | $226,089.27 |
| | | | | $352,152.82 | | $226,089.27 |

## Midwest Can Company
**Case(s): 337 Clm No: 1658 Clm. Amt: $133,796.86**

*10800 W Belmont Ave, Ste 200*
*Franklin Park, IL 60131*
**Date Filed:** 11/26/2024
**Claim Face Value:** $133,796.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $133,796.86 | | $0.00 |
| 337 | UNS | Allowed | | | | $13,381.84 |
| | | | | $133,796.86 | | $13,381.84 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Midwest Can Company
**Case(s): 337 Clm No: 2626 Clm. Amt: $132,113.57**

*10800 W Belmont Ave, Ste 200*
*Franklin Park, IL 60131*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $132,113.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $132,113.57 | | |
| | | | | $132,113.57 | | |

## Midwest Can Company
**Case(s): 337 Clm No: 2048 Clm. Amt: $392,459.17**

*10800 W Belmont Ave, Ste 200*
*Franklin Park, IL 60131*
**Date Filed:** 12/2/2024
**Claim Face Value:** $392,459.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $392,459.17 | | |
| | | | | $392,459.17 | | |

## Midwest Cement Products Inc
**Case(s): 337 Clm No: 394 Clm. Amt: $12,020.92**

*P.O. Box 92*
*Woosung, IL 61091*
**Date Filed:** 10/24/2024
**Claim Face Value:** $12,020.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $12,020.92 | | |
| | | | | $12,020.92 | | |

## Midwest Distribution
**Case(s): 337 Clm No: 140 Clm. Amt: $336,884.00**

*1220 A NW Main St*
*Lees Summit, MO 64086*
**Date Filed:** 10/17/2024
**Claim Face Value:** $336,884.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $336,884.00 | | |
| | | | | $336,884.00 | | |

## Midwest Fastener Corp
### Case(s): 337 Clm No: 100430 Clm. Amt: $205,601.03

*Attn: Jonathan Tyler*
*9031 Shaver Rd*
*Kalamazoo, MI 49024*
**Date Filed:** 5/23/2025
**Claim Face Value:** $205,601.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $205,601.03 | | $0.00 |
| 337 | UNS | Allowed | | | | $169,101.03 |
| | | | | $205,601.03 | | $169,101.03 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 07/01/2025 | 1388 | Objection Filed | | |

## Midwest Fastener Corp
### Case(s): 337 Clm No: 1608 Clm. Amt: $2,471,655.20

*Attn: Jonathan D Tyler*
*9031 Shaver Rd*
*Portage, MI 49024*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $2,471,655.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $561,150.64 | | $0.00 |
| 337 | UNS | Allowed | | $1,910,504.56 | | $2,457,487.63 |
| | | | | $2,471,655.20 | | $2,457,487.63 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Midwest Filter LLC
### Case(s): 337 Clm No: 258 Clm. Amt: $1,164.75

*1200 Rukel Way*
*Saint Charles, IL 60174*
**Date Filed:** 10/18/2024
**Claim Face Value:** $1,164.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,164.75 | | |
| | | | | $1,164.75 | | |

## Midwest Groundcovers, LLC
### Case(s): 337 Clm No: 416 Clm. Amt: $142,883.38

*P.O. Box 748*
*St Charles, IL 60174*
**Date Filed:** 10/23/2024
**Claim Face Value:** $142,883.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $142,883.38 | | |
| | | | | $142,883.38 | | |

## Midwest Innovative Products LLC
### Case(s): 337 Clm No: 674 Clm. Amt: $68,251.10

*3225 Corporate Dr, Unit C*
*Joliet, IL 60431*
**Date Filed:** 10/30/2024
**Claim Face Value:** $68,251.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $68,251.10 | | |
| | | | | $68,251.10 | | |

## Midwest Quality Gloves Inc.
### Case(s): 337 Clm No: 2105 Clm. Amt: $34,047.42

*835 Industrial Rd*
*Chillicothe, MO 64601*
**Date Filed:** 12/3/2024
**Claim Face Value:** $34,047.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $34,047.42 | | |
| | | | | $34,047.42 | | |

## Midwest Target Company
### Case(s): 337 Clm No: 501 Clm. Amt: $15,741.00

*1103 S State St*
*Litchfield, IL 62056*
**Date Filed:** 10/24/2024
**Claim Face Value:** $15,741.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,741.00 | | |
| | | | | $15,741.00 | | |

## Midwest Tool and Cutlery
### Case(s): 337 Clm No: 591 Clm. Amt: $234,333.57

*1210 Progress St*
*Sturgis, MI 49091*
**Date Filed:** 10/29/2024
**Claim Face Value:** $234,333.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $234,333.57 | | |
| | | | | $234,333.57 | | |

## Mikeweigh Scale Co
### Case(s): 337 Clm No: 408 Clm. Amt: $1,967.25

*674 Thorntree Ct, Apt C2*
*Bartlett, IL 60103*
**Date Filed:** 10/22/2024
**Claim Face Value:** $1,967.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,967.25 | | |
| | | | | $1,967.25 | | |

## Milan Lumber Company LLC
### Case(s): 337 Clm No: 397 Clm. Amt: $13,665.51

*P.O. Box 238*
*Milan, NH 03588*
**Date Filed:** 10/22/2024
**Claim Face Value:** $13,665.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,665.51 | | |
| | | | | $13,665.51 | | |

## Milazzo Industries
### Case(s): 337 Clm No: 124 Clm. Amt: $78,928.45

*1609 River Rd*
*Pittston, PA 18640*
**Date Filed:** 10/16/2024
**Claim Face Value:** $78,928.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $78,928.45 | | |
| | | | | $78,928.45 | | |

## Milberg Factors, Inc.
### Case(s): 337 Clm No: 2010 Clm. Amt: $6,428.79

*99 Park Ave, 21st Fl*
*New York, NY 10016*
**Date Filed:** 11/29/2024
**Claim Face Value:** $6,428.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,428.79 | | |
| | | | | $6,428.79 | | |

## Milk Products, LLC
### Case(s): 337 Clm No: 2450 Clm. Amt: $12,562.31

*Attn: Jonathan C Miesen*
*4001 Lexington Ave N*
*Arden Hills, MN 55126*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,562.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,562.31 | | |
| | | | | $12,562.31 | | |

## Mill Creek Lumber Products Inc
### Case(s): 337 Clm No: 56 Clm. Amt:

*P.O. Box 1313*
*Haleyville, AL 35565*
**Date Filed:** 10/15/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Miller Hardware Company
### Case(s): 337 Clm No: 2895 Clm. Amt: $78,308.07

*Attn: Thomas Miller*
*2 E Necessity Ave*
*Harrison, AR 72601*
**Date Filed:** 2/20/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $78,308.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $78,308.07 | | |
| | | | | $78,308.07 | | |

## Miller Studio, Inc
### Case(s): 337 Clm No: 1574 Clm. Amt: $5,543.10

*734 Fair Ave NW*
*New Philadelphia, OH 44663*
**Date Filed:** 11/25/2024
**Orig. Date Filed:** 10/17/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 168
**Claim Face Value:** $5,543.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $706.20 | | $0.00 |
| 337 | UNS | Allowed | | $4,836.90 | | $5,543.10 |
| | | | | $5,543.10 | | $5,543.10 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Miller Studio, Inc
### Case(s): 337 Clm No: 168 Clm. Amt: $5,543.10

*734 Fair Ave NW*
*New Philadelphia, OH 44663*
**Date Filed:** 10/17/2024
**Amended By Clm #:** 1574
**Claim Face Value:** $5,543.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,543.10 | | |
| | | | | $5,543.10 | | |

## Milton Industries Inc
### Case(s): 337 Clm No: 22 Clm. Amt: $61,177.00

*4500 W Cortland St*
*Chicago, IL 60639*
**Date Filed:** 10/15/2024
**Claim Face Value:** $61,177.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $61,177.00 | | |
| | | | | $61,177.00 | | |

## Milwaukee Metropolitan Sewerage District
### Case(s): 337 Clm No: 2225 Clm. Amt: $222,661.46

*c/o Foley & Lardner LLP*
*Attn: Tamar Dolcourt*
*500 Woodward Ave, Ste 2700*
*Detroit, MI 48226*
**Date Filed:** 12/4/2024
**Claim Face Value:** $222,661.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $222,661.46 | | |
| | | | | $222,661.46 | | |

## Mine Safety Appliance Company, LLC
**Case(s): 337 Clm No: 2555 Clm. Amt: $523,104.23**

*c/o Metz Lewis Brodman Must O'Keefe LLC*
*Attn: John R O'Keefe, Jr*
*444 Liberty Ave, Ste 2100*
*Pittsburgh, PA 15222*
**Date Filed:** 12/17/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $523,104.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $523,104.23 | | $0.00 |
| | | | | $523,104.23 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Minnesota Department of Revenue
**Case(s): 337 Clm No: 100002 Clm. Amt: $1,406.42**

*P.O. Box 64447 - BKY*
*St Paul, MN 55164-0447*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,406.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $1,406.42 | | $0.00 |
| | | | | $1,406.42 | | $0.00 |

## Minuteman International
**Case(s): 337 Clm No: 858 Clm. Amt: $4,340.00**

*Attn: Diane Shattuck*
*65 Arbor Way*
*Fitchburg, MA 01420*
**Date Filed:** 11/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,340.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,215.75 | | $0.00 |
| 337 | UNS | Allowed | | $2,124.25 | | $4,340.00 |
| | | | | $4,340.00 | | $4,340.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Miracle Press Co.
**Case(s): 337 Clm No: 1356 Clm. Amt: $71,026.48**

*2951 W Carroll Ave*
*Chicago, IL 60612*
**Date Filed:** 11/20/2024
**Claim Face Value:** $71,026.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $71,026.48 | | |
| | | | | $71,026.48 | | |

**Missouri Department of Revenue**
**Case(s): 337 Clm No: 1759 Clm. Amt: $1,391.28**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,391.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Withdrawn | | $1,391.28 | | $0.00 |
| | | | | $1,391.28 | | $0.00 |

**Missouri Department of Revenue**
**Case(s): 337 Clm No: 1760 Clm. Amt: $533.92**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/26/2024
**Claim Face Value:** $533.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $533.92 | | $0.00 |
| | | | | $533.92 | | $0.00 |

**Missouri Department of Revenue**
**Case(s): 337 Clm No: 1757 Clm. Amt: $1,866.55**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,866.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Withdrawn | | $1,866.55 | | $0.00 |
| | | | | $1,866.55 | | $0.00 |

**Missouri Department of Revenue**
**Case(s): 337 Clm No: 1742 Clm. Amt: $1,682.32**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 11/22/2024
**Amending Clm #:** 1477
**Amended By Clm #:** 2912
**Claim Face Value:** $1,682.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,682.32 | | $0.00 |
| | | | | $1,682.32 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

**Missouri Department of Revenue**
**Case(s): 338 Clm No: 5 Clm. Amt: $2,002.96**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 23
**Claim Face Value:** $2,002.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | PRI | Disallowed | | $2,002.96 | | $0.00 |
| | | | | $2,002.96 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

**Missouri Department of Revenue**
**Case(s): 337 Clm No: 1477 Clm. Amt: $2,943.93**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/22/2024
**Amended By Clm #:** 1742
**Claim Face Value:** $2,943.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,943.93 | Y | $0.00 |
| | | | | $2,943.93 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Missouri Department of Revenue**
**Case(s): 337 Clm No: 1463 Clm. Amt: $656.28**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/22/2024
**Claim Face Value:** $656.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $656.28 | | $0.00 |
| | | | | $656.28 | | $0.00 |

**Missouri Department of Revenue**
**Case(s): 342 Clm No: 9 Clm. Amt: $3,471.61**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/22/2024
**Claim Face Value:** $3,471.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | PRI | Satisfied | | $3,471.61 | | $0.00 |
| | | | | $3,471.61 | | $0.00 |

**Missouri Department of Revenue**
**Case(s): 342 Clm No: 10 Clm. Amt: $1,947.38**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,947.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | PRI | Satisfied | | $1,689.98 | | $0.00 |
| 342 | UNS | | | $257.40 | | $257.40 |
| | | | | $1,947.38 | | $257.40 |

**Missouri Department of Revenue**
**Case(s): 342 Clm No: 11 Clm. Amt: $773.22**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/22/2024
**Claim Face Value:** $773.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | UNS | | | $773.22 | | |
| | | | | $773.22 | | |

## Missouri Department of Revenue
### Case(s): 342 Clm No: 12 Clm. Amt: $73.63

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 11/22/2024
**Claim Face Value:** $73.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 342 | UNS | | | $73.63 | | |
| | | | | $73.63 | | |

## Missouri Department of Revenue
### Case(s): 338 Clm No: 30 Clm. Amt: $189.23

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 7/22/2025
**Orig. Date Filed:** 11/26/2025
**Amending Clm #:** 25
**Claim Face Value:** $189.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 338 | PRI | Satisfied | | $189.23 | | $0.00 |
| | | | | $189.23 | | $0.00 |

## Missouri Department of Revenue
### Case(s): 337 Clm No: 100227 Clm. Amt: $987.33

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 12/20/2024
**Claim Face Value:** $987.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $987.33 | | $0.00 |
| | | | | $987.33 | | $0.00 |

## Missouri Department of Revenue
### Case(s): 337 Clm No: 2912 Clm. Amt: $3,036.19

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 2/28/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1742
**Claim Face Value:** $3,036.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $3,036.19 | | $0.00 |
| | | | | $3,036.19 | | $0.00 |

## Missouri Department of Revenue
### Case(s): 338 Clm No: 23 Clm. Amt: $1,714.39

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 2/28/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 5
**Amended By Clm #:** 24
**Claim Face Value:** $1,714.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 338 | ADM | Disallowed | | $1,714.39 | | $0.00 |
| | | | | $1,714.39 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

**Missouri Department of Revenue**
**Case(s): 338 Clm No: 24 Clm. Amt: $7,940.65**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 3/5/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 23
**Amended By Clm #:** 25
**Claim Face Value:** $7,940.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | ADM | Disallowed | | $7,940.65 | | $0.00 |
| | | | | $7,940.65 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

**Missouri Department of Revenue**
**Case(s): 338 Clm No: 25 Clm. Amt: $7,940.65**

*P.O. Box 475*
*Jefferson City, MO 65105*
**Date Filed:** 3/5/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 24
**Amended By Clm #:** 30
**Claim Face Value:** $7,940.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | PRI | Disallowed | | $7,692.10 | | $0.00 |
| 338 | UNS | Disallowed | | $248.55 | | $0.00 |
| | | | | $7,940.65 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 08/22/2025 | 1541 | Objection Filed | 09/17/2025 | 1559 |

**MiTek USA Inc.**
**Case(s): 337 Clm No: 2098 Clm. Amt: $28,855.53**

*16023 Swingley Ridge Rd*
*Chesterfield, MO 63017*
**Date Filed:** 12/3/2024
**Claim Face Value:** $28,855.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $449.22 | | $0.00 |
| 337 | UNS | | | $28,406.31 | | |
| | | | | $28,855.53 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Mitutoyo America Corporation**
**Case(s): 337 Clm No: 885 Clm. Amt: $44,856.65**

*965 Corporate Blvd*
*Aurora, IL 60502-9176*
**Date Filed:** 11/6/2024
**Claim Face Value:** $44,856.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $44,856.65 | | |
| | | | | $44,856.65 | | |

## Moda at Home Enterprises Ltd
**Case(s): 337 Clm No: 13 Clm. Amt: $170,098.71**

*980 Thornton Rd S, Unit 3*
*Oshawa, ON L1J 7E2*
*Canada*
**Date Filed:** 10/15/2024
**Amended By Clm #:** 18
**Claim Face Value:** $170,098.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $149,430.34 | Y | $0.00 |
| 337 | UNS | Disallowed | | $20,668.37 | Y | $0.00 |
| | | | | $170,098.71 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Moda at Home Enterprises Ltd
**Case(s): 337 Clm No: 18 Clm. Amt: $170,098.71**

*980 Thornton Rd S, Unit 3*
*Oshawa, ON L1J 7E2*
*Canada*
**Date Filed:** 10/16/2024
**Orig. Date Filed:** 10/15/2024
**Amending Clm #:** 13
**Claim Face Value:** $170,098.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $149,430.34 | | $0.00 |
| 337 | UNS | Allowed | | $20,668.37 | | $148,880.17 |
| | | | | $170,098.71 | | $148,880.17 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Moda at Home Enterprises, Ltd.
**Case(s): 337 Clm No: 100085 Clm. Amt: $57,118.63**

*980 Thornton Rd S, Unit 3*
*Oshawa, ON L1J 7E2*
*Canada*
**Date Filed:** 12/11/2024
**Claim Face Value:** $57,118.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $57,118.63 | | $0.00 |
| | | | | $57,118.63 | | $0.00 |

## Moen Incorporated
### Case(s): 337 Clm No: 3025 Clm. Amt: $778,849.54

*Attn: Michelle Norton*
*25300 Al Moen Dr*
*N Olmsted, OH 44070*
**Date Filed:** 5/28/2025
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1834
**Claim Face Value:** $778,849.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $56,135.50 | | $0.00 |
| 337 | UNS | | | $722,714.04 | | $722,714.04 |
| | | | | $778,849.54 | | $722,714.04 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Filed | | |

## Moen Incorporated
### Case(s): 337 Clm No: 1834 Clm. Amt: $778,849.54

*Attn: Michelle Norton*
*25300 Al Moen Dr*
*N Olmsted, OH 44070*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 3025
**Claim Face Value:** $778,849.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $56,135.50 | | $0.00 |
| 337 | UNS | Disallowed | | $722,714.04 | | $0.00 |
| | | | | $778,849.54 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Mommy's Helper, Inc.
### Case(s): 341 Clm No: 23 Clm. Amt: $2,033.43

*c/o MHI Brands*
*5920 E Central Ave, Ste 203*
*Wichita, KS 67208*
**Date Filed:** 11/30/2024
**Claim Face Value:** $2,033.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | UNS | | | $2,033.43 | | |
| | | | | $2,033.43 | | |

## Monrovia Nursery Company
### Case(s): 337 Clm No: 100084 Clm. Amt: $79,136.66

*c/o Blakeley LC*
*Attn: Scott E Blakeley*
*530 Technology Dr, Ste 100*
*Irvine, CA 92618*
**Date Filed:** 12/11/2024
**Amended By Clm #:** 100428
**Claim Face Value:** $79,136.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $79,136.66 | | $0.00 |
| | | | | $79,136.66 | | $0.00 |

**Monrovia Nursery Company**
**Case(s): 337 Clm No: 1597 Clm. Amt: $784,105.52**

*c/o Blakeley LC*
*Attn: Scott Blakeley*
*530 Technology Dr, Ste 100*
*Irvine, CA 92618*
**Date Filed:** 11/25/2024
**Amended By Clm #:** 3045
**Claim Face Value:** $784,105.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $60,006.90 | | $0.00 |
| 337 | ADM | Disallowed | | $60,006.90 | | $0.00 |
| 337 | UNS | Disallowed | | $664,091.72 | | $0.00 |
| | | | | $784,105.52 | | $0.00 |

**Monrovia Nursery Company**
**Case(s): 337 Clm No: 100428 Clm. Amt: $706,944.33**

*c/o Blakeley LC*
*Attn: Scott E Blakeley*
*530 Technology Dr, Ste 100*
*Irvine, CA 92618*
**Date Filed:** 5/23/2025
**Amending Clm #:** 100084
**Claim Face Value:** $706,944.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $706,944.33 | | $0.00 |
| | | | | $706,944.33 | | $0.00 |

**Monrovia Nursery Company**
**Case(s): 337 Clm No: 100443 Clm. Amt: $97,796.86**

*c/o Blakeley LC*
*Attn: Scott E Blakeley*
*530 Technology Dr, Ste 100*
*Irvine, CA 92618*
**Date Filed:** 6/30/2025
**Claim Face Value:** $97,796.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $97,796.86 | | $0.00 |
| | | | | $97,796.86 | | $0.00 |

**Monrovia Nursery Company**
**Case(s): 337 Clm No: 3045 Clm. Amt: $765,445.32**

*c/o Blakeley LC*
*Attn: Scott Blakeley*
*530 Technology Dr, 1st Fl*
*Irvine, CA 92618*
**Date Filed:** 6/30/2025
**Orig. Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1597
**Claim Face Value:** $765,445.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $54,704.80 | | $0.00 |
| 337 | UNS | Allowed | | $710,740.52 | | $765,445.32 |
| | | | | $765,445.32 | | $765,445.32 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/01/2025 | 1388 | Objection Filed | | |

## Montgomery's Building Supplies, Inc.
**Case(s): 337 Clm No: 2801 Clm. Amt: $14,219.44**

*Attn: Valerie M Duell*
*P.O. Box 88*
*Warsaw, NY 14569*
**Date Filed:** 1/13/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $14,219.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Disallowed | | $14,219.44 | | $0.00 |
| | | | | $14,219.44 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

## Moose Country Acquisitions, LLC
**Case(s): 337 Clm No: 1610 Clm. Amt: $32,340.00**

*c/o High Mountain Processing, LLC*
*Attn: Clint Georg*
*P.O. Box 126*
*1000 Jackson County Rd 12 W*
*Walden, CO 80480*
**Date Filed:** 11/25/2024
**Claim Face Value:** $32,340.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $32,340.00 | | |
| | | | | $32,340.00 | | |

## Morris Hardware
**Case(s): 337 Clm No: 100356 Clm. Amt: $17,624.78**

*P.O. Box 358*
*50 E Main St*
*McConnelsville, OH 43756*
**Date Filed:** 12/30/2024
**Claim Face Value:** $17,624.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $17,624.78 | | $0.00 |
| | | | | $17,624.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Morton Salt, Inc.
**Case(s): 337 Clm No: 1632 Clm. Amt: $1,216,556.16**

*Attn: Michelle Gage*
*10055 Lowell Ave*
*Overland Park, KS 66210*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $1,216,556.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $401,146.47 | | $0.00 |
| 337 | UNS | Allowed | | $815,409.69 | | $988,765.00 |
| | | | | $1,216,556.16 | | $988,765.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Motion Industries
**Case(s): 337 Clm No: 1976 Clm. Amt: $230,417.58**

*Attn: Anrhony Bush*
*1605 Alton Rd*
*Irondale, AL 35210*
**Date Filed:** 11/27/2024
**Claim Face Value:** $230,417.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $19,738.31 | | $0.00 |
| 337 | UNS | | | $210,679.27 | | $210,679.27 |
| | | | | $230,417.58 | | $210,679.27 |

## Motor Parts & Equipment Corp
**Case(s): 337 Clm No: 100395 Clm. Amt: $301.58**

*dba NAPA Auto Parts*
*1670 Northrock Ct*
*Rockford, IL 61103*
**Date Filed:** 2/6/2025
**Claim Face Value:** $301.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $301.58 | | $0.00 |
| | | | | $301.58 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Mountionhome Hardware LLC DBA Mountbethelhardware LLC
**Case(s): 337 Clm No: 1360 Clm. Amt: $10,835.80**

*Mount Bethel Plz*
*2165 Mt Bethel Hwy, Box 13*
*Mount Bethel, PA 18343*
**Date Filed:** 11/21/2024
**Claim Face Value:** $10,835.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $10,835.80 | | |
| | | | | $10,835.80 | | |

## MPUSA, LLC
**Case(s): 337 Clm No: 1911 Clm. Amt: $5,460.10**

*4 Manhattanville Rd*
*Purchase, NY 10577*
**Date Filed:** 11/27/2024
**Claim Face Value:** $5,460.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,460.10 | | |
| | | | | $5,460.10 | | |

## Mr Longarm, Inc
**Case(s): 337 Clm No: 231 Clm. Amt: $5,463.56**

*P.O. Box 377*
*Greenwood, MO 64034-0377*
**Date Filed:** 10/19/2024
**Amending Clm #:** 0
**Claim Face Value:** $5,463.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,463.56 | | |
| | | | | $5,463.56 | | |

## MRCOOL, LLC
**Case(s): 337 Clm No: 454 Clm. Amt: $201,292.53**

*Attn: Julie Tennyson*
*48 Remington Way*
*Hickory, KY 42051*
**Date Filed:** 10/25/2024
**Claim Face Value:** $201,292.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $201,292.53 | | |
| | | | | $201,292.53 | | |

## MTD Products Company
**Case(s): 337 Clm No: 1824 Clm. Amt: $355,526.53**

*c/o Miles & Stockbridge, PC*
*Attn: Emily Devan*
*100 Light St*
*Baltimore, MD 21202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $355,526.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $41,284.58 | | $0.00 |
| 337 | UNS | | | $314,241.95 | | $314,241.95 |
| | | | | $355,526.53 | | $314,241.95 |

## MTD Southwest, Inc.
**Case(s): 337 Clm No: 1813 Clm. Amt: $101,612.05**

*Attn: Emily Devan*
*100 Light St, 7th Fl*
*Baltimore, MD 21202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $101,612.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $27,020.85 | | $0.00 |
| 337 | UNS | | | $74,591.20 | | $74,591.20 |
| | | | | $101,612.05 | | $74,591.20 |

## MTM Recognition Corporation
**Case(s): 337 Clm No: 1605 Clm. Amt: $2,532.47**

*Attn: Molly Martin*
*3405 SE 29th St*
*Oklahoma City, OK 73115*
**Date Filed:** 11/25/2024
**Claim Face Value:** $2,532.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $221.72 | | $0.00 |
| 337 | UNS | | | $2,310.75 | | $2,310.75 |
| | | | | $2,532.47 | | $2,310.75 |

## Mueller Metals, LLC
### Case(s): 337 Clm No: 1441 Clm. Amt: $14,501.22

*2152 Schwartz Rd*
*San Angelo, TX 76904*
**Date Filed:** 11/21/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $14,501.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,174.59 | | $0.00 |
| 337 | UNS | Allowed | | $10,326.63 | | $14,501.22 |
| | | | | $14,501.22 | | $14,501.22 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Mueller Streamline Co.
### Case(s): 337 Clm No: 934 Clm. Amt: $2,558.39

*Attn: John White*
*150 Schilling Blvd, Ste 201*
*Collierville, TN 38017*
**Date Filed:** 11/8/2024
**Claim Face Value:** $2,558.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,558.39 | | |
| | | | | $2,558.39 | | |

## Mulberry Metal Products, Inc
### Case(s): 337 Clm No: 382 Clm. Amt: $21,269.11

*2199 Stanley Ter*
*Union, NJ 07083*
**Date Filed:** 10/22/2024
**Claim Face Value:** $21,269.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $21,269.11 | | |
| | | | | $21,269.11 | | |

## Multipet International, Inc.
### Case(s): 337 Clm No: 1591 Clm. Amt: $47,425.14

*55 Madison Circle Dr*
*E Rutherford, NJ 07073*
**Date Filed:** 11/25/2024
**Claim Face Value:** $47,425.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $35,016.90 | | $0.00 |
| 337 | UNS | | | $12,408.24 | | $12,408.24 |
| | | | | $47,425.14 | | $12,408.24 |

**Multiquip Inc.**
**Case(s): 337 Clm No: 1689 Clm. Amt: $270,856.29**

*Attn: Paul Dolid, Director, Corporate Credit*
*6141 Katella Ave, Ste 200*
*Cypress, CA 90630*
**Date Filed:** 11/26/2024
**Claim Face Value:** $371,024.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $100,168.24 | | $0.00 |
| 337 | UNS | Allowed | | $170,688.05 | | $291,527.79 |
| | | | | $270,856.29 | | $291,527.79 |

**Multy Home LP**
**Case(s): 337 Clm No: 352 Clm. Amt: $51,833.80**

*7900 Keele St*
*Concord, ON L4K 2A3*
*Canada*
**Date Filed:** 10/22/2024
**Claim Face Value:** $51,833.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $51,833.80 | | |
| | | | | $51,833.80 | | |

**Music of the Spheres, Inc.**
**Case(s): 337 Clm No: 2008 Clm. Amt: $23,888.49**

*5003 E Cesar Chavez St*
*Austin, TX 78702*
**Date Filed:** 12/1/2024
**Claim Face Value:** $23,888.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $10,841.39 | | $0.00 |
| 337 | UNS | Allowed | | $13,047.10 | | $23,888.49 |
| | | | | $23,888.49 | | $23,888.49 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 02/18/2025 | 928 |

**Mutual Industries, Inc.**
**Case(s): 337 Clm No: 2379 Clm. Amt: $9,679.04**

*Attn: Edmund M Dunn, President*
*707 W Grange St*
*Philadelphia, PA 19120*
**Date Filed:** 12/5/2024
**Claim Face Value:** $9,679.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,679.04 | | |
| | | | | $9,679.04 | | |

**MVP Group International, Inc.**
**Case(s): 337 Clm No: 100437 Clm. Amt: $9,380.18**

*430 Gentry Rd*
*Elkin, NC 28621*
**Date Filed:** 5/28/2025
**Claim Face Value:** $9,380.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $9,380.18 | | $0.00 |
| | | | | $9,380.18 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 07/01/2025 | 1388 | Objection Filed | | |

**MVP Group International, Inc.**
**Case(s): 337 Clm No: 3031 Clm. Amt: $9,380.18**

*430 Gentry Rd*
*Elkin, NC 28621-9241*
**Date Filed:** 6/9/2025
**Bar Date:** 5/25/2025
**Claim Face Value:** $9,380.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | Unknown | Y | |
| 337 | UNS | | | $9,380.18 | | |
| | | | | $9,380.18 | | |

**MW Manufacturers, Inc**
**Case(s): 337 Clm No: 2921 Clm. Amt: $318,656.13**

*dba Atrium Windows and Doors*
*5020 Weston Pkwy*
*Cary, NC 27513*
**Date Filed:** 3/5/2025
**Claim Face Value:** $318,656.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $318,656.13 | | |
| | | | | $318,656.13 | | |

**N. G. Heimos Greenhouses**
**Case(s): 337 Clm No: 1669 Clm. Amt: $35,033.89**

*6627 State Rte 158*
*Millstadt, IL 62260*
**Date Filed:** 11/26/2024
**Claim Face Value:** $35,033.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,033.89 | | |
| | | | | $35,033.89 | | |

**N. G. Heimos Greenhouses**
**Case(s): 337 Clm No: 2690 Clm. Amt: $996.00**

*Attn: Erica Olliges*
*6627 State Rte 158*
*Millstadt, IL 62260*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $996.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $996.00 | | |
| | | | | $996.00 | | |

## Nagase America LLC
### Case(s): 337 Clm No: 1812 Clm. Amt: $51,306.70

*Attn: David Peters*
*546 5th Ave, 19th Fl*
*New York, NY 10036*
**Date Filed:** 11/27/2024
**Claim Face Value:** $51,306.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $51,306.70 | | |
| | | | | $51,306.70 | | |

## Nantucket Spider, LLC
### Case(s): 337 Clm No: 2251 Clm. Amt: $4,249.37

*P.O. Box 536*
*Wilton, CT 06897*
**Date Filed:** 12/4/2024
**Claim Face Value:** $4,249.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,249.37 | | |
| | | | | $4,249.37 | | |

## Nash Products
### Case(s): 337 Clm No: 53 Clm. Amt:

*8650 Byron Center Ave SW, Ste 32*
*Byron Center, MI 49315*
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Nassau Candy Distributors, Inc.
### Case(s): 337 Clm No: 1892 Clm. Amt: $38,978.63

*530 W John St*
*Hicksville, NY 11801*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1890
**Claim Face Value:** $38,978.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,978.63 | | |
| | | | | $38,978.63 | | |

## Nassau Candy Distributors, Inc.
### Case(s): 337 Clm No: 1890 Clm. Amt: $38,978.63

*530 W John St*
*Hicksville, NY 11801*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1888
**Amended By Clm #:** 1890
**Claim Face Value:** $38,978.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,978.63 | | |
| | | | | $38,978.63 | | |

## Nassau Candy Distributors, Inc.
### Case(s): 337 Clm No: 1888 Clm. Amt: $38,978.63

*530 W John St*
*Hicksville, NY 11801*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 1890
**Claim Face Value:** $38,978.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,978.63 | | |
| | | | | $38,978.63 | | |

### Nassco Inc
**Case(s): 337 Clm No: 418 Clm. Amt: $14,699.15**

*5355 S Westridge Dr*
*New Berlin, WI 53151*
**Date Filed:** 10/23/2024
**Claim Face Value:** $14,699.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $14,699.15 | | |
| | | | | $14,699.15 | | |

### National Book Network
**Case(s): 337 Clm No: 2075 Clm. Amt: $1,164.48**

*15200 NBN Way*
*Blue Ridge Summit, PA 17214*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,164.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,164.48 | | |
| | | | | $1,164.48 | | |

### National Diversified Sales, Inc. ("NDS"), NORMA Group
**Case(s): 337 Clm No: 1849 Clm. Amt: $328,913.52**

*c/o Wick Phillips*
*Attn: Jason M Rudd*
*3131 Mckinney Ave, Ste 500*
*Dallas, TX 75204*
**Date Filed:** 11/27/2024
**Claim Face Value:** $328,913.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $19,620.94 | | $0.00 |
| 337 | ADM | Disallowed | | $19,620.94 | | $0.00 |
| 337 | UNS | Allowed | | $289,671.64 | | $315,473.29 |
| | | | | $328,913.52 | | $315,473.29 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

### National Flooring Equipment
**Case(s): 337 Clm No: 898 Clm. Amt: $2,512.32**

*9250 Xylon Ave N*
*Minneapolis, MN 55445*
**Date Filed:** 11/7/2024
**Claim Face Value:** $2,512.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,512.32 | | |
| | | | | $2,512.32 | | |

### National Guard Products
**Case(s): 337 Clm No: 1106 Clm. Amt: $270.48**

*4985 E Raines Rd*
*Memphis, TN 38118*
**Date Filed:** 11/15/2024
**Claim Face Value:** $270.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $270.48 | | |
| | | | | $270.48 | | |

## National Hardware a Division of Spectrum Brands, Inc
**Case(s): 337 Clm No: 1527 Clm. Amt: $1,743,866.17**

*19701 Da Vinci*
*Lake Forest, CA 92610*
**Date Filed:** 11/21/2024
**Claim Face Value:** $1,743,866.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $252,521.90 | | $0.00 |
| 337 | UNS | Allowed | | $1,491,344.27 | | $1,495,082.88 |
| | | | | $1,743,866.17 | | $1,495,082.88 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## National Nail Corp.
**Case(s): 337 Clm No: 865 Clm. Amt: $207,493.96**

*Attn: Jason Williams*
*2964 Clydon SW*
*Grand Rapids, MI 49519*
**Date Filed:** 11/6/2024
**Claim Face Value:** $207,493.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $42,389.18 | | $0.00 |
| 337 | UNS | Allowed | | $165,104.78 | | $207,493.96 |
| | | | | $207,493.96 | | $207,493.96 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## National Presto Industries, Inc.
**Case(s): 337 Clm No: 2240 Clm. Amt: $94,211.37**

*3925 N Hastings Way*
*Eau Claire, WI 54703*
**Date Filed:** 12/4/2024
**Claim Face Value:** $94,211.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $14,848.95 | | $0.00 |
| 337 | UNS | | | $79,362.42 | | |
| | | | | $94,211.37 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**National Retail Hardware Association**
**Case(s): 337 Clm No: 180 Clm. Amt: $153,200.00**

*1025 E 54th St*
*Indianapolis, IN 46220*
**Date Filed:** 10/17/2024
**Claim Face Value:** $153,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $153,200.00 | | |
| | | | | $153,200.00 | | |

**National Salvage & Service Corporation**
**Case(s): 337 Clm No: 2011 Clm. Amt: $28,590.06**

*Attn: Victoria Young*
*P.O. Box 300*
*Clear Creek, IN 47426*
**Date Filed:** 12/2/2024
**Claim Face Value:** $28,590.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,590.06 | | |
| | | | | $28,590.06 | | |

**Neill Tools Limited - A Spear & Jackson Group Company**
**Case(s): 337 Clm No: 2531 Clm. Amt: $22,041.29**

*c/o Atradius Collections, Inc*
*3500 Lacey Rd, Ste 220*
*Downers Grove, IL 60515*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $22,041.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $22,041.29 | | |
| | | | | $22,041.29 | | |

**Nellie's Clean Inc**
**Case(s): 337 Clm No: 412 Clm. Amt: $28,564.95**

*925 Boblett St, Unit C*
*Blaine, WA 98230*
**Date Filed:** 10/22/2024
**Claim Face Value:** $28,564.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,564.95 | | |
| | | | | $28,564.95 | | |

**Nelson Mullins Riley & Scarborough LLP**
**Case(s): 337 Clm No: 2358 Clm. Amt: $2,671.00**

*Attn: Frank BB Knowlton*
*P.O. Box 11070*
*Columbia, SC 29211*
**Date Filed:** 12/5/2024
**Claim Face Value:** $2,671.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,671.00 | | |
| | | | | $2,671.00 | | |

**Nelson Mullins Riley & Scarborough LLP**
**Case(s): 337 Clm No: 100421 Clm. Amt: $1,368.00**

*Attn: Ann Murray*
*201 17th St NW, Ste 1700*
*Atlanta, GA 30363*
**Date Filed:** 5/9/2025
**Claim Face Value:** $1,368.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $1,368.00 | | $0.00 |
| | | | | $1,368.00 | | $0.00 |

## Nemnich True Value
**Case(s): 337 Clm No: 1957 Clm. Amt: $7,191.60**

*Attn: Shawn Nemnich*
*212 N Douglas Ave*
*Ellsworth, KS 67439*
**Date Filed:** 11/29/2024
**Claim Face Value:** $7,191.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,191.60 | | |
| | | | | $7,191.60 | | |

## Neogen Corpotation
**Case(s): 337 Clm No: 125 Clm. Amt: $92,610.29**

*25153 Network Pl*
*Chicago, IL 60673*
**Date Filed:** 10/17/2024
**Claim Face Value:** $92,610.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $92,610.29 | | |
| | | | | $92,610.29 | | |

## Neptunes Harvest
**Case(s): 337 Clm No: 1203 Clm. Amt: $16,922.00**

*Attn: Nicholas Parco*
*88 Commercial St*
*Gloucester, MA 01930*
**Date Filed:** 11/18/2024
**Claim Face Value:** $16,922.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,922.00 | | |
| | | | | $16,922.00 | | |

## NetConnex, LLC
**Case(s): 337 Clm No: 580 Clm. Amt: $12,726.70**

*Attn: Kate Anthony*
*550 Commerce Dr*
*Quakertown, PA 18951*
**Date Filed:** 10/29/2024
**Claim Face Value:** $12,726.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,476.00 | | $0.00 |
| 337 | UNS | Allowed | | $11,250.70 | | $12,726.70 |
| | | | | $12,726.70 | | $12,726.70 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Netherland Bulb Company, LLC
### Case(s): 337 Clm No: 925 Clm. Amt: $295,489.78

*Attn: Scott Blum*
*2720 Industrial Way*
*Vineland, NJ 08360-1550*
**Date Filed:** 11/8/2024
**Claim Face Value:** $295,489.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $46,095.48 | | $0.00 |
| 337 | UNS | Allowed | | $249,394.30 | | $295,489.78 |
| | | | | $295,489.78 | | $295,489.78 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Netrush LLC
### Case(s): 337 Clm No: 2725 Clm. Amt: $24,577.72

*19215 SE 34th St, Unit 106-373*
*Camas, WA 98607*
**Date Filed:** 12/27/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $24,577.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $24,577.72 | | |
| | | | | $24,577.72 | | |

## New Jersey Unclaimed Property Administration
### Case(s): 337 Clm No: 1914 Clm. Amt:

*P.O. Box 214*
*Trenton, NJ 08625*
**Date Filed:** 11/26/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

## New Legend Inc.
### Case(s): 337 Clm No: 1327 Clm. Amt: $108,261.14

*811 S 59th Ave*
*Phoenix, AZ 85043*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $108,261.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $108,261.14 | | |
| | | | | $108,261.14 | | |

## New Legend Inc.
### Case(s): 337 Clm No: 2718 Clm. Amt: $36,853.10

*811 S 59th Ave*
*Phoenix, AZ 85043*
**Date Filed:** 12/25/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $36,853.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $36,853.10 | | |
| | | | | $36,853.10 | | |

## New Media Retailer
### Case(s): 337 Clm No: 891 Clm. Amt: $269,462.26

*c/o Stinson LLP*
*Attn: Brad Jones*
*1775 Pennsylvania Ave NW, Ste 800*
*Washington, DC 20006*
**Date Filed:** 11/7/2024
**Claim Face Value:** $269,462.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $269,462.26 | | |
| | | | | $269,462.26 | | |

## New Receiptco Opco LLC
### Case(s): 337 Clm No: 903 Clm. Amt: $7,149.32

*Attn: Elizabeth Maxey*
*301 Jones-Franklin Rd*
*Morristown, TN 37813*
**Date Filed:** 11/7/2024
**Claim Face Value:** $7,149.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $7,149.32 | | |
| | | | | $7,149.32 | | |

## New Receiptco Opco LLC
### Case(s): 337 Clm No: 2591 Clm. Amt: $38,396.55

*301 Jones-Franklin Rd*
*Morristown, TN 37813*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $38,396.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $38,396.55 | | |
| | | | | $38,396.55 | | |

## New York State Department of Taxation and Finance
### Case(s): 337 Clm No: 464 Clm. Amt: $28.58

*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed:** 10/25/2024
**Claim Face Value:** $28.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | PRI | Satisfied | | $26.61 | | $0.00 |
| 337 | UNS | | | $1.97 | | $1.97 |
| | | | | $28.58 | | $1.97 |

## New York State Department of Taxation and Finance
### Case(s): 342 Clm No: 2 Clm. Amt: $50.00

*P.O. Box 5300*
*Albany, NY 12205-0300*
**Date Filed:** 10/25/2024
**Claim Face Value:** $50.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 342 | UNS | | | $50.00 | | |
| | | | | $50.00 | | |

## Newborn Brothers Co Inc
### Case(s): 337 Clm No: 1595 Clm. Amt: $80,582.58

*7222 Parkway Dr A*
*Hanover, MD 21076*
**Date Filed:** 11/25/2024
**Claim Face Value:** $80,582.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $80,582.58 | | |
| | | | | $80,582.58 | | |

### Newby Services LLC
**Case(s): 337 Clm No: 2074 Clm. Amt: $21,420.00**

*3016 W 400 S*
*Lehi, UT 84043*
**Date Filed:** 12/3/2024
**Claim Face Value:** $21,420.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,420.00 | | |
| | | | | $21,420.00 | | |

### Newell Brands Distribution LLC
**Case(s): 337 Clm No: 100143 Clm. Amt: $2,956.92**

*c/o Reno & Zahm LLP*
*Attn: Jamie S Cassel, Esq*
*2902 McFarland Rd, Ste 400*
*Rockford, IL 61107*
**Date Filed:** 12/17/2024
**Claim Face Value:** $2,956.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $2,956.92 | | $0.00 |
| | | | | $2,956.92 | | $0.00 |

### Newell Brands Distribution LLC
**Case(s): 337 Clm No: 1750 Clm. Amt: $1,051,376.42**

*c/o Reno & Zahm LLP*
*Attn: Jamie S Cassel*
*2902 McFarland Rd, Ste 400*
*Rockford, IL 61107*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,051,376.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $415,182.27 | | $0.00 |
| 337 | ADM | Satisfied | | $570,589.76 | | $0.00 |
| 337 | UNS | Allowed | | $65,604.39 | | $651,191.09 |
| | | | | $1,051,376.42 | | $651,191.09 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

### Newell Polymers Inc
**Case(s): 337 Clm No: 1006 Clm. Amt: $55,242.00**

*7743 Ohio River Blvd*
*New Cumberland, WV 26047*
**Date Filed:** 11/9/2024
**Claim Face Value:** $55,242.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $55,242.00 | | |
| | | | | $55,242.00 | | |

### Ngiratkel Etpison Company Incorporated
**Case(s): 337 Clm No: 1949 Clm. Amt: $1,800.00**

*Attn: Jeffrey L Beattie, Esq*
*102 Martesia Way*
*Indian Harbour Beach, FL 32937*
**Date Filed:** 11/28/2024
**Claim Face Value:** $1,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,800.00 | | |
| | | | | $1,800.00 | | |

**Niagara Bottling, LLC**
**Case(s): 337 Clm No: 1966 Clm. Amt: $520,459.52**

*Attn: Cassandra Hooks*
*1440 Bridgegate Dr*
*Diamond Bar, CA 91765*
**Date Filed:** 11/29/2024
**Claim Face Value:** $520,459.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $520,459.52 | | |
| | | | | $520,459.52 | | |

**NIBCO, Inc.**
**Case(s): 337 Clm No: 2194 Clm. Amt: $289,534.46**

*Attn: Karen Roberts*
*1516 Middlebury St*
*Elkhart, IN 46516*
**Date Filed:** 12/3/2024
**Claim Face Value:** $289,534.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $289,534.46 | | |
| | | | | $289,534.46 | | |

**Nichole Gibson**
**Case(s): 337 Clm No: 1218 Clm. Amt: $200,000.00**

*c/o Crowe & Dunlevy*
*Attn: Alexander Sokolosky*
*222 N Detroit Ave, Ste 600*
*Tulsa, OK 74120*
**Date Filed:** 11/18/2024
**Claim Face Value:** $200,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $200,000.00 | | |
| | | | | $200,000.00 | | |

**Nicor Gas**
**Case(s): 337 Clm No: 1102 Clm. Amt: $2,543.98**

*P.O. Box 549*
*Aurora, IL 60507*
**Date Filed:** 11/13/2024
**Claim Face Value:** $2,543.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,543.98 | | |
| | | | | $2,543.98 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1092 Clm. Amt: $377.00**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/14/2024
**Claim Face Value:** $377.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $377.00 | | |
| | | | | $377.00 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1090 Clm. Amt: $237.00**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/14/2024
**Claim Face Value:** $237.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $237.00 | | |
| | | | | $237.00 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1135 Clm. Amt: $453.70**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Amended By Clm #:** 2823
**Claim Face Value:** $453.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $453.70 | | |
| | | | | $453.70 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1138 Clm. Amt: $393.80**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $393.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $393.80 | | |
| | | | | $393.80 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1120 Clm. Amt: $517.00**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $517.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $517.00 | | |
| | | | | $517.00 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1121 Clm. Amt: $762.70**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $762.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $762.70 | | |
| | | | | $762.70 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1115 Clm. Amt: $709.50**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $709.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $709.50 | | |
| | | | | $709.50 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1116 Clm. Amt: $523.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $523.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $523.20 | | |
| | | | | $523.20 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1117 Clm. Amt: $356.40**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $356.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $356.40 | | |
| | | | | $356.40 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1126 Clm. Amt: $1,596.80**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $1,596.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,596.80 | | |
| | | | | $1,596.80 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1127 Clm. Amt: $905.40**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $905.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $905.40 | | |
| | | | | $905.40 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1123 Clm. Amt: $510.00**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $510.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $510.00 | | |
| | | | | $510.00 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1124 Clm. Amt: $957.60**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/15/2024
**Claim Face Value:** $957.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $957.60 | | |
| | | | | $957.60 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1168 Clm. Amt: $396.90**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $396.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $396.90 | | |
| | | | | $396.90 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1169 Clm. Amt: $399.55**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $399.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $399.55 | | |
| | | | | $399.55 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1170 Clm. Amt: $577.70**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $577.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $577.70 | | |
| | | | | $577.70 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1172 Clm. Amt: $1,666.80**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,666.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $1,666.80 | | |
| | | | | $1,666.80 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1173 Clm. Amt: $577.70**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $577.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $577.70 | | |
| | | | | $577.70 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1166 Clm. Amt: $707.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $707.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $707.20 | | |
| | | | | $707.20 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1175 Clm. Amt: $594.00**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $594.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $594.00 | | |
| | | | | $594.00 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1176 Clm. Amt: $318.40**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $318.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $318.40 | | |
| | | | | $318.40 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1177 Clm. Amt: $679.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $679.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $679.20 | | |
| | | | | $679.20 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1178 Clm. Amt: $905.40**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $905.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $905.40 | | |
| | | | | $905.40 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1219 Clm. Amt: $314.10**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $314.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $314.10 | | $0.00 |
| 337 | UNS | Allowed | | | | $314.10 |
| | | | | $314.10 | | $314.10 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1220 Clm. Amt: $488.00**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $488.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $488.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $488.00 |
| | | | | $488.00 | | $488.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1221 Clm. Amt: $1,005.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,005.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,005.20 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,005.20 |
| | | | | $1,005.20 | | $1,005.20 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1222 Clm. Amt: $872.85**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $872.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $872.85 | | $0.00 |
| 337 | UNS | Allowed | | | | $872.85 |
| | | | | $872.85 | | $872.85 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1206 Clm. Amt: $797.40**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Amended By Clm #:** 2825
**Claim Face Value:** $797.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $797.40 | | |
| | | | | $797.40 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1216 Clm. Amt: $457.00**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $457.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $457.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $457.00 |
| | | | | $457.00 | | $457.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1217 Clm. Amt: $1,840.80**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,840.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,840.80 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,840.80 |
| | | | | $1,840.80 | | $1,840.80 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1204 Clm. Amt: $430.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Amended By Clm #:** 2824
**Claim Face Value:** $430.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $430.20 | | |
| | | | | $430.20 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1207 Clm. Amt: $1,450.80**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Amended By Clm #:** 2826
**Claim Face Value:** $1,450.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,450.80 | | |
| | | | | $1,450.80 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1208 Clm. Amt: $379.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Amended By Clm #:** 2827
**Claim Face Value:** $379.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $379.20 | | |
| | | | | $379.20 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1211 Clm. Amt: $351.60**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $351.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $351.60 | | $0.00 |
| 337 | UNS | Allowed | | | | $351.60 |
| | | | | $351.60 | | $351.60 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1212 Clm. Amt: $142.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $142.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $142.20 | | $0.00 |
| 337 | UNS | Allowed | | | | $142.20 |
| | | | | $142.20 | | $142.20 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1213 Clm. Amt: $1,642.50**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,642.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,642.50 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,642.50 |
| | | | | $1,642.50 | | $1,642.50 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1214 Clm. Amt: $840.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $840.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $840.20 | | $0.00 |
| 337 | UNS | Allowed | | | | $840.20 |
| | | | | $840.20 | | $840.20 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

**Nikco Sports**
**Case(s): 337 Clm No: 1202 Clm. Amt: $490.90**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $490.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $490.90 | | |
| | | | | $490.90 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1197 Clm. Amt: $667.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $667.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $667.20 | | |
| | | | | $667.20 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1186 Clm. Amt: $577.70**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $577.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $577.70 | | |
| | | | | $577.70 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1188 Clm. Amt: $284.40**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $284.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $284.40 | | |
| | | | | $284.40 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1193 Clm. Amt: $709.50**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $709.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $709.50 | | |
| | | | | $709.50 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1194 Clm. Amt: $679.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $679.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $679.20 | | |
| | | | | $679.20 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1195 Clm. Amt: $1,464.80**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,464.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,464.80 | | |
| | | | | $1,464.80 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 1196 Clm. Amt: $1,186.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,186.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,186.20 | | |
| | | | | $1,186.20 | | |

**Nikco Sports**
**Case(s): 337 Clm No: 2823 Clm. Amt: $453.70**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 1/21/2025
**Orig. Date Filed:** 11/15/2024
**Amending Clm #:** 1135
**Claim Face Value:** $453.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $453.70 | | |
| | | | | $453.70 | | |

### Nikco Sports
**Case(s): 337 Clm No: 2824 Clm. Amt: $430.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 1/21/2025
**Orig. Date Filed:** 11/18/2024
**Amending Clm #:** 1204
**Claim Face Value:** $430.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $430.20 | | $0.00 |
| 337 | UNS | Allowed | | | | $430.20 |
| | | | | $430.20 | | $430.20 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

### Nikco Sports
**Case(s): 337 Clm No: 2825 Clm. Amt: $797.40**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 1/21/2025
**Orig. Date Filed:** 11/18/2024
**Amending Clm #:** 1206
**Claim Face Value:** $797.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $797.40 | | $0.00 |
| 337 | UNS | Allowed | | | | $797.40 |
| | | | | $797.40 | | $797.40 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

### Nikco Sports
**Case(s): 337 Clm No: 2826 Clm. Amt: $1,450.80**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 1/21/2025
**Orig. Date Filed:** 11/18/2024
**Amending Clm #:** 1207
**Claim Face Value:** $1,450.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $1,450.80 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,450.80 |
| | | | | $1,450.80 | | $1,450.80 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

## Nikco Sports
**Case(s): 337 Clm No: 2827 Clm. Amt: $379.20**

*516 Trade Center Blvd*
*Chesterfield, MO 63005*
**Date Filed:** 1/21/2025
**Orig. Date Filed:** 11/18/2024
**Amending Clm #:** 1208
**Claim Face Value:** $379.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $379.20 | | $0.00 |
| 337 | UNS | Allowed | | | | $379.20 |
| | | | | $379.20 | | $379.20 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

## Nilfisk, Inc
**Case(s): 337 Clm No: 667 Clm. Amt: $47,365.74**

*9435 Winnetka Ave N*
*Brooklyn Park, MN 55445*
**Date Filed:** 10/31/2024
**Claim Face Value:** $47,365.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $47,365.74 | | |
| | | | | $47,365.74 | | |

## Ningbo Ironcube Works International Trade Co.,Ltd
**Case(s): 337 Clm No: 2122 Clm. Amt: $25,186.00**

*Attn: Daniel Zhou*
*Rm 805, No 666 Tiantong Rd*
*Zhejiang, CN 86*
*315133*
*China*
**Date Filed:** 12/4/2024
**Claim Face Value:** $25,186.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $25,186.00 | | $0.00 |
| | | | | $25,186.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Nite Ize, Inc.
**Case(s): 337 Clm No: 2615 Clm. Amt: $66,639.03**

*5660 Central Ave*
*Boulder, CO 80301*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $66,639.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $66,639.03 | | |
| | | | | $66,639.03 | | |

## Niteo Products, LLC
### Case(s): 337 Clm No: 979 Clm. Amt: $140,463.40

*Attn: Megan Hendrix*
*5949 Sherry Ln, Ste 540*
*Dallas, TX 75225*
**Date Filed:** 11/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $140,463.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $140,463.40 | | |
| | | | | $140,463.40 | | |

## Niteo Products, LLC
### Case(s): 337 Clm No: 2886 Clm. Amt: $70,498.24

*Attn: Megan Hendrix*
*5949 Sherry Ln, Ste 540*
*Dallas, TX 75225*
**Date Filed:** 2/18/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $70,498.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $70,498.24 | | |
| | | | | $70,498.24 | | |

## NJ Dept. of Labor, Div. Employer Accounts
### Case(s): 337 Clm No: 2714 Clm. Amt: $37,365.68

*P.O. Box 379*
*Trenton, NJ 08625*
**Date Filed:** 12/24/2024
**Bar Date:** 4/14/2025
**Claim Face Value:** $37,365.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | PRI | Satisfied | | $36,661.93 | | $0.00 |
| 337 | UNS | | | $703.75 | | $703.75 |
| | | | | $37,365.68 | | $703.75 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/22/2025 | 1542 | Objection Filed | | |

## NM Taxation & Revenue Department
### Case(s): 342 Clm No: 33 Clm. Amt: $10,423.89

*P.O. Box 8575*
*Albuquerque, NM 87198-8575*
**Date Filed:** 1/28/2025
**Claim Face Value:** $10,423.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 342 | PRI | | | $9,048.89 | | $0.00 |
| 342 | UNS | | | $1,375.00 | | $0.00 |
| | | | | $10,423.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 08/22/2025 | 1542 | Objection Granted | 09/19/2025 | 1561 |

## NM Taxation & Revenue Department
**Case(s): 342 Clm No: 34 Clm. Amt: $10,423.89**

*P.O. Box 8575*
*Albuquerque, NM 87198-8575*
**Date Filed:** 1/28/2025
**Claim Face Value:** $10,423.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | PRI | Disallowed | | $9,048.89 | | $0.00 |
| 342 | UNS | Disallowed | | $1,375.00 | | $0.00 |
| | | | | $10,423.89 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## No Spill, Inc.
**Case(s): 337 Clm No: 1671 Clm. Amt: $4,691.60**

*17501 W 98th St, Ste 6-49*
*Lenexa, KS 66219*
**Date Filed:** 11/26/2024
**Claim Face Value:** $4,691.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $4,691.60 | | $0.00 |
| | | | | $4,691.60 | | $0.00 |

## No Spill, Inc.
**Case(s): 337 Clm No: 2184 Clm. Amt: $181,931.24**

*Attn: Debra Huntsman*
*17501 W 98th St, SPC 6-49*
*Lenexa, KS 66219*
**Date Filed:** 12/4/2024
**Claim Face Value:** $181,931.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $181,931.24 | | |
| | | | | $181,931.24 | | |

## Noble Wire & Terminal Corp.
**Case(s): 337 Clm No: 2255 Clm. Amt: $11,957.36**

*P.O. Box 2250*
*Eugene, OR 97402*
**Date Filed:** 12/4/2024
**Claim Face Value:** $11,957.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,957.36 | | |
| | | | | $11,957.36 | | |

## Noll/Norwesco
**Case(s): 337 Clm No: 1107 Clm. Amt: $54,377.28**

*Attn: Mari Felix*
*1450 Virginia Ave*
*Baldwin Park, CA 91706*
**Date Filed:** 11/15/2024
**Claim Face Value:** $54,377.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $54,377.28 | | |
| | | | | $54,377.28 | | |

## Nordon LLC
**Case(s): 337 Clm No: 468 Clm. Amt: $30,045.84**

*Attn: Alec Arakelian*
*1 Cabot Blvd*
*Langhorne, PA 19047*
**Date Filed:** 10/24/2024
**Claim Face Value:** $30,045.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $30,045.84 | | |
| | | | | $30,045.84 | | |

## NORMA Breeze, NORMA Group
**Case(s): 337 Clm No: 2270 Clm. Amt: $35,612.82**

*c/o Wick Phillips*
*Attn: Jason M Rudd*
*3131 McKinney Ave, Ste 500*
*Dallas, TX 75204*
**Date Filed:** 12/5/2024
**Claim Face Value:** $35,612.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,612.82 | | |
| | | | | $35,612.82 | | |

## Norman Equipment Company
**Case(s): 338 Clm No: 15 Clm. Amt: $335.55**

*Attn: CFO, Accounting*
*9850 Industrial Dr*
*Bridgeview, IL 60455*
**Date Filed:** 12/3/2024
**Claim Face Value:** $335.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | 503(b)(9) | Disallowed | | $335.55 | | $0.00 |
| | | | | $335.55 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## North Atlantic Imports LLC
**Case(s): 337 Clm No: 2376 Clm. Amt: $365,483.73**

*1073 W 1700 N*
*Logan, UT 84321*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 10/21/2024
**Amending Clm #:** 305
**Claim Face Value:** $365,483.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $365,483.73 | | |
| | | | | $365,483.73 | | |

## North Atlantic Imports, LLC
**Case(s): 337 Clm No: 305 Clm. Amt: $365,483.73**

*1073 W 1700 N*
*Logan, UT 84321*
**Date Filed:** 10/21/2024
**Amended By Clm #:** 2376
**Claim Face Value:** $365,483.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $365,483.73 | | |
| | | | | $365,483.73 | | |

## North Coast Logistics, Inc.
**Case(s): 337 Clm No: 100118 Clm. Amt: $12,897.52**

*18901 Snow Rd, Ste A*
*Brook Park, OH 44142*
**Date Filed:** 12/16/2024
**Claim Face Value:** $12,897.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $12,897.52 | | $0.00 |
| | | | | $12,897.52 | | $0.00 |

## North Dakota Office of State Tax Commissioner
**Case(s): 337 Clm No: 2916 Clm. Amt: $685.00**

*600 E Boulevard Ave*
*Bismarck, ND 58505*
**Date Filed:** 3/1/2025
**Claim Face Value:** $685.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $685.00 | | $0.00 |
| | | | | $685.00 | | $0.00 |

## North States Industries, Inc.
**Case(s): 337 Clm No: 880 Clm. Amt: $15,460.79**

*5455 Hwy 169 N*
*Plymouth, MN 55442*
**Date Filed:** 11/6/2024
**Claim Face Value:** $15,460.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,460.79 | | |
| | | | | $15,460.79 | | |

## North States Industries, Inc.
**Case(s): 337 Clm No: 881 Clm. Amt: $14,076.66**

*5455 Hwy 169 N*
*Plymouth, MN 55442*
**Date Filed:** 11/6/2024
**Claim Face Value:** $14,076.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $14,076.66 | | $0.00 |
| 337 | UNS | Allowed | | | | $10,650.10 |
| | | | | $14,076.66 | | $10,650.10 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## North West Rubber Ltd
**Case(s): 337 Clm No: 108 Clm. Amt: $141,772.00**

*726 Cherry St, Unit 127*
*Sumas, WA 98295*
**Date Filed:** 10/16/2024
**Claim Face Value:** $141,772.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $141,772.00 | | |
| | | | | $141,772.00 | | |

## Northern Plains Distributing Inc
### Case(s): 337 Clm No: 202 Clm. Amt: $123,595.91

*2308 Main Ave W*
*W Fargo, ND 58078*
**Date Filed:** 10/18/2024
**Claim Face Value:** $123,595.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337  | UNS   |        |           | $123,595.91           |     |                      |
|      |       |        |           | $123,595.91           |     |                      |

## Northwestern Medical Group
### Case(s): 337 Clm No: 2992 Clm. Amt: $4,857.00

*Attn: Alexandra Scanlon*
*259 E Erie St, Ste 2100*
*Chicago, IL 60611*
**Date Filed:** 5/8/2025
**Claim Face Value:** $4,857.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337  | UNS   |        |           | $4,857.00             |     |                      |
|      |       |        |           | $4,857.00             |     |                      |

## Northwestern Medical Group
### Case(s): 337 Clm No: 643 Clm. Amt: $17,678.05

*Attn: Alexandra Scanlon*
*259 E Erie St, Ste 2100*
*Chicago, IL 60611*
**Date Filed:** 10/30/2024
**Claim Face Value:** $17,678.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337  | UNS   |        |           | $17,678.05            |     |                      |
|      |       |        |           | $17,678.05            |     |                      |

## NoTrax USA, Inc
### Case(s): 337 Clm No: 160 Clm. Amt: $11,578.06

*c/o Justrite - Legal Dept*
*1751 Lake Cook Rd, Ste 370*
*Deerfield, IL 60015*
**Date Filed:** 10/17/2024
**Claim Face Value:** $11,578.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337  | UNS   |        |           | $11,578.06            |     |                      |
|      |       |        |           | $11,578.06            |     |                      |

## NoTrax USA, Inc.
### Case(s): 337 Clm No: 2694 Clm. Amt: $1,527.56

*Attn: Benjamin Walczak*
*1751 Lake Cook Rd, Ste 370*
*Deerfield, IL 60015*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,527.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337  | UNS   |        |           | $1,527.56             |     |                      |
|      |       |        |           | $1,527.56             |     |                      |

## Nour Trading House Inc
### Case(s): 337 Clm No: 100320 Clm. Amt: $94,230.84

*637 Colby Dr, Unit 12*
*Waterloo, ON N2V 1B4*
*Canada*
**Date Filed:** 12/23/2024
**Claim Face Value:** $94,230.84

| Case | Class | Status    | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------|-----------|----------------------:|-----|---------------------:|
| 337  | ADM   | Satisfied |           | $94,230.84            |     | $0.00                |
|      |       |           |           | $94,230.84            |     | $0.00                |

## Nour Trading House, Inc.
**Case(s): 337 Clm No: 2138 Clm. Amt: $32,925.12**

*Attn: Bruce T Hunking*
*637 Colby Dr, Unit 12*
*Waterloo, ON N2V 1B4*
*Canada*
**Date Filed:** 12/2/2024
**Claim Face Value:** $32,925.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | Withdrawn | | $32,925.12 | | $0.00 |
| | | | | $32,925.12 | | $0.00 |

## Nova Libra
**Case(s): 337 Clm No: 480 Clm. Amt: $7,500.00**

*3406 N Albany Ave*
*Chicago, IL 60618*
**Date Filed:** 10/25/2024
**Claim Face Value:** $7,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $7,500.00 | | |
| | | | | $7,500.00 | | |

## Novelty Manufacturing Co
**Case(s): 337 Clm No: 892 Clm. Amt: $22,898.34**

*1330 Loop Rd*
*Lancaster, PA 17601*
**Date Filed:** 11/7/2024
**Claim Face Value:** $22,898.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $22,898.34 | | |
| | | | | $22,898.34 | | |

## Novo Building Products
**Case(s): 337 Clm No: 293 Clm. Amt: $80,239.00**

*8181 Logistic Dr*
*Zeeland, MI 49464*
**Date Filed:** 10/21/2024
**Claim Face Value:** $80,239.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $80,239.00 | | |
| | | | | $80,239.00 | | |

## Novus Media, LLC
**Case(s): 337 Clm No: 2399 Clm. Amt: $116,548.57**

*7900 Xerxes Ave, Ste 310*
*Bloomington, MN 55431*
**Date Filed:** 12/5/2024
**Claim Face Value:** $116,548.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $116,548.57 | | |
| | | | | $116,548.57 | | |

## NPN 360
**Case(s): 337 Clm No: 100049 Clm. Amt: $7,562.24**

*2801 Lakeside Dr*
*Bannockburn, IL 60015*
**Date Filed:** 12/9/2024
**Claim Face Value:** $7,562.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Withdrawn | | $7,562.24 | | $0.00 |
| | | | | $7,562.24 | | $0.00 |

## NUPLA LLC
**Case(s): 337 Clm No: 1982 Clm. Amt: $232.91**

*29 E Madison St, Ste 900*
*Chicago, IL 60602*
**Date Filed:** 11/27/2024
**Claim Face Value:** $232.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $232.91 | | |
| | | | | $232.91 | | |

## Nuvik USA, Inc
**Case(s): 337 Clm No: 640 Clm. Amt: $32,685.98**

*930 Claycraft Rd*
*Gahanna, OH 43230*
**Date Filed:** 10/29/2024
**Claim Face Value:** $32,685.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $11,931.50 | | $0.00 |
| 337 | UNS | Allowed | | $20,754.48 | | $30,094.42 |
| | | | | $32,685.98 | | $30,094.42 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Nuvik USA, Inc
**Case(s): 337 Clm No: 606 Clm. Amt: $32,685.98**

*Attn: Bryan Bradbury*
*930 Claycraft Rd*
*Gahanna, OH 43230*
**Date Filed:** 10/29/2024
**Claim Face Value:** $32,685.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $11,931.50 | Y | $0.00 |
| 337 | UNS | Disallowed | | $20,754.48 | Y | $0.00 |
| | | | | $32,685.98 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## NVP Inc
**Case(s): 337 Clm No: 1765 Clm. Amt: $26,927.35**

*Attn: Vick Pease*
*P.O. Box 900*
*Union, ME 04862*
**Date Filed:** 11/25/2024
**Claim Face Value:** $26,927.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $26,927.35 | | |
| | | | | $26,927.35 | | |

## NW Natural
### Case(s): 337 Clm No: 2796 Clm. Amt: $121.02

*Attn: Bankruptcy*
*P.O. Box 3288*
*Portland, OR 97208*
**Date Filed:** 1/13/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $121.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $121.02 | | |
| | | | | $121.02 | | |

## NW Natural
### Case(s): 337 Clm No: 2071 Clm. Amt: $205.68

*Attn: Bankruptcy*
*P.O. Box 3288*
*Portland, OR 97208*
**Date Filed:** 12/3/2024
**Claim Face Value:** $205.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $205.68 | | |
| | | | | $205.68 | | |

## O A Both Corporation dba Schlenk Metallic Pigments
### Case(s): 340 Clm No: 3 Clm. Amt: $10,725.00

*40 Nickerson Rd*
*Ashland, MA 01721-1912*
**Date Filed:** 11/5/2024
**Claim Face Value:** $10,725.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 340 | UNS | | | $10,725.00 | | |
| | | | | $10,725.00 | | |

## Oakley Farm & Home Center
### Case(s): 337 Clm No: 1269 Clm. Amt: $24,721.71

*124 Center*
*Oakley, KS 67748*
**Date Filed:** 11/20/2024
**Claim Face Value:** $24,721.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,721.71 | | |
| | | | | $24,721.71 | | |

## Oatey Supply Chain Services, Inc.
### Case(s): 337 Clm No: 1231 Clm. Amt: $67,211.22

*c/o Baker & Hostetler LLP*
*Attn: Michael VanNiel, Esq*
*Key Tower, 127 Public Sq, Ste 2000*
*Cleveland, OH 44114*
**Date Filed:** 11/19/2024
**Claim Face Value:** $67,211.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $67,211.22 | | $0.00 |
| | | | | $67,211.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

**Oatey Supply Chain Services, Inc.**
**Case(s): 337 Clm No: 1232 Clm. Amt: $1,488,648.82**

*c/o Baker & Hostetler LLP*
*Attn: Michael VanNiel, Esq*
*Key Tower, 127 Public Sq, Ste 2000*
*Cleveland, OH 44114*
**Date Filed:** 11/19/2024
**Claim Face Value:** $1,488,648.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $67,211.22 | | $0.00 |
| 337 | UNS | | | $1,421,437.60 | | $1,421,437.60 |
| | | | | $1,488,648.82 | | $1,421,437.60 |

**Oatey Supply Chain Services, Inc.**
**Case(s): 337 Clm No: 100306 Clm. Amt: $2,792.11**

*20600 Emerald Pkwy*
*Cleveland, OH 44135*
**Date Filed:** 12/23/2024
**Claim Face Value:** $2,792.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | | | $0.00 |
| 337 | ADM | Satisfied | | $2,792.11 | | $0.00 |
| 337 | SEC | Satisfied | | | | $0.00 |
| | | | | $2,792.11 | | $0.00 |

**Oatey Supply Chain Services, Inc.**
**Case(s): 337 Clm No: 3015 Clm. Amt: $1,488,648.82**

*c/o Baker & Hostetler LLP*
*Attn: Michael VanNiel, Esq*
*Key Tower, 127 Public Sq, Ste 2000*
*Cleveland, OH 44114*
**Date Filed:** 5/28/2025
**Bar Date:** 5/28/2025
**Claim Face Value:** $1,488,648.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,488,648.82 | | |
| | | | | $1,488,648.82 | | |

**ODH Distributing**
**Case(s): 337 Clm No: 2548 Clm. Amt: $350.39**

*P.O. Box 1380*
*Nixa, MO 65714*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $350.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $350.39 | | |
| | | | | $350.39 | | |

**ODH Distributing**
**Case(s): 337 Clm No: 538 Clm. Amt: $4,640.30**

*P.O. Box 1380*
*Nixa, MO 65714*
**Date Filed:** 10/24/2024
**Claim Face Value:** $4,640.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,640.30 | | |
| | | | | $4,640.30 | | |

**Ohio Bureau of Workers' Compensation**
**Case(s): 337 Clm No: 2935 Clm. Amt: $43,145.76**

*P.O. Box 15567*
*Columbus, OH 43215-0567*
**Date Filed:** 3/13/2025
**Claim Face Value:** $43,145.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Allowed | | $43,145.76 | | $21,572.88 |
| | | | | $43,145.76 | | $21,572.88 |

**Ohio Bureau of Workers' Compensation**
**Case(s): 337 Clm No: 2936 Clm. Amt: $41,042.94**

*P.O. Box 15567*
*Columbus, OH 43215-0567*
**Date Filed:** 3/13/2025
**Claim Face Value:** $41,042.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $41,042.94 | | |
| | | | | $41,042.94 | | |

**Ohio Department of Taxation**
**Case(s): 337 Clm No: 100111 Clm. Amt: $4,008.03**

*P.O. Box 530*
*Columbus, OH 43216*
**Date Filed:** 12/13/2024
**Claim Face Value:** $4,008.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $4,008.03 | | $0.00 |
| | | | | $4,008.03 | | $0.00 |

**Ohio Department of Taxation**
**Case(s): 337 Clm No: 2496 Clm. Amt: $3,475.72**

*P.O. Box 530*
*Columbus, OH 43216*
**Date Filed:** 12/13/2024
**Claim Face Value:** $3,475.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $2,359.75 | | $0.00 |
| 337 | UNS | | | $1,115.97 | | $1,115.97 |
| | | | | $3,475.72 | | $1,115.97 |

**Ohio Department of Taxation**
**Case(s): 342 Clm No: 7 Clm. Amt: $681.45**

*P.O. Box 530*
*Columbus, OH 43216*
**Date Filed:** 11/19/2024
**Claim Face Value:** $681.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | PRI | Satisfied | | $519.50 | | $0.00 |
| 342 | UNS | | | $161.95 | | $161.95 |
| | | | | $681.45 | | $161.95 |

## Ohio Mulch Supply, Inc.
**Case(s): 337 Clm No: 1629 Clm. Amt: $194,742.34**

*Attn: Jeffrey Willis*
*1600 Universal Rd*
*Columbus, OH 43207*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $194,742.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $4,270.00 | | $0.00 |
| 337 | UNS | | | $190,472.34 | | $190,472.34 |
| | | | | $194,742.34 | | $190,472.34 |

## Ohio Security Systems, Inc
**Case(s): 337 Clm No: 654 Clm. Amt: $26,292.36**

*3635 Elm Rd NE*
*Warren, OH 44483*
**Date Filed:** 10/31/2024
**Claim Face Value:** $26,292.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $26,292.36 | | |
| | | | | $26,292.36 | | |

## Oil-Dri Corporation of America
**Case(s): 337 Clm No: 1819 Clm. Amt: $217,273.82**

*Wrigley Bldg*
*410 N Michigan Ave, Ste 400*
*Chicago, IL 60611*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 10/17/2024
**Amending Clm #:** 179
**Claim Face Value:** $217,273.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $11,401.98 | | $0.00 |
| 337 | UNS | | | $205,871.84 | | $205,871.84 |
| | | | | $217,273.82 | | $205,871.84 |

## Oil-Dri Corporation of America
**Case(s): 337 Clm No: 179 Clm. Amt: $217,273.82**

*410 N Michigan Ave, Ste 400*
*Chicago, IL 60611*
**Date Filed:** 10/17/2024
**Amended By Clm #:** 1819
**Claim Face Value:** $217,273.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $217,273.82 | | |
| | | | | $217,273.82 | | |

## Okura Hardware & Lumber
**Case(s): 337 Clm No: 1736 Clm. Amt: $67,601.13**

*2245 NW 72nd Ave*
*Miami, FL 33122*
**Date Filed:** 11/25/2024
**Claim Face Value:** $67,601.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | | | Unknown | Y | |
| 337 | UNS | | | $67,601.13 | | |
| | | | | $67,601.13 | | |

## Okura Hardware & Lumber, LLC
### Case(s): 337 Clm No: 406 Clm. Amt:

*Address Not Provided*
**Date Filed:** 10/22/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

## Old Dominion Freight Line, Inc.
### Case(s): 337 Clm No: 2795 Clm. Amt: $15,812.06

*Attn: Rusty Frazier, Asset Recovery Analyst*
*500 Old Dominion Way*
*Thomasville, NC 27360*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,812.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $15,812.06 | | |
| | | | | $15,812.06 | | |

## Old World Industries LLC
### Case(s): 337 Clm No: 2267 Clm. Amt: $545,902.68

*3100 Sanders Rd, Ste 400*
*Northbrook, IL 60062*
**Date Filed:** 12/5/2024
**Claim Face Value:** $545,902.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $26,631.96 | | $0.00 |
| 337 | UNS | | | $519,270.72 | | |
| | | | | $545,902.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Oldcastle APG, Inc
### Case(s): 337 Clm No: 857 Clm. Amt: $2,020,921.70

*Attn: Brett Polachek*
*400 Perimeter Center Ter, Ste 1000*
*Atlanta, GA 30346*
**Date Filed:** 11/5/2024
**Claim Face Value:** $2,020,921.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,020,921.70 | | |
| | | | | $2,020,921.70 | | |

## Oldcastle APG, Inc., et al.
### Case(s): 337 Clm No: 100344 Clm. Amt:

*P.O. Box 281479*
*Atlanta, GA 30384*
**Date Filed:** 12/23/2024
**Claim Face Value:**

## Olly Olly Group LLC
**Case(s): 337 Clm No: 100414 Clm. Amt: $20,000.54**

*dba TAG*
*3310 N Elston Ave, Ste 100*
*Chicago, IL 60610*
**Date Filed:** 4/3/2025
**Claim Face Value:** $20,000.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $20,000.54 | | $0.00 |
| | | | | $20,000.54 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 04/29/2025 | 1153 | Objection Granted | 07/28/2025 | 1486 |

## Olly Olly Group LLC dba Tag
**Case(s): 337 Clm No: 676 Clm. Amt: $37,463.44**

*3310 N Elston Ave, Ste 100*
*Chicago, IL 60618*
**Date Filed:** 10/30/2024
**Claim Face Value:** $37,463.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $37,463.44 | | |
| | | | | $37,463.44 | | |

## Olly Olly Group LLC dba Tag
**Case(s): 337 Clm No: 675 Clm. Amt: $106,512.90**

*3310 N Elston Ave, Ste 100*
*Chicago, IL 60618*
**Date Filed:** 10/30/2024
**Claim Face Value:** $106,512.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $106,512.90 | | |
| | | | | $106,512.90 | | |

## Olympic Fire Protection Corp
**Case(s): 337 Clm No: 790 Clm. Amt: $900.00**

*Attn: Rhonda Michaletz*
*1355 State Ave NW*
*Owatonna, MN 55060*
**Date Filed:** 11/2/2024
**Claim Face Value:** $900.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $900.00 | | |
| | | | | $900.00 | | |

## Olympic Petroleum Corporation
**Case(s): 337 Clm No: 1726 Clm. Amt: $195,411.38**

*5000 W 41st St*
*Cicero, IL 60804*
**Date Filed:** 11/25/2024
**Claim Face Value:** $195,411.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $195,411.38 | | |
| | | | | $195,411.38 | | |

## Omega Sign & Lighting Inc./ Yesco Chicago
**Case(s): 337 Clm No: 1535 Clm. Amt:**

*1401 W Jeffrey Dr*
*Addison, IL 60101*
**Date Filed:** 11/22/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## OMG, Inc.
**Case(s): 337 Clm No: 960 Clm. Amt: $192,450.86**

*153 Bowles Rd*
*Agawam, MA 01001*
**Date Filed:** 11/11/2024
**Claim Face Value:** $192,450.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $192,450.86 | | |
| | | | | $192,450.86 | | |

## Omlid & Swinney Fire Protection & Security
**Case(s): 337 Clm No: 2222 Clm. Amt: $3,164.00**

*Attn: Kimberly Lynn Mercurio*
*610 30th St*
*Springfield, OR 97478*
**Date Filed:** 12/4/2024
**Claim Face Value:** $3,164.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,164.00 | | |
| | | | | $3,164.00 | | |

## Omni Systems Inc
**Case(s): 337 Clm No: 1761 Clm. Amt: $12,427.50**

*701 Beta Dr, Ste 9*
*Mayfield Village, OH 44143*
**Date Filed:** 11/25/2024
**Claim Face Value:** $12,427.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,427.50 | | |
| | | | | $12,427.50 | | |

## OmniLocal, Inc.
**Case(s): 337 Clm No: 2124 Clm. Amt: $317,722.46**

*c/o Burr & Forman LLP*
*Attn: J Cory Falgowski, Esq*
*222 Delaware Ave, Ste 1030*
*Wilmington, DE 19801*
**Date Filed:** 12/4/2024
**Claim Face Value:** $317,722.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $317,722.46 | | |
| | | | | $317,722.46 | | |

## Omnimax International, LLC
**Case(s): 337 Clm No: 1397 Clm. Amt: $555,431.14**

*c/o Legal Department*
*30 Technology Pkwy S, Ste 400*
*Peachtree Corners, GA 30092*
**Date Filed:** 11/21/2024
**Claim Face Value:** $555,431.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $83,594.91 | | $0.00 |
| 337 | UNS | Allowed | | $471,836.23 | | $489,713.56 |
| | | | | $555,431.14 | | $489,713.56 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## OMSAC Inc dbc Newstripe Inc
**Case(s): 337 Clm No: 2523 Clm. Amt: $575.00**

*1700 Jasper St, Ste F*
*Aurora, CO 80011*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $575.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $575.00 | | |
| | | | | $575.00 | | |

## Omya Inc.
**Case(s): 337 Clm No: 2077 Clm. Amt: $10,920.00**

*Attn: Tammy Imhoff*
*4605 Duke Dr, Ste 700*
*Mason, OH 45040*
**Date Filed:** 12/3/2024
**Amended By Clm #:** 2091
**Claim Face Value:** $10,920.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $10,920.00 | Y | $0.00 |
| | | | | $10,920.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Omya Inc.
**Case(s): 337 Clm No: 2091 Clm. Amt: $16,380.00**

*Attn: Tammy Imhoff*
*4605 Duke Dr, Ste 700*
*Mason, OH 45040*
**Date Filed:** 12/3/2024
**Orig. Date Filed:** 12/3/2024
**Amending Clm #:** 2077
**Claim Face Value:** $16,380.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $10,920.00 | | $0.00 |
| 337 | UNS | | | $5,460.00 | | $5,460.00 |
| | | | | $16,380.00 | | $5,460.00 |

## Omya Specialty Materials Inc.
**Case(s): 337 Clm No: 2079 Clm. Amt: $11,761.20**

*Attn: Tammy Imhoff*
*4605 Duke Dr, Ste 700*
*Mason, OH 45040*
**Date Filed:** 12/3/2024
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1670
**Claim Face Value:** $11,761.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $11,761.20 | | $0.00 |
| | | | | $11,761.20 | | $0.00 |

## Omya Specialty Materials Inc.
**Case(s): 337 Clm No: 1670 Clm. Amt: $11,761.20**

*Attn: Tammy Imhoff*
*4605 Duke Dr, Ste 700*
*Mason, OH 45040*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 2079
**Claim Face Value:** $11,761.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,761.20 | | |
| | | | | $11,761.20 | | |

## Onduline North America
**Case(s): 337 Clm No: 1343 Clm. Amt: $37,886.14**

*Attn: James Clarke*
*4115 N Perkins Rd*
*Stillwater, OK 74075*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $37,886.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $37,886.14 | | |
| | | | | $37,886.14 | | |

## Onduline North America
**Case(s): 337 Clm No: 2944 Clm. Amt: $37,886.14**

*Address Not Provided*
**Date Filed:** 3/13/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $37,886.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $37,886.14 | | |
| | | | | $37,886.14 | | |

## One Source Industries, LLC
**Case(s): 337 Clm No: 886 Clm. Amt: $635.00**

*2358 E Walnut Ave*
*Fullerton, CA 92831*
**Date Filed:** 11/6/2024
**Claim Face Value:** $635.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $635.00 | | $0.00 |
| | | | | $635.00 | | $0.00 |

## One Source Industries, LLC
**Case(s): 337 Clm No: 399 Clm. Amt: $53,727.92**

*2358 E Walnut Ave*
*Fullerton, CA 92831*
**Date Filed:** 10/22/2024
**Claim Face Value:** $53,727.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $53,727.92 | | |
| | | | | $53,727.92 | | |

## One Stop Bldg. Sply Ctr/Lionel Lorzager
**Case(s): 337 Clm No: 100133 Clm. Amt: $38,334.00**

*P.O. Box 108*
*Little Compton, RI 02837*
**Date Filed:** 12/16/2024
**Claim Face Value:** $38,334.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $38,334.00 | | $0.00 |
| | | | | $38,334.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## OneCreditSource.com
**Case(s): 337 Clm No: 2421 Clm. Amt: $563.73**

*7668 SW Mohawk St*
*Tualatin, OR 97062*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $563.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $563.73 | | |
| | | | | $563.73 | | |

## Opa International
**Case(s): 337 Clm No: 3055 Clm. Amt: $56,251.00**

*dba Alfagres*
*Attn: Maria Canelon*
*7122 NW 50th St*
*Miami, FL 33166*
**Date Filed:** 8/19/2025
**Claim Face Value:** $56,251.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $56,251.00 | | |
| | | | | $56,251.00 | | |

## Opa International Corporation
**Case(s): 337 Clm No: 1122 Clm. Amt: $56,250.63**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $56,250.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $56,250.63 | | |
| | | | | $56,250.63 | | |

## OPC Polymers LLC
### Case(s): 337 Clm No: 1008 Clm. Amt: $192,974.19

*Attn: B Patton CFO*
*1920 Leonard Ave*
*Columbus, OH 43219*
**Date Filed:** 11/12/2024
**Claim Face Value:** $192,974.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $90,252.00 | | $0.00 |
| 337 | UNS | | | $102,722.19 | | $102,722.19 |
| | | | | $192,974.19 | | $102,722.19 |

## Opel Growers, Inc
### Case(s): 337 Clm No: 153 Clm. Amt: $72,706.58

*6275 Tyler St*
*Hudsonville, MI 49426*
**Date Filed:** 10/17/2024
**Amended By Clm #:** 1659
**Claim Face Value:** $72,706.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $72,706.58 | | |
| | | | | $72,706.58 | | |

## Opel Growers, Inc.
### Case(s): 337 Clm No: 1659 Clm. Amt: $72,706.58

*6275 Tyler St*
*Hudsonville, MI 49426*
**Date Filed:** 11/25/2024
**Orig. Date Filed:** 10/17/2024
**Amending Clm #:** 153
**Claim Face Value:** $72,706.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $72,706.58 | | |
| | | | | $72,706.58 | | |

## Open Road Brands, LLC
### Case(s): 337 Clm No: 1355 Clm. Amt: $6,865.25

*3718 N Rock Rd, Ste 500*
*Wichita, KS 67226*
**Date Filed:** 11/21/2024
**Claim Face Value:** $6,865.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $6,865.25 | | |
| | | | | $6,865.25 | | |

## Opportunity Enterprises Inc., DBA Flex Execs Management Solutions
### Case(s): 337 Clm No: 2069 Clm. Amt: $23,000.00

*Attn: Kris Swanson*
*6060 W Lone Cactus Dr*
*Glendale, AZ 85308-6264*
**Date Filed:** 12/3/2024
**Claim Face Value:** $23,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $23,000.00 | | |
| | | | | $23,000.00 | | |

## Opportunity Franchising, Inc.
**Case(s): 337 Clm No: 1809 Clm. Amt: $14,354.01**

*1901 N Roselle Rd, Ste 610*
*Schaumburg, IL 60195*
**Date Filed:** 11/27/2024
**Claim Face Value:** $14,354.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $14,354.01 | | |
| | | | | $14,354.01 | | |

## Optimum Technologies, Inc
**Case(s): 337 Clm No: 177 Clm. Amt:**

*P.O. Box 1537*
*570 Joe Frank Harris Pkwy*
*Cartersville, GA 30120*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Oracle America, Inc. ("Oracle")
**Case(s): 337 Clm No: 100255 Clm. Amt: $167,750.61**

*c/o Buchalter, PC*
*Attn: Shawn M Christianson, Esq*
*425 Market St, Ste 2900*
*San Francisco, CA 94105*
**Date Filed:** 12/20/2024
**Claim Face Value:** $167,750.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $167,750.61 | | $0.00 |
| | | | | $167,750.61 | | $0.00 |

## Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle")
**Case(s): 337 Clm No: 2111 Clm. Amt:**

*c/o Buchalter PC*
*Attn: Shawn M Christianson, Esq*
*425 Market St, Ste 2900*
*San Francisco, CA 94105*
**Date Filed:** 12/3/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Orange County Convention Center
**Case(s): 337 Clm No: 2857 Clm. Amt: $230,532.64**

*P.O. Box 691509*
*Orlando, FL 32819*
**Date Filed:** 1/30/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $230,532.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $230,532.64 | | |
| | | | | $230,532.64 | | |

## ORBIS Corporation
**Case(s): 337 Clm No: 2585 Clm. Amt: $21,577.61**

*1055 Corporate Center Dr*
*Oconomowoc, WI 53066*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $21,577.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $21,577.61 | | |
| | | | | $21,577.61 | | |

## Orbit Irrigation Products, LLC
### Case(s): 337 Clm No: 1026 Clm. Amt: $144,497.78

*Attn: David Locher*
*P.O. Box 328*
*Bountiful, UT 84011-0328*
**Date Filed:** 11/13/2024
**Claim Face Value:** $144,497.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $144,497.78 | | |
| | | | | $144,497.78 | | |

## Oregon Department of Revenue
### Case(s): 337 Clm No: 2960 Clm. Amt: $16,268.25

*955 Center St NE*
*Salem, OR 97301-2555*
**Date Filed:** 4/8/2025
**Bar Date:** 4/14/2025
**Amended By Clm #:** 3041
**Claim Face Value:** $16,268.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | PRI | Disallowed | | $10,845.49 | | $0.00 |
| 337 | UNS | Disallowed | | $5,422.76 | | $0.00 |
| | | | | $16,268.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Oregon Department of Revenue
### Case(s): 337 Clm No: 2961 Clm. Amt:

*955 Center St NE*
*Salem, OR 97301-2555*
**Date Filed:** 4/8/2025
**Bar Date:** 4/14/2025
**Amended By Clm #:** 100442
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | | | | | |

## Oregon Department of Revenue
### Case(s): 337 Clm No: 3059 Clm. Amt:

*955 Center St NE*
*Salem, OR 97301-2555*
**Date Filed:** 9/9/2025
**Orig. Date Filed:** 4/8/2025
**Amending Clm #:** 3041
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | | | |

## Oregon Department of Revenue
### Case(s): 337 Clm No: 100442 Clm. Amt: $0.00

*955 Center St NE*
*Salem, OR 97301-2555*
**Date Filed:** 6/26/2025
**Claim Face Value:** $0.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | | | $0.00 | | |
| | | | | $0.00 | | |

**Oregon Department of Revenue**
**Case(s): 337 Clm No: 3041 Clm. Amt: $860.26**

*955 Center St NE*
*Salem, OR 97301-2555*
**Date Filed:** 6/26/2025
**Orig. Date Filed:** 4/8/2025
**Amending Clm #:** 2960
**Amended By Clm #:** 3059
**Claim Face Value:** $860.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $573.50 | | $0.00 |
| 337 | UNS | | | $286.76 | | $286.76 |
| | | | | $860.26 | | $286.76 |

**Oregon Pride Nurseries, Inc.**
**Case(s): 337 Clm No: 889 Clm. Amt: $10,236.36**

*5380 SE Booth Bend Rd*
*McMinnville, OR 97128*
**Date Filed:** 11/6/2024
**Claim Face Value:** $10,236.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,236.36 | | |
| | | | | $10,236.36 | | |

**Oregon Tool, Inc.**
**Case(s): 337 Clm No: 1612 Clm. Amt: $369,218.26**

*c/o Squire Patton Boggs*
*Attn: Peter Morrison*
*1000 Key Tower*
*127 Public Sq*
*Cleveland, OH 44114*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $369,218.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $48,881.64 | | $0.00 |
| 337 | UNS | Allowed | | $320,336.62 | | $322,680.96 |
| | | | | $369,218.26 | | $322,680.96 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Organic Control, Inc.**
**Case(s): 337 Clm No: 1746 Clm. Amt: $22,780.16**

*Attn: Claudia Casillas*
*350 W Sepulveda Blvd*
*Carson, CA 90745*
**Date Filed:** 11/26/2024
**Claim Face Value:** $22,780.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,780.16 | | |
| | | | | $22,780.16 | | |

**Orion Sales, Inc.**
**Case(s): 337 Clm No: 2609 Clm. Amt: $1,396.40**

*c/o Axiom Products*
*P.O. Box 576*
*Redwood Falls, MN 56283*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,396.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,396.40 | | |
| | | | | $1,396.40 | | |

## Orion Sales, Inc.
### Case(s): 337 Clm No: 1043 Clm. Amt: $4,141.20

c/o Axiom Products
P.O. Box 576
Redwood Falls, MN 56283
**Date Filed:** 11/13/2024
**Claim Face Value:** $4,141.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,141.20 | | |
| | | | | $4,141.20 | | |

## Orkin, LLC
### Case(s): 337 Clm No: 2429 Clm. Amt: $56,070.00

Attn: National Accounts
2170 Piedmont Rd NE
Atlanta, GA 30324
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $56,070.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $56,070.00 | | |
| | | | | $56,070.00 | | |

## Orkin, LLC
### Case(s): 337 Clm No: 100051 Clm. Amt:

2170 Piedmont Rd, NE
Atlanta, GA 30324
**Date Filed:** 12/9/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | | | |

## Orlowski Hardware Company
### Case(s): 337 Clm No: 2263 Clm. Amt: $21,127.72

320 Love Ln
Mattituck, NY 11952
**Date Filed:** 12/5/2024
**Claim Face Value:** $21,127.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,127.72 | | |
| | | | | $21,127.72 | | |

## ORS Nasco
### Case(s): 337 Clm No: 552 Clm. Amt:

Attn: Beth Diwik
25 NW Point Blvd, Ste 100
Elk Grove Village, IL 60007
**Date Filed:** 10/25/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Ors Nasco LLC
**Case(s): 337 Clm No: 845 Clm. Amt: $412,610.47**

*25 NW Point Blvd, Ste 100*
*Elk Grove Village, IL 60007-1099*
**Date Filed:** 11/5/2024
**Claim Face Value:** $412,610.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $40,074.74 | | $0.00 |
| 337 | UNS | Allowed | | $372,535.73 | | $412,073.76 |
| | | | | $412,610.47 | | $412,073.76 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/28/2025 | 1484 |

## Outdoor Interiors, LLC
**Case(s): 337 Clm No: 569 Clm. Amt: $24,720.00**

*Attn: Tim Cimaglio*
*21969 N Pepper Rd*
*Lake Barrinton, IL 60010*
**Date Filed:** 10/28/2024
**Claim Face Value:** $24,720.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $24,720.00 | | |
| | | | | $24,720.00 | | |

## Outset Media Corporation
**Case(s): 337 Clm No: 2835 Clm. Amt: $11,478.75**

*Attn: Melissa Radomski*
*4226 Commerce Cir, 106*
*Victoria, BC V8Z 6N6*
*Canada*
**Date Filed:** 1/23/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,478.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $11,478.75 | | $0.00 |
| 337 | UNS | Allowed | | | | $11,478.75 |
| | | | | $11,478.75 | | $11,478.75 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Overhead Door Company of Mankato Inc
**Case(s): 337 Clm No: 1580 Clm. Amt: $2,781.47**

*1430 3rd Ave*
*Mankato, MN 56001*
**Date Filed:** 11/25/2024
**Claim Face Value:** $2,781.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $2,781.47 | | |
| | | | | $2,781.47 | | |

## Overhead Door Corporation
### Case(s): 337 Clm No: 2811 Clm. Amt: $16,351.09

*Attn: Barb Bever*
*P.O. Box 67*
*1 Door Dr*
*Mount Hope, OH 44660*
**Date Filed:** 1/14/2025
**Claim Face Value:** $16,351.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,351.09 | | |
| | | | | $16,351.09 | | |

## OX Group USA, LLC
### Case(s): 337 Clm No: 2958 Clm. Amt: $9,237.66

*1020 John St*
*W Henrietta, NY 14586*
**Date Filed:** 4/3/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $9,237.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,237.66 | | |
| | | | | $9,237.66 | | |

## OXO International Ltd.
### Case(s): 337 Clm No: 1800 Clm. Amt: $273,729.92

*Attn: Henry J Jaffe*
*824 N Market St, Ste 800*
*Wilmington, DE 19801*
**Date Filed:** 11/25/2024
**Claim Face Value:** $273,729.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $30,873.76 | | $0.00 |
| 337 | UNS | Allowed | | $242,856.16 | | $265,852.40 |
| | | | | $273,729.92 | | $265,852.40 |

## P F Harris Manufacturing Co LLC
### Case(s): 337 Clm No: 391 Clm. Amt: $196,138.96

*7 River Dr*
*Cartersville, GA 30120*
**Date Filed:** 10/22/2024
**Claim Face Value:** $196,138.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $196,138.96 | | |
| | | | | $196,138.96 | | |

## P F Harris Manufacturing Co LLC
### Case(s): 337 Clm No: 632 Clm. Amt: $196,138.96

*7 River Dr*
*Cartersville, GA 30120*
**Date Filed:** 10/28/2024
**Claim Face Value:** $196,138.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $196,138.96 | | |
| | | | | $196,138.96 | | |

## P F Harris Manufacturing Co LLC
**Case(s): 337 Clm No: 269 Clm. Amt: $196,138.96**

*7 River Dr*
*Cartersville, GA 30120*
**Date Filed:** 10/20/2024
**Claim Face Value:** $196,138.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $196,138.96           |     |                      |
|      |       |        |           | $196,138.96           |     |                      |

## P F Harris Manufacturing Co LLC
**Case(s): 337 Clm No: 270 Clm. Amt: $196,138.96**

*7 River Dr*
*Cartersville, GA 30120*
**Date Filed:** 10/20/2024
**Claim Face Value:** $196,138.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $196,138.96           |     |                      |
|      |       |        |           | $196,138.96           |     |                      |

## P&A Industrial Fabrications, LLC
**Case(s): 337 Clm No: 2991 Clm. Amt: $88,223.53**

*1413 Evans St, Ste E*
*Greenville, NC 27834*
**Date Filed:** 5/8/2025
**Orig. Date Filed:** 11/14/2024
**Amending Clm #:** 1052
**Claim Face Value:** $88,223.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $88,223.53            |     |                      |
|      |       |        |           | $88,223.53            |     |                      |

## P&A Industrial Fabrications, LLC
**Case(s): 337 Clm No: 1052 Clm. Amt: $26,598.38**

*1413 Evans St, Ste E*
*Greenville, NC 27834*
**Date Filed:** 11/14/2024
**Orig. Date Filed:** 10/16/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 76
**Amended By Clm #:** 2991
**Claim Face Value:** $26,598.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           | $26,598.38            |     |                      |
|      |       |        |           | $26,598.38            |     |                      |

## P&A Industrial Fabrications, LLC
**Case(s): 337 Clm No: 76 Clm. Amt:**

*1413 Evans St, Ste E*
*Greenville, NC 27834*
**Date Filed:** 10/16/2024
**Amended By Clm #:** 1052
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337  | UNS   |        |           |                       |     |                      |

**Pacer Technology**
**Case(s): 337 Clm No: 227 Clm. Amt: $29,405.92**

*3281 E Guasti Ave, Ste 260*
*Ontario, CA 91761*
**Date Filed:** 10/19/2024
**Claim Face Value:** $29,405.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $29,405.92 | | |
| | | | | $29,405.92 | | |

**Pacific Award Metals**
**Case(s): 337 Clm No: 1109 Clm. Amt: $25,539.16**

*Attn: Mari Felix*
*1450 Virginia Ave*
*Baldwin Park, CA 91706*
**Date Filed:** 11/15/2024
**Claim Face Value:** $25,539.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $25,539.16 | | |
| | | | | $25,539.16 | | |

**Pacific Home and Garden**
**Case(s): 337 Clm No: 442 Clm. Amt: $5,564.05**

*5252 Snapfingers Wood Dr*
*Decatur, GA 30035*
**Date Filed:** 10/25/2024
**Claim Face Value:** $5,564.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,564.05 | | |
| | | | | $5,564.05 | | |

**Package Express Centers**
**Case(s): 337 Clm No: 854 Clm. Amt: $12,344.91**

*P.O. Box 1178*
*Greeneville, TN 37744*
**Date Filed:** 11/4/2024
**Claim Face Value:** $12,344.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,344.91 | | |
| | | | | $12,344.91 | | |

**Package Express Centers**
**Case(s): 337 Clm No: 3000 Clm. Amt: $5,327.52**

*P.O. Box 1178*
*Greenville, TN 37744*
**Date Filed:** 5/19/2025
**Bar Date:** 12/3/2024
**Claim Face Value:** $5,327.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,327.52 | | |
| | | | | $5,327.52 | | |

**Packaging Corporation of America**
**Case(s): 337 Clm No: 2597 Clm. Amt: $85,033.56**

c/o Credit Department
1 N Field Ct
Lake Forest, IL 60045
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $85,033.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $64,640.76 | | $0.00 |
| 337 | UNS | | | $20,392.80 | | $20,392.80 |
| | | | | $85,033.56 | | $20,392.80 |

**Pale Blue Earth, Inc.**
**Case(s): 337 Clm No: 1783 Clm. Amt: $46,735.12**

Attn: Thomas Bishop
2750 Rasmussen Rd, Ste 203
Park City, UT 84098
**Date Filed:** 11/26/2024
**Claim Face Value:** $46,735.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $46,735.12 | | |
| | | | | $46,735.12 | | |

**Pale Blue Earth, Inc.**
**Case(s): 337 Clm No: 2520 Clm. Amt: $82,611.76**

Attn: Thomas Bishop
2750 Rasmussen Rd, Ste H2023
Park City, UT 84098
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $82,611.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $82,611.76 | | |
| | | | | $82,611.76 | | |

**Palm Beach County Tax Collector**
**Case(s): 337 Clm No: 942 Clm. Amt: $948.55**

c/o Legal Services
P.O. Box 3715
W Palm Beach, FL 33402
**Date Filed:** 11/8/2024
**Claim Face Value:** $948.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Satisfied | | $948.55 | | $0.00 |
| | | | | $948.55 | | $0.00 |

**Palm Coast Sales, Inc**
**Case(s): 337 Clm No: 343 Clm. Amt: $5,422.46**

15790 Corporate Cir
Jupiter, FL 33478
**Date Filed:** 10/21/2024
**Claim Face Value:** $5,422.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,422.46 | | |
| | | | | $5,422.46 | | |

## Palm Coast Sales, Inc
### Case(s): 337 Clm No: 292 Clm. Amt: $5,422.46

*15790 Corporate Cir*
*Jupiter, FL 33478*
**Date Filed:** 10/21/2024
**Claim Face Value:** $5,422.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,422.46 | | |
| | | | | $5,422.46 | | |

## Palm Coast Sales, Inc
### Case(s): 337 Clm No: 287 Clm. Amt: $5,422.46

*15790 Corporate Cir*
*Jupiter, FL 33478*
**Date Filed:** 10/21/2024
**Claim Face Value:** $5,422.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,422.46 | | |
| | | | | $5,422.46 | | |

## Palm Coast Sales, Inc
### Case(s): 337 Clm No: 1191 Clm. Amt: $3,054.04

*15790 Corporate Cir*
*Jupiter, FL 33478*
**Date Filed:** 11/18/2024
**Claim Face Value:** $3,054.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,054.04 | | |
| | | | | $3,054.04 | | |

## Palmer Holland, Inc
### Case(s): 337 Clm No: 403 Clm. Amt: $4,481.40

*191 American Blvd, Ste 300*
*Westlake, OH 44145*
**Date Filed:** 10/23/2024
**Claim Face Value:** $4,481.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,481.40 | | |
| | | | | $4,481.40 | | |

## Palmer Holland, Inc
### Case(s): 337 Clm No: 428 Clm. Amt: $4,368.00

*191 American Blvd, Ste 300*
*Westlake, OH 44145*
**Date Filed:** 10/23/2024
**Claim Face Value:** $4,368.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,368.00 | | |
| | | | | $4,368.00 | | |

## Palmer Holland, Inc
### Case(s): 337 Clm No: 430 Clm. Amt: $7,280.00

*191 American Blvd, Ste 300*
*Westlake, OH 44145*
**Date Filed:** 10/23/2024
**Claim Face Value:** $7,280.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,280.00 | | |
| | | | | $7,280.00 | | |

### Palmer Holland, Inc
**Case(s): 337 Clm No: 426 Clm. Amt: $1,468.04**

*191 American Blvd, Ste 300*
*Westlake, OH 44145*
**Date Filed:** 10/23/2024
**Claim Face Value:** $1,468.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,468.04 | | |
| | | | | $1,468.04 | | |

### Palmer Holland, Inc
**Case(s): 337 Clm No: 449 Clm. Amt: $1,809.60**

*191 American Blvd, Ste 300*
*Westlake, OH 44145*
**Date Filed:** 10/23/2024
**Claim Face Value:** $1,809.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,809.60 | | |
| | | | | $1,809.60 | | |

### Palmer Holland, Inc
**Case(s): 337 Clm No: 451 Clm. Amt: $1,809.60**

*191 American Blvd, Ste 300*
*Westlake, OH 44145*
**Date Filed:** 10/23/2024
**Claim Face Value:** $1,809.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,809.60 | | |
| | | | | $1,809.60 | | |

### Palmer Holland, Inc
**Case(s): 337 Clm No: 452 Clm. Amt: $6,531.69**

*191 American Blvd, Ste 300*
*Westlake, OH 44145*
**Date Filed:** 10/23/2024
**Claim Face Value:** $6,531.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,531.69 | | |
| | | | | $6,531.69 | | |

### Palram Americas, Inc.
**Case(s): 337 Clm No: 1013 Clm. Amt: $4,663.49**

*9735 Commerce Cir*
*Kutztown, PA 19530*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,663.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,663.49 | | |
| | | | | $4,663.49 | | |

### Panacea Products Corporation
**Case(s): 337 Clm No: 467 Clm. Amt: $458,160.02**

*Attn: Matt Frame*
*2711 International St*
*Columbus, OH 43228*
**Date Filed:** 10/25/2024
**Amended By Clm #:** 2815
**Claim Face Value:** $458,160.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $458,160.02 | | |
| | | | | $458,160.02 | | |

**Panacea Products Corporation**
**Case(s): 337 Clm No: 2815 Clm. Amt: $458,160.02**

*Attn: Matt Frame*
*2711 International St*
*Columbus, OH 43228*
**Date Filed:** 1/16/2025
**Orig. Date Filed:** 10/25/2024
**Amending Clm #:** 467
**Claim Face Value:** $458,160.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $15,882.90 | | $0.00 |
| 337 | UNS | | | $442,277.12 | | $442,277.12 |
| | | | | $458,160.02 | | $442,277.12 |

**Panacea Products Corporation**
**Case(s): 337 Clm No: 100380 Clm. Amt:**

*Address Not Provided*
**Date Filed:** 1/23/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**Pape' Material Handling, Inc**
**Case(s): 337 Clm No: 2709 Clm. Amt: $8,206.88**

*355 Goodpasture Island Rd, Ste 300*
*Eugene, OR 97401*
**Date Filed:** 12/24/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,206.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,206.88 | | |
| | | | | $8,206.88 | | |

**Paper Products Co, Inc**
**Case(s): 337 Clm No: 1758 Clm. Amt: $229,192.89**

*Attn: Paul Lackner*
*760 Commonwealth Dr*
*Warrendale, PA 15086*
**Date Filed:** 11/25/2024
**Claim Face Value:** $229,192.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $480.30 | | $0.00 |
| 337 | UNS | | | $228,712.59 | | $228,712.59 |
| | | | | $229,192.89 | | $228,712.59 |

**Paper Products Co. Inc**
**Case(s): 337 Clm No: 2608 Clm. Amt: $5,672.10**

*Attn: James Lackner*
*760 Commonwealth Dr*
*Warrendale, PA 15086*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,672.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,672.10 | | |
| | | | | $5,672.10 | | |

## Parker McCrory Mfg Co
**Case(s): 337 Clm No: 274 Clm. Amt: $146,506.34**

*Attn: James Tapscott*
*2000 Forest Ave*
*Kansas City, MO 64108*
**Date Filed:** 10/21/2024
**Claim Face Value:** $146,506.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $146,506.34 | | |
| | | | | $146,506.34 | | |

## Parr Lumber Company
**Case(s): 337 Clm No: 1720 Clm. Amt: $393,227.93**

*c/o Ringstad & Sanders LLP*
*Attn: Todd C Ringstad*
*4910 Birch St, Ste 120*
*Newport Beach, CA 92660*
**Date Filed:** 11/26/2024
**Claim Face Value:** $393,227.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $393,227.93 | | |
| | | | | $393,227.93 | | |

## Party City Holdco Inc.
**Case(s): 337 Clm No: 2947 Clm. Amt: $27,451.03**

*c/o Receivables Control Corporation*
*Attn: Jacob Burgess*
*7373 Kirkwood Ct, Unit 200*
*Maple Grove, MN 55369*
**Date Filed:** 3/24/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $27,451.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $27,451.03 | | |
| | | | | $27,451.03 | | |

## Pass & Seymour, Inc.
**Case(s): 337 Clm No: 1740 Clm. Amt: $3,572,702.54**

*c/o McCarter & English, LLP*
*Attn: Kate Roggio Buck, Esq*
*405 N King St, 8th Fl*
*Wilmington, DE 19801*
**Date Filed:** 11/26/2024
**Claim Face Value:** $3,572,702.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $429,156.90 | | $0.00 |
| 337 | UNS | | | $3,143,545.64 | | $3,143,545.64 |
| | | | | $3,572,702.54 | | $3,143,545.64 |

## Patricia Ann Kiekhaefer d/b/a/ Rogers True Value
**Case(s): 337 Clm No: 2100 Clm. Amt: $10,000.00**

*Address Redacted*
**Date Filed:** 12/3/2024
**Claim Face Value:** $10,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,000.00 | | |
| | | | | $10,000.00 | | |

**Payment Integrity Partners, LLC**
**Case(s): 337 Clm No: 2498 Clm. Amt: $5,537.29**

*10700 Sikes Pl, Ste 110*
*Charlotte, NC 28277*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,537.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $5,537.29 | | |
| | | | | $5,537.29 | | |

**Payment Integrity Partners, LLC**
**Case(s): 337 Clm No: 997 Clm. Amt: $151,568.74**

*10700 Sikes Pl, Ste 110*
*Charlotte, NC 28277*
**Date Filed:** 11/12/2024
**Claim Face Value:** $151,568.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $151,568.74 | | |
| | | | | $151,568.74 | | |

**Payment Integrity Partners, LLC**
**Case(s): 337 Clm No: 998 Clm. Amt: $447,287.93**

*10700 Sikes Pl, Ste 110*
*Charlotte, NC 28277*
**Date Filed:** 11/12/2024
**Claim Face Value:** $447,287.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $447,287.93 | | |
| | | | | $447,287.93 | | |

**PBI-Gordon Corporation**
**Case(s): 337 Clm No: 1093 Clm. Amt: $131,277.38**

*Attn: Gib Bourk*
*22701 W 68th Ter*
*Shawnee, KS 66226*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2706
**Claim Face Value:** $131,277.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $131,277.38 | | |
| | | | | $131,277.38 | | |

**PBI-Gordon Corporation**
**Case(s): 337 Clm No: 2706 Clm. Amt: $17,483.40**

*Attn: Gib Bourk*
*22701 W 68th Ter*
*Shawnee, KS 66226*
**Date Filed:** 12/23/2024
**Orig. Date Filed:** 11/13/2024
**Amending Clm #:** 1093
**Claim Face Value:** $17,483.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $17,483.40 | | $0.00 |
| 337 | UNS | Allowed | | | | $17,483.40 |
| | | | | $17,483.40 | | $17,483.40 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**PDZ Company of Idaho, LLC**
**Case(s): 337 Clm No: 1399 Clm. Amt: $23,126.40**

*Attn: Sharon Blutcher*
*1212 N Washington St, Ste 107*
*Spokane, WA 99201*
**Date Filed:** 11/21/2024
**Orig. Date Filed:** 10/22/2024
**Amending Clm #:** 385
**Claim Face Value:** $23,126.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $3,112.40 | | $0.00 |
| 337 | UNS | | | $20,014.00 | | $20,014.00 |
| | | | | $23,126.40 | | $20,014.00 |

**PDZ Company of Idaho, LLC**
**Case(s): 337 Clm No: 385 Clm. Amt: $23,126.40**

*Attn: Sharon Blutcher*
*1212 N Washington St, Ste 107*
*Spokane, WA 99201*
**Date Filed:** 10/22/2024
**Amended By Clm #:** 1399
**Claim Face Value:** $23,126.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $23,126.40 | | |
| | | | | $23,126.40 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 1729 Clm. Amt: $676.14**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 11/26/2024
**Claim Face Value:** $676.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $676.14 | | |
| | | | | $676.14 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 1733 Clm. Amt: $413.28**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 11/26/2024
**Claim Face Value:** $413.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $413.28 | | |
| | | | | $413.28 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 2341 Clm. Amt: $413.28**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 12/5/2024
**Claim Face Value:** $413.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $413.28 | | |
| | | | | $413.28 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 2342 Clm. Amt: $413.28**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 12/5/2024
**Claim Face Value:** $413.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $413.28 | | |
| | | | | $413.28 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 2339 Clm. Amt: $413.28**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 12/5/2024
**Claim Face Value:** $413.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $413.28 | | |
| | | | | $413.28 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 2343 Clm. Amt: $1,267.75**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,267.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,267.75 | | |
| | | | | $1,267.75 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 2344 Clm. Amt: $413.28**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 12/5/2024
**Claim Face Value:** $413.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $413.28 | | |
| | | | | $413.28 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 2345 Clm. Amt: $1,871.40**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,871.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,871.40 | | |
| | | | | $1,871.40 | | |

**Pedrollo Group USA**
**Case(s): 337 Clm No: 2348 Clm. Amt: $1,233.64**

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,233.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,233.64 | | |
| | | | | $1,233.64 | | |

## Pedrollo Group USA
### Case(s): 337 Clm No: 2349 Clm. Amt: $4,822.28

*45 Maryland Ave E*
*St Paul, MN 55117*
**Date Filed:** 12/5/2024
**Claim Face Value:** $4,822.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,822.28 | | |
| | | | | $4,822.28 | | |

## Peerless Chain Co
### Case(s): 337 Clm No: 114 Clm. Amt: $1,344.57

*1416 E Sanborn St*
*Winona, MN 55987*
**Date Filed:** 10/16/2024
**Claim Face Value:** $1,344.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,344.57 | | |
| | | | | $1,344.57 | | |

## Pengate Handling Systems
### Case(s): 337 Clm No: 614 Clm. Amt: $281,403.68

*3 Interchange Pl*
*York, PA 17406*
**Date Filed:** 10/30/2024
**Claim Face Value:** $281,403.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $281,403.68 | | |
| | | | | $281,403.68 | | |

## Pengate Handling Systems, Inc.
### Case(s): 337 Clm No: 2257 Clm. Amt: $346,254.61

*c/o Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC*
*Attn: Erika A Martinez*
*3344 Peachtree St NE, Ste 2400*
*Atlanta, GA 30326*
**Date Filed:** 12/5/2024
**Claim Face Value:** $346,254.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Withdrawn | | $346,254.61 | | $0.00 |
| | | | | $346,254.61 | | $0.00 |

## Pengate Handling Systems, Inc.
### Case(s): 337 Clm No: 100058 Clm. Amt: $87,476.45

*c/o Weinburg, Wheeler, Hudgins, Gunn & Dial*
*Attn: Erika A Martinez*
*3344 Peachtree St NE, Ste 2400*
*Atlanta, GA 30326*
**Date Filed:** 12/9/2024
**Claim Face Value:** $87,476.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $87,476.45 | | $0.00 |
| | | | | $87,476.45 | | $0.00 |

## Peninsula Truck Lines Inc
### Case(s): 337 Clm No: 811 Clm. Amt: $26,908.78

*33455 6th Ave S, Ste 2A*
*Federal Way, WA 98003*
**Date Filed:** 11/4/2024
**Claim Face Value:** $26,908.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $26,908.78 | | |
| | | | | $26,908.78 | | |

## Penn-Lee Footwear LLC
**Case(s): 337 Clm No: 1083 Clm. Amt: $1,700.00**

*163 E Main St*
*Wilkes-Barre, PA 18705*
**Date Filed:** 11/14/2024
**Claim Face Value:** $1,700.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $600.00 | | $0.00 |
| 337 | UNS | | | $1,100.00 | | $1,100.00 |
| | | | | $1,700.00 | | $1,100.00 |

## Pennington Seed, Inc.
**Case(s): 337 Clm No: 1570 Clm. Amt: $4,209.66**

*c/o Central Garden & Pet Company*
*Attn: Legal Department*
*711 E Missouri Ave, Ste 200*
*Phoenix, AZ 85014*
**Date Filed:** 11/25/2024
**Claim Face Value:** $4,209.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,209.66 | | |
| | | | | $4,209.66 | | |

## Penns Valley Building Supply
**Case(s): 337 Clm No: 2891 Clm. Amt: $180.00**

*Attn: Jason Martin*
*P.O. Box 140*
*3602 Penns Valley Rd*
*Spring Mills, PA 16875*
**Date Filed:** 2/18/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $180.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $180.00 | | |
| | | | | $180.00 | | |

## Penns Valley Building Supply
**Case(s): 337 Clm No: 100400 Clm. Amt: $180.00**

*P.O. Box 140*
*Spring Mills, PA 16875*
**Date Filed:** 2/13/2025
**Claim Face Value:** $180.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $180.00 | | $0.00 |
| | | | | $180.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Pennzoil-Quaker State Company
**Case(s): 337 Clm No: 1301 Clm. Amt: $519,692.80**

*c/o Shell USA Inc*
*Attn: Bankruptcy & Credit*
*150 N Dairy Ashford Rd, Bldg F*
*Houston, TX 77079*
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $519,692.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $43,906.30 | | $0.00 |
| 337 | UNS | | | $475,786.50 | | $475,786.50 |
| | | | | $519,692.80 | | $475,786.50 |

**Pension Benefit Guaranty Corporation**
**Case(s): 337 Clm No: 2152 Clm. Amt:**

*c/o Office of the General Counsel*
*Attn: Samuel Rosin*
*445 12th St SW*
*Washington, DC 20024-2101*
**Date Filed:** 12/4/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Pension Benefit Guaranty Corporation**
**Case(s): 337 Clm No: 2158 Clm. Amt: $2,408,034.00**

*c/o Office of the General Counsel*
*Attn: Samuel Rosin*
*445 12th St SW*
*Washington, DC 20024-2101*
**Date Filed:** 12/4/2024
**Bar Date:** 4/14/2025
**Claim Face Value:** $2,408,034.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | Unknown | Y | |
| 337 | UNS | | | $2,408,034.00 | | |
| | | | | $2,408,034.00 | | |

**Pension Benefit Guaranty Corporation**
**Case(s): 337 Clm No: 2155 Clm. Amt:**

*c/o Office of the General Counsel*
*Attn: Samuel Rosin*
*445 12th St SW*
*Washington, DC 20024-2101*
**Date Filed:** 12/4/2024
**Claim Face Value:** $0.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Penske Truck Leasing Co., L.P.**
**Case(s): 339 Clm No: 100002 Clm. Amt: $144,969.60**

*P.O. Box 563*
*Reading, PA 19603*
**Date Filed:** 12/20/2024
**Claim Face Value:** $144,969.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | ADM | Satisfied | | $144,969.60 | | $0.00 |
| 339 | UNS | Allowed | | | | $23,440.33 |
| | | | | $144,969.60 | | $23,440.33 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

### Penske Truck Leasing Co., L.P.
**Case(s): 339 Clm No: 100000 Clm. Amt: $144,969.60**

*P.O. Box 563*
*Reading, PA 19603*
**Date Filed:** 12/19/2024
**Claim Face Value:** $144,969.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 339 | ADM | Disallowed | | $144,969.60 | | $0.00 |
| | | | | $144,969.60 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

### Penske Truck Leasing Co., L.P.
**Case(s): 339 Clm No: 17 Clm. Amt: $134,750.51**

*P.O. Box 563*
*Reading, PA 19603*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $134,750.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 339 | UNS | | | $134,750.51 | | |
| | | | | $134,750.51 | | |

### Pentair Flow Technologies, LLC
**Case(s): 337 Clm No: 1429 Clm. Amt: $159,741.39**

*Attn: Jody Ferris*
*5500 Wayzata Blvd, Ste 900*
*Golden Valley, MN 55416*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $159,741.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $159,741.39 | | $0.00 |
| 337 | UNS | Allowed | | | | $115,020.14 |
| | | | | $159,741.39 | | $115,020.14 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 980 | Objection Granted | 07/28/2025 | 1485 |

### PepsiCo Sales, Inc.
**Case(s): 337 Clm No: 1864 Clm. Amt: $67,995.33**

*c/o Burke Warren MacKay & Serritella, PC*
*Attn: Joseph D Frank*
*330 N Wabash Ave, Ste 2100*
*Chicago, IL 60611*
**Date Filed:** 11/27/2024
**Claim Face Value:** $67,995.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $3,031.61 | | $0.00 |
| 337 | UNS | Allowed | | $64,963.72 | | $67,995.33 |
| | | | | $67,995.33 | | $67,995.33 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

**PepsiCo Sales, Inc.**
**Case(s): 337 Clm No: 100006 Clm. Amt: $5,095.92**

c/o Burke, Warren, MacKay & Serritella, PC
Attn: Joseph D Frank
330 N Wabash Ave, Ste 2100
Chicago, IL 60611
**Date Filed:** 11/27/2024
**Claim Face Value:** $5,095.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $5,095.92 | | $0.00 |
| | | | | $5,095.92 | | $0.00 |

**Pequa Industries, Inc.**
**Case(s): 337 Clm No: 890 Clm. Amt: $21,938.40**

431 Brook Ave
Deer Park, NY 11729
**Date Filed:** 11/6/2024
**Claim Face Value:** $21,938.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $21,938.40 | | |
| | | | | $21,938.40 | | |

**Perfection Floor Tile, LLC (61519)**
**Case(s): 337 Clm No: 100028 Clm. Amt: $17,688.42**

4009 E 138th St
Grandview, MO 64030
**Date Filed:** 12/5/2024
**Claim Face Value:** $17,688.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $17,688.42 | | $0.00 |
| 337 | UNS | Allowed | | | | $17,688.42 |
| | | | | $17,688.42 | | $17,688.42 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

**Perfection Floor Tile, LLC (61519)**
**Case(s): 337 Clm No: 100035 Clm. Amt: $17,688.42**

4009 E 138th St
Grandview, MO 64030
**Date Filed:** 12/6/2024
**Claim Face Value:** $17,688.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $17,688.42 | Y | $0.00 |
| | | | | $17,688.42 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Permasteel Inc
**Case(s): 337 Clm No: 280 Clm. Amt: $4,547.50**

*100 Exchange Pl*
*Pomona, CA 91768*
**Date Filed:** 10/21/2024
**Claim Face Value:** $4,547.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,547.50 | | |
| | | | | $4,547.50 | | |

## Permasteel Inc
**Case(s): 337 Clm No: 588 Clm. Amt: $2,233.75**

*100 Exchange Pl*
*Pomona, CA 91768*
**Date Filed:** 10/29/2024
**Claim Face Value:** $2,233.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $2,233.75 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,233.75 |
| | | | | $2,233.75 | | $2,233.75 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Pet Adventures Worldwide
**Case(s): 337 Clm No: 535 Clm. Amt: $15,912.83**

*Attn: Aron Cremeans*
*8494 Firebird Dr*
*W Chester, OH 45014*
**Date Filed:** 10/28/2024
**Claim Face Value:** $15,912.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $15,912.83 | | |
| | | | | $15,912.83 | | |

## Petmate
**Case(s): 337 Clm No: 2215 Clm. Amt: $154,615.70**

*Attn: David Adams*
*2300 E Randol Mill Rd*
*Arlington, TX 76001*
**Date Filed:** 12/4/2024
**Claim Face Value:** $154,615.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $154,615.70 | | |
| | | | | $154,615.70 | | |

## Petra Industries, LLC
**Case(s): 337 Clm No: 2361 Clm. Amt: $34,636.19**

*c/o Goolsby Proctor, PLLC*
*Attn: Amber D Nelson*
*701 N Broadway Ave, Ste 400*
*Oklahoma City, OK 73102*
**Date Filed:** 12/5/2024
**Claim Face Value:** $34,636.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $34,636.19 | | |
| | | | | $34,636.19 | | |

## PG&E
**Case(s): 337 Clm No: 945 Clm. Amt: $22,265.69**

*P.O. Box 8329*
*Stockton, CA 95208*
**Date Filed:** 11/8/2024
**Claim Face Value:** $22,265.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $22,265.69 | | |
| | | | | $22,265.69 | | |

## PGT Trucking, Inc.
**Case(s): 337 Clm No: 1640 Clm. Amt: $19,240.00**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/26/2024
**Claim Face Value:** $19,240.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $19,240.00 | | |
| | | | | $19,240.00 | | |

## Phifer Incorporated
**Case(s): 337 Clm No: 1007 Clm. Amt: $3,964.94**

*Attn: Charles Morgan*
*4400 Reese Phifer Ave*
*Tuscaloosa, AL 35401*
**Date Filed:** 11/12/2024
**Claim Face Value:** $3,964.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $3,964.94 | | |
| | | | | $3,964.94 | | |

## PI/CON Chemicals, Inc.
**Case(s): 337 Clm No: 957 Clm. Amt: $31,469.27**

*P.O. Box 37*
*Tomahawk, WI 54487*
**Date Filed:** 11/11/2024
**Orig. Date Filed:** 11/7/2024
**Amending Clm #:** 900
**Claim Face Value:** $31,469.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $31,469.27 | | |
| | | | | $31,469.27 | | |

## PI/CON Chemicals, Inc.
**Case(s): 337 Clm No: 900 Clm. Amt: $31,469.27**

*P.O. Box 37*
*Tomahawk, WI 54487*
**Date Filed:** 11/7/2024
**Amended By Clm #:** 957
**Claim Face Value:** $31,469.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $31,469.27 | | |
| | | | | $31,469.27 | | |

## PIC Corporation
**Case(s): 337 Clm No: 1585 Clm. Amt: $10,725.36**

*Attn: Jacob Kriss*
*1101 W Elizabeth Ave*
*Linden, NJ 07036*
**Date Filed:** 11/25/2024
**Claim Face Value:** $10,725.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $10,725.36 | | |
| | | | | $10,725.36 | | |

## Pieper Electric, Inc
**Case(s): 337 Clm No: 423 Clm. Amt: $1,500.00**

*4210 43rd Ave*
*Kenosha, WI 53144*
**Date Filed:** 10/25/2024
**Claim Face Value:** $1,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,500.00 | | |
| | | | | $1,500.00 | | |

## Pieper Power
**Case(s): 337 Clm No: 100013 Clm. Amt: $1,500.00**

*54775 Westridge Ct*
*New Berlin, WI 53151*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $1,500.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,500.00 |
| | | | | $1,500.00 | | $1,500.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Pieper Power
**Case(s): 337 Clm No: 2183 Clm. Amt: $1,500.00**

*Attn: Accounts Receivable*
*P.O. Box 88601*
*Milwaukee, WI 53288*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,500.00 | | |
| | | | | $1,500.00 | | |

## Pierangeli Group Inc dba Strybuc Industries
**Case(s): 337 Clm No: 283 Clm. Amt: $9,075.51**

*2006 Elmwood Ave, Unit 102C*
*Sharon Hill, PA 19079*
**Date Filed:** 10/21/2024
**Claim Face Value:** $9,075.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $9,075.51 | | |
| | | | | $9,075.51 | | |

## Pilot Travel Centers LLC
**Case(s): 337 Clm No: 1409 Clm. Amt: $58,226.40**

*5508 Lonas Dr*
*Knoxville, TN 37909*
**Date Filed:** 11/22/2024
**Claim Face Value:** $58,226.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $58,226.40 | | $0.00 |
| | | | | $58,226.40 | | $0.00 |

**Pinnacle Climate Technologies**
**Case(s): 337 Clm No: 1721 Clm. Amt: $610.25**

*1660 13th Ave NE*
*Sauk Rapids, MN 56379*
**Date Filed:** 11/26/2024
**Claim Face Value:** $610.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $610.25 | | $0.00 |
| 337 | UNS | Allowed | | | | $610.25 |
| | | | | $610.25 | | $610.25 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Pinnacle Climate Technologies**
**Case(s): 337 Clm No: 1719 Clm. Amt: $139,352.12**

*1660 13th Ave NE*
*Sauk Rapids, MN 56379*
**Date Filed:** 11/26/2024
**Claim Face Value:** $139,352.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $139,352.12 | | $0.00 |
| 337 | UNS | Allowed | | | | $139,352.12 |
| | | | | $139,352.12 | | $139,352.12 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Pinnacle Services, Inc.**
**Case(s): 337 Clm No: 1953 Clm. Amt: $4,800.00**

*1325 Industrial Dr, Ste D*
*Itasca, IL 60143*
**Date Filed:** 11/27/2024
**Claim Face Value:** $4,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,800.00 | | |
| | | | | $4,800.00 | | |

**Pioneer Photo Albums, Inc**
**Case(s): 337 Clm No: 64 Clm. Amt: $470.95**

*9801 Deering Ave*
*Chatsworth, CA 91311*
**Date Filed:** 10/15/2024
**Claim Face Value:** $470.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $470.95 | | $0.00 |
| | | | | $470.95 | | $0.00 |

## Pioneer Photo Albums, Inc
### Case(s): 337 Clm No: 25 Clm. Amt: $470.95

*9801 Deering Ave*
*Chatsworth, CA 91311*
**Date Filed:** 10/15/2024
**Claim Face Value:** $470.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $470.95 | | |
| | | | | $470.95 | | |

## Pioneer Tool & Forge, Inc
### Case(s): 337 Clm No: 48 Clm. Amt: $86,120.68

*101 6th St*
*New Kensington, PA 15068*
**Date Filed:** 10/16/2024
**Claim Face Value:** $86,120.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $86,120.68 | | |
| | | | | $86,120.68 | | |

## Pioneer Tool & Forge, Inc
### Case(s): 337 Clm No: 50 Clm. Amt: $970.00

*101 6th St*
*New Kensington, PA 15068*
**Date Filed:** 10/16/2024
**Claim Face Value:** $970.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $970.00 | | |
| | | | | $970.00 | | |

## Pitt Ohio Express
### Case(s): 337 Clm No: 2754 Clm. Amt: $24,067.56

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/6/2025
**Claim Face Value:** $24,067.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,067.56 | | |
| | | | | $24,067.56 | | |

## Pitt Ohio Express
### Case(s): 337 Clm No: 2755 Clm. Amt: $126.78

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Claim Face Value:** $126.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $126.78 | | |
| | | | | $126.78 | | |

## Pitt Ohio Express
### Case(s): 337 Clm No: 2756 Clm. Amt: $183.47

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Claim Face Value:** $183.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $183.47 | | |
| | | | | $183.47 | | |

**Pitt Ohio Express**
**Case(s): 337 Clm No: 2757 Clm. Amt: $126.78**

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $126.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $126.78 | | |
| | | | | $126.78 | | |

**Pitt Ohio Express**
**Case(s): 337 Clm No: 2758 Clm. Amt: $185.90**

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $185.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $185.90 | | |
| | | | | $185.90 | | |

**Pitt Ohio Express**
**Case(s): 337 Clm No: 2759 Clm. Amt: $955.69**

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $955.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $955.69 | | |
| | | | | $955.69 | | |

**Pitt Ohio Express**
**Case(s): 337 Clm No: 2760 Clm. Amt: $126.32**

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $126.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $126.32 | | |
| | | | | $126.32 | | |

**Pitt Ohio Express**
**Case(s): 337 Clm No: 2761 Clm. Amt: $111.32**

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $111.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $111.32 | | |
| | | | | $111.32 | | |

**Pitt Ohio Express**
**Case(s): 337 Clm No: 2762 Clm. Amt: $276.38**

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $276.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $276.38 | | |
| | | | | $276.38 | | |

## Pitt Ohio Express
**Case(s): 337 Clm No: 2763 Clm. Amt: $111.32**

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $111.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $111.32 | | |
| | | | | $111.32 | | |

## Pitt Ohio Express
**Case(s): 337 Clm No: 2764 Clm. Amt: $162.15**

*15 27th St*
*Pittsburgh, PA 15222*
**Date Filed:** 1/7/2025
**Bar Date:** 12/2/1952
**Claim Face Value:** $162.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $162.15 | | |
| | | | | $162.15 | | |

## PKG Company
**Case(s): 337 Clm No: 54 Clm. Amt: $4,080.00**

*900 Pyott Rd, Ste 103*
*Crystal Lake, IL 60014-8717*
**Date Filed:** 10/15/2024
**Claim Face Value:** $4,080.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $4,080.00 | | |
| | | | | $4,080.00 | | |

## Plantaflor USA Inc
**Case(s): 337 Clm No: 2541 Clm. Amt: $2,025.20**

*P.O. Box 2655*
*Santa Maria, CA 93457*
**Date Filed:** 12/16/2024
**Orig. Date Filed:** 10/28/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 560
**Claim Face Value:** $2,025.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $2,025.20 | | |
| | | | | $2,025.20 | | |

## Plantaflor USA, Inc
**Case(s): 337 Clm No: 560 Clm. Amt: $16,309.39**

*Attn: Rick Enthoven*
*P.O. Box 2655*
*Santa Maria, CA 93457*
**Date Filed:** 10/28/2024
**Amended By Clm #:** 2541
**Claim Face Value:** $16,309.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $16,309.39 | | |
| | | | | $16,309.39 | | |

## Plantpeddler, Inc
**Case(s): 337 Clm No: 154 Clm. Amt: $8,542.80**

*530 2nd Ave SW*
*Cresco, IA 52136*
**Date Filed:** 10/17/2024
**Claim Face Value:** $8,542.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $8,542.80 | | |
| | | | | $8,542.80 | | |

## Plaskolite, LLC
### Case(s): 337 Clm No: 1293 Clm. Amt: $552,384.06

*c/o Vorys, Sater, Seymour and Pease LLP*
*Attn: Tiffany Strelow Cobb*
*52 E Gay St*
*Columbus, OH 43215*
**Date Filed:** 11/20/2024
**Claim Face Value:** $552,384.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $35,148.05 | | $0.00 |
| 337 | UNS | Allowed | | $517,236.01 | | $523,608.04 |
| | | | | $552,384.06 | | $523,608.04 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Plasti Dip International, Inc
### Case(s): 337 Clm No: 595 Clm. Amt: $11,934.60

*3920 Pheasant Ridge Dr*
*Blaine, MN 55449*
**Date Filed:** 10/29/2024
**Claim Face Value:** $11,934.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $11,934.60 | | |
| | | | | $11,934.60 | | |

## Plum Grove Inc
### Case(s): 337 Clm No: 52 Clm. Amt: $4,043.73

*320 Cary Point Dr*
*Cary, IL 60013*
**Date Filed:** 10/15/2024
**Claim Face Value:** $4,043.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $4,043.73 | | |
| | | | | $4,043.73 | | |

## Plymouth MWG 1750 South Lincoln LLC
### Case(s): 337 Clm No: 2941 Clm. Amt: $670,425.86

*c/o Frost Brown Todd LLP*
*Attn: Ronald E Gold*
*Great American Tower*
*301 E 4th St, Ste 3300*
*Cincinnati, OH 45202*
**Date Filed:** 3/17/2025
**Bar Date:** 3/20/2025
**Claim Face Value:** $670,425.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | SEC | Disallowed | | $150,000.00 | | $0.00 |
| 337 | UNS | Allowed | | $520,425.86 | | $520,425.86 |
| | | | | $670,425.86 | | $520,425.86 |

## Plymouth MWG 1750 South Lincoln LLC
### Case(s): 337 Clm No: 2028 Clm. Amt: $42,169.73

*c/o Frost Brown Todd LLP*
*Attn: Ronald E Gold*
*Great American Tower*
*301 E 4th St, Ste 3300*
*Cincinnati, OH 45202*
**Date Filed:** 12/2/2024
**Claim Face Value:** $42,169.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $42,169.73 | | |
| | | | | $42,169.73 | | |

**PLZ Corp**
**Case(s): 337 Clm No: 2119 Clm. Amt: $295,183.76**

*2651 Warrenville Rd, Ste 300*
*Downers Grove, IL 60515*
**Date Filed:** 12/2/2024
**Claim Face Value:** $295,183.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $295,183.76 | | |
| | | | | $295,183.76 | | |

**PNC Bank, National Association, as Administrative Agent**
**Case(s): 339 Clm No: 15 Clm. Amt: $238,205,668.38**

*Attn: Jacqualine Mackenzie*
*1600 Market St*
*Philadelphia, PA 19103*
**Date Filed:** 12/5/2024
**Claim Face Value:** $238,205,668.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | SEC | | | $238,205,668.38 | | |
| | | | | $238,205,668.38 | | |

**PNC Bank, National Association, as Administrative Agent**
**Case(s): 340 Clm No: 20 Clm. Amt: $238,205,668.38**

*Attn: Jacqualine Mackenzie*
*1600 Market St*
*Philadelphia, PA 19103*
**Date Filed:** 12/5/2024
**Claim Face Value:** $238,205,668.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 340 | SEC | | | $238,205,668.38 | | |
| | | | | $238,205,668.38 | | |

**PNC Bank, National Association, as Administrative Agent**
**Case(s): 341 Clm No: 32 Clm. Amt: $238,205,668.38**

*Attn: Jacqualine Mackenzie*
*1600 Market St*
*Philadelphia, PA 19103*
**Date Filed:** 12/5/2024
**Claim Face Value:** $238,205,668.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | SEC | | | $238,205,668.38 | | |
| | | | | $238,205,668.38 | | |

**PNC Bank, National Association, as Administrative Agent**
**Case(s): 342 Clm No: 26 Clm. Amt: $238,205,668.38**

*Attn: Jacqualine Mackenzie*
*1600 Market St*
*Philadelphia, PA 19103*
**Date Filed:** 12/5/2024
**Claim Face Value:** $238,205,668.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | SEC | | | $238,205,668.38 | | |
| | | | | $238,205,668.38 | | |

**PNC Bank, National Association, as Administrative Agent**
**Case(s): 343 Clm No: 12 Clm. Amt: $238,205,668.38**

*Attn: Jacqualine Mackenzie*
*1600 Market St*
*Philadelphia, PA 19103*
**Date Filed:** 12/5/2024
**Claim Face Value:** $238,205,668.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | | | $238,205,668.38 | | |
| | | | | $238,205,668.38 | | |

**PNC Bank, National Association, as Administrative Agent**
**Case(s): 344 Clm No: 16 Clm. Amt: $238,205,668.38**

*Attn: Jacqualine Mackenzie*
*1600 Market St*
*Philadelphia, PA 19103*
**Date Filed:** 12/5/2024
**Claim Face Value:** $238,205,668.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | | | $238,205,668.38 | | |
| | | | | $238,205,668.38 | | |

**PNC Bank, National Association, as Administrative Agent**
**Case(s): 338 Clm No: 17 Clm. Amt: $238,205,668.38**

*Attn: Jacqualine Mackenzie*
*1600 Market St*
*Philadelphia, PA 19103*
**Date Filed:** 12/5/2024
**Claim Face Value:** $238,205,668.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | SEC | | | $238,205,668.38 | | |
| | | | | $238,205,668.38 | | |

**PNC Bank, National Association, as Administrative Agent**
**Case(s): 337 Clm No: 2333 Clm. Amt: $238,205,668.38**

*Attn: Jacqualine Mackenzie*
*1600 Market St*
*Philadelphia, PA 19103*
**Date Filed:** 12/5/2024
**Claim Face Value:** $238,205,668.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | $238,205,668.38 | | |
| | | | | $238,205,668.38 | | |

**Poly Pro Tools**
**Case(s): 337 Clm No: 1063 Clm. Amt: $8,414.76**

*Attn: Lindsay Adams*
*4735 W 106th St*
*Zionsville, IN 46077*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,414.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,414.76 | | |
| | | | | $8,414.76 | | |

## Poly-Pak Industries
### Case(s): 337 Clm No: 2810 Clm. Amt: $37,732.01

c/o Poly Pak Ind Group LLC
125 Spagnoli
Melville, NY 11747
**Date Filed:** 1/14/2025
**Claim Face Value:** $37,732.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $37,732.01 | | |
| | | | | $37,732.01 | | |

## Poly-Resyn Inc
### Case(s): 337 Clm No: 100270 Clm. Amt: $10,980.00

518 Market Loop
Dundee, IL 60118
**Date Filed:** 12/21/2024
**Claim Face Value:** $10,980.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $10,980.00 | | $0.00 |
| | | | | $10,980.00 | | $0.00 |

## Poly-Resyn Inc
### Case(s): 337 Clm No: 100271 Clm. Amt: $9,615.00

518 Market Loop
Dundee, IL 60118
**Date Filed:** 12/21/2024
**Claim Face Value:** $9,615.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $9,615.00 | | $0.00 |
| | | | | $9,615.00 | | $0.00 |

## Poly-Resyn Inc
### Case(s): 337 Clm No: 100272 Clm. Amt: $6,885.00

518 Market Loop
Dundee, IL 60118
**Date Filed:** 12/21/2024
**Claim Face Value:** $6,885.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $6,885.00 | | $0.00 |
| | | | | $6,885.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Poly-Resyn Inc
### Case(s): 337 Clm No: 100273 Clm. Amt: $6,885.00

518 Market Loop
Dundee, IL 60118
**Date Filed:** 12/21/2024
**Claim Face Value:** $6,885.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $6,885.00 | | $0.00 |
| | | | | $6,885.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Poly-Resyn Inc
**Case(s): 337 Clm No: 100274 Clm. Amt: $6,885.00**

*518 Market Loop*
*Dundee, IL 60118*
**Date Filed:** 12/21/2024
**Claim Face Value:** $6,885.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $6,885.00 | | $0.00 |
| | | | | $6,885.00 | | $0.00 |

## Poly-Resyn Inc
**Case(s): 337 Clm No: 100275 Clm. Amt: $6,885.00**

*518 Market Loop*
*Dundee, IL 60118*
**Date Filed:** 12/21/2024
**Claim Face Value:** $6,885.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $6,885.00 | | $0.00 |
| | | | | $6,885.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Poly-Tex, Inc.
**Case(s): 337 Clm No: 1728 Clm. Amt: $18,061.55**

*Attn: Jay Johnson*
*1750 126th St W, Ste100*
*Burnsville, MN 55337*
**Date Filed:** 11/26/2024
**Claim Face Value:** $18,061.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $18,061.55 | | |
| | | | | $18,061.55 | | |

## Polynt Composites USA Inc
**Case(s): 337 Clm No: 1365 Clm. Amt: $209,877.87**

*100 E Cottage Ave*
*Carpentersville, IL 60110*
**Date Filed:** 11/20/2024
**Claim Face Value:** $209,877.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $209,877.87 | | |
| | | | | $209,877.87 | | |

## Polytek Development Corporation
**Case(s): 337 Clm No: 2304 Clm. Amt: $86,755.21**

*c/o Benesch Friedlander Coplan & Aronoff LLP*
*Attn: Kevin M Capuzzi*
*1313 N Market St, Ste 1201*
*Wilmington, DE 19801*
**Date Filed:** 12/5/2024
**Claim Face Value:** $86,755.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $86,755.21 | | |
| | | | | $86,755.21 | | |

**Pope's Plant Farm, Inc.**
**Case(s): 337 Clm No: 1489 Clm. Amt: $41,823.57**

*P.O. Box 187*
*6814 US Hwy 411*
*Greenback, TN 37742*
**Date Filed:** 11/21/2024
**Claim Face Value:** $41,823.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $41,823.57 | | |
| | | | | $41,823.57 | | |

**Portacool, LLC**
**Case(s): 337 Clm No: 1583 Clm. Amt: $31,148.89**

*P.O. Box 2167*
*Center, TX 75935*
**Date Filed:** 11/23/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $31,148.89 | | $0.00 |
| 337 | UNS | Allowed | | | | $31,148.89 |
| | | | | $31,148.89 | | $31,148.89 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Powell Gravel and Excavating, Inc.**
**Case(s): 337 Clm No: 2535 Clm. Amt: $2,456.35**

*11203 N US Hwy 14*
*Harvard, IL 60033*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,456.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,456.35 | | |
| | | | | $2,456.35 | | |

**Power Distributors, LLC**
**Case(s): 337 Clm No: 1190 Clm. Amt: $121,488.14**

*3700 Paragon Dr*
*Columbus, OH 43228*
**Date Filed:** 11/18/2024
**Claim Face Value:** $121,488.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $121,488.14 | | |
| | | | | $121,488.14 | | |

**Power Technique North America LLC**
**Case(s): 337 Clm No: 952 Clm. Amt: $42,157.48**

*1059 Paragon Way*
*Rock Hill, SC 29730*
**Date Filed:** 11/11/2024
**Claim Face Value:** $42,157.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $42,157.48 | | |
| | | | | $42,157.48 | | |

## PPG Architectural Finishes
**Case(s): 337 Clm No: 100381 Clm. Amt: $437,259.02**

*400 Bertha Lamme Dr*
*Cranberry Twp, PA 16066*
**Date Filed:** 1/24/2025
**Claim Face Value:** $437,259.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $437,259.02 | | $0.00 |
| 337 | UNS | Allowed | | | | $38,766.58 |
| | | | | $437,259.02 | | $38,766.58 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## PPG Architectural Finishes, Inc
**Case(s): 337 Clm No: 554 Clm. Amt: $1,099,536.37**

*c/o Credit Department*
*400 Bertha Lamme Dr*
*Cranberry Twp, PA 16066*
**Date Filed:** 10/28/2024
**Claim Face Value:** $1,099,536.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $88,906.92 | | $0.00 |
| 337 | UNS | Allowed | | $1,010,629.45 | | $1,093,214.88 |
| | | | | $1,099,536.37 | | $1,093,214.88 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## PRE Sales Inc
**Case(s): 337 Clm No: 2514 Clm. Amt: $15,225.00**

*8606 Miramar Rd*
*San Diego, CA 92126*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,225.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $15,225.00 | | |
| | | | | $15,225.00 | | |

## Preferred Wholesale Inc
**Case(s): 337 Clm No: 127 Clm. Amt: $102,696.03**

*18 27th Ave E*
*Albia, IA 52531*
**Date Filed:** 10/16/2024
**Claim Face Value:** $102,696.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $102,696.03 | | |
| | | | | $102,696.03 | | |

## Premier Packaging LLC
**Case(s): 337 Clm No: 2644 Clm. Amt: $7,640.00**

*47 Post Rd*
*Hooksett, NH 03106*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $7,640.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,640.00 | | |
| | | | | $7,640.00 | | |

## Premier Paint Roller CO LLC
**Case(s): 337 Clm No: 1615 Clm. Amt: $35,602.27**

*131-11 Atlantic Ave*
*Richmond Hill, NY 11418*
**Date Filed:** 11/25/2024
**Claim Face Value:** $35,602.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,602.27 | | |
| | | | | $35,602.27 | | |

## Premier Paint Roller Co LLC
**Case(s): 337 Clm No: 1806 Clm. Amt: $1,406.14**

*131-11 Atlantic Ave*
*Richmond Hill, NY 11418*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,406.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,406.14 | | |
| | | | | $1,406.14 | | |

## Premier Paint Roller Co LLC
**Case(s): 337 Clm No: 2848 Clm. Amt: $50,828.58**

*131-11 Atlantic Ave*
*Richmond Hill, NY 11418*
**Date Filed:** 1/29/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $50,828.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $50,828.58 | | |
| | | | | $50,828.58 | | |

## Premier Paint Roller Company LLC
**Case(s): 337 Clm No: 100170 Clm. Amt:**

*131-11 Atlantic Ave*
*Richmond Hill, NY 11418*
**Date Filed:** 12/18/2024
**Claim Face Value:**

## Premier Tech Growers and Consumers Inc.
**Case(s): 337 Clm No: 1559 Clm. Amt: $350,298.95**

*1 Avenue Premier*
*Riviere-du-Loup, QC G5R 6C1*
*Canada*
**Date Filed:** 11/25/2024
**Claim Face Value:** $350,298.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $350,298.95 | | |
| | | | | $350,298.95 | | |

## Premier Trailers, LLC
**Case(s): 337 Clm No: 100293 Clm. Amt: $678.93**

*dba Premier Trailer Leasing*
*5201 Tennyson Pkwy, Ste 250*
*Plano, TX 75024*
**Date Filed:** 12/23/2024
**Claim Face Value:** $678.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $678.93 | | $0.00 |
| | | | | $678.93 | | $0.00 |

## Prestone Products Corporation
**Case(s): 337 Clm No: 2652 Clm. Amt: $223,559.87**

*6250 N River Rd*
*Rosemont, IL 60018*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $223,559.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $223,559.87 | | |
| | | | | $223,559.87 | | |

## Prestone Products Corporation
**Case(s): 337 Clm No: 2716 Clm. Amt: $223,559.87**

*6250 N River Rd, Ste 6000*
*Rosemont, IL 60018*
**Date Filed:** 12/24/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $223,559.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $223,559.87 | | |
| | | | | $223,559.87 | | |

## Pride Manufacturing Company, LLC
**Case(s): 337 Clm No: 541 Clm. Amt: $52,888.48**

*10 N Main St*
*Burnham, ME 04922*
**Date Filed:** 10/28/2024
**Claim Face Value:** $52,888.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $52,888.48 | | |
| | | | | $52,888.48 | | |

## Prides Corner Farms Inc
**Case(s): 337 Clm No: 2556 Clm. Amt: $187,095.81**

*122 Waterman Rd*
*Lebanon, CT 06245*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $187,095.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $187,095.81 | | |
| | | | | $187,095.81 | | |

**PRIER Products, Inc.**
**Case(s): 337 Clm No: 803 Clm. Amt: $1,067.84**

*c/o PRIER AR*
*4515 E 139th St*
*Grandview, MO 64030*
**Date Filed:** 11/4/2024
**Claim Face Value:** $1,067.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $305.70 | | $0.00 |
| 337 | UNS | Allowed | | $762.14 | | $1,067.84 |
| | | | | $1,067.84 | | $1,067.84 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Prime-Line Products, LLC**
**Case(s): 337 Clm No: 100231 Clm. Amt: $105,607.55**

*c/o Parker Poe Adams & Bernstein LLP*
*Attn: Kiah T Ford*
*620 S Tryon St, Ste 800*
*Charlotte, NC 28202*
**Date Filed:** 12/20/2024
**Claim Face Value:** $105,607.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $105,607.55 | | $0.00 |
| | | | | $105,607.55 | | $0.00 |

**Prime-Line Products, LLC**
**Case(s): 337 Clm No: 1712 Clm. Amt: $735,405.18**

*c/o Parker Poe Adams & Bernstein LLP*
*Attn: Chip Ford*
*620 S Tryon St, Ste 800*
*Charlotte, NC 28202*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $735,405.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $41,648.46 | | $0.00 |
| 337 | UNS | Allowed | | $693,756.72 | | $697,779.12 |
| | | | | $735,405.18 | | $697,779.12 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

## PrimeSource Building Products, Inc.
**Case(s): 337 Clm No: 1739 Clm. Amt: $1,461,398.21**

*Attn: Ryan A Burgett*
*736 Georgia Ave, Ste 300*
*Chattanooga, TN 37402*
**Date Filed:** 11/26/2024
**Claim Face Value:** $1,461,398.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $224,151.24 | | $0.00 |
| 337 | UNS | Allowed | | $1,237,246.97 | | $1,461,398.21 |
| | | | | $1,461,398.21 | | $1,461,398.21 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/28/2025 | 1484 |

## Primo Water North America
**Case(s): 337 Clm No: 246 Clm. Amt: $36,995.58**

*c/o Crystal Rock*
*200 Eagles Landing Blvd*
*Lakeland, FL 33810*
**Date Filed:** 10/18/2024
**Claim Face Value:** $36,995.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $36,995.58 | | |
| | | | | $36,995.58 | | |

## Primo Water North America
**Case(s): 337 Clm No: 583 Clm. Amt: $11,309.04**

*Attn: Magie Malloy*
*200 Eagles Landing Blvd*
*Lakeland, FL 33810*
**Date Filed:** 10/29/2024
**Claim Face Value:** $11,309.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,309.04 | | |
| | | | | $11,309.04 | | |

## Prince Corporation
**Case(s): 337 Clm No: 3039 Clm. Amt: $123,636.47**

*8351 County Rd H*
*Marshfield, WI 54449*
**Date Filed:** 6/20/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $123,636.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $123,636.47 | | |
| | | | | $123,636.47 | | |

## Prince of Peace Enterprises, Inc
**Case(s): 337 Clm No: 1003 Clm. Amt: $31,238.64**

*751 N Canyons Pkwy*
*Livermore, CA 94551*
**Date Filed:** 11/12/2024
**Claim Face Value:** $31,238.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,238.64 | | |
| | | | | $31,238.64 | | |

## Principle Plastics, Inc.
**Case(s): 337 Clm No: 2142 Clm. Amt: $22,166.75**

*1136 W 135th St*
*Gardena, CA 90247*
**Date Filed:** 12/2/2024
**Claim Face Value:** $22,166.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $22,166.75 | | |
| | | | | $22,166.75 | | |

## Pro Ex Extrusion, Inc.
**Case(s): 337 Clm No: 2646 Clm. Amt: $3,497.40**

*3015 N Main St*
*Oshkosh, WI 54901*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,497.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,497.40 | | |
| | | | | $3,497.40 | | |

## ProAmpac Holdings Inc.
**Case(s): 337 Clm No: 1704 Clm. Amt: $632,448.06**

*c/o McLane Middleton, Professional*
*Association*
*Attn: Joseph A Foster*
*P.O. Box 326*
*900 Elm St*
*Manchester, NH 03105*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $632,448.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $31,823.00 | | $0.00 |
| 337 | UNS | | | $600,625.06 | | $600,625.06 |
| | | | | $632,448.06 | | $600,625.06 |

## Production Transport Nevada, Inc, a Nevada Corporation
**Case(s): 337 Clm No: 351 Clm. Amt: $102,905.25**

*c/o McCarthy Duffy LLP*
*Attn: Christopher K Crimer*
*180 N LaSalle St, Ste 3150*
*Chicago, IL 60601*
**Date Filed:** 10/22/2024
**Claim Face Value:** $102,905.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $102,905.25 | | |
| | | | | $102,905.25 | | |

## Productworks, LLC
**Case(s): 337 Clm No: 1311 Clm. Amt: $69,083.71**

*c/o Levenfeld Pearlstein LLC*
*Attn: Sean P Williams*
*120 S Riverside Plz, Ste 1800*
*Chicago, IL 60606*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $69,083.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $69,083.71 | | |
| | | | | $69,083.71 | | |

## Progressive Environmental Services
**Case(s): 337 Clm No: 364 Clm. Amt: $3,355.44**

*1531 S Grove Ave, Ste 104*
*Barrington, IL 60010*
**Date Filed:** 10/22/2024
**Claim Face Value:** $3,355.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,355.44 | | |
| | | | | $3,355.44 | | |

## Promier Products Inc.
**Case(s): 337 Clm No: 1104 Clm. Amt: $218,980.95**

*Attn: Michael Wollack*
*350 5th St*
*Peru, IL 61354*
**Date Filed:** 11/15/2024
**Claim Face Value:** $218,980.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $29,442.04 | | $0.00 |
| 337 | UNS | | | $189,538.91 | | $189,538.91 |
| | | | | $218,980.95 | | $189,538.91 |

## Protech Tool Supply, Inc
**Case(s): 337 Clm No: 2495 Clm. Amt: $12,028.21**

*Attn: Karvel Kofoed*
*14315 Kennedy Rd*
*Greenwood, MO 64034*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,028.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,028.21 | | |
| | | | | $12,028.21 | | |

## Protect Plus Industries, Inc.
**Case(s): 337 Clm No: 862 Clm. Amt: $1,474,202.72**

*c/o Bodman PLC*
*Attn: Noel J Ravenscroft*
*1901 St Antoine St, 6th Fl at Ford Field*
*Detroit, MI 48226*
**Date Filed:** 11/6/2024
**Claim Face Value:** $1,474,202.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $260,453.24 | | $0.00 |
| 337 | UNS | Allowed | | $1,213,749.48 | | $1,364,215.92 |
| | | | | $1,474,202.72 | | $1,364,215.92 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Protective Coating Co LLC
**Case(s): 337 Clm No: 32 Clm. Amt: $43,391.91**

*Attn: Scott Long*
*221 S 3rd St*
*Allentown, PA 18102*
**Date Filed:** 10/16/2024
**Claim Face Value:** $43,391.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $43,391.91 | | |
| | | | | $43,391.91 | | |

## Protective Industrial Products, Inc.
**Case(s): 337 Clm No: 994 Clm. Amt: $262,503.05**

*Attn: Amer Latif*
*25 British American Blvd*
*Latham, NY 12110*
**Date Filed:** 11/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $262,503.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $262,503.05 | | |
| | | | | $262,503.05 | | |

## Protexall Products, Inc
**Case(s): 337 Clm No: 251 Clm. Amt: $9,009.11**

*73356 Hwy 41*
*Pearl River, LA 70452*
**Date Filed:** 10/20/2024
**Claim Face Value:** $9,009.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,009.11 | | |
| | | | | $9,009.11 | | |

## Protexall Products, Inc.
**Case(s): 337 Clm No: 100403 Clm. Amt: $6,342.74**

*73356 Hwy 41*
*Pearl River, LA 70452*
**Date Filed:** 3/10/2025
**Claim Face Value:** $6,342.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $6,342.74 | | $0.00 |
| | | | | $6,342.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

## Protexall Products, Inc.
**Case(s): 342 Clm No: 30 Clm. Amt: $15,351.85**

*Attn: Mark Alleman*
*73356 Hwy 41*
*Pearl River, LA 70452*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,351.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | UNS | | | $15,351.85 | | |
| | | | | $15,351.85 | | |

## Providence Nursery LLC dba Fisher Farms
**Case(s): 337 Clm No: 461 Clm. Amt: $4,880.33**

*c/o Fisher Farms*
*9650 SW Hardebeck Rd*
*Gaston, OR 97119*
**Date Filed:** 10/23/2024
**Claim Face Value:** $4,880.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,880.33 | | |
| | | | | $4,880.33 | | |

**Prowood, LLC**
**Case(s): 337 Clm No: 1407 Clm. Amt: $22,487.23**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $22,487.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $20,327.23 | | $0.00 |
| 337 | UNS | Allowed | | $2,160.00 | | $22,487.23 |
| | | | | $22,487.23 | | $22,487.23 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**PS Furniture, Inc**
**Case(s): 337 Clm No: 344 Clm. Amt: $32,267.46**

*801 High St*
*Conneautville, PA 16406*
**Date Filed:** 10/22/2024
**Claim Face Value:** $32,267.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $32,267.46 | | |
| | | | | $32,267.46 | | |

**PS Furniture, Inc.**
**Case(s): 337 Clm No: 2627 Clm. Amt: $2,163.02**

*P.O. Box B*
*801 High St*
*Conneautville, PA 16406*
**Date Filed:** 12/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $2,163.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $2,163.02 | | $0.00 |
| | | | | $2,163.02 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

### PSS Manufacturing Co. Inc dba Senic Road
### Case(s): 337 Clm No: 100316 Clm. Amt: $85,725.68

*405 School Rd*
*Denver, PA 17517*
**Date Filed:** 12/23/2024
**Claim Face Value:** $85,725.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $85,725.68 | | $0.00 |
| 337 | UNS | Allowed | | | | $85,725.68 |
| | | | | $85,725.68 | | $85,725.68 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

### PT Ho Wah Genting
### Case(s): 337 Clm No: 341 Clm. Amt: $259,459.54

*Attn: Wilson Song*
*Kawasan Bintang Industri II*
*Lot 27-30, Kel Tanjung Uncang, Kec Batu Aji*
*Kota Batam, Provinsi Kepulauan Riau 29424*
*Indonesia*
**Date Filed:** 10/22/2024
**Claim Face Value:** $259,459.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $259,459.54 | | |
| | | | | $259,459.54 | | |

### PT. Ho Wah Genting
### Case(s): 337 Clm No: 2391 Clm. Amt: $317,995.29

*Attn: Wilson Song*
*Kawasan Bintang Industri II Lot 27 – 30, Kel*
*Tanjung Uncang*
*Kec Batu Aji, Kota Batam, Provinsi Kepulauan*
*Riau*
*Batam, 29424*
*Indonesia*
**Date Filed:** 12/5/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2990
**Claim Face Value:** $317,995.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $317,995.29 | | |
| | | | | $317,995.29 | | |

### PT. Ho Wah Genting
### Case(s): 337 Clm No: 2990 Clm. Amt: $317,995.29

*Attn: Wilson Song*
*Kawasan Bintang Industri II Lot 27 – 30*
*Kel. Tanjung Uncang*
*Kec. Batu Aji, Kota Batam, Provinsi Kepulauan*
*Riau 29424*
*Indonesia*
**Date Filed:** 5/7/2025
**Orig. Date Filed:** 12/5/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2391
**Claim Face Value:** $317,995.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $317,995.29 | | |
| | | | | $317,995.29 | | |

**Puleo Asia Ltd**

**Case(s): 337 Clm No: 506 Clm. Amt: $24,251.50**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $24,251.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,251.50 | | |
| | | | | $24,251.50 | | |

**Puleo Asia Ltd**

**Case(s): 337 Clm No: 507 Clm. Amt: $24,429.32**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $24,429.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,429.32 | | |
| | | | | $24,429.32 | | |

**Puleo Asia Ltd**

**Case(s): 337 Clm No: 508 Clm. Amt: $49,140.50**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $49,140.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $49,140.50 | | |
| | | | | $49,140.50 | | |

**Puleo Asia Ltd**

**Case(s): 337 Clm No: 509 Clm. Amt: $31,336.90**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $31,336.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,336.90 | | |
| | | | | $31,336.90 | | |

**Puleo Asia Ltd**

**Case(s): 337 Clm No: 510 Clm. Amt: $28,625.99**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $28,625.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,625.99 | | |
| | | | | $28,625.99 | | |

**Puleo Asia Ltd**

**Case(s): 337 Clm No: 511 Clm. Amt: $28,332.48**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $28,332.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,332.48 | | |
| | | | | $28,332.48 | | |

**Puleo Asia Ltd**
**Case(s): 337 Clm No: 512 Clm. Amt: $20,930.00**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $20,930.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,930.00 | | |
| | | | | $20,930.00 | | |

**Puleo Asia Ltd**
**Case(s): 337 Clm No: 513 Clm. Amt: $12,646.23**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $12,646.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,646.23 | | |
| | | | | $12,646.23 | | |

**Puleo Asia Ltd**
**Case(s): 337 Clm No: 514 Clm. Amt: $10,353.03**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $10,353.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,353.03 | | |
| | | | | $10,353.03 | | |

**Puleo Asia Ltd**
**Case(s): 337 Clm No: 515 Clm. Amt: $38,904.19**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $38,904.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,904.19 | | |
| | | | | $38,904.19 | | |

**Puleo Asia Ltd**
**Case(s): 337 Clm No: 516 Clm. Amt: $9,242.70**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $9,242.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,242.70 | | |
| | | | | $9,242.70 | | |

**Puleo Asia Ltd**
**Case(s): 337 Clm No: 517 Clm. Amt: $24,752.00**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/27/2024
**Claim Face Value:** $24,752.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,752.00 | | |
| | | | | $24,752.00 | | |

## Puleo Asia Ltd
**Case(s): 337 Clm No: 518 Clm. Amt: $27,801.28**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/28/2024
**Claim Face Value:** $27,801.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $27,801.28 | | |
| | | | | $27,801.28 | | |

## Puleo Asia Ltd
**Case(s): 337 Clm No: 519 Clm. Amt: $27,248.94**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/28/2024
**Claim Face Value:** $27,248.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $27,248.94 | | |
| | | | | $27,248.94 | | |

## Puleo Asia Ltd
**Case(s): 337 Clm No: 520 Clm. Amt: $24,457.00**

*Unit 8, 2/F, Tower 1, Harbour Centre*
*1 Hok Cheung St*
*Hung Hom, Kowloon*
*Hong Kong*
**Date Filed:** 10/28/2024
**Claim Face Value:** $24,457.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $24,457.00 | | |
| | | | | $24,457.00 | | |

## Pull'R Holding Company, LLC
**Case(s): 337 Clm No: 853 Clm. Amt: $125,238.79**

*415 E State Pkwy*
*Schaumburg, IL 60173*
**Date Filed:** 11/4/2024
**Claim Face Value:** $125,238.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $125,238.79 | | |
| | | | | $125,238.79 | | |

## Punati Chemical Corp
**Case(s): 337 Clm No: 229 Clm. Amt: $3,807.00**

*1160 N Opdyke Rd*
*Auburn Hills, MI 48326*
**Date Filed:** 10/19/2024
**Claim Face Value:** $3,807.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,807.00 | | |
| | | | | $3,807.00 | | |

## Purina Animal Nutrition, LLC
**Case(s): 337 Clm No: 1879 Clm. Amt: $39,865.33**

*Attn: Jonathan C Miesen*
*4001 Lexington Ave N*
*Arden Hills, MN 55126*
**Date Filed:** 11/26/2024
**Claim Face Value:** $39,865.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $39,865.33 | | |
| | | | | $39,865.33 | | |

## Purple Power, Inc
**Case(s): 337 Clm No: 23 Clm. Amt: $19,380.00**

*P.O. Box 27147*
*Greenville, SC 29616*
**Date Filed:** 10/16/2024
**Claim Face Value:** $19,380.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,380.00 | | |
| | | | | $19,380.00 | | |

## Purvis Industries LLC
**Case(s): 337 Clm No: 1262 Clm. Amt: $1,858.32**

*10500 N Stemmons Fwy*
*Dallas, TX 75220*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,858.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,858.32 | | |
| | | | | $1,858.32 | | |

## Purvis Industries LLC
**Case(s): 337 Clm No: 100378 Clm. Amt: $2,760.20**

*P.O. Box 540757*
*Dallas, TX 75354*
**Date Filed:** 1/21/2025
**Claim Face Value:** $2,760.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,760.20 | | $0.00 |
| | | | | $2,760.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Putnam Lumber & Export Company
**Case(s): 337 Clm No: 818 Clm. Amt: $237,333.68**

*6196 Lake Gray Blvd, Ste 102*
*Jacksonville, FL 32244*
**Date Filed:** 11/4/2024
**Claim Face Value:** $237,333.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $237,333.68 | | |
| | | | | $237,333.68 | | |

## Pye Barker Fire and Safety
**Case(s): 337 Clm No: 2500 Clm. Amt: $3,546.20**

*Attn: Sandy Curry*
*2500 Northwinds Pkwy, Ste 200 III*
*Alpharetta, GA 30009*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,546.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,546.20 | | |
| | | | | $3,546.20 | | |

**Pyramex Safety Products**
**Case(s): 337 Clm No: 100374 Clm. Amt: $25,606.02**

*305 Keough Dr*
*Piperton, TN 38017*
**Date Filed:** 1/21/2025
**Claim Face Value:** $25,606.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $25,606.02 | | $0.00 |
| | | | | $25,606.02 | | $0.00 |

**Pyramex Safety Products**
**Case(s): 337 Clm No: 81 Clm. Amt: $185,334.91**

*305 Keough Dr*
*Piperton, TN 38017*
**Date Filed:** 10/16/2024
**Amended By Clm #:** 1085
**Claim Face Value:** $185,334.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $185,334.91 | | |
| | | | | $185,334.91 | | |

**Pyramex Safety Products**
**Case(s): 337 Clm No: 1085 Clm. Amt: $185,334.91**

*305 Keough Dr*
*Piperton, TN 38017*
**Date Filed:** 11/14/2024
**Orig. Date Filed:** 10/16/2024
**Amending Clm #:** 81
**Claim Face Value:** $185,334.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $25,403.32 | | $0.00 |
| 337 | UNS | Allowed | | $159,931.59 | | $165,304.93 |
| | | | | $185,334.91 | | $165,304.93 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**QEP Co Inc**
**Case(s): 337 Clm No: 372 Clm. Amt: $103,025.46**

*1001 Broken Sound Pkwy, Ste A*
*Boca Raton, FL 33487*
**Date Filed:** 10/22/2024
**Claim Face Value:** $103,025.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $103,025.46 | | |
| | | | | $103,025.46 | | |

**QingDao Huatian Hand Truck Co., Ltd.**
**Case(s): 337 Clm No: 883 Clm. Amt: $46,808.54**

*c/o Brown & Joseph, LLC*
*Attn: Peter Geldes*
*P.O. Box 249*
*Itasca, IL 60143*
**Date Filed:** 11/6/2024
**Claim Face Value:** $46,808.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $46,808.54 | | |
| | | | | $46,808.54 | | |

## Qingdao Huatian Hand Truck Co., Ltd.
### Case(s): 337 Clm No: 2130 Clm. Amt: $119,873.29

*Attn: Haitao Wang*
*Floor 43, Tsingtao Center, No 8, Hong Kong*
*Middle Rm, Shinan District*
*Qingdao City, Shandong Province, 266071*
*China*
**Date Filed:** 12/4/2024
**Claim Face Value:** $119,873.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $119,873.29 | | |
| | | | | $119,873.29 | | |

## QRSKIN USA, Inc
### Case(s): 337 Clm No: 798 Clm. Amt: $16,439.36

*Attn: Jose Villegas*
*2100 Valley View Ln, Unit 150*
*Farmers Branch, TX 75234*
**Date Filed:** 11/4/2024
**Claim Face Value:** $16,439.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,439.36 | | |
| | | | | $16,439.36 | | |

## Quaker Boy, Inc.
### Case(s): 337 Clm No: 2846 Clm. Amt: $6,874.08

*Attn: Chris Kirby*
*195 W Main St*
*Springville, NY 14141*
**Date Filed:** 1/28/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,874.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,874.08 | | |
| | | | | $6,874.08 | | |

## Quaker Sales & Distribution, Inc.
### Case(s): 337 Clm No: 1874 Clm. Amt: $147,167.66

*c/o Burke, Warren, MacKay & Serritella, PC*
*Attn: Joseph D Frank*
*330 N Wabash Ave, Ste 2100*
*Chicago, IL 60611*
**Date Filed:** 11/27/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $147,167.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $7,381.72 | | $0.00 |
| 337 | UNS | | | $139,785.94 | | $139,785.94 |
| | | | | $147,167.66 | | $139,785.94 |

## Quality Craft Industries Inc.
### Case(s): 337 Clm No: 1264 Clm. Amt: $10,632.04

*P.O. Box 95942*
*Chicago, IL 60694-5942*
**Date Filed:** 11/19/2024
**Claim Face Value:** $10,632.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,632.04 | | |
| | | | | $10,632.04 | | |

## Quality Wholesale Building Products, Inc
**Case(s): 337 Clm No: 290 Clm. Amt: $382,727.40**

*c/o Rose Law Firm*
*120 E 4th St*
*Little Rock, AR 72201*
**Date Filed:** 10/21/2024
**Claim Face Value:** $382,727.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $382,727.40 | | |
| | | | | $382,727.40 | | |

## Quantum Storage Systems
**Case(s): 337 Clm No: 259 Clm. Amt: $796.96**

*15800 NW 15th Ave*
*Miami, FL 33169*
**Date Filed:** 10/18/2024
**Claim Face Value:** $796.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $796.96 | | |
| | | | | $796.96 | | |

## Quikrete Holdings, Inc.
**Case(s): 337 Clm No: 1247 Clm. Amt: $2,795,756.37**

*c/o Smith, Gambrell & Russell LLP*
*Attn: Brian P Hall*
*1105 W Peachtree St NE, Ste 1000*
*Atlanta, GA 30309*
**Date Filed:** 11/19/2024
**Claim Face Value:** $2,795,756.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $429,600.21 | | $0.00 |
| 337 | UNS | Allowed | | $2,366,156.16 | | $2,600,029.06 |
| | | | | $2,795,756.37 | | $2,600,029.06 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 06/02/2025 | 1281 |

## Quinn Hardware Co Inc.
**Case(s): 337 Clm No: 1999 Clm. Amt: $15,144.85**

*125 Waterville Rd*
*Skowhegan, ME 04976*
**Date Filed:** 11/29/2024
**Claim Face Value:** $15,144.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $15,144.85 | | |
| | | | | $15,144.85 | | |

## R-V Industries, Inc dba MBC Aerosol
**Case(s): 337 Clm No: 479 Clm. Amt: $22,685.13**

*Attn: Marlene Haws*
*584 Poplar Rd*
*Honey Brook, PA 19344*
**Date Filed:** 10/23/2024
**Claim Face Value:** $22,685.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,685.13 | | |
| | | | | $22,685.13 | | |

**R-V Industries, Inc dba MBC Aerosol**
**Case(s): 337 Clm No: 477 Clm. Amt: $22,685.13**

*Attn: Marlene Haws*
*584 Poplar Rd*
*Honey Brook, PA 19344*
**Date Filed:** 10/23/2024
**Claim Face Value:** $22,685.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $22,685.13 | | |
| | | | | $22,685.13 | | |

**Radians, Inc.**
**Case(s): 337 Clm No: 100187 Clm. Amt: $4,246.48**

*5305 Distriplex Farms Dr*
*Memphis, TN 38141*
**Date Filed:** 12/19/2024
**Claim Face Value:** $4,246.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $4,246.48 | | $0.00 |
| | | | | $4,246.48 | | $0.00 |

**Radians, Inc.**
**Case(s): 337 Clm No: 1699 Clm. Amt: $130,925.23**

*Attn: Legal Department*
*5305 Distriplex Farms Dr*
*Memphis, TN 38141*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $130,925.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $12,966.16 | | |
| 337 | UNS | Allowed | | $117,959.07 | | $122,764.83 |
| | | | | $130,925.23 | | $122,764.83 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Radio Systems Corp**
**Case(s): 337 Clm No: 295 Clm. Amt: $36,942.38**

*10427 Petsafe Way*
*Knoxville, TN 37932*
**Date Filed:** 10/21/2024
**Claim Face Value:** $36,942.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $36,942.38 | | |
| | | | | $36,942.38 | | |

**Radio Systems Corp**
**Case(s): 337 Clm No: 473 Clm. Amt: $36,942.38**

*10427 Petsafe Way*
*Knoxville, TN 37932*
**Date Filed:** 10/24/2024
**Claim Face Value:** $36,942.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $36,942.38 | | |
| | | | | $36,942.38 | | |

**Radio Systems Corp**
**Case(s): 337 Clm No: 534 Clm. Amt: $46,664.08**

*10427 Petsafe Way*
*Knoxville, TN 37932*
**Date Filed:** 10/24/2024
**Claim Face Value:** $46,664.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $46,664.08 | | |
| | | | | $46,664.08 | | |

**Rafael J. Nido Inc**
**Case(s): 337 Clm No: 1993 Clm. Amt: $36,524.66**

*P.O. Box 11978*
*San Juan, PR 00922-1978*
**Date Filed:** 11/29/2024
**Claim Face Value:** $36,524.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $36,524.66 | | |
| | | | | $36,524.66 | | |

**Ragan and Massey, LLC**
**Case(s): 337 Clm No: 2580 Clm. Amt: $182,999.20**

*101 Ponchatoula Pkwy*
*Ponchatoula, LA 70454*
**Date Filed:** 12/18/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $182,999.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $182,999.20 | | |
| | | | | $182,999.20 | | |

**Ragan and Massey, LLC**
**Case(s): 337 Clm No: 306 Clm. Amt: $182,999.20**

*101 Ponchatoula Pkwy*
*Ponchatoula, LA 70454*
**Date Filed:** 10/21/2024
**Claim Face Value:** $182,999.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $182,999.20 | | |
| | | | | $182,999.20 | | |

**Ragan and Massey, LLC**
**Case(s): 337 Clm No: 100154 Clm. Amt: $182,999.20**

*101 Ponchatoula Pkwy*
*Ponchatoula, LA 70454*
**Date Filed:** 12/18/2024
**Claim Face Value:** $182,999.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $182,999.20 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,494.12 |
| | | | | $182,999.20 | | $3,494.12 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Rain Bird Corporation
**Case(s): 337 Clm No: 927 Clm. Amt: $314,046.93**

*Attn: Harold Abadilla*
*6991 E Southpoint Rd*
*Tucson, AZ 85756*
**Date Filed:** 11/8/2024
**Claim Face Value:** $314,046.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $314,046.93 | | |
| | | | | $314,046.93 | | |

## Ralco Nutrition Inc
**Case(s): 337 Clm No: 100185 Clm. Amt:**

*100 W College Dr, Ste 200*
*Marshall, MN 56258*
**Date Filed:** 12/19/2024
**Claim Face Value:**

## Ralco Nutrition Inc
**Case(s): 337 Clm No: 1294 Clm. Amt: $7,618.14**

*Attn: Benjamin Blomme*
*100 W College Dr, Ste 200*
*Marshall, MN 56258*
**Date Filed:** 11/20/2024
**Claim Face Value:** $7,618.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $1,103.88 | | $0.00 |
| 337 | UNS | | | $6,514.26 | | $6,514.26 |
| | | | | $7,618.14 | | $6,514.26 |

## Ralph Friedland & Bros.
**Case(s): 337 Clm No: 1132 Clm. Amt: $22,582.42**

*17 Industrial Dr*
*Cliffwood Beach, NJ 07735*
**Date Filed:** 11/15/2024
**Claim Face Value:** $22,582.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $22,582.42 | | |
| | | | | $22,582.42 | | |

## Randa Accessories Leather Goods
**Case(s): 337 Clm No: 1366 Clm. Amt: $1,384.93**

*c/o Randa Accessories*
*Attn: Cindy Buelow*
*5600 N River Rd, Ste 500*
*Rosemont, IL 60018*
**Date Filed:** 11/21/2024
**Claim Face Value:** $1,384.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,384.93 | | |
| | | | | $1,384.93 | | |

## Randall Manufacturing Co., Inc
**Case(s): 337 Clm No: 2702 Clm. Amt: $13,854.60**

*Attn: Kurtis Tinfow*
*200 Sylvan Ave*
*Newark , NJ 07104*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $13,854.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,854.60 | | |
| | | | | $13,854.60 | | |

### Range Kleen MFG Inc
### Case(s): 337 Clm No: 194 Clm. Amt: $55,762.54

4240 East Rd
Lima, OH 45807
**Date Filed:** 10/18/2024
**Claim Face Value:** $55,762.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $55,762.54 | | |
| | | | | $55,762.54 | | |

### Rankam (China) Manufacturing Company Limited
### Case(s): 337 Clm No: 415 Clm. Amt: $58,556.00

Attn: Alan Wong
18 Fl, New Lee Wah Ctr, 88 Tokwawan Rd
Hong Kong, 00000
China
**Date Filed:** 10/22/2024
**Claim Face Value:** $58,556.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $58,556.00 | | |
| | | | | $58,556.00 | | |

### Rapid Deployable Systems, LLC
### Case(s): 337 Clm No: 322 Clm. Amt: $24,532.65

Attn: Priscilla Hagwood
625 Conklin Rd
Binghamton, NY 13903
**Date Filed:** 10/21/2024
**Claim Face Value:** $24,532.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,532.65 | | |
| | | | | $24,532.65 | | |

### Rapid Medical INC
### Case(s): 337 Clm No: 2864 Clm. Amt: $17,320.00

445 S Kimball Ave, Ste 140
Southlake, TX 76092
**Date Filed:** 2/4/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $17,320.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,320.00 | | |
| | | | | $17,320.00 | | |

### Ravago Chemicals North America
### Case(s): 337 Clm No: 1408 Clm. Amt: $16,766.65

Attn: Carlos Riveria
1900 Summit Tower Blvd, Unit 900
Orlando, FL 32810
**Date Filed:** 11/22/2024
**Claim Face Value:** $16,766.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,766.65 | | |
| | | | | $16,766.65 | | |

### Raymond Handling Concepts Corporation
### Case(s): 337 Clm No: 2354 Clm. Amt: $6,826.61

c/o Swanson Martin & Bell, LLP
Attn: Charles S Stahl, Jr
2525 Cabot Dr, Ste 204
Lisle, IL 60532
**Date Filed:** 12/5/2024
**Claim Face Value:** $6,826.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,826.61 | | |
| | | | | $6,826.61 | | |

### Raymond West Intralogistics Solutions
### Case(s): 337 Clm No: 100237 Clm. Amt: $6,826.61

*c/o Swanson, Martin & Bell, LLP*
*Attn: Charles S Stahl Jr*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 12/20/2024
**Claim Face Value:** $6,826.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $6,826.61 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,566.25 |
| | | | | $6,826.61 | | $3,566.25 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

### Raymond West Intralogistics Solutions
### Case(s): 337 Clm No: 100238 Clm. Amt: $6,826.61

*c/o Swanson, Martin & Bell, LLP*
*Attn: Charles S Stahl Jr*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 12/20/2024
**Claim Face Value:** $6,826.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Disallowed | | $6,826.61 | Y | $0.00 |
| | | | | $6,826.61 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

### RAZ Imports, Inc.
### Case(s): 337 Clm No: 690 Clm. Amt: $2,665.08

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,665.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $2,665.08 | | |
| | | | | $2,665.08 | | |

### RAZ Imports, Inc.
### Case(s): 337 Clm No: 691 Clm. Amt: $17,755.31

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $17,755.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $17,755.31 | | |
| | | | | $17,755.31 | | |

### RAZ Imports, Inc.
### Case(s): 337 Clm No: 692 Clm. Amt: $147.58

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $147.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $147.58 | | |
| | | | | $147.58 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 693 Clm. Amt: $2,204.34**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,204.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,204.34 | | |
| | | | | $2,204.34 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 694 Clm. Amt: $2,936.31**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,936.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,936.31 | | |
| | | | | $2,936.31 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 695 Clm. Amt: $5,478.63**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,478.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,478.63 | | |
| | | | | $5,478.63 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 706 Clm. Amt: $6,797.96**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $6,797.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $6,797.96 | | |
| | | | | $6,797.96 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 707 Clm. Amt: $5,197.54**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,197.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,197.54 | | |
| | | | | $5,197.54 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 708 Clm. Amt: $4,940.51**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $4,940.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $4,940.51 | | |
| | | | | $4,940.51 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 709 Clm. Amt: $5,089.96**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,089.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,089.96 | | |
| | | | | $5,089.96 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 710 Clm. Amt: $651.64**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $651.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $651.64 | | |
| | | | | $651.64 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 711 Clm. Amt: $11,287.34**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $11,287.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,287.34 | | |
| | | | | $11,287.34 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 712 Clm. Amt: $6,918.80**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $6,918.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,918.80 | | |
| | | | | $6,918.80 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 713 Clm. Amt: $5,729.21**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,729.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,729.21 | | |
| | | | | $5,729.21 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 714 Clm. Amt: $6,092.41**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $6,092.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,092.41 | | |
| | | | | $6,092.41 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 715 Clm. Amt: $5,757.58**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,757.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,757.58 | | |
| | | | | $5,757.58 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 696 Clm. Amt: $11,049.18**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $11,049.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,049.18 | | |
| | | | | $11,049.18 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 697 Clm. Amt: $4,271.44**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $4,271.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,271.44 | | |
| | | | | $4,271.44 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 698 Clm. Amt: $3,741.18**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,741.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,741.18 | | |
| | | | | $3,741.18 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 699 Clm. Amt: $6,704.88**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $6,704.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,704.88 | | |
| | | | | $6,704.88 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 700 Clm. Amt: $22,309.03**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $22,309.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,309.03 | | |
| | | | | $22,309.03 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 701 Clm. Amt: $5,802.03**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,802.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,802.03 | | |
| | | | | $5,802.03 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 702 Clm. Amt: $2,834.85**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,834.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,834.85 | | |
| | | | | $2,834.85 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 703 Clm. Amt: $8,399.41**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $8,399.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $8,399.41 | | |
| | | | | $8,399.41 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 704 Clm. Amt: $7,751.06**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $7,751.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $7,751.06 | | |
| | | | | $7,751.06 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 705 Clm. Amt: $16,875.74**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $16,875.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $16,875.74 | | |
| | | | | $16,875.74 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 726 Clm. Amt: $1,160.03**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,160.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,160.03 | | |
| | | | | $1,160.03 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 727 Clm. Amt: $17,315.08**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $17,315.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,315.08 | | |
| | | | | $17,315.08 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 728 Clm. Amt: $4,395.16**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $4,395.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,395.16 | | |
| | | | | $4,395.16 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 729 Clm. Amt: $12,626.56**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $12,626.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,626.56 | | |
| | | | | $12,626.56 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 730 Clm. Amt: $3,721.13**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,721.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,721.13 | | |
| | | | | $3,721.13 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 731 Clm. Amt: $5,850.51**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,850.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,850.51 | | |
| | | | | $5,850.51 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 732 Clm. Amt: $5,615.38**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,615.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,615.38 | | |
| | | | | $5,615.38 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 733 Clm. Amt: $3,323.69**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,323.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $3,323.69 | | |
| | | | | $3,323.69 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 734 Clm. Amt: $4,600.29**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $4,600.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $4,600.29 | | |
| | | | | $4,600.29 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 716 Clm. Amt: $4,582.60**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $4,582.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $4,582.60 | | |
| | | | | $4,582.60 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 717 Clm. Amt: $4,990.59**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $4,990.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $4,990.59 | | |
| | | | | $4,990.59 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 718 Clm. Amt: $1,236.66**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,236.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,236.66 | | |
| | | | | $1,236.66 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 719 Clm. Amt: $1,109.26**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,109.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,109.26 | | |
| | | | | $1,109.26 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 720 Clm. Amt: $12,707.31**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $12,707.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,707.31 | | |
| | | | | $12,707.31 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 721 Clm. Amt: $14,628.45**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $14,628.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $14,628.45 | | |
| | | | | $14,628.45 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 722 Clm. Amt: $2,250.73**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,250.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,250.73 | | |
| | | | | $2,250.73 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 723 Clm. Amt: $547.99**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $547.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $547.99 | | |
| | | | | $547.99 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 724 Clm. Amt: $5,016.64**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,016.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,016.64 | | |
| | | | | $5,016.64 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 725 Clm. Amt: $2,267.86**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,267.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,267.86 | | |
| | | | | $2,267.86 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 822 Clm. Amt: $1,862.33**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $1,862.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $1,862.33 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,862.33 |
| | | | | $1,862.33 | | $1,862.33 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 823 Clm. Amt: $1,023.89**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $1,023.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $1,023.89 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,023.89 |
| | | | | $1,023.89 | | $1,023.89 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 824 Clm. Amt: $597.31**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $597.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $597.31 | | $0.00 |
| 337 | UNS | Allowed | | | | $597.31 |
| | | | | $597.31 | | $597.31 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 825 Clm. Amt: $3,618.06**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $3,618.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $3,618.06 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,618.06 |
| | | | | $3,618.06 | | $3,618.06 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 826 Clm. Amt: $1,703.53**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $1,703.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $1,703.53 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,703.53 |
| | | | | $1,703.53 | | $1,703.53 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 827 Clm. Amt: $372.04**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $372.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $372.04 | | $0.00 |
| 337 | UNS | Allowed | | | | $372.04 |
| | | | | $372.04 | | $372.04 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 828 Clm. Amt: $1,310.43**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $1,310.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $1,310.43 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,310.43 |
| | | | | $1,310.43 | | $1,310.43 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 830 Clm. Amt: $643.67**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $643.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $643.67 | | $0.00 |
| 337 | UNS | Allowed | | | | $643.67 |
| | | | | $643.67 | | $643.67 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 831 Clm. Amt: $3,635.95**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $3,635.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $3,635.95 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,635.95 |
| | | | | $3,635.95 | | $3,635.95 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 832 Clm. Amt: $2,455.88**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $2,455.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $2,455.88 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,455.88 |
| | | | | $2,455.88 | | $2,455.88 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 744 Clm. Amt: $1,844.19**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,844.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,844.19 | | |
| | | | | $1,844.19 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 745 Clm. Amt: $3,427.74**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,427.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,427.74 | | |
| | | | | $3,427.74 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 746 Clm. Amt: $3,570.10**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,570.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,570.10 | | |
| | | | | $3,570.10 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 747 Clm. Amt: $3,119.08**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,119.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,119.08 | | |
| | | | | $3,119.08 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 748 Clm. Amt: $2,474.55**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,474.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,474.55 | | |
| | | | | $2,474.55 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 749 Clm. Amt: $2,021.58**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,021.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,021.58 | | |
| | | | | $2,021.58 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 750 Clm. Amt: $2,302.50**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,302.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,302.50 | | |
| | | | | $2,302.50 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 751 Clm. Amt: $6,876.84**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $6,876.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $6,876.84 | | |
| | | | | $6,876.84 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 752 Clm. Amt: $1,558.79**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,558.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,558.79 | | |
| | | | | $1,558.79 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 753 Clm. Amt: $2,387.66**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,387.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,387.66 | | |
| | | | | $2,387.66 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 735 Clm. Amt: $2,796.69**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,796.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,796.69 | | |
| | | | | $2,796.69 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 741 Clm. Amt: $5,613.16**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,613.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,613.16 | | |
| | | | | $5,613.16 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 738 Clm. Amt: $2,988.21**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,988.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,988.21 | | |
| | | | | $2,988.21 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 739 Clm. Amt: $5,163.91**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $5,163.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,163.91 | | |
| | | | | $5,163.91 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 743 Clm. Amt: $3,870.49**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,870.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,870.49 | | |
| | | | | $3,870.49 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 761 Clm. Amt: $280.88**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $280.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $280.88 | | |
| | | | | $280.88 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 754 Clm. Amt: $535.13**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $535.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $535.13 | | |
| | | | | $535.13 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 755 Clm. Amt: $2,160.01**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,160.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,160.01 | | |
| | | | | $2,160.01 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 756 Clm. Amt: $1,627.01**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,627.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,627.01 | | |
| | | | | $1,627.01 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 757 Clm. Amt: $3,858.69**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,858.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,858.69 | | |
| | | | | $3,858.69 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 758 Clm. Amt: $3,447.11**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,447.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,447.11 | | |
| | | | | $3,447.11 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 759 Clm. Amt: $1,246.28**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,246.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,246.28 | | |
| | | | | $1,246.28 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 784 Clm. Amt: $3,233.83**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $3,233.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $3,233.83 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,233.83 |
| | | | | $3,233.83 | | $3,233.83 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 785 Clm. Amt: $1,000.58**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,000.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1,000.58 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,000.58 |
| | | | | $1,000.58 | | $1,000.58 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 786 Clm. Amt: $2,971.48**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,971.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $2,971.48 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,971.48 |
| | | | | $2,971.48 | | $2,971.48 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 763 Clm. Amt: $1,238.54**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,238.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,238.54 | | |
| | | | | $1,238.54 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 771 Clm. Amt: $327.45**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $327.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $327.45 | | |
| | | | | $327.45 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 772 Clm. Amt: $4,428.45**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $4,428.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $4,428.45 | | |
| | | | | $4,428.45 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 764 Clm. Amt: $2,437.30**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,437.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $2,437.30 | | |
| | | | | $2,437.30 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 765 Clm. Amt: $570.96**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $570.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $570.96 | | |
| | | | | $570.96 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 766 Clm. Amt: $730.08**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $730.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $730.08 | | |
| | | | | $730.08 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 767 Clm. Amt: $324.03**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $324.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $324.03 | | |
| | | | | $324.03 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 768 Clm. Amt: $2,053.50**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $2,053.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,053.50 | | |
| | | | | $2,053.50 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 769 Clm. Amt: $256.69**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $256.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $256.69 | | |
| | | | | $256.69 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 774 Clm. Amt: $1,833.14**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,833.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,833.14 | | |
| | | | | $1,833.14 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 775 Clm. Amt: $1,033.50**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,033.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,033.50 | | |
| | | | | $1,033.50 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 776 Clm. Amt: $388.57**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $388.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $388.57 | | |
| | | | | $388.57 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 777 Clm. Amt: $561.04**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $561.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $561.04 | | |
| | | | | $561.04 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 778 Clm. Amt: $310.48**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $310.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $310.48 | | |
| | | | | $310.48 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 779 Clm. Amt: $552.53**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $552.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $552.53 | | |
| | | | | $552.53 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 780 Clm. Amt: $4,963.39**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $4,963.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $4,963.39 | | |
| | | | | $4,963.39 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 781 Clm. Amt: $1,609.42**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,609.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $1,609.42 | | |
| | | | | $1,609.42 | | |

**RAZ Imports, Inc.**
**Case(s): 337 Clm No: 782 Clm. Amt: $1,105.23**

*1020 Eden Rd*
*Arlington, TX 76001*
**Date Filed:** 11/1/2024
**Claim Face Value:** $1,105.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $1,105.23 | | |
| | | | | $1,105.23 | | |

## RB Operating, LLC
**Case(s): 337 Clm No: 2444 Clm. Amt: $6,000.29**

*5284 E FM 552*
*Royse City, TX 75189*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,000.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,000.29 | | |
| | | | | $6,000.29 | | |

## Ready America
**Case(s): 337 Clm No: 1340 Clm. Amt: $6,689.28**

*Attn: Veronica Marois*
*1399 Specialty Dr*
*Vista, CA 92081*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,689.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,689.28 | | |
| | | | | $6,689.28 | | |

## Ready Seal, Inc.
**Case(s): 337 Clm No: 1244 Clm. Amt: $148,472.03**

*1440 S State Hwy 121, Ste 3*
*Lewisville, TX 75067*
**Date Filed:** 11/19/2024
**Claim Face Value:** $148,472.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $148,472.03 | | |
| | | | | $148,472.03 | | |

## Real Soda Midwest, Inc.
**Case(s): 337 Clm No: 882 Clm. Amt: $11,790.52**

*Attn: Anne Y Tucker*
*3110 Kayjay Dr*
*Northbrook, IL 60062*
**Date Filed:** 11/6/2024
**Claim Face Value:** $11,790.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,790.52 | | |
| | | | | $11,790.52 | | |

## Real Wood Products Co.
**Case(s): 337 Clm No: 2073 Clm. Amt: $66,962.74**

*90 Foch St*
*Eugene, OR 97402*
**Date Filed:** 12/2/2024
**Claim Face Value:** $66,962.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $66,962.74 | | |
| | | | | $66,962.74 | | |

## Rebull Int'l Corp
**Case(s): 337 Clm No: 566 Clm. Amt: $48,783.55**

*12736 SW 133rd St*
*Miami, FL 33186*
**Date Filed:** 10/27/2024
**Claim Face Value:** $48,783.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $48,783.55 | | |
| | | | | $48,783.55 | | |

## Rectorseal
**Case(s): 337 Clm No: 955 Clm. Amt: $172,118.26**

*2601 Spenwick Dr*
*Houston, TX 77055*
**Date Filed:** 11/11/2024
**Claim Face Value:** $172,118.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $172,118.26 | | |
| | | | | $172,118.26 | | |

## Red Bull North America, Inc.
**Case(s): 337 Clm No: 1310 Clm. Amt: $175,998.53**

*Attn: George Arreola*
*1630 Stewart St*
*Santa Monica, CA 90404*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $175,998.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $175,998.53 | | |
| | | | | $175,998.53 | | |

## Red Devil Equipment Co
**Case(s): 337 Clm No: 2983 Clm. Amt: $269.10**

*c/o Radiq*
*Attn: Mike Yelich*
*14700 21st Ave N*
*Plymouth, MN 55447*
**Date Filed:** 4/29/2025
**Claim Face Value:** $269.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $269.10 | | |
| | | | | $269.10 | | |

## Red Devil, Inc
**Case(s): 337 Clm No: 100315 Clm. Amt: $58,700.20**

*4175 Webb St*
*Pryor, OK 74361*
**Date Filed:** 12/23/2024
**Claim Face Value:** $58,700.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $58,700.20 | | $0.00 |
| | | | | $58,700.20 | | $0.00 |

## Red Devil, Inc
**Case(s): 337 Clm No: 1994 Clm. Amt: $207,568.72**

*4175 Webb St*
*Pryor, OK 74136*
**Date Filed:** 11/29/2024
**Claim Face Value:** $207,568.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $46,137.81 | | $0.00 |
| 337 | UNS | Satisfied | | $161,430.91 | | $0.00 |
| | | | | $207,568.72 | | $0.00 |

## Red Line Towing, Inc
**Case(s): 337 Clm No: 342 Clm. Amt: $119,499.94**

*347 Main St*
*Dickson City, PA 18519*
**Date Filed:** 10/22/2024
**Claim Face Value:** $119,499.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $119,499.94 | | |
| | | | | $119,499.94 | | |

## Red-White Valve Corp
**Case(s): 337 Clm No: 57 Clm. Amt: $40,256.80**

*20600 Regency Ln*
*Lake Forest, CA 92630*
**Date Filed:** 10/15/2024
**Claim Face Value:** $40,256.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $40,256.80 | | |
| | | | | $40,256.80 | | |

## Redi-Gro Corporation
**Case(s): 337 Clm No: 1273 Clm. Amt: $4,153.21**

*8909 Elder Creek Rd*
*Sacramento, CA 95828*
**Date Filed:** 11/19/2024
**Claim Face Value:** $4,153.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,153.21 | | |
| | | | | $4,153.21 | | |

## Reeco Rental & Supply, Inc
**Case(s): 337 Clm No: 1962 Clm. Amt: $9,300.00**

*1762 Canal Blvd*
*Thibodaux, LA 70301*
**Date Filed:** 11/27/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $9,300.00 | | |
| | | | | $9,300.00 | | |

## Reelcraft Industries, Inc.
**Case(s): 337 Clm No: 2059 Clm. Amt: $10,376.14**

*Attn: Colin Michael Gallagher*
*2842 E Business Hwy 30*
*Columbia City, IN 46725*
**Date Filed:** 12/3/2024
**Claim Face Value:** $10,376.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $3,005.67 | | $0.00 |
| 337 | UNS | | | $7,370.47 | | |
| | | | | $10,376.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Reflectix, Inc.**
**Case(s): 337 Clm No: 1250 Clm. Amt: $69,255.58**

P.O. Box 108
1 School St
Markleville, IN 46056
**Date Filed:** 11/19/2024
**Claim Face Value:** $69,255.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $69,255.58 | | |
| | | | | $69,255.58 | | |

**Reflectix, Inc.**
**Case(s): 337 Clm No: 2641 Clm. Amt: $15,599.02**

P.O. Box 108
1 School St
Markleville, IN 46056
**Date Filed:** 12/20/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $15,599.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $15,599.02 | | $0.00 |
| | | | | $15,599.02 | | $0.00 |

**Regent Products Corp**
**Case(s): 337 Clm No: 1395 Clm. Amt: $72,047.58**

8999 Palmer St
River Grove, IL 60171
**Date Filed:** 11/21/2024
**Claim Face Value:** $72,047.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $4,575.12 | | $0.00 |
| 337 | UNS | | | $67,472.46 | | $67,472.46 |
| | | | | $72,047.58 | | $67,472.46 |

**Region Welding Of Missouri**
**Case(s): 337 Clm No: 605 Clm. Amt: $11,384.00**

4 Truman Ct
Union, MO 63084
**Date Filed:** 10/29/2024
**Claim Face Value:** $11,384.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $11,384.00 | | |
| | | | | $11,384.00 | | |

**Region Welding Of Missouri**
**Case(s): 337 Clm No: 602 Clm. Amt: $596.00**

4 Truman Ct
Union, MO 63084
**Date Filed:** 10/29/2024
**Claim Face Value:** $596.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $596.00 | | |
| | | | | $596.00 | | |

## Region Welding Of Missouri
**Case(s): 337 Clm No: 603 Clm. Amt: $7,753.00**

*4 Truman Ct*
*Union, MO 63084*
**Date Filed:** 10/29/2024
**Claim Face Value:** $7,753.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $7,753.00 | | |
| | | | | $7,753.00 | | |

## Reliable Knitting Works
**Case(s): 337 Clm No: 2092 Clm. Amt: $62,235.58**

*Attn: Scott Fulton*
*6737 W Washington St, Unit 3200*
*W Allis, WI 53214*
**Date Filed:** 12/3/2024
**Claim Face Value:** $62,235.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $62,235.58 | | |
| | | | | $62,235.58 | | |

## Reliance Worldwide Corporation
**Case(s): 337 Clm No: 117 Clm. Amt: $1,359,052.10**

*2300 Defoor Hills Rd NW*
*Atlanta, GA 30318*
**Date Filed:** 10/16/2024
**Claim Face Value:** $1,359,052.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,359,052.10 | | |
| | | | | $1,359,052.10 | | |

## Remco Industries
**Case(s): 337 Clm No: 2456 Clm. Amt: $19,453.76**

*Attn: Annie Eidem*
*10425 Wildlife Loop SE*
*Osakis, MN 56360*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $19,453.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $19,453.76 | | |
| | | | | $19,453.76 | | |

## Remcoda Express, LLC
**Case(s): 342 Clm No: 5 Clm. Amt: $19,000.00**

*14748 Nelson Ave, Units D & E*
*City of Industry, CA 91744*
**Date Filed:** 11/4/2024
**Claim Face Value:** $19,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 342 | UNS | | | $19,000.00 | | |
| | | | | $19,000.00 | | |

## Renee's Garden, Inc.
**Case(s): 337 Clm No: 2110 Clm. Amt: $36,409.27**

*c/o Wadsworth Garber Warner Conrardy, PC*
*Attn: Aaron Garber*
*2580 W Main St, Ste 200*
*Littleton, CO 80211*
**Date Filed:** 12/3/2024
**Claim Face Value:** $36,409.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $36,409.27 | | |
| | | | | $36,409.27 | | |

## Renin US LLC
**Case(s): 337 Clm No: 2819 Clm. Amt: $8,430.90**

Attn: Aura Plett
1141 Ryder St
Tupelo, MS 38804
**Date Filed:** 1/19/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,430.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $8,430.90 | | $0.00 |
| 337 | UNS | Allowed | | | | $1,205.74 |
| | | | | $8,430.90 | | $1,205.74 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Rep Associates Inc
**Case(s): 337 Clm No: 176 Clm. Amt: $15,799.30**

c/o Nifty Packaging Products
P.O. Box 161
Marlboro, NJ 07746
**Date Filed:** 10/17/2024
**Claim Face Value:** $15,799.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,799.30 | | |
| | | | | $15,799.30 | | |

## Retail Acquisition & Development, Inc.
**Case(s): 337 Clm No: 1004 Clm. Amt: $84,378.41**

4301 121st St
Urbandale, IA 50323
**Date Filed:** 11/12/2024
**Claim Face Value:** $84,378.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $84,378.41 | | |
| | | | | $84,378.41 | | |

## Retail First Inc
**Case(s): 337 Clm No: 100423 Clm. Amt: $42,773.18**

2760 Spectrum Dr
Elgin, IL 60124
**Date Filed:** 5/13/2025
**Claim Face Value:** $42,773.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $42,773.18 | | $0.00 |
| 337 | UNS | Allowed | | | | $42,773.18 |
| | | | | $42,773.18 | | $42,773.18 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Retail First Inc.
**Case(s): 337 Clm No: 2885 Clm. Amt: $43,200.58**

*2760 Spectrum Dr*
*Elgin, IL 60124*
**Date Filed:** 2/17/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $43,200.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $43,200.58 | | |
| | | | | $43,200.58 | | |

## Revelli Chemicals Inc
**Case(s): 337 Clm No: 373 Clm. Amt: $55,838.15**

*35 Mason St*
*Greenwich, CT 06830*
**Date Filed:** 10/22/2024
**Claim Face Value:** $55,838.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $55,838.15 | | |
| | | | | $55,838.15 | | |

## Revelyst Sales LLC
**Case(s): 337 Clm No: 2202 Clm. Amt: $89,680.22**

*c/o Legal Dept*
*Attn: Cindy Arvanites*
*1 Vista Way*
*Anoka, MN 55303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $89,680.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $89,680.22 | | |
| | | | | $89,680.22 | | |

## Revere Electric Supply Co
**Case(s): 337 Clm No: 267 Clm. Amt:**

*8807 187th St*
*Mokena, IL 60448*
**Date Filed:** 10/21/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Rexius Forest by Products Inc
**Case(s): 337 Clm No: 1752 Clm. Amt: $62,160.72**

*P.O. Box 22838*
*Eugene, OR 97402*
**Date Filed:** 11/25/2024
**Claim Face Value:** $62,160.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $62,160.72 | | |
| | | | | $62,160.72 | | |

## Rexius Forest By Products Inc
### Case(s): 337 Clm No: 100023 Clm. Amt: $62,160.72

*P.O. Box 22838*
*Eugene, OR 97402*
**Date Filed:** 12/5/2024
**Claim Face Value:** $62,160.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $62,160.72 | | $0.00 |
| 337 | UNS | Allowed | | | | $62,160.72 |
| | | | | $62,160.72 | | $62,160.72 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Reynolds Consumer Products
### Case(s): 337 Clm No: 2375 Clm. Amt: $316,978.64

*Attn: Craig Stargardt*
*1900 W Field Ct*
*Lake Forest, IL 60045*
**Date Filed:** 12/5/2024
**Claim Face Value:** $316,978.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $316,978.64 | | |
| | | | | $316,978.64 | | |

## RH Brands, Inc
### Case(s): 337 Clm No: 673 Clm. Amt: $12,850.20

*2728 6th Ave*
*Des Moines, IA 50313*
**Date Filed:** 10/30/2024
**Claim Face Value:** $12,850.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,850.20 | | |
| | | | | $12,850.20 | | |

## RH Brands, Inc.
### Case(s): 337 Clm No: 100101 Clm. Amt: $2,017.08

*2728 6th Ave*
*Des Moines, IA 50313*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,017.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $2,017.08 | | $0.00 |
| | | | | $2,017.08 | | $0.00 |

## RH Brands, Inc.
### Case(s): 337 Clm No: 100102 Clm. Amt: $2,011.50

*2728 6th Ave*
*Des Moines, IA 50313*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,011.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $2,011.50 | | $0.00 |
| | | | | $2,011.50 | | $0.00 |

## RH Brands, Inc.
### Case(s): 337 Clm No: 100103 Clm. Amt: $2,042.82

*2728 6th Ave*
*Des Moines, IA 50313*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,042.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $2,042.82 | | $0.00 |
| | | | | $2,042.82 | | $0.00 |

## RH Brands, Inc.
### Case(s): 337 Clm No: 100104 Clm. Amt: $2,201.94

*2728 6th Ave*
*Des Moines, IA 50313*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,201.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $2,201.94 | | $0.00 |
| | | | | $2,201.94 | | $0.00 |

## RH Brands, Inc.
### Case(s): 337 Clm No: 100099 Clm. Amt: $2,574.36

*2728 6th Ave*
*Des Moines, IA 50313*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,574.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $2,574.36 | | $0.00 |
| | | | | $2,574.36 | | $0.00 |

## RH Brands, Inc.
### Case(s): 337 Clm No: 100100 Clm. Amt: $2,002.50

*2728 6th Ave*
*Des Moines, IA 50313*
**Date Filed:** 12/11/2024
**Claim Face Value:** $2,002.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $2,002.50 | | $0.00 |
| | | | | $2,002.50 | | $0.00 |

## Rhino Environmental, LLC
### Case(s): 337 Clm No: 100056 Clm. Amt: $37,641.10

*19 Johnston Cir*
*Palmetto, GA 30268*
**Date Filed:** 12/9/2024
**Claim Face Value:** $37,641.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $37,641.10 | | $0.00 |
| | | | | $37,641.10 | | $0.00 |

### Rhino Environmental, LLC
**Case(s): 337 Clm No: 100057 Clm. Amt: $37,641.10**

*19 Johnston Cir*
*Palmetto, GA 30268*
**Date Filed:** 12/9/2024
**Claim Face Value:** $37,641.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $37,641.10 | Y | $0.00 |
| | | | | $37,641.10 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

### Rhino Seed and Landscape Supply LLC
**Case(s): 337 Clm No: 1091 Clm. Amt: $76,280.68**

*850 N Old US Hwy 23*
*Brighton, MI 48114*
**Date Filed:** 11/14/2024
**Claim Face Value:** $76,280.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $76,280.68 | | |
| | | | | $76,280.68 | | |

### Rhino Tool Company
**Case(s): 337 Clm No: 2457 Clm. Amt: $10,875.75**

*1134 W South St*
*Kewanee, IL 61443*
**Date Filed:** 12/11/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $10,875.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $10,875.75 | | $0.00 |
| | | | | $10,875.75 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

### Rhode Island Division of Taxation
**Case(s): 337 Clm No: 2959 Clm. Amt: $3,830.95**

*1 Capitol Hill*
*Providence, RI 02908*
**Date Filed:** 4/4/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $3,830.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | PRI | Satisfied | | $3,444.95 | | $0.00 |
| 337 | UNS | | | $386.00 | | $386.00 |
| | | | | $3,830.95 | | $386.00 |

**Rhode Island Division of Taxation**
**Case(s): 342 Clm No: 36 Clm. Amt: $4,815.79**

*1 Capitol Hill*
*Providence, RI 02908*
**Date Filed:** 4/4/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $4,815.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 342 | PRI | Withdrawn | | $4,294.29 | | $0.00 |
| 342 | UNS | Withdrawn | | $521.50 | | $0.00 |
| | | | | $4,815.79 | | $0.00 |

**Rhode Island Division of Taxation**
**Case(s): 344 Clm No: 22 Clm. Amt: $3,678.77**

*1 Capitol Hill*
*Providence, RI 02908*
**Date Filed:** 4/4/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $3,678.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 344 | PRI | Satisfied | | $3,282.27 | | $0.00 |
| 344 | UNS | | | $396.50 | | $396.50 |
| | | | | $3,678.77 | | $396.50 |

**Rhode Island Division of Taxation**
**Case(s): 337 Clm No: 2968 Clm. Amt: $18,577.03**

*1 Capitol Hill*
*Providence, RI 02908*
**Date Filed:** 4/10/2025
**Claim Face Value:** $18,577.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | PRI | Withdrawn | | $17,195.34 | | $0.00 |
| 337 | UNS | Withdrawn | | $1,381.69 | | $0.00 |
| | | | | $18,577.03 | | $0.00 |

**Rice Lake Weighing Systems**
**Case(s): 337 Clm No: 100375 Clm. Amt: $9,009.60**

*dba Intruder, Inc*
*230 W Coleman St*
*Rice Lake, WI 54868*
**Date Filed:** 1/22/2025
**Claim Face Value:** $9,009.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $9,009.60 | | $0.00 |
| | | | | $9,009.60 | | $0.00 |

**Rice Lake Weighing Systems, Inc dba Intruder, Inc**
**Case(s): 337 Clm No: 503 Clm. Amt: $19,216.08**

*230 W Coleman St*
*Rice Lake, WI 54868*
**Date Filed:** 10/24/2024
**Claim Face Value:** $19,216.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $1,719.12 | | $0.00 |
| 337 | UNS | | | $17,496.96 | | $17,496.96 |
| | | | | $19,216.08 | | $17,496.96 |

**Richardson Seating Corporation**
**Case(s): 337 Clm No: 1501 Clm. Amt: $7,819.00**

*2545 W Arthington St*
*Chicago, IL 60612*
**Date Filed:** 11/22/2024
**Claim Face Value:** $7,819.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $7,819.00 | | |
| | | | | $7,819.00 | | |

**Richelieu America Ltd**
**Case(s): 337 Clm No: 478 Clm. Amt: $843,301.81**

*237 N River Rd, Ste 2*
*Mt Clemens, MI 48043*
**Date Filed:** 10/23/2024
**Amended By Clm #:** 2350
**Claim Face Value:** $843,301.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $843,301.81 | | |
| | | | | $843,301.81 | | |

**Richelieu America Ltd**
**Case(s): 337 Clm No: 496 Clm. Amt: $843,301.81**

*237 N River Rd, Ste 2*
*Mt Clemens, MI 48043*
**Date Filed:** 10/23/2024
**Claim Face Value:** $843,301.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $843,301.81 | | |
| | | | | $843,301.81 | | |

**Richelieu America Ltd**
**Case(s): 337 Clm No: 100391 Clm. Amt: $142,571.14**

*237 N River Rd*
*Mt Clemens, MI 48043*
**Date Filed:** 2/5/2025
**Claim Face Value:** $142,571.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $142,571.14 | | $0.00 |
| | | | | $142,571.14 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

**Richelieu America Ltd**
**Case(s): 337 Clm No: 100387 Clm. Amt: $142,571.14**

*237 N River Rd*
*Mt Clemens, MI 48043*
**Date Filed:** 1/31/2025
**Claim Face Value:** $142,571.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $142,571.14 | | $0.00 |
| | | | | $142,571.14 | | $0.00 |

## Richelieu America Ltd
**Case(s): 337 Clm No: 100388 Clm. Amt: $142,571.14**

*237 N River Rd*
*Mt Clemens, MI 48043*
**Date Filed:** 1/31/2025
**Claim Face Value:** $142,571.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $142,571.14 | | $0.00 |
| | | | | $142,571.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Richelieu America Ltd
**Case(s): 337 Clm No: 2350 Clm. Amt: $1,574,580.81**

*237 N River Rd, Ste 2*
*Mt Clemens, MI 48043*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 10/23/2024
**Amending Clm #:** 478
**Claim Face Value:** $1,574,580.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,574,580.81 | | |
| | | | | $1,574,580.81 | | |

## Richfield Window Coverings, LLC
**Case(s): 337 Clm No: 564 Clm. Amt: $54,316.36**

*28 Centerpointe Dr*
*La Palma, CA 90623*
**Date Filed:** 10/28/2024
**Claim Face Value:** $54,316.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $54,316.36 | | |
| | | | | $54,316.36 | | |

## Rico Industries Inc
**Case(s): 337 Clm No: 1896 Clm. Amt: $984.40**

*8030 Solutions Ctr*
*Chicago, IL 60677*
**Date Filed:** 11/27/2024
**Claim Face Value:** $984.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $984.40 | | |
| | | | | $984.40 | | |

**Ricoh USA, Inc.**
**Case(s): 337 Clm No: 100260 Clm. Amt: $16,540.73**

*3920 Arkwright Rd, Ste 400*
*Macon, GA 31210*
**Date Filed:** 12/20/2024
**Claim Face Value:** $16,540.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $16,540.73 | | $0.00 |
| 337 | UNS | Allowed | | | | $10,956.04 |
| | | | | $16,540.73 | | $10,956.04 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Ricoh USA, Inc.**
**Case(s): 337 Clm No: 100261 Clm. Amt: $16,540.73**

*3920 Arkwright Rd, Ste 400*
*Macon, GA 31210*
**Date Filed:** 12/20/2024
**Claim Face Value:** $16,540.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $16,540.73 | Y | $0.00 |
| | | | | $16,540.73 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Ridley USA Inc**
**Case(s): 337 Clm No: 5 Clm. Amt: $74,432.04**

*Attn: Keith Warner*
*111 W Cherry St, Ste 500*
*Mankato, MN 56001*
**Date Filed:** 10/15/2024
**Claim Face Value:** $74,432.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $74,432.04 | | |
| | | | | $74,432.04 | | |

**Ridley USA Inc**
**Case(s): 337 Clm No: 2572 Clm. Amt: $27,876.35**

*111 W Cherry St, Ste 500*
*Mankato, MN 56001*
**Date Filed:** 12/18/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $27,876.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $27,876.35 | | $0.00 |
| | | | | $27,876.35 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Rieke LLC
### Case(s): 337 Clm No: 1611 Clm. Amt: $4,253.01

*Attn: Pardip Mann*
*38505 Woodward Ave, Ste 200*
*Bloomfield Hills, MI 48304*
**Date Filed:** 11/25/2024
**Claim Face Value:** $4,253.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,253.01 | | |
| | | | | $4,253.01 | | |

## Ritchie J Sanders
### Case(s): 337 Clm No: 3030 Clm. Amt: $32,332.08

*Address Redacted*
**Date Filed:** 6/6/2025
**Claim Face Value:** $32,332.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $32,332.08 | | |
| | | | | $32,332.08 | | |

## Riverbend Nursery LLC
### Case(s): 337 Clm No: 1260 Clm. Amt: $5,296.15

*1295 Mt Elbert Rd NW*
*Riner, VA 24149*
**Date Filed:** 11/19/2024
**Claim Face Value:** $5,296.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,296.15 | | |
| | | | | $5,296.15 | | |

## RJ Schinner Co, Inc
### Case(s): 337 Clm No: 1142 Clm. Amt: $77,097.87

*Attn: Jennifer Mehalko*
*N89 W14700 Patrita Dr*
*Menomonee Falls, WI 53051*
**Date Filed:** 11/15/2024
**Claim Face Value:** $77,097.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $77,097.87 | | |
| | | | | $77,097.87 | | |

## RK West LLC
### Case(s): 338 Clm No: 16 Clm. Amt: $264,258.21

*c/o Dorsey & Whitney LLP*
*Attn: Samuel S Kohn*
*51 W 52nd St*
*New York, NY 10019-6119*
**Date Filed:** 12/4/2024
**Claim Face Value:** $264,258.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 338 | SEC | Disallowed | | $16,862.27 | | $0.00 |
| 338 | UNS | Disallowed | | $247,395.94 | | $0.00 |
| | | | | $264,258.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## RK West LLC
### Case(s): 339 Clm No: 12 Clm. Amt: $264,258.21

*c/o Dorsey & Whitney LLP*
*Attn: Samuel S Kohn*
*51 W 52nd St*
*New York, NY 10019-6119*
**Date Filed:** 12/4/2024
**Claim Face Value:** $264,258.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | SEC | Disallowed | | $16,862.27 | | $0.00 |
| 339 | UNS | Disallowed | | $247,395.94 | | $0.00 |
| | | | | $264,258.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## RK West LLC
### Case(s): 340 Clm No: 19 Clm. Amt: $264,258.21

*c/o Dorsey & Whitney LLP*
*Attn: Samuel S Kohn*
*51 W 52nd St*
*New York, NY 10019-6119*
**Date Filed:** 12/4/2024
**Claim Face Value:** $264,258.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | Disallowed | | $16,862.27 | | $0.00 |
| 340 | UNS | Disallowed | | $247,395.94 | | $0.00 |
| | | | | $264,258.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## RK West LLC
### Case(s): 341 Clm No: 31 Clm. Amt: $264,258.21

*c/o Dorsey & Whitney LLP*
*Attn: Samuel S Kohn*
*51 W 52nd St*
*New York, NY 10019-6119*
**Date Filed:** 12/4/2024
**Claim Face Value:** $264,258.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | Disallowed | | $16,862.27 | | $0.00 |
| 341 | UNS | Disallowed | | $247,395.94 | | $0.00 |
| | | | | $264,258.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## RK West LLC
**Case(s): 342 Clm No: 25 Clm. Amt: $264,258.21**

*c/o Dorsey & Whitney LLP*
*Attn: Samuel S Kohn*
*51 W 52nd St*
*New York, NY 10019-6119*
**Date Filed:** 12/4/2024
**Claim Face Value:** $264,258.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | SEC | Disallowed | | $16,862.27 | | $0.00 |
| 342 | UNS | Disallowed | | $247,395.94 | | $0.00 |
| | | | | $264,258.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## RK West LLC
**Case(s): 343 Clm No: 11 Clm. Amt: $264,258.21**

*c/o Dorsey & Whitney LLP*
*Attn: Samuel S Kohn*
*51 W 52nd St*
*New York, NY 10019-6119*
**Date Filed:** 12/4/2024
**Claim Face Value:** $264,258.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | Disallowed | | $16,862.27 | | $0.00 |
| 343 | UNS | Disallowed | | $247,395.94 | | $0.00 |
| | | | | $264,258.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## RK West LLC
**Case(s): 344 Clm No: 15 Clm. Amt: $264,258.21**

*c/o Dorsey & Whitney LLP*
*Attn: Samuel S Kohn*
*51 W 52nd St*
*New York, NY 10019-6119*
**Date Filed:** 12/4/2024
**Claim Face Value:** $264,258.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | Disallowed | | $16,862.27 | | $0.00 |
| 344 | UNS | Disallowed | | $247,395.94 | | $0.00 |
| | | | | $264,258.21 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 998 | Objection Granted | 06/03/2025 | 1287 |

## RK West LLC
**Case(s): 337 Clm No: 2178 Clm. Amt: $264,258.21**

*c/o Dorsey & Whitney LLP*
*Attn: Samuel S Kohn*
*51 W 52nd St*
*New York, NY 10019-6119*
**Date Filed:** 12/4/2024
**Claim Face Value:** $264,258.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Disallowed | | $16,862.27 | | $0.00 |
| 337 | UNS | Allowed | | $247,395.94 | | $264,258.21 |
| | | | | $264,258.21 | | $264,258.21 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 06/02/2025 | 1282 |

## Robert Bosch Tool Corp.
**Case(s): 337 Clm No: 1288 Clm. Amt: $1,796,626.48**

*Attn: Adam Wienner*
*38000 Hills Tech Dr*
*Farmington Hills, MI 48331*
**Date Filed:** 11/20/2024
**Claim Face Value:** $1,796,626.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $78,577.43 | | $0.00 |
| 337 | UNS | Allowed | | $1,718,049.05 | | $1,726,944.39 |
| | | | | $1,796,626.48 | | $1,726,944.39 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Robert Half Inc
**Case(s): 337 Clm No: 2859 Clm. Amt: $3,251.75**

*c/o Recovery Dept*
*Attn: Amber Baptiste*
*3001 Bishop Dr, Ste 130*
*San Ramon, CA 94583*
**Date Filed:** 1/24/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,251.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,251.75 | | |
| | | | | $3,251.75 | | |

## Rochesa S/A Tintas E Vernizes
**Case(s): 340 Clm No: 18 Clm. Amt: $39,600.00**

*Attn: Dioclea Bill*
*Rod Regis Bittencourt, BR 116 - KM 09*
*Quatro Barras, Parana 83420-000*
*Brazil*
**Date Filed:** 12/4/2024
**Claim Face Value:** $39,600.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 340 | UNS | | | $39,600.00 | | |
| | | | | $39,600.00 | | |

## Rock Falls Leasing Corp.
### Case(s): 337 Clm No: 2102 Clm. Amt: $3,450.00

*P.O. Box 3383*
*Oak Brook, IL 60522*
**Date Filed:** 12/3/2024
**Claim Face Value:** $3,450.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $3,450.00 | | $0.00 |
| | | | | $3,450.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Rock Valley Textiles Inc.
### Case(s): 337 Clm No: 2117 Clm. Amt: $18,795.42

*111 Avon St*
*Janesville, WI 53545*
**Date Filed:** 12/3/2024
**Claim Face Value:** $18,795.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $18,795.42 | | |
| | | | | $18,795.42 | | |

## Rocket Industrial, Inc
### Case(s): 337 Clm No: 2578 Clm. Amt: $6,555.01

*200 Washington St, Unit 220*
*Wausau, WI 54403*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,555.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,555.01 | | |
| | | | | $6,555.01 | | |

## Rockhard Tools Inc
### Case(s): 337 Clm No: 67 Clm. Amt: $16,673.56

*7915 Kensington Ct*
*Brighton, MI 48116*
**Date Filed:** 10/16/2024
**Claim Face Value:** $16,673.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $16,673.56 | | |
| | | | | $16,673.56 | | |

## Rockhard Tools Inc
### Case(s): 337 Clm No: 65 Clm. Amt: $16,673.56

*7915 Kensington Ct*
*Brighton, MI 48116*
**Date Filed:** 10/16/2024
**Claim Face Value:** $16,673.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $16,673.56 | | |
| | | | | $16,673.56 | | |

## Rocky Brands Inc
**Case(s): 337 Clm No: 1046 Clm. Amt: $184,191.48**

*39 E Canal St*
*Nelsonville, OH 45764*
**Date Filed:** 11/13/2024
**Claim Face Value:** $184,191.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $10,357.30 | | $0.00 |
| 337 | UNS | Allowed | | $173,834.18 | | $184,191.48 |
| | | | | $184,191.48 | | $184,191.48 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Roebic Laboratories, Inc
**Case(s): 337 Clm No: 681 Clm. Amt: $222,244.05**

*P.O. Box 927*
*Orange, CT 06477*
**Date Filed:** 10/31/2024
**Claim Face Value:** $222,244.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $222,244.05 | | |
| | | | | $222,244.05 | | |

## Roebic Laboratories, Inc
**Case(s): 337 Clm No: 349 Clm. Amt: $210,651.00**

*P.O. Box 927*
*Orange, CT 06477*
**Date Filed:** 10/23/2024
**Claim Face Value:** $210,651.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $210,651.00 | | |
| | | | | $210,651.00 | | |

## Roger D Copenhaver
**Case(s): 337 Clm No: 1319 Clm. Amt: $44,343.58**

*Address Redacted*
**Date Filed:** 11/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $44,343.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $44,343.58 | | |
| | | | | $44,343.58 | | |

## Rohm and Haas Chemicals LLC
**Case(s): 337 Clm No: 1558 Clm. Amt: $910,370.37**

*Attn: Rozanne M Giunta*
*715 E Main St, Ste 110*
*Midland, MI 48640*
**Date Filed:** 11/25/2024
**Claim Face Value:** $910,370.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $116,349.96 | | $0.00 |
| 337 | UNS | | | $794,020.41 | | $794,020.41 |
| | | | | $910,370.37 | | $794,020.41 |

### Roll & Chaiken Enterprises, LLC
**Case(s): 337 Clm No: 2324 Clm. Amt: $4,978.40**

Attn: Michael McKenzie
1945 Avenida Del Oro, Ste 126
Oceanside, CA 92056
**Date Filed:** 12/5/2024
**Claim Face Value:** $4,978.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,978.40 | | |
| | | | | $4,978.40 | | |

### Rolling Frito-Lay Sales, LP
**Case(s): 337 Clm No: 1870 Clm. Amt: $10,776.90**

c/o Burke, Warren, MacKay & Serritella, PC
Attn: Joseph D Frank
330 N Wabash Ave, Ste 2100
Chicago, IL 60611
**Date Filed:** 11/27/2024
**Claim Face Value:** $10,776.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,776.90 | | |
| | | | | $10,776.90 | | |

### Roman Inc
**Case(s): 337 Clm No: 354 Clm. Amt: $129,674.47**

Attn: Patrick Pipp
472 Brighton Dr
Bloomingdale, IL 60108
**Date Filed:** 10/22/2024
**Claim Face Value:** $129,674.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $129,674.47 | | |
| | | | | $129,674.47 | | |

### Ron S Chenevert
**Case(s): 337 Clm No: 1931 Clm. Amt: $13,424.39**

Address Redacted
**Date Filed:** 11/27/2024
**Claim Face Value:** $13,424.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,424.39 | | |
| | | | | $13,424.39 | | |

### Ronald E Cook and Christine D Cook
**Case(s): 341 Clm No: 100001 Clm. Amt: $27,567.67**

80221 Avenida Aliso Canyon
Indio, CA 92203
**Date Filed:** 12/11/2024
**Claim Face Value:** $27,567.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | ADM | Disallowed | | $27,567.67 | | $0.00 |
| | | | | $27,567.67 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Rooto Corporation
**Case(s): 337 Clm No: 1725 Clm. Amt: $135,317.88**

*3505 W Grand River Ave*
*Howell, MI 48855*
**Date Filed:** 11/25/2024
**Claim Face Value:** $135,317.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $135,317.88 | | |
| | | | | $135,317.88 | | |

## Rose Cleaning LLC
**Case(s): 337 Clm No: 2639 Clm. Amt: $2,030.00**

*P.O. Box 5094*
*Eugene, OR 97405*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,030.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,030.00 | | |
| | | | | $2,030.00 | | |

## Rose Commercial Cleaning Services
**Case(s): 337 Clm No: 2275 Clm. Amt: $2,068.43**

*P.O. Box 179*
*Barry, TX 75102*
**Date Filed:** 12/5/2024
**Claim Face Value:** $2,068.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $2,068.43 | | $0.00 |
| 337 | UNS | Allowed | | | | $2,068.43 |
| | | | | $2,068.43 | | $2,068.43 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Rosen Plaza Hotel
**Case(s): 337 Clm No: 254 Clm. Amt: $119,182.03**

*4000 Destination Pkwy*
*Orlando, FL 32819*
**Date Filed:** 10/18/2024
**Claim Face Value:** $119,182.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $119,182.03 | | |
| | | | | $119,182.03 | | |

## Rosenthal & Rosenthal, Inc.
**Case(s): 337 Clm No: 1927 Clm. Amt: $180,242.18**

*Attn: Melinda DeJesus*
*1370 Broadway, 3rd Fl*
*New York, NY 10018*
**Date Filed:** 11/27/2024
**Claim Face Value:** $180,242.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $180,242.18 | | |
| | | | | $180,242.18 | | |

**Rosenthal & Rosenthal, Inc.**
**Case(s): 337 Clm No: 1924 Clm. Amt: $178,131.77**

*Attn: Melinda DeJesus*
*1370 Broadway, 3rd Fl*
*New York, NY 10018*
**Date Filed:** 11/27/2024
**Claim Face Value:** $178,131.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $178,131.77 | | |
| | | | | $178,131.77 | | |

**Rosenthal & Rosenthal, Inc.**
**Case(s): 337 Clm No: 1922 Clm. Amt: $2,110.41**

*Attn: Melinda DeJesus*
*1370 Broadway, 3rd Fl*
*New York, NY 10018*
**Date Filed:** 11/27/2024
**Claim Face Value:** $2,110.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $2,110.41 | | $0.00 |
| | | | | $2,110.41 | | $0.00 |

**Rothenberger USA, Inc**
**Case(s): 337 Clm No: 624 Clm. Amt: $1,722.32**

*Attn: Kathie Goymerac*
*7130 Clinton Rd*
*Loves Park, IL 61111*
**Date Filed:** 10/30/2024
**Claim Face Value:** $1,722.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,722.32 | | |
| | | | | $1,722.32 | | |

**Royal F Brown**
**Case(s): 337 Clm No: 1263 Clm. Amt: $12,293.44**

*Address Redacted*
**Date Filed:** 11/19/2024
**Claim Face Value:** $12,293.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $12,293.44 | | $0.00 |
| | | | | $12,293.44 | | $0.00 |

**Royal Industries, Inc**
**Case(s): 337 Clm No: 493 Clm. Amt: $242,107.06**

*Attn: Jonathan Otero / Marlene Guillen*
*1299 E Phillips Blvd*
*Pomona, CA 91766*
**Date Filed:** 10/21/2024
**Claim Face Value:** $242,107.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $242,107.06 | | |
| | | | | $242,107.06 | | |

**Royal Oak Enterprises LLC**
**Case(s): 337 Clm No: 1011 Clm. Amt: $59,721.90**

*1 Royal Oak Ave*
*Roswell, GA 30076*
**Date Filed:** 11/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $59,721.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $59,721.90 | | |
| | | | | $59,721.90 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2770 Clm. Amt:**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           |                      |     |                     |

**RTZN Brands**
**Case(s): 337 Clm No: 2776 Clm. Amt: $932.40**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $932.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $932.40              |     |                     |
|      |       |        |           | $932.40              |     |                     |

**RTZN Brands**
**Case(s): 337 Clm No: 2787 Clm. Amt: $580.56**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $580.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $580.56              |     |                     |
|      |       |        |           | $580.56              |     |                     |

**RTZN Brands**
**Case(s): 337 Clm No: 2788 Clm. Amt: $516.72**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $516.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $516.72              |     |                     |
|      |       |        |           | $516.72              |     |                     |

**RTZN Brands**
**Case(s): 337 Clm No: 2789 Clm. Amt: $446.88**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $446.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $446.88              |     |                     |
|      |       |        |           | $446.88              |     |                     |

**RTZN Brands**
**Case(s): 337 Clm No: 2790 Clm. Amt: $682.32**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $682.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337  | UNS   |        |           | $682.32              |     |                     |
|      |       |        |           | $682.32              |     |                     |

**RTZN Brands**
**Case(s): 337 Clm No: 2791 Clm. Amt: $446.88**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $446.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $446.88 | | |
| | | | | $446.88 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2792 Clm. Amt: $580.56**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $580.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $580.56 | | |
| | | | | $580.56 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2777 Clm. Amt: $140.76**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $140.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $140.76 | | |
| | | | | $140.76 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2778 Clm. Amt: $162.72**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $162.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $162.72 | | |
| | | | | $162.72 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2779 Clm. Amt: $813.60**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $813.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $813.60 | | |
| | | | | $813.60 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2780 Clm. Amt: $563.04**

Attn: Joe Fisher
610 Jeffers Cir
Exton, PA 19341
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $563.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $563.04 | | |
| | | | | $563.04 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2781 Clm. Amt: $397.32**

*Attn: Joe Fisher*
*610 Jeffers Cir*
*Exton, PA 19341*
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $397.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $397.32 | | |
| | | | | $397.32 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2782 Clm. Amt: $303.48**

*Attn: Joe Fisher*
*610 Jeffers Cir*
*Exton, PA 19341*
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $303.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $303.48 | | |
| | | | | $303.48 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2783 Clm. Amt: $93.84**

*Attn: Joe Fisher*
*610 Jeffers Cir*
*Exton, PA 19341*
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $93.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $93.84 | | |
| | | | | $93.84 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2784 Clm. Amt: $931.68**

*Attn: Joe Fisher*
*610 Jeffers Cir*
*Exton, PA 19341*
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $931.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $931.68 | | |
| | | | | $931.68 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2785 Clm. Amt: $644.40**

*Attn: Joe Fisher*
*610 Jeffers Cir*
*Exton, PA 19341*
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $644.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $644.40 | | |
| | | | | $644.40 | | |

**RTZN Brands**
**Case(s): 337 Clm No: 2786 Clm. Amt: $420.96**

*Attn: Joe Fisher*
*610 Jeffers Cir*
*Exton, PA 19341*
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $420.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $420.96 | | |
| | | | | $420.96 | | |

## Rubicon Global, LLC
### Case(s): 337 Clm No: 100121 Clm. Amt: $56,674.96

*950 E Paces Ferry Rd, Ste 2195*
*Atlanta, GA 30326*
**Date Filed:** 12/16/2024
**Claim Face Value:** $56,674.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $56,674.96 | | $0.00 |
| | | | | $56,674.96 | | $0.00 |

## Rubicon Global, LLC
### Case(s): 337 Clm No: 2459 Clm. Amt: $450,288.47

*950 E Paces Ferry Rd, Ste 2195*
*Atlanta, GA 30326*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2505
**Claim Face Value:** $450,288.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $450,288.47 | | |
| | | | | $450,288.47 | | |

## Rubicon Global, LLC
### Case(s): 337 Clm No: 2505 Clm. Amt: $450,288.47

*950 E Paces Ferry Rd, Ste 2195*
*Atlanta, GA 30326*
**Date Filed:** 12/13/2024
**Orig. Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2459
**Claim Face Value:** $450,288.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $450,288.47 | | |
| | | | | $450,288.47 | | |

## Rucker's Wholesale & Service Co.
### Case(s): 337 Clm No: 2278 Clm. Amt: $10,603.00

*777 E State St*
*Bridgeport, IL 62417*
**Date Filed:** 12/5/2024
**Claim Face Value:** $10,603.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,603.00 | | |
| | | | | $10,603.00 | | |

## Rudolph Freight, Inc
### Case(s): 337 Clm No: 439 Clm. Amt: $24,023.95

*Attn: Sonica Pruitt*
*P.O. Box 69*
*Murray, KY 42071*
**Date Filed:** 10/25/2024
**Claim Face Value:** $24,023.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,023.95 | | |
| | | | | $24,023.95 | | |

## Rug Doctor LLC
### Case(s): 337 Clm No: 100135 Clm. Amt: $37,256.07

*2345 Walker Ave*
*Grand Rapids, MI 49544*
**Date Filed:** 12/17/2024
**Claim Face Value:** $37,256.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $37,256.07 | | $0.00 |
| | | | | $37,256.07 | | $0.00 |

## Rug Doctor LLC
**Case(s): 337 Clm No: 1286 Clm. Amt: $191,280.76**

*c/o Bissell Homecare Inc*
*2345 Walker Ave NW*
*Grand Rapids, MI 49544*
**Date Filed:** 11/19/2024
**Claim Face Value:** $191,280.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $24,620.79 | | $0.00 |
| 337 | UNS | Allowed | | $166,659.97 | | $188,478.94 |
| | | | | $191,280.76 | | $188,478.94 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Russell Brands LLC
**Case(s): 337 Clm No: 669 Clm. Amt: $17,502.44**

*Attn: Karrie Drury*
*P.O. Box 90015*
*Bowling Green, KY 42102-9105*
**Date Filed:** 10/31/2024
**Claim Face Value:** $17,502.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $3,873.78 | | $0.00 |
| 337 | UNS | | | $13,628.66 | | $13,628.66 |
| | | | | $17,502.44 | | $13,628.66 |

## Russin Lumber Corp
**Case(s): 337 Clm No: 1863 Clm. Amt: $22,092.12**

*c/o Russin*
*21 Leonards Dr*
*Montgomery, NY 12549*
**Date Filed:** 11/26/2024
**Claim Face Value:** $22,092.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $22,092.12 | | |
| | | | | $22,092.12 | | |

## Rust-Oleum Corporation
**Case(s): 337 Clm No: 1961 Clm. Amt: $4,420,514.11**

*c/o Williams Mullen*
*Attn: Jennifer McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/27/2024
**Claim Face Value:** $4,420,514.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $4,420,514.11 | | |
| | | | | $4,420,514.11 | | |

## Rust-Oleum Corporation
**Case(s): 337 Clm No: 1960 Clm. Amt: $1,370,625.16**

*c/o Williams Mullen*
*Attn: Jennifer McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/25/2024
**Claim Face Value:** $685,312.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $685,312.58 | Y | $0.00 |
| 337 | ADM | Disallowed | | $685,312.58 | Y | $0.00 |
| | | | | $1,370,625.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Rust-Oleum Corporation
**Case(s): 337 Clm No: 1904 Clm. Amt: $1,370,625.16**

*c/o Williams Mullen*
*Attn: Jennifer M McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 11/25/2024
**Claim Face Value:** $685,312.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $685,312.58 | Y | $0.00 |
| 337 | ADM | Disallowed | | $685,312.58 | Y | $0.00 |
| | | | | $1,370,625.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Rust-Oleum Corporation
**Case(s): 337 Clm No: 1621 Clm. Amt: $1,370,625.16**

*c/o Williams Mullen*
*Attn: Jennifer McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Amended By Clm #:** 1623
**Claim Face Value:** $685,312.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $685,312.58 | Y | $0.00 |
| 337 | ADM | Disallowed | | $685,312.58 | Y | $0.00 |
| | | | | $1,370,625.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Rust-Oleum Corporation
### Case(s): 337 Clm No: 1623 Clm. Amt: $685,312.58

*c/o Williams Mullen*
*Attn: Jennifer McLemore*
*200 S 10th St, Ste 1600*
*Richmond, VA 23219*
**Date Filed:** 11/25/2024
**Orig. Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Amending Clm #:** 1621
**Claim Face Value:** $685,312.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Withdrawn | | $685,312.58 | | $0.00 |
| | | | | $685,312.58 | | $0.00 |

## Rutkoski Fencing, Inc.
### Case(s): 337 Clm No: 1155 Clm. Amt: $5,060.00

*324 Dennison St*
*Swoyersville, PA 18704*
**Date Filed:** 11/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,060.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,060.00 | | |
| | | | | $5,060.00 | | |

## RW Rogers Company
### Case(s): 337 Clm No: 2468 Clm. Amt: $4,160.41

*105 Industrial Dr*
*St Charles, IL 60174*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,160.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,160.41 | | $0.00 |
| | | | | $4,160.41 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Ryder Integrated Logistics, Inc.
### Case(s): 337 Clm No: 100256 Clm. Amt: $3,235,409.92

*2333 Ponce de Leon, Ste 700*
*Coral Gables, FL 33134*
**Date Filed:** 12/20/2024
**Claim Face Value:** $3,235,409.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $3,235,409.92 | Y | $0.00 |
| | | | | $3,235,409.92 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Ryder Integrated Logistics, Inc.**
**Case(s): 337 Clm No: 2314 Clm. Amt: $5,010,151.52**

*Attn: Michael S Mandell*
*2333 Ponce de Leon, Ste 700*
*Coral Gables, FL 33134*
**Date Filed:** 12/5/2024
**Claim Face Value:** $5,010,151.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,010,151.52 | | |
| | | | | $5,010,151.52 | | |

**Ryder Transportation Solutions, LLC**
**Case(s): 337 Clm No: 2295 Clm. Amt: $5,010,151.52**

*Attn: Michael S Mandell*
*2333 Ponce de Leon, Ste 700*
*Coral Gables, FL 33134*
**Date Filed:** 12/5/2024
**Claim Face Value:** $5,010,151.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,010,151.52 | | |
| | | | | $5,010,151.52 | | |

**Ryder Transportation Solutions, LLC**
**Case(s): 337 Clm No: 100254 Clm. Amt: $3,126,921.86**

*2333 Ponce de Leon, Ste 700*
*Coral Gables, FL 33134*
**Date Filed:** 12/20/2024
**Claim Face Value:** $3,235,409.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $2,806,921.86 | | $0.00 |
| 337 | UNS | | | $320,000.00 | | |
| | | | | $3,126,921.86 | | $0.00 |

**Ryder Truck Rental, Inc.**
**Case(s): 339 Clm No: 100001 Clm. Amt: $211,508.44**

*2333 Ponce de Leon, Ste 700*
*Coral Gables, FL 33134*
**Date Filed:** 12/20/2024
**Claim Face Value:** $215,081.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | ADM | Satisfied | | $210,209.45 | | $0.00 |
| 339 | UNS | | | $1,298.99 | | |
| | | | | $211,508.44 | | $0.00 |

**Ryder Truck Rental, Inc.**
**Case(s): 339 Clm No: 14 Clm. Amt: $405,378.80**

*Attn: Michael S Mandell*
*2333 Ponce de Leon, Ste 700*
*Coral Gables, FL 33134*
**Date Filed:** 12/5/2024
**Claim Face Value:** $405,378.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | UNS | | | $405,378.80 | | |
| | | | | $405,378.80 | | |

### Ryder Truck Rental, Inc.
### Case(s): 337 Clm No: 2332 Clm. Amt:

Attn: Michael S Mandell
2333 Ponce de Leon, Ste 700
Coral Gables, FL 33134
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

### S&K Products Company
### Case(s): 337 Clm No: 1796 Clm. Amt: $23,846.52

4540 US Rte 127
Celina, OH 45822
**Date Filed:** 11/27/2024
**Claim Face Value:** $23,846.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $1,419.72 | | $0.00 |
| 337 | UNS | | | $22,426.80 | | $22,426.80 |
| | | | | $23,846.52 | | $22,426.80 |

### S&S Computer Consultants, Ltd
### Case(s): 337 Clm No: 611 Clm. Amt: $3,200.00

Attn: Sylvia Plotnick
209 E Circle Ave
Prospect Heights, IL 60070
**Date Filed:** 10/29/2024
**Amended By Clm #:** 793
**Claim Face Value:** $3,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,200.00 | | |
| | | | | $3,200.00 | | |

### S&S Computer Consultants, Ltd
### Case(s): 337 Clm No: 793 Clm. Amt: $20,800.00

Attn: Sylvia Plotnick
209 E Circle Ave
Prospect Heights, IL 60070
**Date Filed:** 11/2/2024
**Orig. Date Filed:** 10/29/2024
**Amending Clm #:** 611
**Claim Face Value:** $20,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $20,800.00 | | |
| | | | | $20,800.00 | | |

### S-K Tools USA LLC
### Case(s): 337 Clm No: 100230 Clm. Amt: $2,609.10

c/o Parker Poe Adams & Bernstein LLP
Attn: Kiah T Ford
620 S Tryon St, Ste 800
Charlotte, NC 28202
**Date Filed:** 12/20/2024
**Claim Face Value:** $2,609.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $2,609.10 | | $0.00 |
| | | | | $2,609.10 | | $0.00 |

## S-K Tools USA LLC
### Case(s): 337 Clm No: 1717 Clm. Amt: $34,364.45

c/o Parker Poe Adams & Bernstein LLP
Attn: Chip Ford
620 S Tryon St, Ste 800
Charlotte, NC 28202
**Date Filed:** 11/26/2024
**Claim Face Value:** $34,364.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $34,364.45 | | |
| | | | | $34,364.45 | | |

## Safdie International Inc.
### Case(s): 337 Clm No: 2860 Clm. Amt: $48,118.80

35 A Smithfield Blvd, Unit 277
Plattsburg, NY 12901
**Date Filed:** 1/28/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $48,118.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Disallowed | | $48,118.80 | | $0.00 |
| | | | | $48,118.80 | | $0.00 |

## Safdie International Inc.
### Case(s): 337 Clm No: 2845 Clm. Amt: $48,118.80

4855 Rue Marc-Blain, Unit 300
St-Laurent, QC H4R 3B2
Canada
**Date Filed:** 1/28/2025
**Bar Date:** 1/29/2025
**Claim Face Value:** $48,118.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Allowed | | $48,118.80 | | $48,118.80 |
| | | | | $48,118.80 | | $48,118.80 |

### Assignee

| Assignee | Percent | Amount | Status |
|---|---|---|---|
| AIG Insurance Company of Canada c/o Adam L Rosen PLLC Attn: Adam L Rosen Re: Safdie International Inc 121 Main St, Box 1021 Northport, NY 11768 | 100.00% | | Final |

## Safe-Strap Company, LLC
### Case(s): 337 Clm No: 1342 Clm. Amt: $1,468.76

105 W Dewey Ave, Ste 410, Bldg D
Wharton, NJ 07885
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,468.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,468.76 | | |
| | | | | $1,468.76 | | |

## Sagebrush Sales Company
### Case(s): 337 Clm No: 548 Clm. Amt: $30,866.75

Attn: Dave Taughter
3540 E Longwing Ln, Unit 270
Meridian, ID 83646
**Date Filed:** 10/28/2024
**Claim Face Value:** $30,866.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $30,866.75 | | $0.00 |
| | | | | $30,866.75 | | $0.00 |

**Saia Motor Freight Line Inc.**
**Case(s): 337 Clm No: 2489 Clm. Amt: $304,111.96**

*P.O. Box A, Station 1*
*Houma, LA 70363*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $304,111.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $304,111.96 | | |
| | | | | $304,111.96 | | |

**Saint-Gobain Abrasives Inc.**
**Case(s): 337 Clm No: 1111 Clm. Amt: $47,121.48**

*c/o Phillips Murrah PC*
*Attn: Mark E Golman*
*3710 Rawlins St, Ste 900*
*Dallas, TX 75219*
**Date Filed:** 11/15/2024
**Claim Face Value:** $47,121.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $5,874.50 | | $0.00 |
| 337 | ADM | Disallowed | | $4,558.60 | | $0.00 |
| 337 | SEC | Allowed | | | | $3,002.70 |
| 337 | UNS | Allowed | | $36,688.38 | | $39,697.98 |
| | | | | $47,121.48 | | $42,700.68 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Saint-Gobain Abrasives, Inc.**
**Case(s): 337 Clm No: 100009 Clm. Amt: $5,825.40**

*c/o Phillips Murrah, PC*
*Attn: Mark E Golman*
*3710 Rawlins St, Ste 900*
*Dallas, TX 75219*
**Date Filed:** 12/2/2024
**Claim Face Value:** $5,825.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $5,825.40 | | $0.00 |
| | | | | $5,825.40 | | $0.00 |

**Saint-Gobain Abrasives, Inc.**
**Case(s): 337 Clm No: 100012 Clm. Amt: $5,825.40**

*c/o Phillips Murrah, PC*
*Attn: Mark E Golman*
*3710 Rawlins St, Ste 900*
*Dallas, TX 75219*
**Date Filed:** 12/2/2024
**Claim Face Value:** $5,825.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $5,825.40 | Y | $0.00 |
| | | | | $5,825.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Saint-Gobain Adfors America, Inc.
### Case(s): 337 Clm No: 995 Clm. Amt: $136,851.14

c/o Phillips Murrah PC
Attn: Mark E Golman
3710 Rawlins St, Ste 900
Dallas, TX 75219
**Date Filed:** 11/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $136,851.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $6,910.00 | | $0.00 |
| 337 | UNS | Allowed | | $129,941.14 | | $37,893.18 |
| | | | | $136,851.14 | | $37,893.18 |

## Salesforce, Inc.
### Case(s): 337 Clm No: 2044 Clm. Amt: $1,599.40

c/o Bialson Bergen & Schwab
Attn: Lawrence Schwab, Esq & Gaye Heck, Esq
830 Menlo Ave, Ste 201
Menlo Park, CA 94025
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,599.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $1,599.40 | | $0.00 |
| | | | | $1,599.40 | | $0.00 |

## Salsbury Industries
### Case(s): 337 Clm No: 1983 Clm. Amt: $18,578.36

18300 Central Ave
Carson, CA 90746
**Date Filed:** 11/27/2024
**Claim Face Value:** $18,578.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $18,578.36 | | |
| | | | | $18,578.36 | | |

## Salt City Sales Inc.
### Case(s): 337 Clm No: 2697 Clm. Amt: $33,440.93

1104 Cambridge Cir, Ste 3
Layton, UT 84040
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $33,440.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $7,079.88 | | $0.00 |
| 337 | UNS | | | $26,361.05 | | |
| | | | | $33,440.93 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Sam Giunta, Inc dba Shore True Value
### Case(s): 337 Clm No: 1505 Clm. Amt: $67,426.91

*Attn: Paul Giunta*
*515 New Rd*
*Somers Point, NJ 08244*
**Date Filed:** 11/21/2024
**Claim Face Value:** $67,426.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $67,426.91 | | |
| | | | | $67,426.91 | | |

## Sam Pievac Company (dba SPC Displays)
### Case(s): 337 Clm No: 70 Clm. Amt: $51,151.28

*3390 Enterprise Dr*
*Bloomington, CA 92316*
**Date Filed:** 10/16/2024
**Claim Face Value:** $51,151.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $51,151.28 | | |
| | | | | $51,151.28 | | |

## Sam Pievac Company dba SPC Displays
### Case(s): 337 Clm No: 2576 Clm. Amt: $21,429.00

*3390 Enterprise Dr*
*Bloomington, CA 92316*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $21,429.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $21,429.00 | | |
| | | | | $21,429.00 | | |

## Sammann Company Inc dba Peepers by PeeperSpecs
### Case(s): 337 Clm No: 1808 Clm. Amt: $2,840.00

*Attn: Michelle Floyd*
*9935 E US Hwy 12*
*Michigan City, IN 46360*
**Date Filed:** 11/27/2024
**Claim Face Value:** $2,840.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,840.00 | | |
| | | | | $2,840.00 | | |

## Sammann Company, Inc. dba Peepers by Peeper Specs
### Case(s): 337 Clm No: 2154 Clm. Amt: $2,840.00

*Attn: Michelle Floyd*
*9935 E US Hwy 12*
*Michigan City, IN 46360*
**Date Filed:** 12/2/2024
**Claim Face Value:** $2,840.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,840.00 | | |
| | | | | $2,840.00 | | |

## Sandler Travis & Rosenberg, P.A.
### Case(s): 337 Clm No: 100173 Clm. Amt: $134,470.32

*5835 Waterford District Dr, Ste 200*
*Miami, FL 33126*
**Date Filed:** 12/18/2024
**Claim Face Value:** $134,470.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $134,470.32 | | $0.00 |
| | | | | $134,470.32 | | $0.00 |

**Sandler Travis & Rosenberg, PA**
**Case(s): 337 Clm No: 1970 Clm. Amt: $320,378.61**

5835 Waterford District Dr, Ste 200
Miami, FL 33126
**Date Filed:** 11/29/2024
**Claim Face Value:** $320,378.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | Satisfied | | $320,378.61 | | $0.00 |
| | | | | $320,378.61 | | $0.00 |

**Sandtech Inc**
**Case(s): 337 Clm No: 2875 Clm. Amt: $1,059.14**

7845 N Merrimac Ave
Morton Grove, IL 60053
**Date Filed:** 2/10/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,059.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,059.14 | | |
| | | | | $1,059.14 | | |

**Sandtech Inc.**
**Case(s): 337 Clm No: 2876 Clm. Amt: $4,570.03**

7845 N Merrimac Ave
Morton Grove, IL 60053
**Date Filed:** 2/10/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,570.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,570.03 | | |
| | | | | $4,570.03 | | |

**Sani Seal LLC**
**Case(s): 337 Clm No: 1162 Clm. Amt: $42,032.52**

5856 Thunderbird Rd
Indianapolis, IN 46236
**Date Filed:** 11/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $42,032.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $42,032.52 | | |
| | | | | $42,032.52 | | |

**Sashco Inc**
**Case(s): 337 Clm No: 2749 Clm. Amt: $162,007.02**

14802 Grant St
Thornton, CO 80023
**Date Filed:** 1/3/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $162,007.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $162,007.02 | | |
| | | | | $162,007.02 | | |

**Sashco Inc**
**Case(s): 337 Clm No: 2750 Clm. Amt: $76,942.12**

14802 Grant St
Thornton, CO 80023
**Date Filed:** 1/3/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $76,942.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $76,942.12 | | |
| | | | | $76,942.12 | | |

### SASR Workforce Solutions, LLC
**Case(s): 337 Clm No: 2169 Clm. Amt: $30,988.24**

*1000 Centregreen Way, Ste 300*
*Cary, NC 27513*
**Date Filed:** 12/4/2024
**Claim Face Value:** $30,988.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $30,988.24 | | |
| | | | | $30,988.24 | | |

### Saunders Midwest, LLC
**Case(s): 337 Clm No: 1977 Clm. Amt: $7,029.02**

*29 E Madison St, Ste 900*
*Chicago, IL 60602*
**Date Filed:** 11/27/2024
**Claim Face Value:** $7,029.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $7,029.02 | | |
| | | | | $7,029.02 | | |

### Saunders Midwest, LLC
**Case(s): 337 Clm No: 1978 Clm. Amt: $36,051.36**

*29 E Madison St, Ste 900*
*Chicago, IL 60602*
**Date Filed:** 11/27/2024
**Claim Face Value:** $36,051.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $36,051.36 | | |
| | | | | $36,051.36 | | |

### Savant Technologies LLC
**Case(s): 337 Clm No: 1320 Clm. Amt: $685,040.49**

*Attn: Legal Department*
*Nela Park*
*1975 Noble Rd*
*E Cleveland, OH 44112*
**Date Filed:** 11/20/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $685,040.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $685,040.49 | | $0.00 |
| 337 | UNS | Allowed | | | | $23,309.57 |
| | | | | $685,040.49 | | $23,309.57 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/31/2025 | 1502 |

## Savant Technologies LLC
**Case(s): 337 Clm No: 100134 Clm. Amt: $425,998.02**

*1975 Noble Rd*
*E Cleveland, OH 44112*
**Date Filed:** 12/17/2024
**Claim Face Value:** $425,998.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $425,998.02 | | $0.00 |
| | | | | $425,998.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Savant Technologies LLC
**Case(s): 337 Clm No: 2093 Clm. Amt: $1,772,845.95**

*Attn: Legal Department*
*1975 Noble Rd, Nela Park*
*E Cleveland, OH 44112*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,772,845.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,772,845.95 | | |
| | | | | $1,772,845.95 | | |

## Savant Technologies LLC
**Case(s): 337 Clm No: 2090 Clm. Amt: $2,492,712.88**

*Attn: Legal Department*
*1975 Noble Rd, Nela Park*
*E Cleveland, OH 44112*
**Date Filed:** 12/3/2024
**Claim Face Value:** $2,492,712.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,492,712.88 | | |
| | | | | $2,492,712.88 | | |

## SBM Life Science Corp
**Case(s): 337 Clm No: 100201 Clm. Amt: $14,001.96**

*11000 Weston Pkwy, Ste 150*
*Cary, NC 27513*
**Date Filed:** 12/19/2024
**Claim Face Value:** $14,001.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $14,001.96 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,073.48 |
| | | | | $14,001.96 | | $3,073.48 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## SBM Life Science Corp
**Case(s): 337 Clm No: 163 Clm. Amt: $128,253.23**

*Attn: Christopher Jacquier*
*11000 Weston Pkwy, Ste 150*
*Cary, NC 27513*
**Date Filed:** 10/17/2024
**Claim Face Value:** $128,253.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $128,253.23 | | |
| | | | | $128,253.23 | | |

## SBM Life Science Corp
**Case(s): 337 Clm No: 162 Clm. Amt: $128,253.23**

*Attn: Christopher Jacquier*
*11000 Weston Pkwy, Ste 150*
*Cary, NC 27513*
**Date Filed:** 10/17/2024
**Claim Face Value:** $128,253.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $128,253.23 | | |
| | | | | $128,253.23 | | |

## SC Johnson & Son Inc
**Case(s): 337 Clm No: 2070 Clm. Amt: $145,672.44**

*1525 Howe St*
*Racine, WI 53403*
**Date Filed:** 12/3/2024
**Claim Face Value:** $145,672.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $145,672.44 | | |
| | | | | $145,672.44 | | |

## SC Johnson & Son Inc
**Case(s): 337 Clm No: 2057 Clm. Amt: $90,044.97**

*1525 Howe St*
*Racine, WI 53403*
**Date Filed:** 12/3/2024
**Claim Face Value:** $90,044.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $90,044.97 | | |
| | | | | $90,044.97 | | |

## Scent Shop, Inc.
**Case(s): 337 Clm No: 2490 Clm. Amt: $36,408.70**

*2614 National Pl*
*Garland, TX 75041*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $36,408.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $36,408.70 | | |
| | | | | $36,408.70 | | |

## Scepter Manufacturing, LLC
**Case(s): 337 Clm No: 1776 Clm. Amt: $52,402.92**

*Attn: Jennifer Rickey-Scepter*
*404 26th Ave NW*
*Miami, OK 74354*
**Date Filed:** 11/25/2024
**Claim Face Value:** $52,402.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $52,402.92 | | $0.00 |
| | | | | $52,402.92 | | $0.00 |

## Schaefer Greenhouses, Inc
**Case(s): 337 Clm No: 1335 Clm. Amt: $2,080.21**

*120 S Lake St*
*Montgomery, IL 60512*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,080.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,080.21 | | |
| | | | | $2,080.21 | | |

## Schiele Graphics Inc
**Case(s): 337 Clm No: 672 Clm. Amt: $83,382.40**

*1880 Busse Rd*
*Elk Grove Village, IL 60007*
**Date Filed:** 10/31/2024
**Claim Face Value:** $83,382.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $83,382.40 | | |
| | | | | $83,382.40 | | |

## Schiele Graphics Inc.
**Case(s): 337 Clm No: 100055 Clm. Amt:**

*1880 Busse Rd*
*Elk Grove Village, IL 60007-5718*
**Date Filed:** 12/9/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | | | | | |

## Schiller Grounds Care, Inc.
**Case(s): 341 Clm No: 19 Clm. Amt: $28,408.96**

*Attn: Suzanne DellaValla Jones*
*1028 Street Rd*
*Southampton, PA 18966*
**Date Filed:** 11/25/2024
**Claim Face Value:** $28,408.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Disallowed | | $5,133.72 | | $0.00 |
| 341 | UNS | Allowed | | $23,275.24 | | $28,408.96 |
| | | | | $28,408.96 | | $28,408.96 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Schiller Grounds Care, Inc.
**Case(s): 337 Clm No: 1598 Clm. Amt: $3,344.90**

*Attn: Suzanne DellaValla Jones*
*1028 Street Rd*
*Southampton, PA 18966*
**Date Filed:** 11/25/2024
**Claim Face Value:** $3,344.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,344.90 | | |
| | | | | $3,344.90 | | |

## Schlage Lock Company LLC
**Case(s): 337 Clm No: 1374 Clm. Amt: $286,263.35**

*Attn: Clay Pruitt*
*11819 N Pennsylvania St, C2*
*Carmel, IN 46032*
**Date Filed:** 11/21/2024
**Claim Face Value:** $286,263.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $286,263.35 | | |
| | | | | $286,263.35 | | |

**Schleich USA Inc.**

**Case(s): 337 Clm No: 1634 Clm. Amt: $92,555.59**

*10000 Twin Lakes Pkwy, Ste A*
*Charlotte, NC 28269*
**Date Filed:** 11/26/2024
**Claim Face Value:** $92,555.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $92,555.59 | | |
| | | | | $92,555.59 | | |

**Schneider Electric USA, Inc.**

**Case(s): 337 Clm No: 2166 Clm. Amt: $1,320,282.46**

*Attn: Zey Akan, Esq*
*70 Mechanic St*
*Foxboro, MA 02035*
**Date Filed:** 12/4/2024
**Claim Face Value:** $1,320,282.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,320,282.46 | | |
| | | | | $1,320,282.46 | | |

**Schneider National Carriers, Inc.**

**Case(s): 337 Clm No: 2213 Clm. Amt: $927,404.16**

*Attn: Carl Koski*
*3101 S Packerland Dr*
*Green Bay, WI 54313*
**Date Filed:** 12/4/2024
**Claim Face Value:** $927,404.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $927,404.16 | | |
| | | | | $927,404.16 | | |

**Schneider National Carriers, Inc.**

**Case(s): 337 Clm No: 100024 Clm. Amt: $548,510.96**

*3101 S Packerland Dr*
*Green Bay, WI 54313*
**Date Filed:** 12/5/2024
**Claim Face Value:** $548,510.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $548,510.96 | | $0.00 |
| | | | | $548,510.96 | | $0.00 |

**Schumacher Electric Corporation**

**Case(s): 337 Clm No: 100123 Clm. Amt: $69,735.11**

*14200 FAA Blvd, Ste A*
*Fort Worth, TX 76155*
**Date Filed:** 12/16/2024
**Claim Face Value:** $69,735.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $69,735.11 | Y | $0.00 |
| | | | | $69,735.11 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Schumacher Electric Corporation**
**Case(s): 337 Clm No: 100120 Clm. Amt: $69,735.11**

*14200 FAA Blvd, Ste A*
*Fort Worth, TX 76155*
**Date Filed:** 12/16/2024
**Claim Face Value:** $69,735.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $69,735.11 | | $0.00 |
| | | | | $69,735.11 | | $0.00 |

**Schumacher Electric Corporation**
**Case(s): 337 Clm No: 1734 Clm. Amt: $311,731.18**

*Attn: Meiko Ogura*
*14200 FAA Blvd, Ste A*
*Fort Worth, TX 76155*
**Date Filed:** 11/26/2024
**Claim Face Value:** $311,731.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $13,985.01 | | $0.00 |
| 337 | ADM | Disallowed | | $13,985.01 | | $0.00 |
| 337 | UNS | Allowed | | $283,761.16 | | $311,731.18 |
| | | | | $311,731.18 | | $311,731.18 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Scott Pet Products, Inc.**
**Case(s): 337 Clm No: 2599 Clm. Amt: $26,090.42**

*1543 N US Hwy 41*
*Rockville, IN 47872*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $26,090.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $26,090.42 | | |
| | | | | $26,090.42 | | |

**Scott Pet Products, Inc.**
**Case(s): 337 Clm No: 2357 Clm. Amt: $24,624.80**

*1543 N US Highway 41*
*Rockville, IN 47872*
**Date Filed:** 12/5/2024
**Claim Face Value:** $24,624.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,624.80 | | |
| | | | | $24,624.80 | | |

**Seaboard International Forestproducts, LLC**
**Case(s): 337 Clm No: 1687 Clm. Amt: $65,785.80**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/26/2024
**Claim Face Value:** $65,785.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $65,785.80 | | |
| | | | | $65,785.80 | | |

## Seal It Services, Inc
### Case(s): 337 Clm No: 175 Clm. Amt: $1,224.43

Attn: Janet Reilly
11842 Hamden Pl
Santa Fe Springs, CA 90670
**Date Filed:** 10/17/2024
**Claim Face Value:** $1,224.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,224.43 | | |
| | | | | $1,224.43 | | |

## Securitas Security Services USA, Inc.
### Case(s): 337 Clm No: 2595 Clm. Amt: $77,595.80

9 Campus Dr
Parsippany, NJ 07054
**Date Filed:** 12/19/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $77,595.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $77,595.80 | | $0.00 |
| | | | | $77,595.80 | | $0.00 |

## Securitas Security Services USA, Inc.
### Case(s): 337 Clm No: 1801 Clm. Amt: $104,407.27

9 Campus Dr
Parsippany, NJ 07054
**Date Filed:** 11/27/2024
**Claim Face Value:** $104,407.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $104,407.27 | | |
| | | | | $104,407.27 | | |

## Security Central Inc
### Case(s): 337 Clm No: 2487 Clm. Amt: $364.32

67 Inverness Dr E, Ste B
Englewood, CO 80112
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $364.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $364.32 | | |
| | | | | $364.32 | | |

## Security Equipment Corp
### Case(s): 337 Clm No: 2745 Clm. Amt: $21,022.80

747 Sun Park Dr
Fenton, MO 63026
**Date Filed:** 1/2/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $21,022.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $21,022.80 | | |
| | | | | $21,022.80 | | |

## SedCO Corp
### Case(s): 337 Clm No: 110 Clm. Amt:

Address Not Provided
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1235 Clm. Amt: $10,417.86**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/19/2024
**Amended By Clm #:** 1238
**Claim Face Value:** $10,417.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $10,417.86 | | |
| | | | | $10,417.86 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1236 Clm. Amt: $16,024.96**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/19/2024
**Amended By Clm #:** 1239
**Claim Face Value:** $16,024.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $16,024.96 | | |
| | | | | $16,024.96 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1238 Clm. Amt: $10,417.86**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/19/2024
**Orig. Date Filed:** 11/19/2024
**Amending Clm #:** 1235
**Claim Face Value:** $10,417.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $10,417.86 | | |
| | | | | $10,417.86 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1239 Clm. Amt: $16,024.96**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/19/2024
**Orig. Date Filed:** 11/19/2024
**Amending Clm #:** 1236
**Claim Face Value:** $16,024.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $16,024.96 | | |
| | | | | $16,024.96 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1240 Clm. Amt: $3,902.98**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/19/2024
**Claim Face Value:** $3,902.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,902.98 | | |
| | | | | $3,902.98 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1241 Clm. Amt: $866.40**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/19/2024
**Claim Face Value:** $866.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $866.40 | | |
| | | | | $866.40 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1242 Clm. Amt: $356.80**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/19/2024
**Claim Face Value:** $356.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $356.80 | | |
| | | | | $356.80 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1243 Clm. Amt: $654.24**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/19/2024
**Claim Face Value:** $654.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $654.24 | | |
| | | | | $654.24 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1330 Clm. Amt: $364.80**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $364.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $364.80 | | |
| | | | | $364.80 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1331 Clm. Amt: $1,140.00**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,140.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,140.00 | | |
| | | | | $1,140.00 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1332 Clm. Amt: $1,916.64**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,916.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,916.64 | | |
| | | | | $1,916.64 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1446 Clm. Amt: $456.00**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $456.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $456.00 | | |
| | | | | $456.00 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1447 Clm. Amt: $491.68**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $491.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $491.68 | | |
| | | | | $491.68 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1448 Clm. Amt: $3,588.48**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,588.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,588.48 | | |
| | | | | $3,588.48 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1449 Clm. Amt: $182.40**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $182.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $182.40 | | |
| | | | | $182.40 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1450 Clm. Amt: $2,740.62**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,740.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,740.62 | | |
| | | | | $2,740.62 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1506 Clm. Amt: $3,284.80**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $3,284.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $3,284.80 | | $0.00 |
| | | | | $3,284.80 | | $0.00 |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1513 Clm. Amt: $2,565.12**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $2,565.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,565.12 | | |
| | | | | $2,565.12 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1502 Clm. Amt: $765.28**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $765.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $765.28 | | |
| | | | | $765.28 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1503 Clm. Amt: $1,461.96**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,461.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,461.96 | | |
| | | | | $1,461.96 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1507 Clm. Amt: $2,462.40**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $2,462.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $2,462.40 | | $0.00 |
| | | | | $2,462.40 | | $0.00 |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1490 Clm. Amt: $459.92**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $459.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $459.92 | | |
| | | | | $459.92 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1491 Clm. Amt: $347.52**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $347.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $347.52 | | |
| | | | | $347.52 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1492 Clm. Amt: $2,704.24**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $2,704.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $2,704.24 | | |
| | | | | $2,704.24 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1485 Clm. Amt: $797.16**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $797.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $797.16 | | |
| | | | | $797.16 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1486 Clm. Amt: $321.12**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $321.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $321.12 | | |
| | | | | $321.12 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1487 Clm. Amt: $3,441.76**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $3,441.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,441.76 | | |
| | | | | $3,441.76 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1488 Clm. Amt: $3,426.16**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $3,426.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,426.16 | | |
| | | | | $3,426.16 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1494 Clm. Amt: $1,065.84**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,065.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,065.84 | | |
| | | | | $1,065.84 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1495 Clm. Amt: $182.40**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $182.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $182.40 | | |
| | | | | $182.40 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1497 Clm. Amt: $1,216.88**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,216.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,216.88 | | |
| | | | | $1,216.88 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1498 Clm. Amt: $9,848.00**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $9,848.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $9,848.00 | | |
| | | | | $9,848.00 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1499 Clm. Amt: $3,556.32**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $3,556.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,556.32 | | |
| | | | | $3,556.32 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1471 Clm. Amt: $35.68**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $35.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $35.68 | | |
| | | | | $35.68 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1472 Clm. Amt: $193.70**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $193.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $193.70 | | |
| | | | | $193.70 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1473 Clm. Amt: $761.40**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $761.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $761.40 | | |
| | | | | $761.40 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1478 Clm. Amt: $618.56**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $618.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $618.56 | | |
| | | | | $618.56 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1479 Clm. Amt: $266.50**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $266.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $266.50 | | |
| | | | | $266.50 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1480 Clm. Amt: $35.12**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $35.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35.12 | | |
| | | | | $35.12 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1482 Clm. Amt: $221.76**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $221.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $221.76 | | |
| | | | | $221.76 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1475 Clm. Amt: $319.20**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $319.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $319.20 | | |
| | | | | $319.20 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1476 Clm. Amt: $394.86**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $394.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $394.86 | | |
| | | | | $394.86 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1455 Clm. Amt: $288.32**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $288.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $288.32 | | |
| | | | | $288.32 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1456 Clm. Amt: $2,660.04**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,660.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,660.04 | | |
| | | | | $2,660.04 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1452 Clm. Amt: $1,594.06**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,594.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,594.06 | | |
| | | | | $1,594.06 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1453 Clm. Amt: $205.00**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $205.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $205.00 | | |
| | | | | $205.00 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1454 Clm. Amt: $456.00**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $456.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $456.00 | | |
| | | | | $456.00 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1464 Clm. Amt: $391.08**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $391.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $391.08 | | |
| | | | | $391.08 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1466 Clm. Amt: $1,165.76**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,165.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,165.76 | | |
| | | | | $1,165.76 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1457 Clm. Amt: $3,350.08**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,350.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,350.08 | | |
| | | | | $3,350.08 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1458 Clm. Amt: $1,750.56**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,750.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,750.56 | | |
| | | | | $1,750.56 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1459 Clm. Amt: $3,073.40**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $3,073.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,073.40 | | |
| | | | | $3,073.40 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1460 Clm. Amt: $2,052.00**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $2,052.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,052.00 | | |
| | | | | $2,052.00 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1461 Clm. Amt: $410.40**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $410.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $410.40 | | |
| | | | | $410.40 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1462 Clm. Amt: $1,371.58**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,371.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,371.58 | | |
| | | | | $1,371.58 | | |

**Sellars Absorbent Materials, Inc.**
**Case(s): 337 Clm No: 1469 Clm. Amt: $906.84**

*6565 N 60th St*
*Milwaukee, WI 53223*
**Date Filed:** 11/22/2024
**Claim Face Value:** $906.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $906.84 | | |
| | | | | $906.84 | | |

**Sergeants Pet Care LLC dba Petiq**
**Case(s): 337 Clm No: 453 Clm. Amt: $142,343.31**

*10077 S 134th St*
*Omaha, NE 68138*
**Date Filed:** 10/24/2024
**Claim Face Value:** $142,343.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $142,343.31 | | |
| | | | | $142,343.31 | | |

**SerVaas Laboratories**
**Case(s): 337 Clm No: 1229 Clm. Amt: $69,677.46**

*Attn: Pattie Ray*
*5240 Walt Pl*
*Indianapolis, IN 46254*
**Date Filed:** 11/18/2024
**Claim Face Value:** $69,677.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $69,677.46 | | $0.00 |
| 337 | UNS | Allowed | | | | $69,677.46 |
| | | | | $69,677.46 | | $69,677.46 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

**SerVaas Laboratories, Inc**
**Case(s): 337 Clm No: 1674 Clm. Amt: $69,677.46**

*5240 Walt Pl*
*Indianapolis, IN 46254*
**Date Filed:** 11/25/2024
**Claim Face Value:** $69,677.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $69,677.46 | | |
| | | | | $69,677.46 | | |

## Service Partners LLC
**Case(s): 337 Clm No: 1836 Clm. Amt: $239,897.54**

*Attn: Lydia Campbell*
*475 N Williamson Blvd*
*Daytona Beach, FL 32114*
**Date Filed:** 11/27/2024
**Claim Face Value:** $239,897.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $239,897.54 | | |
| | | | | $239,897.54 | | |

## Service Tool Company LLC
**Case(s): 337 Clm No: 314 Clm. Amt: $211,998.13**

*P.O. Box 12240*
*New Iberia, LA 70562*
**Date Filed:** 10/21/2024
**Claim Face Value:** $211,998.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $211,998.13 | | $0.00 |
| 337 | UNS | Allowed | | | | $211,998.13 |
| | | | | $211,998.13 | | $211,998.13 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Service Tool Company LLC
**Case(s): 337 Clm No: 318 Clm. Amt: $211,998.13**

*P.O. Box 12240*
*New Iberia, LA 70562*
**Date Filed:** 10/21/2024
**Claim Face Value:** $211,998.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $211,998.13 | Y | $0.00 |
| | | | | $211,998.13 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Seven D Wholesale of Florida
**Case(s): 337 Clm No: 1298 Clm. Amt: $132,411.34**

*Attn: Mandy Matthews*
*3229 Pleasant Valley Blvd*
*Altoona, PA 16602*
**Date Filed:** 11/20/2024
**Claim Face Value:** $132,411.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $132,411.34 | | |
| | | | | $132,411.34 | | |

### Seyfarth Shaw, LLP
**Case(s): 337 Clm No: 1917 Clm. Amt: $14,216.50**

*233 S Wacker Dr, Ste 8000*
*Chicago, IL 60606*
**Date Filed:** 11/26/2024
**Claim Face Value:** $14,216.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $14,216.50 | | |
| | | | | $14,216.50 | | |

### Seymour Midwest LLC
**Case(s): 337 Clm No: 2191 Clm. Amt: $277,659.01**

*2666 S Country Club Rd*
*Warsaw, IN 46580*
**Date Filed:** 12/4/2024
**Claim Face Value:** $277,659.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $277,659.01 | | |
| | | | | $277,659.01 | | |

### Shaffer Supply Corp.
**Case(s): 337 Clm No: 100048 Clm. Amt: $9,300.00**

*52 Patterson Rd*
*Meadow Bridge, WV 25976*
**Date Filed:** 12/9/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

### Shanghai Innovative Services Co.,Ltd
**Case(s): 337 Clm No: 921 Clm. Amt: $71,601.84**

*No1937 Baoqian Rd*
*Jiading District, Shanghai*
*China*
*201811*
**Date Filed:** 11/7/2024
**Claim Face Value:** $35,800.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $35,800.92 | | $0.00 |
| 337 | PRI | Disallowed | | $35,800.92 | | $0.00 |
| 337 | SEC | Disallowed | | Unknown | Y | $0.00 |
| | | | | $71,601.84 | | $0.00 |

### Shanghai Xiaobang Household Products CO., Ltd
**Case(s): 337 Clm No: 1005 Clm. Amt: $800.00**

*No 50,155 Lane Xinrong RD Xinqiao Town*
*Songjiang*
*Shanghai, 201612*
*China*
**Date Filed:** 11/9/2024
**Claim Face Value:** $800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $800.00 | | |
| | | | | $800.00 | | |

## Shawn and Olivia Matz
### Case(s): 337 Clm No: 2731 Clm. Amt: $200,000,000.00

*Address Redacted*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $200,000,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $200,000,000.00 | | |
| | | | | $200,000,000.00 | | |

## Shawshank LEDz Inc
### Case(s): 337 Clm No: 773 Clm. Amt: $132,393.18

*Attn: Robert Vasquez*
*330 E Germann Rd, Unit 119*
*Gilbert, AZ 85297*
**Date Filed:** 11/1/2024
**Claim Face Value:** $132,393.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $13,964.44 | | $0.00 |
| 337 | UNS | | | $118,428.74 | | $118,428.74 |
| | | | | $132,393.18 | | $118,428.74 |

## Shelby Group International, Inc.
### Case(s): 337 Clm No: 1798 Clm. Amt: $36,908.12

*c/o Thompson Coburn LLP*
*Attn: David D Farrell*
*1 US Bank Plaza*
*505 N 7th St, Ste 2700*
*St Louis, MO 63101*
**Date Filed:** 11/27/2024
**Claim Face Value:** $36,908.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $36,908.12 | | $0.00 |
| 337 | UNS | Allowed | | | | $15,789.88 |
| | | | | $36,908.12 | | $15,789.88 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

## Shelby Group International, Inc.
### Case(s): 337 Clm No: 2385 Clm. Amt: $6,198.17

*c/o Thompson Coburn LLP*
*Attn: David D Farrell, Esq*
*1 US Bank Plaza*
*505 N 7th St, Ste 2700*
*St Louis, MO 63101*
**Date Filed:** 12/5/2024
**Claim Face Value:** $6,198.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,198.17 | | |
| | | | | $6,198.17 | | |

## Shelter Logic Corp
### Case(s): 337 Clm No: 1540 Clm. Amt: $45,827.26

*150 Callender Rd*
*Watertown, CT 06795*
**Date Filed:** 11/22/2024
**Claim Face Value:** $45,827.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $45,827.26 | | |
| | | | | $45,827.26 | | |

## Shelterlogic Corp
### Case(s): 337 Clm No: 100184 Clm. Amt:

*P.O. Box 830325*
*Philadelphia, PA 19182-0325*
**Date Filed:** 12/19/2024
**Claim Face Value:**

## Sheridan Nurseries Limited
### Case(s): 337 Clm No: 100377 Clm. Amt: $20,758.14

*12302 10th Line*
*Georgetown, ON L7G 4S7*
*Canada*
**Date Filed:** 1/21/2025
**Claim Face Value:** $20,758.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $20,758.14 | | $0.00 |
| | | | | $20,758.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Sheridan Nurseries Limited
### Case(s): 337 Clm No: 309 Clm. Amt: $20,758.14

*Attn: Anthony Liotta*
*12302 10th Line*
*Georgetown, ON L7G 4S7*
*Canada*
**Date Filed:** 10/21/2024
**Claim Face Value:** $20,758.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $20,758.14 | | |
| | | | | $20,758.14 | | |

## Sherwood Lumber
### Case(s): 337 Clm No: 688 Clm. Amt: $131,966.86

*225 Broad Hollow Rd, Ste 310W*
*Melville, NY 11747*
**Date Filed:** 11/1/2024
**Claim Face Value:** $131,966.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $131,966.86 | | |
| | | | | $131,966.86 | | |

## Shijiazhuang Changlun Intl.
**Case(s): 337 Clm No: 2577 Clm. Amt: $44,137.64**

*Attn: Dennis Chang*
*59 EInstein*
*Irvine, CA 92618*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $44,137.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $44,137.64 | | |
| | | | | $44,137.64 | | |

## Shinerich Industrial, Ltd
**Case(s): 337 Clm No: 288 Clm. Amt: $12,798.00**

*8/F Nobel Center, 1006 Fuzhong 3rd Rd*
*Futian District*
*Shenzhen, GD 518026*
*China*
**Date Filed:** 10/21/2024
**Claim Face Value:** $12,798.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $12,798.00 | | |
| | | | | $12,798.00 | | |

## Shop-Vac USA LLC
**Case(s): 337 Clm No: 1716 Clm. Amt: $782.28**

*c/o Parker Poe Adams & Bernstein LLP*
*Attn: Chip Ford*
*620 S Tryon St, Ste 800*
*Charlotte, NC 28202*
**Date Filed:** 11/26/2024
**Claim Face Value:** $782.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $782.28 | | |
| | | | | $782.28 | | |

## Shuqualak Lumber Company, Inc.
**Case(s): 337 Clm No: 1118 Clm. Amt: $10,427.37**

*Attn: William Anderson Thomas Jr*
*P.O. Box 68*
*Shuqualak, MS 39361*
**Date Filed:** 11/15/2024
**Claim Face Value:** $10,427.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,427.37 | | |
| | | | | $10,427.37 | | |

## Shurtape Technologies, LLC
**Case(s): 337 Clm No: 2134 Clm. Amt: $177,190.63**

*32150 Just Imagine Dr*
*Avon, OH 44011*
**Date Filed:** 12/4/2024
**Claim Face Value:** $177,190.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $812.18 | | $0.00 |
| 337 | UNS | | | $176,378.45 | | |
| | | | | $177,190.63 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## SICO America, Inc.
### Case(s): 337 Clm No: 1702 Clm. Amt: $3,368.80

*7525 Cahill Rd*
*Minneapolis, MN 55439-2738*
**Date Filed:** 11/26/2024
**Claim Face Value:** $3,368.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,368.80 | | |
| | | | | $3,368.80 | | |

## Siemens Industry, Inc.
### Case(s): 337 Clm No: 1701 Clm. Amt: $139,731.99

*Attn: Stephanie Mitchell*
*4800 N Point Pkwy*
*Alpharetta, GA 30022*
**Date Filed:** 11/26/2024
**Claim Face Value:** $139,731.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $139,731.99 | | |
| | | | | $139,731.99 | | |

## siffron
### Case(s): 341 Clm No: 36 Clm. Amt: $777.40

*8181 Darrow Rd*
*Twinsburg, OH 44087-2303*
**Date Filed:** 12/19/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $777.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | 503(b)(9) | Disallowed | | $777.40 | | $0.00 |
| | | | | $777.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Sika Corporation
### Case(s): 337 Clm No: 185 Clm. Amt: $46,974.52

*201 Polito Ave*
*Lyndhurst, NJ 07071*
**Date Filed:** 10/17/2024
**Claim Face Value:** $46,974.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $46,974.52 | | |
| | | | | $46,974.52 | | |

## Sika Corporation
### Case(s): 337 Clm No: 1042 Clm. Amt: $285,222.28

*201 Polito Ave*
*Lyndhurst, NJ 07071*
**Date Filed:** 11/13/2024
**Claim Face Value:** $285,222.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $285,222.28 | | |
| | | | | $285,222.28 | | |

## Silgan Dispensing Systems Corporation
**Case(s): 337 Clm No: 1857 Clm. Amt: $1.00**

*c/o Hirschler Fleischer, PC*
*Attn: Kollin G Bender*
*P.O. Box 500*
*2100 E Cary St*
*Richmond, VA 23230*
**Date Filed:** 11/27/2024
**Amended By Clm #:** 2286
**Claim Face Value:** $1.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $1.00 | Y | $0.00 |
| | | | | $1.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Silgan Dispensing Systems Corporation
**Case(s): 337 Clm No: 2289 Clm. Amt: $13,608.94**

*c/o Hirschler Fleischer, PC*
*Attn: Kollin G Bender*
*P.O. Box 500*
*2100 E Cary St*
*Richmond, VA 23230*
**Date Filed:** 12/5/2024
**Claim Face Value:** $13,608.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,608.94 | | |
| | | | | $13,608.94 | | |

## Silgan Dispensing Systems Corporation
**Case(s): 337 Clm No: 2286 Clm. Amt: $2,534.41**

*c/o Hirschler Fleischer, PC*
*Attn: Kollin G Bender*
*2100 E Cary St*
*P.O. Box 500*
*Richmond, VA 23230*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1857
**Claim Face Value:** $2,534.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $2,534.41 | | $0.00 |
| | | | | $2,534.41 | | $0.00 |

## Silgan Dispensing Systems Corporation
**Case(s): 337 Clm No: 100220 Clm. Amt: $2,534.41**

*1001 Haxall Point*
*Richmond, VA 23219*
**Date Filed:** 12/20/2024
**Claim Face Value:** $2,534.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $2,534.41 | | $0.00 |
| | | | | $2,534.41 | | $0.00 |

## Silvaris Corporation
**Case(s): 337 Clm No: 2513 Clm. Amt: $16,617.98**

*Attn: Steven Giboney*
*3015 112th Ave NE, Ste 214*
*Bellevue, WA 98004*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $16,617.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,617.98 | | |
| | | | | $16,617.98 | | |

## Simmons Mfg Company, LLC
### Case(s): 337 Clm No: 2189 Clm. Amt: $6,695.32

Attn: Leigh Harrison
1608 Hwy 20 E
McDonough, GA 30252
**Date Filed:** 12/3/2024
**Claim Face Value:** $6,695.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $3,062.60 | | $0.00 |
| 337 | UNS | | | $3,632.72 | | |
| | | | | $6,695.32 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Simple Living Solutions, LLC
### Case(s): 337 Clm No: 2266 Clm. Amt: $22,077.24

7500 E McDonald Dr, Ste 100A
Scottsdale, AZ 85250
**Date Filed:** 12/5/2024
**Claim Face Value:** $22,077.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $22,077.24 | | |
| | | | | $22,077.24 | | |

## Simpson Strong-Tie Company Inc.
### Case(s): 337 Clm No: 1198 Clm. Amt: $732,402.92

Attn: Cassandra Payton
5956 W Las Positas Blvd
Pleasanton, CA 94588
**Date Filed:** 11/18/2024
**Claim Face Value:** $732,402.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $732,402.92 | | |
| | | | | $732,402.92 | | |

## Sip Brands, LLC
### Case(s): 337 Clm No: 2543 Clm. Amt: $240.00

620 N Rock Rd, Ste 320, Unit 126
Derby, KS 67037
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $240.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $240.00 | | |
| | | | | $240.00 | | |

## Sirv Limited
### Case(s): 337 Clm No: 613 Clm. Amt: $14,985.00

Attn: Jake Brumby
9 Cowley Rd
Oxford
United Kingdom
**Date Filed:** 10/30/2024
**Claim Face Value:** $14,985.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $14,985.00 | | |
| | | | | $14,985.00 | | |

## SiteOne Landscape Supply, LLC
**Case(s): 337 Clm No: 682 Clm. Amt: $11,076.48**

*300 Colonial Ctr Pkwy, Ste 550*
*Roswell, GA 30076*
**Date Filed:** 10/28/2024
**Amended By Clm #:** 3056
**Claim Face Value:** $11,076.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,076.48 | | |
| | | | | $11,076.48 | | |

## SiteOne Landscape Supply, LLC
**Case(s): 337 Clm No: 3056 Clm. Amt: $11,076.48**

*300 Colonial Ctr Pkwy, Ste 550*
*Roswell, GA 30076*
**Date Filed:** 8/22/2025
**Orig. Date Filed:** 10/28/2024
**Amending Clm #:** 682
**Claim Face Value:** $11,076.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,076.48 | | |
| | | | | $11,076.48 | | |

## Sitka Forest Products Inc
**Case(s): 337 Clm No: 1696 Clm. Amt: $45,449.60**

*6800 Thimens Blvd*
*Montreal, QC H4S 1S5*
*Canada*
**Date Filed:** 11/26/2024
**Claim Face Value:** $45,449.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $45,449.60 | | |
| | | | | $45,449.60 | | |

## SKF USA Industrial Market - Lubrication Bus Unit
**Case(s): 342 Clm No: 1 Clm. Amt: $19,913.00**

*801 Lakeview Dr, Ste 120*
*Blue Bell, PA 19422*
**Date Filed:** 10/14/2024
**Claim Face Value:** $19,913.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | UNS | | | $19,913.00 | | |
| | | | | $19,913.00 | | |

## Skyjack Equipment, Inc
**Case(s): 337 Clm No: 2882 Clm. Amt: $8,555.24**

*2525 Enterprise Cir, Ste 1*
*W Chicago, IL 60185*
**Date Filed:** 2/13/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,555.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,555.24 | | |
| | | | | $8,555.24 | | |

## Skyline Builders Supply, LLC
**Case(s): 337 Clm No: 100314 Clm. Amt: $15,883.22**

*538 W 100 S*
*Ephraim, UT 84627*
**Date Filed:** 12/23/2024
**Claim Face Value:** $15,883.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $15,883.22 | | $0.00 |
| | | | | $15,883.22 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Smart Source
**Case(s): 337 Clm No: 72 Clm. Amt:**

*P.O. Box 2540*
*Hicksville, NY 11802-2540*
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Smartworks Consumer Products
**Case(s): 337 Clm No: 450 Clm. Amt: $15,159.84**

*Attn: Vijay Lund*
*800-B Apgar Dr*
*Somerset, NJ 08873*
**Date Filed:** 10/24/2024
**Claim Face Value:** $15,159.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $15,159.84 | | |
| | | | | $15,159.84 | | |

## Smith Air Center, Inc.
**Case(s): 337 Clm No: 1266 Clm. Amt: $1,374.25**

*26 Sams Rd*
*Scott Township, PA 18447*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,374.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,374.25 | | |
| | | | | $1,374.25 | | |

## Smith Transport
**Case(s): 337 Clm No: 100054 Clm. Amt: $777.02**

*153 Smith Transport Rd*
*Roaring Spring, PA 16673*
**Date Filed:** 12/9/2024
**Claim Face Value:** $777.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $777.02 | | $0.00 |
| 337 | UNS | Allowed | | | | $777.02 |
| | | | | $777.02 | | $777.02 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Smith Transport LLC
### Case(s): 337 Clm No: 367 Clm. Amt: $42,309.22

*Attn: Amy Spicher*
*901 Heartland Way*
*N Liberty, IA 52317*
**Date Filed:** 10/24/2024
**Claim Face Value:** $42,309.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $42,309.22 | | |
| | | | | $42,309.22 | | |

## Smith's Consumer Products
### Case(s): 337 Clm No: 2416 Clm. Amt: $13,083.53

*747 Mid America Blvd*
*Hot Springs, AR 71913*
**Date Filed:** 12/3/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $13,083.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $222.00 | | $0.00 |
| 337 | UNS | | | $12,861.53 | | |
| | | | | $13,083.53 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Smitty's Supply, Inc.
### Case(s): 337 Clm No: 100299 Clm. Amt: $62,777.74

*P.O. Box 530*
*Roseland, LA 70456*
**Date Filed:** 12/23/2024
**Claim Face Value:** $62,777.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $62,777.74 | | $0.00 |
| 337 | UNS | Allowed | | | | $35,133.66 |
| | | | | $62,777.74 | | $35,133.66 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Smitty's Supply, Inc.
### Case(s): 337 Clm No: 1278 Clm. Amt: $178,334.15

*c/o A Bradley Berner, APLC*
*1250 SW Railroad Ave, Ste 230*
*Hammond, LA 70403*
**Date Filed:** 11/19/2024
**Claim Face Value:** $178,334.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $178,334.15 | | |
| | | | | $178,334.15 | | |

### Smokey Mountain Chew, Inc.
**Case(s): 337 Clm No: 2410 Clm. Amt: $15,989.00**

*365 Post Rd*
*Darien, CT 06820*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,989.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $15,989.00 | | |
| | | | | $15,989.00 | | |

### SMV Industries, Inc
**Case(s): 337 Clm No: 413 Clm. Amt: $42,986.47**

*P.O. Box 1094*
*51213 195th St*
*Council Bluffs, IA 51502*
**Date Filed:** 10/22/2024
**Claim Face Value:** $42,986.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $4,134.44 | | $0.00 |
| 337 | UNS | | | $38,852.03 | | $38,852.03 |
| | | | | $42,986.47 | | $38,852.03 |

### Snohomish Co-op Inc
**Case(s): 337 Clm No: 1256 Clm. Amt: $8,943.11**

*168 Lincoln Ave*
*Snohomish, WA 98290*
**Date Filed:** 11/19/2024
**Claim Face Value:** $8,943.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,943.11 | | |
| | | | | $8,943.11 | | |

### Snorkel International LLC
**Case(s): 337 Clm No: 2449 Clm. Amt: $496,069.04**

*P.O. Box 1160*
*St Joseph, MO 64502*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $496,069.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $496,069.04 | | |
| | | | | $496,069.04 | | |

### Société JJA
**Case(s): 337 Clm No: 1119 Clm. Amt: $725,183.82**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $725,183.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $725,183.82 | | |
| | | | | $725,183.82 | | |

### SodaStream USA Inc.
**Case(s): 337 Clm No: 1894 Clm. Amt: $105,046.10**

*1130 Thomas Busch Memorial Hwy*
*Pennsuaken, NJ 08110*
**Date Filed:** 11/27/2024
**Claim Face Value:** $105,046.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $105,046.10 | | |
| | | | | $105,046.10 | | |

### Solar Group / Architectural Mailboxes
**Case(s): 337 Clm No: 481 Clm. Amt: $160,527.96**

*Attn: Barbara Day*
*5935 Corporate Dr*
*Manhattan, KS 66503*
**Date Filed:** 10/25/2024
**Claim Face Value:** $160,527.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $160,527.96 | | |
| | | | | $160,527.96 | | |

### Solaris Paper, Inc.
**Case(s): 337 Clm No: 2463 Clm. Amt: $30,846.72**

*770 The City Dr S, Ste 3000*
*Orange, CA 92868*
**Date Filed:** 12/11/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $30,846.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $30,846.72 | | |
| | | | | $30,846.72 | | |

### Solo Stove
**Case(s): 341 Clm No: 34 Clm. Amt: $132,935.00**

*1001 Mustang Dr*
*Grapevine, TX 76051*
**Date Filed:** 12/8/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $132,935.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 341 | UNS | | | $132,935.00 | | |
| | | | | $132,935.00 | | |

### Solo, Inc
**Case(s): 337 Clm No: 204 Clm. Amt: $59,914.26**

*201 Enterprise Dr*
*Newport News, VA 23603*
**Date Filed:** 10/18/2024
**Claim Face Value:** $59,914.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $59,914.26 | | |
| | | | | $59,914.26 | | |

### Solo, Inc
**Case(s): 337 Clm No: 2651 Clm. Amt: $7,085.38**

*201 Enterprise Dr*
*Newport News, VA 23603*
**Date Filed:** 12/20/2024
**Bar Date:** 11/24/2024
**Claim Face Value:** $7,085.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $7,085.38 | | $0.00 |
| | | | | $7,085.38 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

### Solo, Inc
**Case(s): 337 Clm No: 2989 Clm. Amt: $7,085.38**

*201 Enterprise Dr*
*Newport News, VA 23603*
**Date Filed:** 5/2/2025
**Claim Face Value:** $7,085.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $7,085.38 | | $0.00 |
| | | | | $7,085.38 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/27/2025 | 1245 | Objection Granted | 07/08/2025 | 1431 |

### Solo, Inc
**Case(s): 337 Clm No: 3008 Clm. Amt: $3,109.08**

*201 Enterprise Dr*
*Newport News, VA 23603*
**Date Filed:** 5/23/2025
**Bar Date:** 11/27/2024
**Claim Face Value:** $3,109.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | | | Unknown | Y | |
| 337 | UNS | | | $3,109.08 | | |
| | | | | $3,109.08 | | |

### Solo, Inc
**Case(s): 337 Clm No: 635 Clm. Amt: $59,914.26**

*201 Enterprise Dr*
*Newport News, VA 23603*
**Date Filed:** 10/28/2024
**Claim Face Value:** $59,914.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $59,914.26 | | |
| | | | | $59,914.26 | | |

**Somerset Leasing Corp. 27**
**Case(s): 337 Clm No: 100294 Clm. Amt: $33,110.92**

c/o McCarter & English LLP
Attn: Yan Borodanski, Esq
4 Gateway Center
100 Mulberry St
Newark, NJ 07102
**Date Filed:** 12/23/2024
**Claim Face Value:** $33,110.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $33,110.92 | | $0.00 |
| | | | | $33,110.92 | | $0.00 |

**Somerset Leasing Corp. 27**
**Case(s): 337 Clm No: 1937 Clm. Amt: $35,097.58**

c/o McCarter & English LLP
Attn: Inez Markovich
1600 Market St, Ste 3900
Philadelphia, PA 19103
**Date Filed:** 11/27/2024
**Claim Face Value:** $35,097.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,097.58 | | |
| | | | | $35,097.58 | | |

**Somerset Leasing Corp. XXII**
**Case(s): 337 Clm No: 1938 Clm. Amt: $315.95**

c/o McCarter & English LLP
Attn: Inez Markovich
1600 Market St, Ste 3900
Philadelphia, PA 19103
**Date Filed:** 11/27/2024
**Claim Face Value:** $315.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $315.95 | | |
| | | | | $315.95 | | |

**Somerset Leasing Corp. XXII**
**Case(s): 337 Clm No: 1939 Clm. Amt: $73,390.00**

c/o McCarter & English LLP
Attn: Inez Markovich
1600 Market St, Ste 3900
Philadelphia, PA 19103
**Date Filed:** 11/27/2024
**Claim Face Value:** $73,390.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $73,390.00 | | |
| | | | | $73,390.00 | | |

**Somerset Leasing Corp. XXII**
**Case(s): 340 Clm No: 7 Clm. Amt: $73,390.00**

c/o McCarter & English LLP
Attn: Inez Markovich
1600 Market St, Ste 3900
Philadelphia, PA 19103
**Date Filed:** 11/27/2024
**Claim Face Value:** $73,390.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | UNS | | | $73,390.00 | | |
| | | | | $73,390.00 | | |

**Somerset Leasing Corp. XXII**
**Case(s): 337 Clm No: 100291 Clm. Amt: $13,613.85**

*c/o McCarter & English LLP*
*Attn: Yan Borodanski, Esq*
*4 Gateway Center*
*100 Mulberry St*
*Newark, NJ 07102*
**Date Filed:** 12/23/2024
**Claim Face Value:** $13,613.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $13,613.85 | Y | $0.00 |
| | | | | $13,613.85 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Somerset Leasing Corp. XXII**
**Case(s): 337 Clm No: 100292 Clm. Amt: $13,613.85**

*c/o McCarter & English LLP*
*Attn: Yan Borodanski, Esq*
*4 Gateway Center*
*100 Mulberry St*
*Newark, NJ 07102*
**Date Filed:** 12/23/2024
**Claim Face Value:** $13,613.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $13,613.85 | Y | $0.00 |
| | | | | $13,613.85 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Somerset Leasing Corp. XXII**
**Case(s): 337 Clm No: 100289 Clm. Amt: $13,613.85**

*c/o McCarter & English LLP*
*Attn: Yan Borodanski, Esq*
*4 Gateway Center*
*100 Mulberry St*
*Newark, NJ 07102*
**Date Filed:** 12/23/2024
**Claim Face Value:** $13,613.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $13,613.85 | | $0.00 |
| | | | | $13,613.85 | | $0.00 |

**Somerset Leasing XXV, LLC**
**Case(s): 337 Clm No: 100296 Clm. Amt: $11,840.86**

*c/o McCarter & English LLP*
*Attn: Yan Borodanski, Esq*
*4 Gateway Center*
*100 Mulberry St*
*Newark, NJ 07102*
**Date Filed:** 12/23/2024
**Claim Face Value:** $11,840.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $11,840.86 | | $0.00 |
| | | | | $11,840.86 | | $0.00 |

**Somerset Leasing XXV, LLC**
**Case(s): 337 Clm No: 1936 Clm. Amt: $26,811.12**

*c/o McCarter & English LLP*
*Attn: Inez Markovich*
*1600 Market St, Ste 3900*
*Philadelphia, PA 19103*
**Date Filed:** 11/27/2024
**Claim Face Value:** $26,811.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $26,811.12 | | |
| | | | | $26,811.12 | | |

## Sonoco Metal Packaging, LLC
**Case(s): 337 Clm No: 1578 Clm. Amt: $385,774.56**

c/o Haynsworth Sinkler Boyd, PA
Attn: Stanley H McGuffin, Esq
P.O. Box 11889
Columbia, SC 29211
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $385,774.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $113,117.15 | | $0.00 |
| 337 | UNS | | | $272,657.41 | | $272,657.41 |
| | | | | $385,774.56 | | $272,657.41 |

## Sonoco Metal Packaging, LLC
**Case(s): 337 Clm No: 1576 Clm. Amt: $54,198.00**

c/o Haynsworth Sinkler Boyd, PA
Attn: Stanley H McGuffin, Esq
P.O. Box 11889
Columbia, SC 29211
**Date Filed:** 11/25/2024
**Claim Face Value:** $54,198.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $54,198.00 | | |
| | | | | $54,198.00 | | |

## Source Advantage Ltd
**Case(s): 337 Clm No: 379 Clm. Amt: $24,180.56**

c/o Red Carpet Studios
107 Northeast Dr
Loveland, OH 45140
**Date Filed:** 10/22/2024
**Claim Face Value:** $24,180.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,190.30 | | $0.00 |
| 337 | UNS | Allowed | | $22,990.26 | | $24,180.56 |
| | | | | $24,180.56 | | $24,180.56 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## South Coast Air Quality Management District
**Case(s): 340 Clm No: 23 Clm. Amt: $32,000.00**

c/o General Counsel's Office
Attn: Brian Tomasovic
21865 Copley Dr
Diamond Bar, CA 91765
**Date Filed:** 4/11/2025
**Claim Face Value:** $32,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 340 | UNS | | | $32,000.00 | | |
| | | | | $32,000.00 | | |

## South Dakota Department of Revenue
**Case(s): 337 Clm No: 910 Clm. Amt: $426.08**

445 E Capitol Ave
Pierre, SD 57501
**Date Filed:** 11/7/2024
**Claim Face Value:** $426.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $426.08 | | $0.00 |
| | | | | $426.08 | | $0.00 |

## South Town True Value Hdwe.
**Case(s): 337 Clm No: 100021 Clm. Amt: $19,753.27**

*550 E Wood St*
*Ashdown, AR 71822*
**Date Filed:** 12/5/2024
**Claim Face Value:** $19,753.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $19,753.27 | | $0.00 |
| | | | | $19,753.27 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Southeast Consolidators, Inc
**Case(s): 337 Clm No: 607 Clm. Amt: $19,958.46**

*P.O. Box 430*
*Conley, GA 30288*
**Date Filed:** 10/29/2024
**Claim Face Value:** $19,958.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,958.46 | | |
| | | | | $19,958.46 | | |

## Southeast Consolidators, Inc.
**Case(s): 337 Clm No: 100137 Clm. Amt:**

*P.O. Box 469*
*Conley, GA 30288*
**Date Filed:** 12/17/2024
**Claim Face Value:**

## Southeastern Freight Line
**Case(s): 341 Clm No: 18 Clm. Amt: $593,137.00**

*P.O. Box 1691*
*Columbia, SC 29202*
**Date Filed:** 11/23/2024
**Claim Face Value:** $593,137.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | UNS | | | $593,137.00 | | |
| | | | | $593,137.00 | | |

## Southern Shutter Company
**Case(s): 337 Clm No: 9 Clm. Amt: $18,102.35**

*P.O. Box 972*
*Montgomery, AL 36101*
**Date Filed:** 10/15/2024
**Claim Face Value:** $18,102.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $18,102.35 | | $0.00 |
| 337 | UNS | Allowed | | | | $18,102.35 |
| | | | | $18,102.35 | | $18,102.35 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/28/2025 | 1484 |

## Southwest Forest Products, Inc.
### Case(s): 337 Clm No: 800 Clm. Amt: $18,896.40

*Attn: Hoang Duong*
*2828 S 35th Ave*
*Phoenix, AZ 85009*
**Date Filed:** 11/4/2024
**Claim Face Value:** $18,896.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $18,896.40 | | |
| | | | | $18,896.40 | | |

## Southwire Company LLC
### Case(s): 337 Clm No: 100301 Clm. Amt: $63,963.00

*c/o Bradley Arant Boult Cummings*
*Attn: Bryan Bates*
*1230 Peachtree St NE, Ste 2100*
*Atlanta, GA 30309*
**Date Filed:** 12/23/2024
**Claim Face Value:** $63,963.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $63,963.00 | | $0.00 |
| | | | | $63,963.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 07/01/2025 | 1388 | Objection Filed | | |

## Southwire Company LLC
### Case(s): 337 Clm No: 1723 Clm. Amt: $3,653,005.33

*c/o Bradley Arant Boult Cummings*
*Attn: Bryan Bates*
*1230 Peachtree St NE, Ste 2100*
*Atlanta, GA 30309*
**Date Filed:** 11/26/2024
**Claim Face Value:** $3,653,005.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $398,632.08 | | $0.00 |
| 337 | UNS | Allowed | | $3,254,373.25 | | $3,323,335.71 |
| | | | | $3,653,005.33 | | $3,323,335.71 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## Southwire Company LLC
### Case(s): 337 Clm No: 2016 Clm. Amt: $3,653,005.33

c/o Bradley Arant Boult Cummings
Attn: Bryan Bates
1230 Peachtree St NE, Ste 2100
Atlanta, GA 30309
**Date Filed:** 11/29/2024
**Claim Face Value:** $3,653,005.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $398,632.08 | Y | $0.00 |
| 337 | UNS | Disallowed | | $3,254,373.25 | Y | $0.00 |
| | | | | $3,653,005.33 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Sovos Compliance, LLC
### Case(s): 337 Clm No: 2559 Clm. Amt: $7,670.00

Attn: Romi Martin
1055 Howell Mill Rd, Ste 750
Atlanta, GA 30318
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $7,670.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $7,670.00 | | |
| | | | | $7,670.00 | | |

## Spark Innovation LLC
### Case(s): 337 Clm No: 553 Clm. Amt: $2,815.20

Attn: Becky Quinn
1375 S 500 E, Ste 125
American Fork, UT 84003
**Date Filed:** 10/28/2024
**Claim Face Value:** $2,815.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,815.20 | | |
| | | | | $2,815.20 | | |

## Spark Innovation LLC
### Case(s): 337 Clm No: 556 Clm. Amt: $2,815.20

Attn: Becky Quinn
1375 S 500 E, Ste 125
American Fork, UT 84003
**Date Filed:** 10/28/2024
**Claim Face Value:** $2,815.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,815.20 | | |
| | | | | $2,815.20 | | |

## Special Made Goods & Services, Inc.
### Case(s): 337 Clm No: 2493 Clm. Amt: $2,592.36

141 Marcel Dr
Winchester, VA 22602
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,592.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,592.36 | | |
| | | | | $2,592.36 | | |

**Spectrum Brands, Inc.**
**Case(s): 337 Clm No: 1230 Clm. Amt: $1,326,905.20**

Attn: Karen Tomaszewski
1 Rider Trail Plaza Dr, 4th Fl
Earth City, MO 63045
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,326,905.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $28,949.98 | | $0.00 |
| 337 | UNS | | | $1,297,955.22 | | $1,297,955.22 |
| | | | | $1,326,905.20 | | $1,297,955.22 |

**Spiceology, Inc**
**Case(s): 337 Clm No: 625 Clm. Amt: $5,702.73**

2770 E Ferry Ave
Spokane, WA 99202
**Date Filed:** 10/30/2024
**Claim Face Value:** $5,702.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,702.73 | | |
| | | | | $5,702.73 | | |

**Splat-R-Ball, LLC**
**Case(s): 337 Clm No: 97 Clm. Amt: $5,673.81**

1700 N 2nd St
Rogers, AR 72756
**Date Filed:** 10/16/2024
**Claim Face Value:** $5,673.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,673.81 | | |
| | | | | $5,673.81 | | |

**Splat-R-Ball, LLC**
**Case(s): 337 Clm No: 1057 Clm. Amt: $5,673.81**

1700 N 2nd St
Rogers, AR 72756
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,673.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $5,673.81 | | |
| | | | | $5,673.81 | | |

## Spoontiques, Inc.
### Case(s): 337 Clm No: 2540 Clm. Amt: $21,585.25

*111 Island St*
*Stoughton, MA 02072*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $21,585.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $11,379.53 | | $0.00 |
| 337 | UNS | | | $10,205.72 | | |
| | | | | $21,585.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Sport Dimension, Inc
### Case(s): 337 Clm No: 1984 Clm. Amt: $3,691.41

*1 Civic Plaza Dr, Ste 600*
*Carson, CA 90745*
**Date Filed:** 11/27/2024
**Claim Face Value:** $3,691.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,691.41 | | |
| | | | | $3,691.41 | | |

## Sports Licensing Solutions, LLC
### Case(s): 337 Clm No: 226 Clm. Amt: $104,562.96

*3950 Steve Reynolds Blvd*
*Norcross, GA 30093*
**Date Filed:** 10/18/2024
**Amended By Clm #:** 2707
**Claim Face Value:** $104,562.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $104,562.96 | | |
| | | | | $104,562.96 | | |

## Sports Licensing Solutions, LLC
### Case(s): 337 Clm No: 2707 Clm. Amt: $188,234.61

*Attn: Tom Tebedo*
*3950 Steve Reynolds Blvd*
*Norcross, GA 30093*
**Date Filed:** 12/24/2024
**Orig. Date Filed:** 10/18/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 226
**Claim Face Value:** $188,234.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $188,234.61 | | |
| | | | | $188,234.61 | | |

## Sprague Pest Solutions
### Case(s): 337 Clm No: 2542 Clm. Amt: $1,215.00

*P.O. Box 2222*
*Tacoma, WA 98401*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,215.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,215.00 | | |
| | | | | $1,215.00 | | |

## Springfield Utility Board
### Case(s): 337 Clm No: 2601 Clm. Amt: $21,994.01

*P.O. Box 300*
*Springfield, OR 97477*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $21,994.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,994.01 | | |
| | | | | $21,994.01 | | |

## Springfield Utility Board
### Case(s): 337 Clm No: 100179 Clm. Amt: $19,893.26

*P.O. Box 300*
*Springfield, OR 97477-0077*
**Date Filed:** 12/18/2024
**Claim Face Value:** $19,893.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $19,893.26 | | $0.00 |
| | | | | $19,893.26 | | $0.00 |

## SSI Avera LLC
### Case(s): 337 Clm No: 315 Clm. Amt: $34,098.00

*Attn: Aletha Murphy*
*2025 N Wabash Ave*
*Kokomo, IN 46901*
**Date Filed:** 10/21/2024
**Claim Face Value:** $34,098.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $34,098.00 | | |
| | | | | $34,098.00 | | |

## Stabila Inc
### Case(s): 337 Clm No: 1078 Clm. Amt: $14,790.36

*2101 Galvin Dr, Ste 100*
*Elgin, IL 60124*
**Date Filed:** 11/14/2024
**Claim Face Value:** $14,790.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $5,213.10 | | $0.00 |
| 337 | UNS | Allowed | | $9,577.26 | | $14,790.36 |
| | | | | $14,790.36 | | $14,790.36 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 07/28/2025 | 1485 |

## Stabila, Inc
### Case(s): 337 Clm No: 100262 Clm. Amt: $5,213.10

*2101 Galvin Dr, Ste 100*
*Elgin, IL 60124*
**Date Filed:** 12/20/2024
**Claim Face Value:** $5,213.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $5,213.10 | | $0.00 |
| | | | | $5,213.10 | | $0.00 |

**Stanco Metal Products, Inc**
**Case(s): 337 Clm No: 486 Clm. Amt:**

*2101 168th Ave*
*Grand Haven, MI 49417*
**Date Filed:** 10/23/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | | | |

**Standard Roofing & Repair**
**Case(s): 337 Clm No: 2032 Clm. Amt: $13,998.00**

*Attn: William Arendt*
*7035 Veterans Blvd, Ste A*
*Burr Ridge, IL 60527*
**Date Filed:** 12/2/2024
**Claim Face Value:** $13,998.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | Withdrawn | | $13,998.00 | | $0.00 |
| | | | | $13,998.00 | | $0.00 |

**Standlee Premium Products, LLC**
**Case(s): 337 Clm No: 1089 Clm. Amt: $100,486.87**

*Attn: John O Fitzgerald, II*
*22349 Kimberly Rd, Ste E*
*Kimberly, ID 83341*
**Date Filed:** 11/14/2024
**Claim Face Value:** $100,486.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $17,952.72 | | $0.00 |
| 337 | UNS | | | $82,534.15 | | $82,534.15 |
| | | | | $100,486.87 | | $82,534.15 |

**Stanley Engineered Fastening, LLC**
**Case(s): 337 Clm No: 1822 Clm. Amt: $4,678.00**

*c/o Miles & Stockbridge, PC*
*Attn: Emily Devan*
*100 Light St*
*Baltimore, MD 21202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $4,678.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $4,678.00 | | |
| | | | | $4,678.00 | | |

**Staples Oil Co. Inc**
**Case(s): 337 Clm No: 2818 Clm. Amt: $2,934.58**

*1680 Redding Ave N*
*Windom, MN 56101*
**Date Filed:** 1/17/2025
**Orig. Date Filed:** 12/4/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2252
**Claim Face Value:** $2,934.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $2,934.58 | | |
| | | | | $2,934.58 | | |

## Staples Oil Company, Inc
### Case(s): 337 Clm No: 2252 Clm. Amt: $1,646.95

*1680 N Redding Ave*
*Windom, MN 56101*
**Date Filed:** 12/4/2024
**Amended By Clm #:** 2818
**Claim Face Value:** $1,646.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,646.95 | | |
| | | | | $1,646.95 | | |

## Staples, Inc
### Case(s): 337 Clm No: 2467 Clm. Amt: $75,644.41

*Attn: Tom Riggleman*
*P.O. Box 102419*
*Columbia, SC 29224*
**Date Filed:** 12/12/2024
**Claim Face Value:** $75,644.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $75,644.41 | | $0.00 |
| | | | | $75,644.41 | | $0.00 |

## Staples, Inc.
### Case(s): 337 Clm No: 916 Clm. Amt: $520,582.12

*Attn: Shane Anderson*
*P.O. Box 102419*
*Columbia, SC 29224*
**Date Filed:** 11/4/2024
**Claim Face Value:** $520,582.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $31,265.16 | | $0.00 |
| 337 | UNS | Allowed | | $489,316.96 | | $514,841.54 |
| | | | | $520,582.12 | | $514,841.54 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Star Brite Distributing Inc
### Case(s): 337 Clm No: 1051 Clm. Amt: $25,262.40

*4041 SW 47th Ave*
*Fort Lauderdale, FL 33314*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $25,262.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $25,262.40 | | |
| | | | | $25,262.40 | | |

## Star Elite
### Case(s): 337 Clm No: 2265 Clm. Amt: $29,372.64

*c/o Coface North America Insurance Company*
*Attn: Luis Torres*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 12/5/2024
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1677
**Claim Face Value:** $29,372.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $29,372.64 | | |
| | | | | $29,372.64 | | |

### Star Step Richard's Paint LLC
**Case(s): 337 Clm No: 80 Clm. Amt:**

*200 Paint St*
*Rockledge, FL 32955*
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

### Star Step Richard's Paint, LLC
**Case(s): 340 Clm No: 5 Clm. Amt: $9,136.00**

*Attn: Stephen R Simmons*
*200 Paint St*
*Rockledge, FL 32955*
**Date Filed:** 11/18/2024
**Claim Face Value:** $9,136.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | UNS | | | $9,136.00 | | |
| | | | | $9,136.00 | | |

### State of Alabama, Department of Revenue
**Case(s): 337 Clm No: 917 Clm. Amt: $476.95**

*c/o Legal Division*
*P.O. Box 320001*
*Montgomery, AL 36132-0001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $476.95

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $97.93 | | $0.00 |
| 337 | UNS | | | $379.02 | | $379.02 |
| | | | | $476.95 | | $379.02 |

### State of Alabama, Department of Revenue
**Case(s): 337 Clm No: 918 Clm. Amt: $564.88**

*c/o Legal Division*
*P.O. Box 320001*
*Montgomery, AL 36132-0001*
**Date Filed:** 11/5/2024
**Claim Face Value:** $564.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $564.88 | | $0.00 |
| | | | | $564.88 | | $0.00 |

### State of Michigan, Department of Treasury
**Case(s): 337 Clm No: 100409 Clm. Amt: $4,470.01**

*Attn: Jeanmarie Miller*
*Cadillac Place*
*3030 W Grand Blvd, Ste 10-200*
*Detroit, MI 48202*
**Date Filed:** 3/17/2025
**Claim Face Value:** $4,470.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $4,470.01 | | $0.00 |
| | | | | $4,470.01 | | $0.00 |

**State of New Jersey - Division of Taxation Bankruptcy Section**
**Case(s): 337 Clm No: 2832 Clm. Amt: $82,985.80**

Attn: Stephanie Harle
P.O. Box 245
Trenton, NJ 08695
**Date Filed:** 1/23/2025
**Claim Face Value:** $82,985.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Withdrawn | | $40,000.00 | | $0.00 |
| 337 | UNS | Withdrawn | | $42,985.80 | | $0.00 |
| | | | | $82,985.80 | | $0.00 |

**State of New Jersey - Division of Taxation Bankruptcy Section**
**Case(s): 344 Clm No: 20 Clm. Amt: $3,000.00**

Attn: Stephanie Harle
P.O. Box 245
Trenton, NJ 08695
**Date Filed:** 1/23/2025
**Claim Face Value:** $3,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | UNS | | | $3,000.00 | | |
| | | | | $3,000.00 | | |

**Stearns Packaging Corporation**
**Case(s): 337 Clm No: 44 Clm. Amt: $71,398.26**

P.O. Box 14495
Madison, WI 53708
**Date Filed:** 10/15/2024
**Claim Face Value:** $71,398.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $71,398.26 | | |
| | | | | $71,398.26 | | |

**Stearns Packaging Corporation**
**Case(s): 337 Clm No: 46 Clm. Amt: $71,398.26**

P.O. Box 14495
Madison, WI 53708
**Date Filed:** 10/16/2024
**Claim Face Value:** $71,398.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $71,398.26 | | |
| | | | | $71,398.26 | | |

**Stearns Packaging Corporation**
**Case(s): 337 Clm No: 100263 Clm. Amt: $7,996.92**

P.O. Box 14495
Madison, WI 53708
**Date Filed:** 12/20/2024
**Claim Face Value:** $7,996.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $7,996.92 | | $0.00 |
| | | | | $7,996.92 | | $0.00 |

**Stenstrom Petroleum Services Group**
**Case(s): 337 Clm No: 2938 Clm. Amt: $2,203.00**

Attn: Brianne Canova
2422 Center St
Rockford, IL 61108
**Date Filed:** 3/14/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,203.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,203.00 | | |
| | | | | $2,203.00 | | |

## Stephanie Cabrera, Olga Castaneda, and Luis Montoya
### Case(s): 337 Clm No: 3068 Clm. Amt: $2,000,000.00

*Address Redacted*
**Date Filed:** 11/29/2025
**Claim Face Value:** $2,000,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $2,000,000.00 | | |
| | | | | $2,000,000.00 | | |

## Stephen Gould Corporation
### Case(s): 337 Clm No: 1990 Clm. Amt: $19,674.70

*Attn: Stephanie Bolich*
*5 Giralda Farms*
*Madison, NJ 07940*
**Date Filed:** 11/29/2024
**Claim Face Value:** $19,674.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $19,674.70 | | |
| | | | | $19,674.70 | | |

## Stephens Pipe & Steel, LLC
### Case(s): 337 Clm No: 2415 Clm. Amt: $10,058.41

*P.O. Box 618*
*Russell Springs, KY 42642*
**Date Filed:** 12/2/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,058.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $10,058.41 | | |
| | | | | $10,058.41 | | |

## Sterilite Corporation
### Case(s): 337 Clm No: 586 Clm. Amt: $69,007.36

*c/o Credit Department*
*Attn: Kate Delaney*
*30 Scales Ln*
*Townsend, MA 01469*
**Date Filed:** 10/29/2024
**Claim Face Value:** $69,007.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $69,007.36 | | |
| | | | | $69,007.36 | | |

## Sterling
### Case(s): 337 Clm No: 2953 Clm. Amt: $772.82

*6150 Oak Tree Blvd, Ste 490*
*Independence, OH 44131*
**Date Filed:** 3/28/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $772.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $772.82 | | |
| | | | | $772.82 | | |

## Sterling International, Inc.
### Case(s): 337 Clm No: 806 Clm. Amt: $631,123.60

*Attn: Robert Loomis*
*3808 N Sullivan Rd, Unit 16*
*Spokane Valley, WA 99216*
**Date Filed:** 11/4/2024
**Claim Face Value:** $631,123.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $631,123.60 | | |
| | | | | $631,123.60 | | |

**Sterno, LLC**
**Case(s): 337 Clm No: 87 Clm. Amt: $28,780.72**

*6900 Dallas Pkwy, Ste 870*
*Plano, TX 72024*
**Date Filed:** 10/16/2024
**Claim Face Value:** $28,780.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,780.72 | | |
| | | | | $28,780.72 | | |

**Sterno, LLC**
**Case(s): 337 Clm No: 84 Clm. Amt:**

*6900 Dallas Pkwy, Ste 870*
*Plano, TX 72024*
**Date Filed:** 10/16/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Steven E Johnson Trust**
**Case(s): 337 Clm No: 2021 Clm. Amt:**

*Address Redacted*
**Date Filed:** 12/2/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Stewart Oxygen Service, Inc**
**Case(s): 337 Clm No: 1529 Clm. Amt: $1,232.57**

*621 Southpark Dr, Ste 700*
*Littleton, CO 80120*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,232.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,232.57 | | |
| | | | | $1,232.57 | | |

**Stewart Sutherland Inc**
**Case(s): 337 Clm No: 1691 Clm. Amt: $7,454.04**

*Attn: Brandy McCleary*
*P.O. Box 162*
*Vicksburg, MI 49097*
**Date Filed:** 11/26/2024
**Claim Face Value:** $7,454.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,454.04 | | |
| | | | | $7,454.04 | | |

## STIHL Incorporated
### Case(s): 337 Clm No: 1899 Clm. Amt: $8,774,917.98

c/o McGuireWoods LLP
Attn: Connor W Symons
800 E Canal St
Richmond, VA 23219
**Date Filed:** 11/27/2024
**Amended By Clm #:** 3011
**Claim Face Value:** $8,774,917.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $1,195,711.13 | | $0.00 |
| 337 | UNS | Disallowed | | $7,579,206.85 | | $0.00 |
| | | | | $8,774,917.98 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Filed | | |
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## STIHL Incorporated
### Case(s): 337 Clm No: 3011 Clm. Amt: $8,774,917.98

c/o McGuireWoods LLP
Attn: Connor W Symons
800 E Canal St
Richmond, VA 23219
**Date Filed:** 5/27/2025
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1899
**Claim Face Value:** $8,774,917.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $8,774,917.98 | | |
| | | | | $8,774,917.98 | | |

## STIHL Incorporated
### Case(s): 337 Clm No: 100328 Clm. Amt: $635,464.15

536 Viking Dr
Virginia Beach, VA 23452
**Date Filed:** 12/23/2024
**Claim Face Value:** $635,464.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $635,464.15 | | $0.00 |
| | | | | $635,464.15 | | $0.00 |

## STIHL Southeast, Inc.
### Case(s): 337 Clm No: 100327 Clm. Amt: $41,227.78

2904 Tradeport Dr
Orlando, FL 32824
**Date Filed:** 12/23/2024
**Claim Face Value:** $41,227.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $41,227.78 | | $0.00 |
| | | | | $41,227.78 | | $0.00 |

**STIHL Southeast, Inc.**
**Case(s): 337 Clm No: 3007 Clm. Amt: $1,126,650.82**

c/o McGuireWoods LLP
Attn: Connor W Symons
800 E Canal St
Richmond, VA 23219
**Date Filed:** 5/23/2025
**Orig. Date Filed:** 11/27/2024
**Amending Clm #:** 1901
**Claim Face Value:** $1,126,650.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,126,650.82 | | |
| | | | | $1,126,650.82 | | |

**STIHL Southeast, Inc.**
**Case(s): 337 Clm No: 1901 Clm. Amt: $1,126,650.82**

c/o McGuireWoods LLP
Attn: Connor W Symons
800 E Canal St
Richmond, VA 23219
**Date Filed:** 11/27/2024
**Amended By Clm #:** 3007
**Claim Face Value:** $1,126,650.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $312,646.08 | | $0.00 |
| 337 | UNS | Disallowed | | $814,004.74 | | $0.00 |
| | | | | $1,126,650.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Filed | | |
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**Storebound, LLC**
**Case(s): 337 Clm No: 1643 Clm. Amt: $41,749.72**

Attn: Anthony Kamycki
50 Broad St, 12th Fl
New York, NY 10004
**Date Filed:** 11/26/2024
**Claim Face Value:** $41,749.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $41,749.72 | | |
| | | | | $41,749.72 | | |

**Straight Arrow**
**Case(s): 337 Clm No: 1277 Clm. Amt:**

900 Conroy Pl
Easton, PA 18040
**Date Filed:** 11/13/2024
**Amended By Clm #:** 1589
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

## Straight Arrow Products, Inc.
### Case(s): 337 Clm No: 1589 Clm. Amt: $4,109.22

*900 Conroy Pl*
*Easton, PA 18040*
**Date Filed:** 11/23/2024
**Orig. Date Filed:** 11/13/2024
**Amending Clm #:** 1277
**Claim Face Value:** $4,109.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,109.22 | | |
| | | | | $4,109.22 | | |

## Strategic Brands Inc
### Case(s): 337 Clm No: 1375 Clm. Amt: $35,395.82

*Attn: Erica Bonen*
*2810 Center Port Cir*
*Pompano Beach, FL 33064*
**Date Filed:** 11/21/2024
**Claim Face Value:** $35,395.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $35,395.82 | | |
| | | | | $35,395.82 | | |

## Streamlight Inc
### Case(s): 337 Clm No: 272 Clm. Amt: $11,507.22

*Attn: Dana Fox*
*30 Eagleville Rd*
*Eagleville, PA 19403*
**Date Filed:** 10/21/2024
**Claim Face Value:** $11,507.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,507.22 | | |
| | | | | $11,507.22 | | |

## Structural Plastics Corporation
### Case(s): 337 Clm No: 325 Clm. Amt: $2,735.35

*3401 Chief Dr*
*Holly, MI 48442*
**Date Filed:** 10/21/2024
**Claim Face Value:** $2,735.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,735.35 | | |
| | | | | $2,735.35 | | |

## Sttelli, LLC
### Case(s): 337 Clm No: 2433 Clm. Amt: $1,682.30

*21150 NE 38th Ave, Unit 403*
*Miami, FL 33180*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,682.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,682.30 | | |
| | | | | $1,682.30 | | |

## Style Crest Inc
### Case(s): 337 Clm No: 1146 Clm. Amt: $59,545.59

*2450 Enterprise St*
*Fremont, OH 43420*
**Date Filed:** 11/15/2024
**Claim Face Value:** $59,545.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $59,545.59 | | |
| | | | | $59,545.59 | | |

## Suburban Propane
### Case(s): 337 Clm No: 1215 Clm. Amt: $52,204.47

Attn: Credit & Collections
240 Rte 10 W
Whippany, NJ 07981
**Date Filed:** 11/18/2024
**Claim Face Value:** $52,204.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $28,888.23 | | $0.00 |
| 337 | UNS | Allowed | | $23,316.24 | | $52,204.47 |
| | | | | $52,204.47 | | $52,204.47 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 06/03/2025 | 1287 |

## Sue L Gibson
### Case(s): 337 Clm No: 1551 Clm. Amt: $1,788.12

Address Redacted
**Date Filed:** 11/23/2024
**Claim Face Value:** $1,788.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Satisfied | | $1,788.12 | | $0.00 |
| | | | | $1,788.12 | | $0.00 |

## Sullivan Inc
### Case(s): 337 Clm No: 1474 Clm. Amt: $16,719.22

Attn: Becky VanDenBerg
3101 N 4th Ave
Sioux Falls, SD 57104
**Date Filed:** 11/21/2024
**Claim Face Value:** $16,719.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,719.22 | | |
| | | | | $16,719.22 | | |

## Sumitomo Mitsui Finance and Leasing Company, Limited
### Case(s): 337 Clm No: 2691 Clm. Amt: $184,296.81

c/o Kye Law Group PC
Attn: Matthew Kye
201 Old Country Rd, Ste 120
Melville, NY 11747
**Date Filed:** 12/23/2024
**Orig. Date Filed:** 12/5/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2298
**Claim Face Value:** $184,296.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $184,296.81 | | |
| | | | | $184,296.81 | | |

## Sumitomo Mitsui Finance and Leasing Company, Limited
### Case(s): 337 Clm No: 2298 Clm. Amt: $18,429,681.00

c/o Kye Law Group, PC
Attn: Matthew Kye
201 Old Country Rd, Ste 120
Melville, NY 11747
**Date Filed:** 12/5/2024
**Amended By Clm #:** 2691
**Claim Face Value:** $18,429,681.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $18,429,681.00 | | |
| | | | | $18,429,681.00 | | |

## Sumitomo Mitsui Finance and Leasing Company, Limited
### Case(s): 337 Clm No: 2299 Clm. Amt: $211,910.69

c/o Kye Law Group, PC
Attn: Matthew Kye
201 Old Country Rd, Ste 120
Melville, NY 11747
**Date Filed:** 12/5/2024
**Claim Face Value:** $211,910.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $211,910.69 | | |
| | | | | $211,910.69 | | |

## Summit Brands
### Case(s): 337 Clm No: 1287 Clm. Amt: $232,088.26

Attn: Ryan Mohre CFO
6714 Pointe Inverness Way, Ste 200
Fort Wayne, IN 46804
**Date Filed:** 11/20/2024
**Claim Face Value:** $232,088.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $19,966.72 | | $0.00 |
| 337 | UNS | Allowed | | $212,121.54 | | $230,381.62 |
| | | | | $232,088.26 | | $230,381.62 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Summit Chemical Co.
### Case(s): 337 Clm No: 1255 Clm. Amt: $164,918.14

235 S Kresson St
Baltimore, MD 21224
**Date Filed:** 11/18/2024
**Claim Face Value:** $164,918.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $164,918.14 | | |
| | | | | $164,918.14 | | |

## Summit Chemical Company
### Case(s): 337 Clm No: 797 Clm. Amt: $107,071.89

235 S Kresson St
Baltimore, MD 21224
**Date Filed:** 11/4/2024
**Claim Face Value:** $107,071.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $107,071.89 | | |
| | | | | $107,071.89 | | |

## Summit Packaging Systems, LLC
### Case(s): 337 Clm No: 1010 Clm. Amt: $90,770.58

400 Gay St
Manchester, NH 03103
**Date Filed:** 11/12/2024
**Claim Face Value:** $90,770.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $43,041.43 | | $0.00 |
| 337 | UNS | | | $47,729.15 | | $47,729.15 |
| | | | | $90,770.58 | | $47,729.15 |

## Summit Supply
### Case(s): 341 Clm No: 38 Clm. Amt: $193,400.54

*361 Memorial Pkwy, Ste 834*
*Phillipsburg, NJ 08865*
**Date Filed:** 12/23/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $193,400.54

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Disallowed | | $193,400.54 | | $0.00 |
| | | | | $193,400.54 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Summit Supply
### Case(s): 337 Clm No: 2844 Clm. Amt: $241,599.90

*Attn: Catherine Crandell*
*361 Memorial Pkwy, Ste 834*
*Phillipsburg, NJ 08865*
**Date Filed:** 1/28/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $241,599.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $241,599.90 | | |
| | | | | $241,599.90 | | |

## Summit Supply Group
### Case(s): 337 Clm No: 2768 Clm. Amt:

*P.O. Box 9201*
*Minneapolis, MN 55480-9201*
**Date Filed:** 1/6/2025
**Bar Date:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Sun Chemical Corporation
### Case(s): 337 Clm No: 1071 Clm. Amt: $53,266.40

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/14/2024
**Claim Face Value:** $53,266.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $53,266.40 | | |
| | | | | $53,266.40 | | |

## Suncast Corporation
### Case(s): 337 Clm No: 1205 Clm. Amt: $278,141.40

*Attn: Legal Department*
*701 N Kirk Rd*
*Batavia, IL 60510*
**Date Filed:** 11/18/2024
**Claim Face Value:** $278,141.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $278,141.40 | | |
| | | | | $278,141.40 | | |

## Sungro Horticulture Distribution Inc
### Case(s): 337 Clm No: 1336 Clm. Amt: $367,902.78

*770 Silver St*
*Agawam, MA 01001*
**Date Filed:** 11/21/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $367,902.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $26,203.91 | | $0.00 |
| 337 | UNS | Allowed | | $341,698.87 | | $367,902.78 |
| | | | | $367,902.78 | | $367,902.78 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Sunneday LLC
### Case(s): 337 Clm No: 2477 Clm. Amt: $35,533.00

*1802 G St*
*Pawnee City, NE 68420*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $35,533.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,533.00 | | |
| | | | | $35,533.00 | | |

## Sunnyside Corporation
### Case(s): 337 Clm No: 100001 Clm. Amt: $335,217.98

*c/o Much Shelist, PC*
*191 N Wacker Dr, Ste 1800*
*Chicago, IL 60606*
**Date Filed:** 11/25/2024
**Claim Face Value:** $335,217.98

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $335,217.98 | | $0.00 |
| 337 | UNS | Allowed | | | | $335,217.98 |
| | | | | $335,217.98 | | $335,217.98 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Sunshine Makers Inc**
**Case(s): 337 Clm No: 1153 Clm. Amt: $168,860.71**

*15922 Pacific Coast Hwy*
*Huntington Beach, CA 92649*
**Date Filed:** 11/15/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $168,860.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $13,370.28 | | $0.00 |
| 337 | UNS | Allowed | | $155,490.43 | | $159,261.77 |
| | | | | $168,860.71 | | $159,261.77 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**Sunshine Makers Inc.**
**Case(s): 337 Clm No: 2742 Clm. Amt: $3,159.84**

*15922 Pacific Coast Hwy*
*Huntington Beach, CA 92649*
**Date Filed:** 12/31/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,159.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,159.84 | | |
| | | | | $3,159.84 | | |

**Sunshine Mills, Inc.**
**Case(s): 337 Clm No: 1731 Clm. Amt: $265,160.23**

*500 6th St SW*
*Red Bay, AL 35582*
**Date Filed:** 11/26/2024
**Claim Face Value:** $265,160.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $67,896.84 | | $0.00 |
| 337 | UNS | | | $197,263.39 | | $197,263.39 |
| | | | | $265,160.23 | | $197,263.39 |

**SunsOut, Inc.**
**Case(s): 337 Clm No: 2937 Clm. Amt: $11,919.37**

*P.O. Box 2233*
*Costa Mesa, CA 92628*
**Date Filed:** 3/13/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,919.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,919.37 | | |
| | | | | $11,919.37 | | |

## Sunstates Security, LLC
### Case(s): 337 Clm No: 100119 Clm. Amt: $16,516.57

*801 Corporate Center Dr, Ste 300*
*Raleigh, NC 27607*
**Date Filed:** 12/16/2024
**Amended By Clm #:** 100411
**Claim Face Value:** $16,516.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Disallowed | | $16,516.57 | | $0.00 |
| | | | | $16,516.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|----------:|------------------|--------------|----------------:|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Sunstates Security, LLC
### Case(s): 337 Clm No: 2501 Clm. Amt: $54,334.48

*Attn: David Kleiman*
*801 Corporate Ctr Dr, Ste 300*
*Raleigh, NC 27607*
**Date Filed:** 12/13/2024
**Orig. Date Filed:** 10/15/2024
**Amending Clm #:** 47
**Claim Face Value:** $54,334.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $54,334.48 | | |
| | | | | $54,334.48 | | |

## Sunstates Security, LLC
### Case(s): 337 Clm No: 47 Clm. Amt: $52,799.92

*801 Corporate Ctr Dr, Ste 300*
*Raleigh, NC 27607*
**Date Filed:** 10/15/2024
**Amended By Clm #:** 2501
**Claim Face Value:** $52,799.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $52,799.92 | | |
| | | | | $52,799.92 | | |

## Sunstates Security, LLC
### Case(s): 337 Clm No: 100411 Clm. Amt: $17,091.25

*801 Corporate Center Dr, Ste 300*
*Raleigh, NC 27607*
**Date Filed:** 3/25/2025
**Amended By Clm #:** 100416
**Claim Face Value:** $17,091.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Disallowed | | $17,091.25 | | $0.00 |
| | | | | $17,091.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|----------:|------------------|--------------|----------------:|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Sunstates Security, LLC
### Case(s): 337 Clm No: 100416 Clm. Amt: $17,451.25

*801 Corporate Center Dr, Ste 300*
*Raleigh, NC 27607*
**Date Filed:** 4/18/2025
**Claim Face Value:** $17,451.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Withdrawn | | $17,451.25 | | $0.00 |
| | | | | $17,451.25 | | $0.00 |

## SuperClean Brands LLC
### Case(s): 337 Clm No: 28 Clm. Amt: $27,804.18

*1380 Corporate Center Curve*
*Eagan, MN 55121*
**Date Filed:** 10/16/2024
**Claim Face Value:** $27,804.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $27,804.18 | | |
| | | | | $27,804.18 | | |

## Superior Industrial Equipment, LLC
### Case(s): 337 Clm No: 1087 Clm. Amt: $199.02

*1609 Afton Rd*
*Sycamore, IL 60178*
**Date Filed:** 11/14/2024
**Claim Face Value:** $199.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $199.02 | | $0.00 |
| | | | | $199.02 | | $0.00 |

## SupplyCore
### Case(s): 337 Clm No: 3065 Clm. Amt: $1,248.50

*303 N Main St, Ste 800*
*Rockford, IL 61101*
**Date Filed:** 10/10/2025
**Claim Face Value:** $1,248.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,248.50 | | |
| | | | | $1,248.50 | | |

## SupplysideUSA Inc.
### Case(s): 337 Clm No: 1337 Clm. Amt: $161,407.35

*32125 Solon Rd, Ste 200*
*Solon, OH 44139*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $161,407.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $161,407.35 | | |
| | | | | $161,407.35 | | |

## SureCan, Incorporated
### Case(s): 337 Clm No: 224 Clm. Amt: $33,288.58

*2727 N Washington Blvd, Ste 201*
*N Ogden, UT 84414*
**Date Filed:** 10/18/2024
**Claim Face Value:** $33,288.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $33,288.58 | | |
| | | | | $33,288.58 | | |

## Susan M Carey
### Case(s): 337 Clm No: 2175 Clm. Amt: $1,800.00

*c/o Otero True Value*
*224 S Main St*
*Fowler, CO 81039*
**Date Filed:** 12/4/2024
**Claim Face Value:** $1,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,800.00 | | |
| | | | | $1,800.00 | | |

**Sutong Tile Resources Inc**
**Case(s): 337 Clm No: 100150 Clm. Amt: $6,564.49**

*33402 Hwy 290, Ste A*
*Hockley, TX 77447*
**Date Filed:** 12/17/2024
**Claim Face Value:** $6,564.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $6,564.49 | | $0.00 |
| | | | | $6,564.49 | | $0.00 |

**Sutong Tire Resources, Inc.**
**Case(s): 337 Clm No: 1858 Clm. Amt: $6,564.49**

*Attn: Ning Larry Li*
*33402 Hwy 290, Ste A*
*Hockley, TX 77447*
**Date Filed:** 11/26/2024
**Claim Face Value:** $6,564.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $6,564.49 | | |
| | | | | $6,564.49 | | |

**SW Anderson Company**
**Case(s): 337 Clm No: 2593 Clm. Amt: $1,101.15**

*612 Territorial Dr, Ste B*
*Bolingbrook, IL 60440*
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,101.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $1,101.15 | | |
| | | | | $1,101.15 | | |

**SW Anderson Company**
**Case(s): 337 Clm No: 255 Clm. Amt: $3,386.20**

*612 Territorial Dr, Ste B*
*Bolingbrook, IL 60440*
**Date Filed:** 10/18/2024
**Claim Face Value:** $3,386.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,386.20 | | |
| | | | | $3,386.20 | | |

**Swan Products LLC**
**Case(s): 337 Clm No: 893 Clm. Amt: $54,773.87**

*7840 Roswell Rd, Bldg 100, Ste 130*
*Sandy Springs, GA 30350*
**Date Filed:** 11/7/2024
**Claim Face Value:** $54,773.87

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $54,773.87 | | |
| | | | | $54,773.87 | | |

**Swift Response, LLC**
**Case(s): 337 Clm No: 277 Clm. Amt: $819,245.42**

*1870 N Corporate Lakes Blvd, Ste 266948*
*Weston, FL 33326*
**Date Filed:** 10/21/2024
**Claim Face Value:** $819,245.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $819,245.42 | | |
| | | | | $819,245.42 | | |

## Swift Transportation
**Case(s): 337 Clm No: 2368 Clm. Amt: $46,872.23**

*Attn: Credit Dept*
*2200 S 75th Ave*
*Phoenix, AZ 85043*
**Date Filed:** 12/5/2024
**Claim Face Value:** $46,872.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $46,872.23 | | |
| | | | | $46,872.23 | | |

## Swisher's (Richard Swisher)
**Case(s): 337 Clm No: 2055 Clm. Amt: $2,291.94**

*Address Redacted*
**Date Filed:** 12/3/2024
**Claim Face Value:** $2,291.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,291.94 | | |
| | | | | $2,291.94 | | |

## Synray Corporation
**Case(s): 337 Clm No: 505 Clm. Amt: $25,937.80**

*209 N Michigan Ave*
*Kenilworth, NJ 07033*
**Date Filed:** 10/24/2024
**Claim Face Value:** $25,937.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $25,902.80 | | $0.00 |
| 337 | UNS | | | $35.00 | | $35.00 |
| | | | | $25,937.80 | | $35.00 |

## T Christy Enterprises Inc
**Case(s): 337 Clm No: 2101 Clm. Amt: $40,744.05**

*455 W Victoria St*
*Compton, CA 90220*
**Date Filed:** 12/3/2024
**Amended By Clm #:** 2693
**Claim Face Value:** $40,744.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $40,744.05 | | |
| | | | | $40,744.05 | | |

## T Christy Enterprises Inc
**Case(s): 337 Clm No: 2693 Clm. Amt: $24,219.52**

*455 W Victoria St*
*Compton, CA 90220*
**Date Filed:** 12/23/2024
**Orig. Date Filed:** 12/3/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2101
**Claim Face Value:** $24,219.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $24,219.52 | | |
| | | | | $24,219.52 | | |

## T.F.H. Publications Inc.
**Case(s): 337 Clm No: 928 Clm. Amt: $29,274.08**

*85 W Sylvania Ave*
*Neptune City, NJ 07753*
**Date Filed:** 11/8/2024
**Claim Face Value:** $29,274.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $19,508.94 | | $0.00 |
| 337 | UNS | Allowed | | $9,765.14 | | $29,274.08 |
| | | | | $29,274.08 | | $29,274.08 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Table Mountain Sales LLC
**Case(s): 337 Clm No: 2511 Clm. Amt: $19,840.80**

*4955 Independence St*
*Wheat Ridge, CO 80033*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $22,348.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $7,500.00 | | $0.00 |
| 337 | UNS | | | $12,340.80 | | $12,340.80 |
| | | | | $19,840.80 | | $12,340.80 |

## Tablecraft Products Co, Inc
**Case(s): 337 Clm No: 2397 Clm. Amt: $868.20**

*P.O. Box 7691*
*Carol Stream, IL 60197-7691*
**Date Filed:** 12/5/2024
**Claim Face Value:** $868.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $868.20 | | |
| | | | | $868.20 | | |

## Tacony Corporation
**Case(s): 337 Clm No: 1534 Clm. Amt: $33,151.79**

*1760 Gilsinn Ln*
*Fenton, MO 63026*
**Date Filed:** 11/22/2024
**Claim Face Value:** $33,151.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $33,151.79 | | |
| | | | | $33,151.79 | | |

## Taiga Building Products Inc
**Case(s): 337 Clm No: 2452 Clm. Amt: $6,144.52**

*P.O. Box 51560*
*Los Angeles, CA 90051-5860*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,144.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,144.52 | | |
| | | | | $6,144.52 | | |

**Taiga International Sales**
**Case(s): 337 Clm No: 2453 Clm. Amt: $29,992.65**

*P.O. Box 402*
*Custer, WA 98240*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $29,992.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $29,992.65 | | |
| | | | | $29,992.65 | | |

**Taiwan Fu Hsing Industrial Co, Ltd**
**Case(s): 337 Clm No: 307 Clm. Amt: $186,568.38**

*No 88, Yucai Rd, Gangshan Dist*
*Kaohsiung City, 82063*
*Taiwan (R O C)*
**Date Filed:** 10/20/2024
**Claim Face Value:** $186,568.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $186,568.38 | | |
| | | | | $186,568.38 | | |

**Taiwan Fu Hsing Industrial Co, Ltd**
**Case(s): 337 Clm No: 265 Clm. Amt: $186,568.38**

*No 88, Yucai Rd, Gangshan Dist*
*Kaohsiung City, 82063*
*Taiwan (R O C)*
**Date Filed:** 10/21/2024
**Claim Face Value:** $186,568.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $186,568.38 | | |
| | | | | $186,568.38 | | |

**Taiwan Fu Hsing Industrial Co, Ltd**
**Case(s): 337 Clm No: 266 Clm. Amt: $186,568.38**

*No 88, Yucai Rd, Gangshan Dist*
*Kaohsiung City, 82063*
*Taiwan (R O C)*
**Date Filed:** 10/21/2024
**Claim Face Value:** $186,568.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $186,568.38 | | |
| | | | | $186,568.38 | | |

**Taiwan Fu Hsing Industrial Co, Ltd**
**Case(s): 337 Clm No: 263 Clm. Amt: $186,568.38**

*No 88, Yucai Rd, Gangshan Dist*
*Kaohsiung City, 82063*
*Taiwan (R O C)*
**Date Filed:** 10/20/2024
**Claim Face Value:** $186,568.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $186,568.38 | | |
| | | | | $186,568.38 | | |

## Talbot's, Inc.
**Case(s): 337 Clm No: 100109 Clm. Amt: $10,735.36**

*1101 Tongass Ave*
*Ketchikan, AK 99901*
**Date Filed:** 12/12/2024
**Claim Face Value:** $10,735.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $10,735.36 | | $0.00 |
| | | | | $10,735.36 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Tank Traders Midwest Inc
**Case(s): 337 Clm No: 77 Clm. Amt: $17,848.65**

*Attn: Jerry Mazor*
*3895 Clearview Ct*
*Gurnee, IL 60031*
**Date Filed:** 10/16/2024
**Claim Face Value:** $17,848.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,848.65 | | |
| | | | | $17,848.65 | | |

## Tarco Roofing Materials, Inc.
**Case(s): 337 Clm No: 1876 Clm. Amt: $7,531.56**

*Attn: Jason Riggin*
*1 Information Way, Ste 225*
*Little Rock, AR 72202*
**Date Filed:** 11/26/2024
**Claim Face Value:** $7,531.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,531.56 | | |
| | | | | $7,531.56 | | |

## Tartan Oil LLC
**Case(s): 337 Clm No: 100335 Clm. Amt: $114,097.58**

*5508 Lonas Dr*
*Knoxville, TN 37909*
**Date Filed:** 12/23/2024
**Claim Face Value:** $114,097.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | | | $0.00 |
| 337 | ADM | Satisfied | | $114,097.58 | | $0.00 |
| 337 | SEC | Satisfied | | | | $0.00 |
| | | | | $114,097.58 | | $0.00 |

**Tartan Oil LLC**
**Case(s): 337 Clm No: 1413 Clm. Amt: $212,681.61**

*5508 Lonas Dr*
*Knoxville, TN 37909*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $212,681.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Withdrawn | | $204,180.29 | | $0.00 |
| 337 | UNS | Withdrawn | | $8,501.32 | | $0.00 |
| | | | | $212,681.61 | | $0.00 |

**Tata Consultancy Services Limited**
**Case(s): 337 Clm No: 2174 Clm. Amt: $25,033.28**

*Attn: Legal Dept*
*101 Park Ave, 26th Fl*
*New York, NY 10178*
**Date Filed:** 12/4/2024
**Claim Face Value:** $25,033.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $25,033.28 | | |
| | | | | $25,033.28 | | |

**Technical Chemical Company**
**Case(s): 337 Clm No: 899 Clm. Amt: $208,833.96**

*3327 Pipeline Rd*
*Cleburne, TX 76033*
**Date Filed:** 11/7/2024
**Claim Face Value:** $208,833.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $208,833.96 | | |
| | | | | $208,833.96 | | |

**Teknor Apex Company**
**Case(s): 337 Clm No: 926 Clm. Amt: $1,243,824.83**

*c/o Chace Ruttenberg & Freedman LLP*
*Attn: Andre S Digou*
*1 Park Row, Ste 300*
*Providence, RI 02903*
**Date Filed:** 11/8/2024
**Orig. Date Filed:** 11/5/2024
**Amending Clm #:** 838
**Claim Face Value:** $1,243,824.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $89,106.83 | | $0.00 |
| 337 | UNS | | | $1,154,718.00 | | $1,154,718.00 |
| | | | | $1,243,824.83 | | $1,154,718.00 |

## Teknor Apex Company
**Case(s): 337 Clm No: 838 Clm. Amt: $1,332,931.66**

c/o Chace Ruttenberg & Freedman LLP
1 Park Row, Ste 300
Providence, RI 02903
**Date Filed:** 11/5/2024
**Amended By Clm #:** 926
**Claim Face Value:** $1,332,931.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $89,106.83 | Y | $0.00 |
| 337 | UNS | Disallowed | | $1,243,824.83 | Y | $0.00 |
| | | | | $1,332,931.66 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Tekton Inc
**Case(s): 337 Clm No: 483 Clm. Amt: $728.76**

3707 Roger B Chaffee Memorial Blvd SE
Grand Rapids, MI 49548
**Date Filed:** 10/25/2024
**Claim Face Value:** $728.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $728.76 | | |
| | | | | $728.76 | | |

## TeleDynamics
**Case(s): 337 Clm No: 1797 Clm. Amt: $8,698.64**

Attn: Wendy Wagner
2200 Wheless Ln
Austin, TX 78723
**Date Filed:** 11/27/2024
**Claim Face Value:** $8,698.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,698.64 | | |
| | | | | $8,698.64 | | |

## Tell Manutacturing
**Case(s): 337 Clm No: 1101 Clm. Amt: $197,538.78**

18 Richard Dr
Lititz, PA 17543
**Date Filed:** 11/14/2024
**Claim Face Value:** $197,538.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $31,490.63 | | $0.00 |
| 337 | UNS | Allowed | | $166,048.15 | | $190,782.50 |
| | | | | $197,538.78 | | $190,782.50 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**Tell Manutacturing**
**Case(s): 337 Clm No: 2617 Clm. Amt: $60,097.12**

*18 Richard Dr*
*Lititz, PA 17543*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $60,097.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $60,097.12 | | |
| | | | | $60,097.12 | | |

**Tendance SAS**
**Case(s): 337 Clm No: 133 Clm. Amt: $17,373.85**

*Attn: Meunier Angelique*
*27 Boulevard Des Etines*
*Le Coteau, 42120*
*France*
**Date Filed:** 10/17/2024
**Claim Face Value:** $17,373.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,373.85 | | |
| | | | | $17,373.85 | | |

**Tendance SAS**
**Case(s): 337 Clm No: 136 Clm. Amt: $13,011.23**

*Attn: Meunier Angelique*
*27 Boulevard Des Etines*
*Le Coteau, 42120*
*France*
**Date Filed:** 10/16/2024
**Claim Face Value:** $13,011.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,011.23 | | |
| | | | | $13,011.23 | | |

**Tendance SAS**
**Case(s): 337 Clm No: 134 Clm. Amt: $13,011.23**

*Attn: Meunier Angelique*
*27 Boulevard Des Etines*
*Le Coteau, 42120*
*France*
**Date Filed:** 10/17/2024
**Claim Face Value:** $13,011.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,011.23 | | |
| | | | | $13,011.23 | | |

**Tendance SAS**
**Case(s): 337 Clm No: 135 Clm. Amt: $13,011.23**

*Attn: Meunier Angelique*
*27 Boulevard Des Etines*
*Le Coteau, 42120*
*France*
**Date Filed:** 10/16/2024
**Claim Face Value:** $13,011.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,011.23 | | |
| | | | | $13,011.23 | | |

**Tendance SAS**
**Case(s): 337 Clm No: 132 Clm. Amt: $1,556.00**

*Attn: Meunier Angelique*
*27 Boulevard Des Etines*
*Le Coteau, 42120*
*France*
**Date Filed:** 10/17/2024
**Claim Face Value:** $1,556.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,556.00 | | |
| | | | | $1,556.00 | | |

**Tennant Company**
**Case(s): 337 Clm No: 1297 Clm. Amt: $38,505.89**

*c/o Tennant Sales and Service Company*
*10400 Clean St*
*Eden Prairie, MN 55344-2650*
**Date Filed:** 11/20/2024
**Claim Face Value:** $38,505.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,505.89 | | |
| | | | | $38,505.89 | | |

**Tennessee Department of Revenue**
**Case(s): 337 Clm No: 2978 Clm. Amt: $18,448.60**

*c/o Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 4/22/2025
**Bar Date:** 4/14/2025
**Amended By Clm #:** 2986
**Claim Face Value:** $18,448.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $18,448.60 | | $0.00 |
| | | | | $18,448.60 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

**Tennessee Department of Revenue**
**Case(s): 338 Clm No: 28 Clm. Amt: $7,892.99**

*c/o Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 5/6/2025
**Claim Face Value:** $7,892.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | PRI | Withdrawn | | $7,892.99 | | $0.00 |
| | | | | $7,892.99 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 05/27/2025 | 1245 | Objection Filed | | |

**Tennessee Department of Revenue**
**Case(s): 337 Clm No: 2986 Clm. Amt: $18,614.32**

*c/o Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 5/1/2025
**Orig. Date Filed:** 4/22/2025
**Amending Clm #:** 2978
**Claim Face Value:** $18,614.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $18,614.32 | | $0.00 |
| | | | | $18,614.32 | | $0.00 |

## Tennessee Department of Revenue
**Case(s): 337 Clm No: 2460 Clm. Amt: $9,412.43**

*c/o Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 12/11/2024
**Bar Date:** 4/14/2025
**Amended By Clm #:** 2925
**Claim Face Value:** $9,412.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $9,412.43 | | $0.00 |
| | | | | $9,412.43 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Tennessee Department of Revenue
**Case(s): 337 Clm No: 2925 Clm. Amt: $66.06**

*c/o Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 3/7/2025
**Orig. Date Filed:** 12/11/2024
**Amending Clm #:** 2460
**Claim Face Value:** $66.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Withdrawn | | $66.06 | | $0.00 |
| | | | | $66.06 | | $0.00 |

## Tennessee Department of Revenue
**Case(s): 342 Clm No: 35 Clm. Amt: $4,580.73**

*Attn: Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 2/10/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $4,580.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | PRI | Satisfied | | $3,859.98 | | $0.00 |
| 342 | UNS | Allowed | | $720.75 | | $3,366.60 |
| | | | | $4,580.73 | | $3,366.60 |

## Tennessee Department of Revenue
**Case(s): 344 Clm No: 21 Clm. Amt: $4,647.53**

*Attn: Attorney General*
*P.O. Box 20207*
*Nashville, TN 37202-0207*
**Date Filed:** 2/10/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $4,647.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | PRI | Satisfied | | $3,901.78 | | $0.00 |
| 344 | UNS | Allowed | | $745.75 | | $3,354.97 |
| | | | | $4,647.53 | | $3,354.97 |

## Tennsco, LLC
**Case(s): 337 Clm No: 737 Clm. Amt: $39,655.30**

*201 Tennsco Dr*
*Dickson, TN 37055*
**Date Filed:** 11/1/2024
**Claim Face Value:** $39,655.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $39,655.30 | | |
| | | | | $39,655.30 | | |

## Terco, Inc.
**Case(s): 337 Clm No: 1268 Clm. Amt: $1,878.46**

*459 Camden Dr*
*Bloomingdale, IL 60108*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,878.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,878.46 | | |
| | | | | $1,878.46 | | |

## Terex Global GmbH
**Case(s): 337 Clm No: 2067 Clm. Amt: $23,424.78**

*6919 Chancellor Dr, Ste B*
*Cedar Falls, IA 50613*
**Date Filed:** 12/3/2024
**Claim Face Value:** $23,424.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $23,424.78 | | |
| | | | | $23,424.78 | | |

## Terex USA, LLC.
**Case(s): 337 Clm No: 2066 Clm. Amt: $117,893.44**

*6919 Chancellor Dr, Ste B*
*Cedar Falls, IA 50613*
**Date Filed:** 12/3/2024
**Claim Face Value:** $117,893.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $117,893.44 | | |
| | | | | $117,893.44 | | |

## Texas Comptroller of Public Accounts
**Case(s): 338 Clm No: 20 Clm. Amt: $2,829.48**

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 125481, MC-008*
*Austin, TX 78711*
**Date Filed:** 1/14/2025
**Claim Face Value:** $2,829.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | PRI | | | $0.00 | | |
| 338 | UNS | | | $2,829.48 | | |
| | | | | $2,829.48 | | |

## Texas Comptroller of Public Accounts
**Case(s): 338 Clm No: 21 Clm. Amt: $2,829.48**

*c/o Office of the Attorney General*
*Attn: Bankruptcy & Collections Division*
*P.O. Box 12548, MC-008*
*Austin, TX 78711*
**Date Filed:** 1/15/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $2,829.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | PRI | Disallowed | | $0.00 | | $0.00 |
| 338 | UNS | Disallowed | | $2,829.48 | | $0.00 |
| | | | | $2,829.48 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Texas Comptroller of Public Accounts
### Case(s): 338 Clm No: 22 Clm. Amt: $100,328.97

c/o Office of the Attorney General
Attn: Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
**Date Filed:** 2/25/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $100,328.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | ADM | Withdrawn | | $100,328.97 | | $0.00 |
| | | | | $100,328.97 | | $0.00 |

## Texas Comptroller of Public Accounts on behalf of the State of Texas and Local Sales Tax Jurisdictions
### Case(s): 337 Clm No: 2809 Clm. Amt: $96,957.53

c/o Office of the Attorney General
Attn: Bankruptcy & Collections Division
P.O. Box 125481 MC-008
Austin, TX 78711
**Date Filed:** 1/14/2025
**Claim Face Value:** $96,957.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Withdrawn | | $66,442.50 | | $0.00 |
| 337 | UNS | Withdrawn | | $30,515.03 | | $0.00 |
| | | | | $96,957.53 | | $0.00 |

## Textiles From Europe, Inc
### Case(s): 337 Clm No: 982 Clm. Amt: $18,081.10

c/o Coface North America Insurance Company
600 College Rd E, Ste 1110
Princeton, NJ 08540
**Date Filed:** 11/12/2024
**Claim Face Value:** $18,081.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $18,081.10 | | |
| | | | | $18,081.10 | | |

## TForce Freight International
### Case(s): 337 Clm No: 1950 Clm. Amt: $42,705.46

Attn: Richard Grande
234040 Wrangler Rd
Calgary, AB T1X 0K2
Canada
**Date Filed:** 11/28/2024
**Claim Face Value:** $42,705.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $42,705.46 | | |
| | | | | $42,705.46 | | |

## The Akron Products Co
### Case(s): 337 Clm No: 174 Clm. Amt: $45,621.32

Attn: Brian Heller
6600 Ridge Rd
Wadsworth, OH 44281
**Date Filed:** 10/17/2024
**Claim Face Value:** $45,621.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $45,621.32 | | |
| | | | | $45,621.32 | | |

**The Allen Company, Inc**
**Case(s): 337 Clm No: 851 Clm. Amt: $45,725.62**

*609 S 104th St*
*Louisville, CO 80027*
**Date Filed:** 11/4/2024
**Claim Face Value:** $45,725.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $45,725.62 | | |
| | | | | $45,725.62 | | |

**The Ames Companies, Inc.**
**Case(s): 337 Clm No: 2084 Clm. Amt: $1,789,732.79**

*Attn: Jennifer Adamy*
*13485 Veterans Way, Ste 200*
*Orlando, FL 32827*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,789,732.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,789,732.79 | | |
| | | | | $1,789,732.79 | | |

**The Ames Companies, Inc.**
**Case(s): 337 Clm No: 1817 Clm. Amt: $182,855.39**

*Attn: Jennifer Adamy*
*13485 Veterans Way, Ste 200*
*Orlando, FL 32827*
**Date Filed:** 11/27/2024
**Claim Face Value:** $182,855.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $182,855.39 | | $0.00 |
| 337 | UNS | Allowed | | | | $28,684.97 |
| | | | | $182,855.39 | | $28,684.97 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**The Ames Companies, Inc.**
**Case(s): 337 Clm No: 100282 Clm. Amt: $30,868.52**

*13485 Veterans Way, Ste 200*
*Orlando, FL 32827*
**Date Filed:** 12/22/2024
**Claim Face Value:** $30,868.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $30,868.52 | | $0.00 |
| | | | | $30,868.52 | | $0.00 |

**The Beistle Company**
**Case(s): 337 Clm No: 357 Clm. Amt: $628.61**

*1 Bestle Plz*
*Shippensburg, PA 17257*
**Date Filed:** 10/22/2024
**Claim Face Value:** $628.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $628.61 | | |
| | | | | $628.61 | | |

### The Blackstone Group Inc
**Case(s): 337 Clm No: 2352 Clm. Amt: $2,500.00**

*332 S Michigan Ave, Ste 710*
*Chicago, IL 60604*
**Date Filed:** 12/5/2024
**Claim Face Value:** $2,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,500.00 | | |
| | | | | $2,500.00 | | |

### The Chamberlain Group LLC
**Case(s): 337 Clm No: 2398 Clm. Amt: $37,628.48**

*Attn: Andrew Nelson*
*300 Windsor Dr*
*Oak Brook, IL 60523*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $37,628.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $37,628.48 | | |
| | | | | $37,628.48 | | |

### The Charles Machine Works Inc.
**Case(s): 337 Clm No: 1181 Clm. Amt: $34,322.35**

*c/o Fox Rothschild LLP*
*Attn: Stephanie Slater Ward*
*1201 N Market St, Ste 1200*
*Wilmington, DE 19801*
**Date Filed:** 11/18/2024
**Claim Face Value:** $34,322.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $34,322.35 | | |
| | | | | $34,322.35 | | |

### The CIT Group/Commercial Services, Inc
**Case(s): 337 Clm No: 462 Clm. Amt: $6,061.66**

*134 Wooding Ave*
*Danville, VA 24541*
**Date Filed:** 10/24/2024
**Claim Face Value:** $6,061.66

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,061.66 | | |
| | | | | $6,061.66 | | |

### The City and County of Denver - Manager of Finance
**Case(s): 337 Clm No: 2905 Clm. Amt: $10,781.10**

*Attn: Bankruptcy*
*201 W Colfax Ave, MC 1001, Dept 1009*
*Denver, CO 80202*
**Date Filed:** 2/24/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $10,781.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | Satisfied | | $10,781.10 | | $0.00 |
| | | | | $10,781.10 | | $0.00 |

## The City of Chicago
### Case(s): 337 Clm No: 2867 Clm. Amt: $2,960,510.84

c/o Fox Rothschild LLP
Attn: Stephanie Ward, Esq
1201 N Market St, Ste 1200
Wilmington, DE 19801
**Date Filed:** 2/4/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $2,960,510.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Allowed | | $892,903.48 | | $195,000.00 |
| 337 | UNS | Disallowed | | $2,067,607.36 | | $0.00 |
| | | | | $2,960,510.84 | | $195,000.00 |

## The City of Chicago
### Case(s): 337 Clm No: 100332 Clm. Amt: $20,000.00

121 N LaSalle St, Ste 400
Chicago, IL 60602
**Date Filed:** 12/23/2024
**Claim Face Value:** $20,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Allowed | | $20,000.00 | | $5,000.00 |
| 337 | UNS | Disallowed | | | | $0.00 |
| | | | | $20,000.00 | | $5,000.00 |

## The Clorox Sales Company
### Case(s): 337 Clm No: 2382 Clm. Amt: $1,450,305.47

1150 Sanctuary Pkwy
Alpharetta, GA 30009
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,450,305.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,450,305.47 | | |
| | | | | $1,450,305.47 | | |

## The DeWitt Company, Inc.
### Case(s): 337 Clm No: 1811 Clm. Amt: $190,974.17

905 S Kingshighway
Sikeston, MO 63801
**Date Filed:** 11/27/2024
**Claim Face Value:** $190,974.17

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $19,962.42 | | $0.00 |
| 337 | UNS | Allowed | | $171,011.75 | | $179,165.97 |
| | | | | $190,974.17 | | $179,165.97 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## The Dillon Group
**Case(s): 337 Clm No: 944 Clm. Amt: $691.50**

*5017 Boone Ave N, Ste 200*
*New Hope, MN 55428*
**Date Filed:** 11/8/2024
**Claim Face Value:** $691.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $691.50 | | |
| | | | | $691.50 | | |

## The Durham Manufacturing Company
**Case(s): 337 Clm No: 2611 Clm. Amt: $25,103.29**

*201 Main St*
*Durham, CT 06422*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $25,103.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $25,103.29 | | |
| | | | | $25,103.29 | | |

## The Eastern Company dba Eberhard Manufacturing Company
**Case(s): 337 Clm No: 2473 Clm. Amt: $5,546.16**

*P.O. Box 368012*
*21944 Drake Rd*
*Strongsville, OH 44149*
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,546.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,546.16 | | |
| | | | | $5,546.16 | | |

## The ESAB Group, Inc.
**Case(s): 337 Clm No: 2327 Clm. Amt: $90,356.15**

*Attn: Thomas Bolek*
*909 Rose Ave, 8th Flr*
*N Bethesda, MD 20852*
**Date Filed:** 12/5/2024
**Claim Face Value:** $90,356.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $90,356.15 | | |
| | | | | $90,356.15 | | |

## The Espoma Company
**Case(s): 337 Clm No: 1061 Clm. Amt: $107,555.99**

*Attn: Jeremy Brunner*
*6 Espoma Rd*
*Millville, NJ 08332*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $107,555.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $107,555.99 | | |
| | | | | $107,555.99 | | |

## The Fountainhead Group Inc
**Case(s): 337 Clm No: 268 Clm. Amt: $115,396.46**

*23 Garden St*
*New York Mills, NY 13417*
**Date Filed:** 10/21/2024
**Claim Face Value:** $115,396.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $115,396.46 | | |
| | | | | $115,396.46 | | |

## The Garden Centre Group Co-op Corp
**Case(s): 337 Clm No: 1825 Clm. Amt: $75,000.00**

*Attn: John DeGroot*
*5025 Orbitor Dr, Unit 104 1*
*Mississauga, ON L4W 4Y5*
*Canada*
**Date Filed:** 11/27/2024
**Claim Face Value:** $75,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $75,000.00 | | |
| | | | | $75,000.00 | | |

## The Gorilla Glue Company
**Case(s): 337 Clm No: 1821 Clm. Amt: $1,426,434.61**

*c/o Dinsmore & Shohl LLP*
*Attn: Travis M Bayer, Thomas M Connor, Sara A Johnston*
*255 E 5th St, Ste 1900*
*Cincinnati, OH 45202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $1,426,434.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $142,605.91 | | $0.00 |
| 337 | UNS | Allowed | | $1,283,828.70 | | $1,319,368.64 |
| | | | | $1,426,434.61 | | $1,319,368.64 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/31/2025 | 1502 |

## The Hartz Mountain Corporation
**Case(s): 337 Clm No: 522 Clm. Amt: $24,219.84**

*200 Plaza Dr, Ste 402*
*Secaucus, NJ 07094*
**Date Filed:** 10/28/2024
**Claim Face Value:** $24,219.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $1,573.32 | | $0.00 |
| 337 | UNS | | | $22,646.52 | | $22,646.52 |
| | | | | $24,219.84 | | $22,646.52 |

## The Hillman Group, Inc.
**Case(s): 341 Clm No: 100000 Clm. Amt: $289,937.82**

*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 12/4/2024
**Claim Face Value:** $289,937.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | ADM | Disallowed | | $289,937.82 | | $0.00 |
| | | | | $289,937.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**The Hillman Group, Inc.**
**Case(s): 337 Clm No: 100019 Clm. Amt: $289,937.82**

*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 12/4/2024
**Claim Face Value:** $289,937.82

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $289,937.82 | | $0.00 |
| | | | | $289,937.82 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**The Hillman Group, Inc.**
**Case(s): 337 Clm No: 1416 Clm. Amt: $9,290,934.00**

*Attn: Dan Bauer*
*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $9,290,934.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $1,978,427.00 | | $0.00 |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | Allowed | | $7,312,507.00 | | $9,036,764.04 |
| | | | | $9,290,934.00 | | $9,036,764.04 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**The Hillman Group, Inc.**
**Case(s): 341 Clm No: 13 Clm. Amt: $9,290,934.00**

*Attn: Dan Bauer*
*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $9,290,934.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Disallowed | | $1,978,427.00 | | $0.00 |
| 341 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 341 | UNS | Disallowed | | $7,312,507.00 | | $0.00 |
| | | | | $9,290,934.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## The Hillman Group, Inc. as successor to Koch Industries
**Case(s): 341 Clm No: 15 Clm. Amt: $88,693.00**

*Attn: Dan Bauer*
*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $88,693.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Disallowed | | $6,946.00 | | $0.00 |
| 341 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 341 | UNS | Disallowed | | $81,747.00 | | $0.00 |
| | | | | $88,693.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## The Hillman Group, Inc. as successor to Koch Industries
**Case(s): 337 Clm No: 1419 Clm. Amt: $88,693.00**

*Attn: Dan Bauer*
*1280 Kemper Meadow Dr*
*Cincinnati, OH 45240*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $88,693.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $6,946.00 | | $0.00 |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $81,747.00 | | $81,747.00 |
| | | | | $88,693.00 | | $81,747.00 |

## The Huntington National Bank
**Case(s): 337 Clm No: 100322 Clm. Amt: $98,712.86**

*7 Easton Oval*
*Columbus, OH 43219*
**Date Filed:** 12/23/2024
**Claim Face Value:** $98,712.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $98,712.86 | | $0.00 |
| | | | | $98,712.86 | | $0.00 |

## The Huntington National Bank
**Case(s): 337 Clm No: 2502 Clm. Amt: $162,657.83**

*c/o Womble Bond Dickinson (US) LLP*
*Attn: James S Livermon, III*
*555 Fayetteville St, Ste 1100*
*Raleigh, NC 27601*
**Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2504
**Claim Face Value:** $162,657.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $162,657.83 | | |
| | | | | $162,657.83 | | |

**The Huntington National Bank**
**Case(s): 337 Clm No: 2504 Clm. Amt: $162,657.83**

*c/o Womble Bond Dickinson (US) LLP*
*Attn: James S Livermon, III*
*555 Fayetteville St, Ste 1100*
*Raleigh, NC 27601*
**Date Filed:** 12/13/2024
**Orig. Date Filed:** 12/13/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2502
**Claim Face Value:** $162,657.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $162,657.83 | | |
| | | | | $162,657.83 | | |

**The Huntington National Bank**
**Case(s): 337 Clm No: 2068 Clm. Amt: $284,199.32**

*c/o McDonald Hopkins, LLC*
*Attn: Jory Berg*
*300 N LaSalle St, Ste 1400*
*Chicago, IL 60654*
**Date Filed:** 12/3/2024
**Claim Face Value:** $284,199.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $284,199.32 | | |
| | | | | $284,199.32 | | |

**The Illuminating Company**
**Case(s): 337 Clm No: 100016 Clm. Amt: $7,026.39**

*76 S Main St, GO-15*
*Akron, OH 44308*
**Date Filed:** 12/4/2024
**Claim Face Value:** $7,026.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|-----------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Withdrawn | | $7,026.39 | | $0.00 |
| | | | | $7,026.39 | | $0.00 |

**The Illuminating Company**
**Case(s): 337 Clm No: 888 Clm. Amt: $2,798.02**

*5001 NASA Blvd*
*Fairmont, WV 26554*
**Date Filed:** 11/6/2024
**Claim Face Value:** $2,798.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $2,798.02 | | |
| | | | | $2,798.02 | | |

**The J. M. Smucker Company**
**Case(s): 337 Clm No: 1414 Clm. Amt: $40,585.59**

*c/o Tydings & Rosenberg LLP*
*Attn: Stephen Gerald*
*200 Continental Dr, Ste 401*
*Newark, DE 19713*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $40,585.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-----------|-----------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $35,658.12 | | $0.00 |
| 337 | UNS | | | $4,927.47 | | $4,927.47 |
| | | | | $40,585.59 | | $4,927.47 |

**The L S Starrett Company**
**Case(s): 337 Clm No: 653 Clm. Amt: $56,699.08**

*Attn: Tonya St Hilaire*
*121 Crescent Street*
*Athol, MA 01331*
**Date Filed:** 10/31/2024
**Claim Face Value:** $56,699.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $56,699.08 | | |
| | | | | $56,699.08 | | |

**The Libman Company**
**Case(s): 337 Clm No: 100303 Clm. Amt: $117,065.14**

*306 W Church St*
*P.O. Box 6750*
*Champaign, IL 61826*
**Date Filed:** 12/23/2024
**Claim Face Value:** $117,065.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Withdrawn | | | | $0.00 |
| 337 | ADM | Withdrawn | | $117,065.14 | | $0.00 |
| 337 | UNS | Withdrawn | | | | $0.00 |
| | | | | $117,065.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

**The Libman Company**
**Case(s): 337 Clm No: 1396 Clm. Amt: $258,738.02**

*Attn: Rochelle A Funderburg*
*306 W Church St*
*Champaign, IL 61820*
**Date Filed:** 11/21/2024
**Claim Face Value:** $258,738.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $107,112.03 | | $0.00 |
| 337 | UNS | Allowed | | $151,625.99 | | $242,296.82 |
| | | | | $258,738.02 | | $242,296.82 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

**The Maine Wood Treaters Inc.**
**Case(s): 337 Clm No: 1233 Clm. Amt: $27,755.69**

*P.O. Box 58*
*Mechanic Falls, ME 04256*
**Date Filed:** 11/19/2024
**Claim Face Value:** $27,755.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $27,755.69 | | |
| | | | | $27,755.69 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2193 Clm. Amt: $16,357.01**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $16,357.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $16,357.01 | | |
| | | | | $16,357.01 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2196 Clm. Amt: $5,503.32**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $5,503.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $5,503.32 | | |
| | | | | $5,503.32 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2216 Clm. Amt: $29,568.25**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $29,568.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $29,568.25 | | |
| | | | | $29,568.25 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2217 Clm. Amt: $23,294.34**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $23,294.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $23,294.34 | | |
| | | | | $23,294.34 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2214 Clm. Amt: $9,314.99**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $9,314.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $9,314.99 | | |
| | | | | $9,314.99 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2200 Clm. Amt: $10,348.36**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $10,348.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $10,348.36 | | |
| | | | | $10,348.36 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2204 Clm. Amt: $2,981.36**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $2,981.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,981.36 | | |
| | | | | $2,981.36 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2206 Clm. Amt: $7,625.79**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $7,625.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,625.79 | | |
| | | | | $7,625.79 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2207 Clm. Amt: $21,518.01**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $21,518.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $21,518.01 | | |
| | | | | $21,518.01 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2219 Clm. Amt: $7,597.08**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $7,597.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,597.08 | | |
| | | | | $7,597.08 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2226 Clm. Amt: $17,394.46**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $17,394.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,394.46 | | |
| | | | | $17,394.46 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2227 Clm. Amt: $13,423.10**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $13,423.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $13,423.10 | | |
| | | | | $13,423.10 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2229 Clm. Amt: $18,172.89**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $18,172.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $18,172.89 | | |
| | | | | $18,172.89 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2230 Clm. Amt: $26,907.48**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $26,907.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $26,907.48 | | |
| | | | | $26,907.48 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2231 Clm. Amt: $12,749.64**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $12,749.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $12,749.64 | | |
| | | | | $12,749.64 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2232 Clm. Amt: $8,304.72**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $8,304.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,304.72 | | |
| | | | | $8,304.72 | | |

**The Master Gardner**
**Case(s): 337 Clm No: 2233 Clm. Amt: $7,851.26**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $7,851.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $7,851.26 | | |
| | | | | $7,851.26 | | |

**The Master Gardner Company**
**Case(s): 337 Clm No: 2153 Clm. Amt: $249,442.15**

*5770 N Blackstock Rd*
*Spartanburg, SC 29303*
**Date Filed:** 12/4/2024
**Claim Face Value:** $249,442.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $249,442.15 | | |
| | | | | $249,442.15 | | |

## The Metal Ware Corporation
**Case(s): 337 Clm No: 846 Clm. Amt: $25,768.47**

*P.O. Box 237*
*Two Rivers, WI 54220*
**Date Filed:** 11/5/2024
**Claim Face Value:** $25,768.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $4,299.04 | | $0.00 |
| 337 | UNS | Allowed | | $21,469.43 | | $24,712.33 |
| | | | | $25,768.47 | | $24,712.33 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## The Murrieta Rhino Holdco LLC
**Case(s): 337 Clm No: 1948 Clm. Amt: $982.56**

*Attn: Christopher Quinn*
*6907 N Capital of Texas Hwy Ste 210*
*Austin, TX 78731*
**Date Filed:** 11/27/2024
**Claim Face Value:** $982.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $982.56 | | $0.00 |
| | | | | $982.56 | | $0.00 |

## The Post Doctor
**Case(s): 337 Clm No: 100364 Clm. Amt: $438.00**

*27 S Perry St*
*Vandalia, OH 45377*
**Date Filed:** 1/10/2025
**Claim Face Value:** $438.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $438.00 | | $0.00 |
| | | | | $438.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## The Radio Flyer Company
**Case(s): 337 Clm No: 460 Clm. Amt: $3,604.14**

*Attn: Joy Christopher*
*6515 W Grand Ave*
*Chicago, IL 60707*
**Date Filed:** 10/23/2024
**Claim Face Value:** $3,604.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,604.14 | | |
| | | | | $3,604.14 | | |

## The Scotts Company LLC
**Case(s): 337 Clm No: 1296 Clm. Amt: $1,668,703.51**

*c/o Vorys, Sater, Seymour and Pease LLP*
*Attn: Tiffany Strelow Cobb*
*52 E Gay St*
*Columbus, OH 43215*
**Date Filed:** 11/20/2024
**Claim Face Value:** $1,668,703.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $109,311.11 | | $0.00 |
| 337 | UNS | Allowed | | $1,559,392.40 | | $1,586,430.34 |
| | | | | $1,668,703.51 | | $1,586,430.34 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

## The Sherwin-Williams Company, on behalf of itself and certain affiliates
**Case(s): 337 Clm No: 1791 Clm. Amt: $2,239,283.58**

*c/o Vorys Sater Seymour & Pease LLP*
*Attn: Tiffany Strelow Cobb*
*52 E Gay St*
*Columbus, OH 43215*
**Date Filed:** 11/27/2024
**Claim Face Value:** $2,239,283.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $943,130.00 | | $0.00 |
| 337 | UNS | Allowed | | $1,296,153.58 | | $1,296,153.58 |
| | | | | $2,239,283.58 | | $1,296,153.58 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## The Sherwin-Williams Company, on behalf of itself and certain affiliates
**Case(s): 337 Clm No: 100225 Clm. Amt: $111,972.02**

*101 Prospect Ave*
*1100 Midland Bldg*
*Cleveland, OH 44115*
**Date Filed:** 12/20/2024
**Claim Face Value:** $111,972.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $111,972.02 | | $0.00 |
| | | | | $111,972.02 | | $0.00 |

## The Skybryte Company
**Case(s): 337 Clm No: 686 Clm. Amt: $57,493.64**

*3125 Perkins Ave*
*Cleveland, OH 44114*
**Date Filed:** 11/1/2024
**Claim Face Value:** $57,493.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $624.40 | | $0.00 |
| 337 | UNS | | | $56,869.24 | | $56,869.24 |
| | | | | $57,493.64 | | $56,869.24 |

**The Stack Group, Inc.**
**Case(s): 337 Clm No: 100164 Clm. Amt: $3,990.00**

*dba Dale Carnegie Oregon*
*7360 SW Hunziker St, Ste 106*
*Tigard, OR 97223*
**Date Filed:** 12/18/2024
**Claim Face Value:** $3,990.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $3,990.00 | | $0.00 |
| | | | | $3,990.00 | | $0.00 |

**The Stack Group, Inc. DBA Dale Carnegie Oregon**
**Case(s): 337 Clm No: 2606 Clm. Amt: $3,990.00**

*Attn: Michael R Stack*
*7360 SW Hunziker St, Ste 106*
*Tigard, OR 97223*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,990.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | | | Unknown | Y | |
| 337 | UNS | | | $3,990.00 | | |
| | | | | $3,990.00 | | |

**The Toro Company**
**Case(s): 337 Clm No: 1179 Clm. Amt: $1,933,209.08**

*c/o Fox Rothschild LLP*
*Attn: Stephanie Slater Ward*
*1201 N Market St, Ste 1200*
*Wilmington, DE 19801*
**Date Filed:** 11/18/2024
**Claim Face Value:** $1,933,209.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $61,370.16 | | $0.00 |
| 337 | UNS | Allowed | | $1,871,838.92 | | $1,890,417.30 |
| | | | | $1,933,209.08 | | $1,890,417.30 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 04/29/2025 | 1154 | Objection Granted | 07/08/2025 | 1430 |

**The Tranzonic Companies - Hospeco Brands Group**
**Case(s): 337 Clm No: 2195 Clm. Amt: $83,810.69**

*26301 Curtiss Wright Pkwy, Ste 200*
*Richmond Hts, OH 44143*
**Date Filed:** 12/4/2024
**Claim Face Value:** $83,810.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $83,810.69 | | |
| | | | | $83,810.69 | | |

**The Wiffle Ball, Inc**
**Case(s): 337 Clm No: 2381 Clm. Amt: $15,040.20**

*275 Bridgeport Ave*
*Shelton, CT 06484*
**Date Filed:** 12/5/2024
**Claim Face Value:** $15,040.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,040.20 | | |
| | | | | $15,040.20 | | |

## The Wooster Brush Company
**Case(s): 337 Clm No: 1754 Clm. Amt: $72,686.78**

*c/o Buckingham Doolittle & Burroughs, LLC*
*Attn: Christopher J Niekamp*
*3800 Embassy Pkwy, Ste 300*
*Akron, OH 44333*
**Date Filed:** 11/26/2024
**Claim Face Value:** $72,686.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $66,567.05 | | $0.00 |
| 337 | UNS | Allowed | | $6,119.73 | | $41,720.87 |
| | | | | $72,686.78 | | $41,720.87 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## The Yenkin-Majestic Paint Corporation
**Case(s): 337 Clm No: 1009 Clm. Amt: $455,184.42**

*Attn: Beth Patton Treasurer*
*1920 Leonard Ave*
*Columbus, OH 43219*
**Date Filed:** 11/12/2024
**Claim Face Value:** $455,184.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $455,184.42 | | |
| | | | | $455,184.42 | | |

## Thermacell Repellents, Inc.
**Case(s): 337 Clm No: 1545 Clm. Amt: $51,511.96**

*32 Crosby Dr*
*Bedford, MA 01730*
**Date Filed:** 11/22/2024
**Claim Face Value:** $51,511.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $320.75 | | $0.00 |
| 337 | UNS | Allowed | | $51,191.21 | | $51,511.96 |
| | | | | $51,511.96 | | $51,511.96 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Thermwell Products Co, Inc
**Case(s): 337 Clm No: 584 Clm. Amt: $1,827,231.40**

*420 Rte 17 S*
*Mahwah, NJ 07430*
**Date Filed:** 10/29/2024
**Claim Face Value:** $1,827,231.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $99,520.63 | | $0.00 |
| 337 | UNS | | | $1,727,710.77 | | $1,727,710.77 |
| | | | | $1,827,231.40 | | $1,727,710.77 |

**Thermwell Products Co., Inc.**
**Case(s): 337 Clm No: 100182 Clm. Amt:**

*420 Rte 17 S*
*Mahwah, NJ 07430*
**Date Filed:** 12/19/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Satisfied | | | | $0.00 |
| | | | | | | $0.00 |

**Thomas Contracting Inc**
**Case(s): 337 Clm No: 2536 Clm. Amt: $5,635.13**

*21183 N Hart Rd*
*Barrington, IL 60010*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,635.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,635.13 | | |
| | | | | $5,635.13 | | |

**Thomas Contracting Inc**
**Case(s): 337 Clm No: 100329 Clm. Amt: $2,295.00**

*21183 N Hart Rd*
*Barrington, IL 60010*
**Date Filed:** 12/23/2024
**Claim Face Value:** $2,295.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $2,295.00 | | $0.00 |
| | | | | $2,295.00 | | $0.00 |

**Thomas Contracting Inc**
**Case(s): 337 Clm No: 2662 Clm. Amt: $2,295.00**

*21183 N Hart Rd*
*Barrington, IL 60010*
**Date Filed:** 12/22/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $2,295.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $2,295.00 | | $0.00 |
| | | | | $2,295.00 | | $0.00 |

**Thomas D. Bender and LaDonna J. Bender**
**Case(s): 337 Clm No: 2248 Clm. Amt: $10,310.84**

*Address Redacted*
**Date Filed:** 12/4/2024
**Claim Face Value:** $10,310.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,310.84 | | |
| | | | | $10,310.84 | | |

**Thomas Tree and Landscape**
**Case(s): 337 Clm No: 273 Clm. Amt: $10,054.49**

*19922 State Hwy 22*
*Mankato, MN 56001*
**Date Filed:** 10/21/2024
**Claim Face Value:** $10,054.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,054.49 | | |
| | | | | $10,054.49 | | |

## Thomas Tree and Landscape
**Case(s): 337 Clm No: 100360 Clm. Amt: $750.81**

*19922 State Hwy 22*
*Mankato, MN 56001*
**Date Filed:** 1/8/2025
**Claim Face Value:** $750.81

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $750.81 | | $0.00 |
| | | | | $750.81 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Thompson's Candle Co.
**Case(s): 337 Clm No: 1234 Clm. Amt: $7,288.83**

*328 Allegheny St*
*Huntingdon, PA 16652*
**Date Filed:** 11/19/2024
**Claim Face Value:** $7,288.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $7,288.83 | | |
| | | | | $7,288.83 | | |

## Thorsav, LLC
**Case(s): 337 Clm No: 1536 Clm. Amt: $26,679.00**

*55 Lake Havasu Ave S, Ste F-301*
*Lake Havasu City, AZ 86403*
**Date Filed:** 11/22/2024
**Claim Face Value:** $26,679.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $26,679.00 | | |
| | | | | $26,679.00 | | |

## Thrift Marketing, Inc
**Case(s): 337 Clm No: 333 Clm. Amt: $33,643.20**

*P.O. Box 2529*
*Shawnee Mission, KS 66201*
**Date Filed:** 10/21/2024
**Claim Face Value:** $33,643.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $33,643.20 | | |
| | | | | $33,643.20 | | |

## Thrifty Supply Company
**Case(s): 337 Clm No: 2411 Clm. Amt: $10,539.79**

*22 Blue Sky Ct*
*Sacramento, CA 95828*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,539.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $10,539.79 | | |
| | | | | $10,539.79 | | |

**Tierra Derco International, LLC**
**Case(s): 337 Clm No: 2871 Clm. Amt: $11,582.10**

*1000 S St Charles St*
*Jasper, IN 47546*
**Date Filed:** 2/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,582.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,582.10 | | |
| | | | | $11,582.10 | | |

**Tierra Derco International, LLC**
**Case(s): 337 Clm No: 642 Clm. Amt: $5,728.70**

*1000 S St Charles St*
*Jasper, IN 47546*
**Date Filed:** 10/30/2024
**Claim Face Value:** $5,728.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,728.70 | | |
| | | | | $5,728.70 | | |

**Tighe & Bond, Inc**
**Case(s): 337 Clm No: 1664 Clm. Amt: $3,902.91**

*53 Southampton Rd*
*Westfield, MA 01085*
**Date Filed:** 11/25/2024
**Claim Face Value:** $3,902.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $3,657.91 | | $0.00 |
| 337 | UNS | | | $245.00 | | $245.00 |
| | | | | $3,902.91 | | $245.00 |

**Tigre USA Inc.**
**Case(s): 337 Clm No: 1641 Clm. Amt: $431,401.84**

*Attn: Mariana Ehlers Gomes*
*2315 Beloit Ave*
*Janesville, WI 53546*
**Date Filed:** 11/26/2024
**Amended By Clm #:** 1645
**Claim Face Value:** $431,401.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $21,421.36 | Y | $0.00 |
| 337 | ADM | Disallowed | | $21,421.36 | Y | $0.00 |
| 337 | UNS | Disallowed | | $388,559.12 | Y | $0.00 |
| | | | | $431,401.84 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Tigre USA Inc.**
**Case(s): 337 Clm No: 1645 Clm. Amt: $431,401.84**

Attn: Mariana Ehlers Gomes
2315 Beloit Ave
Janesville, WI 53546
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 11/26/2024
**Amending Clm #:** 1641
**Claim Face Value:** $431,401.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $21,421.36 | | $0.00 |
| 337 | ADM | | | $21,421.36 | | $0.00 |
| 337 | UNS | | | $388,559.12 | | $409,980.48 |
| | | | | $431,401.84 | | $409,980.48 |

**Tigre USA Inc.**
**Case(s): 337 Clm No: 100310 Clm. Amt: $21,702.07**

2315 Beloit Ave
Janesville, WI 53546
**Date Filed:** 12/23/2024
**Claim Face Value:** $21,702.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $21,702.07 | | $0.00 |
| | | | | $21,702.07 | | $0.00 |

**Timber Pallets LLC**
**Case(s): 337 Clm No: 629 Clm. Amt: $25,732.04**

900 Depot Ave
Dixon, IL 61021
**Date Filed:** 10/30/2024
**Claim Face Value:** $25,732.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $25,732.04 | | |
| | | | | $25,732.04 | | |

**TLC Products, Inc dba General Environmental Science**
**Case(s): 337 Clm No: 1979 Clm. Amt: $10,112.08**

26100 1st St
Westlake, OH 44145
**Date Filed:** 11/27/2024
**Claim Face Value:** $10,112.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,112.08 | | |
| | | | | $10,112.08 | | |

**TMSS US, LLC (f.k.a TES Electric US, LLC)**
**Case(s): 337 Clm No: 2187 Clm. Amt: $284,766.90**

Attn: Dominic Jarrett
1875 Founders Dr
Dayton, OH 45420
**Date Filed:** 12/4/2024
**Claim Face Value:** $284,766.90

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $336.60 | | $0.00 |
| 337 | UNS | | | $284,430.30 | | |
| | | | | $284,766.90 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Toledo & Co, Inc.**
**Case(s): 344 Clm No: 6 Clm. Amt: $531,493.27**

Attn: Jorge Toledo
P.O. Box 915
Dorado, PR 00646-915
**Date Filed:** 11/27/2024
**Claim Face Value:** $531,493.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 344 | 503(b)(9) | Disallowed | | $75,002.48 | | $0.00 |
| 344 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 344 | UNS | Disallowed | | $456,490.79 | | $0.00 |
| | | | | $531,493.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**Toledo & Co., Inc.**
**Case(s): 342 Clm No: 14 Clm. Amt: $531,493.27**

Attn: Jorge Toledo
P.O. Box 915
Dorado, PR 00646-915
**Date Filed:** 11/27/2024
**Claim Face Value:** $531,493.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | 503(b)(9) | Disallowed | | $75,002.48 | | $0.00 |
| 342 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 342 | UNS | Disallowed | | $456,490.79 | | $0.00 |
| | | | | $531,493.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**Toledo & Co., Inc.**
**Case(s): 343 Clm No: 2 Clm. Amt: $531,493.27**

*Attn: Jorge Toledo*
*P.O. Box 915*
*Dorado, PR 00646-915*
**Date Filed:** 11/27/2024
**Claim Face Value:** $531,493.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 343 | 503(b)(9) | | | $75,002.48 | | $0.00 |
| 343 | SEC | | | Unknown | Y | $0.00 |
| 343 | UNS | | | $456,490.79 | | $0.00 |
| | | | | $531,493.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**Toledo & Co., Inc.**
**Case(s): 340 Clm No: 8 Clm. Amt: $531,493.27**

*Attn: Jorge Toledo*
*P.O. Box 915*
*Dorado, PR 00646-915*
**Date Filed:** 11/27/2024
**Claim Face Value:** $531,493.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 340 | 503(b)(9) | Disallowed | | $75,002.48 | | $0.00 |
| 340 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 340 | UNS | Disallowed | | $456,490.79 | | $0.00 |
| | | | | $531,493.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**Toledo & Co., Inc.**
**Case(s): 341 Clm No: 21 Clm. Amt: $531,493.27**

*Attn: Jorge Toledo*
*P.O. Box 915*
*Dorado, PR 00646-915*
**Date Filed:** 11/27/2024
**Claim Face Value:** $531,493.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Disallowed | | $75,002.48 | | $0.00 |
| 341 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 341 | UNS | Disallowed | | $456,490.79 | | $0.00 |
| | | | | $531,493.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**Toledo & Co., Inc.**
**Case(s): 339 Clm No: 3 Clm. Amt: $531,493.27**

Attn: Jorge Toledo
P.O. Box 915
Dorado, PR 00646-915
**Date Filed:** 11/27/2024
**Claim Face Value:** $531,493.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 339 | 503(b)(9) | Disallowed | | $75,002.48 | | $0.00 |
| 339 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 339 | UNS | Disallowed | | $456,490.79 | | $0.00 |
| | | | | $531,493.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**Toledo & Co., Inc.**
**Case(s): 338 Clm No: 6 Clm. Amt: $531,493.27**

Attn: Jorge Toledo
P.O. Box 915
Dorado, PR 00646-915
**Date Filed:** 11/27/2024
**Claim Face Value:** $531,493.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 338 | 503(b)(9) | Disallowed | | $75,002.48 | | $0.00 |
| 338 | SEC | Disallowed | | Unknown | Y | $0.00 |
| 338 | UNS | Disallowed | | $456,490.79 | | $0.00 |
| | | | | $531,493.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**Toledo & Co., Inc.**
**Case(s): 337 Clm No: 1934 Clm. Amt: $531,493.27**

c/o Morris Nichols Arsht & Tunnell LLP
Attn: Eric D Schwartz, Esq & Jonathan M Weyand, Esq
P.O. Box 1347
1201 N Market St
Wilmington, DE 19899-1347
**Date Filed:** 11/27/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $531,493.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $75,002.48 | | $0.00 |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | Allowed | | $456,490.79 | | $456,490.79 |
| | | | | $531,493.27 | | $456,490.79 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

**Toledo & Co., Inc.**
**Case(s): 337 Clm No: 1049 Clm. Amt: $10,896.45**

c/o Toledo Co LLC
P.O. Box 915
Dorado 915
Dorado, PR 00646-0915
**Date Filed:** 11/13/2024
**Claim Face Value:** $10,896.45

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $10,896.45 | | $0.00 |
| | | | | $10,896.45 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

**TOMY International, Inc.**
**Case(s): 337 Clm No: 100439 Clm. Amt: $287,431.44**

c/o Womble Bond Dickinson (US) LLP
Attn: Matthew P Ward, Esq
1313 N Market St, Ste 1200
Wilmington, DE 19801
**Date Filed:** 5/23/2025
**Claim Face Value:** $287,431.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $287,431.44 | | $0.00 |
| | | | | $287,431.44 | | $0.00 |

**TOMY International, Inc.**
**Case(s): 344 Clm No: 4 Clm. Amt: $627,198.46**

Attn: Julie Seeley
2021 9th St SE
Dyersville, IA 52040
**Date Filed:** 11/21/2024
**Claim Face Value:** $388,831.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 344 | 503(b)(9) | Disallowed | | $306,788.59 | | $0.00 |
| 344 | ADM | Disallowed | | $306,788.59 | | $0.00 |
| 344 | SEC | Disallowed | | $13,621.28 | | $0.00 |
| | | | | $627,198.46 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

## TOMY International, Inc.
**Case(s): 337 Clm No: 1368 Clm. Amt: $627,198.46**

*Attn: Julie Seeley*
*2021 9th St SE*
*Dyersville, IA 52040*
**Date Filed:** 11/21/2024
**Claim Face Value:** $388,831.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $306,788.59 | | $0.00 |
| 337 | ADM | Disallowed | | $306,788.59 | | $0.00 |
| 337 | SEC | Allowed | | $13,621.28 | | $13,621.28 |
| 337 | UNS | Allowed | | | | $364,072.24 |
| | | | | $627,198.46 | | $377,693.52 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

## TOMY International, Inc.
**Case(s): 341 Clm No: 12 Clm. Amt: $627,198.46**

*Attn: Julie Seeley*
*2021 9th St SE*
*Dyersville, IA 52040*
**Date Filed:** 11/21/2024
**Claim Face Value:** $388,831.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | 503(b)(9) | Disallowed | | $306,788.59 | | $0.00 |
| 341 | ADM | Disallowed | | $306,788.59 | | $0.00 |
| 341 | SEC | Disallowed | | $13,621.28 | | $0.00 |
| | | | | $627,198.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

**TOMY International, Inc.**
**Case(s): 343 Clm No: 1 Clm. Amt: $627,198.46**

*Attn: Julie Seeley*
*2021 9th St SE*
*Dyersville, IA 52040*
**Date Filed:** 11/21/2024
**Claim Face Value:** $388,831.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | 503(b)(9) | Disallowed | | $306,788.59 | | $0.00 |
| 343 | ADM | Disallowed | | $306,788.59 | | $0.00 |
| 343 | SEC | Disallowed | | $13,621.28 | | $0.00 |
| | | | | $627,198.46 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

**TOMY International, Inc.**
**Case(s): 338 Clm No: 4 Clm. Amt: $627,198.46**

*Attn: Julie Seeley*
*2021 9th St SE*
*Dyersville, IA 52040*
**Date Filed:** 11/21/2024
**Claim Face Value:** $388,831.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | 503(b)(9) | Disallowed | | $306,788.59 | | $0.00 |
| 338 | ADM | Disallowed | | $306,788.59 | | $0.00 |
| 338 | SEC | Disallowed | | $13,621.28 | | $0.00 |
| | | | | $627,198.46 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

**TOMY International, Inc.**
**Case(s): 339 Clm No: 1 Clm. Amt: $627,198.46**

*Attn: Julie Seeley*
*2021 9th St SE*
*Dyersville, IA 52040*
**Date Filed:** 11/21/2024
**Claim Face Value:** $388,831.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 339 | 503(b)(9) | Disallowed | | $306,788.59 | | $0.00 |
| 339 | ADM | Disallowed | | $306,788.59 | | $0.00 |
| 339 | SEC | Disallowed | | $13,621.28 | | $0.00 |
| | | | | $627,198.46 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

**TOMY International, Inc.**
**Case(s): 340 Clm No: 6 Clm. Amt: $627,198.46**

*Attn: Julie Seeley*
*2021 9th St SE*
*Dyersville, IA 52040*
**Date Filed:** 11/21/2024
**Claim Face Value:** $388,831.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 340 | 503(b)(9) | Disallowed | | $306,788.59 | | $0.00 |
| 340 | ADM | Disallowed | | $306,788.59 | | $0.00 |
| 340 | SEC | Disallowed | | $13,621.28 | | $0.00 |
| | | | | $627,198.46 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

## TOMY International, Inc.
## Case(s): 342 Clm No: 8 Clm. Amt: $627,198.46

Attn: Julie Seeley
2021 9th St SE
Dyersville, IA 52040
**Date Filed:** 11/21/2024
**Claim Face Value:** $388,831.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 342 | 503(b)(9) | Disallowed | | $306,788.59 | | $0.00 |
| 342 | ADM | Disallowed | | $306,788.59 | | $0.00 |
| 342 | SEC | Disallowed | | $13,621.28 | | $0.00 |
| | | | | $627,198.46 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

## Top Notch Distributors, Inc
## Case(s): 337 Clm No: 2133 Clm. Amt: $105,369.50

417 Erie St
Honesdale, PA 18431
**Date Filed:** 12/4/2024
**Claim Face Value:** $105,369.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $105,369.50 | | |
| | | | | $105,369.50 | | |

## Topline Marketing, Inc
## Case(s): 337 Clm No: 1353 Clm. Amt: $8,618.20

552 Ryans Woods Ln
Palm Harbor, FL 34683
**Date Filed:** 11/20/2024
**Claim Face Value:** $4,309.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,309.10 | | $0.00 |
| 337 | PRI | Disallowed | | $4,309.10 | | $0.00 |
| 337 | UNS | Allowed | | | | $4,309.10 |
| | | | | $8,618.20 | | $4,309.10 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Topstar Int'l Hardware Inc
## Case(s): 337 Clm No: 264 Clm. Amt: $28,112.00

Attn: Kelly Ting
No 60, Alley 39, Ln 99, Sec 3, Kangning Rd
Neihu, Taipei 11485
Taiwan
**Date Filed:** 10/20/2024
**Amended By Clm #:** 1788
**Claim Face Value:** $28,112.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $28,112.00 | | |
| | | | | $28,112.00 | | |

## Topstar Int'l Hardwear Inc.
### Case(s): 337 Clm No: 1788 Clm. Amt: $28,112.00

*Attn: Kelly Ting*
*No 60, Alley 39, Ln 99, Sec 3, Kangning Rd*
*Neihu, Taipei 11485*
*Taiwan*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 10/20/2024
**Amending Clm #:** 264
**Claim Face Value:** $28,112.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $28,112.00 | | |
| | | | | $28,112.00 | | |

## Tossits LLC
### Case(s): 337 Clm No: 2571 Clm. Amt: $2,593.43

*26111 W 14 Mile Rd, Ste 105*
*Franklin, MI 48025*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,593.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,593.43 | | |
| | | | | $2,593.43 | | |

## Total Marketing Associates, Inc.
### Case(s): 337 Clm No: 879 Clm. Amt: $4,242.43

*2280 Hicks Rd, Ste 510*
*Rolling Meadows, IL 60008*
**Date Filed:** 11/6/2024
**Claim Face Value:** $4,242.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,242.43 | | |
| | | | | $4,242.43 | | |

## Totally Bamboo
### Case(s): 337 Clm No: 2373 Clm. Amt: $16,503.44

*120 W Grand Ave*
*Escondido, CA 92025*
**Date Filed:** 12/5/2024
**Claim Face Value:** $16,503.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,503.44 | | |
| | | | | $16,503.44 | | |

## Toter Incorporated
**Case(s): 337 Clm No: 1636 Clm. Amt: $197,793.00**

*c/o Shumaker, Loop & Kendrick, LLP*
*Attn: Ronald Bruckmann*
*101 S Tryon St, Ste 2200*
*Charlotte, NC 28280*
**Date Filed:** 11/26/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $197,793.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $25,049.07 | | $0.00 |
| 337 | ADM | Disallowed | | $25,049.07 | | $0.00 |
| 337 | SEC | Allowed | | | | $22,133.02 |
| 337 | UNS | Allowed | | $147,694.86 | | $165,014.14 |
| | | | | $197,793.00 | | $187,147.16 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## TouchPoint360, LLC
**Case(s): 337 Clm No: 62 Clm. Amt: $45,908.00**

*Attn: Gregg Morrison*
*1250 Feehanville Dr*
*Mt Prospect, IL 60056*
**Date Filed:** 10/15/2024
**Claim Face Value:** $45,908.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $45,908.00 | | |
| | | | | $45,908.00 | | |

## Towles Hardware Norman J Towle DBA
**Case(s): 337 Clm No: 100011 Clm. Amt: $7,579.25**

*Address Not Provided*
**Date Filed:** 12/2/2024
**Claim Face Value:** $7,579.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $7,579.25 | | $0.00 |
| | | | | $7,579.25 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Toxcel, LLC
**Case(s): 337 Clm No: 1431 Clm. Amt: $2,465.88**

*7140 Heritage Village Plz*
*Gainesville, VA 20155*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,465.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,465.88 | | |
| | | | | $2,465.88 | | |

### Toy Investments Inc dba Toysmith
**Case(s): 337 Clm No: 332 Clm. Amt: $25,390.22**

*541 W Valley Hwy S*
*Pacific, WA 98047*
**Date Filed:** 10/21/2024
**Claim Face Value:** $25,390.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $25,390.22 | | |
| | | | | $25,390.22 | | |

### Toy Investments, Inc
**Case(s): 337 Clm No: 2877 Clm. Amt: $25,390.22**

*c/o Toysmith*
*541 W Valley Hwy S*
*Pacific, WA 98047*
**Date Filed:** 2/10/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $25,390.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $25,390.22 | | |
| | | | | $25,390.22 | | |

### Toy Investments, Inc.
**Case(s): 337 Clm No: 2712 Clm. Amt: $25,390.22**

*c/o Toysmith*
*541 W Valley Hwy S*
*Pacific, WA 98047*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $25,390.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $25,390.22 | | |
| | | | | $25,390.22 | | |

### Toyota Industries Commercial Finance Inc
**Case(s): 337 Clm No: 660 Clm. Amt: $43,157.91**

*c/o Weltman Weinberg & Reis Co, LPA*
*Attn: Scott D Fink*
*5990 W Creek Rd, Ste 200*
*Independence, OH 44131*
**Date Filed:** 10/31/2024
**Claim Face Value:** $43,157.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $43,157.91 | | |
| | | | | $43,157.91 | | |

### Tpi Corporation
**Case(s): 337 Clm No: 819 Clm. Amt: $12,915.32**

*P.O. Box 4973*
*Johnson City, TN 37602-4973*
**Date Filed:** 11/4/2024
**Claim Face Value:** $12,915.32

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,915.32 | | |
| | | | | $12,915.32 | | |

### Tranzact Technologies
**Case(s): 341 Clm No: 40 Clm. Amt: $13,714.72**

*360 W Butterfield Rd, Ste 400*
*Elmhurst, IL 60126*
**Date Filed:** 3/5/2025
**Claim Face Value:** $13,714.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 341 | UNS | | | $13,714.72 | | |
| | | | | $13,714.72 | | |

## TranzAct Technologies, Inc.
**Case(s): 341 Clm No: 100002 Clm. Amt: $20,314.93**

*360 W Butterfield Rd, Ste 400*
*Elmhurst, IL 60126*
**Date Filed:** 12/11/2024
**Claim Face Value:** $20,314.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 341 | ADM | Disallowed | | $20,314.93 | | $0.00 |
| 341 | UNS | Allowed | | | | $20,314.93 |
| | | | | $20,314.93 | | $20,314.93 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## Travelers Excess and Surplus Lines Company
**Case(s): Clm No: 2360 Clm. Amt:**

*c/o Womble Bond Dickinson*
*Attn: Lisa Tancredi*
*1313 N Market St, Ste 1200*
*Wilmington, DE 19801*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

## Travers Tool Co.,inc.
**Case(s): 337 Clm No: 2437 Clm. Amt: $6,067.91**

*128-15 26th Ave*
*Flushing, NY 11354*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $6,067.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,067.91 | | |
| | | | | $6,067.91 | | |

## TreeSap Farms LLC
**Case(s): 337 Clm No: 2703 Clm. Amt: $118,767.56**

*5151 Mitchelldale St, Ste B2*
*Houston, TX 77092*
**Date Filed:** 12/24/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $118,767.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $118,767.56 | | |
| | | | | $118,767.56 | | |

## Tri-R-Yard Care
**Case(s): 337 Clm No: 1656 Clm. Amt: $2,400.00**

*Attn: Roberto Yanez*
*1940 17th St*
*Springfield, OR 97477*
**Date Filed:** 11/25/2024
**Claim Face Value:** $2,400.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,400.00 | | |
| | | | | $2,400.00 | | |

### Tri-R-Yard Care
**Case(s): 337 Clm No: 2984 Clm. Amt: $450.00**

dba Roberto Luna Yanez
1940 17th St
Springfield, OR 97477
**Date Filed:** 4/30/2025
**Claim Face Value:** $450.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $450.00 | | |
| | | | | $450.00 | | |

### Tri-R-Yard Care
**Case(s): 337 Clm No: 2985 Clm. Amt: $450.00**

dba Roberto Luna Yanez
1940 17th St
Springfield, OR 97477
**Date Filed:** 4/30/2025
**Orig. Date Filed:** 11/27/2024
**Claim Face Value:** $450.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $450.00 | | |
| | | | | $450.00 | | |

### Tri-R-Yard Care
**Case(s): 337 Clm No: 2404 Clm. Amt: $3,200.00**

dba Roberto Luna Yanez
1940 17th St
Springfield, OR 97477
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,200.00 | | |
| | | | | $3,200.00 | | |

### Tri-R-Yard Care
**Case(s): 337 Clm No: 2471 Clm. Amt: $450.00**

Attn: Roberto Luna Yanez
1940 17th St
Springfield, OR 97477
**Date Filed:** 12/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $450.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $450.00 | | |
| | | | | $450.00 | | |

### Tri-State Forest Products Inc.
**Case(s): 337 Clm No: 2159 Clm. Amt: $302,813.08**

c/o Coolidge Wall Co, LPA
Attn: Patricia J Friesinger
33 W 1st St, Ste 200
Dayton, OH 45402
**Date Filed:** 12/4/2024
**Claim Face Value:** $302,813.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $302,813.08 | | |
| | | | | $302,813.08 | | |

### Triad Plants, LLC
**Case(s): 337 Clm No: 130 Clm. Amt: $103,992.07**

8839 155th Rd S
Delray Beach, FL 33446
**Date Filed:** 10/16/2024
**Claim Face Value:** $103,992.07

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $103,992.07 | | |
| | | | | $103,992.07 | | |

## Tricam Industries Inc
**Case(s): 337 Clm No: 10 Clm. Amt: $224,369.26**

*7677 Equitable Dr*
*Eden Prairie, MN 55344*
**Date Filed:** 10/15/2024
**Claim Face Value:** $224,369.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $224,369.26 | | |
| | | | | $224,369.26 | | |

## Trimaco, Inc
**Case(s): 337 Clm No: 680 Clm. Amt: $211,514.96**

*Attn: Peter Reijerkerk*
*2300 Gateway Centre Blvd, Unit 200*
*Morrisville, NC 27560*
**Date Filed:** 10/31/2024
**Claim Face Value:** $211,514.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $211,514.96 | | |
| | | | | $211,514.96 | | |

## Trimyxs LLC
**Case(s): 337 Clm No: 100379 Clm. Amt: $18,536.24**

*1100 19th Ave N, Unit 129*
*Fargo, ND 58102*
**Date Filed:** 1/23/2025
**Claim Face Value:** $18,536.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $18,536.24 | | $0.00 |
| | | | | $18,536.24 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Tripar International Inc
**Case(s): 337 Clm No: 2657 Clm. Amt: $2,679.67**

*20 Presidential Dr*
*Roselle, IL 60172*
**Date Filed:** 12/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,679.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,679.67 | | |
| | | | | $2,679.67 | | |

## Tritch True Value HDW
**Case(s): 337 Clm No: 2337 Clm. Amt: $17,125.09**

*Attn: Beverly Tritch-Allaire*
*1777 Pepperdale Dr*
*Rowland Heights, CA 91748*
**Date Filed:** 12/5/2024
**Claim Face Value:** $17,125.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,125.09 | | |
| | | | | $17,125.09 | | |

## Trixie & Milo
**Case(s): 341 Clm No: 2 Clm. Amt: $19,937.12**

*107 SE Washington St, Ste 242*
*Portland, OR 97214*
**Date Filed:** 10/24/2024
**Claim Face Value:** $19,937.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | UNS | | | $19,937.12 | | |
| | | | | $19,937.12 | | |

## Tropical Plant Distributions, LLC
**Case(s): 337 Clm No: 73 Clm. Amt: $36,652.91**

*601 N Congress Ave, Ste 436*
*Delray Beach, FL 33445*
**Date Filed:** 10/16/2024
**Claim Face Value:** $36,652.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $36,652.91 | | |
| | | | | $36,652.91 | | |

## Troy Chemical Corporation, Inc.
**Case(s): 337 Clm No: 1362 Clm. Amt: $43,116.26**

*8 Vreeland Rd*
*Florham Park, NJ 07932*
**Date Filed:** 11/21/2024
**Claim Face Value:** $43,116.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $17,509.02 | | $0.00 |
| 337 | UNS | | | $25,607.24 | | $25,607.24 |
| | | | | $43,116.26 | | $25,607.24 |

## Tru Earth Environmental Products Inc
**Case(s): 337 Clm No: 2836 Clm. Amt: $2,500.48**

*607-220 Brew St*
*Port Moody, BC, V3H 0H6*
*Canada*
**Date Filed:** 1/23/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,500.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,500.48 | | |
| | | | | $2,500.48 | | |

## Tru Earth Environmental Products Inc.
**Case(s): 337 Clm No: 100376 Clm. Amt: $2,500.48**

*607-220 Brew St*
*Port Moody, BC V3H 0H6*
*Canada*
**Date Filed:** 1/22/2025
**Claim Face Value:** $2,500.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $2,500.48 | | $0.00 |
| | | | | $2,500.48 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Truper S**
**Case(s): 337 Clm No: 1223 Clm. Amt: $289,591.72**

Attn: Brett Lindberg
424 Fort Hill Dr, Ste 134A
Naperville, IL 60540
**Date Filed:** 11/18/2024
**Claim Face Value:** $289,591.72

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $289,591.72 | | |
| | | | | $289,591.72 | | |

**TrustArc Inc.**
**Case(s): 337 Clm No: 2422 Clm. Amt: $14,388.00**

2121 N California Blvd, Ste 290
Walnut Creek, CA 94596
**Date Filed:** 12/7/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $14,388.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $14,388.00 | | |
| | | | | $14,388.00 | | |

**TrustArc Inc.**
**Case(s): 337 Clm No: 2423 Clm. Amt: $8,800.00**

2121 N California Blvd, Ste 290
Walnut Creek, CA 94596
**Date Filed:** 12/7/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $8,800.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $8,800.00 | | |
| | | | | $8,800.00 | | |

**Trustees of the Environmental Conservation and Chemical Corporation Trust Fund**
**Case(s): 337 Clm No: 2406 Clm. Amt: $117,688.00**

c/o N W Bernstein & Associates, LLC
Attn: Norman W Bernstein
800 Westchester Ave, Ste N319
Rye Brook, NY 10573
**Date Filed:** 12/5/2024
**Claim Face Value:** $117,688.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $117,688.00 | | |
| | | | | $117,688.00 | | |

**Tsurumi (America), Inc**
**Case(s): 337 Clm No: 414 Clm. Amt: $46,272.86**

1625 Fullerton Ct
Glendale Heights, IL 60139
**Date Filed:** 10/22/2024
**Claim Face Value:** $46,272.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $46,272.86 | | |
| | | | | $46,272.86 | | |

**Tsurumi (America), Inc.**
**Case(s): 337 Clm No: 2659 Clm. Amt: $15,205.14**

1625 Fullerton Ct
Glendale Heights, IL 60139
**Date Filed:** 12/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,205.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $15,205.14 | | |
| | | | | $15,205.14 | | |

## Turbine Industries LLC
**Case(s): 337 Clm No: 2161 Clm. Amt: $636.60**

*326 State Hwy 16 S*
*Goldthwaite, TX 76844*
**Date Filed:** 12/4/2024
**Claim Face Value:** $636.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $636.60 | | |
| | | | | $636.60 | | |

## Turbine Industries, LLC
**Case(s): 337 Clm No: 3020 Clm. Amt: $1,273.20**

*326 State Hwy 16*
*Goldthwaite, TX 76844*
**Date Filed:** 5/28/2025
**Claim Face Value:** $1,273.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,273.20 | | |
| | | | | $1,273.20 | | |

## Turbine Industries, LLC
**Case(s): 337 Clm No: 3021 Clm. Amt: $620.28**

*326 State Hwy 16 S*
*Goldthwaite, TX 76844*
**Date Filed:** 5/28/2025
**Claim Face Value:** $620.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $620.28 | | |
| | | | | $620.28 | | |

## TurfTeq
**Case(s): 337 Clm No: 285 Clm. Amt:**

*699 Todd Rd*
*Honey Brook, PA 19344*
**Date Filed:** 10/21/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Turtle Wax, Inc.
**Case(s): 337 Clm No: 810 Clm. Amt: $196,382.58**

*948 Springer Dr*
*Lombard, IL 60148*
**Date Filed:** 11/4/2024
**Claim Face Value:** $196,382.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $196,382.58 | | |
| | | | | $196,382.58 | | |

**Tuttle Lumber Company, Ltd.**
**Case(s): 337 Clm No: 100321 Clm. Amt: $21,086.55**

*375 Hueco Ridge*
*New Braunfels, TX 78132*
**Date Filed:** 12/23/2024
**Claim Face Value:** $21,086.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $21,086.55 | | $0.00 |
| | | | | $21,086.55 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**TV Holdco I, L.L.C.**
**Case(s): 337 Clm No: 100318 Clm. Amt:**

*c/o ACON Investments*
*1133 Connecticut Ave NW, Ste 700*
*Washington, DC 20036*
**Date Filed:** 12/23/2024
**Claim Face Value:**

**TV Holdco I, L.L.C.**
**Case(s): 338 Clm No: 100002 Clm. Amt:**

*c/o ACON Investments*
*1133 Connecticut Ave NW, Ste 700*
*Washington, DC 20036*
**Date Filed:** 12/23/2024
**Claim Face Value:**

**TV Holdco, L.L.C.**
**Case(s): 338 Clm No: 100003 Clm. Amt:**

*c/o ACON Investments*
*1133 Connecticut Ave NW, Ste 700*
*Washington, DC 20036*
**Date Filed:** 12/23/2024
**Claim Face Value:**

**TV Holdco, L.L.C.**
**Case(s): 337 Clm No: 100319 Clm. Amt:**

*c/o ACON Investments*
*1133 Connecticut Ave NW, Ste 700*
*Washington, DC 20036*
**Date Filed:** 12/23/2024
**Claim Face Value:**

**TW Evans Cordage Co., Inc.**
**Case(s): 337 Clm No: 2037 Clm. Amt: $8,680.19**

*P.O. Box 8038*
*Cranston, RI 02920*
**Date Filed:** 11/30/2024
**Claim Face Value:** $8,680.19

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,680.19 | | |
| | | | | $8,680.19 | | |

**Twin City Concrete Products Co.**
**Case(s): 337 Clm No: 924 Clm. Amt: $59,496.68**

Attn: Ryan Atkins
2025 Centre Pointe Blvd
Mendota Heights, MN 55120
**Date Filed:** 11/8/2024
**Claim Face Value:** $59,496.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $4,176.00 | | $0.00 |
| 337 | UNS | | | $55,320.68 | | $55,320.68 |
| | | | | $59,496.68 | | $55,320.68 |

**Ty Inc**
**Case(s): 337 Clm No: 1920 Clm. Amt: $15,238.51**

P.O. Box 5377
Oak Brook, IL 60522
**Date Filed:** 11/26/2024
**Claim Face Value:** $15,238.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $15,238.51 | | |
| | | | | $15,238.51 | | |

**Tytan International LLC**
**Case(s): 337 Clm No: 317 Clm. Amt: $54,003.35**

16240 W 110th St
Lenexa, KS 66219
**Date Filed:** 10/21/2024
**Claim Face Value:** $54,003.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $54,003.35 | | |
| | | | | $54,003.35 | | |

**Tytan International LLC**
**Case(s): 337 Clm No: 316 Clm. Amt: $54,003.35**

16240 W 110th St
Lenexa, KS 66219
**Date Filed:** 10/21/2024
**Claim Face Value:** $54,003.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $54,003.35 | | |
| | | | | $54,003.35 | | |

**U-Design**
**Case(s): 337 Clm No: 919 Clm. Amt: $14,579.99**

9306 S 300 W
Sandy, UT 84070
**Date Filed:** 11/7/2024
**Claim Face Value:** $14,579.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $14,579.99 | | |
| | | | | $14,579.99 | | |

## U.E. Michigan Sales LLC
**Case(s): 337 Clm No: 2031 Clm. Amt: $2,831.50**

*503 S Shiawassee St*
*Corunna, MI 48817*
**Date Filed:** 12/2/2024
**Claim Face Value:** $2,831.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,831.50 | | |
| | | | | $2,831.50 | | |

## U.S. Bank NA dba U.S. Bank Equipment Finance
**Case(s): 337 Clm No: 2279 Clm. Amt: $59,544.36**

*1310 Madrid St*
*Marshall, MN 56258*
**Date Filed:** 12/5/2024
**Claim Face Value:** $59,544.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $59,544.36 | | |
| | | | | $59,544.36 | | |

## U.S. Customs and Border Protection
**Case(s): 337 Clm No: 2956 Clm. Amt: $1,596,460.93**

*c/o Revenue Division, Bankruptcy Team*
*Attn: M/S 203-Ja*
*8899 E 56th St*
*Indianapolis, IN 46249*
**Date Filed:** 3/31/2025
**Amended By Clm #:** 3061
**Claim Face Value:** $1,596,460.93

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | | | $0.00 |
| 337 | SEC | Disallowed | | $125,023.27 | | $0.00 |
| 337 | UNS | Disallowed | | $1,471,437.66 | | $0.00 |
| | | | | $1,596,460.93 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 10/17/2025 | 1578 | Objection Granted | 11/13/2025 | 1594 |

## U.S. Customs and Border Protection
**Case(s): 337 Clm No: 3061 Clm. Amt: $1,600,160.63**

*c/o Revenue Division, Bankruptcy Team*
*Attn: Mail Stop 203-Ja*
*8899 E 56th St*
*Indianapolis, IN 46249*
**Date Filed:** 9/11/2025
**Orig. Date Filed:** 3/31/2025
**Amending Clm #:** 2956
**Claim Face Value:** $1,600,160.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | | | $44,880.93 | | |
| 337 | SEC | | | $150,802.94 | | |
| 337 | UNS | | | $1,404,476.76 | | |
| | | | | $1,600,160.63 | | |

## U.S. Lumber Group, LLC
**Case(s): 337 Clm No: 956 Clm. Amt: $482,470.57**

*Attn: Steven D Riska*
*2160 Satellite Blvd, Ste 450*
*Duluth, GA 30097*
**Date Filed:** 11/11/2024
**Claim Face Value:** $482,470.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $482,470.57 | | |
| | | | | $482,470.57 | | |

## U.S. Xpress, Inc
**Case(s): 337 Clm No: 1543 Clm. Amt: $69,113.58**

*Attn: Denise Ware*
*4080 Jenkins Rd*
*Chattanooga, TN 37421*
**Date Filed:** 11/22/2024
**Claim Face Value:** $69,113.58

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $69,113.58 | | |
| | | | | $69,113.58 | | |

## Uber Freight US LLC
**Case(s): 337 Clm No: 2370 Clm. Amt: $784,254.99**

*c/o Maynard Nexsen PC*
*Attn: Evan N Parrott, Esq*
*11 N Water St, Ste 24290*
*Mobile, AL 36602*
**Date Filed:** 12/5/2024
**Claim Face Value:** $784,254.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $784,254.99 | | |
| | | | | $784,254.99 | | |

## UDI Corporation
**Case(s): 337 Clm No: 2431 Clm. Amt: $3,072.94**

*Attn: Steve Kulin*
*447 SW 67th St*
*Redmond, OR 97756*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $3,072.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,072.94 | | |
| | | | | $3,072.94 | | |

## UFP Belchertown, LLC
**Case(s): 337 Clm No: 1410 Clm. Amt: $44,839.92**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $44,839.92

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $12,423.98 | | $0.00 |
| 337 | UNS | Allowed | | $32,415.94 | | $44,839.92 |
| | | | | $44,839.92 | | $44,839.92 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

### UFP Berlin, LLC
**Case(s): 337 Clm No: 1411 Clm. Amt: $1,906.09**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,906.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $1,906.09 | | |
| | | | | $1,906.09 | | |

### UFP Chandler, LLC
**Case(s): 337 Clm No: 1426 Clm. Amt: $14,159.28**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $14,159.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $14,159.28 | | $0.00 |
| 337 | UNS | Allowed | | | | $14,159.28 |
| | | | | $14,159.28 | | $14,159.28 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

### UFP Craft and Hobby, LLC
**Case(s): 337 Clm No: 1427 Clm. Amt: $24,586.31**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $24,586.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $24,586.31 | | |
| | | | | $24,586.31 | | |

### UFP Hamilton, LLC
**Case(s): 337 Clm No: 1430 Clm. Amt: $54,735.12**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $54,735.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $10,952.95 | | $0.00 |
| 337 | UNS | Allowed | | $43,782.17 | | $54,735.12 |
| | | | | $54,735.12 | | $54,735.12 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## UFP Harrisonville, LLC
**Case(s): 337 Clm No: 1493 Clm. Amt: $3,241.24**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $3,241.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $3,241.24 | | $0.00 |
| 337 | UNS | Allowed | | | | $3,241.24 |
| | | | | $3,241.24 | | $3,241.24 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## UFP International, LLC
**Case(s): 337 Clm No: 1496 Clm. Amt: $1,727,038.27**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,727,038.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $398,422.29 | | $0.00 |
| 337 | UNS | Allowed | | $1,328,615.98 | | $1,664,590.90 |
| | | | | $1,727,038.27 | | $1,664,590.90 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 02/18/2025 | 928 |

## UFP Janesville, LLC
**Case(s): 337 Clm No: 1500 Clm. Amt: $10,097.55**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $10,097.55

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $10,097.55 | | |
| | | | | $10,097.55 | | |

## UFP Lansing, LLC
### Case(s): 337 Clm No: 1504 Clm. Amt: $65,933.94

Attn: Mila Baumtrok
2801 E Beltline Ave NE
Grand Rapids, MI 49525
**Date Filed:** 11/22/2024
**Claim Face Value:** $65,933.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $27,695.45 | | $0.00 |
| 337 | UNS | Allowed | | $38,238.49 | | $65,933.94 |
| | | | | $65,933.94 | | $65,933.94 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## UFP Moultrie, LLC
### Case(s): 337 Clm No: 1508 Clm. Amt: $57,804.63

Attn: Mila Baumtrok
2801 E Beltline Ave NE
Grand Rapids, MI 49525
**Date Filed:** 11/22/2024
**Claim Face Value:** $57,804.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $17,246.00 | | $0.00 |
| 337 | UNS | Allowed | | $40,558.63 | | $41,825.83 |
| | | | | $57,804.63 | | $41,825.83 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## UFP New Waverly, LLC
### Case(s): 337 Clm No: 1509 Clm. Amt: $14,901.47

Attn: Mila Baumtrok
2801 E Beltline Ave NE
Grand Rapids, MI 49525
**Date Filed:** 11/22/2024
**Claim Face Value:** $14,901.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $5,631.30 | | $0.00 |
| 337 | UNS | Allowed | | $9,270.17 | | $14,901.47 |
| | | | | $14,901.47 | | $14,901.47 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## UFP Ranson, LLC
**Case(s): 337 Clm No: 1510 Clm. Amt: $16,353.24**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $16,353.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $16,353.24 | | |
| | | | | $16,353.24 | | |

## UFP Riverside, LLC
**Case(s): 337 Clm No: 1512 Clm. Amt: $7,185.60**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $7,185.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $7,185.60 | | |
| | | | | $7,185.60 | | |

## UFP Rockwell, LLC
**Case(s): 337 Clm No: 1514 Clm. Amt: $4,782.42**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $4,782.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $3,723.45 | | $0.00 |
| 337 | UNS | Allowed | | $1,058.97 | | $4,782.42 |
| | | | | $4,782.42 | | $4,782.42 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## UFP Saginaw, LLC
**Case(s): 337 Clm No: 1516 Clm. Amt: $51,446.04**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $51,446.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $15,578.16 | | $0.00 |
| 337 | UNS | | | $35,867.88 | | $35,867.88 |
| | | | | $51,446.04 | | $35,867.88 |

## UFP Schertz, LLC
**Case(s): 337 Clm No: 1517 Clm. Amt: $49,644.94**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $49,644.94

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $22,587.37 | | $0.00 |
| 337 | UNS | Allowed | | $27,057.57 | | $49,644.94 |
| | | | | $49,644.94 | | $49,644.94 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## UFP Site Built, LLC
**Case(s): 337 Clm No: 1518 Clm. Amt: $21,120.00**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $21,120.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $21,120.00 | | |
| | | | | $21,120.00 | | |

## UFP White Bear Lake, LLC
**Case(s): 337 Clm No: 1520 Clm. Amt: $8,281.42**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $8,281.42

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $325.92 | | $0.00 |
| 337 | UNS | Allowed | | $7,955.50 | | $8,281.42 |
| | | | | $8,281.42 | | $8,281.42 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## UFP Windsor, LLC
**Case(s): 337 Clm No: 1521 Clm. Amt: $6,814.46**

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $6,814.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $6,814.46 | | |
| | | | | $6,814.46 | | |

## UFP Woodburn, LLC
### Case(s): 337 Clm No: 1522 Clm. Amt: $15,195.53

*Attn: Mila Baumtrok*
*2801 E Beltline Ave NE*
*Grand Rapids, MI 49525*
**Date Filed:** 11/22/2024
**Claim Face Value:** $15,195.53

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,195.53 | | |
| | | | | $15,195.53 | | |

## UGI Utilities, Inc.
### Case(s): 337 Clm No: 1587 Clm. Amt: $33,703.61

*P.O. Box 13009*
*Reading, PA 19612*
**Date Filed:** 11/25/2024
**Amended By Clm #:** 1686
**Claim Face Value:** $33,703.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $33,703.61 | | |
| | | | | $33,703.61 | | |

## UGI Utilities, Inc.
### Case(s): 337 Clm No: 1686 Clm. Amt: $33,703.61

*P.O. Box 13009*
*Reading, PA 19612*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 11/25/2024
**Amending Clm #:** 1587
**Claim Face Value:** $33,703.61

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $11,412.51 | | $0.00 |
| 337 | UNS | | | $22,291.10 | | $22,291.10 |
| | | | | $33,703.61 | | $22,291.10 |

## UGI Utilities, Inc.
### Case(s): 337 Clm No: 100222 Clm. Amt: $33,230.70

*P.O. Box 13009*
*Reading, PA 19612-3009*
**Date Filed:** 12/20/2024
**Claim Face Value:** $33,230.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $33,230.70 | | $0.00 |
| | | | | $33,230.70 | | $0.00 |

## UKG Kronos Systems LLC
### Case(s): 337 Clm No: 2369 Clm. Amt: $77,374.96

*c/o Gordon & Rees*
*Attn: Megan M Adeyemo*
*2200 Ross Ave, Ste 3700*
*Dallas, TX 75201*
**Date Filed:** 12/5/2024
**Claim Face Value:** $77,374.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $59,636.66 | | $0.00 |
| 337 | UNS | Allowed | | $17,738.30 | | $18,698.91 |
| | | | | $77,374.96 | | $18,698.91 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

**Uline**
**Case(s): 337 Clm No: 1638 Clm. Amt: $19,242.65**

*12575 Uline Dr*
*Pleasant Prairie, WI 53158*
**Date Filed:** 11/26/2024
**Claim Face Value:** $19,242.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $7,050.14 | Y | $0.00 |
| 337 | UNS | Disallowed | | $12,192.51 | Y | $0.00 |
| | | | | $19,242.65 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Uline**
**Case(s): 337 Clm No: 1845 Clm. Amt: $19,242.65**

*12575 Uline Dr*
*Pleasant Prairie, WI 53158*
**Date Filed:** 11/26/2024
**Claim Face Value:** $19,242.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $7,050.14 | | $0.00 |
| 337 | UNS | | | $12,192.51 | | $12,192.51 |
| | | | | $19,242.65 | | $12,192.51 |

**Ulta-Lit Tree Company**
**Case(s): 337 Clm No: 2438 Clm. Amt: $24,096.00**

*1989 Johns Dr*
*Glenview, IL 60025*
**Date Filed:** 12/9/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $24,096.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,096.00 | | |
| | | | | $24,096.00 | | |

**Ultimate Fertilizer Co**
**Case(s): 337 Clm No: 847 Clm. Amt: $14,568.00**

*139 W Hall St*
*Oberlin, KS 67749*
**Date Filed:** 11/5/2024
**Claim Face Value:** $14,568.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $14,568.00 | | |
| | | | | $14,568.00 | | |

## Ultimate Textile
**Case(s): 337 Clm No: 2018 Clm. Amt: $30,360.21**

*18 Market St*
*Paterson, NJ 07501*
**Date Filed:** 11/29/2024
**Claim Face Value:** $30,360.21

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $30,360.21 | | |
| | | | | $30,360.21 | | |

## Ultimate Textile Subrent
**Case(s): 337 Clm No: 2017 Clm. Amt: $79,008.13**

*18 Market St*
*Paterson, NJ 07501*
**Date Filed:** 11/29/2024
**Claim Face Value:** $79,008.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $79,008.13 | | |
| | | | | $79,008.13 | | |

## Umbra LLC
**Case(s): 337 Clm No: 2526 Clm. Amt: $31,628.25**

*1705 Broadway*
*Buffalo, NY 14212*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $31,628.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $31,628.25 | | |
| | | | | $31,628.25 | | |

## UnbeatableSale.com
**Case(s): 337 Clm No: 2519 Clm. Amt: $59,942.09**

*195 Lehigh Ave, Unit 5*
*Lakewood, NJ 08701*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $59,942.09

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $59,942.09 | | |
| | | | | $59,942.09 | | |

## Underground Tools, Inc.
**Case(s): 337 Clm No: 1581 Clm. Amt: $4,476.38**

*6680 Hodgson Rd*
*Lino Lakes, MN 55014*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $4,476.37

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $4,476.38 | | $0.00 |
| 337 | UNS | Allowed | | | | $4,476.37 |
| | | | | $4,476.38 | | $4,476.37 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## UniFirst Corp.
**Case(s): 337 Clm No: 2097 Clm. Amt: $1,883.05**

*c/o Brennan Manna Diamond*
*Attn: Nathaniel Sinn, Esq*
*200 Public Sq, Ste 1850*
*Cleveland, OH 44114*
**Date Filed:** 12/3/2024
**Claim Face Value:** $1,883.05

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $1,883.05 | | |
| | | | | $1,883.05 | | |

## Unique Products & Service Corp
**Case(s): 337 Clm No: 29 Clm. Amt: $3,196.33**

*3860 Commerce Dr*
*St Charles, IL 60174*
**Date Filed:** 10/16/2024
**Claim Face Value:** $3,196.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $3,196.33 | | |
| | | | | $3,196.33 | | |

## United Container Company
**Case(s): 337 Clm No: 100007 Clm. Amt: $10,457.10**

*233 Hawthorne Ave*
*St Joseph, MI 47085*
**Date Filed:** 12/2/2024
**Claim Face Value:** $10,457.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Withdrawn | | $10,457.10 | | $0.00 |
| | | | | $10,457.10 | | $0.00 |

## United Gilsonite Laboratories, Inc
**Case(s): 337 Clm No: 182 Clm. Amt: $321,852.49**

*P.O. Box 23665*
*New York, NY 10087*
**Date Filed:** 10/17/2024
**Claim Face Value:** $321,852.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $321,852.49 | | |
| | | | | $321,852.49 | | |

## United Heating & Air Conditioning Inc
**Case(s): 337 Clm No: 1245 Clm. Amt: $20,758.02**

*180 Import Rd*
*Pittston, PA 18640*
**Date Filed:** 11/19/2024
**Amended By Clm #:** 1249
**Claim Face Value:** $20,758.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $20,758.02 | | |
| | | | | $20,758.02 | | |

## United Heating & Air Conditioning Inc
**Case(s): 337 Clm No: 1249 Clm. Amt: $20,758.00**

*180 Import Rd*
*Pittston, PA 18640*
**Date Filed:** 11/19/2024
**Orig. Date Filed:** 11/19/2024
**Amending Clm #:** 1245
**Claim Face Value:** $20,758.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $20,758.00 | | |
| | | | | $20,758.00 | | |

**United Parcel Service, Inc.**
**Case(s): 337 Clm No: 100193 Clm. Amt: $1,834,271.74**

*700 Keystone Industrial Park Rd*
*Dunmore, PA 18512*
**Date Filed:** 12/19/2024
**Claim Face Value:** $1,834,271.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $1,834,271.74 | | $0.00 |
| | | | | $1,834,271.74 | | $0.00 |

**United Parcel Service, Inc.**
**Case(s): 337 Clm No: 2106 Clm. Amt: $2,387,396.99**

*Attn: Roger Maldonado*
*2200 Wells Fargo Center*
*90 S 7th St*
*Minneapolis, MN 55402*
**Date Filed:** 12/3/2024
**Claim Face Value:** $2,387,396.99

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $2,387,396.99 | | |
| | | | | $2,387,396.99 | | |

**United States Hardware Mfg, Inc**
**Case(s): 337 Clm No: 488 Clm. Amt: $55,847.57**

*79 Stewart Ave*
*Washington, PA 15301*
**Date Filed:** 10/23/2024
**Claim Face Value:** $55,847.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $55,847.57 | | |
| | | | | $55,847.57 | | |

**United States Stove Company**
**Case(s): 337 Clm No: 30 Clm. Amt:**

*227 Industrial Park Rd*
*S Pittsburg, TN 37380*
**Date Filed:** 10/15/2024
**Amended By Clm #:** 1646
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | | | |

**United States Stove Company**
**Case(s): 337 Clm No: 1646 Clm. Amt: $130,977.88**

*c/o Tydings & Rosenberg LLP*
*Attn: Stephen Gerald*
*200 Continental Dr, Ste 401*
*Newark, DE 19713*
**Date Filed:** 11/26/2024
**Orig. Date Filed:** 10/15/2024
**Amending Clm #:** 30
**Claim Face Value:** $130,977.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $39,810.32 | | $0.00 |
| 337 | UNS | Allowed | | $91,167.56 | | $115,767.40 |
| | | | | $130,977.88 | | $115,767.40 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|-------------------|----------------|------------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## United True Value
**Case(s): 337 Clm No: 100148 Clm. Amt: $9,300.00**

*190 Lauderdale Beach*
*Florence, AL 35634*
**Date Filed:** 12/17/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Univar Solutions USA LLC
**Case(s): 337 Clm No: 100003 Clm. Amt:**

*3075 Highland Pkwy, Ste 200*
*Downers Grove, IL 60515*
**Date Filed:** 11/27/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Univar Solutions USA LLC
**Case(s): 337 Clm No: 1810 Clm. Amt: $151,245.30**

*6000 Parkwood Pl*
*Dublin, OH 43016*
**Date Filed:** 11/27/2024
**Claim Face Value:** $151,245.30

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $26,396.98 | | $0.00 |
| 337 | UNS | | | $124,848.32 | | $124,848.32 |
| | | | | $151,245.30 | | $124,848.32 |

## Universal City Development Partners, Ltd.
**Case(s): 337 Clm No: 2186 Clm. Amt: $490,187.50**

*Attn: Ryan Waters*
*6000 Universal Blvd*
*Orlando, FL 32819*
**Date Filed:** 12/4/2024
**Claim Face Value:** $490,187.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $490,187.50 | | |
| | | | | $490,187.50 | | |

## Universal Intermodal Services, Inc.
**Case(s): 337 Clm No: 908 Clm. Amt: $5,128.00**

*Attn: Miranda Pal*
*12755 E 9 Mile Rd*
*Warren, MI 48089*
**Date Filed:** 11/7/2024
**Claim Face Value:** $5,128.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $5,128.00 | | |
| | | | | $5,128.00 | | |

## Universal Protection Service, LP
### Case(s): 337 Clm No: 100440 Clm. Amt: $67,098.74

*dba Allied Universal Security Services*
*c/o Robinson & Cole LLP*
*Attn: Davis Lee Wright*
*1201 N Market St, Ste 1406*
**Date Filed:** 5/23/2025
**Claim Face Value:** $67,098.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $67,098.74 | | $0.00 |
| | | | | $67,098.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 07/01/2025 | 1388 | Objection Granted | 07/31/2025 | 1503 |

## Universal Protective Packaging, Inc.
### Case(s): 337 Clm No: 1715 Clm. Amt: $18,971.86

*c/o Atradius Collections Inc*
*3500 Lacey Rd, Ste 220*
*Downers Grove, IL 60515*
**Date Filed:** 11/26/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $18,971.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $18,971.86 | | |
| | | | | $18,971.86 | | |

## Uriah Products LLC
### Case(s): 337 Clm No: 137 Clm. Amt: $283,921.85

*2835 E Jean St*
*Springfield, MO 65803*
**Date Filed:** 10/16/2024
**Claim Face Value:** $283,921.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | SEC | Disallowed | | $283,921.85 | | $0.00 |
| 337 | UNS | Allowed | | | | $283,921.85 |
| | | | | $283,921.85 | | $283,921.85 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 04/29/2025 | 1154 | Objection Granted | 06/02/2025 | 1283 |

## US Corrosion Technologies
### Case(s): 337 Clm No: 100096 Clm. Amt: $10,357.44

*2850 Industrial Ln*
*Garland, TX 75041*
**Date Filed:** 12/11/2024
**Claim Face Value:** $10,357.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $10,357.44 | | $0.00 |
| | | | | $10,357.44 | | $0.00 |

**US Corrosion Technologies LLC**
**Case(s): 337 Clm No: 145 Clm. Amt:**

*2850 Industrial Ln*
*Garland, TX 75041*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**US Minerals, Inc**
**Case(s): 337 Clm No: 427 Clm. Amt: $17,817.60**

*Attn: Stan Chewning*
*18635 W Creek Dr*
*Tinley Park, IL 60477*
**Date Filed:** 10/23/2024
**Claim Face Value:** $17,817.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,817.60 | | |
| | | | | $17,817.60 | | |

**US Salt, LLC**
**Case(s): 337 Clm No: 100075 Clm. Amt: $43,166.97**

*Attn: Jason Blaseg*
*7304 W 130th St, Ste 290*
*Overland Park, KS 66213*
**Date Filed:** 12/10/2024
**Claim Face Value:** $43,166.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $43,166.97 | | $0.00 |
| | | | | $43,166.97 | | $0.00 |

**US Salt, LLC**
**Case(s): 337 Clm No: 100080 Clm. Amt: $43,166.97**

*Attn: Jason Blaseg*
*7304 W 130th St, Ste 290*
*Overland Park, KS 66213*
**Date Filed:** 12/11/2024
**Claim Face Value:** $43,166.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $43,166.97 | Y | $0.00 |
| | | | | $43,166.97 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## US Salt, LLC
### Case(s): 337 Clm No: 1789 Clm. Amt: $342,632.59

*Attn: Jason Blaseg*
*7304 W 130th St, Ste 290*
*Overland Park, KS 66213*
**Date Filed:** 11/27/2024
**Claim Face Value:** $342,632.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $42,045.08 | | $0.00 |
| 337 | ADM | Disallowed | | $42,045.08 | | $0.00 |
| 337 | UNS | Allowed | | $258,542.43 | | $330,942.31 |
| | | | | $342,632.59 | | $330,942.31 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 07/10/2025 | 1448 |

## US Signal Company, LLC
### Case(s): 337 Clm No: 1523 Clm. Amt: $5,357.91

*201 Ionia Ave SW*
*Grand Rapids, MI 49503*
**Date Filed:** 11/21/2024
**Claim Face Value:** $5,357.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $12.05 | | $0.00 |
| 337 | UNS | | | $5,345.86 | | $5,345.86 |
| | | | | $5,357.91 | | $5,345.86 |

## US Tape Company, Inc
### Case(s): 337 Clm No: 1346 Clm. Amt: $179,470.86

*2452 Quakertown Rd, Ste 300*
*Pennsburg, PA 18073*
**Date Filed:** 11/21/2024
**Amended By Clm #:** 1350
**Claim Face Value:** $179,470.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $179,470.86 | | |
| | | | | $179,470.86 | | |

## US Tape Company, Inc
### Case(s): 337 Clm No: 1350 Clm. Amt: $179,470.86

*2452 Quakertown Rd, Ste 300*
*Pennsburg, PA 18073*
**Date Filed:** 11/21/2024
**Orig. Date Filed:** 11/21/2024
**Amending Clm #:** 1346
**Claim Face Value:** $179,470.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $179,470.86 | | |
| | | | | $179,470.86 | | |

## US Wire and Cable Corporation
### Case(s): 337 Clm No: 906 Clm. Amt: $401,375.91

*1 Flexon Plz*
*Newark, NJ 07114*
**Date Filed:** 11/7/2024
**Amended By Clm #:** 2009
**Claim Face Value:** $401,375.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $401,375.91 | | |
| | | | | $401,375.91 | | |

## USG Corporation
**Case(s): 337 Clm No: 2306 Clm. Amt: $1,344,792.49**

*c/o Swanson, Martin & Bell, LLP*
*Attn: Charles S Stahl, Jr*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,344,792.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $369,085.18 | | $0.00 |
| 337 | UNS | | | $975,707.31 | | |
| | | | | $1,344,792.49 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## USG Corporation
**Case(s): 337 Clm No: 1848 Clm. Amt: $369,085.18**

*c/o Swanson Martin & Bell, LLP*
*Attn: Charles S Stahl Jr, Esq*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 11/27/2024
**Claim Face Value:** $369,085.18

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $369,085.18 | | $0.00 |
| 337 | UNS | Allowed | | | | $107,137.60 |
| | | | | $369,085.18 | | $107,137.60 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 01/07/2025 | 754 | Objection Granted | 07/31/2025 | 1501 |

## USG Corporation
**Case(s): 337 Clm No: 100233 Clm. Amt: $24,406.85**

*c/o Swanson, Martin & Bell, LLP*
*Attn: Charles S Stahl Jr*
*2525 Cabot Dr, Ste 204*
*Lisle, IL 60532*
**Date Filed:** 12/20/2024
**Claim Face Value:** $24,406.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $24,406.85 | | $0.00 |
| | | | | $24,406.85 | | $0.00 |

## Utah State Tax Commission
**Case(s): 337 Clm No: 1100 Clm. Amt: $3,598.62**

*210 N 1950 W*
*Salt Lake City, UT 94134-9000*
**Date Filed:** 11/14/2024
**Claim Face Value:** $3,598.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $3,598.62 | | $0.00 |
| | | | | $3,598.62 | | $0.00 |

## Utah State Tax Commission
### Case(s): 337 Clm No: 2446 Clm. Amt: $3,195.64

*210 N 1950 W*
*Salt Lake City, UT 84134-9000*
**Date Filed:** 12/10/2024
**Bar Date:** 4/14/2025
**Claim Face Value:** $3,195.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $3,195.64 | | $0.00 |
| | | | | $3,195.64 | | $0.00 |

## Utz Quality Foods LLC
### Case(s): 337 Clm No: 2613 Clm. Amt: $12,581.76

*Attn: Laurie Perry*
*900 High St*
*Hanover, PA 17331*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,581.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $12,581.76 | | |
| | | | | $12,581.76 | | |

## Valassis Direct Mail, Inc.
### Case(s): 337 Clm No: 1405 Clm. Amt: $22,410.48

*Attn: Robert A Larsen*
*4101 Winfield Rd*
*Warrenville, IL 60555*
**Date Filed:** 11/22/2024
**Claim Face Value:** $22,410.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $22,410.48 | | |
| | | | | $22,410.48 | | |

## Valassis Direct Mail, Inc.
### Case(s): 337 Clm No: 100159 Clm. Amt: $49,506.69

*4101 Winfield Rd*
*Warrenville, IL 60555*
**Date Filed:** 12/18/2024
**Claim Face Value:** $49,506.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Withdrawn | | $49,506.69 | | $0.00 |
| | | | | $49,506.69 | | $0.00 |

## Valdes
### Case(s): 337 Clm No: 165 Clm. Amt:

*667 Chaddick Dr*
*Wheeling, IL 60090*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | | | |

## Valdes LLC
**Case(s): 337 Clm No: 2704 Clm. Amt: $7,150.00**

*Attn: David Rodriguez*
*667 Chaddick Dr*
*Wheeling, IL 60090*
**Date Filed:** 12/24/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $7,150.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $7,150.00 | | $0.00 |
| | | | | $7,150.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

## Valyria LLC dba Transpac Brands
**Case(s): 337 Clm No: 1019 Clm. Amt: $98,846.59**

*1050 Aviator Dr*
*Vacaville, CA 95688*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $98,846.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $98,846.59 | | |
| | | | | $98,846.59 | | |

## Valyria LLC dba Transpac Brands
**Case(s): 337 Clm No: 1016 Clm. Amt: $98,846.59**

*1050 Aviator Dr*
*Vacaville, CA 95688*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $98,846.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $98,846.59 | | |
| | | | | $98,846.59 | | |

## Valyria LLC dba Transpac Brands
**Case(s): 337 Clm No: 1017 Clm. Amt: $98,846.59**

*1050 Aviator Dr*
*Vacaville, CA 95688*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $98,846.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $98,846.59 | | |
| | | | | $98,846.59 | | |

## Valyria LLC dba Transpac Brands
**Case(s): 337 Clm No: 1018 Clm. Amt: $98,846.59**

*1050 Aviator Dr*
*Vacaville, CA 95688*
**Date Filed:** 11/13/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $98,846.59

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $98,846.59 | | |
| | | | | $98,846.59 | | |

## Van Hoekelen Greenhouses Inc
**Case(s): 337 Clm No: 2249 Clm. Amt: $4,990.60**

*P.O. Box 88*
*220 S Hancock St*
*McAdoo, PA 18237*
**Date Filed:** 12/4/2024
**Claim Face Value:** $4,990.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,990.60 | | |
| | | | | $4,990.60 | | |

## Variety Wholesalers, Inc.
**Case(s): 337 Clm No: 2258 Clm. Amt:**

*c/o Hendren Redwine & Malone, PLLC*
*4600 Marriott Dr, Ste 150*
*Raleigh, NC 27612*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Velcro USA Inc
**Case(s): 337 Clm No: 257 Clm. Amt: $115,781.84**

*Attn: Brian Kelly*
*95 Sundial Ave*
*Manchester, NH 03103*
**Date Filed:** 10/18/2024
**Claim Face Value:** $115,781.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $115,781.84 | | |
| | | | | $115,781.84 | | |

## Velcro USA Inc
**Case(s): 337 Clm No: 256 Clm. Amt: $115,781.84**

*Attn: Brian Kelly*
*95 Sundial Ave*
*Manchester, NH 03103*
**Date Filed:** 10/18/2024
**Claim Face Value:** $115,781.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $115,781.84 | | |
| | | | | $115,781.84 | | |

## VELUX America LLC
**Case(s): 337 Clm No: 3062 Clm. Amt: $9,075.69**

*450 Old Brick Yard Rd*
*Greenwood, SC 29649*
**Date Filed:** 9/18/2025
**Claim Face Value:** $9,075.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,075.69 | | |
| | | | | $9,075.69 | | |

## VELUX America LLC
### Case(s): 337 Clm No: 901 Clm. Amt: $63,123.84

*450 Old Brickyard Rd*
*Greenwood, SC 29649*
**Date Filed:** 11/7/2024
**Claim Face Value:** $63,123.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $7,323.55 | | $0.00 |
| 337 | UNS | Allowed | | $55,800.29 | | $63,123.84 |
| | | | | $63,123.84 | | $63,123.84 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Venator Materials LLC
### Case(s): 337 Clm No: 1065 Clm. Amt: $276,455.04

*1780 Hughes Landing*
*The Woodlands, TX 77830*
**Date Filed:** 11/14/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $276,455.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $276,455.04 | | |
| | | | | $276,455.04 | | |

## Veneer Technologies, Inc.
### Case(s): 337 Clm No: 887 Clm. Amt: $8,299.00

*611 Verdun St*
*Newport, NC 28570*
**Date Filed:** 11/6/2024
**Claim Face Value:** $8,299.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $8,299.00 | | |
| | | | | $8,299.00 | | |

## Vermeer Corporation
### Case(s): 337 Clm No: 2913 Clm. Amt: $215,072.70

*1210 Vermeer Rd E*
*Pella, IA 52577*
**Date Filed:** 2/28/2025
**Orig. Date Filed:** 11/25/2024
**Amending Clm #:** 1582
**Claim Face Value:** $215,072.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $4,563.40 | | $0.00 |
| 337 | UNS | Allowed | | $210,509.30 | | $215,072.70 |
| | | | | $215,072.70 | | $215,072.70 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Vermeer Corporation
### Case(s): 337 Clm No: 1582 Clm. Amt: $215,072.70

*1210 Vermeer Rd E*
*Pella, IA 52577*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Amended By Clm #:** 2913
**Claim Face Value:** $215,072.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $52,063.40 | | $0.00 |
| 337 | UNS | Allowed | | $163,009.30 | | $215,072.70 |
| | | | | $215,072.70 | | $215,072.70 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Vestil Manufacturing Company
### Case(s): 337 Clm No: 424 Clm. Amt: $96,325.03

*2999 N Wayne St*
*Angola, IN 46703*
**Date Filed:** 10/25/2024
**Claim Face Value:** $96,325.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $96,325.03 | | |
| | | | | $96,325.03 | | |

## VGP Holdings LLC
### Case(s): 337 Clm No: 2201 Clm. Amt: $96,736.86

*Attn: Daniel E Hitchcock*
*250 W Main St, Ste 1600*
*Lexington, KY 40507*
**Date Filed:** 12/4/2024
**Claim Face Value:** $96,736.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $96,736.86 | | |
| | | | | $96,736.86 | | |

## Vibrantz Technologies
### Case(s): 337 Clm No: 1633 Clm. Amt: $44,256.75

*Attn: Richard Matis*
*6060 Parkland Blvd, Ste 250*
*Mayfield Heights, OH 44124*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $44,256.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $6,315.04 | | $0.00 |
| 337 | UNS | | | $37,941.71 | | $37,941.71 |
| | | | | $44,256.75 | | $37,941.71 |

## Vic West Importers, LLC
### Case(s): 337 Clm No: 11 Clm. Amt: $24,978.60

*c/o VCM Products, LLC*
*Attn: Shwetha Pai*
*8280 Montgomery Rd, Ste 210*
*Cincinnati, OH 45236*
**Date Filed:** 10/15/2024
**Claim Face Value:** $24,978.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $24,978.60 | | |
| | | | | $24,978.60 | | |

## Victor Dorn Corp
### Case(s): 337 Clm No: 1432 Clm. Amt: $97,688.91

*Attn: Thomas Dorn*
*1342 S Midvale Blvd*
*Madison, WI 53711*
**Date Filed:** 11/21/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $97,688.91

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $97,688.91 | | |
| | | | | $97,688.91 | | |

## Victorinox Swiss Army, Inc.
### Case(s): 337 Clm No: 1128 Clm. Amt: $47,816.83

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $47,816.83

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $47,816.83 | | |
| | | | | $47,816.83 | | |

## Virginia Abrasives Corp
### Case(s): 337 Clm No: 1902 Clm. Amt: $247,397.03

*c/o Nixon Peabody LLP*
*Attn: Christopher Fong*
*55 W 46th St*
*New York, NY 10036*
**Date Filed:** 11/26/2024
**Claim Face Value:** $247,397.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $30,799.85 | | $0.00 |
| 337 | UNS | Allowed | | $216,597.18 | | $239,519.74 |
| | | | | $247,397.03 | | $239,519.74 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Virginia Abrasives Corp.
### Case(s): 337 Clm No: 1566 Clm. Amt: $247,397.03

*c/o Nixon Peabody LLP*
*Attn: Christopher Fong*
*55 W 46th St*
*New York, NY 10036*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $247,397.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $30,799.85 | Y | $0.00 |
| 337 | UNS | Disallowed | | $216,597.18 | Y | $0.00 |
| | | | | $247,397.03 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Virnig Manufacturing Inc**
**Case(s): 337 Clm No: 181 Clm. Amt: $17,118.50**

*101 Gateway Dr*
*Rice, MN 56367*
**Date Filed:** 10/17/2024
**Claim Face Value:** $17,118.50

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,118.50 | | |
| | | | | $17,118.50 | | |

**Virtual Marketing LLC dba Fusion92**
**Case(s): 337 Clm No: 985 Clm. Amt: $35,000.00**

*222 W Merchandise Mart Plz, Ste 2200*
*Chicago, IL 60654*
**Date Filed:** 11/12/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $35,000.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $35,000.00 | | |
| | | | | $35,000.00 | | |

**Virtual Marketing, LLC**
**Case(s): 337 Clm No: 2512 Clm. Amt: $17,500.00**

*Attn: Madaline Pedersen*
*222 Merchandise Mart Plz, Ste 2200*
*Chicago, IL 60654*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $17,500.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,500.00 | | |
| | | | | $17,500.00 | | |

**Vitech International Inc.**
**Case(s): 340 Clm No: 22 Clm. Amt: $10,712.00**

*Attn: Cathy Nicholson*
*3465 Mainway, Unit 1*
*Burlington, ON L7M 1A9*
*Canada*
**Date Filed:** 1/21/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $10,712.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | UNS | | | $10,712.00 | | |
| | | | | $10,712.00 | | |

**Vivere Ltd.**
**Case(s): 337 Clm No: 2250 Clm. Amt: $9,103.00**

*5067 Whitelaw Rd*
*Guelph, ON N1H 6J4*
*Canada*
**Date Filed:** 12/4/2024
**Claim Face Value:** $9,103.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $9,103.00 | | |
| | | | | $9,103.00 | | |

**Volm Companies**
**Case(s): 337 Clm No: 49 Clm. Amt: $42,418.12**

*P.O. Box 400*
*Antigo, WI 54409*
**Date Filed:** 10/15/2024
**Claim Face Value:** $42,418.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $42,418.12 | | |
| | | | | $42,418.12 | | |

## Vornado Air, LLC
**Case(s): 337 Clm No: 1096 Clm. Amt: $117,434.38**

*415 E 13th St*
*Andover, KS 67002*
**Date Filed:** 11/14/2024
**Amended By Clm #:** 1289
**Claim Face Value:** $117,434.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $117,434.38 | | |
| | | | | $117,434.38 | | |

## Vornado Air, LLC
**Case(s): 337 Clm No: 1289 Clm. Amt: $117,434.38**

*Attn: Cole Hoppock*
*415 E 13th St*
*Andover, KS 67002*
**Date Filed:** 11/20/2024
**Orig. Date Filed:** 11/14/2024
**Amending Clm #:** 1096
**Claim Face Value:** $117,434.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $117,434.38 | | |
| | | | | $117,434.38 | | |

## Voxx Accessories Corp
**Case(s): 337 Clm No: 1561 Clm. Amt: $275,689.11**

*Attn: Ronnie P Boudreaux*
*180 Marcus Blvd*
*Hauppauge, NY 11788*
**Date Filed:** 11/25/2024
**Claim Face Value:** $275,689.11

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $28,012.30 | | $0.00 |
| 337 | UNS | | | $247,676.81 | | $247,676.81 |
| | | | | $275,689.11 | | $247,676.81 |

## VP Racing Fuels
**Case(s): 337 Clm No: 1154 Clm. Amt: $336,326.97**

*Attn: Vanessa O'Connell*
*10205 Oasis St*
*San Antonio, TX 78216*
**Date Filed:** 11/15/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $336,326.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Disallowed | | $73,957.68 | Y | $0.00 |
| 337 | UNS | Disallowed | | $262,369.29 | Y | $0.00 |
| | | | | $336,326.97 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## VP Racing Fuels
### Case(s): 337 Clm No: 1041 Clm. Amt: $410,284.65

*Attn: Vanessa O'Connell*
*10205 Oasis St*
*San Antonio, TX 78216*
**Date Filed:** 11/13/2024
**Orig. Date Filed:** 11/5/2024
**Amending Clm #:** 842
**Claim Face Value:** $410,284.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $73,957.68 | | $0.00 |
| 337 | UNS | Allowed | | $336,326.97 | | $364,867.40 |
| | | | | $410,284.65 | | $364,867.40 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 07/28/2025 | 1487 |

## VP Racing Fuels
### Case(s): 337 Clm No: 842 Clm. Amt: $336,326.97

*Attn: Vanessa O'Connell*
*10205 Oasis St*
*San Antonio, TX 78216*
**Date Filed:** 11/5/2024
**Amended By Clm #:** 1041
**Claim Face Value:** $336,326.97

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $73,957.68 | Y | $0.00 |
| 337 | UNS | Disallowed | | $262,369.29 | Y | $0.00 |
| | | | | $336,326.97 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## VP Racing Fuels and Plastic Product Farmers, Inc.
### Case(s): 337 Clm No: 100394 Clm. Amt: $31,866.57

*10205 Oasis St*
*San Antonio, TX 78216*
**Date Filed:** 2/5/2025
**Claim Face Value:** $31,866.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Withdrawn | | $31,866.57 | | $0.00 |
| | | | | $31,866.57 | | $0.00 |

## Vtech Communications, Inc.
### Case(s): 337 Clm No: 1751 Clm. Amt: $80,130.03

*9020 SW Washington Square Rd, Ste 555*
*Tigard, OR 97223*
**Date Filed:** 11/26/2024
**Claim Face Value:** $80,130.03

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $80,130.03 | | |
| | | | | $80,130.03 | | |

## W H Maze Company, Maze Nails Div
**Case(s): 337 Clm No: 169 Clm. Amt: $25,481.88**

*100 Church St*
*Peru, IL 61354*
**Date Filed:** 10/17/2024
**Claim Face Value:** $25,481.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $25,481.88 | | |
| | | | | $25,481.88 | | |

## W.R. Case & Sons Cutlery Company
**Case(s): 337 Clm No: 1275 Clm. Amt: $269,589.20**

*Attn: Cheryl Smith*
*33 Barbour St*
*Bradford, PA 16701*
**Date Filed:** 11/19/2024
**Claim Face Value:** $269,589.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $269,589.20 | | |
| | | | | $269,589.20 | | |

## W.R. Case & Sons Cutlery Company
**Case(s): 337 Clm No: 100244 Clm. Amt: $3,450.04**

*33 Burbour St*
*Bradford, PA 16701*
**Date Filed:** 12/20/2024
**Claim Face Value:** $3,450.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $3,450.04 | | $0.00 |
| | | | | $3,450.04 | | $0.00 |

## W.W. Grainger, Inc.
**Case(s): 337 Clm No: 2485 Clm. Amt: $640,587.25**

*401 S Wright Rd*
*Janesville, WI 53546*
**Date Filed:** 12/4/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $640,587.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $84,753.15 | | $0.00 |
| 337 | UNS | Allowed | | $555,834.10 | | $640,587.25 |
| | | | | $640,587.25 | | $640,587.25 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 980 | Objection Granted | 04/15/2025 | 1106 |

## WA Department of Revenue
**Case(s): 337 Clm No: 100351 Clm. Amt: $18,062.57**

*2101 4th Ave, Ste 1400*
*Seattle, WA 98121*
**Date Filed:** 12/26/2024
**Claim Face Value:** $18,062.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $18,062.57 | | $0.00 |
| | | | | $18,062.57 | | $0.00 |

## WA Department of Revenue
**Case(s): 337 Clm No: 2799 Clm. Amt: $20,381.16**

*2101 4th Ave, Ste 1400*
*Seattle, WA 98121*
**Date Filed:** 1/13/2025
**Bar Date:** 4/14/2025
**Claim Face Value:** $20,381.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Withdrawn | | $20,381.16 | | $0.00 |
| | | | | $20,381.16 | | $0.00 |

## WA ST Dept of Labor and Industries
**Case(s): 337 Clm No: 2363 Clm. Amt: $790.35**

*Attn: Bankruptcy Unit*
*P.O. Box 44171*
*Olympia, WA 98504*
**Date Filed:** 12/5/2024
**Amended By Clm #:** 2904
**Claim Face Value:** $790.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Disallowed | | $790.35 | | $0.00 |
| | | | | $790.35 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## WA ST Dept of Labor and Industries
**Case(s): 337 Clm No: 2904 Clm. Amt: $1,250.63**

*c/o Bankruptcy Unit*
*P.O. Box 44171*
*Olympia, WA 98504*
**Date Filed:** 2/21/2025
**Orig. Date Filed:** 12/5/2024
**Bar Date:** 4/14/2025
**Amending Clm #:** 2363
**Claim Face Value:** $1,250.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | PRI | Satisfied | | $1,250.63 | | $0.00 |
| | | | | $1,250.63 | | $0.00 |

## Wabash Valley Farms, Inc
**Case(s): 337 Clm No: 762 Clm. Amt: $2,830.20**

*6323 N 150 E*
*Monon, IN 47959*
**Date Filed:** 11/1/2024
**Amended By Clm #:** 2560
**Claim Face Value:** $2,830.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,522.92 | | $0.00 |
| 337 | UNS | Disallowed | | $1,307.28 | | $0.00 |
| | | | | $2,830.20 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Wabash Valley Farms, Inc.
### Case(s): 337 Clm No: 2560 Clm. Amt: $9,308.16

*6323 N 150 E*
*Monon, IN 47959*
**Date Filed:** 12/18/2024
**Orig. Date Filed:** 11/1/2024
**Bar Date:** 11/24/2024
**Amending Clm #:** 762
**Claim Face Value:** $9,308.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $4,289.46 | | $0.00 |
| 337 | UNS | | | $5,018.70 | | $5,018.70 |
| | | | | $9,308.16 | | $5,018.70 |

## Wabash Valley Farms, Inc.
### Case(s): 337 Clm No: 2561 Clm. Amt: $787.86

*6323 N 150 E*
*Monon, IN 47959*
**Date Filed:** 12/18/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $787.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $787.86 | | |
| | | | | $787.86 | | |

## Wacker Neuson America Corporation
### Case(s): 337 Clm No: 1364 Clm. Amt: $171,039.57

*N92W15000 Anthony Ave*
*Menomonee Falls, WI 53051*
**Date Filed:** 11/21/2024
**Claim Face Value:** $171,039.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $16,712.00 | | $0.00 |
| 337 | UNS | Allowed | | $154,327.57 | | $171,039.57 |
| | | | | $171,039.57 | | $171,039.57 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Wacker Neuson America Corporation
### Case(s): 337 Clm No: 100223 Clm. Amt: $5,011.23

*previously Wacker Neuson Sales Americas,*
*LLC*
*N92 W 15000 Anthony Ave*
*Menomonee Falls, WI 53051*
**Date Filed:** 12/20/2024
**Claim Face Value:** $5,011.23

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $5,011.23 | | $0.00 |
| | | | | $5,011.23 | | $0.00 |

## Wadler Bros., Inc.
### Case(s): 337 Clm No: 2517 Clm. Amt: $28,660.04

*P.O. Box 550*
*47293 Rt 28*
*Fleischmanns, NY 12430*
**Date Filed:** 12/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $28,660.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $28,660.04 | | |
| | | | | $28,660.04 | | |

**Wagner Spray Tech Corporation**
**Case(s): 337 Clm No: 100259 Clm. Amt: $63,956.20**

*dba Titan Tool, Inc*
*1770 Fernbrook Ln N*
*Plymouth, MN 55447*
**Date Filed:** 12/20/2024
**Claim Face Value:** $63,956.20

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Satisfied | | $63,956.20 | | $0.00 |
| | | | | $63,956.20 | | $0.00 |

**Wagner Spray Tech Corporation**
**Case(s): 337 Clm No: 1524 Clm. Amt: $72,230.29**

*1770 Fernbrook Ln N*
*Plymouth, MN 55447*
**Date Filed:** 11/22/2024
**Claim Face Value:** $72,230.29

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $3,218.17 | | $0.00 |
| 337 | UNS | Allowed | | $69,012.12 | | $72,230.29 |
| | | | | $72,230.29 | | $72,230.29 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

**Wahl Clipper Corporation**
**Case(s): 337 Clm No: 1851 Clm. Amt: $17,492.62**

*P.O. Box 5010*
*Sterling, IL 61081*
**Date Filed:** 11/26/2024
**Claim Face Value:** $17,492.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $2,488.76 | | $0.00 |
| 337 | UNS | | | $15,003.86 | | $15,003.86 |
| | | | | $17,492.62 | | $15,003.86 |

**Walker Nursery Co.**
**Case(s): 337 Clm No: 2740 Clm. Amt: $11,088.00**

*7287 Manchester Hwy*
*Morrison, TN 37357*
**Date Filed:** 12/30/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $11,088.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $11,088.00 | | |
| | | | | $11,088.00 | | |

**Walla Walla Nursery Co, Inc**
**Case(s): 337 Clm No: 530 Clm. Amt: $12,039.13**

*Attn: Sharon Dodgin*
*4176 Stateline Rd*
*Walla Walla, WA 99362*
**Date Filed:** 10/28/2024
**Claim Face Value:** $12,039.13

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,039.13 | | |
| | | | | $12,039.13 | | |

## Wallaces Garden Center & Greenhouse Co.
### Case(s): 337 Clm No: 1157 Clm. Amt: $1,844.80

Attn: Kate Terrell
2605 Devils Glen Center Rd
Bettendorf, IA 52722
**Date Filed:** 11/16/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $1,844.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,844.80 | | |
| | | | | $1,844.80 | | |

## Waller Truck Co, Inc
### Case(s): 337 Clm No: 1654 Clm. Amt: $27,785.44

400 S McCleary Rd
Excelsior Springs, MO 64024
**Date Filed:** 11/26/2024
**Claim Face Value:** $27,785.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $27,785.44 | | |
| | | | | $27,785.44 | | |

## Warfield Electric of Texas
### Case(s): 337 Clm No: 100030 Clm. Amt: $1,937.68

175 Industry Ave
Frankfort, IL 60423
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,937.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Disallowed | | $1,937.68 | | $0.00 |
| | | | | $1,937.68 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Warfield Electric of Texas
### Case(s): 337 Clm No: 100031 Clm. Amt: $1,937.68

175 Industry Ave
Frankfort, IL 60423
**Date Filed:** 12/5/2024
**Claim Face Value:** $1,937.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,937.68 | | |
| | | | | $1,937.68 | | |

## Warner Manufacturing Company
### Case(s): 337 Clm No: 1681 Clm. Amt: $3,664.46

13435 Industrial Park Blvd
Plymouth, MN 55441
**Date Filed:** 11/26/2024
**Claim Face Value:** $3,664.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $346.14 | | $0.00 |
| 337 | UNS | | | $3,318.32 | | $3,318.32 |
| | | | | $3,664.46 | | $3,318.32 |

## Warner Shelter Systems Limited
### Case(s): 337 Clm No: 2837 Clm. Amt: $17,336.01

*9811 44 St SE*
*Calgary, AB T2C 2P7*
*Canada*
**Date Filed:** 1/24/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $17,336.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $17,336.01 | | |
| | | | | $17,336.01 | | |

## Warp Brothers
### Case(s): 337 Clm No: 443 Clm. Amt:

*Address Not Provided*
**Date Filed:** 10/23/2024
**Amended By Clm #:** 936
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

## Washington State Department of Revenue
### Case(s): 337 Clm No: 100405 Clm. Amt: $80,743.68

*2101 4th Ave, Ste 1400*
*Seattle, WA 98121*
**Date Filed:** 3/13/2025
**Claim Face Value:** $80,743.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $80,743.68 | | $0.00 |
| | | | | $80,743.68 | | $0.00 |

## Watcher Total Protection
### Case(s): 337 Clm No: 1189 Clm. Amt: $55,042.06

*41W195 Railroad St, Ste A*
*Pingree Grove, IL 60140*
**Date Filed:** 11/18/2024
**Claim Face Value:** $55,042.06

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $55,042.06 | | |
| | | | | $55,042.06 | | |

## Water Pik, Inc
### Case(s): 337 Clm No: 286 Clm. Amt: $110,503.00

*Attn: Tabitha Baptista*
*1730 E Prospect Rd*
*Fort Collins, CO 80525*
**Date Filed:** 10/21/2024
**Claim Face Value:** $110,503.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $110,503.00 | | |
| | | | | $110,503.00 | | |

## Water Sports LLC
### Case(s): 337 Clm No: 1325 Clm. Amt: $4,218.74

*241 Airport Rd*
*N Aurora, IL 60542*
**Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $4,218.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,218.74 | | |
| | | | | $4,218.74 | | |

**Watts Water Technologies, Inc.**
**Case(s): 337 Clm No: 1291 Clm. Amt: $211,856.78**

Attn: Seth Kipp, Esq
815 Chestnut St
N Andover, MA 01845
**Date Filed:** 11/20/2024
**Amended By Clm #:** 2528
**Claim Face Value:** $211,856.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $20,953.52 | Y | $0.00 |
| 337 | UNS | Disallowed | | $190,903.26 | Y | $0.00 |
| | | | | $211,856.78 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Watts Water Technologies, Inc.**
**Case(s): 337 Clm No: 2528 Clm. Amt: $211,856.78**

Attn: Seth Kipp, Esq
815 Chestnut St
N Andover, MA 01845
**Date Filed:** 12/17/2024
**Orig. Date Filed:** 11/20/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 1291
**Claim Face Value:** $211,856.78

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $20,953.52 | | $0.00 |
| 337 | UNS | Allowed | | $190,903.26 | | $211,842.13 |
| | | | | $211,856.78 | | $211,842.13 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 07/10/2025 | 1448 |

**Waupaca Northwoods LLC**
**Case(s): 337 Clm No: 628 Clm. Amt: $159,642.51**

N2564 County Rd QQ
Waupaca, WI 54981
**Date Filed:** 10/28/2024
**Claim Face Value:** $159,642.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $159,642.51 | | |
| | | | | $159,642.51 | | |

**Wayne Water Systems**
**Case(s): 337 Clm No: 2558 Clm. Amt: $29,921.24**

Attn: D Barthel
101 Production Dr
Harrison, OH 45030
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $29,921.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 337 | UNS | | | $29,921.24 | | |
| | | | | $29,921.24 | | |

### Wayne Water Systems Inc
**Case(s): 337 Clm No: 639 Clm. Amt: $114,547.64**

*Attn: Daniel Barthel*
*101 Production Dr*
*Harrison, OH 45030*
**Date Filed:** 10/29/2024
**Claim Face Value:** $114,547.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $5,648.05 | | $0.00 |
| 337 | UNS | Allowed | | $108,899.59 | | $114,547.64 |
| | | | | $114,547.64 | | $114,547.64 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

### Wayside Home & Garden Showplace
**Case(s): 337 Clm No: 2199 Clm. Amt: $3,643.39**

*Attn: Paul A Sorbello*
*124 State Rte 31*
*Macedon, NY 14502*
**Date Filed:** 12/4/2024
**Claim Face Value:** $3,643.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,643.39 | | |
| | | | | $3,643.39 | | |

### WD-40 Company
**Case(s): 337 Clm No: 1437 Clm. Amt: $720,063.74**

*9715 Businesspark Ave*
*San Diego, CA 92131*
**Date Filed:** 11/21/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $720,063.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $104,157.94 | | $0.00 |
| 337 | UNS | Allowed | | $615,905.80 | | $639,784.50 |
| | | | | $720,063.74 | | $639,784.50 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

### WD-40 Company
**Case(s): 337 Clm No: 100169 Clm. Amt: $313,344.38**

*9715 Businesspark Ave*
*San Diego, CA 92131*
**Date Filed:** 12/18/2024
**Claim Face Value:** $313,344.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $313,344.38 | | $0.00 |
| | | | | $313,344.38 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

## Weaber LLC
**Case(s): 337 Clm No: 2893 Clm. Amt: $27,474.62**

*1231 Mt Wilson Rd*
*Lebanon, PA 17042*
**Date Filed:** 2/20/2025
**Bar Date:** 11/27/2024
**Claim Face Value:** $27,474.62

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $27,474.62 | | |
| | | | | $27,474.62 | | |

## Weakley-Watson, Inc.
**Case(s): 337 Clm No: 2131 Clm. Amt: $10,850.16**

*Attn: Bill Blagg*
*804 Quail Run*
*Brownwood, TX 76801*
**Date Filed:** 12/4/2024
**Claim Face Value:** $10,850.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,850.16 | | |
| | | | | $10,850.16 | | |

## Weaver Consultants Group North Central, LLC
**Case(s): 337 Clm No: 1682 Clm. Amt: $525.00**

*35 E Wacker Dr, Ste 1250*
*Chicago, IL 60601*
**Date Filed:** 11/26/2024
**Claim Face Value:** $525.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $525.00 | | |
| | | | | $525.00 | | |

## Weaver Consultants Group North Central, LLC
**Case(s): 337 Clm No: 1683 Clm. Amt: $438.75**

*35 E Wacker Dr, Ste 1250*
*Chicago, IL 60601*
**Date Filed:** 11/26/2024
**Claim Face Value:** $438.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $438.75 | | |
| | | | | $438.75 | | |

## Weaver Consultants Group North Central, LLC
**Case(s): 337 Clm No: 1680 Clm. Amt: $753.75**

*35 E Wacker Dr, Ste 1250*
*Chicago, IL 60601*
**Date Filed:** 11/26/2024
**Claim Face Value:** $753.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $753.75 | | |
| | | | | $753.75 | | |

## Weber-Stephen Products, LLC
**Case(s): 337 Clm No: 1816 Clm. Amt: $49,085.69**

*c/o Tucker Ellis LLP*
*Attn: Brian Jackiw or Thomas R Fawkes*
*233 S Wacker Dr, Ste 6950*
*Chicago, IL 60606*
**Date Filed:** 11/27/2024
**Claim Face Value:** $49,085.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $49,085.69 | | $0.00 |
| | | | | $49,085.69 | | $0.00 |

**Wedge-Loc Co, Inc.**
**Case(s): 337 Clm No: 1850 Clm. Amt: $17,319.10**

*1580 Pendleton Dr*
*Rio Rico, AZ 85648*
**Date Filed:** 11/26/2024
**Claim Face Value:** $17,319.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $17,319.10 | | $0.00 |
| | | | | $17,319.10 | | $0.00 |

**Wedge-Loc Co. Inc.**
**Case(s): 337 Clm No: 2710 Clm. Amt: $1,625.10**

*1580 Pendleton Dr*
*Rio Rico, AZ 85648*
**Date Filed:** 12/23/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $1,625.10

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $1,625.10 | | $0.00 |
| | | | | $1,625.10 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 753 | Objection Granted | 04/16/2025 | 1110 |

**Weems Industries, Inc**
**Case(s): 337 Clm No: 118 Clm. Amt: $20,163.16**

*c/o Legacy Manufacturing Co*
*6509 Partners Ave*
*Marion, IA 52302*
**Date Filed:** 10/16/2024
**Claim Face Value:** $20,163.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $20,163.16 | | |
| | | | | $20,163.16 | | |

**Weems Industries, Inc**
**Case(s): 337 Clm No: 116 Clm. Amt: $20,163.16**

*c/o Legacy Manufacturing Co*
*6509 Partners Ave*
*Marion, IA 52302*
**Date Filed:** 10/17/2024
**Claim Face Value:** $20,163.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $20,163.16 | | |
| | | | | $20,163.16 | | |

**Weiman Products LLC**
**Case(s): 337 Clm No: 619 Clm. Amt: $401,572.04**

*755 Tri State Pkwy*
*Gurnee, IL 60031*
**Date Filed:** 10/30/2024
**Claim Face Value:** $401,572.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $40,697.23 | | $0.00 |
| 337 | UNS | | | $360,874.81 | | $360,874.81 |
| | | | | $401,572.04 | | $360,874.81 |

## Welch Equipment Company
**Case(s): 337 Clm No: 2769 Clm. Amt: $41,774.74**

c/o Credit Department
5025 Nome St
Denver, CO 80239
**Date Filed:** 1/7/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $41,774.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $41,774.74 | | |
| | | | | $41,774.74 | | |

## Welding, Cutting, Tools & Accessories, LLC
**Case(s): 337 Clm No: 2127 Clm. Amt: $50,982.22**

c/o Baker & Hostetler LLP
Attn: Alexis Beachdell, Esq
Key Tower, 127 Public Sq, Ste 2000
Cleveland, OH 44114
**Date Filed:** 12/4/2024
**Claim Face Value:** $50,982.22

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $50,982.22 | | |
| | | | | $50,982.22 | | |

## Wells Fargo Bank, N.A.
**Case(s): 337 Clm No: 1394 Clm. Amt: $6,783.48**

P.O. Box 13708
Macon, GA 31208
**Date Filed:** 11/21/2024
**Claim Face Value:** $6,783.48

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,783.48 | | |
| | | | | $6,783.48 | | |

## Wells Fargo Financial Leasing, Inc.
**Case(s): 337 Clm No: 1261 Clm. Amt: $1,957.85**

Attn: Ryan Joshua Manalansan Mendoza
801 Walnut St, MAC F0006-052
Des Moines, IA 50309
**Date Filed:** 11/19/2024
**Claim Face Value:** $1,957.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $1,957.85 | | |
| | | | | $1,957.85 | | |

## Wentzel's True value-Theodore W Wentzel
**Case(s): 337 Clm No: 100353 Clm. Amt: $14,059.15**

P.O. Box 92
801 Palmer
Emmersburg, IA 50526
**Date Filed:** 12/28/2024
**Claim Face Value:** $14,059.15

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $14,059.15 | Y | $0.00 |
| | | | | $14,059.15 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed after bar date | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Wenzhou Jinfu Locks Co., Ltd.**
**Case(s): 337 Clm No: 1412 Clm. Amt: $85,238.46**

*c/o Brown & Joseph LLC*
*Attn: Peter Geldes*
*P.O. Box 249*
*Itasca, IL 60143*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $85,238.46

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $85,238.46 | | |
| | | | | $85,238.46 | | |

**Wera Tools NA Inc**
**Case(s): 337 Clm No: 34 Clm. Amt: $6,659.43**

*2900 Service Rd, Unit 2*
*Niagara Falls, NY 14304*
**Date Filed:** 10/16/2024
**Amended By Clm #:** 100393
**Claim Face Value:** $6,659.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $6,659.43 | | |
| | | | | $6,659.43 | | |

**Wera Tools NA Inc**
**Case(s): 337 Clm No: 100393 Clm. Amt: $6,659.43**

*2900 Service Rd, Unit 2*
*Niagara Falls, NY 14304*
**Date Filed:** 2/5/2025
**Claim Face Value:** $6,659.43

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Disallowed | | $6,659.43 | | $0.00 |
| 337 | UNS | Allowed | | | | $6,659.43 |
| | | | | $6,659.43 | | $6,659.43 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**West Virginia State Tax Department**
**Case(s): 337 Clm No: 211 Clm. Amt: $335.73**

*c/o Bankruptcy Unit*
*P.O. Box 766*
*Charleston, WV 25323*
**Date Filed:** 10/18/2024
**Claim Face Value:** $335.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | PRI | Satisfied | | $333.73 | | $0.00 |
| 337 | UNS | | | $2.00 | | $2.00 |
| | | | | $335.73 | | $2.00 |

## West Virginia State Tax Department
### Case(s): 337 Clm No: 212 Clm. Amt: $335.73

*c/o Bankruptcy Unit*
*P.O. Box 766*
*Charleston, WV 25323*
**Date Filed:** 10/18/2024
**Claim Face Value:** $335.73

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | PRI | Disallowed | | $333.73 | | $0.00 |
| 337 | UNS | Disallowed | | $2.00 | | $0.00 |
| | | | | $335.73 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 03/03/2025 | 978 | Objection Granted | 04/15/2025 | 1104 |

## Westbrook True Value Hardware, Inc.
### Case(s): 337 Clm No: 2418 Clm. Amt: $25,599.88

*76 N Howard Ave*
*Croswell, MI 48422*
**Date Filed:** 12/3/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $25,599.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $25,599.88 | | |
| | | | | $25,599.88 | | |

## Westbrook True Value, Inc.
### Case(s): 337 Clm No: 100146 Clm. Amt: $25,599.88

*76 N Howard Ave*
*Croswell, MI 48422*
**Date Filed:** 12/17/2024
**Claim Face Value:** $25,599.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $25,599.88 | | $0.00 |
| | | | | $25,599.88 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Westchester Fire Insurance Company
### Case(s): 340 Clm No: 12 Clm. Amt: $1,506,104.00

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | SEC | | | Unknown | Y | |
| 340 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Westchester Fire Insurance Company**
**Case(s): 341 Clm No: 26 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 341 | SEC | | | Unknown | Y | |
| 341 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Westchester Fire Insurance Company**
**Case(s): 342 Clm No: 18 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 342 | SEC | | | Unknown | Y | |
| 342 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Westchester Fire Insurance Company**
**Case(s): 343 Clm No: 6 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 343 | SEC | | | Unknown | Y | |
| 343 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Westchester Fire Insurance Company**
**Case(s): 344 Clm No: 10 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 344 | SEC | | | Unknown | Y | |
| 344 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

**Westchester Fire Insurance Company**
**Case(s): 339 Clm No: 7 Clm. Amt: $1,506,104.00**

c/o Duane Morris LLP
Attn: Wendy M Simkulak, Esq
30 S 17th St
Philadelphia, PA 19103
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | SEC | | | Unknown | Y | |
| 339 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Westchester Fire Insurance Company
**Case(s): 337 Clm No: 2040 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Westchester Fire Insurance Company
**Case(s): 338 Clm No: 10 Clm. Amt: $1,506,104.00**

*c/o Duane Morris LLP*
*Attn: Wendy M Simkulak, Esq*
*30 S 17th St*
*Philadelphia, PA 19103*
**Date Filed:** 12/2/2024
**Claim Face Value:** $1,506,104.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 338 | SEC | | | Unknown | Y | |
| 338 | UNS | | | $1,506,104.00 | | |
| | | | | $1,506,104.00 | | |

## Western Builders Supply, Inc.
**Case(s): 337 Clm No: 959 Clm. Amt: $40,421.86**

*53 N 15th St, Ste 1*
*Billings, MT 59101*
**Date Filed:** 11/11/2024
**Claim Face Value:** $40,421.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $40,421.86 | | |
| | | | | $40,421.86 | | |

## Western Springs Village Hardware, Inc.
**Case(s): 337 Clm No: 2019 Clm. Amt: $13,764.36**

*c/o Village True Value Hardware*
*835 Burlington Ave*
*Western Springs, IL 60558*
**Date Filed:** 12/2/2024
**Claim Face Value:** $13,764.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $13,764.36 | | |
| | | | | $13,764.36 | | |

## Westinghouse Lighting LP
**Case(s): 337 Clm No: 100312 Clm. Amt: $22,791.28**

*c/o Ballard Spahr LLP*
*Attn: Leslie C Heilman, Esq*
*919 N Market St, 11th Fl*
*Wilmington, DE 19801*
**Date Filed:** 12/23/2024
**Claim Face Value:** $22,791.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $22,791.28 | | $0.00 |
| | | | | $22,791.28 | | $0.00 |

**Westinghouse Lighting LP**
**Case(s): 337 Clm No: 1829 Clm. Amt: $197,230.96**

*c/o Ballard Spahr LLP*
*Attn: Leslie C Heilman*
*919 N Market St, 11th Fl*
*Wilmington, DE 19801*
**Date Filed:** 11/27/2024
**Claim Face Value:** $197,230.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $23,825.97 | | $0.00 |
| 337 | UNS | | | $173,404.99 | | $173,404.99 |
| | | | | $197,230.96 | | $173,404.99 |

**Westminster Pet Products**
**Case(s): 337 Clm No: 618 Clm. Amt: $107,172.84**

*Attn: Stephanie Landau*
*35 Martin St*
*Cumberland, RI 02864*
**Date Filed:** 10/30/2024
**Claim Face Value:** $107,172.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | 503(b)(9) | Satisfied | | $15,306.48 | | $0.00 |
| 337 | UNS | | | $91,866.36 | | $91,866.36 |
| | | | | $107,172.84 | | $91,866.36 |

**Westminster Pet Products**
**Case(s): 337 Clm No: 2880 Clm. Amt: $41,315.52**

*Attn: Elizabeth Quiroz*
*35 Martin St*
*Cumberland, RI 02864*
**Date Filed:** 2/13/2025
**Claim Face Value:** $41,315.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $41,315.52 | | |
| | | | | $41,315.52 | | |

**Wet & Forget, Inc.**
**Case(s): 337 Clm No: 2554 Clm. Amt: $145,118.52**

*2531 Technology Dr*
*Elgin, IL 60124*
**Date Filed:** 12/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $145,118.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $145,118.52 | | |
| | | | | $145,118.52 | | |

**Weyerhaeuser NR Company**
**Case(s): 337 Clm No: 980 Clm. Amt: $315,315.47**

*Attn: Lori Morrison*
*220 Occidental Ave S*
*Seattle, WA 98104*
**Date Filed:** 11/12/2024
**Claim Face Value:** $315,315.47

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $76,545.78 | | $0.00 |
| 337 | UNS | Allowed | | $238,769.69 | | $315,315.47 |
| | | | | $315,315.47 | | $315,315.47 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**WF Young Inc**
**Case(s): 337 Clm No: 531 Clm. Amt: $1,618.96**

*302 Benton Dr*
*E Longmeadow, MA 01028*
**Date Filed:** 10/28/2024
**Claim Face Value:** $1,618.96

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,618.96 | | |
| | | | | $1,618.96 | | |

**WF Young Inc**
**Case(s): 337 Clm No: 526 Clm. Amt: $1,539.12**

*302 Benton Dr*
*E Longmeadow, MA 01028*
**Date Filed:** 10/28/2024
**Claim Face Value:** $1,539.12

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,539.12 | | |
| | | | | $1,539.12 | | |

**WF Young Inc**
**Case(s): 337 Clm No: 527 Clm. Amt: $1,642.68**

*302 Benton Dr*
*E Longmeadow, MA 01028*
**Date Filed:** 10/28/2024
**Claim Face Value:** $1,642.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,642.68 | | |
| | | | | $1,642.68 | | |

**WF Young Inc**
**Case(s): 337 Clm No: 528 Clm. Amt: $1,662.76**

*302 Benton Dr*
*E Longmeadow, MA 01028*
**Date Filed:** 10/28/2024
**Claim Face Value:** $1,662.76

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $1,662.76 | | |
| | | | | $1,662.76 | | |

## Whedon Products, Inc
### Case(s): 337 Clm No: 301 Clm. Amt: $10,599.39

*21A Andover Dr*
*W Hartford, CT 06110*
**Date Filed:** 10/21/2024
**Claim Face Value:** $10,599.39

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,599.39 | | |
| | | | | $10,599.39 | | |

## Whelan Security Co
### Case(s): 337 Clm No: 100097 Clm. Amt: $51,624.25

*dba GardaWorld Security Services*
*1699 S Hanley Rd, Ste 350*
*St Louis, MO 63144*
**Date Filed:** 12/11/2024
**Claim Face Value:** $51,624.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $51,624.25 | | $0.00 |
| | | | | $51,624.25 | | $0.00 |

## Whelan Security Co.
### Case(s): 337 Clm No: 2479 Clm. Amt: $60,644.84

*c/o GardaWorld Security Services*
*1699 S Hanley Rd, Ste 350*
*St Louis, MO 63144*
**Date Filed:** 12/11/2024
**Orig. Date Filed:** 10/22/2024
**Amending Clm #:** 375
**Claim Face Value:** $60,644.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $60,644.84 | | |
| | | | | $60,644.84 | | |

## Whirlpool Corporation
### Case(s): 337 Clm No: 100074 Clm. Amt: $4,518.24

*2000 M63-N*
*Benton Harbor, MI 49022*
**Date Filed:** 12/10/2024
**Amended By Clm #:** 100412
**Claim Face Value:** $4,518.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $4,518.24 | | $0.00 |
| | | | | $4,518.24 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Whirlpool Corporation
### Case(s): 337 Clm No: 100412 Clm. Amt: $5,366.49

*2000 M63-N*
*Benton Harbor, MI 49022*
**Date Filed:** 3/26/2025
**Amending Clm #:** 100074
**Claim Face Value:** $5,366.49

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $5,366.49 | | $0.00 |
| 337 | UNS | Allowed | | | | $5,366.49 |
| | | | | $5,366.49 | | $5,366.49 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 05/27/2025 | 1246 | Objection Granted | 07/08/2025 | 1432 |

## Whirlpool Corporation
### Case(s): 337 Clm No: 1468 Clm. Amt: $434,873.08

*c/o Quarles & Brady LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/22/2024
**Claim Face Value:** $384,501.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $213,048.24 | Y | $0.00 |
| 337 | ADM | Disallowed | | $213,048.24 | Y | $0.00 |
| 337 | SEC | Disallowed | | $8,776.60 | Y | $0.00 |
| | | | | $434,873.08 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Whirlpool Corporation
### Case(s): 337 Clm No: 1820 Clm. Amt: $221,824.84

*c/o Quarles & Brady, LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/26/2024
**Claim Face Value:** $384,501.41

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Satisfied | | $213,048.24 | | $0.00 |
| 337 | SEC | Allowed | | $8,776.60 | | $8,776.60 |
| 337 | UNS | Allowed | | | | $338,842.15 |
| | | | | $221,824.84 | | $347,618.75 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 06/02/2025 | 1282 |

## Whitehall Products, LLC
### Case(s): 337 Clm No: 986 Clm. Amt: $11,055.89

*1625 Warner St*
*Whitehall, MI 49461*
**Date Filed:** 11/12/2024
**Claim Face Value:** $11,055.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $11,055.89 | | |
| | | | | $11,055.89 | | |

## Whitmor Inc
### Case(s): 337 Clm No: 792 Clm. Amt: $164,510.00

*8680 Swinnea Rd, Ste 103*
*Southaven, MS 38671*
**Date Filed:** 11/2/2024
**Claim Face Value:** $164,510.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $164,510.00 | | |
| | | | | $164,510.00 | | |

## Wholesale Building Products, LLC
### Case(s): 337 Clm No: 19 Clm. Amt: $681,515.80

*3050 N 29th Ct*
*Hollywood, FL 33020*
**Date Filed:** 10/16/2024
**Claim Face Value:** $681,515.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $103,958.60 | | $0.00 |
| 337 | UNS | Allowed | | $577,557.20 | | $681,515.80 |
| | | | | $681,515.80 | | $681,515.80 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

## Wiener Crowley & St John, Inc
### Case(s): 337 Clm No: 243 Clm. Amt: $3,234.75

*135 Fort Lee Rd, Ste 301*
*Leonia, NJ 07605*
**Date Filed:** 10/18/2024
**Claim Face Value:** $3,234.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $3,234.75 | | |
| | | | | $3,234.75 | | |

## Wiener Crowley & St John, Inc
### Case(s): 337 Clm No: 245 Clm. Amt: $3,234.75

*135 Fort Lee Rd, Ste 301*
*Leonia, NJ 07605*
**Date Filed:** 10/18/2024
**Claim Face Value:** $3,234.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | Withdrawn | | $3,234.75 | | $0.00 |
| | | | | $3,234.75 | | $0.00 |

## Wigwam Mills Inc
### Case(s): 337 Clm No: 1803 Clm. Amt: $29,105.56

*P.O. Box 818*
*Sheboygan, WI 53081-0818*
**Date Filed:** 11/27/2024
**Claim Face Value:** $29,105.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $29,105.56 | | |
| | | | | $29,105.56 | | |

## Wilco Distributors, Inc
### Case(s): 337 Clm No: 98 Clm. Amt:

*6832 N El Mirage Rd*
*Glendale, AZ 85307*
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | | | |

**Willert Home Products, Inc.**
**Case(s): 337 Clm No: 2061 Clm. Amt: $68,566.56**

*4044 Park Ave*
*St Louis, MO 63110*
**Date Filed:** 12/3/2024
**Claim Face Value:** $68,566.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $68,566.56 | | |
| | | | | $68,566.56 | | |

**William A. Appel**
**Case(s): 337 Clm No: 100240 Clm. Amt: $9,300.00**

*dba Appel's Hardware & Supply*
*P.O. Box 95*
*Perry, LA 70575-0095*
**Date Filed:** 12/20/2024
**Claim Face Value:** $9,300.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $9,300.00 | | $0.00 |
| | | | | $9,300.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**William Iames**
**Case(s): 337 Clm No: 3063 Clm. Amt: $10,901.70**

*Address Redacted*
**Date Filed:** 9/29/2025
**Claim Face Value:** $10,901.70

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $10,901.70 | | |
| | | | | $10,901.70 | | |

**William Tell Hardware, Inc**
**Case(s): 337 Clm No: 100357 Clm. Amt: $85,328.08**

*101 Long Hill Rd*
*Hopewell Jct, NY 12533*
**Date Filed:** 12/30/2024
**Claim Face Value:** $85,328.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $85,328.08 | | $0.00 |
| | | | | $85,328.08 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**William Tell True Value Hardware**
**Case(s): 337 Clm No: 1988 Clm. Amt: $85,323.08**

*c/o William Tell Hardware*
*827 Rte 82, Ste 4*
*Hopewell Jct, NY 12533*
**Date Filed:** 11/29/2024
**Claim Face Value:** $85,323.08

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $85,323.08 | | |
| | | | | $85,323.08 | | |

**Williams Industrial Sales Company**
**Case(s): 337 Clm No: 1151 Clm. Amt: $19,363.71**

Attn: Mary Cabodi
1100 Mark Cir
Gardnerville, NV 89410
**Date Filed:** 11/15/2024
**Claim Face Value:** $19,363.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $19,363.71 | | |
| | | | | $19,363.71 | | |

**Willis Towers Watson US LLC**
**Case(s): 337 Clm No: 2584 Clm. Amt: $12,900.00**

Attn: Marybeth Pio
1735 Market St
Philadelphia, PA 19103
**Date Filed:** 12/19/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $12,900.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $12,900.00 | | |
| | | | | $12,900.00 | | |

**Willowbrook Nurseries Inc**
**Case(s): 337 Clm No: 143 Clm. Amt:**

935 Victoria Ave, RR Unit 4
Fenwick, ON L0S 1C0
Canada
**Date Filed:** 10/17/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | | | |

**WillScot**
**Case(s): 337 Clm No: 1698 Clm. Amt: $46,698.00**

Attn: Anthony Gonzales
4646 E Van Buren St, Ste 400
Phoenix, AZ 85008
**Date Filed:** 11/25/2024
**Claim Face Value:** $46,698.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $46,698.00 | | |
| | | | | $46,698.00 | | |

**Wilmar LLC**
**Case(s): 337 Clm No: 6 Clm. Amt: $440,809.85**

20413 59th Pl S, Ste 160
Kent, WA 98032
**Date Filed:** 10/15/2024
**Claim Face Value:** $440,809.85

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $57,687.60 | | $0.00 |
| 337 | UNS | Allowed | | $383,122.25 | | $388,160.61 |
| | | | | $440,809.85 | | $388,160.61 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

## Wilson Neighbor (IL) LLC
**Case(s): 337 Clm No: 100208 Clm. Amt:**

*c/o WP Carey Inc*
*Attn: Christopher Hayes*
*1 Manhattan W*
*395 9th Ave, 58th Fl*
*New York, NY 10001*
**Date Filed:** 12/19/2024
**Claim Face Value:**

## Wilt-Pruf Products Inc
**Case(s): 337 Clm No: 100017 Clm. Amt: $9,306.00**

*120 Broadway Ave S, Ste 100*
*Wayzata, MN 55391*
**Date Filed:** 12/4/2024
**Claim Face Value:** $9,306.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | ADM | Disallowed | | $9,306.00 | | $0.00 |
| 337 | UNS | Allowed | | | | $9,306.00 |
| | | | | $9,306.00 | | $9,306.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Wilton Brands LLC
**Case(s): 337 Clm No: 1134 Clm. Amt: $81,427.52**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $81,427.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $81,427.52 | | |
| | | | | $81,427.52 | | |

## Wilton Industries, Inc
**Case(s): 337 Clm No: 651 Clm. Amt: $81,427.52**

*c/o Tucker Ellis LLP*
*Attn: Thomas R Fawkes*
*233 S Wacker Dr, Ste 6950*
*Chicago, IL 60606*
**Date Filed:** 10/30/2024
**Claim Face Value:** $81,427.52

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $81,427.52 | | |
| | | | | $81,427.52 | | |

## Wind River Chimes
**Case(s): 337 Clm No: 2180 Clm. Amt: $8,510.33**

*P.O. Box 823*
*Manassas Park, VA 20113*
**Date Filed:** 12/2/2024
**Claim Face Value:** $8,510.33

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $8,510.33 | | |
| | | | | $8,510.33 | | |

**Winnsboro Builders Supply, Inc**
**Case(s): 337 Clm No: 2253 Clm. Amt: $22,800.38**

*340 S Vanderhorst St*
*Winnsboro, SC 29180*
**Date Filed:** 12/4/2024
**Claim Face Value:** $22,800.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $22,800.38 | | |
| | | | | $22,800.38 | | |

**Winnsboro Builders True Value #16041**
**Case(s): 337 Clm No: 100041 Clm. Amt: $24,600.38**

*340 S Vanderhurst St*
*Winnsboro, SC 29180*
**Date Filed:** 12/7/2024
**Claim Face Value:** $24,600.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $24,600.38 | Y | $0.00 |
| | | | | $24,600.38 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Winnsboro Builders True Value #16041**
**Case(s): 337 Clm No: 100042 Clm. Amt: $24,600.38**

*340 S Vanderhurst St*
*Winnsboro, SC 29180*
**Date Filed:** 12/7/2024
**Claim Face Value:** $24,600.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $24,600.38 | Y | $0.00 |
| | | | | $24,600.38 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Winnsboro Builders True Value #16041**
**Case(s): 337 Clm No: 100040 Clm. Amt: $24,600.38**

*340 S Vanderhurst St*
*Winnsboro, SC 29180*
**Date Filed:** 12/7/2024
**Claim Face Value:** $24,600.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $24,600.38 | | $0.00 |
| | | | | $24,600.38 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Wintergreen Corporation**
**Case(s): 337 Clm No: 2774 Clm. Amt: $132.31**

*205 Curie Dr*
*Alpharetta, GA 30005*
**Date Filed:** 1/8/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $132.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $132.31 | | |
| | | | | $132.31 | | |

**WIP Inc.**
**Case(s): 337 Clm No: 1770 Clm. Amt: $11,010.02**

*10365 SE Sunnyside Rd, Ste 300*
*Clackamas, OR 97015*
**Date Filed:** 11/26/2024
**Claim Face Value:** $11,010.02

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $11,010.02 | | |
| | | | | $11,010.02 | | |

**Wiremasters, Incorporated**
**Case(s): 337 Clm No: 1129 Clm. Amt: $51,380.44**

*c/o Coface North America Insurance Company*
*600 College Rd E, Ste 1110*
*Princeton, NJ 08540*
**Date Filed:** 11/15/2024
**Claim Face Value:** $51,380.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $51,380.44 | | |
| | | | | $51,380.44 | | |

**Wiremasters, Incorporated**
**Case(s): 337 Clm No: 100177 Clm. Amt: $96,807.00**

*1040 W 40th St*
*Chicago, IL 60609*
**Date Filed:** 12/18/2024
**Claim Face Value:** $96,807.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $96,807.00 | Y | $0.00 |
| | | | | $96,807.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Wiremasters, Incorporated**
**Case(s): 337 Clm No: 100171 Clm. Amt: $96,807.00**

*1040 W 40th St*
*Chicago, IL 60609*
**Date Filed:** 12/18/2024
**Claim Face Value:** $96,807.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $96,807.00 | | $0.00 |
| | | | | $96,807.00 | | $0.00 |

**Wisconsin Department of Revenue**
**Case(s): 337 Clm No: 2915 Clm. Amt: $85.00**

*c/o Special Procedures Unit*
*P.O. Box 8901*
*Madison, WI 53708-8901*
**Date Filed:** 3/1/2025
**Claim Face Value:** $85.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $85.00 | | |
| | | | | $85.00 | | |

**Wisconsin Glacier Springs Company**
**Case(s): 337 Clm No: 377 Clm. Amt: $3,320.31**

*430 Keller Dr*
*Park City, IL 60085*
**Date Filed:** 10/22/2024
**Claim Face Value:** $3,320.31

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $3,320.31 | | |
| | | | | $3,320.31 | | |

**Wisconsin Pharmacal Co LLC**
**Case(s): 337 Clm No: 760 Clm. Amt: $22,946.27**

*P.O. Box 510*
*Jackson, WI 53037*
**Date Filed:** 11/1/2024
**Claim Face Value:** $22,946.27

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $22,946.27 | | |
| | | | | $22,946.27 | | |

**WK Enterprises, LLC**
**Case(s): 337 Clm No: 100147 Clm. Amt:**

*dba Kenwood True Value*
*122 Bridge St*
*Pelham, NH 03076*
**Date Filed:** 12/17/2024
**Claim Face Value:**

**WK Enterprises, LLC**
**Case(s): 337 Clm No: 100151 Clm. Amt:**

*dba Bridge St True Value*
*122 Bridge St, Unit 10*
*Pelham, NH 03076*
**Date Filed:** 12/17/2024
**Claim Face Value:**

**WLLA Corp**
**Case(s): 337 Clm No: 941 Clm. Amt: $38,305.35**

*Attn: Yaribeth Cuadro De Lucas*
*St 5Ta Ave 4Ta Zona Libre of Colon*
*Building Westinghouse*
*0303-00327*
*Panama*
**Date Filed:** 11/8/2024
**Claim Face Value:** $38,305.35

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $38,305.35 | | |
| | | | | $38,305.35 | | |

**WM Barr and Company, Inc**
**Case(s): 337 Clm No: 38 Clm. Amt: $676,026.51**

*1715 Aaron Brenner Dr, Ste 600*
*Memphis, TN 38120*
**Date Filed:** 10/15/2024
**Claim Face Value:** $676,026.51

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $676,026.51 | | |
| | | | | $676,026.51 | | |

**Wm. Krueger Company**
**Case(s): 337 Clm No: 1174 Clm. Amt: $58,311.64**

*Attn: Brian A Webb*
*999 W Winneconne Ave*
*Neenah, WI 54956*
**Date Filed:** 11/16/2024
**Claim Face Value:** $58,311.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $58,311.64 | | |
| | | | | $58,311.64 | | |

**Wolverine Worldwide Inc**
**Case(s): 337 Clm No: 2834 Clm. Amt: $5,109.79**

*Attn: Credit Dept*
*9341 Courtland Dr NE*
*Rockford, MI 49351*
**Date Filed:** 1/23/2025
**Bar Date:** 12/5/2024
**Claim Face Value:** $5,109.79

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $96.00 | | $0.00 |
| 337 | UNS | | | $5,013.79 | | $5,013.79 |
| | | | | $5,109.79 | | $5,013.79 |

**Wood Products International, Inc.**
**Case(s): 337 Clm No: 1251 Clm. Amt: $8,345.60**

*208 E Gaston St*
*Savannah, GA 31401*
**Date Filed:** 11/18/2024
**Claim Face Value:** $8,345.60

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $8,345.60 | | |
| | | | | $8,345.60 | | |

**Woodard-CM, LLC**
**Case(s): 337 Clm No: 2705 Clm. Amt: $546,016.00**

*Attn: Susie Nguyen*
*3401 W Trinity Blvd*
*Grand Prairie, TX 75050*
**Date Filed:** 12/23/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $546,016.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $546,016.00 | | |
| | | | | $546,016.00 | | |

**Woodford Plywood, Inc.**
**Case(s): 337 Clm No: 100139 Clm. Amt: $8,496.88**

c/o Gardner, Willis, Plaire & Wilson, LLP
Attn: Regan Cason
P.O. Drawer 71788
Albany, GA 31708-1788
**Date Filed:** 12/17/2024
**Claim Face Value:** $8,496.88

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $8,496.88 | | $0.00 |
| | | | | $8,496.88 | | $0.00 |

**Woodford Plywood, Inc.**
**Case(s): 337 Clm No: 1799 Clm. Amt: $78,623.44**

c/o Gardner Willis Plaire & Wilson, LLP
Attn: Regan Cason
P.O. Drawer 71788
Albany, GA 31708-1788
**Date Filed:** 11/27/2024
**Claim Face Value:** $78,623.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Disallowed | | $6,769.92 | | $0.00 |
| 337 | UNS | Allowed | | $71,853.52 | | $78,623.44 |
| | | | | $78,623.44 | | $78,623.44 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 06/02/2025 | 1282 |

**Woodland Tools Inc**
**Case(s): 337 Clm No: 208 Clm. Amt: $85,412.80**

709 Post Rd
Madison, WI 53713
**Date Filed:** 10/18/2024
**Claim Face Value:** $85,412.80

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $85,412.80 | | |
| | | | | $85,412.80 | | |

**Woodstream Corporation**
**Case(s): 337 Clm No: 100199 Clm. Amt: $83,753.38**

29 E King St
Lancaster, PA 17602
**Date Filed:** 12/19/2024
**Claim Face Value:** $83,753.38

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $83,753.38 | | $0.00 |
| | | | | $83,753.38 | | $0.00 |

## Woodstream Corporation
### Case(s): 337 Clm No: 1384 Clm. Amt: $1,041,440.14

29 E King St, Unit 201
Lancaster, PA 17602
**Date Filed:** 11/21/2024
**Claim Face Value:** $1,041,440.14

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $117,592.29 | | $0.00 |
| 337 | UNS | Allowed | | $923,847.85 | | $939,439.78 |
| | | | | $1,041,440.14 | | $939,439.78 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

## Workforce Safety and Insurance
### Case(s): 337 Clm No: 100005 Clm. Amt: $250.00

1600 E Century Ave, Ste 1
Bismarck, ND 58503
**Date Filed:** 11/27/2024
**Claim Face Value:** $250.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Withdrawn | | $250.00 | | $0.00 |
| | | | | $250.00 | | $0.00 |

## World Marketing of America, Inc
### Case(s): 337 Clm No: 100189 Clm. Amt: $26,386.75

P.O. Box 152
12256 William Penn Hwy
Mill Creek, PA 17060
**Date Filed:** 12/19/2024
**Claim Face Value:** $26,386.75

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $26,386.75 | | $0.00 |
| | | | | $26,386.75 | | $0.00 |

## World Marketing of America, Inc.
### Case(s): 337 Clm No: 214 Clm. Amt: $138,934.26

Attn: Deborah Shope
P.O. Box 192
12256 William Penn Hwy
Mill Creek, PA 17060
**Date Filed:** 10/18/2024
**Amended By Clm #:** 1403
**Claim Face Value:** $138,934.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $138,934.26 | | |
| | | | | $138,934.26 | | |

## World Marketing of America, Inc.
**Case(s): 337 Clm No: 1403 Clm. Amt: $138,934.26**

*c/o Tydings & Rosenberg LLP*
*Attn: Stephen Gerald*
*200 Continental Dr, Ste 401*
*Newark, DE 19713*
**Date Filed:** 11/22/2024
**Orig. Date Filed:** 10/18/2024
**Amending Clm #:** 214
**Claim Face Value:** $138,934.26

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $4,555.94 | | $0.00 |
| 337 | UNS | | | $134,378.32 | | $134,378.32 |
| | | | | $138,934.26 | | $134,378.32 |

## World Trade Limited, Inc.
**Case(s): 337 Clm No: 1347 Clm. Amt: $6,121.74**

*2100 Valley Vista Rd*
*Knoxville, TN 37932*
**Date Filed:** 11/20/2024
**Claim Face Value:** $6,121.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $6,121.74 | | |
| | | | | $6,121.74 | | |

## Worthington Enterprises, Inc., on behalf of itself and certain affiliates
**Case(s): 337 Clm No: 1334 Clm. Amt: $1,600,933.69**

*c/o Vorys, Sater, Seymour and Pease LLP*
*Attn: Tiffany Strelow Cobb*
*52 E Gay St*
*Columbus, OH 43215*
**Date Filed:** 11/21/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $1,600,933.69

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | 503(b)(9) | Satisfied | | $22,390.86 | | $0.00 |
| 337 | UNS | Allowed | | $1,578,542.83 | | $1,582,852.73 |
| | | | | $1,600,933.69 | | $1,582,852.73 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Wrench (DE) Limited Partnership
**Case(s): 337 Clm No: 3042 Clm. Amt:**

*c/o WP Carey Inc*
*Attn: Christopher Hayes*
*1 Manhattan W*
*395 9th Ave, 58th Fl*
*New York, NY 10001*
**Date Filed:** 6/26/2025
**Bar Date:** 6/30/2025
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | | | Unknown | Y | |
| 337 | SEC | | | Unknown | Y | |
| 337 | UNS | | | | | |

**Wrench (DE) LP**
**Case(s): 337 Clm No: 100209 Clm. Amt:**

*c/o WP Carey Inc*
*Attn: Christopher Hayes*
*1 Manhattan W*
*395 9th Ave, 58th Fl*
*New York, NY 10001*
**Date Filed:** 12/19/2024
**Claim Face Value:**

**Wyatt Bell & Co**
**Case(s): 337 Clm No: 39 Clm. Amt: $174,435.00**

*839 Martin Luther King Jr Dr*
*Paducah, KY 42001*
**Date Filed:** 10/16/2024
**Claim Face Value:** $174,435.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $174,435.00 | | |
| | | | | $174,435.00 | | |

**Wyoming Valley - United Way**
**Case(s): 337 Clm No: 1596 Clm. Amt: $3,540.00**

*c/o United Way of Wyoming Valley*
*100 N Pennsylvania Ave*
*Wilkes-Barre, PA 18701*
**Date Filed:** 11/23/2024
**Claim Face Value:** $3,540.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $3,540.00 | | |
| | | | | $3,540.00 | | |

**X-Rite, Inc**
**Case(s): 337 Clm No: 347 Clm. Amt: $176,512.77**

*Attn: Renee Torre*
*4300 44th St SE*
*Grand Rapids, MI 49512*
**Date Filed:** 10/22/2024
**Claim Face Value:** $176,512.77

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $176,512.77 | | |
| | | | | $176,512.77 | | |

**Xander Bicycle**
**Case(s): 337 Clm No: 2109 Clm. Amt: $64,799.44**

*Attn: Austin Williams*
*380 W Markham St*
*Perris, CA 92571*
**Date Filed:** 12/3/2024
**Claim Face Value:** $64,799.44

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $64,799.44 | | |
| | | | | $64,799.44 | | |

**XPO Logistics Freight, Inc.**
**Case(s): 337 Clm No: 2365 Clm. Amt: $203,565.34**

*Attn: Bankruptcy Dept*
*9151 Boulevard 26, Bldg A*
*N Richland Hills, TX 76180*
**Date Filed:** 12/5/2024
**Claim Face Value:** $203,565.34

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | UNS | | | $203,565.34 | | |
| | | | | $203,565.34 | | |

### XPO Logistics Freight, Inc.
**Case(s): 337 Clm No: 100194 Clm. Amt: $25,028.65**

*c/o Maynard Nexsen PC*
*Attn: Julio E Mendoza Jr, Esq*
*P.O. Box 2426*
*Columbia, SC 29202*
**Date Filed:** 12/19/2024
**Claim Face Value:** $25,028.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $25,028.65 | | $0.00 |
| | | | | $25,028.65 | | $0.00 |

### XTRA Lease LLC
**Case(s): 337 Clm No: 100253 Clm. Amt: $42,844.24**

*7911 Forsyth Blvd, Ste 600*
*St Louis, MO 63105*
**Date Filed:** 12/20/2024
**Claim Face Value:** $42,844.24

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | ADM | Satisfied | | $42,844.24 | | $0.00 |
| 337 | UNS | Allowed | | | | $29.04 |
| | | | | $42,844.24 | | $29.04 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

### XTRA Lease LLC
**Case(s): 337 Clm No: 2290 Clm. Amt: $125,422.68**

*c/o Bryan Cave Leighton Paisner LLP*
*Attn: David M Unseth*
*211 N Broadway, Ste 3600*
*St Louis, MO 63102*
**Date Filed:** 12/5/2024
**Claim Face Value:** $125,422.68

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | SEC | | | $2,006.60 | | |
| 337 | UNS | | | $123,416.08 | | |
| | | | | $125,422.68 | | |

### Yankee Publishing Inc
**Case(s): 337 Clm No: 188 Clm. Amt: $70,064.86**

*P.O. Box 520*
*1121 Main St*
*Dublin, NH 03444*
**Date Filed:** 10/17/2024
**Claim Face Value:** $70,064.86

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $70,064.86 | | |
| | | | | $70,064.86 | | |

### Yardmax Power Products Inc.
**Case(s): 337 Clm No: 1401 Clm. Amt: $1,994.74**

*534 Congress Cir N*
*Roselle, IL 60172*
**Date Filed:** 11/22/2024
**Claim Face Value:** $1,994.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 337 | UNS | | | $1,994.74 | | |
| | | | | $1,994.74 | | |

**Yardmax Power Products Inc.**
**Case(s): 337 Clm No: 1161 Clm. Amt: $2,552.63**

*534 Congress Cir N*
*Roselle, IL 60172*
**Date Filed:** 11/17/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,552.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $2,552.63 | | |
| | | | | $2,552.63 | | |

**Yardmax Power Products Inc.**
**Case(s): 337 Clm No: 576 Clm. Amt: $4,147.36**

*534 Congress Cir N*
*Roselle, IL 60172*
**Date Filed:** 10/29/2024
**Claim Face Value:** $4,147.36

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $4,147.36 | | |
| | | | | $4,147.36 | | |

**Yeager Hardware**
**Case(s): 337 Clm No: 100348 Clm. Amt: $7,587.71**

*2613 Sunset Blvd*
*Broomall, PA 19008*
**Date Filed:** 12/24/2024
**Claim Face Value:** $7,587.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $7,587.71 | | $0.00 |
| | | | | $7,587.71 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

**Yellow Corporation**
**Case(s): 337 Clm No: 2440 Clm. Amt: $15,202.16**

*11500 Outlook St, Ste 400*
*Overland Park, KS 66211*
**Date Filed:** 12/10/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $15,202.16

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $15,202.16 | | |
| | | | | $15,202.16 | | |

## YETI Coolers, LLC
**Case(s): 337 Clm No: 1568 Clm. Amt: $615,944.65**

*c/o Jackson Walker LLP*
*Attn: Jennifer F Wertz*
*100 Congress Ave, Ste 1100*
*Austin, TX 78701*
**Date Filed:** 11/25/2024
**Bar Date:** 11/27/2024
**Claim Face Value:** $615,944.65

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $115,300.60 | | $0.00 |
| 337 | UNS | Allowed | | $500,644.05 | | $615,944.65 |
| | | | | $615,944.65 | | $615,944.65 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 07/08/2025 | 1428 |

## York Modern Corporation
**Case(s): 337 Clm No: 78 Clm. Amt: $2,962.71**

*P.O. Box 488*
*68 Watson St*
*Unadilla, NY 13849*
**Date Filed:** 10/16/2024
**Claim Face Value:** $2,962.71

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $2,962.71 | | |
| | | | | $2,962.71 | | |

## Young Capital Corp. dba Aranoff Hardware
**Case(s): 337 Clm No: 100039 Clm. Amt: $7,416.57**

*8235 S Cottage Grove Ave*
*Chicago, IL 60619*
**Date Filed:** 12/7/2024
**Claim Face Value:** $7,416.57

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $7,416.57 | | $0.00 |
| | | | | $7,416.57 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Miscellaneous objection | 03/03/2025 | 977 | Objection Granted | 04/16/2025 | 1109 |

## Yukon Facility Services
**Case(s): 337 Clm No: 2346 Clm. Amt: $27,200.00**

*P.O. Box 159*
*Lehman, PA 18627*
**Date Filed:** 12/5/2024
**Claim Face Value:** $27,200.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $27,200.00 | | |
| | | | | $27,200.00 | | |

## Yunker Industries, Inc.
### Case(s): 337 Clm No: 100252 Clm. Amt: $45,535.67

*310 O'Connor Dr*
*Elkhorn, WI 53121*
**Date Filed:** 12/20/2024
**Claim Face Value:** $45,535.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $45,535.67 | | $0.00 |
| | | | | $45,535.67 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Yunker Industries, Inc.
### Case(s): 337 Clm No: 2630 Clm. Amt: $45,535.67

*Attn: Kari Yunker*
*310 O'Connor Dr*
*Elkhorn, WI 53121*
**Date Filed:** 12/20/2024
**Bar Date:** 12/23/2024
**Claim Face Value:** $45,535.67

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Satisfied | | $45,535.67 | | $0.00 |
| | | | | $45,535.67 | | $0.00 |

## Zazai Kakar Family Corp dba City Wide Facility Solutions
### Case(s): 337 Clm No: 974 Clm. Amt: $16,599.89

*2941 Sunrise Blvd, Unit 240*
*Rancho Cordova, CA 95742*
**Date Filed:** 11/11/2024
**Claim Face Value:** $16,599.89

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $16,599.89 | | |
| | | | | $16,599.89 | | |

## Zenith Home Corp
### Case(s): 337 Clm No: 2717 Clm. Amt: $111,938.28

*400 Lukens Dr*
*New Castle, DE 19720*
**Date Filed:** 12/24/2024
**Orig. Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Amending Clm #:** 2408
**Claim Face Value:** $111,938.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $111,938.28 | | |
| | | | | $111,938.28 | | |

## Zenith Home Corp
### Case(s): 337 Clm No: 2408 Clm. Amt: $111,938.28

*400 Lukens Dr*
*New Castle, DE 19720*
**Date Filed:** 12/6/2024
**Bar Date:** 12/5/2024
**Amended By Clm #:** 2717
**Claim Face Value:** $111,938.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $111,938.28 | | |
| | | | | $111,938.28 | | |

## Zero Technolgies, LLC
**Case(s): 337 Clm No: 41 Clm. Amt: $10,259.84**

*c/o Zero Technologies, LLC dba Zerowater*
*9399 W Higgins Rd*
*Rosemont, IL 60018*
**Date Filed:** 10/16/2024
**Claim Face Value:** $10,259.84

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $10,259.84 | | |
| | | | | $10,259.84 | | |

## Zhejiang Hongchen Irrigation Equipment Co., Ltd.
**Case(s): 337 Clm No: 100279 Clm. Amt: $163,231.28**

*No 2668 Haifeng Rd, Binhai Industry Area*
*Taizhou Zhejiang 318000*
*China*
**Date Filed:** 12/20/2024
**Claim Face Value:** $163,231.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | Disallowed | | $163,231.28 | | $0.00 |
| | | | | $163,231.28 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 04/29/2025 | 1153 | Objection Granted | 06/03/2025 | 1286 |

## Zhejiang Hongchen Irrigation Equipment Co., Ltd.
**Case(s): 337 Clm No: 100280 Clm. Amt: $163,231.28**

*No 2668 Haifeng Rd, Binhai Industry Area*
*Taizhou Zhejiang 318000*
*China*
**Date Filed:** 12/20/2024
**Claim Face Value:** $163,231.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $163,231.28 | | |
| | | | | $163,231.28 | | |

## Zhejiang Hongchen Irrigation Equipment Co., Ltd.
**Case(s): 337 Clm No: 2654 Clm. Amt: $163,231.28**

*No 2668 Haifeng Rd, Binhai Industry Area,*
*Jiaojiang*
*Taizhou, Zhejiang 318000*
*China*
**Date Filed:** 12/20/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $163,231.28

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $163,231.28 | | |
| | | | | $163,231.28 | | |

## Zhintz LLC d.b.a. Southwest Trading
**Case(s): 337 Clm No: 869 Clm. Amt: $19,166.63**

*Attn: Ryan Hintz*
*230 E 27th St, Ste 103*
*Tucson, AZ 85713*
**Date Filed:** 11/6/2024
**Claim Face Value:** $19,166.63

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $19,166.63 | | |
| | | | | $19,166.63 | | |

**Zippo Manufacturing Company**
**Case(s): 337 Clm No: 1267 Clm. Amt: $40,601.74**

*Attn: Cheryl Smith*
*33 Barbour St*
*Bradford, PA 16701*
**Date Filed:** 11/19/2024
**Claim Face Value:** $40,601.74

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | $40,601.74 | | |
| | | | | $40,601.74 | | |

**Zippo Manufacturing Company**
**Case(s): 337 Clm No: 100249 Clm. Amt: $23,503.56**

*33 Burbour St*
*Bradford, PA 16701*
**Date Filed:** 12/20/2024
**Claim Face Value:** $23,503.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $23,503.56 | Y | $0.00 |
| | | | | $23,503.56 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Zippo Manufacturing Company**
**Case(s): 337 Clm No: 100250 Clm. Amt: $23,503.56**

*33 Burbour St*
*Bradford, PA 16701*
**Date Filed:** 12/20/2024
**Claim Face Value:** $23,503.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $23,503.56 | Y | $0.00 |
| | | | | $23,503.56 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Zippo Manufacturing Company**
**Case(s): 337 Clm No: 100251 Clm. Amt: $23,503.56**

*33 Burbour St*
*Bradford, PA 16701*
**Date Filed:** 12/20/2024
**Claim Face Value:** $23,503.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | ADM | Disallowed | | $23,503.56 | Y | $0.00 |
| | | | | $23,503.56 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Zippo Manufacturing Company**
**Case(s): 337 Clm No: 100245 Clm. Amt: $23,503.56**

*33 Burbour St*
*Bradford, PA 16701*
**Date Filed:** 12/20/2024
**Claim Face Value:** $23,503.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $23,503.56 | | $0.00 |
| | | | | $23,503.56 | | $0.00 |

**Zippo Manufacturing Company**
**Case(s): 337 Clm No: 100246 Clm. Amt: $23,503.56**

*33 Burbour St*
*Bradford, PA 16701*
**Date Filed:** 12/20/2024
**Claim Face Value:** $23,503.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $23,503.56 | Y | $0.00 |
| | | | | $23,503.56 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Zippo Manufacturing Company**
**Case(s): 337 Clm No: 100247 Clm. Amt: $23,503.56**

*33 Burbour St*
*Bradford, PA 16701*
**Date Filed:** 12/20/2024
**Claim Face Value:** $23,503.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $23,503.56 | Y | $0.00 |
| | | | | $23,503.56 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Zippo Manufacturing Company**
**Case(s): 337 Clm No: 100248 Clm. Amt: $23,503.56**

*33 Burbour St*
*Bradford, PA 16701*
**Date Filed:** 12/20/2024
**Claim Face Value:** $23,503.56

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Disallowed | | $23,503.56 | Y | $0.00 |
| | | | | $23,503.56 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

### Zircon Corporation
**Case(s): 337 Clm No: 2112 Clm. Amt: $117,211.64**

*Attn: Legal Dept*
*1580 Dell Ave*
*Campbell, CA 95008*
**Date Filed:** 12/3/2024
**Claim Face Value:** $117,211.64

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $117,211.64 | | |
| | | | | $117,211.64 | | |

### Zschimmer & Schwarz Interpolymer Inc.
**Case(s): 337 Clm No: 1433 Clm. Amt: $2,820.00**

*Attn: Tom Martin*
*800 S Main St, Ste 204*
*Mansfield, MA 02048*
**Date Filed:** 11/22/2024
**Bar Date:** 12/5/2024
**Claim Face Value:** $2,820.00

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 337 | UNS | | | $2,820.00 | | |
| | | | | $2,820.00 | | |

### Zurich American Insurance Company
**Case(s): 341 Clm No: 33 Clm. Amt:**

*c/o Fox Swibel, Levin & Carroll, LLP*
*Attn: Ken Thomas*
*200 W Madison St, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 341 | UNS | | | | | |

### Zurich American Insurance Company
**Case(s): 342 Clm No: 27 Clm. Amt:**

*c/o Fox Swibel, Levin & Carroll, LLP*
*Attn: Ken Thomas*
*200 W Madison St, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 342 | UNS | | | | | |

### Zurich American Insurance Company
**Case(s): 343 Clm No: 13 Clm. Amt:**

*c/o Fox Swibel, Levin & Carroll, LLP*
*Attn: Ken Thomas*
*200 W Madison St, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 343 | UNS | | | | | |

### Zurich American Insurance Company
**Case(s): 344 Clm No: 17 Clm. Amt:**

*c/o Fox Swibel, Levin & Carroll, LLP*
*Attn: Ken Thomas*
*200 W Madison St, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 344 | UNS | | | | | |

**Zurich American Insurance Company**
**Case(s): 337 Clm No: 2400 Clm. Amt:**

*c/o Fox Swibel Levin & Carroll, LLP*
*200 W Madison St, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 337 | UNS | | | | | |

**Zurich American Insurance Company**
**Case(s): 338 Clm No: 18 Clm. Amt:**

*c/o Fox Swibel, Levin & Carroll, LLP*
*Attn: Ken Thomas*
*200 W Madison St, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 338 | UNS | | | | | |

**Zurich American Insurance Company**
**Case(s): 339 Clm No: 16 Clm. Amt:**

*c/o Fox Swibel, Levin & Carroll, LLP*
*Attn: Ken Thomas*
*200 W Madison St, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 339 | UNS | | | | | |

**Zurich American Insurance Company**
**Case(s): 340 Clm No: 21 Clm. Amt:**

*c/o Fox Swibel, Levin & Carroll, LLP*
*Attn: Ken Thomas*
*200 W Madison St, Ste 3000*
*Chicago, IL 60606*
**Date Filed:** 12/5/2024
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 340 | UNS | | | | | |

**Zurn PEX, Inc**
**Case(s): 337 Clm No: 1964 Clm. Amt: $34,517.01**

*c/o Quarles & Brady LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/27/2024
**Claim Face Value:** $34,517.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Disallowed | | $5,713.17 | Y | $0.00 |
| 337 | ADM | Disallowed | | $5,713.17 | Y | $0.00 |
| 337 | SEC | Disallowed | | $1,040.97 | Y | $0.00 |
| 337 | UNS | Disallowed | | $22,049.70 | Y | $0.00 |
| | | | | $34,517.01 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Zurn PEX, Inc**
**Case(s): 337 Clm No: 1828 Clm. Amt: $34,517.01**

*c/o Quarles & Brady, LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/26/2024
**Claim Face Value:** $34,517.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 337 | 503(b)(9) | Satisfied | | $5,713.17 | | $0.00 |
| 337 | ADM | Disallowed | | $5,713.17 | | $0.00 |
| 337 | SEC | Allowed | | $1,040.97 | | $1,040.97 |
| 337 | UNS | Allowed | | $22,049.70 | | $32,700.71 |
| | | | | $34,517.01 | | $33,741.68 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | 04/29/2025 | 1155 | Objection Granted | 06/02/2025 | 1284 |

## Zurn PEX, Inc.
**Case(s): 337 Clm No: 1666 Clm. Amt: $34,517.01**

*c/o Quarles & Brady LLP*
*Attn: L Katie Mason, Esq*
*411 E Wisconsin Ave, Ste 2400*
*Milwaukee, WI 53202*
**Date Filed:** 11/26/2024
**Claim Face Value:** $34,517.01

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $5,713.17 | Y | $0.00 |
| 337 | ADM | Disallowed | | $5,713.17 | Y | $0.00 |
| 337 | SEC | Disallowed | | $1,040.97 | Y | $0.00 |
| 337 | UNS | Disallowed | | $22,049.70 | Y | $0.00 |
| | | | | $34,517.01 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Duplicate claim | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

## Zurn PEX, Inc.
**Case(s): 337 Clm No: 100144 Clm. Amt: $3,870.40**

*511 W Freshwater Way*
*Milwaukee, WI 53204*
**Date Filed:** 12/17/2024
**Claim Face Value:** $3,870.40

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | ADM | Satisfied | | $3,870.40 | | $0.00 |
| 337 | UNS | Allowed | | | | $141.96 |
| | | | | $3,870.40 | | $141.96 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Different class | 07/01/2025 | 1390 | Objection Granted | 07/31/2025 | 1505 |

## Zurn Water, LLC
**Case(s): 337 Clm No: 2726 Clm. Amt: $33,476.04**

*511 W Freshwater Way*
*Milwaukee, WI 53204*
**Date Filed:** 12/27/2024
**Claim Face Value:** $33,476.04

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $5,991.36 | Y | $0.00 |
| 337 | UNS | Disallowed | | $27,484.68 | | $0.00 |
| | | | | $33,476.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | 01/07/2025 | 755 | Objection Granted | 02/11/2025 | 904 |

**Zwilling J.A. Henckels, LLC**
**Case(s): 337 Clm No: 1846 Clm. Amt: $51,810.25**

*270 Marble Ave*
*Pleasantville, NY 10570*
**Date Filed:** 11/27/2024
**Orig. Date Filed:** 11/12/2024
**Amending Clm #:** 989
**Claim Face Value:** $51,810.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | 503(b)(9) | Disallowed | | $9,404.30 | | $0.00 |
| 337 | UNS | Allowed | | $42,405.95 | | $51,810.25 |
| | | | | $51,810.25 | | $51,810.25 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Claim does not agree with books | 03/03/2025 | 979 | Objection Granted | 04/15/2025 | 1105 |

**Zwilling J.A. Henckels, LLC**
**Case(s): 337 Clm No: 989 Clm. Amt: $51,810.25**

*270 Marble Ave*
*Pleasantville, NY 10570*
**Date Filed:** 11/12/2024
**Amended By Clm #:** 1846
**Claim Face Value:** $51,810.25

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 337 | UNS | | | $51,810.25 | | |
| | | | | $51,810.25 | | |